Case 4:22-cr-00612   Document 494   Filed on 01/10/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 4:22-cr-612 |
| EDWARD CONSTANTINESCU, *et al.* | § § | |
| Defendants. | § § | |

### ORDER

Upon consideration of the United States' Opposed Motion for a Modification to the Amended Scheduling Order, the Court hereby ORDERS that the Motion is GRANTED in the interests of justice. It is hereby ORDERED:

That Defendants' expert reports shall be disclosed to the United States on ___Jan 31___, 2024; and

That any objections to Defendants' expert reports shall be filed on ___February 10___, 2024.

It is so **ORDERED** at Houston, Texas on this _10th_ day of ___Jan___, 2024.

_____
THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE