1

```
 1            UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF TEXAS
                     -  -  -
 3       THE HONORABLE ANDREW S. HANEN, JUDGE PRESIDING
   ----------------------------------------------------
 4 UNITED STATES OF AMERICA,    )  No. 4:22-cr-612
                                )
 5                 Plaintiff,   )
                                )
 6 vs.                          )
                                )
 7 EDWARD CONSTANTINESCU,       )
   et al.,                      )
 8                              )
                   Defendants.  )
 9 ----------------------------------------------------
```

10            **PRETRIAL CONFERENCE - DAY 1**

11      **OFFICIAL COURT REPORTER'S CERTIFIED TRANSCRIPT**

12                    **Houston, Texas**

13                   **March 19, 2024**

14 ----------------------------------------------------

15 APPEARANCES:

16 For the Plaintiff:    John Lolio, Esq.
                         Scott Armstrong, Esq.
17                       Thomas Hayward Carter, Esq.

18
   For the Defendants:   Matthew A. Ford, Esq.
19                       Emily Klair Bloom, Esq.
                         Luis A. Reyes, Esq.
20                       Alexander Brown, Esq.
                         Eric S. Rosen, Esq.
21                       Quentin T. Williams, Esq.
                         Neal A. Davis, Esq.
22                       Zachary B. Fertitta, Esq.
                         Carlos Fleites, Esq.
23                       Chip Lewis, Esq.
                         Erin M. Epley, Esq.
24                       Laura Cordova, Esq.
                         Michael Murtha, Esq.
25
```

1   Reported By:   Nichole Forrest, RDR, CRR, CRC
                   Certified Realtime Reporter
2                  United States District Court
                   Southern District of Texas
3

4

5

6        **Proceedings recorded by mechanical stenography.**
            **Transcript produced by Reporter on computer.**
7

3

**PROCEEDINGS**

1

2 _____

3        (The following proceedings held in open court.)

4                              *   *   *

5

09:12:27  6        THE COURT:  Thank you.  Be seated.  All

09:12:38  7  right.  Let me start off by doing kind of a little

09:12:50  8  calendar so you know what has happened.

09:12:56  9        As we discussed, we sent out that initial

09:13:00 10  short questionnaire.  We've gotten multiple responses

09:13:05 11  back.  I have excused some people, not excused people.

09:13:09 12  I mean, it was like somebody wrote back and said I

09:13:12 13  can't hear, you know, I figure, well, none of us want

09:13:17 14  a juror that can't hear.  Things of that nature.

09:13:27 15        On the 27th, which, if my memory is right

09:13:30 16  is a week from Wednesday, so a week from tomorrow, the

09:13:34 17  jurors are going to come in and answer the long

09:13:37 18  questionnaire.  Those will be reduced to a disk and

09:13:47 19  you can pick up that disk on the afternoon of the

09:13:52 20  28th.

09:13:54 21        And, Rhonda, do they pick it up from you

09:14:00 22  or from the clerk's office?

09:14:00 23        THE CASE MANAGER:  From the clerk's

09:14:01 24  office.

09:14:01 25        THE COURT:  And you'll have to sign for

09:14:02  1    it.  And you'll have to return the disk after jury

09:14:04  2    selection.  That disk is your copy of the

09:14:11  3    questionnaires.  You will not get paper

09:14:14  4    questionnaires.  So, I mean, you're in charge of

09:14:17  5    downloading it in whatever form you want it.

09:14:22  6             And then after jury selection's done,

09:14:25  7    you'll have to give it back to Rhonda.

09:14:29  8             Then jury selection will be Monday,

09:14:36  9    April 1st.  I want the attorneys and the parties to

09:14:40  10   report here, say, at 9:30.  By "here" I mean, this

09:14:50  11   courtroom.  That's because they're going to assemble

09:14:53  12   the jurors, the panel, up in Judge Hoyt's courtroom

09:14:57  13   where we're actually going to be doing the jury

09:15:04  14   selection.

09:15:06  15            And there'll just be too much confusion if

09:15:09  16   we have lawyers and clients and family members up

09:15:12  17   there in the middle of the jurors.  So I want you to

09:15:15  18   report here.  And then once they get situated up

09:15:19  19   there, then we'll all go up there.

09:15:28  20            I have some -- a joint -- defendants'

09:15:32  21   joint proposed voir dire, giving me suggestions about

09:15:35  22   what to ask.  I don't know that I have one from the

09:15:38  23   government.  But if you want me to consider certain

09:15:44  24   questions, government, you need to get them to me this

09:15:45  25   week.

09:15:48  1          We are going to call the people coming in

09:15:56  2  Wednesday, a week from tomorrow, somewhere between 150

09:16:03  3  and 175.  The courtroom upstairs can actually sit

09:16:08  4  about 160.  And that's where we're -- that's the

09:16:18  5  number we'll probably be working with.  I told them if

09:16:23  6  they have a couple extra jurors and we have room for

09:16:26  7  them, we'll take them.

09:16:33  8          Other than that, let me go to -- I got a

09:16:46  9  letter from Mr. Williams generally outlining a

09:16:55 10  presentation.  Opening statements, Mr. Williams was

09:17:00 11  suggesting 30 minutes a side.  I will probably not do

09:17:05 12  that.  I will probably limit the defendants' to 30

09:17:07 13  minutes and give the government a little more time

09:17:09 14  because there is one of them and seven of y'all.  But

09:17:14 15  not substantially more.

09:17:16 16          Mr. Williams suggested presentation of

09:17:21 17  evidence 9:00 to 4:30.  I can promise you I will not

09:17:27 18  do that.  We're going to work as long and hard as we

09:17:36 19  can.

09:17:36 20          Now he also suggested Monday through

09:17:38 21  Thursday.  And as I mentioned last time, that I am

09:17:41 22  considering not having court on Fridays just to let

09:17:46 23  the jurors have some kind of life.  And you guys have

09:17:53 24  other cases that you'd probably like to at least look

09:17:56 25  at the file.  I have more than I can say grace over.

09:18:01  1          So I am seriously considering the

09:18:08  2   Friday -- taking off Friday.  But I probably will work

09:18:17  3   9:00 till 5:30, 6:00, depending on how we're going and

09:18:21  4   depending on the witness.  If we're in the middle of a

09:18:24  5   witness, I'm likely to continue the witness in hopes

09:18:27  6   that we can get that witness done.

09:18:31  7          Mr. Williams next suggested that unless

09:18:37  8   it's time-sensitive, any motions should be heard after

09:18:39  9   the jury recessed.  That I will do for sure either at

09:18:44 10   lunch or after the jury is recessed.  And if that

09:18:48 11   means we're up here till 7:30 or 8:00, we're up here

09:18:53 12   till 7:30 or 8:00.

09:18:54 13          Mr. Williams has suggested that an

09:19:05 14   objection by one defendant applies to all unless they

09:19:08 15   specifically say otherwise.  I'll let the government

09:19:11 16   weigh in on that.  I have no problem with that, quite

09:19:17 17   frankly.  It would be, at least in my mind, a waste of

09:19:26 18   the jurors' time and the Court's time and y'all's time

09:19:31 19   to have all seven lawyers stand up and object.  I

09:19:37 20   mean, it just seems a waste of court time and it will

09:19:46 21   slow things down.

09:19:47 22          Now, Mr. Armstrong, if you want to weigh

09:19:50 23   in on that, I'll listen to the government's --

09:19:51 24          MR. ARMSTRONG:  No objection, Your Honor.

09:19:52 25   I think that your idea is spot on.  It would be just

09:19:56  1   too burdensome.

09:20:07  2          THE COURT:  Okay.  He suggests a witness

09:20:08  3   list for the next week be turned over.  I am fine with

09:20:14  4   that.  And I think it would make things go more

09:20:18  5   quickly.  If a week is too burdensome, the next two or

09:20:27  6   three days, surely you know your witnesses for the

09:20:33  7   next two or three days.  And I mean, that it'll apply

09:20:36  8   both ways.

09:20:37  9          I mean, it'll apply -- the government will

09:20:39 10   have to give you their witnesses for the next two or

09:20:41 11   three days, and when it's the defense's turn, they're

09:20:45 12   going to have to give the government their witnesses

09:20:47 13   for the next two or three days.

09:20:48 14          But I will -- I might not order it for the

09:20:53 15   week as Mr. Williams suggests, but I will order it in

09:20:57 16   advance.  And that will include giving the other side

09:21:03 17   statements if they're entitled to them.

09:21:10 18          Cross-examination.  First of all, I'm a

09:21:20 19   one-riot/one-ranger person.  I mean, we're not going

09:21:24 20   to have two to three lawyers from the same side

09:21:27 21   cross-examine a witness.  I think amongst the

09:21:29 22   defendants, you need to decide who's taking the lead.

09:21:35 23          And I'm not going to order somebody to

09:21:38 24   take the lead, because I don't know whose ox is

09:21:42 25   getting gored the worst.  And so I'll let you guys

09:21:46  1    pick who wants to go first.

09:21:52  2            I don't want 10 lawyers standing up and

09:21:56  3    saying, you know, the same question over and over and

09:21:59  4    over again.  I mean, there's a lot of times that, you

09:22:02  5    know, if your client's name is not mentioned, you

09:22:06  6    know, if you're on the defense side, that's usually a

09:22:09  7    good sign.

09:22:12  8            But I will leave the defendants to come up

09:22:15  9    with their own order and especially with who is taking

09:22:21 10    the lead.

09:22:23 11            The defense has requested that they may

09:22:31 12    call any witnesses in any order, which I took to mean

09:22:36 13    that I wouldn't just call on Mr. Williams, give us all

09:22:42 14    your witnesses, and then go to the next defendant and

09:22:44 15    give us all your witnesses.  I'm fine with that;

09:22:53 16    again, conditioned on the fact that the government is

09:22:54 17    going to know who you're calling.  And they're going

09:22:56 18    to be forewarned, just like the defense has been

09:22:58 19    forewarned when the government is putting on their

09:23:00 20    case.

09:23:02 21            So those are kind of general tenets that

09:23:09 22    were raised by that letter.  And with those

09:23:17 23    qualifications that I just made, I'm probably going to

09:23:19 24    proceed that way.

09:23:22 25            The next thing I want to talk about, to

09:23:24  1    shift gears, also relates to Mr. Williams, I think.

09:23:42  2    And that is, I was given a list of pending motions.

09:23:50  3    And I do want -- I'm going to go to that list, but I'm

09:23:53  4    going to take them out of order.

09:23:55  5           I want to talk about the second motion to

09:23:59  6    dismiss filed by Rybarczyk that was filed last October

09:24:08  7    maybe.  And specifically -- well, Mr. Williams, if you

09:24:22  8    want to summarize your motion instead of having me do

09:24:26  9    it, I'm fine.  But I'm really more interested, quite

09:24:30 10    frankly, in the government's reply to it.

09:24:40 11           MR. WILLIAMS:  I'm going to allow my

09:24:42 12    colleague, Mr. Rosen, to argue the motion, Your Honor.

09:24:44 13           MR. ARMSTRONG:  Just one housekeeping

09:24:50 14    matter, Your Honor.  I don't see the presence of

09:24:56 15    Mr. Constantinescu or Mr. Deel.  I think this is an

09:24:59 16    important part of trial.  And so if they're not going

09:25:00 17    to be here, we would request, for the record, that

09:25:03 18    there be a waiver put on the record.

09:25:04 19           THE COURT:  Well, I don't -- I didn't

09:25:07 20    order the defendants to be here today.  In fact, I'm

09:25:09 21    okay if the defendants who are here leave.

09:25:12 22           MR. ARMSTRONG:  Okay.  No problem then.

09:25:14 23           THE COURT:  You know, we're going to be

09:25:17 24    talking law stuff and admitting documents and motions

09:25:19 25    in limine.  And I don't think the defendants

09:25:21 1    necessarily add anything to that.

09:25:26 2                    MR. ARMSTRONG:  Thank you.

09:25:28 3                    THE COURT:  But I won't permit that at

09:25:29 4    trial.

09:25:32 5                    All right, Mr. Rosen.  Find a microphone.

09:25:38 6                    MR. ROSEN:  Good morning, Your Honor.

09:26:01 7                    Your Honor, our argument in the second

09:26:03 8    motion to dismiss is very straightforward.  This is a

09:26:05 9    right to control theory that's under the guise of

09:26:09 10   obtaining money or property, but it's not.  It doesn't

09:26:14 11   allege a crime under *Ciminelli,* because the core

09:26:17 12   theory of the government's case is that the victims

09:26:19 13   here were deprived of discretionary economic

09:26:22 14   information.  They wanted to know our client's trading

09:26:26 15   habits, and they weren't told that.  So they were

09:26:30 16   deprived of that economic information.

09:26:33 17                   The government has effectively walked away

09:26:36 18   that our clients deprived victims of money and

09:26:40 19   property.  They're not going to prove that our clients

09:26:43 20   caused any effect on share price.  They'll not prove

09:26:48 21   and they don't have to prove, according to them, that

09:26:50 22   any victim actually lost money as a result of

09:26:53 23   defendants' actions.  It's a right to control the

09:26:57 24   discretionary economic information and they have not

09:27:01 25   yet alleged that or proved that it's -- that that's

09:27:05 1  money or property.

09:27:06 2          And so that's really the core of our case

09:27:11 3  that's been fleshed out, both in the indictment, in

09:27:13 4  the superseding indictment, as well as in all the

09:27:16 5  motion papers that have been filed.  And we don't

09:27:19 6  think, based on that, that there is a crime that has

09:27:22 7  been alleged.

09:27:23 8          We also think that, you know, there is an

09:27:26 9  issue of money and property here.  To the extent that

09:27:29 10  the government tries to argue that they were obtaining

09:27:31 11  money and property for themselves, that's all well and

09:27:33 12  good.  That occurs in every type of transaction.

09:27:37 13          But the point being under the "Bridgegate"

09:27:40 14  case and under *Kelly*, it has to be money or property

09:27:43 15  from a victim.  And that's what the core is.  They

09:27:47 16  have failed to both allege and they have said that

09:27:49 17  they don't have to prove.

09:27:50 18          So as a result, no crime has been

09:27:53 19  committed.  And the indictment must be dismissed

09:27:57 20  either before trial or during --

09:28:02 21          THE COURT:  Well, you -- the government

09:28:03 22  has taken the position, at least in some of their

09:28:05 23  briefs, that it's not -- I mean, they don't have to

09:28:07 24  prove there's a victim necessarily because they don't

09:28:15 25  have to prove, for instance, a conspiracy.  You don't

09:28:18  1   have to prove it worked to be illegal, right?

09:28:23  2          MR. ROSEN:  That would be correct.  But

09:28:24  3   still the object of the scheme still has to be

09:28:27  4   obtaining -- and *Kelly* was very clear on that -- the

09:28:30  5   object of the scheme still has to be obtaining money

09:28:33  6   or property from a victim.

09:28:35  7          Simply obtaining money or property from

09:28:38  8   the amorphous trading public is wholly insufficient,

09:28:42  9   just like under *Kelly*, obtaining control of the bridge

09:28:45 10   lanes was wholly insufficient.  You have to obtain

09:28:49 11   money or property from the alleged victim.  In that

09:28:51 12   case, they did not allege that.  And so the

09:28:56 13   indictment -- ultimately, the Supreme Court dismissed

09:28:58 14   it.

09:28:59 15          Same here.  Certainly, you know, we're not

09:29:00 16   arguing on their conspiracy everything has to succeed.

09:29:04 17   We are arguing that still it's the victim's -- the

09:29:09 18   victims must be victimized.  They must have money or

09:29:13 19   property, either obtained by -- that is obtained by

09:29:14 20   the defendants from those actual people.

09:29:19 21          THE COURT:  And I know it's your position.

09:29:22 22   But I want you to tell me why you think it's right

09:29:26 23   that just the failure to plead that in the indictment

09:29:31 24   makes it faulty, as opposed to, you know, what the

09:29:36 25   government always argues in a motion to dismiss, is,

09:29:39  1    they quoted the statute, that's enough.

09:29:41  2         MR. ROSEN:  I guess, Your Honor, I just go

09:29:43  3    back to the fact that in order to charge a crime you

09:29:46  4    have to actually charge a crime.

09:29:48  5         And the Supreme Court's been very clear

09:29:51  6    that unless you say that the money or property comes

09:29:53  7    from the victim, as opposed to simply a defendant's

09:29:57  8    using trading to obtain money or property for

09:30:01  9    themselves, and you don't allege that, then that's not

09:30:04 10    a crime charged.

09:30:05 11         Now I understand Your Honor is saying,

09:30:07 12    well, maybe we should flesh this out a little bit more

09:30:10 13    with the facts.  But we've had a ton of briefing on

09:30:13 14    the matter.  We've gotten the government's perspective

09:30:15 15    on multiple occasions regarding that.  They've walked

09:30:18 16    away from everything from -- that our guys were

09:30:21 17    responsible for a pump and dump to the fact that the

09:30:23 18    victims aren't going to testify that they lost money

09:30:26 19    specifically as a result of the defendants' actions.

09:30:31 20         And I think we have enough to rule on at

09:30:33 21    this time as a matter of law.  And that's really our

09:30:40 22    pitch.  And I think *Ciminelli* has made that very, very

09:30:43 23    clear under -- you know, as the Supreme Court has

09:30:45 24    ruled.

09:30:46 25         THE COURT:  Okay.  All right.

14

09:30:51  1              Mr. Armstrong, who is going to respond for

09:30:53  2   the government?

09:30:54  3              MR. ARMSTRONG:  Mr. Liolos, Your Honor.

09:30:56  4              MR. LIOLOS:  Good morning, Your Honor.

09:30:57  5   John Liolos for the United States.

09:31:06  6              At the motion to dismiss stage, as you

09:31:07  7   know, we look at the allegations in the indictment.

09:31:09  8   The indictment alleges the defendants, in their own

09:31:12  9   words, the object of the scheme was to "rob idiots of

09:31:15 10   their money."

09:31:18 11              The fraud statutes don't require a

09:31:20 12   specific victim be the intent of the scheme.

09:31:23 13              It's plain and simple in the defendants'

09:31:25 14   own words that they're looking to get money from their

09:31:27 15   victims as a result of their scheme.  That's who

09:31:31 16   they're directing the efforts at.

09:31:33 17              The misleading statements are designed to

09:31:35 18   entice people to trade in the stocks that they're

09:31:39 19   selling so that they can get money for the shares that

09:31:41 20   they have on the backs of the people that they're --

09:31:43 21              THE COURT:  Is there any place in the

09:31:45 22   indictment -- and I know that one quote you're

09:31:46 23   referring to, and I know that's the subject of every

09:31:51 24   defendants' motion in limine, and we'll get to that

09:31:54 25   later on.

09:31:56  1          But there's nowhere in the indictment

09:32:01  2  you've alleged that there is an intent to deprive

09:32:04  3  anyone of money or property.  I mean, I've not only

09:32:12  4  read it word for word, but I've had -- I've had my

09:32:15  5  secretary word search it with every possible word

09:32:19  6  combination we can come up with.

09:32:22  7          And now you do allege that the purpose of

09:32:28  8  the scheme or the intent of the scheme was to enrich

09:32:30  9  the defendants, which is half the equation.  But what

09:32:35 10  about the other half?

09:32:37 11          MR. LIOLOS:  Well, by seeking to pump and

09:32:39 12  dump stocks and by using their public statements to

09:32:41 13  entice people to buy the stocks.  And the way that the

09:32:43 14  defendants were enriching themselves was by selling

09:32:46 15  the shares they had to, in large part, the people they

09:32:50 16  were enticing to buy the stocks.

09:32:52 17          The indictment is, you know, littered to

09:32:55 18  references with inducing them through their false and

09:32:58 19  misleading statements to depart with their own money

09:33:03 20  to the benefit of the defendants.

09:33:04 21          But the victims themselves have to come in

09:33:07 22  in response to the defendants' statements through

09:33:09 23  which they're seeking to pump and dump the stock and

09:33:13 24  part with their money or property to the benefit of

09:33:16 25  the defendants.  I mean, there's examples in the

09:33:18  1   indictment over and over again.

09:33:19  2            THE COURT:  Okay.  So you're conceding --

09:33:21  3   at least I hear you now concede that that's something

09:33:24  4   you have to prove?

09:33:26  5            MR. LIOLOS:  We will at trial.

09:33:27  6            But I think for the purposes of the motion

09:33:31  7   to dismiss, it's throughout the indictment that they

09:33:33  8   were seeking to induce people with their false and

09:33:35  9   misleading statements to part with their money or

09:33:37 10   property so that they could, quote, rob them of that.

09:33:44 11            THE COURT:  Here's my problem.  In your

09:33:49 12   response -- not necessarily your response, but the

09:33:51 13   government's response to Mr. Rosen's motion, the

09:33:55 14   response was basically:  We don't have to prove there

09:34:00 15   were victims.  You know, we've got some victims, and

09:34:05 16   we're going to prove materiality through them, but we

09:34:09 17   don't have to prove intent to deceive and intent to

09:34:12 18   deprive money and property.

09:34:14 19            That's the way I read it.

09:34:16 20            MR. LIOLOS:  So we do have to prove the

09:34:17 21   intent.  We don't have to prove that it, in fact,

09:34:21 22   succeeded, right?

09:34:21 23            So the focus is on the scheme and how it

09:34:24 24   was concocted by the defendants and the fact that they

09:34:26 25   had the fraudulent intent to deprive people of their

09:34:29  1    money and property.

09:34:30  2           It's the scheme itself --

09:34:31  3           THE COURT:  Right.  And so my question is:

09:34:33  4    Given what you just said, don't you have to plead that

09:34:38  5    in the indictment?

09:34:39  6           MR. LIOLOS:  I believe that the indictment

09:34:40  7    has multiple examples of showing how they intended to

09:34:43  8    induce people to part with their money or property.

09:34:46  9           THE COURT:  No, no, no.  Deprive them of

09:34:48 10    their money and property.

09:34:49 11           MR. LIOLOS:  Through false and misleading

09:34:51 12    statements.  And they have to spend their money to

09:34:52 13    purchase the stocks --

09:34:53 14           THE COURT:  Okay.  So if I hypothetically

09:34:59 15    invest in GM and I go on the internet and say GM's

09:35:08 16    just invented an electric car that actually works, and

09:35:13 17    who wouldn't buy stock in that?

09:35:16 18           And other people go, yeah, what a good

09:35:22 19    idea.  Or, closer to home, I see what the

09:35:31 20    administration is doing regarding oil and gas and it's

09:35:39 21    driving the price of oil and gas up.  And I say, man,

09:35:42 22    who wouldn't invest in an oil company right now?  I'm

09:35:44 23    investing in an oil company.  And I'm doing it because

09:35:47 24    I want to make money, which I don't think is illegal.

09:35:59 25    And I don't care, number one, whether you make money

09:36:03  1   or not.  I care about whether I make money.

09:36:09  2            At the same time, I don't intend for you

09:36:12  3   to lose money.  If the price of oil goes to $100 a

09:36:20  4   barrel, everybody wins.

09:36:22  5            That's not illegal, is it?

09:36:24  6            MR. LIOLOS:  Well, the part I think that's

09:36:25  7   missing from that example that's pled over and over

09:36:27  8   again in the indictment is the fraudulent intent,

09:36:30  9   right?

09:36:30 10            And so your example is you believed in the

09:36:34 11   company itself and you believed in the information you

09:36:35 12   were putting out there and you were hopeful that you

09:36:38 13   were going to make money on it.

09:36:39 14            The indictment pleads examples over and

09:36:41 15   over again where it shows coordinating of messages to

09:36:43 16   induce people --

09:36:45 17            THE COURT:  Okay.  And that's -- and I'm

09:36:46 18   reading that as -- after I read *Ciminelli* and

09:36:51 19   *Greenlaw*, that's half of the equation; the intent to

09:36:55 20   deceive.

09:36:58 21            MR. LIOLOS:  Of money or property.

09:36:59 22            THE COURT:  Well, that's the other half.

09:37:00 23            MR. LIOLOS:  But they have to buy the

09:37:02 24   stock --

09:37:02 25            THE COURT:  Is to obtain money or

09:37:03  1   property.  The defendants didn't obtain any money or

09:37:06  2   property from anybody.

09:37:09  3           MR. LIOLOS:  Well, part of the scheme

09:37:10  4   that's pled is that they're selling after inducing.

09:37:13  5           THE COURT:  It's not a zero-sum game.

09:37:18  6   It's not like, you know, there's only $100 here.  And

09:37:22  7   if I get 20, you lose 20.

09:37:26  8           MR. LIOLOS:  The defendants have a set

09:37:27  9   amount of shares that they have to sell to make money

09:37:30 10   after their post, right?  And somebody has to buy

09:37:33 11   them.  They're using their false and misleading posts

09:37:35 12   to induce people --

09:37:36 13           THE COURT:  Well, how do you know the

09:37:37 14   people that bought them ever saw any of these posts?

09:37:41 15           MR. LIOLOS:  Well, it's alleged in the

09:37:42 16   indictment and we'll hear from some at trial.

09:37:45 17           THE COURT:  So you're not limiting your

09:37:47 18   witnesses to materiality.  I mean, that's what you

09:37:54 19   told the Court in your brief.

09:37:55 20           MR. LIOLOS:  Whether it could influence

09:37:59 21   them or was capable of doing so is the materiality

09:38:03 22   question.  I expect that they'll testify that not only

09:38:06 23   could it, it also, in fact, did in certain instances,

09:38:09 24   so...

09:38:13 25           THE COURT:  Okay.  Now how does that --

09:38:17 1    and the intent to do that is just implied?

09:38:19 2                MR. LIOLOS:  I think it's alleged over and

09:38:21 3    over again in the indictment that they sought to do so

09:38:24 4    with the scheme.  And the intent is --

09:38:25 5                THE COURT:  Not what's alleged in the

09:38:27 6    indictment.  And I have the indictment right here.

09:38:50 7                [As read:]  The defendants used social

09:38:51 8    media to induce other investors to purchase and hold

09:38:53 9    the same securities that the defendants were selling

09:38:57 10   or dumping so that defendants could maximize their own

09:39:00 11   profits.

09:39:02 12               Now, that's alleged several times.  But

09:39:05 13   there's nothing about them depriving people from money

09:39:12 14   or property, which is what *Greenlaw* now says we have

09:39:14 15   to have.

09:39:15 16               Now, admittedly, this indictment came out,

09:39:20 17   I think, before *Greenlaw*.  I don't remember the date

09:39:22 18   of it, but it's -- *Greenlaw* is an October case.

09:39:27 19               MR. LIOLOS:  I think you're right.

09:39:29 20               THE COURT:  Yeah.  This was six months

09:39:30 21   before *Greenlaw*.  And so you can obviously tell I'm

09:39:34 22   worried whether we have a defective indictment.

09:39:37 23               MR. LIOLOS:  Well, Your Honor, if you look

09:39:38 24   at paragraph 12, it states:  The defendants used their

09:39:41 25   credibility to maximize their own trading profits

09:39:44  1    through their tweets and posts in the Atlas Trading

09:39:47  2    Discord, often at the expense of their Twitter

09:39:54  3    followers and members of the -- at the expense of

09:40:02  4    their Twitter followers and members the Alice Trading

09:40:02  5    Discord.  Indeed, the defendants used their social

09:40:05  6    media influence to pump and dump securities for their

09:40:07  7    own financial gain.

09:40:08  8            Those two sentences together explain that

09:40:11  9    it's as the defense of their -- at the expense of

09:40:14  10   their followers.

09:40:16  11           And then if you look at the GTT example,

09:40:36  12   which is -- starts on paragraph 43 and it's charged in

09:40:40  13   Count 7, that walks through a specific example where

09:40:45  14   they're using the false and misleading statements to

09:40:48  15   induce people seeing the false and misleading

09:40:51  16   statements, commenting, oh, there it is, there it is,

09:40:55  17   selling right after it and describing it as robbing

09:41:02  18   people of their money.

09:41:13  19           THE COURT:  Anybody else want to weigh in

09:41:14  20   on this?

09:41:18  21           MR. FORD:  Your Honor, if I may briefly.

09:41:29  22           THE COURT:  Now, I will tell you that the

09:41:30  23   acoustics in Judge Hoyt's courtroom, because it's so

09:41:35  24   much bigger, aren't really any better.  So you're

09:41:36  25   going to have to stay near a microphone when you speak

09:41:39 1    up there.

09:41:40 2                MR. FORD:  I think, Your Honor, you've

09:41:46 3    driven into the main issue with the defect in their

09:41:50 4    indictment.  If we go back to *Ciminelli*, the facts as

09:41:53 5    alleged in *Ciminelli* were that but for the state of

09:41:56 6    New York knowing that bribes were being paid, they

09:41:59 7    would have paid the money to somebody else, they would

09:42:01 8    have used different construction companies, right.

09:42:04 9                The issue with their indictment is that

09:42:07 10   all transactions that are alleged are bona fide at

09:42:12 11   market prices that anybody who purchased the shares

09:42:16 12   knew about at the time that they entered into those

09:42:18 13   transactions.

09:42:18 14               The volume that was occurring in the

09:42:22 15   market on the stocks that Mr. Constantinescu is

09:42:26 16   alleged to have been involved in, it's extraordinary.

09:42:30 17   We're talking, for example, with ONTX, Count 2 is the

09:42:35 18   first substantive count in the indictment.  180

09:42:39 19   million transactions -- 180 million transactions in a

09:42:44 20   day.  And that's executed transactions, meaning 180

09:42:49 21   million buys and 180 million sells by market

09:42:54 22   participants.

09:42:55 23               Every single person who entered into those

09:42:58 24   transactions knew the price they were buying or

09:43:01 25   selling at.  It was the only price available through

09:43:04  1    their broker/dealer.

09:43:05  2            It is essentially identical facts to

09:43:09  3    what's happening in *Ciminelli*, as Mr. Rosen pointed

09:43:14  4    out.  The issue here is there is no property being

09:43:19  5    sought to be obtained.  They're simply repackaging the

09:43:23  6    right to control theory, and the Supreme Court

09:43:24  7    rejected it.  It has been applied now to the

09:43:27  8    securities contexts in other cases.

09:43:30  9            And I'm not saying this is exactly on

09:43:32 10    point, but the Second Circuit has applied it in *SEC v.*

09:43:38 11    *Govil*, in United States v. *Greenlaw*, in our circuit,

09:43:41 12    in the Fifth Circuit, it has been made clear that it

09:43:44 13    applies to 1348 specifically in securities fraud.

09:43:48 14            We agree with Mr. Rosen and we agree with

09:43:50 15    Your Honor that this indictment is defective as pled.

09:43:54 16            THE COURT:  Let me ask you, either one of

09:43:56 17    you or any of the defense lawyers, let's say I grant

09:44:04 18    your motion.

09:44:07 19            What happens next?

09:44:09 20            MR. FORD:  We're --

09:44:11 21            THE COURT:  Don't we think Mr. Armstrong

09:44:14 22    will go back and add a paragraph that says and, oh, by

09:44:17 23    the way, they intended to deprive -- I mean, won't you

09:44:23 24    just get reindicted?

09:44:25 25            MR. FORD:  We don't believe so, because

09:44:27  1   there's no facts that would support the case that the
09:44:31  2   government is alleging.  What we think will happen,
09:44:33  3   Your Honor, is there is a parallel SEC pleading, a
09:44:38  4   parallel SEC complaint.  We believe this is an SEC
09:44:41  5   action.  In SEC actions they are not required to prove
09:44:45  6   intent.  And they are not required to prove that
09:44:48  7   somebody is trying to obtain money or property.  It's
09:44:51  8   a different statute.

09:44:52  9           And so we will be prepared, once the case
09:44:55 10   is dismissed, to argue it in the SEC action, which is
09:44:58 11   where it belongs.

09:44:59 12           We don't believe that this indictment can
09:45:01 13   be corrected.  We now are sitting on, you know, half
09:45:04 14   of the Amazon rainforest that's been printed out in
09:45:08 15   papers.  And there is nothing in it that will support
09:45:11 16   the notion that any one of these seven defendants
09:45:14 17   sought to obtain money or property.

09:45:17 18           And, you know, I will say there is another
09:45:22 19   hook to this, which is the fact that the government
09:45:24 20   continues to say that they caught one of the indicted
09:45:30 21   co-defendants in a separate Discord chat room with
09:45:35 22   only -- none of the defendants but one were even in
09:45:39 23   that room.  It was a totally different group of
09:45:41 24   people.  My client was not there.  Mr. Rybarczyk was
09:45:44 25   not there.  Mr. Matlock was not there.  The top three

09:45:50  1  individuals in the indictment weren't there.

09:45:53  2          THE COURT:  This is a conversation where

09:45:54  3  they use the word "rob"?

09:45:57  4          MR. FORD:  Yeah.

09:45:57  5          THE COURT:  Was that Mr. Knight?

09:45:58  6          MR. FORD:  Mr. Knight said it.

09:45:59  7  Mr. Cooperman was there.  He didn't say no, that's not

09:46:03  8  what we're doing.

09:46:03  9          MS. EPLEY:  Your Honor --

09:46:09 10          MR. FORD:  That's exactly what he said.

09:46:10 11          MS. EPLEY:  I'll step right back out.  I

09:46:12 12  just wanted to clarify for Mr. Liolos.

09:46:15 13          Tommy Cooperman's response was actually

09:46:15 14  the people in GTT are making more money than we did.

09:46:18 15  So he disagrees with the assertion.

09:46:20 16          MR. FORD:  That's the only individual of

09:46:21 17  these defendants in the room.  The fact that they were

09:46:23 18  able to find somebody with drug and alcohol addiction

09:46:27 19  who made, you know, a joke comment referencing hedge

09:46:30 20  funds flippant, does not suggest intent on behalf of

09:46:36 21  the seven guys who have now fought for 16 months of

09:46:38 22  their lives because there is nobody in this room who

09:46:40 23  believes they did anything wrong, because they did

09:46:42 24  not.  We have been arguing since our first hearing

09:46:45 25  that --

09:46:45  1              THE COURT:  I'm going to have to disagree
09:46:46  2   with you on that.  I think there are plenty of people
09:46:48  3   in this room that think your guys did something wrong.
09:46:52  4              MR. FORD:  I'm referring to the seven
09:46:53  5   defendants.  The reason we have been fighting tooth
09:46:55  6   and nail the way we have is because there is not one
09:46:58  7   of them who believes they did anything wrong.  And
09:47:02  8   they simply did not.
09:47:05  9              MR. ROSEN:  Judge, if I could just weigh
09:47:07 10   in on what I think are the pleading defects here
09:47:09 11   regarding Mr. Liolos's example with GTT.
09:47:14 12              He talks about GTT being an example of our
09:47:18 13   defendants scheming to obtain money or property from
09:47:20 14   victims.  It actually says the exact opposite.  If you
09:47:24 15   start on page -- paragraph 45, it talks about my
09:47:28 16   client, Mr. Rybarczyk, falsely claiming, it says:  GTT
09:47:33 17   24 RSI major multibillion dollar catalyst.
09:47:38 18              It doesn't allege that that was false.
09:47:41 19   The falsity is omitting the material information that
09:47:44 20   he intended to sell his own shares of GTT.  We dispute
09:47:49 21   that.  But even for the purpose of this indictment,
09:47:51 22   that's classic *Ciminelli*.  He's depriving people of
09:47:56 23   economically valuable information as to when he --
09:47:59 24   when he's selling his shares.
09:48:01 25              There are no other falsities alleged in

09:48:05  1   the -- in GTT.  It talked about him tweeting about a

09:48:10  2   $110 million market cap.  That's true.  With a $2

09:48:13  3   billion deal in place.  That's true.

09:48:15  4            The only thing is Mr. Knight, a guy my

09:48:18  5   client barely knew, he ran into him once at a car

09:48:22  6   rally and I think maybe one other time after that,

09:48:26  7   talking about -- joking about selling -- you know,

09:48:28  8   robbing idiots of their money.  I guess he believed

09:48:32  9   that's what he was doing.  My client certainly didn't

09:48:35 10   say that.

09:48:35 11            And then the key here is paragraph 53.  It

09:48:43 12   says -- it doesn't say a single victim lost money.

09:48:45 13   Not one.  It didn't say that they intended to rob a

09:48:52 14   single victim of money.  It says they obtained

09:48:53 15   approximately $200,000, $200,000 for themselves.

09:48:57 16            So if they were going to reallege this, if

09:48:59 17   they were going to reallege this, they would have to

09:49:01 18   explain how victims actually lost money.  And they

09:49:03 19   simply -- from our defendants and they simply cannot

09:49:07 20   do that.  For each one of these stocks --

09:49:09 21            THE COURT:  Wait a minute.  Let me stop

09:49:09 22   you there.

09:49:10 23            Why can't they do that?

09:49:12 24            MR. ROSEN:  Because many of these stocks

09:49:15 25   went up.  Many of these people, alleged victims, we've

09:49:18  1    got their trading records, they made money.

09:49:21  2    Alleged --

09:49:21  3             THE COURT:  I mean, but I bet they can

09:49:22  4    find somebody that didn't make money.  I mean, I bet

09:49:26  5    they can find somebody that lost money.

09:49:28  6             MR. ROSEN:  They did.  And those people --

09:49:29  7    but they have to lose money from the crime.  And

09:49:32  8    that's the problem.  A lot of these people -- like

09:49:35  9    there's one person who lost money, she held the stock

09:49:38  10   for months.  And she watched it go up, she watched it

09:49:42  11   go down.  She just didn't sell, like -- so you can't

09:49:45  12   say that person lost money from our defendants.  That

09:49:48  13   person lost money because they didn't sell it at the

09:49:51  14   right time.  They have to allege that specifically --

09:49:53  15            THE COURT:  Well, maybe they didn't sell

09:49:54  16   it because your client was saying he's holding it.

09:49:58  17            MR. ROSEN:  No.  But that wouldn't go on

09:50:00  18   for months because my client didn't tweet about it

09:50:03  19   after a couple days.  So you have to causally connect

09:50:07  20   the statements with the person's actions.

09:50:09  21            And that brings me back to the point.

09:50:12  22   That's why there's a massive degree of difference

09:50:14  23   between what we call a traditional real pump and dump

09:50:18  24   scheme.  Everyone who buys into that is a victim,

09:50:21  25   because people control all the float.  They control

09:50:24  1   all the shares.  And they just pump it up with false
09:50:27  2   and misleading statements and they sell that into the
09:50:29  3   market.
09:50:30  4         Those aren't real -- those aren't real
09:50:32  5   companies.  Those aren't real trades.  They're wash
09:50:35  6   trades, match trades.  You can say everyone is a
09:50:37  7   victim because the stock craters after that.
09:50:40  8         What we don't see here in those
09:50:43  9   indictments beyond the conclusory pump and dump that
09:50:46 10   the defendants have now walked away from is any
09:50:48 11   allegation that these stocks just like right after the
09:50:50 12   defendants got done with their mischief, that they
09:50:53 13   just tanked.  Because they didn't.  Many of them went
09:50:56 14   up and continued to go up.
09:51:01 15         Our clients may even -- didn't even sell
09:51:02 16   close to near the top.  If they were really
09:51:04 17   controlling it, they would have.
09:51:05 18         So I agree with you that, sure, certainly
09:51:08 19   they can try to allege that, but we don't think that
09:51:10 20   they could.  And it's going to be a key issue at
09:51:12 21   trial, but it should be a key issue in the indictment,
09:51:15 22   to show that they've made it that far, to present
09:51:18 23   evidence to the jury as opposed to just the grand jury
09:51:21 24   that that can be done.  And that's where we have the
09:51:23 25   financial issue.

09:51:24  1          Adding simply a paragraph about intent is

09:51:25  2  insufficient when you have a speaking indictment.  You

09:51:28  3  have to walk through what happened.  They can't do

09:51:30  4  that.

09:51:33  5          THE COURT:  Okay.  Well, obviously the

09:51:35  6  reason I brought this up first is because it's

09:51:39  7  concerning to me.  And it's -- I don't want to try

09:51:43  8  what y'all have proffered as a two-month case or

09:51:47  9  three-month at some point in time, I'm not conceding

09:51:51 10  it's going to take that long.

09:51:53 11          But it's going to take a long time.  And I

09:51:56 12  don't want to get to the end of it and get reversed

09:52:01 13  because we didn't follow *Greenlaw*.

09:52:05 14          MR. LIOLOS:  A critical difference here

09:52:06 15  between the cases that they're discussing in terms of

09:52:07 16  closing a bridge or college admission slots is they're

09:52:12 17  intending to induce people to use their money to buy

09:52:15 18  the stocks that they're selling at the same time.  And

09:52:20 19  that's fraudulent intent.

09:52:22 20          MR. ARMSTRONG:  Your Honor, just two

09:52:23 21  points, if I may?

09:52:23 22          I think that Your Honor is attuned to the

09:52:28 23  "intent to defraud" language.  And what's being

09:52:32 24  glossed over is the clearest evidence of that point,

09:52:37 25  which is the language in the indictment of robbing

09:52:40  1    idiots of their money.  That is intent to defraud all

09:52:44  2    day every day.

09:52:46  3              And the pleading requirements of an

09:52:49  4    indictment do not require hypertechnicality.  It's

09:52:51  5    just a plain reading of what is alleged.

09:52:53  6              And given that that statement is

09:52:56  7    specifically alleged, and is alleged by a

09:52:58  8    co-conspirator who is charged in this case, that

09:53:02  9    clearly passes the hurdle of *Ciminelli* and property

09:53:08 10    interest that are being deprived of the victims.

09:53:11 11              And one last point on this:  There is

09:53:13 12    nothing about our victim-witness testimony in this

09:53:16 13    case that we're walking away from.  Mr. Rosen said

09:53:18 14    that we're not going to put up witnesses who are going

09:53:21 15    to say that they lost money.  That is objectively not

09:53:24 16    true.  And it is objectively recorded in the 302s that

09:53:27 17    have been produced eons ago.

09:53:30 18              And so to say that people aren't going to

09:53:32 19    testify as to that exact point has no basis in the

09:53:34 20    record.  But that record is for trial and not for

09:53:36 21    purposes of actually looking at the allegations of the

09:53:40 22    indictment.

09:53:49 23              THE COURT:  Mr. Armstrong, let's say

09:53:51 24    hypothetically I agree with you on the robbing

09:53:54 25    statement.  Does that come into evidence?  Obviously,

09:53:57 1   you think it does.

09:53:59 2                   MR. ARMSTRONG:  It comes in --

09:54:00 3                   THE COURT:  Under what theory?

09:54:03 4                   MR. ARMSTRONG:  It comes in under a number

09:54:04 5   of theories.

09:54:05 6                   Number one, it comes in as non-hearsay,

09:54:11 7   under 801(d)(2)(e).  As a statement of a

09:54:12 8   co-conspirator, during and in furtherance of the

09:54:16 9   conspiracy.

09:54:16 10                  THE COURT:  Tell me how it's in

09:54:18 11  furtherance.

09:54:19 12                  MR. ARMSTRONG:  Because Mr. Knight is

09:54:20 13  telling other people on the call, including

09:54:23 14  Mr. Cooperman, what is the best way to profit from

09:54:25 15  what we're doing.  How can we all -- including

09:54:27 16  Mr. Knight, how can we all make the most money from

09:54:31 17  another co-defendants' tweets.

09:54:33 18                  THE COURT:  And his statement that we're

09:54:34 19  robbing these people helps them do that?

09:54:38 20                  MR. ARMSTRONG:  It doesn't have to help

09:54:40 21  them do that.  A statement that in furtherance under

09:54:43 22  801(d)(2)(e) just has to update other co-conspirators

09:54:48 23  as to the status of the plan.  And it's not as idle

09:54:50 24  chatter.  It's literally saying here is what we're

09:54:52 25  doing and here's how we can profit more from what

| | | |
|---|---|---|
| 09:54:56 | 1 | we're doing. |
| 09:55:00 | 2 | THE COURT:  Okay.  All right. |
| 09:55:03 | 3 | Anybody else want to weigh in? |
| 09:55:09 | 4 | MS. EPLEY:  I don't know that I have -- I |
| 09:55:13 | 5 | don't know that I have anything to add to that.  But |
| 09:55:14 | 6 | as the person who filed it -- or from Team Cooperman, |
| 09:55:19 | 7 | I think the judge has hit the nail on the head in |
| 09:55:21 | 8 | regards to furtherance of the conspiracy.  It's |
| 09:55:23 | 9 | nothing more than idle chatter and it's clear on the |
| 09:55:25 | 10 | face. |
| 09:55:25 | 11 | If you listen to the six hours of Dan |
| 09:55:28 | 12 | Knight talking that day, he is -- and I say -- I |
| 09:55:31 | 13 | apologize to the Court, but he is farting, he is |
| 09:55:34 | 14 | burping, he is making ridiculous analogies, he's a |
| 09:55:37 | 15 | mess. |
| 09:55:37 | 16 | And at this point he's talking about |
| 09:55:38 | 17 | himself and himself alone.  He's not talking to anyone |
| 09:55:41 | 18 | else who is listed in the conspiracy.  The only person |
| 09:55:44 | 19 | relevant to the indictment who is also present but not |
| 09:55:47 | 20 | participating in that commentary is Tommy Cooperman, |
| 09:55:50 | 21 | who says he disagrees with Dan Knight's assessment. |
| 09:55:55 | 22 | He's not inducing anyone to do anything. |
| 09:55:57 | 23 | He's not moving a conspiracy forward in regards to |
| 09:55:59 | 24 | anyone who matters.  He's talking nonsense, as he |
| 09:56:03 | 25 | often does. |

```
09:56:03  1              And at most, in regards to his own
09:56:06  2  intentions.
09:56:09  3              MR. ARMSTRONG:  Your Honor, I mean, we can
09:56:09  4  play the recording.  We have the recording on the
09:56:12  5  government exhibit list.  He's telling someone else on
09:56:16  6  the call just add zeros, add more money to your buys.
09:56:19  7  At the same time he's --
09:56:20  8              THE COURT:  Okay.  Well, that part
09:56:23  9  might -- that sounds like it might be in furtherance
09:56:27 10  of a conspiracy, buy more stock, you know.  But the
09:56:30 11  we're robbing people, is that in furtherance of
09:56:33 12  anything?
09:56:33 13              MR. ARMSTRONG:  Of course.  That explains
09:56:35 14  why you should add zeros instead of just, you know,
09:56:37 15  going out on a lark and doing something random.  It's
09:56:40 16  critical context to explain why and how you should
09:56:43 17  profit the most from this conspiracy.
09:56:46 18              MS. EPLEY:  I don't want to keep talking
09:56:47 19  in a way that's going to change the Court's opinion,
09:56:49 20  but I do want to draw kind of an analogy or corollary.
09:56:53 21              GTT stock was doing well.  It's continuing
09:56:54 22  to make money and the price is continuing to increase.
09:56:57 23  By definition then, buying the stock at that time
09:56:59 24  would lead to profitability for all players.  And
09:57:02 25  that's just a virtue of the buy/sell sides of a coin
```

09:57:06  1    in regards to trades.

09:57:07  2            It has absolutely nothing to do with any

09:57:11  3    conspiracy as to false statements at all, which is the

09:57:14  4    root of what is required by the government.  They are

09:57:16  5    not alleging that he said go tell people you're

09:57:18  6    holding when you're not.  He's saying go buy more

09:57:21  7    stock because it's profitable.

09:57:25  8            MR. FORD:  And, Your Honor, just to be

09:57:26  9    clear, he's saying that to people who will not appear

09:57:29 10    as part of this trial.  They are not co-defendants.

09:57:34 11    They will not be called as witnesses.  It is a room

09:57:37 12    full of people we will never hear from.

09:57:40 13            The only person present on the indictment,

09:57:43 14    other than Dan Knight, is Tommy Cooperman, who

09:57:46 15    unequivocally says he disagrees with Mr. Knight.

09:57:55 16            At a minimum, we're going to request a

09:57:58 17    limiting instruction on this statement --

09:58:01 18            THE COURT:  I think you already have in

09:58:08 19    about ten different motions.

09:58:09 20            MR. FORD:  And jokes aside, Your Honor,

09:58:11 21    the issue is, it is so far from what is in these

09:58:16 22    gentlemen's minds.  They are trying to build their

09:58:18 23    lives as influencers who pick great stocks.  If they

09:58:21 24    don't pick stocks that make money for people, they

09:58:23 25    cannot be influencers.

09:58:24  1           That's our theory.  They would not engage

09:58:26  2   in acts or conduct that were harmful, period.  But --

09:58:30  3   and to go back to the *Ciminelli* point, which drives

09:58:32  4   this whole conversation, there is nothing in the

09:58:36  5   indictment and there is nothing in this evidentiary

09:58:39  6   record that shows anybody ever trying to obtain money

09:58:42  7   or property.

09:58:43  8           What they are simply doing is coming up

09:58:46  9   with the best way to be good at what they want to do,

09:58:49  10  which is, in addition to already being successful

09:58:53  11  stock traders, become influencers on the internet by

09:58:56  12  picking the best stocks for the companies with the

09:58:59  13  stocks that are most likely to go up.

09:59:01  14          The notion that Dan Knight's sentiment,

09:59:05  15  again in his drunken and drug-induced statements,

09:59:09  16  applies to these other individuals, it should never be

09:59:13  17  heard by the jury.  It should have never been alleged

09:59:16  18  in the indictment.  And it should not have appeared on

09:59:18  19  the Daily Show or in the hundreds if not thousands of

09:59:21  20  newspaper articles that have now ruined my client's

09:59:25  21  reputation for the rest of his life.

09:59:27  22          That is the foundation of this.  For the

09:59:31  23  government to stand up and repeatedly say they were

09:59:34  24  robbing, they were robbing, nobody was even there when

09:59:36  25  the statement was said.

37

09:59:42  1          MR. ARMSTRONG:  Your Honor, just to make
09:59:44  2   sure that we're laser focused on what the requirements
09:59:46  3   of the rule are.  It's a statement by a
09:59:49  4   co-conspirator.  Mr. Knight is charged in the
09:59:53  5   indictment.  There's no requirement that it has to be
09:59:55  6   directly to another defendant actually charged in the
10:00:00  7   conspiracy.
10:00:01  8          But as it happens, we do have that because
10:00:03  9   Mr. Cooperman was in this same chat.  That's not the
10:00:06 10   requirement.  The requirement is it by a
10:00:10 11   co-conspirator during.  Of course it was.  Was it in
10:00:13 12   furtherance.  Yes, it was.
10:00:14 13          So under those three requirements it fits
10:00:16 14   all three.  Thank you.
10:00:22 15          THE COURT:  I'll give you a general
10:00:24 16   denial.
10:00:24 17          MS. EPLEY:  Thank you, Your Honor.  We'll
10:00:24 18   take it.
10:00:35 19          THE COURT:  All right.  Before we actually
10:00:36 20   start talking about motions in limine, which is
10:00:41 21   ultimately what we're going to address today, I've got
10:00:51 22   a letter -- and I can't remember from which lawyer --
10:00:53 23   but basically said there were various motions that he
10:00:57 24   thought were outstanding, including the one we just
10:00:59 25   talked about.

10:01:01  1         I didn't remember these necessarily being

10:01:10  2    still a problem, because I've gotten various letters

10:01:13  3    where we've said we've worked this out.  So let me --

10:01:20  4    they're primarily motions by the defense counsel.

10:01:23  5         Are there any motions that you think the

10:01:28  6    Court needs to address from anyone?

10:01:34  7         MS. CORDOVA:  Good morning, Your Honor,

10:01:37  8    Laura Cordova on behalf of Mitchell Hennessey.

10:01:40  9         We do have a pending motion for -- to

10:01:42 10    compel the production of drafts under *Jencks* Act.  The

10:01:47 11    government has refused categorically to provide any

10:01:50 12    drafts.  And we have requested that the Court conduct

10:01:55 13    an in-camera review of drafts to identify those which

10:01:59 14    are *Jencks*.  It is often the case --

10:02:00 15         THE COURT:  Drafts of?

10:02:01 16         MR. CORDOVA:  I'm sorry.  Of expert

10:02:03 17    reports and agents' search warrant affidavits.  Both

10:02:09 18    of those, the expert will be testifying as well as the

10:02:11 19    agent.

10:02:12 20         And it is often the case, based on my

10:02:16 21    experience as a prosecutor and just working on cases

10:02:19 22    for many, many years, that agents and expert reports

10:02:23 23    produce drafts to the prosecutors who then review them

10:02:26 24    and give comments back.

10:02:27 25         Those drafts would be *Jencks* material.

10:02:30  1   We've cited cases in our brief explaining that and

10:02:34  2   supporting that proposition.

10:02:36  3            The government has categorically refused

10:02:38  4   to produce any drafts whatsoever.  And, therefore, we

10:02:43  5   request that the Court, at the very least, conduct an

10:02:46  6   in-camera review to identify those drafts which are

10:02:49  7   *Jencks* material.

10:02:50  8            We also note, and it's become more

10:02:52  9   apparent as this case has developed, that these drafts

10:02:56  10  will likely constitute *Giglio* material as well, as

10:02:59  11  they go to the credibility of expert, as well as the

10:03:03  12  agent who will be testifying.

10:03:04  13           We have identified some very serious

10:03:06  14  errors in these reports and affidavits.  And,

10:03:10  15  therefore, the process by which those documents were

10:03:14  16  created is important and could go directly to the

10:03:17  17  credibility of the witness who will be testifying.

10:03:23  18           THE COURT:  Mr. Armstrong, you want to

10:03:24  19  weigh in on this?

10:03:25  20           MR. ARMSTRONG:  Sure, Your Honor.  From my

10:03:32  21  memory, it was a long time ago now, the witness's

10:03:33  22  statement is their final statement under the law,

10:03:37  23  especially and that's definitely the case for expert

10:03:41  24  reports.  The expert report is the witness's

10:03:45  25  statement.  And, of course, that's *Jencks* and of

10:03:48  1   course has to be turned over.

10:03:49  2            But the process of iterations is not the

10:03:53  3   actual statement because it can change.  And it's not

10:03:57  4   final and it's not the witness's statement until the

10:04:00  5   ink is actually dry.

10:04:01  6            And the same thing applies for affidavits

10:04:03  7   as well.  Of course, we turned over the affidavits

10:04:05  8   from the testifying agent in this case because that's

10:04:07  9   what the agent actually signed, and that he affirmed

10:04:11  10  in that signed document that that document is his

10:04:15  11  statement.  What comes before is categorically not a

10:04:19  12  *Jencks* statement.

10:04:21  13           THE COURT:  What volume of material are we

10:04:23  14  talking about?

10:04:24  15           MR. ARMSTRONG:  For?

10:04:25  16           THE COURT:  If I granted the motion.

10:04:29  17           MR. ARMSTRONG:  Off the top of my head, I

10:04:30  18  don't know, Your Honor.  It's been a long time.  There

10:04:33  19  definitely were drafts, of course, but I'd have to go

10:04:37  20  back and look.  I don't know off the top of my head.

10:04:40  21           THE COURT:  Okay.  Any other motions that

10:04:48  22  I need to look at before we move on to limines?

10:05:00  23           Okay.

10:05:19  24        (The Court speaks in sotto voce.)

10:05:55  25           THE COURT:  All right.  I want to start

10:05:57  1    with -- this is one of Mr. Rybarczyk's motions.  535

10:06:05  2    is the docket number.  It's addressing Government's

10:06:16  3    Exhibit Number 1.

10:06:27  4             And I don't know, Mr. Williams, you or

10:06:28  5    Mr. Rosen?

10:06:30  6             MR. WILLIAMS:  Yes, Your Honor.

10:06:36  7             Your Honor, I know that others have

10:06:37  8    weighed in on this in related matters.  So I'd welcome

10:06:43  9    the co-defendants' lawyers to weigh in on this.

10:06:46 10             But primarily our objection to Government

10:06:48 11    Exhibit Number 1 is under 401, 403, and then 1006.

10:06:53 12             First of all, it's not a proper summary

10:06:55 13    chart.  It's not relevant.  And then any relevance it

10:06:59 14    does have is exceeded by the undue prejudice that

10:07:05 15    outweighs any probative value.

10:07:07 16             And when you look at Government Exhibit

10:07:09 17    Number 1, it's a compilation of pictures from various

10:07:11 18    defendants' social media, some of which are extremely

10:07:15 19    offensive.

10:07:15 20             There are at least three with individuals

10:07:18 21    giving the Hawaiian good luck sign, otherwise known as

10:07:22 22    the bird or the middle finger, to the viewer.  Those

10:07:25 23    certainly, I think, are beyond the pale and don't have

10:07:27 24    any place in this courtroom, because they're designed,

10:07:30 25    like many of these pictures, solely to enflame the

10:07:34  1    jurors against the defendants and cause them to render

10:07:35  2    a verdict on an improper basis.

10:07:37  3            Along those lines, we have ostentatious

10:07:41  4    displays of wealth or fast cars, nice clothes, et

10:07:47  5    cetera, which appeal to class prejudice and aren't

10:07:53  6    relevant, because we know and there will be evidence

10:07:54  7    that our clients profited from their stock trading.

10:07:57  8            There are other exhibits the government

10:08:00  9    intends to proffer that say that.  It's really not in

10:08:03 10    dispute.  So their success and their ability to buy

10:08:06 11    luxury consumer goods does not help the jury decide

10:08:08 12    any contested fact in the case.

10:08:17 13            It also is misleading because it presents

10:08:19 14    this idea that the defendants hung out all the time in

10:08:21 15    all of these places, on private jets.  When, for

10:08:22 16    example, with respect to Mr. Rybarczyk, those are the

10:08:24 17    only pictures of him with any defendant anywhere.

10:08:26 18            And by describing this as a summary chart,

10:08:29 19    it suggests improperly and inaccurately that there are

10:08:33 20    a number of other photos that aren't in the chart of

10:08:35 21    Mr. Rybarczyk physically hanging out with the other

10:08:37 22    defendants in various places, whether Vegas, jets,

10:08:43 23    pool sides, that sort of thing.  And it's misleading

10:08:45 24    on top of the other problems.

10:08:48 25            And again, as we've cited in the case law,

10:08:51  1    this appeals to a type of class prejudice or class

10:08:56  2    warfare that, again, is incited.  It's designed to

10:09:00  3    incite -- to make the jurors mad at the defendants, to

10:09:02  4    make them jealous and make them mad and make them look

10:09:05  5    at that rather than use their reason, the other

10:09:09  6    evidence and their commonsense to decide the verdict.

10:09:11  7          And so by showing them offensive pictures

10:09:12  8    and pictures of them in, you know, contexts of lavish

10:09:19  9    displays of wealth, it appeals to their emotions

10:09:22 10    rather than their reason, which is what they have to

10:09:24 11    use to determine the evidence and evaluate it in this

10:09:28 12    case.

10:09:28 13          And the case law we've cited says:  You

10:09:31 14    can't -- you know, you can't use a summary chart to

10:09:33 15    create a conspiracy where one doesn't otherwise exist.

10:09:37 16    And so by juxtaposing these images of the defendants,

10:09:42 17    some of which are inaccurate, misleading, and

10:09:43 18    offensive, they're just trying to substitute that for

10:09:46 19    other evidence.

10:09:47 20          And even if the government contends that's

10:09:49 21    not accurate, then it's cumulative, because there are

10:09:52 22    numerous other examples that the government intends to

10:09:54 23    offer, including Discord chats.  We've heard a

10:09:57 24    discussion about the robbing idiots of their money and

10:10:01 25    other examples of the defendants in communication with

10:10:06  1   one another and others, both inside and outside the

10:10:08  2   indictment, that these photographs of them physically

10:10:11  3   in places are cumulative and they're irrelevant.

10:10:15  4   They're unnecessary and should also be excluded under

10:10:17  5   403 on that basis.

10:10:22  6            And so that's subject of our motion.  And

10:10:23  7   I invite co-defendants' lawyers to weigh in.

10:10:26  8            THE COURT:  Anybody else want to

10:10:27  9   address -- it's basically Government's 1?

10:10:32 10            MS. CORDOVA:  Yes, Your Honor.  On behalf

10:10:33 11   of Mr. Hennessey, we also included this in our motion

10:10:37 12   in limine.  This Government Exhibit 1 is a montage of

10:10:40 13   various posts, photographs of the defendants.

10:10:45 14            What it does is, it takes offensive

10:10:48 15   photos, like Mr. Williams just identified with the

10:10:53 16   middle finger up, using words like "the SEC finally

10:10:56 17   got me," ostentatious cars, all this sort of thing.

10:11:00 18            And what it does is it sandwiches

10:11:01 19   Mr. Hennessey in there, even though he didn't ever

10:11:05 20   post or buy any fancy cars.  He didn't say anything

10:11:08 21   about the most wanted or SEC or anything like that.

10:11:13 22   He never did anything like that.

10:11:15 23            But what they've done is they've tried to

10:11:18 24   group him together with these inflammatory photos that

10:11:20 25   really, as Mr. Williams said, don't go to prove

10:11:24  1    whether or not these guys committed the crime charged.

10:11:25  2          They just go to inflame the jury and

10:11:28  3    confuse them and think, oh, these guys were all

10:11:31  4    together.  It serves no real purpose at trial.  And we

10:11:33  5    think it's extremely prejudicial as to Mr. Hennessey,

10:11:35  6    for whom there is no such photo.  They can't find

10:11:40  7    anything like that for Mr. Hennessey.  So they try to

10:11:41  8    lump him in with everybody else.

10:11:49  9          THE COURT:  So he's not photographed

10:11:49 10    anywhere here?

10:12:00 11          MS. CORDOVA:  He's in there, Your Honor.

10:12:00 12    I can give you -- he's on page 8.

10:12:01 13          THE COURT:  Okay.  And who's he pictured

10:12:04 14    there with?

10:12:04 15          MS. CORDOVA:  On the left-hand side he's

10:12:06 16    with Mr. Deel, Mr. Cooperman, and Mr. Hennessey giving

10:12:11 17    the thumb up.

10:12:12 18          And then you have just his head shot in

10:12:12 19    the middle.

10:12:13 20          And then there's a picture on the right,

10:12:15 21    which is a whole group of people, including some of

10:12:17 22    the defendants, but other people who are not

10:12:19 23    defendants, never alleged to be co-conspirators.  I

10:12:21 24    think they're at a bar or somewhere.  It's just a

10:12:24 25    group photo.

10:12:28  1                    THE COURT:  Okay.  Anyone else?

10:12:29  2                    MS. CORDOVA:  Your Honor, just real quick

10:12:30  3    before we move on.

10:12:32  4                    There is a -- at the end of that exhibit,

10:12:35  5    there is a Pennies:  Going in Raw, which is the name

10:12:38  6    of Mr. Hennessey's podcast, PGIR, there is a

10:12:44  7    screenshot for those.

10:12:45  8                    Those were taken outside of the time frame

10:12:47  9    of the indictment.  So those are from December 2022.

10:12:49 10    So we would object to those being included on that

10:12:51 11    basis, because they're not from the time frame of the

10:12:54 12    indictment.

10:12:54 13                    We don't object to them on any other

10:12:57 14    basis, just that they're outside the time frame.

10:13:00 15                    THE COURT:  Okay.  Well, one of them is

10:13:01 16    September 8, 2021.  I can't see what page that is.

10:13:11 17    19.

10:13:15 18                    MS. CORDOVA:  Your Honor, I'm talking

10:13:16 19    about page 14 through -- 14 through 16.  The

10:13:27 20    government produced this as an exhibit, a separate

10:13:30 21    exhibit.  And the Wayback Machine banner at the top

10:13:34 22    shows that this was captured from December 2022.

10:13:37 23                    And there are other captures during the

10:13:38 24    time frame of the indictment of that website.  And we

10:13:44 25    would likely not object to those, but we would just

10:13:46  1    object to something that's outside the scope of the

10:13:52  2    indictment.

10:13:52  3                    THE COURT:  For the government?

10:13:54  4                    Wait, wait.  Find a mic.

10:14:06  5                    MR. FLEITES:  Good morning, Your Honor.

10:14:06  6    Carlos Fleites on behalf of Mr. Hrvatin.

10:14:07  7                    Your Honor, as to Government Exhibit 1 as

10:14:09  8    it pertains to Mr. Hrvatin, it contains three

10:14:13  9    pictures.  The one in the middle of Mr. Hrvatin, we

10:14:18  10   have no issue with.  It's a picture of him.

10:14:20  11                   The other two pictures are him and

10:14:23  12   Mr. Constantinescu taken on the same day.  And there's

10:14:26  13   two issues with them.

10:14:27  14                   First and foremost, the nature of the

10:14:30  15   picture, the one on the left and the caption that says

10:14:34  16   "SEC's most wanted," which was posted to

10:14:38  17   Mr. Constantinescu's -- I believe his Instagram

10:14:41  18   account.  Mr. Hrvatin had no knowledge or say in that.

10:14:44  19   But it doesn't depict who posted it on either picture.

10:14:48  20   And it's also a picture of Mr. Hrvatin flipping the

10:14:52  21   camera the middle finger, not knowing what it was

10:14:54  22   going to be used for, not knowing the caption, and not

10:14:58  23   controlling it.

10:14:59  24                   And all of that is very prejudicial to

10:15:00  25   Mr. Hrvatin as he had no control of it and it paints a

10:15:03  1    picture that they hung out all the time.  These are

10:15:06  2    pictures from the same day, from the only time he was

10:15:09  3    physically in contact or physically visited -- or they

10:15:14  4    visited him, I should say, Mr. Constantinescu visited

10:15:17  5    Mr. Hrvatin in Miami.

10:15:18  6          It seeks to show that they hung out all

10:15:20  7    the time, everything.  And that's not what the reality

10:15:22  8    of it is, insofar as it seeks to be a summary.  It

10:15:26  9    does not do that.

10:15:34  10         MR. FORD:  Just a couple quick things.  If

10:15:36  11   you look at page 1, bottom line, it says:  Francis

10:15:40  12   Sabo.  Twitter handle, @RickyBobby.  That's wrong.

10:15:45  13   His Twitter handle is DiabloRicky.  The government

10:15:48  14   knows it.  Later in our presentation today and the

10:15:53  15   next few days you'll see why this is relevant, but

10:15:56  16   they have put his wrong Twitter handle in.  This is

10:16:04  17   immensely problematic.

10:16:06  18         With regards to the SEC stuff --

10:16:07  19         THE COURT:  Why don't you preview for me

10:16:11  20   why the wrong Twitter handle is problematic.

10:16:13  21         MR. FORD:  Well, because they submitted

10:16:15  22   dozens of purported summaries, which we're going to

10:16:17  23   discuss at length, where they list Francis Sabo and

10:16:22  24   then under his Twitter handle it's blank to suggest he

10:16:25  25   doesn't have a Twitter handle.

10:16:26  1              And then they put that he didn't tweet

10:16:28  2     about the stock when, in fact, through the Wayback

10:16:31  3     Machine, we were able to obtain his Diablo Ricky

10:16:34  4     @DiabloRicky tweets.  And his statements that were

10:16:36  5     made during these relevant time periods about these

10:16:39  6     stocks.

10:16:42  7              So it's part and parcel with what is

10:16:45  8     either an unconscious accidental or intentional

10:16:49  9     obfuscation of Mr. Sabo's Twitter name and Twitter

10:16:55 10     activity.  It is not @RickyBobby.  He will testify to

10:17:00 11     that.  The Twitter handle was @DiabloRicky.

10:17:00 12              The more critical point that I feel

10:17:03 13     compelled to address has to do with the SEC stuff.

10:17:05 14     The pictures it shows of my client have headings on

10:17:08 15     them mocking the SEC.  Mr. Cooperman has one as well

10:17:11 16     where they're pretending to be arrested.

10:17:14 17              The joke here within the financial

10:17:17 18     community is that over the past few years the

10:17:21 19     Securities and Exchange Commission has become an

10:17:24 20     overly aggressive agency.  And, in fact, they have

10:17:26 21     taken on a role outside of their congressional

10:17:30 22     authority, which is they cannot throw people in jail.

10:17:32 23     They don't have criminal authority.

10:17:34 24              However, you know, that seems to be --

10:17:38 25     what they're doing, driving what they're calling

10:17:41 1    parallel investigations.

10:17:44 2              Now, my client, Mr. Constantinescu, was

10:17:45 3    aware of this.  It is a political belief he holds.

10:17:51 4    And so that is one of the things he did on the

10:17:53 5    internet in order to get his -- you know, to increase

10:17:57 6    his influencer status, was joke about the SEC and mock

10:17:59 7    the SEC.

10:18:00 8              I would not be surprised if it's part of

10:18:03 9    the reason we're here today.  But the fact is, the

10:18:05 10   jury doesn't need to see it, because whether or not he

10:18:08 11   was joking or believed that he was violating some SEC

10:18:11 12   rule or regulation, which is what they're going to

10:18:13 13   suggest, it has no relevance to whether a crime was

10:18:16 14   committed.

10:18:17 15             So I think those exhibits, especially of

10:18:20 16   Mr. Cooperman sitting in the dog cage saying the SEC

10:18:24 17   got me, or my client on the beach in Mexico saying the

10:18:27 18   SEC finally got me, the jury does not need to see

10:18:30 19   them.  They don't advance the case and they don't make

10:18:32 20   a fact more or less likely in this case.

10:18:35 21             As a general proposition, we agree with

10:18:37 22   Mr. Rybarczyk, these are not 1006 summaries.  What it

10:18:41 23   is is a demonstrative and it's a misleading

10:18:43 24   demonstrative.  So we would seek to have it excluded

10:18:45 25   on those grounds.

10:18:54  1          MS. EPLEY:  On behalf of Mr. Cooperman,

10:18:56  2  Your Honor, we adopt the objections made by co-counsel

10:18:58  3  in regards to this --

10:18:59  4          THE COURT:  Wait.  Let me stop you right

10:19:01  5  there.

10:19:01  6          MS. EPLEY:  Yes.

10:19:02  7          THE COURT:  We don't need to do this.  If

10:19:04  8  you've got something different to add --

10:19:06  9          MS. EPLEY:  Well, in that case, Your

10:19:07 10  Honor, I was just going to direct --

10:19:09 11          THE COURT:  We're going to be here till

10:19:11 12  5:00 in the morning and then start again at 9:00 if we

10:19:14 13  do this.

10:19:15 14          MS. EPLEY:  Yes, Your Honor.  Of course.

10:19:15 15          Then I would tell you it's page 12 on

10:19:17 16  Exhibit 1, the third picture, it's on the right.  And

10:19:21 17  in addition to the other items, it's a picture taken

10:19:24 18  June 27th of '22, so also outside of the conspiracy

10:19:28 19  window and should be excluded for that reason as well.

10:19:39 20          THE COURT:  Mr. Armstrong?

10:19:40 21          MR. ARMSTRONG:  Judge, to now argue that

10:19:44 22  defendant's own statement is unduly prejudicial to

10:19:48 23  them when 99.999 percent of the content in

10:19:53 24  Government's Exhibit 1 is their own posts and their

10:19:57 25  own statements on social media is a little bit

10:20:00  1    farfetched.

10:20:02  2              These are literally their own statements.

10:20:04  3    And part of the scheme that they put forward was that

10:20:08  4    they vigorously contested and defended to the outside

10:20:13  5    world that they're not doing what they actually were,

10:20:16  6    in fact, doing.

10:20:17  7              And part of that is to mock the SEC and

10:20:19  8    say, ha, ha, the SEC is going to get me, but they're

10:20:23  9    not actually going to get me because I'm not doing

10:20:25 10    anything wrong; which, we're going to prove is

10:20:28 11    demonstratively not the case.

10:20:30 12              So these SEC references are important and

10:20:33 13    it's important because they were essentially rubbing

10:20:35 14    the regulator's nose in it and saying you guys aren't

10:20:40 15    going to catch us.  Or if you are going to catch us,

10:20:43 16    nothing will stick because we're not doing anything

10:20:45 17    wrong.  That is the image that they presented to their

10:20:48 18    followers.  That is the image that they presented on

10:20:50 19    social media.

10:20:51 20              As far as the wealth aspect of it, zero

10:20:57 21    part of our presentation is going to be, jury, convict

10:21:00 22    these people because they're wealthy.  That's not

10:21:03 23    going to be part of it.  They know that.  Your Honor

10:21:06 24    knows that.  We're not going to be doing that.

10:21:07 25              What we are going to be presenting is that

10:21:09   1   the defendants held out their success and they held

10:21:12   2   out how they were able to enjoy the fruits of their

10:21:15   3   supposed success in order to pull in more followers

10:21:18   4   and have more followers start following them, have

10:21:21   5   more followers buying the stocks that they

10:21:24   6   recommended.  So that was a critical part of the

10:21:26   7   scheme.

10:21:26   8           And that is what we're going to have

10:21:28   9   testimony to, both from co-conspirators but also

10:21:31  10   victim witnesses.

10:21:33  11           THE COURT:  All right.  To the extent -- I

10:21:39  12   guess this is an objection and we're really talking a

10:21:43  13   motion in limine here, I'm granting the motion in

10:21:45  14   limine with respect to the pictures referencing the

10:21:47  15   SEC and with respect to the pictures where someone is

10:21:54  16   flashing a less than savory middle finger.

10:22:03  17           But the rest of the objection I'm

10:22:03  18   overruling.

10:22:06  19           MS. CORDOVA:  Your Honor, may I just note,

10:22:06  20   on page 12 there's a tweet from Mr. Constantinescu

10:22:09  21   that includes a picture of Mr. Hennessey.  And

10:22:13  22   Mr. Constantinescu wrote:  Two of America's most

10:22:15  23   wanted on there.  I think he was joking, like we're

10:22:18  24   good-looking guys --

10:22:18  25           THE COURT:  I'm including that one with

10:22:18  1   the SEC.

10:22:18  2                MS. CORDOVA:  Okay.  That one's out.

10:22:27  3   Thank you.

10:22:27  4                MR. FORD:  By the way, Your Honor, that's

10:22:27  5   a lyric from a rap song.  It's Snoop Dogg and he says

10:22:31  6   I "do it all legal," so...

10:22:42  7                THE COURT:  Well, you'll have to keep me

10:22:43  8   up-to-date on those lyrics.  My musical knowledge went

10:22:48  9   out in 1980.

10:22:48 10                MR. WILLIAMS:  On that note, Your Honor,

10:22:51 11   do you think you would consider starting late the

10:22:53 12   Monday after the Rolling Stones concert?

10:22:57 13                THE COURT:  I've actually seen the Rolling

10:23:00 14   Stones.  So I know who they are.

10:23:04 15                MR. WILLIAMS:  Just forewarning.

10:23:08 16                THE COURT:  I live in constant amazement

10:23:10 17   that they're still alive.  Or most of them are.

10:23:18 18                All right.  536 is also about

10:23:23 19   Mr. Rybarczyk's motion in limine to exclude hearsay

10:23:25 20   statements about him contained in government's

10:23:30 21   exhibits.

10:23:34 22                Primarily, there is a video that's at

10:23:40 23   issue here.  And I think that's also raised in other

10:23:45 24   people's motions.

10:23:47 25                MR. ARMSTRONG:  I'm sorry, Your Honor,

| | | |
|---|---|---|
| 10:23:49 | 1 | what number? |
| 10:23:49 | 2 | THE COURT:  It's 536 docket number. |
| 10:24:10 | 3 | MR. ROSEN:  Judge, we have a binder of the |
| 10:24:12 | 4 | exhibits that we were challenging.  Do you want us to |
| 10:24:14 | 5 | bring this up to you?  They're in chronological order |
| 10:24:19 | 6 | to go through if that would help make things easier. |
| 10:24:22 | 7 | THE COURT:  It might.  I mean, I have your |
| 10:24:23 | 8 | motion here. |
| 10:24:36 | 9 | MR. ROSEN:  There are a few more that we'd |
| 10:24:37 | 10 | like to -- |
| 10:24:37 | 11 | THE COURT:  Okay.  Why don't you hand me |
| 10:24:38 | 12 | the binder then? |
| 10:25:05 | 13 | MR. ROSEN:  These pertain to a number of |
| 10:25:07 | 14 | the defendants.  I'm going to speak solely for my |
| 10:25:10 | 15 | client, Mr. Rybarczyk.  But, effectively, we've |
| 10:25:13 | 16 | reviewed the exhibits. |
| 10:25:15 | 17 | The government's attempting to prove its |
| 10:25:17 | 18 | case against my client primarily by relying on |
| 10:25:21 | 19 | out-of-court statements by other individuals for the |
| 10:25:23 | 20 | truth of the matter asserted and which lack nearly any |
| 10:25:28 | 21 | indicia of reliability or usefulness to the jury. |
| 10:25:30 | 22 | The government's use of hearsay should be |
| 10:25:33 | 23 | rejected in this case, as the statements both don't |
| 10:25:37 | 24 | fall under any exception to the hearsay rule.  They |
| 10:25:42 | 25 | promote generally co-conspirator statements.  They |

10:25:45  1    don't show the existence of any conspiracy between

10:25:47  2    these people; largely, whom my client has not met or

10:25:52  3    met only, you know, very briefly.  And they're

10:25:56  4    certainly not made in furtherance of any conspiracy.

10:26:00  5            Really, the only sort of ways to sort of

10:26:04  6    do this is to go through sort of each one sort of

10:26:09  7    separately, unfortunately.  And I know there is a

10:26:12  8    number of them.  But I'm happy to sort of start in --

10:26:17  9            There's really two issues:  One are the

10:26:20 10    video statements where they're talking about various

10:26:24 11    things primarily related to a stock, GTT, which is in

10:26:29 12    the indictment.

10:26:30 13            And then a number of different text

10:26:33 14    message chains between various alleged co-conspirators

10:26:37 15    and non-co-conspirators that really demonstrate what

10:26:41 16    we believe to be -- we obviously deny that there's any

10:26:44 17    conspiracy at all, but to the extent that there even

10:26:47 18    is proven by any type of preponderance of the evidence

10:26:50 19    here, that it's multiple and -- multiple conspiracies

10:26:53 20    where people are simply pairing off into small groups

10:26:57 21    of traders discussing their sort of next move, and

10:27:01 22    certainly not in furtherance of any conspiracy which,

10:27:04 23    A, doesn't exist, but, B, which my client is a member

10:27:08 24    of.

10:27:09 25            To be clear, my client was part of

10:27:11  1    Sapphire Trading and not during the conspiracy Atlas

10:27:18  2    Trading.  So we already have a very different ball

10:27:18  3    game.

10:27:19  4              But if you look at the transcript, for

10:27:20  5    example, the first page, 7(h), which is a transcript

10:27:23  6    of allegedly -- and I think it says Male One, I think

10:27:27  7    that's Mr. Cooperman, although the government can

10:27:30  8    correct me if I'm wrong.  We were sort of going by the

10:27:33  9    voices on the video, but it's allegedly my client

10:27:37 10    texting Mr. Cooperman:  GTT bottom chart.

10:27:47 11              THE COURT:  So your client is Male One?

10:27:49 12              MR. ROSEN:  No, my client is not in any of

10:27:51 13    these.  He is an amorphous individual that was

10:27:56 14    allegedly texting someone saying:  GTT bottom chart.

10:28:03 15              And GTT is one of the more interesting

10:28:05 16    stocks in this case because it was a subject of major

10:28:11 17    change at the time of these trades; meaning, that

10:28:15 18    there was a major player in the market who later filed

10:28:21 19    forms reporting this, selling approximately 4 million

10:28:23 20    shares over the course of three or four days.  It was

10:28:26 21    some type of fund, whether a mutual fund or hedge fund

10:28:30 22    or something, and they filed the required report after

10:28:32 23    the sales.  So there was huge volatility in this

10:28:36 24    market.

10:28:36 25              And as a result of that, things were

58

10:28:38 1    changing immediately.  What we have here is the

10:28:42 2    government trying to concoct some type of

10:28:45 3    co-conspirator statement.  But the fact is, even if

10:28:48 4    true, that Mr. Rybarczyk was texting GTT bottom chart,

10:28:53 5    he then tweeted that same thing out just, you know, a

10:28:58 6    minute or two after this.  So he's texting people and

10:29:05 7    tweeting this same thing.

10:29:06 8            The core of the government's case is that

10:29:08 9    my client was lying in his tweets.  So they'd have to

10:29:12 10   believe, in order to establish any type of

10:29:14 11   co-conspirator statement, that he was also lying to

10:29:17 12   his co-conspirators.  But he wasn't.

10:29:21 13           GTT had plummeted from 60 to 2.  If

10:29:25 14   that's not a -- we put the stock chart in our reply

10:29:29 15   brief.  And if that's not a bottom chart, I don't know

10:29:31 16   what is.

10:29:33 17           So to the extent this thing is anything,

10:29:35 18   it's my client allegedly texting him a true statement

10:29:40 19   about a stock that he was tweeting about at that time.

10:29:45 20   There's nothing in furtherance of anything, despite

10:29:48 21   the government's attempt to concoct reasons for

10:29:51 22   linking it to -- to -- you know, any type of fraud.

10:29:57 23   It's not just -- it doesn't -- it's not just the fact

10:30:00 24   that these people are chattering.  It's the fact that

10:30:03 25   it has to be in furtherance of a criminal conspiracy.

10:30:05  1    And that's where we're completely wrong.

10:30:07  2              7(i) is virtually the same thing.  When

10:30:15  3    they're talking about -- when we lay -- the timeline

10:30:17  4    here is so critical that the government fails to

10:30:19  5    acknowledge, we lay this out in our reply brief.  And

10:30:23  6    it was unfortunately hard to do it in less pages than

10:30:26  7    we took up.

10:30:27  8              But what was going on there is that when

10:30:30  9    Mr. Rybarczyk tweeted, the stock was virtually at its

10:30:33 10    bottom.  However, as I was saying, because of the

10:30:35 11    volatility in the market, by the time -- and

10:30:38 12    Mr. Cooperman sort of laughing about this, the stock

10:30:41 13    is like rapidly increasing in price, huge green

10:30:46 14    candles, people are buying it.  That's not a pump and

10:30:50 15    dump.  That's what was going on in the market.  And

10:30:55 16    he's laughing, he's making a joke.  It's evident in

10:30:57 17    the video.

10:30:58 18              That's not -- I just don't understand how

10:30:59 19    this could be conceived of in furtherance of anything.

10:31:04 20    Because it's not a lie.  He's joking around about this

10:31:08 21    stock that is about to skyrocket, has been

10:31:10 22    skyrocketing through nothing anyone is doing to it,

10:31:13 23    other than other forces in the market, which is,

10:31:15 24    again, why, you know, this case is very, very

10:31:18 25    different from the standard pump and dump.

10:31:26  1              7(j), and I think also this is

10:31:27  2  Mr. Cooperman.  I apologize the names that -- are

10:31:30  3  there.  But there's also a female who is not alleged

10:31:33  4  to be a co-conspirator.

10:31:34  5              So her statements cannot come in.

10:31:37  6              THE COURT:  Who is Ultra?

10:31:42  7              MR. ROSEN:  Ultra is the screen name for

10:31:44  8  my client, Mr. Rybarczyk.

10:31:46  9              So he is not, though -- and the transcript

10:31:51 10  is a little bit rough.  This guy, Willy Meat Sauce, is

10:31:53 11  a -- not alleged to be a conspirator.  Obviously, a

10:31:56 12  colorful name.  But he says that, you know, this

10:32:01 13  Cooperman I think -- Knight, I think they're talking.

10:32:05 14  You know, Willy Meat Sauce is just getting a lot of

10:32:09 15  plays from Ultra too.  Him and this guy MyZell are

10:32:14 16  getting a lot of gains during the day.

10:32:19 17              Again, there's nothing criminal about my

10:32:24 18  client, to the extent it's true, which I don't know if

10:32:28 19  it is or isn't.  There's no indicia of any type of

10:32:31 20  reliability.  It's overtly prejudice.

10:32:34 21              But everybody uses the word "plays."  It

10:32:37 22  comes out on Twitter.  It's public.  A play is simply

10:32:41 23  a stock that they're talking about on Twitter.  There

10:32:47 24  is nothing elicit about a play or anything like that.

10:32:49 25  It doesn't say him and Willy Meat Sauce have conspired

10:32:53  1    or are doing anything illegal.

10:32:54  2           It's two people talking about a past

10:32:56  3    narrative of what they think, with no evidence, my

10:33:00  4    client may or may not have done.  And that's critical.

10:33:03  5    Because beyond even the co-conspirator exception is,

10:33:07  6    is there any indicia of reliability to these

10:33:10  7    statements?  And these guys have no idea what my

10:33:15  8    client is doing and they make that clear in this text

10:33:21  9    message exchange.

10:33:21 10           7(m), 7(n), and 7(o) and -- do not

10:33:39 11    explicitly talk about my client.  However, they are

10:33:42 12    statements regarding GTT.  And, obviously, my client

10:33:47 13    is charged in those statements.  They're singing about

10:33:50 14    GTT and things like that.  Knight, at the bottom of

10:33:56 15    7(n), that transcript, he's saying:  I am making it

10:33:59 16    look natural, you know, shares going in, shares going

10:34:02 17    out.

10:34:03 18           Again, my client had no idea what Knight

10:34:07 19    was doing.  He wasn't texting with Knight about

10:34:10 20    anything.  He wasn't part of what Knight is doing.  He

10:34:15 21    certainly texted -- he tweeted about GTT truthfully.

10:34:19 22    And the government has not alleged otherwise, other

10:34:22 23    than this amorphous failed to disclose his intent to

10:34:28 24    sell, which is odd because he's a day trader.

10:34:31 25           But it's also overtly prejudice to have

10:34:34  1   someone who has come in, not part of a conspiracy,

10:34:38  2   pled guilty, testifying by his own statements, and

10:34:41  3   trying to link those back to a charged person who has

10:34:45  4   never spoken or dealt with him.  It's extremely

10:34:48  5   problematic to the extent he needs a limiting

10:34:51  6   instruction or just should be excised from this case

10:34:56  7   entirely.  Obviously, we leave that up to Your Honor.

10:34:58  8   But nothing here is based on any truth as to what my

10:35:02  9   client is doing.

10:35:02 10           And that's the problem.  It's all sort of

10:35:05 11   reflecting on that in these next couple things.  We've

10:35:08 12   already talked about the robbing idiots of their

10:35:11 13   money.  And all of this is sort of part of this GTT --

10:35:17 14   part of these GTT conversations that are

10:35:21 15   extraordinarily prejudicial.

10:35:22 16           There is one more video.  It's 7(r).  It's

10:35:28 17   the last page.  That explicitly uses the name Ultra.

10:35:33 18   And I think that's Mr. Cooperman.  He says on that

10:35:37 19   page:  We got to remember what these Ultra ones they

10:35:41 20   all do the same thing.  They like spikes come down for

10:35:43 21   a second, then the scalpers get out, Gary gets out and

10:35:47 22   then it goes bookoo, is the word that he uses, sort of

10:35:52 23   loosely translated there.  So -- and then he talks

10:35:56 24   about people alerting it after my client tweets about

10:36:01 25   it.

10:36:06  1            Again, this is a narrative of past --

10:36:08  2   alleged past -- you know, what happened in the past.

10:36:11  3   It serves nothing in furtherance of any conspiracy.

10:36:15  4   They're trying to elicit some type of confession from

10:36:18  5   my client through Mr. Cooperman.

10:36:21  6            They talk about scalpers getting out.

10:36:24  7   Those are legal scalpers, people who take short --

10:36:27  8   very short term gains constantly throughout the day.

10:36:27  9   There's nothing illegal about that.

10:36:34 10            They talk about things going bookoo.  I

10:36:36 11   have no idea what bookoo means.  Neither will the

10:36:36 12   jury.

10:36:40 13            And then they talk about minions

10:36:42 14   retweeting it.  This is all speculation.  And that's

10:36:44 15   the problem here.  It's speculation about past acts

10:36:50 16   that serve no basis other than to unfairly unduly

10:36:53 17   prejudice my client for really no reason.  He's not

10:36:56 18   part of this.  And he shouldn't be subject to any of

10:36:58 19   this.

10:37:00 20            There is, you know, as we start getting

10:37:03 21   into the text messages and, you know -- I can go

10:37:06 22   through, you know, one by one, but they're sort of

10:37:12 23   mostly similar.

10:37:12 24            THE COURT:  Let me stop you here.  Because

10:37:14 25   if this is just objections to exhibits, I just want to

10:37:19  1    do that later when we're talking about exhibits.

10:37:24  2            But I will have to tell you, when we get

10:37:26  3    to that point, I mean, I'm going to need context.  I

10:37:29  4    mean, transcripts and -- from you and the government.

10:37:34  5    You know, having me read something that says Male One,

10:37:38  6    Male Two, Female One, I mean, you know, it could be

10:37:41  7    people totally unrelated to the case.  It could be

10:37:43  8    three of the alleged co-conspirators.

10:37:46  9            Well, not three, because I don't think we

10:37:48 10    have any female co-conspirators alleged, but unless --

10:37:53 11    is Francis a co-conspirator male or female?

10:37:57 12            MR. ROSEN:  I think that is male.

10:38:02 13            THE COURT:  Okay.  Let me come back to

10:38:03 14    these.

10:38:04 15            MR. ROSEN:  Okay.

10:38:07 16            THE COURT:  Because it just makes more

10:38:09 17    sense to do them when we're doing exhibits.

10:38:11 18            MR. ROSEN:  Can I leave the binder up with

10:38:13 19    you?

10:38:13 20            THE COURT:  Yes, please.

10:38:50 21            Let me shift gears and go to the

10:38:52 22    government's motion in limine.  I think we can move

10:38:57 23    faster doing it that way.

10:39:02 24            Because I see in a lot of ways these are

10:39:07 25    really more classical motions in limine, as opposed to

10:39:10  1    objections to certain exhibits.

10:39:12  2            So I'm looking at Document 538.  The first

10:39:23  3    one I see is the government -- the Court should

10:39:28  4    preclude evidence and argument aimed at jury

10:39:32  5    nullification, which in general I would grant, except

10:39:40  6    how do I enforce that?  And what constitutes jury

10:39:45  7    nullification without having seen it or heard it?

10:39:51  8            Who wants to address that for the

10:40:03  9    government?

10:40:04 10            MR. LIOLOS:  John Liolos.

10:40:06 11            THE COURT:  In theory, you're right.

10:40:08 12            MR. LIOLOS:  But I think you get

10:40:10 13    the thrust of the point.  A lot of our motions in

10:40:11 14    limine are to lay out sort of general principles that

10:40:14 15    can then be applied throughout this case.  And a

10:40:15 16    perfect application of this one are photographs that a

10:40:18 17    lot of the defendants have offered as exhibits.

10:40:21 18            For example, I believe it's

10:40:21 19    Mr. Cooperman's first exhibit is a montage of

10:40:25 20    photographs of -- I think it's his fiancée, pregnant,

10:40:31 21    a sonogram picture.  There's all sorts of family

10:40:33 22    photographs of the different defendants that have no

10:40:36 23    relevance to this case that are trying to interject

10:40:40 24    consequences of conviction.  Those types of jury

10:40:45 25    nullification arguments.

10:40:47  1          Another manifestation of jury

10:40:49  2  nullification argument is the repeated effort to bring

10:40:50  3  in the First Amendment, which they said in their

10:40:52  4  response.  First Amendment has no application to this

10:40:55  5  case.  Either the factual questions the jury has to

10:40:58  6  decide is whether defendants did the things alleged

10:41:01  7  and met the elements of the crime.  If it's fraud,

10:41:04  8  First Amendment doesn't shield it.  If it's not fraud,

10:41:08  9  you're free to go.  There should be no mention of the

10:41:11  10  First Amendment before the jury.

10:41:12  11          THE COURT:  I'm not going to grant this.

10:41:14  12  But I -- obviously, if something comes up during trial

10:41:16  13  that you think constitutes jury nullification, I'll

10:41:19  14  listen to any kind of objection to it.  I mean, but --

10:41:27  15  you know, somebody's going to have to convince me that

10:41:29  16  a picture of his pregnant girlfriend is somehow

10:41:32  17  relevant.

10:41:34  18          MR. ARMSTRONG:  I think the only marker

10:41:35  19  that we would just want the Court to be aware of is

10:41:36  20  opening statements.  You know, if something gets

10:41:39  21  flashed up like that during opening, the cat is kind

10:41:41  22  of out of the bag.

10:41:42  23          And so to the extent that they plan to

10:41:44  24  introduce pictures like that, or show pictures like

10:41:46  25  that during opening, some guidelines --

10:41:49  1                    THE COURT:  No, I'm aware of that.  And I
10:41:50  2      know that's one of the reasons they were worried about
10:41:52  3      your montage too.
10:41:55  4                    MR. ARMSTRONG:  We're not going to use the
10:41:57  5      montage in opening.
10:41:59  6                    THE COURT:  Okay.  All right.
10:42:03  7                    The next, evidence of good conduct,
10:42:07  8      including stock trades.  What exactly are we trying to
10:42:11  9      get to there?
10:42:13 10                    MR. ARMSTRONG:  So as Your Honor knows,
10:42:14 11      we've excised a lot of the trading episodes in this
10:42:21 12      case.  And what we are ironically now facing is that
10:42:26 13      after we've done that, the defendants want to dump in
10:42:29 14      reams of other trades that are not at issue that we
10:42:33 15      are not going to be contesting at trial have false and
10:42:36 16      misleading statements in them.
10:42:40 17                    And so, at least from our perspective, the
10:42:41 18      purpose of that kind of evidence is to show that they
10:42:45 19      weren't committing fraud, right.  And it's to show,
10:42:48 20      hey, I didn't do this or that on this other occasion,
10:42:53 21      therefore, I didn't commit fraud as to the charged
10:42:56 22      conduct.
10:42:56 23                    And that's impermissible under Rule 405.
10:43:00 24      405 says that you can only prove character, you can
10:43:04 25      only prove the lack of intent through reputation or

10:43:07  1    opinion.  You cannot prove other specific acts to show

10:43:11  2    that you didn't commit the crimes charged.

10:43:14  3              And the *Marrero* case that we cite on this

10:43:16  4    point from the Fifth Circuit is directly on point.  It

10:43:19  5    comes up a lot of times in the healthcare fraud

10:43:22  6    context, where you try to prove, hey, I didn't commit

10:43:27  7    fraud on these other claims; therefore, the things I

10:43:30  8    am charged are not fraudulent as well.

10:43:30  9              THE COURT:  Okay.  I'm going to grant that

10:43:32 10    generally, but with this caveat.  Obviously, the

10:43:36 11    defendants can -- I expect to hear and I think it's --

10:43:39 12    you know, that we're stock traders, we win some, we

10:43:44 13    lose some.  You know, we've lost money doing this

10:43:47 14    trade.  We made money doing this one.

10:43:49 15              I mean, I think generally, you know, they

10:43:54 16    can -- when it's their turn, they can talk about --

10:43:57 17    assuming they testify -- what they, you know -- what

10:44:03 18    their business is.  I'm not excluding background as to

10:44:06 19    their business and what they do.

10:44:08 20              So having said that, I agree with the

10:44:10 21    concept that you -- just because you're a Boy Scout on

10:44:15 22    one occasion doesn't mean you're not nefarious on

10:44:19 23    another.

10:44:26 24              Okay.  In the same -- I'm going to grant

10:44:26 25    the irrelevant character evidence also for the same

10:44:29  1    reason.

10:44:34  2              The next one would be attempts to blame

10:44:40  3    witnesses for defendants' fraud.  And I guess help me

10:44:49  4    with what you mean there, because I --

10:44:52  5              MR. ARMSTRONG:  Sure.  So the defendants,

10:44:54  6    as we've charged in the indictment and as we're going

10:44:57  7    to prove at trial, dumped reams and reams and reams of

10:45:01  8    false statements into the market.  They dumped reams

10:45:05  9    and reams of false statements in front of their

10:45:07 10    followers for the precise purpose of having their

10:45:09 11    followers buy the stock, so the price would go up at

10:45:14 12    an artifical level and then sell.

10:45:16 13              And so a lot of times what happens in

10:45:18 14    these, no bones about it, these pump-and-dump-type

10:45:22 15    behavior in these schemes, is that after the

10:45:25 16    defendants moved on, after they sold their shares,

10:45:28 17    after they stopped posting about the stock, the stock

10:45:32 18    craters.  It just drops off the face of the Earth.

10:45:35 19              And a lot of times their followers would

10:45:38 20    complain and they would kind of attack them and say

10:45:41 21    you guys are just pump and dumpers.  You guys are just

10:45:44 22    coordinating behind the scenes, which, of course, they

10:45:46 23    were, and you guys are just coordinating your tweets

10:45:49 24    so that you guys can then sell your shares, which of

10:45:52 25    course they were.

10:45:52  1          And so what the defendants did a lot of

10:45:54  2   times in response is that they would then say, oh,

10:45:57  3   well, you guys take profits, all you followers, you

10:46:01  4   guys should be taking profits.  You guys should be

10:46:03  5   trading your own plan.  You guys should be watching

10:46:06  6   out for your own behinds and taking responsibility for

10:46:10  7   your own trades.

10:46:12  8          And that is the classic victim blaming,

10:46:14  9   because it does nothing to negate the false statements

10:46:18 10   that they put into the market with the express intent

10:46:20 11   to falsely induce other people to buy.

10:46:23 12          And the Fifth Circuit pattern has a

10:46:25 13   precise sentence or two under wire fraud on this exact

10:46:30 14   point about how the victims' negligence, or what have

10:46:37 15   you, is not relevant to actually proving the falsity.

10:46:41 16          And so that's what they're going to try to

10:46:42 17   do.  It's all over their exhibit lists.  Time and time

10:46:45 18   again they're claiming in a self-serving manner, hey,

10:46:49 19   if you guys lost money, that's your own fault, because

10:46:52 20   you didn't take profits, even though I knew you were

10:46:54 21   buying this stock at a high level because of my tweet.

10:47:01 22          THE COURT:  Well, aren't you going to -- I

10:47:07 23   mean, as a general proposition, I understand the

10:47:13 24   blaming the victim is not generally admissible, but if

10:47:20 25   you guys are going to say -- "you guys" being the

| | | |
|---|---|---|
| 10:47:23 | 1 | government -- these people bought because of the |
| 10:47:29 | 2 | representations of the defendants, and I don't know |
| 10:47:34 | 3 | what the facts are, you guys know what the facts are. |
| 10:47:38 | 4 | I mean, did defendants ever recommend they |
| 10:47:39 | 5 | sell it and somebody kept it?  I mean, that seemingly |
| 10:47:45 | 6 | would be their fault. |
| 10:47:47 | 7 | MR. ARMSTRONG:  So a lot of times what |
| 10:47:49 | 8 | happened, Your Honor, is the defendants would say, I'm |
| 10:47:52 | 9 | swinging a stock.  "Swinging" means I'm in it for any |
| 10:47:56 | 10 | indeterminate amount of time, but a long period of |
| 10:47:59 | 11 | time.  And oftentimes when they say I'm swinging a |
| 10:48:03 | 12 | stock, they would anchor that statement to news or |
| 10:48:05 | 13 | some kind of information that was weeks down the line. |
| 10:48:05 | 14 | THE COURT:  Right. |
| 10:48:06 | 15 | MR. ARMSTRONG:  Or I'm swinging for this |
| 10:48:08 | 16 | price target.  I'm going to hold it to that price |
| 10:48:10 | 17 | target.  And a lot of times, what would happen is that |
| 10:48:13 | 18 | they would sell seconds or a minute after a message |
| 10:48:16 | 19 | like that. |
| 10:48:17 | 20 | And so, to Your Honor's point, they were |
| 10:48:20 | 21 | inducing people to buy and hold for a long period of |
| 10:48:24 | 22 | time, saying, hey, this is what I'm doing, I'm a |
| 10:48:27 | 23 | successful trader, you guys should all, you know, take |
| 10:48:32 | 24 | notice. |
| 10:48:32 | 25 | And so they are fraudulently inducing |

10:48:36  1   people to buy and hold for a long time when they're

10:48:39  2   selling for a short period of time.  And then when the

10:48:41  3   price craters, they're saying, oh, well, I told you

10:48:44  4   guys you should, you know, follow your own plan or you

10:48:48  5   guys should have taken profits, or something like

10:48:50  6   that, which is blaming the victim for following their

10:48:52  7   bad advice.

10:48:53  8          MS. EPLEY:  Your Honor, I thought if I let

10:48:55  9   Mr. Armstrong go long enough, he might help me make my

10:48:58 10   point and he has.

10:48:59 11          The examples he gave you at the start

10:49:00 12   about take profits and trade your own plan are

10:49:03 13   predicated predominantly in Tommy Cooperman's

10:49:05 14   exhibits.

10:49:06 15          But by the conclusion, what Mr. Armstrong

10:49:09 16   used as a reference point was, and, therefore, they

10:49:12 17   used this to induce people to hold it a long time,

10:49:15 18   which is objectively false.

10:49:16 19          Tommy Cooperman's entire trading strategy

10:49:19 20   is to hold it for mere minutes, multiple times a day.

10:49:23 21   He himself takes small, marginal, low-percentage

10:49:26 22   profits routinely, and tells everyone who follows him

10:49:30 23   multiple times a day, for months, if not years, to

10:49:34 24   take profits, that 5 percent is more than enough.  If

10:49:37 25   you're green, don't let a winner become a loser.  That

10:49:40  1    there's no reason to stay in these stocks long term.

10:49:42  2    Over and over and over.

10:49:43  3            And so if the government is going to say

10:49:45  4    him not telling people that he sold is somehow

10:49:48  5    relevant, so is the rest of this.  I mean, in addition

10:49:51  6    to multiple other reasons it's relevant.

10:49:54  7            MR. ARMSTRONG:  Your Honor, that's not

10:49:56  8    what the evidence is going to be.

10:49:57  9            THE COURT:  Well, I mean, you're asking me

10:49:58 10    to prejudge evidence I haven't heard.  And there's no

10:50:01 11    way I can do that.

10:50:04 12            MS. EPLEY:  Yes.

10:50:07 13            THE COURT:  I'm not going to grant this

10:50:10 14    because I don't know the context that the evidence is

10:50:15 15    going to come out.  But it's not -- I mean, I would

10:50:18 16    assume, if you're one of the victims and you bought

10:50:23 17    because they said, well, I'm holding it until they

10:50:26 18    said to sell it and they never said to sell it.  You

10:50:33 19    know, there could be a lot of responses to that.

10:50:35 20            So I'm not granting this as a motion in

10:50:36 21    limine, but I'm not saying I won't sustain an

10:50:39 22    objection when it comes up.

10:50:43 23            MR. ARMSTRONG:  Thank you, Judge.

10:50:43 24            MR. REYES:  Your Honor, if I may approach

10:50:44 25    for a second.

10:50:49  1          This is Luis Reyes for PJ Matlock.

10:50:51  2          I just wanted to add some context to this

10:50:53  3   in case it comes up again, Your Honor.  I think it's a

10:50:57  4   little bit of a misnomer to say what they're trying to

10:51:00  5   do is limit blaming the victims.  What they're really

10:51:03  6   trying to do, Your Honor, is limit contemporaneous,

10:51:08  7   exculpatory evidence in a different sequence.

10:51:11  8          It's information that the defendants

10:51:14  9   disclosed before the victims ever took part in Atlas

10:51:18  10  site.  It's information that was in the rules.  Do not

10:51:20  11  take our posts as signals to buy.  Things like that.

10:51:24  12  And I believe what they're saying at one point was

10:51:28  13  that these aren't relevant.

10:51:30  14          But, of course, Your Honor, it goes to the

10:51:31  15  very heart of the matter of this case, which is the

10:51:36  16  posts that our defendants made and the effects they

10:51:38  17  had on listeners.  It's not hearsay either, Your

10:51:42  18  Honor, because, first of all, they're imperative

10:51:43  19  statements.  They're not declarative statements.

10:51:44  20  They're orders; do not do this, do not do that.

10:51:50  21          To the extent that we say we're not

10:51:52  22  financial advisors, well, those aren't offered for a

10:51:55  23  hearsay purpose.  They're not offered for the fact of

10:51:57  24  the matter asserted.  They're actually offered for the

10:52:00  25  fact that they were asserted.  And they're not

10:52:02  1    claiming an authenticity objection.

10:52:04  2            So to the extent that this comes up,

10:52:05  3    again, Your Honor, I just wanted to put some context

10:52:07  4    that the universe and the mix of information that is

10:52:10  5    out there for the public to hear and see that was

10:52:12  6    given by the defendants is definitely relevant and

10:52:17  7    should be included.

10:52:18  8            And the last thing I'll say, Your Honor,

10:52:19  9    is they're trying to say, hey, our guys were saying

10:52:22  10   don't jump in the deep end.  But they were also

10:52:25  11   saying -- excuse me.

10:52:25  12           They're trying to say our guys come jump

10:52:27  13   in the deep end of the pool, but were also saying,

10:52:30  14   don't jump into the deep end of the pool.  They can't

10:52:32  15   have one and not the other.

10:52:34  16           And with that, Your Honor, I just wanted

10:52:36  17   to provide that context.

10:52:40  18           THE COURT:  All right.  Next one is the

10:52:42  19   FINRA reports.  And I'm going to skip those and come

10:52:45  20   back to those when we talk about the actual documents.

10:52:51  21           Number 6 for the government is attempts to

10:52:54  22   introduce inadmissible hearsay.  I will grant that.

10:53:03  23           The Court should -- the next one, 7, is

10:53:11  24   the Court should preclude hearsay attempting to

10:53:13  25   disclaim liability for fraud.

10:53:16  1          I mean, are we talking the disclaimers

10:53:19  2    that we've already seen in court?

10:53:21  3          MR. ARMSTRONG:  That's definitely a type

10:53:24  4    of statement that we're talking about.  The other

10:53:28  5    disclaimers are disclaimers that are supposedly at

10:53:32  6    some point in time on, like, the Twitter handles as

10:53:36  7    well.  Saying like, these are my opinions, things like

10:53:38  8    that.

10:53:40  9          I think that we laid out in our motion

10:53:42 10    that these types of disclaimers are not admissible and

10:53:45 11    they're not relevant, because reliance is not an

10:53:50 12    element of the offense in this case.  And so I think

10:53:55 13    we'll rest on our papers on that one.

10:53:56 14          THE COURT:  Why wouldn't it go to

10:53:58 15    materiality?

10:53:59 16          MR. ARMSTRONG:  Because --

10:54:00 17          THE COURT:  If I'm saying don't rely on

10:54:02 18    what I'm saying, isn't the definition of materiality

10:54:06 19    something that you would make a decision based upon?

10:54:08 20          MR. ARMSTRONG:  So, Your Honor, on that

10:54:09 21    one, I'm going to punt to Mr. Liolos, who is our

10:54:12 22    materiality expert.

10:54:14 23          MR. LIOLOS:  Expert's generous.

10:54:17 24          But the materiality question is -- looks

10:54:22 25    at the intrinsic qualities of the statement.  And it

10:54:25 1   doesn't look at the surrounding context.  The Fifth

10:54:29 2   Circuit is pretty clear on this in an *Evans* case.

10:54:35 3   Give me a moment.

10:54:37 4          The Court's indulgence.

10:54:39 5          So in *United States versus Evans*, the

10:54:41 6   Fifth Circuit in 2018 explained how the test focuses

10:54:44 7   on the intrinsic qualities of the statement itself and

10:54:48 8   transcends the immediate circumstances in which it's

10:54:51 9   offered.

10:54:52 10          And the Court goes on to describe an

10:54:53 11   example of a crazed man demanding to see a patient

10:54:57 12   being kept under guard by federal agents makes a

10:55:01 13   materially false statement when he tells the agents

10:55:03 14   that he's the patient's lawyer.

10:55:05 15          So even the circumstances -- even though

10:55:07 16   the circumstances dispel any chance the agents might

10:55:10 17   buy the lie, the representation that one is a lawyer

10:55:17 18   is the type that would naturally tend to influence --

10:55:17 19   or is capable of influencing the decision-maker.

10:55:20 20          So in looking at the materiality of a

10:55:22 21   specific statement, you look to the intrinsic

10:55:24 22   qualities of the statement.  For example, in a price

10:55:26 23   target example, if a stock is trading at $2 and a

10:55:30 24   defendant says, hey, this is going to 50, divorced of

10:55:35 25   all context, that statement itself is something that

78

10:55:37  1    could influence someone who's interested in trading

10:55:40  2    the stock.

10:55:40  3         THE COURT:  Okay.  But let's say that

10:55:42  4    statement is right under a posting that says, you

10:55:47  5    know, use your own judgment, don't buy what I buy.

10:55:51  6    Why wouldn't that be a fact issue for the jury then?

10:55:54  7         MR. LIOLOS:  So under the *Evans* --

10:55:56  8         THE COURT:  So it's a representation or

10:55:57  9    promise is material if it has a natural tendency to

10:56:01 10    influence, that may have a natural tendency to

10:56:03 11    influence.  If somebody said I'm giving you my

10:56:07 12    opinion, but I wouldn't rely on it if I were you.

10:56:11 13         MR. LIOLOS:  I think the *Evans* example

10:56:13 14    hits that square on the head when it points out that a

10:56:15 15    crazed man saying I'm a lawyer, let me see the

10:56:17 16    patient, it doesn't matter that he's crazed and that

10:56:20 17    most people would see that.  It just matters that I'm

10:56:22 18    a lawyer, let me see the patient.

10:56:27 19         Another angle on this is that these

10:56:27 20    disclaimers don't actually disclaim the falsity of the

10:56:31 21    statements that we're talking about, right?  These

10:56:36 22    general statements trying to disclaim a general fraud

10:56:38 23    saying, oh, don't jump in the deep end of the pool,

10:56:41 24    but they're in the deep end of the pool and the

10:56:43 25    water's warm and it's great, I just didn't tell you

10:56:45  1   there's sharks under here.  It doesn't talk about the

10:56:48  2   specific statement.

10:56:48  3              THE COURT:  Yeah, I'm not granting that.

10:56:50  4   I think it's a fact issue for the jury.

10:56:55  5              I mean, I don't see how you can say, I can

10:56:57  6   only present one side of the facts and not the other

10:57:00  7   and then say it's a jury issue.  It's -- the jury gets

10:57:03  8   to hear it.  These disclaimers, if they believe them,

10:57:09  9   in the context that you just said, I mean, I'm sure

10:57:11 10   your witnesses are going to say, hey, you know, yeah,

10:57:16 11   they had this disclaimer but they also said X, Y, and

10:57:21 12   Z.

10:57:21 13              Yeah.  I'm not ruling as a matter of law

10:57:23 14   that disclaimer gets the defendants off, but I am

10:57:27 15   saying it's a fact issue for the jury.

10:57:30 16              MR. LIOLOS:  What about the notion that

10:57:31 17   it's hearsay that goes to the veracity --

10:57:33 18              THE COURT:  Well, they've got to prove it

10:57:34 19   up.  I mean, I'm not saying -- this is a motion in

10:57:36 20   limine, though, you're saying they can't bring it up.

10:57:38 21   I'm saying, if they can prove it, then that's a

10:57:42 22   different story.

10:57:43 23              MR. LIOLOS:  So just, for clarity, I mean,

10:57:45 24   there needs to be some foundation that it's not

10:57:47 25   hearsay and establish that?

10:57:48   1                THE COURT:  Yeah.

10:57:48   2                MR. LIOLOS:  Okay.

10:57:49   3                THE COURT:  I'm not admitting it.  I'm

10:57:51   4   just saying that I'm not granting the motion in

10:57:53   5   limine.

10:57:53   6                MR. LIOLOS:  Understood.  Thank you.

10:57:55   7                MR. FORD:  Your Honor, if I may quickly on

10:57:56   8   this.  I need to clarify something for my client's

10:57:58   9   perspective.

10:58:00  10                The disclaimer language would -- my client

10:58:04  11   would do on Twitter, I will just tell you, he was a

10:58:05  12   highly successful trader.  We'll see evidence of him

10:58:09  13   making millions and millions of dollars trading stocks

10:58:12  14   like Tesla, American Airlines, Carnival Cruise Line,

10:58:15  15   at a time when he didn't have very many followers.

10:58:18  16                He uses his success to then build up his

10:58:21  17   sort of social media influencer status.  That's the

10:58:23  18   sequence of events.  It's undeniable.  When he's doing

10:58:25  19   that, he seeks to give sort of advice and then also

10:58:31  20   warnings about what he's doing.

10:58:33  21                It goes to his intent.  So, for example,

10:58:35  22   when my client repeatedly posts on his Twitter page, I

10:58:41  23   don't post exits or I don't post sales of my stocks,

10:58:45  24   it goes to his intent as to whether or not he was

10:58:48  25   seeking to deceive them at all in the first instance.

10:58:51  1          I just want to clarify -- and I appreciate

10:58:53  2    Your Honor's ruling on materiality.  But when we

10:58:56  3    introduce these sort of rules of the road and warnings

10:58:59  4    that he puts, hey, if you want to, you know, see how

10:59:02  5    I'm doing what I'm doing, we're going to also be using

10:59:05  6    it for the intent element.

10:59:07  7          THE COURT:  Okay.

10:59:13  8          MR. ARMSTRONG:  So, Your Honor, I mean,

10:59:17  9    rabbit holes just keep popping up everywhere.  And

10:59:19 10    that's a good examples.  Like a lot of those examples

10:59:20 11    that he just referenced are self-serving hearsay to

10:59:23 12    prove intent.

10:59:24 13          THE COURT:  Well, first of all, let's take

10:59:26 14    out the hearsay part.  I'm not ruling on

10:59:28 15    admissibility.  If it's hearsay, they're not going to

10:59:32 16    get it in, unless they have a way to prove it up.

10:59:36 17          And, you know, they're going to have to --

10:59:38 18    if it's a dis -- somebody is going to have to prove up

10:59:40 19    it's on his website or someone is going to have to

10:59:43 20    prove up I do this every time.  I mean, I don't know.

10:59:45 21    You're asking me to prejudge evidence I haven't seen.

10:59:49 22          But if it is what he just represented it

10:59:53 23    was, that may go to intent.  It may show his intent

10:59:58 24    that, hey, I wasn't trying to rip these people off.

11:00:03 25          You know, we just talked about intent to

11:00:06  1    deprive people of money or property.  I mean, if he's

11:00:11  2    saying, I told you to buy it, but I never post my

11:00:16  3    sales, you know, that's a pretty good warning that

11:00:23  4    you've got to figure out when to sell it yourself on

11:00:26  5    one hand.

11:00:27  6              On the other hand, if you've got evidence

11:00:28  7    that says buy it, and oh, by the way, I'm holding this

11:00:33  8    for next four months and he sells it before the

11:00:36  9    computer keyboard even gets cold, that's pretty good

11:00:41 10    evidence that he did intend to sell.

11:00:45 11              MR. ARMSTRONG:  Thank you, Judge.

11:00:50 12              THE COURT:  The Court should preclude

11:00:52 13    evidence and the argument about the success or lack

11:00:55 14    thereof of the fraudulent scheme because success of

11:00:57 15    the scheme is not required.

11:01:09 16              I'm having problems with this one.  I

11:01:10 17    mean, it's the government's position that these guys

11:01:12 18    had all these followers because they were so

11:01:15 19    successful and kept putting on -- in fact Government's

11:01:19 20    Exhibit Number 1 has pictures of how successful they

11:01:22 21    are.  And if you did -- if I grant this, I'm

11:01:25 22    precluding Government's Exhibit 1.

11:01:40 23              MR. LIOLOS:  Judge, the thrust of this is

11:01:41 24    essentially that it goes hand in hand with the concept

11:01:45 25    of other specific trades or saying, hey, I lost money

11:01:49  1    in some other instances so, you know, we couldn't have

11:01:51  2    had a scheme here.

11:01:53  3            The focus should be on the scheme itself.

11:01:59  4    And this is just to put guardrails on a bunch of other

11:02:06  5    concepts coming in trying to distort the focus on what

11:02:11  6    is and isn't being alleged here.  And it's that they

11:02:13  7    sought in the specific instances to conduct a

11:02:16  8    fraudulent scheme.

11:02:17  9            So the focus on them, you know, losing

11:02:19 10    money in other instances and saying, hey, you know, I

11:02:24 11    couldn't have been conducting the scheme in the

11:02:25 12    instances that are alleged because I lost money on

11:02:28 13    other stocks, it's just not relevant to what we're

11:02:31 14    talking about.

11:02:33 15            Now, granted, within those instances,

11:02:36 16    right, whether they made or lost money goes to motive.

11:02:38 17    So that should come in.  But the concept here is just

11:02:42 18    to put the focus on, A, the scheme itself to which

11:02:46 19    liability attaches, not its outcome; and, B --

11:02:54 20            THE COURT:  I think we're going to have to

11:02:56 21    go witness by witness -- I mean, exhibit by exhibit.

11:02:57 22            MR. LIOLOS:  Agreed.  I think this is an

11:02:58 23    example of just sort of laying out the principles of

11:03:00 24    the fraud law and then it can be applied as we go.

11:03:03 25    Thank you, Judge.

11:03:07 1                    THE COURT:  All right.  The next one is

11:03:09 2     the Court should preclude irrelevant evidence.  I

11:03:13 3     grant that.

11:03:16 4                    Okay.  The SEC's report, we're going to

11:03:20 5     take that up when we take up the FINRA exhibits and

11:03:24 6     the SEC's.

11:03:26 7                    MR. FORD:  Your Honor, on that one, I

11:03:28 8     don't know if other people are planning on introducing

11:03:31 9     it.  We are not planning on talking about it at trial.

11:03:34 10                    THE COURT:  Okay.  Well, when we get to

11:03:37 11    that, let's --

11:03:42 12                    Okay.  The next one I think is -- we do

11:03:47 13    need to address.  The Court should preclude evidence

11:03:51 14    and arguments that defendants hoped their followers

11:03:53 15    would make money on the stocks.

11:04:00 16                    I mean, I'm sure they're going to -- we're

11:04:03 17    going to have testimony that says that.  Why would I

11:04:07 18    preclude that?

11:04:10 19                    MR. LIOLOS:  So the thrust of this, Judge,

11:04:15 20    is it's similar to sort of disclaiming away the

11:04:19 21    specific content, right.  The fraud cases show that

11:04:24 22    you can't say I'm going to commit this fraud, I want

11:04:28 23    the money from it, oh, but I hope it works out down

11:04:32 24    the road for you.  Or I hope you recoup your gains

11:04:35 25    down the line, even though in this specific instance

11:04:37  1  right now I'm telling you something false and

11:04:39  2  misleading to get the money and hit the road.

11:04:42  3          But general hopes, wishes, oh, you know,

11:04:45  4  down the road, a few months later maybe it'll come

11:04:49  5  back --

11:04:49  6          THE COURT:  Isn't one of the things we

11:04:50  7  just talked about is you're going to have to prove

11:04:53  8  their intent to take money or property?

11:04:59  9          MR. LIOLOS:  Indeed.  And if it goes to

11:05:01 10  that specific statement --

11:05:02 11          THE COURT:  But you're saying they can't

11:05:03 12  say, you know -- Mr. Constantinescu can't take the

11:05:08 13  stand and they say, did you intend to take money or

11:05:10 14  property, he can't say no?

11:05:13 15          MR. LIOLOS:  I think, again, this is a

11:05:15 16  difficult one when it's divorced from the context,

11:05:17 17  right.

11:05:19 18          But you can't say I'm going to say

11:05:23 19  something -- I'm going to hold this stock until it

11:05:26 20  hits 50, ten seconds later I'm selling at $3.  Oh, by

11:05:31 21  the way, a week later, I hope you guys made money on

11:05:34 22  that.  It doesn't disclaim away the material falsity

11:05:38 23  of the statement at issue.

11:05:42 24          THE COURT:  Okay.  I'm going to overrule

11:05:43 25  that.

11:05:44  1              MR. LIOLOS:  Thank you, Judge.

11:05:45  2              THE COURT:  Number 12, the Court should

11:05:47  3    preclude evidence and argument about prosecutorial

11:05:55  4    discretions decisions.  I mean, I'm going to grant

11:06:01  5    that in its motion in limine form.  Which, of course,

11:06:04  6    means if you want to bring it up, you're going to have

11:06:06  7    to approach the bench.  But individual decisions on

11:06:11  8    questioning the prosecutors' decisions, I'm granting

11:06:14  9    that as a limine motion.

11:06:17 10              Okay.  Here's -- I'm a little worried

11:06:26 11    about the breadth of this one.  13 is preclude all

11:06:30 12    evidence and argument about the conduct/misconduct of

11:06:32 13    other uncharged individuals.

11:06:38 14              And we just a minute ago went through a

11:06:44 15    series of text messages that I assume are government's

11:06:48 16    exhibit that talk about other individuals.  I mean, we

11:06:53 17    have unknown females and unknown males.

11:07:02 18              So if I grant this, that would rule out

11:07:05 19    your exhibit.

11:07:10 20              MR. FORD:  Your Honor, we're seeking to

11:07:11 21    exclude all of their documents.  I think everybody on

11:07:13 22    this side, where they bring in people who we don't

11:07:19 23    know who they are.  So to the extent you're inclined

11:07:22 24    to grant this motion in limine, it would be the only

11:07:25 25    time we're in 100 percent agreement.

11:07:28  1              MR. ARMSTRONG:  Your Honor, I think

11:07:29  2  that -- the example that you gave is not the gist of

11:07:32  3  what we're getting at here.

11:07:34  4              The gist of what we're getting at here is

11:07:37  5  just argument that there are other people out there

11:07:40  6  that haven't been charged.  And, therefore, those

11:07:43  7  people are more righteous targets and, therefore, you

11:07:46  8  should find our defendants not guilty.  That's the

11:07:49  9  gist of the kind of argument that we're seeking to

11:07:52 10  preclude as far as a guardrail that Your Honor --

11:07:56 11              THE COURT:  All right.  That argument I

11:07:58 12  will grant as a motion in limine.

11:08:02 13              Next one is the Court should preclude

11:08:03 14  evidence and argument about the novelty of the

11:08:06 15  charges.

11:08:10 16              Are we expecting any of that?  Okay.  I'm

11:08:13 17  going to grant that.

11:08:24 18              MR. ROSEN:  Your Honor, if I may be heard

11:08:26 19  for a second on that.  It's not the thrust of any main

11:08:31 20  argument or anything like that.  But they are

11:08:33 21  presenting a witness, Peter Melley from FINRA, who

11:08:37 22  will be testifying purportedly as an expert in what a

11:08:41 23  pump and dump scheme is.

11:08:42 24              We're obviously moving to preclude that.

11:08:45 25  We'll address that later when Your Honor wants us to.

11:08:47  1              But we do think, to the extent that he

11:08:48  2      gets that in, we should be allowed to question him on

11:08:51  3      cross about the novelty of these particular charges

11:08:54  4      not being a traditional pump and dump, as we've sort

11:08:58  5      of echoed throughout the case.  That's the only --

11:09:00  6              THE COURT:  "Novelty" being that it

11:09:02  7      traditionally involves corporate insider people type?

11:09:08  8              MR. ROSEN:  Corporate insiders, people who

11:09:09  9      disguise their ownership or control, people working

11:09:13 10      together, match trading, wash trading, all the

11:09:17 11      indicia -- he is planning to testify, apparently,

11:09:18 12      about indicia of a pump and dump.

11:09:20 13              So we should be able to cross-examine him

11:09:22 14      and say match trading was not present here, wash

11:09:25 15      trading was --

11:09:25 16              MR. FORD:  People who state things false

11:09:28 17      about the companies and stocks themselves, as opposed

11:09:31 18      to the allegation that they're omitting their sales

11:09:35 19      which is something that they're omitting their sales,

11:09:35 20      which is talking about the individual defendants'

11:09:38 21      conduct.  Traditionally -- I'm unaware of --

11:09:42 22              THE COURT:  Well, I'll allow

11:09:43 23      cross-examination on that.  Assuming he testifies on

11:09:47 24      direct, which you said he's going to do.

11:09:52 25              All right.  The Court should not -- should

11:09:56  1    preclude evidence and argument about United States

11:09:59  2    decision not to call a particular witness.  I'm

11:10:02  3    granting that.

11:10:03  4          The Court should preclude defendants from

11:10:06  5    cross-examining cooperating witness as to the specific

11:10:10  6    of potential sentencing guidelines under the guideline

11:10:14  7    system.

11:10:17  8          MR. ARMSTRONG:  Your Honor, I apologize.

11:10:18  9    I believe you might have skipped 15, pretrial

11:10:21 10    discovery.

11:10:23 11          THE COURT:  Oh, I did.

11:10:24 12          The jury should not hear evidence and

11:10:26 13    argument about pretrial discovery.  I agree with that.

11:10:29 14    I'm granting that.

11:10:33 15          MR. FORD:  May I weigh in on number 16?

11:10:43 16          So this is -- you just said you

11:10:45 17    would grant -- you were inclined to grant or did grant

11:10:48 18    the motion to preclude evidence about the United

11:10:51 19    States' decision not to call a particular witness.

11:10:54 20          This will become more apparent during the

11:10:58 21    course of the trial, but the fact that there's going

11:11:00 22    to be individuals whose names are all over their

11:11:04 23    exhibits and then all over these companies and stocks

11:11:08 24    that are not being called is going to be relevant to

11:11:11 25    our defense to the extent they're permitted to make

11:11:15  1   causation, artificially inflated pump and dump-type

11:11:19  2   arguments.

11:11:19  3            So I don't know if that's going to

11:11:21  4   admitted, as they appear to have abandoned it.

11:11:24  5            But if this becomes a trial where there is

11:11:26  6   an allegation, for example, that the price of a stock

11:11:30  7   was artificially inflated by these individuals, we

11:11:35  8   would need to reserve the right to point out the fact

11:11:38  9   that we have identified actual insiders who were

11:11:43 10   responsible for the stock going up and down and that

11:11:45 11   the government never even bothered to speak to them,

11:11:46 12   let alone to call them as witnesses.

11:11:48 13            So in that context, it would come up.  We

11:11:51 14   plan on arguing that they should -- since they've

11:11:53 15   abandoned the causation piece of this, that they

11:11:56 16   should not be allowed to talk about artificially

11:11:59 17   inflating or pumping and dumping stocks.  But if that

11:12:02 18   gets in, we would like to reserve the right to make

11:12:04 19   those arguments.

11:12:06 20            MR. ARMSTRONG:  I mean, Your Honor, that's

11:12:07 21   a lot to unpack.

11:12:09 22            First off, the notion that they're going

11:12:12 23   to try to blame insiders for price movement of stocks?

11:12:16 24   With what foundation?  And that goes squarely against

11:12:18 25   Your Honor's ruling that they cannot blame other

11:12:20  1    people who are not charged in this case.  So that just

11:12:25  2    off the bat just smacks of number one, the ruling that

11:12:27  3    we just heard.

11:12:28  4             And, number two, how are they ever going

11:12:30  5    to get that kind of evidence in at trial.

11:12:33  6             THE COURT:  Well, when we were talking

11:12:34  7    about blame earlier, we were talking about the

11:12:38  8    so-called victims.

11:12:41  9             MR. FORD:  Yes.

11:12:41 10             THE COURT:  I presume you're not talking

11:12:42 11    about victims.  You're talking about somebody made,

11:12:47 12    you know, a big play with insider trading or of stock

11:12:51 13    buyback or a merger offer.

11:12:56 14             MR. FORD:  I can do it all through 8-Ks

11:12:59 15    and other SEC filings.  We do a lot of this work.

11:13:04 16    Here's the playbook.  If you're inclined.

11:13:08 17             You have an outside investment firm that

11:13:12 18    purchases what's called warrants.  That allows you to

11:13:16 19    buy stock at a very low cost.  Next to nothing.

11:13:20 20    Basically free shares.

11:13:21 21             The company then issues several shares to

11:13:24 22    their insiders.  They then pay an individual who puts

11:13:28 23    out false information about the company.  Other

11:13:31 24    individuals will engage in match or wash trading,

11:13:37 25    which will set off a volume in price spike.

11:13:41  1          The individuals who obtain the warrants

11:13:42  2  and insiders will then dump their stock off into the

11:13:44  3  price and it will immediately tank.

11:13:46  4          I can assure Your Honor that you can pick

11:13:49  5  almost any stock on their list, that some of them at

11:13:51  6  trial I plan to go over who in fact was responsible

11:13:54  7  for these pump and dumps.

11:13:55  8          And it is relevant to what happened here

11:13:57  9  with these individuals, because if they're simply

11:14:00 10  buying into increases in volume and price, it does not

11:14:04 11  suggest that they had any intent to do anything

11:14:07 12  wrong --

11:14:07 13          THE COURT:  Well, I see that differently.

11:14:10 14  I mean, you're not going to go into that in a vacuum.

11:14:14 15  You're going to have to be questioning a witness about

11:14:16 16  that.

11:14:17 17          MR. FORD:  Yeah.  And we intend to --

11:14:19 18          THE COURT:  And it may be their expert.

11:14:20 19  It may be your expert or whatever.  And I think it's

11:14:26 20  fair game to say to their expert, well, did you look

11:14:30 21  at X?  Did you look at Y?  Did you -- that's fair

11:14:33 22  game.  That's different than saying they didn't call

11:14:36 23  this witness.

11:14:38 24          MR. ARMSTRONG:  Well, Your Honor, the gist

11:14:39 25  of that is what Your Honor just precluded in

11:14:41  1    Number 13.  The Court should preclude all evidence and

11:14:50  2    argument about the conduct/misconduct of other

11:14:54  3    uncharged individuals.  They're trying to --

11:14:55  4                THE COURT:  Well, I think they can -- if

11:15:02  5    they're putting on evidence that they had nothing to

11:15:05  6    do with the stock going up or down, if that's an

11:15:11  7    issue, they can rebut that, can't they?

11:15:15  8                MR. ARMSTRONG:  I think we have a

11:15:21  9    fundamental disagreement about, you know, the

11:15:27  10   causation issue, right.  We are not going to allege

11:15:32  11   ever that the defendants were the sole cause, right.

11:15:37  12   We're going to prove, and as we've alleged, that they

11:15:41  13   knew that their conduct had an effect.  And their

11:15:44  14   co-conspirators who are going to testify at trial saw

11:15:48  15   it have the effect over and over again.

11:15:51  16               That goes squarely to the charges in this

11:15:54  17   case and how we're going to prove up the elements.

11:15:56  18   They're talking something entirely different.

11:15:58  19               THE COURT:  Okay.  Well, they're talking

11:15:59  20   about what made the price of the stock go up.

11:16:02  21               MR. FORD:  Here's the question, Your

11:16:03  22   Honor.  If ONTX, Count 2, the first count against my

11:16:09  23   client, I'm going to stand before you, and I can

11:16:12  24   assure I will persuade everybody in this room on this

11:16:15  25   issue --

94

11:16:16  1          THE COURT:  I'm willing to bet that's not
11:16:18  2   true.  Not everybody in this room.
11:16:22  3          MR. FORD:  I'll put money on it.
11:16:25  4          They attempted to do a reverse split.
11:16:27  5   When they didn't work, they issued free shares to
11:16:30  6   their insiders, to their CEO.  They gave shares to a
11:16:33  7   company we have identified in the form of warrants.
11:16:36  8   None of these individuals knew anything about this.
11:16:39  9          There was a press release that went out.
11:16:40 10   The stock started to go up.  The guys who traded it,
11:16:44 11   and it's just a handful -- you know, it's a couple few
11:16:46 12   of them, it's not all of them, but the guys who saw
11:16:48 13   that happen said here's a chance to make some money
11:16:50 14   and they bought it.
11:16:51 15          This isn't an issue with some of these
11:16:56 16   stocks of generalized sort of there is multiple
11:16:59 17   factors.  In some of these cases I've been able to pin
11:17:02 18   down exact parties or individuals who are responsible.
11:17:05 19          And I would reserve the right to present
11:17:07 20   that to the jury to show that what these individuals
11:17:11 21   were doing were merely identifying movement in the
11:17:15 22   markets and using it as an opportunity to make money.
11:17:19 23          MR. ARMSTRONG:  Your Honor, if I could be
11:17:20 24   heard on this point.  I think this is the super
11:17:21 25   relevant.

11:17:49  1          If we could go to Government Exhibit 2B,
11:17:52  2   at page 31, please.  And, Ms. Kim, if you could please
11:17:56  3   blow up lines 181 through the bottom, please.

11:18:04  4          So, Your Honor, what this is, this is one
11:18:06  5   of our charts that we're planning to introduce through
11:18:09  6   Ms. Garibotti.  And the reason why we're offering this
11:18:12  7   statement to be false has everything to do with what
11:18:17  8   Mr. Constantinescu is saying and doing.

11:18:20  9          It doesn't have to do with insiders.  It
11:18:22 10   doesn't have to do with other people who might have
11:18:24 11   warrants.  It doesn't have to do with 8-K forms.  It
11:18:27 12   has to do with what he's saying at the time and what
11:18:30 13   he's actually doing.

11:18:31 14          And what he's saying on line 111 is:  ONTX
11:18:35 15   holding full.  Not selling under 2.

11:18:40 16          So what does he start doing?  Eight
11:18:42 17   minutes later he starts dumping his shares, eight
11:18:45 18   minutes later, at 1:28, 1:30, 1:24, 1:20.

11:18:50 19          Your Honor, that's what this case is
11:18:51 20   about; what the defendant said and what he did.

11:18:54 21          THE COURT:  No.  And what I understand
11:18:57 22   what Mr. Ford just said is that to the extent that the
11:19:11 23   government is going to claim that the defendants'
11:19:12 24   activities actually affected the price of the stock,
11:19:17 25   he wants to be able to cross-examine witnesses that

11:19:22  1    there were other factors that did that, not the

11:19:24  2    defendants.  Or at least not the defendants in total.

11:19:31  3              MR. FORD:  Yeah.  And I will just point

11:19:32  4    out that -- we're going to get into it later, but this

11:19:34  5    chart that they paid somebody $750,000 to make, it's

11:19:39  6    inaccurate.  We'll show you later on in these hearings

11:19:42  7    what -- we'll explain to you it's inaccurate.  But

11:19:46  8    we'll get to that, our actual defense of his conduct

11:19:49  9    at the trial.

11:19:50 10              But I just want to reserve the right at

11:19:52 11    this point, if we're going -- if they're going to be

11:19:55 12    allowed to stand up and say that my client's actions,

11:19:58 13    through his Twitter, somehow affected a stock price, I

11:20:01 14    would like to be able to raise it.

11:20:03 15              We could also lay --

11:20:04 16              THE COURT:  I see that as a different

11:20:06 17    point than the point you're making, Mr. Armstrong.  I

11:20:08 18    mean, you're saying that, you know, while he was

11:20:14 19    telling all his followers to buy, he was selling.

11:20:17 20              MR. ARMSTRONG:  Exactly.

11:20:20 21              THE COURT:  And I, you know, agree that

11:20:23 22    that's a different animal.

11:20:28 23              And I think Mr. Ford made that

11:20:32 24    distinction, because what he prefaced his remarks on

11:20:36 25    was, if the government claims or puts on evidence that

11:20:41  1    Mr. Constantinescu or any of the other defendants,

11:20:44  2    that their actions actually sent the price of the

11:20:48  3    stock up, then they have a right to say, wait a

11:20:52  4    minute, we weren't -- I mean, that's the plumbing

11:20:54  5    part, if you will.  I mean, arguably.

11:21:00  6              Then they get the right to say, well,

11:21:05  7    look, we didn't affect the price of the stock.  You

11:21:07  8    know, the fact that 3M came in and bought the company,

11:21:11  9    you know, in the middle of all this made the stock go

11:21:13 10    up.

11:21:17 11              And I think that's legitimate, as opposed

11:21:22 12    to having some third party or third unrelated person

11:21:28 13    perhaps that was on -- also on Twitter, saying buy

11:21:34 14    this company, that we don't know anything about,

11:21:42 15    that's really what I -- when I granted your motion,

11:21:44 16    that's what I was granting it on.

11:21:48 17              But I think to the extent that that's an

11:21:51 18    issue -- and by "that" I mean, the price of the stock

11:21:53 19    going up, to the extent the government blames the

11:21:57 20    defendants for that, the defendants have a right to

11:22:00 21    say, hey, it wasn't us.  It was some other company

11:22:03 22    that did this or some other insider or some -- the

11:22:06 23    president of the company announced they just invented

11:22:09 24    a new widget.

11:22:13 25              MR. ARMSTRONG:  But, Your Honor, just --

11:22:13  1    even hearing that just now, the gist of that is not

11:22:16  2    just this other actor affected the price.  The gist of

11:22:20  3    that is somebody else, some boogieman, some corporate

11:22:25  4    insider out there is really the culpable person here

11:22:28  5    and not our defendants.

11:22:31  6            THE COURT:  Well, they might -- you're

11:22:34  7    drawing the distinction that I don't think I'm

11:22:36  8    drawing.

11:22:36  9            You're saying -- by "culpable," you're

11:22:40 10    saying the person that made the stock go up is

11:22:44 11    culpable.

11:22:45 12            I don't think that's the case here.  I

11:22:48 13    don't think in your case that's the case here.  I

11:22:51 14    think what you're saying is whether or not they made

11:22:55 15    the price of the stock go up, they lied to all these

11:22:58 16    people that they were encouraging to trade.

11:22:58 17            MR. ARMSTRONG:  Exactly, Judge.  I

11:22:58 18    think --

11:23:06 19            THE COURT:  It has nothing to do with the

11:23:07 20    price of the stock going up.  Whether it went up or

11:23:10 21    went down, they said we're doing X when really they

11:23:15 22    were doing Y.

11:23:16 23            MR. FORD:  Your Honor, if I may respond

11:23:17 24    quickly.  So two things.

11:23:19 25            THE COURT:  I finally got them on board

11:23:21  1    and you're going to talk them out of it.

11:23:23  2         MR. FORD:  So no.  Well, what I will say

11:23:24  3    is, it brings back the *Ciminelli* point, which is, if

11:23:27  4    they're buying and selling at the bona fide market

11:23:31  5    price, their theory falls apart.  So we're wasting an

11:23:35  6    inordinate amount of time.  Like I said, we'll do it

11:23:37  7    as an SEC thing.

11:23:38  8         But the second issue that I have with this

11:23:42  9    is we're sort of putting the cart before the horse.

11:23:45 10    And it's just the way the things fell into place,

11:23:48 11    which is we had moved to in limine to prevent them

11:23:52 12    from talking about causation, that our clients caused

11:23:55 13    the stock, we moved to prohibit them from

11:23:58 14    using causation language.  So not using

11:23:58 15    inflammatory --

11:23:58 16         THE COURT:  Well, we're going -- I'm

11:23:59 17    taking yours up next.  It's just that way in my

11:24:02 18    notebook.

11:24:03 19         MR. FORD:  Yeah.  But that's -- you know,

11:24:03 20    if we can agree on that, it will streamline things.

11:24:05 21    And if I'm hearing them correctly, we'll knock out

11:24:09 22    causation and nobody talks about the defendants --

11:24:15 23         THE COURT:  Well, I don't think -- you

11:24:15 24    guys really don't care whether the stock went up or

11:24:17 25    not or why, do you?

11:24:20  1              MR. LIOLOS:  So two trains, two tracks

11:24:21  2    here, Judge.

11:24:21  3              THE COURT:  I mean, obviously you care

11:24:23  4    because your argument is going to be they did it to

11:24:26  5    make money.  And I think -- I don't know if the

11:24:28  6    defendants are going to testify or not, but I'm sure

11:24:30  7    if they testified, they would say, yeah, we did it to

11:24:34  8    make money.  That's why we were doing this stuff.

11:24:36  9              MR. FORD:  That's the only reason people

11:24:39 10    buy and sell stock that I'm aware of.

11:24:42 11              MR. LIOLOS:  The helpful way to conceive

11:24:44 12    of the point that we're talking about right now, and I

11:24:45 13    think Your Honor is tracking this, is it's the success

11:24:47 14    of the scheme points that we were talking about,

11:24:49 15    right.  The focus here is on the defendants'

11:24:51 16    fraudulent intent, the defendants' actions.

11:24:54 17              The success of the scheme is legally

11:24:55 18    irrelevant because the legal liability attaches at the

11:24:59 19    time of the scheme with the fraudulent intent.

11:25:01 20              Now, the points about, you know, who and

11:25:05 21    what moved the market, that's after that point.

11:25:08 22              And as to the pump and dump points that

11:25:11 23    they're discussing, that also tracks with the

11:25:14 24    fraudulent intent, because you'll see the evidence

11:25:18 25    again and again.  In their own words they believed

11:25:19  1    what they were doing could influence the market.  They

11:25:22  2    sought to do that.  They coordinated to do that.

11:25:24  3    You'll see it in documents --

11:25:25  4              THE COURT:  Okay.  And you guys are going

11:25:26  5    to put in evidence of that.  And all I'm saying is if

11:25:29  6    you guys put in evidence of them affecting the price

11:25:32  7    of stock, the defendants have a right to put in

11:25:35  8    contrary evidence.

11:25:36  9              MR. LIOLOS:  I think the distinction, Your

11:25:40 10    Honor, that maybe it's helpful in terms of a

11:25:40 11    cross-examination is one point, but a parade of

11:25:42 12    witnesses talking about irrelevant causation is a

11:25:45 13    helpful distinction, because one is closer to the

11:25:49 14    defendants' activity.  I mean, there has to be some

11:25:51 15    sort of foundation.

11:25:52 16              THE COURT:  Let me go back to my example

11:25:54 17    that I don't think is farfetched, because I think it's

11:25:56 18    actually one of the allegations in this case, is the

11:26:00 19    price of oil.

11:26:04 20              Okay.  You know, the United States

11:26:08 21    announces a Russian oil blockade.  Okay.  One of the

11:26:15 22    defendants tweets that out, saying, man, it's going to

11:26:21 23    be a great play buying an oil company stock.

11:26:25 24              I mean, first of all, that's not rocket

11:26:26 25    science.  If the price is -- I mean, if there's an oil

11:26:27  1   blockade, the price is going to go up.  Now, how long

11:26:30  2   it stays up may depend on whether -- how long the

11:26:33  3   blockade or even if it works or not.  But, okay.

11:26:36  4          So I anticipate you guys are going to say,

11:26:45  5   look at this tweet, he urged everybody to buy this oil

11:26:48  6   company because of the price of stock.  And it made

11:26:52  7   the stock go up.

11:26:54  8          And if you do that, Mr. Ford wants to come

11:26:57  9   in and say, hey, ladies and gentlemen of the jury, it

11:27:00 10   wasn't my guy's tweet that made the stock go up.  What

11:27:05 11   made the stock go up was the Russian oil blockade.

11:27:08 12          MR. LIOLOS:  I think, Your Honor, the

11:27:09 13   critical distinction there is that they're the tether

11:27:11 14   to the defendants' conduct, right.  They were aware of

11:27:15 15   the Russian oil blockade.  They were tweeting about

11:27:18 16   it.

11:27:18 17          THE COURT:  But, see, that's --

11:27:19 18          MR. LIOLOS:  That's different --

11:27:20 19          THE COURT:  I kind of don't understand why

11:27:22 20   we're fighting about this.  Because according to the

11:27:26 21   government's theory, unless you explain to me

11:27:29 22   differently, I mean, obviously your theory works

11:27:34 23   better if the price of the stock goes up.  Because

11:27:36 24   that's the pump part of a pump and dump, so to speak.

11:27:40 25          But it doesn't really matter, does it?

11:27:43  1   What matters is, from y'all's standpoint and correct

11:27:48  2   me if I'm wrong, because I may be operating under the

11:27:51  3   wrong impression.  It's not what they did, in essence,

11:27:58  4   that say buy this stock, we think it's a good play.

11:28:03  5   But after they did it, they then did the opposite and

11:28:08  6   didn't tell anybody.

11:28:09  7             MR. FORD:  Well, but -- Your Honor, just

11:28:11  8   to be clear, I wouldn't expect you to know this, but

11:28:13  9   we're going to learn it over the next day or however

11:28:16  10  long it takes to get through the government's

11:28:17  11  exhibits, but that is not what these individuals were

11:28:19  12  doing.  My client never went on and said, you know,

11:28:22  13  buy this stock, do this thing.

11:28:24  14            What he said was truthful; that he had

11:28:28  15  bought the stock and that he thought it was a good

11:28:30  16  stock that other people had potential to make money

11:28:33  17  on --

11:28:34  18            THE COURT:  Okay.  And I understand that.

11:28:36  19  I mean, I was just being -- well, I won't say

11:28:38  20  flippant, but I was just trying to short-circuit it,

11:28:41  21  is does it really matter?

11:28:45  22            MR. FORD:  They're trying to have the cake

11:28:46  23  and eat it too.

11:28:47  24            THE COURT:  Well, I know.  That's what

11:28:49  25  bothers me.  Is if you guys are going to talk about

11:28:51  1    what makes the stock price go up with a particular

11:28:55  2    stock, I'm going to allow the defendant to come back

11:28:58  3    in and say, it wasn't these tweets, it was the fact

11:29:02  4    that the Japanese came in and bought U.S. steel, I

11:29:08  5    mean, and that made the price of the stock of U.S.

11:29:11  6    steel go up.

11:29:12  7              Or the president said he doesn't like that

11:29:14  8    merger and the stock would go down.

11:29:20  9              Okay.

11:29:24 10              MR. LIOLOS:  I just -- I think there's a

11:29:25 11    403 potential to go too far down that road without any

11:29:29 12    sort of line drawing to tether it to the defendants'

11:29:32 13    fraudulent intent, which is the legal focus, right.

11:29:35 14    So if they're aware --

11:29:38 15              THE COURT:  It's not going to their --

11:29:39 16    well, it may go to their intent.  It may undermine

11:29:42 17    your argument that they were trying to get the stock

11:29:44 18    up.  But I think -- I guess in a way I can't see how

11:29:50 19    this hurts you.

11:29:51 20              MR. LIOLOS:  Well, it just --

11:29:53 21              THE COURT:  Because it doesn't really go

11:29:55 22    to any part of your case.

11:29:56 23              MR. LIOLOS:  Agreed, which shows that --

11:29:58 24              THE COURT:  But it goes to the part of

11:30:00 25    their intent and what they're doing.  It goes to their

11:30:03 1   defense that they didn't have the intent to do all

11:30:05 2   this.

11:30:06 3             MR. LIOLOS:  If they knew about it, right.

11:30:07 4   If there's some foundation that they knew about it --

11:30:08 5             THE COURT:  Well, I'm assuming they said

11:30:10 6   it in one of their tweets, they obviously knew about

11:30:13 7   it.

11:30:13 8             MR. LIOLOS:  Agreed.  I think that's a

11:30:14 9   helpful line to draw, right.  So if they said

11:30:15 10  something about it, that comes in.

11:30:17 11            THE COURT:  You just don't know what they

11:30:18 12  knew or didn't know.

11:30:21 13            MR. FORD:  All five of the charges against

11:30:22 14  Mr. Constantinescu are stocks that had huge major news

11:30:26 15  announcements that he then posted about is the reasons

11:30:29 16  why he thought this might be a nice investment for

11:30:31 17  people to make surrounded by almost obsessive warnings

11:30:37 18  saying if you have to ask me if I should buy it now,

11:30:40 19  it's too late.  If you're chasing, don't buy it.  I

11:30:44 20  don't post my buys and sells, right.  If you're losing

11:30:45 21  money on the stocks I'm recommending --

11:30:47 22            THE COURT:  If we go far afield, object to

11:30:50 23  it.  But I'm going to allow them -- if the government

11:30:55 24  talks about what made the stock go up, I'm going to

11:30:58 25  allow the defendants to say, ah, but there were other

106

11:31:01  1  factors.  I mean, to the extent that's relevant to

11:31:05  2  what the jury is going to decide, both sides ought to

11:31:08  3  be able to put on evidence.

11:31:11  4        MR. FORD:  Your Honor, just to be -- our

11:31:14  5  position fundamentally is that this causation argument

11:31:16  6  has been abandoned based on their witness and their

11:31:19  7  exhibit list.  They failed to notice properly under

11:31:23  8  the new expert rules, the only individual who could

11:31:27  9  talk about this, which is Peter Melley, M-E-L-L-E-Y.

11:31:31  10  They never noticed that they were going to have a

11:31:33  11  causation expert.

11:31:36  12        The notion of conflating correlation and

11:31:38  13  causation, it's come up before the Fifth Circuit

11:31:40  14  before.  It becomes a pony show in here if we allow

11:31:46  15  them to come in and say, hey, they tweeted on the same

11:31:49  16  day the volume went up.  They bought the same day the

11:31:51  17  volume went up.

11:31:52  18        Well, of course they did.  They're day

11:31:54  19  traders.  That's why they bought.  They saw the volume

11:31:55  20  go up and they bought it.  And then they wanted to

11:31:56  21  impress everybody, so they tweeted about it.  It's a

11:31:59  22  correlation versus causation issue and they're trying

11:32:01  23  to back-door it in.

11:32:02  24        This is why it's our -- you know, we have

11:32:05  25  two fundamental issues during this hearing that we're

11:32:08  1    doing.  And one of them is removing causation pump and

11:32:12  2    dump artificially inflated language.  And the other

11:32:12  3    one has to do with Ms. Garibotti, which we'll discuss

11:32:17  4    later.

11:32:17  5              But this is -- you know, to us, they

11:32:19  6    abandoned it.  They waived it.  They've repeatedly

11:32:20  7    said in filings over the past, you know, 15, 16 months

11:32:24  8    they're not going to do this.  We think they should be

11:32:26  9    barred --

11:32:26  10             THE COURT:  Well, if they don't do it,

11:32:28  11   then you're not going to be able to cross-examine the

11:32:29  12   person on it.  Because if they don't open the door,

11:32:32  13   I'm not letting you walk through it.

11:32:35  14             MR. FORD:  That's a fair compromise.

11:32:36  15   Thank you.

11:32:37  16             MR. LIOLOS:  Thank you, Judge.

11:32:39  17             THE COURT:  All right.  I'm granting as to

11:32:44  18   cross-examination of any cooperating witnesses as to

11:32:47  19   specifics under the guidelines.  But that's not to say

11:32:51  20   that I'm not going to allow defendants to

11:32:55  21   cross-examine them that you're facing a prison

11:32:56  22   sentence, you do all this.  I'm just -- I'm not

11:32:58  23   letting you whip out the sentencing guideline manual

11:33:01  24   and beat them over the head with it.

11:33:03  25             All right.  I need to take a short break.

11:43:57  1                    (Court in recess.)

11:56:14  2              THE COURT:  Okay.  When last we left, I

11:56:20  3    had ruled on the sentencing guidelines.  And now we

11:56:25  4    come to a witness's irrelevant drug use.

11:56:29  5              What do -- we have witnesses and drugs?

11:56:32  6              MR. ARMSTRONG:  Generally, Your Honor, and

11:56:34  7    I think you've heard about how they plan to use it

11:56:37  8    today.  And if they plan to attack a witness's

11:56:41  9    perception and ability to perceive based on taking

11:56:45  10   drugs like at that time, that's fair game.  We have no

11:56:48  11   issue with that.

11:56:49  12             What they're trying to do instead is

11:56:50  13   they're trying to just generally impugn someone's

11:56:54  14   character at large based upon prior drug use or prior

11:56:58  15   elicit activity, which is improper.  It does not go to

11:57:01  16   credibility.

11:57:03  17             THE COURT:  All right.  I'm granting that.

11:57:07  18             If during the trial someone can show me

11:57:09  19   some relevance.  But I think Mr. Armstrong kind of hit

11:57:18  20   it on the head.  General drug use in the past, or even

11:57:22  21   present, has no relevance.  But if it affects his

11:57:27  22   character or what he did here, then I'll listen to it.

11:57:40  23             Do we have any alibi defenses?  Somebody

11:57:44  24   stole my computer?  I wasn't on it?

11:57:49  25             I mean, one thing we probably know is all

11:57:52 1  the defendants were somewhere near their computer at

11:57:56 2  the times in question.

11:57:58 3          MR. ARMSTRONG:  You should ask Mr. Ford,

11:58:01 4  is he going to argue that someone else was making

11:58:03 5  these tweets.

11:58:04 6          THE COURT:  Okay.  I'm granting that.  I'm

11:58:05 7  precluding alibi defenses that haven't been discussed.

11:58:12 8          And then the next one is kind of vague.

11:58:15 9  It's --

11:58:15 10         MR. FORD:  Your Honor, if I may.

11:58:17 11 Multiple of the government's witnesses are going to

11:58:19 12 testify that another individual, during my client's

11:58:24 13 extended absence in Mexico, had access to his Twitter

11:58:29 14 account and was tweeting.  It's in the Government 302.

11:58:31 15 I don't understand this to be an alibi defense, but it

11:58:35 16 is something that may come up at trial.

11:58:38 17         THE COURT:  All right.  Well, if it comes

11:58:40 18 up, we'll deal with it then.  But unless you're going

11:58:43 19 to say that some of the tweets in question that

11:58:49 20 pertain to the indictment are not relevant or not your

11:58:56 21 client's tweets, then I think the government is

11:58:57 22 entitled to know that.

11:58:57 23         MR. FORD:  Okay.

11:59:11 24         THE COURT:  All right.  The next one I'm

11:59:12 25 going to pass over, because it's so vague I don't even

11:59:14  1    know what it means.

11:59:18  2         But precluding all evidence or argument

11:59:20  3    about vagueness or ignorance of the law, I'm granting

11:59:23  4    that.  I'm -- I'm looking at -- Mr. Armstrong, I'm

11:59:38  5    looking at 21(b), which is the Court should preclude

11:59:44  6    evidence and argument suggesting defendants are not

11:59:46  7    securities professionals with corresponding duties.

11:59:54  8         Now, there are different duties that go

11:59:57  9    along with being certain kinds of brokers or -- so

12:00:06 10    what are we actually intending here?

12:00:09 11         MR. ARMSTRONG:  I think the last sentence

12:00:17 12    on page 65 covers the gist of our argument.

12:00:22 13         The Court should preclude defendants from

12:00:23 14    arguing that they're not covered by other securities

12:00:26 15    laws or regulations, they're not regulated

12:00:29 16    sophisticated securities professionals, or some other

12:00:32 17    variant of these arguments.

12:00:47 18         THE COURT:  The reason I'm hesitating, I

12:00:48 19    mean, I think -- I'm not going to let them testify as

12:00:50 20    to the law, but I think it's going to be clear that

12:00:53 21    the defendants aren't securities professionals, you

12:01:00 22    know, and so they don't owe, say, a fiduciary duty to

12:01:07 23    anyone.  And I'll probably instruct the jury on that.

12:01:15 24         But having said that, I mean, I think you

12:01:19 25    guys, the government's not claiming they were

12:01:21  1    fiduciaries.  You're just claiming they lied to them.

12:01:24  2                MR. ARMSTRONG:  Their duty was to speak

12:01:26  3    honestly.

12:01:32  4                MR. WILLIAMS:  Your Honor, I think it may

12:01:37  5    also relate to the cross-examination of Peter Melley,

12:01:40  6    because he's from FINRA, which regulates licensed

12:01:43  7    professionals, which they're not.  And so there may be

12:01:47  8    a question or two that we don't want to violate a

12:01:50  9    motion in limine by confirming with him that his

12:01:52  10   employer does not regulate these defendants.

12:01:59  11               THE COURT:  I'll allow that.

12:02:00  12               MR. WILLIAMS:  Thank you.

12:02:00  13               MR. ARMSTRONG:  Your Honor, that's a very

12:02:01  14   interesting line of cross, considering that they're

12:02:03  15   trying to introduce the FINRA reports to show lack of

12:02:03  16   intent, lack of intent to defraud.

12:02:07  17               THE COURT:  That's all right.  I'm sure

12:02:07  18   you'll remind me of that when we get there.

12:02:21  19               All right.  This one I think is more

12:02:22  20   contentious.  The Court should preclude evidence and

12:02:26  21   arguments suggesting defendants had no independent

12:02:29  22   duty to disclose their stock transactions.

12:02:35  23               I mean, as a sentence, that sentence is

12:02:40  24   true.

12:02:44  25               MR. ARMSTRONG:  Your Honor, I think this

12:02:45  1    one is subsumed by part B on page 55, which we just

12:02:50  2    talked about.

12:02:50  3                THE COURT:  Okay.

12:02:51  4                MR. ARMSTRONG:  The duty comes from

12:02:51  5    speaking and not from anywhere else.

12:02:54  6                THE COURT:  Yes.

12:02:54  7                MR. LIOLOS:  And, Your Honor, just for

12:02:55  8    context for you, these four, A, B, C, and D, are just

12:02:59  9    taken from the motions to dismiss in terms of the

12:03:03  10   legal argument that Your Honor has already addressed.

12:03:10  11               THE COURT:  All right.  And the last one

12:03:10  12   is, the First Amendment is not a defense in this case

12:03:13  13   and should not be mentioned.  I'll grant that.  If you

12:03:18  14   want to argue the First Amendment, you can approach

12:03:20  15   the bench.

          16               Okay.

          17               MR. DAVIS:  Can I interrupt, Judge?  The

          18   First Amendment poster is --

          19               THE COURT:  We'll put a big asterisk on it

          20   that says:  Stocks not included.

12:03:50  21               Let's go to Document 539, which is the

12:03:53  22   defendant's joint motion.  And then I'll come back and

12:03:56  23   we'll talk about --

12:04:03  24               Now, their motion starts off with various

12:04:07  25   concessions.  And the first one is the point Mr. Ford

12:04:11 1  just brought up when we were talking about whether the

12:04:16 2  defendants make the market move.

12:04:41 3          I mean, I don't feel like I can grant the

12:04:45 4  motion in limine.  I'll take it question by question.

12:04:48 5  But as I've said, if the government opens that door,

12:04:51 6  I'm going to let the defendants talk about it too.

12:04:57 7          MR. FORD:  In addition, Your Honor, I

12:04:59 8  mean, it will help for trial prep and just general,

12:05:05 9  you know, presentation for everybody if we can narrow

12:05:08 10 this issue.

12:05:09 11         There's two other points we're raising,

12:05:12 12 which is artificially inflated, that notion or that

12:05:16 13 sort of phraseology by definition means causation,

12:05:20 14 right.  They artificially inflated, right.

12:05:26 15         It shouldn't have gone up but for their

12:05:29 16 conduct.  And the phrase "pump and dump," it is the

12:05:33 17 same notion, right.  Of course, the understanding of a

12:05:37 18 pump and dump is that you engage in conduct that

12:05:41 19 causes a stock to go up artificially, and then you

12:05:43 20 sell it and the selling causes it to go down.  So it's

12:05:46 21 a causation principle.

12:05:48 22         So we're concerned about it for the same

12:05:51 23 reason they have an exhibit where an unknown Twitter

12:05:54 24 account called Joker Trades refers to this as a Ponzi

12:05:58 25 scheme.  I don't know what that means.  I mean, nobody

12:06:00  1  even took any money from any of other followers

12:06:02  2  period, let alone a Ponzi scheme.

12:06:04  3          But it's the injection of these words like

12:06:06  4  "Ponzi scheme" and "pump and dump" that we think are

12:06:10  5  hugely prejudicial.  So if we're not --

12:06:11  6          THE COURT:  Well, we're going to get to

12:06:11  7  the one that says "pump and dump," but, I mean, didn't

12:06:13  8  some of the defendants actually use the term "pump"

12:06:16  9  anyway?

12:06:18  10         MR. FORD:  Absolutely.  But the term

12:06:20  11  "pump" is sort of common slang for saying something

12:06:24  12  good about a stock.  Whereas the phrase "pump and

12:06:28  13  dump" describes a specific type of securities fraud.

12:06:32  14         We believe it's a prejudicial phrase.  It

12:06:35  15  should have no place in this trial, any more than

12:06:38  16  Ponzi scheme or artificially inflated.

12:06:42  17         It, again, has baked into it the notion of

12:06:45  18  causation and it allows them to back-door correlation

12:06:47  19  principles to turn into causation once they get up and

12:06:50  20  say they pumped and dumped this stock.

12:06:56  21         THE COURT:  Okay.  The next issue is --

12:07:05  22  concerns the profits the defendant made.  Who wants to

12:07:10  23  be heard on that from the defendants' standpoint?

12:07:19  24         Mr. Armstrong, do you have a -- does the

12:07:21  25  government have a feeling --

12:07:22  1          Well, go ahead, Mr. Ford, if you want to

12:07:24  2   address it.

12:07:25  3          MR. FORD:  The issue is whether or not we

12:07:28  4   can discuss profits, is that --

12:07:30  5          THE COURT:  Yes.

12:07:31  6          MR. FORD:  Absolutely.  The fact that my

12:07:35  7   client made tens of -- millions and millions of

12:07:38  8   dollars trading stocks like Tesla and American

12:07:41  9   Airlines and Carnival Cruise Lines before he ever had

12:07:45 10   a Twitter following is relevant to his intent when he

12:07:49 11   made these statements as to whether or not he intended

12:07:53 12   to deceive people.

12:07:55 13          We plan to put it in.  It's a major part

12:07:58 14   of our defense.  And it goes to his --

12:08:00 15          THE COURT:  Okay.  But it's your -- this

12:08:01 16   is partly your motion to keep it out.  I'm reading the

12:08:06 17   defendants' joint motion.

12:08:08 18          MR. FORD:  To preclude what?

12:08:10 19          THE COURT:  Mention the profits.

12:08:14 20          MR. FORD:  We certainly -- we will mention

12:08:18 21   them.  We will -- and, truthfully, Your Honor, we

12:08:20 22   can -- Your Honor, you can discuss this shortly.  But

12:08:23 23   we will stipulate to it.

12:08:25 24          I mean, it's -- you know, we will not

12:08:27 25   agree that the profits derive from any wrongdoing.

12:08:31  1    But, I mean, the tax records say what the tax records

12:08:34  2    say.

12:08:35  3                THE COURT:  Mr. Rosen?

12:08:36  4                MR. ROSEN:  Yeah.  The issue of profits

12:08:42  5    comes down to this:  And they're trying to -- the

12:08:46  6    government has set up these charts that we'll talk

12:08:48  7    about later, the Garibotti charts that include

12:08:53  8    references to total amounts made during certain time

12:08:56  9    periods in certain stocks.  They call that an episode.

12:08:59  10           The problem is they have done no work and

12:09:02  11   say they don't have to tie those profits to any

12:09:04  12   causation, as to whether they're derived from

12:09:08  13   securities fraud or not.  This is, of course, a

12:09:10  14   securities fraud trial.  So, therefore, total amounts

12:09:13  15   are completely irrelevant.

12:09:15  16           If they want to go back and try to find

12:09:18  17   someone to tie in those -- the amounts that are a

12:09:24  18   subset of that to any fraud gains by showing that it

12:09:27  19   was due to some artifical increase in price and people

12:09:29  20   bought into that, that's fine.  But they haven't done

12:09:31  21   that here.  They refuse to do it.  They can't do it.

12:09:34  22   And yet they have substituted in this, like, amorphous

12:09:40  23   total amounts earned without any time to the actual

12:09:43  24   issues here at trial.

12:09:44  25           And that's where we come out with the

117

12:09:45  1  profits motion in limine as to what we want to exclude

12:09:49  2  from evidence.  And that's the basis for our motion.

12:09:58  3            THE COURT:  Mr. Armstrong, you want to

12:09:59  4  weigh in?

12:10:00  5            MR. ARMSTRONG:  If you want us to, Your

12:10:01  6  Honor, I'd be happy to if you want us to --

12:10:04  7            MR. REYES:  Mr. Reyes again.

12:10:07  8            Just wanted to add to what Mr. Rosen said

12:10:10  9  and not duplicate it, but these numbers, these profit

12:10:13  10  numbers, are inextricably intertwined with this idea

12:10:18  11  of causation.

12:10:19  12            From our point of view, Your Honor, the

12:10:21  13  minute they stand up and say -- first it was 114

12:10:24  14  million.  Now it's 30 million.  Those numbers have to

12:10:27  15  do with causation, Your Honor.  And if we're talking

12:10:31  16  about this issue of causation, they have not shown it.

12:10:35  17  They have not done the work, the causal analysis as

12:10:38  18  Mr. Rosen said.

12:10:39  19            So it could be that, as you mentioned

12:10:41  20  earlier today, they open the door right away when they

12:10:44  21  say it, but I think what we're saying, Your Honor, is

12:10:46  22  the door shouldn't be opened because this isn't a

12:10:49  23  case, even by their own concession, about causation.

12:10:52  24  It's about intent.

12:10:53  25            And that's -- I have nothing further, Your

12:10:56  1   Honor, but I wanted to add that.  This issue is going

12:10:59  2   to come up right away, the minute they make an opening

12:11:01  3   statement.

12:11:03  4              MS. CORDOVA:  Your Honor, if I may,

12:11:06  5   briefly.  There are instances in which my client,

12:11:14  6   other defendants, bought a stock, sold a stock, before

12:11:15  7   any false statement was ever made that.

12:11:17  8              That profit in that stock is included in

12:11:23  9   the profit calculation that the government has

12:11:24 10   alleged.  And we think that's inappropriate for the

12:11:26 11   jury to hear.

12:11:31 12              MR. ARMSTRONG:  Thank you, Judge.  So a

12:11:32 13   few things to respond to.

12:11:33 14              I think that the crux of this objection

12:11:36 15   relates to the charts of Ms. Garibotti.  And so here's

12:11:39 16   how the charts were put together.

12:11:41 17              Ms. Garibotti has a defined window.  And

12:11:43 18   it's earlier to do with an example, but I'm sure we'll

12:11:43 19   get into a lot of them down the road.

12:11:45 20              She'll have a window of time.  During this

12:11:50 21   window of time, the defendants generally bought a

12:11:52 22   stock and then exited their positions.  So those are

12:11:55 23   two bookends.

12:11:59 24              But in that period of time, there are

12:12:01 25   enumerate false statements littered along the way.

12:12:03  1    Some are short episodes, a day; some are a couple

12:12:09  2    weeks.

12:12:09  3          But the reason why it's important to have

12:12:11  4    the picture before the false tweets come out is

12:12:17  5    because we're going to have testimony from

12:12:18  6    co-conspirators on this point.  They're going to say

12:12:20  7    that a lot of times what would happen is we would

12:12:21  8    front-load the stocks before --

12:12:23  9          THE COURT:  Front-loading, you mean buy

12:12:25 10    them up before any --

12:12:26 11          MR. ARMSTRONG:  Exactly.  Buy them before

12:12:28 12    the tweets even come out.  And a lot of times -- we'll

12:12:30 13    have testimony on this exact point from two people --

12:12:33 14    they will testify that because they're buying and

12:12:34 15    selling it -- sorry -- because they're buying it and

12:12:37 16    sending it around to their other co-conspirators and

12:12:39 17    other people that are in the scheme, as Mr. Cooperman

12:12:42 18    said, they have it down to a science.

12:12:43 19          Because they would buy it and then spread

12:12:45 20    the news amongst themselves before the alert to so

12:12:48 21    people, they could sometimes scalp and make quick

12:12:48 22    profits just on the run-up in price on their own, kind

12:12:54 23    of spreading the front-loaded news.

12:12:55 24          So that's why the trading profits before

12:12:58 25    the false tweet are absolutely relevant and will be

12:13:01  1   backed up by a foundation from two witnesses who are

12:13:03  2   partners in crime and co-conspirators.

12:13:06  3            THE COURT:  And why would that be illegal?

12:13:08  4            MR. ARMSTRONG:  Why would what?

12:13:09  5            THE COURT:  I mean, even under your

12:13:10  6   theory.  Why would be that illegal?

12:13:12  7            MR. ARMSTRONG:  We're not saying that that

12:13:14  8   necessarily is illegal.  But it is part of the scheme.

12:13:17  9   It is part of the foundation for them buying the

12:13:20 10   shares and then waiting for the false statements to

12:13:23 11   come out.

12:13:28 12            THE COURT:  I'm going to take up the

12:13:30 13   charts when we get to the charts.  As a general rule,

12:13:36 14   I think I'm not granting the profits made, because

12:13:43 15   obviously it cuts both ways.  And so if there's an

12:13:47 16   objection, you can object as we go along.

12:14:07 17            Yeah.  The next big objection, joint

12:14:08 18   objection are the charts themselves.  And I'm going to

12:14:09 19   take them up when we take up the exhibits.

12:14:11 20            So let me then move to

12:14:11 21   Mr. Constantinescu's motion in limine that has to do

12:14:23 22   with Dr. Maria Garibotti and Mr. Melley.

12:14:26 23            Mr. Ford, do you want to give any kind of

12:14:29 24   introduction to that?

12:14:30 25            MR. ARMSTRONG:  I apologize, Your Honor,

12:14:31  1    what number?

12:14:32  2                THE COURT:  It is Number 540.

12:14:37  3                MR. ARMSTRONG:  Thank you.

12:14:37  4                MR. FORD:  We have a binder for you.  It's

12:14:39  5    analog.  We believe this presentation will be much

12:14:44  6    more effective if we can plug in the computers and put

12:14:47  7    it up on the screen.

12:14:48  8                The reason is we're dealing with Excel

12:14:54  9    spreadsheets, is the evidence at issue.  It's just

12:14:56  10   easier to manipulate and filter them manually.

12:14:59  11               But I'm going to give you this in case we

12:15:05  12   have a power outage.

12:15:07  13               THE COURT:  Because you know I'm

12:15:08  14   old-school.  I like paper.

12:15:17  15               MR. FORD:  If we open up, right before Tab

12:15:19  16   A --

12:15:19  17               THE COURT:  So defendants need control of

12:15:28  18   the computer.

12:15:32  19               All right.  Go ahead, Mr. Ford.

12:15:33  20               MR. FORD:  This is an excerpt from the

12:15:36  21   revised expert report dated January 19th.  I don't

12:15:40  22   have the cover page on, I just gave you this single

12:15:43  23   page.

12:15:45  24               It explains why she was hired.  And she

12:15:49  25   was hired, it says, to calculate the profit the

12:15:53  1    at-issue traders realized during the at-issue trading

12:15:56  2    episodes.

12:15:56  3              Now, my colleagues representing

12:16:00  4    Mr. Rybarczyk also filed a motion on this and the

12:16:06  5    government responded by saying that's what we hired

12:16:09  6    her for, to calculate profits.

12:16:11  7              For this, she charged $705 an hour.  And

12:16:15  8    as of December, she had charged the government

12:16:19  9    $544,000.  I imagine we're up close to three-quarters

12:16:25  10   of a million now.

12:16:26  11             If we flip to page -- to Tab A, this is a

12:16:34  12   very short excerpt -- excerpt that inaccurately and

12:16:38  13   misleading purports to represent my client's trading

12:16:42  14   and actions from 10 a.m. and 4 seconds on October 14,

12:16:49  15   2021, in DATS.  And then if you flip to the next page,

12:16:53  16   it continues and it goes to 11:37 a.m. and 3 seconds.

12:17:04  17             And this is part of a stack of papers

12:17:05  18   that's probably 3 inches big where she purports to

12:17:09  19   summarize the actions of my client.  This is what she

12:17:13  20   was paid the big bucks for.

12:17:14  21             And on the first -- if we now flip -- keep

12:17:21  22   in mind all this green we're looking at.  It's longer

12:17:25  23   than five football fields.  If we flip to Tab C.

12:17:33  24             Tab C, this is an example of the cover

12:17:35  25   page on one of these very lengthy reports.  You'll see

12:17:39  1    it says:  Episode 272, trading in ONTX between

12:17:44  2    July 16, 2020 and August 26, 2020.

12:17:48  3               I would be remiss to not tell you that my

12:17:50  4    client did hold his position for close to a month and

12:17:56  5    a half.  So an eternity in day trader time.

12:18:01  6               And, again, for $705 -- bless you --

12:18:06  7    again, you can see where I've highlighted

12:18:09  8    Mr. Constantinescu's name.

12:18:11  9               At the top she purports to summarize his

12:18:13 10    number of Twitter posts about ONTX and the number of

12:18:17 11    times he mentioned it in Discord and then how much

12:18:20 12    shares he bought and how many shares he sold over the

12:18:23 13    course of this roughly month and a half.

12:18:24 14               And for the low price of $705, and maybe

12:18:28 15    three-quarters of a million so far, she calculated

12:18:32 16    that he made 2,000 -- $296,341.

12:18:39 17               Are you able to follow this on the top

12:18:40 18    where we highlighted?  It's Government's Exhibit B.

12:18:46 19               THE COURT:  On B or C?

12:18:47 20               MR. FORD:  B.  It's Tab C, but on the

12:18:49 21    bottom right-hand corner, it says Government

12:18:52 22    Exhibit B.  It's the first page.

12:19:01 23               THE COURT:  No.  I don't have anything

12:19:05 24    that says Government's Exhibit B.

12:19:08 25               MR. FORD:  Oh, it will say down here.  So

12:19:08  1   if we flip to --

12:19:11  2              THE COURT:  My only page behind C does not

12:19:13  3   have --

12:19:15  4              MR. FORD:  Behind B.  I apologize.  I got

12:19:20  5   ahead of myself.

12:19:22  6          So let's look at that again.  You can see

12:19:23  7   the highlighting.  This is just a cover page of a

12:19:25  8   stack of papers where you have that sort of green, you

12:19:30  9   know, endless green highlighting we just showed you.

12:19:32 10          And you'll see it says -- now you see

12:19:34 11   where it says:  Episode 272 trading in ONTX between

12:19:38 12   July 26 and August 26, 2020" on the bottom.

12:19:45 13              THE COURT:  I do see that now.

12:19:46 14              MR. FORD:  Yeah.  And then it's

12:19:47 15   highlighted Edward Constantinescu.  And then it tells

12:19:49 16   you, you know, the number of Twitter posts.  And then

12:19:52 17   it says:  Shares bought and sold during that time

12:19:54 18   period.

12:19:55 19          And then again she calculated, like I

12:20:01 20   said -- for the price of $705 an hour, she calculated

12:20:04 21   he made profits of $296 -- $296,341.

12:20:11 22          Well, Your Honor may remember I sort of

12:20:13 23   made a big fuss about, as *Brady* material, getting

12:20:17 24   everybody's 1099s.

12:20:20 25          And this is the punch line, or one of the

12:20:22  1    punch lines to what is about to be a long not

12:20:25  2    particularly funny joke, but will have legal

12:20:28  3    significance.

12:20:28  4            If you go to the next page, this is an

12:20:30  5    excerpt from his TD Ameritrade and it shows ONTX.  And

12:20:36  6    all of my client's trading in it during the year of

12:20:40  7    2020, which includes sales during -- all of the sales

12:20:45  8    during the time period.

12:20:47  9            And you will see that TD Ameritrade

12:20:49 10    concluded that he made $297,833.04.  Now, the

12:21:00 11    difference with the TD Ameritrade records is he had

12:21:03 12    also traded this stock in January.  So he made $1,591

12:21:07 13    in January.

12:21:08 14            So all you have to do is subtract that

12:21:10 15    number from 297 and you will arrive at the same number

12:21:15 16    as Ms. Garibotti did.

12:21:18 17            In other words, the data and the work that

12:21:20 18    Ms. Garibotti had done was already done by a computer

12:21:25 19    by TD Ameritrade as required under the tax laws of

12:21:28 20    this country so that they could file a 1099 on behalf

12:21:34 21    of my client, rendering the whole purpose of her being

12:21:36 22    hired and all of the work she did redundant,

12:21:39 23    superfluous, and likely to take up two weeks of trial

12:21:41 24    time that we don't need.

12:21:47 25            I have included for my client for his

12:21:50  1  substantive charges all of Ms. Garibotti's summaries,

12:21:52  2  as well as my client's relevant tax records.

12:21:56  3            Now if you flip to page D, or Tab D.

12:22:07  4            THE COURT:  Let me ask, before you

12:22:10  5  leave B.  And I'm looking at the 297 figure.

12:22:12  6            Are the last three transactions

12:22:13  7  transactions where he lost money?

12:22:24  8            MR. FORD:  Yes.

12:22:25  9            THE COURT:  Okay.  All right.  Go to D.

12:22:26 10            MR. FORD:  So what I did for Your Honor is

12:22:28 11  I made an Excel chart.  I did this -- it took me like

12:22:35 12  30 minutes once I figured out how to do this on a

12:22:39 13  calculator.

12:22:40 14            What I did is I listed the company of the

12:22:46 15  five substantive charges against my client.  So

12:22:50 16  Onconova Therapeutics, line 3, Camber Energy, line 4,

12:22:54 17  DatChat, line 5, My Size, and line 6, Brickell

12:22:59 18  Biotech.

12:22:59 19            Now, we know there's 19 different

12:23:03 20  substantive charges referring to 18 different stocks

12:23:06 21  in this claim.

12:23:08 22            As it happens, for Torchlight Energy,

12:23:13 23  Alzamend Neuro, Inc. and EzFill Holdings -- sorry --

12:23:17 24  Alzamend, A-L-Z-A-M-E-N-D, Neuro, N-E-U-R-O, and then

12:23:25 25  E -- letter EzFill, F-I-L-L, Holdings, Inc.

12:23:29 1          And those are companies that my client

12:23:32 2    bought the stock for, but is not substantively

12:23:36 3    charged.  So I added them so that you would have the

12:23:38 4    complete picture.

12:23:40 5          In the next column I list the stock

12:23:43 6    ticker.  So we have ONTX, CEI, DATS, My Size, BBI,

12:23:47 7    Torch, AZLN, and EZFL.  And then I've listed the dates

12:23:51 8    that Ms. Garibotti calculated the profits for based on

12:23:54 9    what the government told her to do.

12:23:57 10          And then under column D, the corresponding

12:24:00 11   counts in the indictment.

12:24:02 12          So, again, there's five substantive

12:24:04 13   charges against my client and three where he's not

12:24:06 14   charged but did happen to trade the stock.

12:24:12 15          So for columns E and F, I have listed

12:24:17 16   Garibotti's calculations versus the tax form

12:24:20 17   calculations.  And then on column G I've given you the

12:24:25 18   deviation value and the deviation percentage.  So

12:24:27 19   you'll see that on ONTX, Ms. Garibotti calculated

12:24:33 20   $296,341.  And TD Ameritrade calculated $296,241.

12:24:40 21   That is a deviation of $100.  And a deviation of

12:24:47 22   300ths of a percent.  I mean, mathematically

12:24:50 23   negligible.

12:24:57 24          It is the same for the remainder of

12:24:59 25   stocks.  The complete total value for the stock

12:25:02  1    tickers my client is substantially charged with, as

12:25:05  2    well as the ones he isn't substantively charged with

12:25:08  3    but traded, Garibotti calculated $13,619,769.  And the

12:25:16  4    broker dealers who were using their computer

12:25:18  5    calculated $13,621,074, a total deviation of $1,305,

12:25:27  6    or nine-thousandths of a percentage deviation.

12:25:32  7            I am not challenging that this expert

12:25:35  8    knows how to do math.  She certainly does.  The

12:25:40  9    trouble and why there's that infinitesimal deviation

12:25:42  10   is because TD Ameritrade does the calculation based on

12:25:46  11   nanoseconds and that way they get the absolute and

12:25:49  12   most correct accurate tax reporting document.

12:25:52  13           But since the deviation favors the

12:25:56  14   government and TD Ameritrade said he made $1,305 more

12:26:02  15   than Garibotti, we would be willing to stipulate that,

12:26:05  16   as we understand that those records are much more

12:26:09  17   accurate.

12:26:10  18           The question then that comes before us is,

12:26:12  19   why would the government have spent this extraordinary

12:26:15  20   amount of money?

12:26:16  21           We think by the time she finishes at trial

12:26:18  22   she'll have been paid probably more than many of these

12:26:21  23   individuals on trial made trading their stocks during

12:26:25  24   this time.

12:26:28  25           And the reason is, because it allowed them

12:26:29  1    to put before the Court, to put before the jury, those

12:26:38  2    large spreadsheets that purport to summarize my

12:26:42  3    client's data.  But what I'm about to show you is how

12:26:44  4    it is that these documents are misleading and

12:26:46  5    manipulative.

12:26:56  6              So in order to understand 1006, the first

12:26:57  7    principle is we must understand what she is purporting

12:27:01  8    to summarize.  In other words, for a summary to get

12:27:03  9    in, it must be accurate in the first place.  We must

12:27:06  10   understand what is being summarized.

12:27:14  11             We're going to pull up the Excel

12:27:17  12   spreadsheet and we'll walk you through the raw data,

12:27:19  13   which while the government contends is voluminous, is

12:27:22  14   easily sortable on Excel.  And we've done this many

12:27:26  15   times at trial without the need for these sort of

12:27:30  16   summaries, which my colleague representing

12:27:34  17   Mr. Rybarczyk, Mr. Rosen, will talk about, I think as

12:27:38  18   well as soon as we can get the technology going.

12:27:38  19             I apologize for the delay here.  We are

12:27:38  20   working on it.

12:28:07  21             In the interim, what I'll do is -- let's

12:28:09  22   expedite it.  We planned for this contingency.  So

12:28:11  23   I've made some printouts.

12:28:13  24             So if we go to Tab D.

12:28:18  25             THE COURT:  I'm there.

12:28:19 1        MR. FORD:  This is a pre-filtered Excel

12:28:22 2   spreadsheet.  Now, when you look at the full data

12:28:23 3   there is going to be a lot more, you know, that we

12:28:28 4   would filter through.  But we can do this manually.

12:28:31 5        The first column B says:  Order ID.  Now

12:28:33 6   that reflects an order that was placed by this

12:28:39 7   individual.  And each order is given its own unique

12:28:41 8   number.

12:28:42 9        Column G is the order timestamp.  And that

12:28:45 10  will tell you the date and the time that the order was

12:28:48 11  placed.  Column H says:  Side.  Now, that's whether

12:28:52 12  you're buying, selling, or shorting a stock.

12:28:56 13       Now, my client did not short any of these

12:28:58 14  stocks at issue, so you won't see short.  You'll just

12:29:02 15  see buy or sell.

12:29:03 16       On order size, that's column I, it will

12:29:05 17  tell you the quantity.  So in this case, that order

12:29:08 18  number that ends in 7468 was for 50,000 shares of the

12:29:14 19  symbol, which is DATS, D-A-T-S.  So that's one of the

12:29:17 20  substantive charges.

12:29:18 21       The order type is a limit order.  Now you

12:29:21 22  can place two types -- multiple types of orders.  One

12:29:25 23  would be a market order, which -- in which you buy or

12:29:28 24  sell at the prevailing market rate.  One would be a

12:29:30 25  limit order, where you basically say, Your Honor,

12:29:35  1    look, if it goes up to this price, I'll buy it.  Like

12:29:38  2    I'll buy it up to $10.

12:29:40  3          So if somebody wants to sell it to me for

12:29:40  4    $9.50, I'll take it, but I'll take it all the way up

12:29:40  5    to 10.  So selling is in reverse, right.  This is as

12:29:45  6    low as I'm willing to sell it.

12:29:47  7          So in this case, a limit order, and then

12:29:49  8    column G for $9.77 was placed for 50,000 shares of

12:29:56  9    DATS.  Saying, hey, anybody who wants to sell me this

12:30:00 10    for 9.77 or less, I'll take it.

12:30:02 11          You look at action type.  It then says:

12:30:05 12    Entered.  And you'll see below it says routed and

12:30:08 13    routed acknowledge.  I'll quickly explain what that

12:30:09 14    means.

12:30:11 15          The act my client took was to press one

12:30:13 16    key entering an order to buy 50,000 shares at a limit

12:30:18 17    price up to 9.77.  Once it is ordered, it is routed

12:30:25 18    from TD Ameritrade, this is broker-dealer.  TD

12:30:29 19    Ameritrade no longer has any say in the matter.

12:30:31 20          Now, they can route it to an exchange,

12:30:33 21    such as NASDAQ or the New York Stock Exchange, but as

12:30:38 22    Gary Gensler has testified before Congress during this

12:30:41 23    time period, 90 percent of orders were not going to

12:30:44 24    public lit exchanges, but rather being placed on

12:30:45 25    what's called dark pool.  Now the name sounds

12:30:49  1    nefarious.  It's lawful.  There's nothing wrong with a

12:30:52  2    dark pool.

12:30:52  3            If you look at column BC, it shows the

12:30:56  4    destination of who it was routed to.  In this case, it

12:30:58  5    was routed to Citadel.  They are the largest player in

12:31:01  6    this.  It's a hedge fund and a financial services

12:31:04  7    firm.

12:31:05  8            And here's what Citadel does.  They have

12:31:07  9    three options.  Once TD Ameritrade takes my client's

12:31:14 10    order and gives it to Citadel, they can do one of

12:31:16 11    three things:  They can try to find the shares on a

12:31:17 12    public lit exchange, such as NASDAQ.  They can route

12:31:22 13    it against clients that have opposing orders.

12:31:26 14            So if Citadel has an individual -- and

12:31:28 15    when I say "client," we're talking Credit Suisse,

12:31:31 16    we're talking JPMorgan.  If they have a client who

12:31:34 17    wants to sell those shares at the price, they will

12:31:37 18    match it against that client.

12:31:38 19            There is a third option, which is if

12:31:41 20    Citadel itself has purchased shares of this stock,

12:31:45 21    then Citadel -- if they want to sell it, they will

12:31:50 22    sell it for that price.

12:31:51 23            So those are the three options.  We do not

12:31:54 24    know what Citadel does.  We would have to request

12:31:58 25    their records, but it doesn't matter for our purposes

12:32:00  1  here.

12:32:01  2          Okay.  So now that the order has been

12:32:04  3  routed from TD Ameritrade to Citadel, who my client

12:32:07  4  has nothing to do with, he has no contract, there is

12:32:09  5  no privity, he has no control over Citadel's actions.

12:32:12  6  And, in fact, he has no control over who TD Ameritrade

12:32:16  7  routes it to.  They can send it to an exchange.  They

12:32:18  8  can send it to a dark pool.  It's up to TD Ameritrade.

12:32:25  9          At that point, once its acknowledged,

12:32:29 10  Citadel begins the process of what's called filling

12:32:30 11  the order.  Now, Citadel has got a tough task.  They

12:32:31 12  have to find 50,000 shares that somebody is willing to

12:32:35 13  sell for 9.77 or less.  So look how it unfolds.

12:32:39 14          At 9:19:25, they find 71 shares.  That

12:32:46 15  goes.  At 9:17:57, they find 100 shares.  And then we

12:32:53 16  can continuing to go down and we see all these

12:32:55 17  different times.

12:32:56 18          Now, when we flip to the next page, you

12:33:01 19  can look on that screen or in your binder, when we

12:33:03 20  flip to the next page, we have a whole 'nother page of

12:33:07 21  fills still happening.  We flip yet again to a third

12:33:10 22  page we have a whole set of fills happening.  And it's

12:33:13 23  not till the fourth page that that order gets filled.

12:33:17 24          At which point, something would ding on

12:33:20 25  Mr. Constantinescu's computer or phone saying your

12:33:22  1   order has been filled.  All of this happens without

12:33:25  2   his knowledge or understanding.

12:33:26  3          He now places another order at 9:19 for

12:33:31  4   50,000 shares.  This one gets routed to NKnight, also

12:33:36  5   one of the largest financial services firm that does

12:33:38  6   this sort of dark transactions, although, again, I say

12:33:42  7   it could ultimately be lit.

12:33:45  8          So NKnight is the one who is going to wind

12:33:47  9   up filling this order.  And it begins as a redo.  Now,

12:33:49 10   this is -- what I'm showing you is not the full.  This

12:33:52 11   is two orders that take place over five minutes.

12:33:54 12          So what happened during this time is my

12:33:58 13   client he -- he took two actions.  Remember, we're

12:34:02 14   under 1348.  Under 1348, an element is that the client

12:34:07 15   engaged in an act in connection with the purchase or

12:34:10 16   sale of securities.  The actus reus, Your Honor, is

12:34:15 17   the act of placing the order, entering the order.

12:34:19 18          As I'm going to continue and put a

12:34:23 19   punctuation on this.  But before I do, I want you to

12:34:25 20   think about an analogy.  You go to an ATM.  You want

12:34:30 21   to take out 500 bucks.  You put your card in, enter

12:34:34 22   your key, less 500 bucks.  The ATM's empty.

12:34:38 23          The bank goes out to somebody else who has

12:34:40 24   some cash, says, hey, you got any cash for me.  They

12:34:43 25   say, all we got is these 500 $1 bills.  We'll take it.

12:34:47  1   They take the 500 $1 bills.  They load them into the

12:34:50  2   ATM.  And the ATM spits out five $100 bills to you.

12:34:57  3            You have not engaged in 500 independent

12:35:00  4   acts.  You haven't gone to the ATM 500 times.  And you

12:35:04  5   didn't ask the ATM to do 500 different things.  And

12:35:06  6   you certainly didn't ask a third party to do 500

12:35:08  7   different things.

12:35:09  8            What you asked is for a single order for

12:35:13  9   this amount of shares, 50,000 shares, to be placed.

12:35:16 10   Or in the case of the ATM, you asked for $500.

12:35:20 11            The reason this is so critical -- and you

12:35:23 12   can turn back to your binder or we can pull it up on

12:35:26 13   page F.  Had Ms. Garibotti made a chart that looked --

12:35:38 14   that's her original.

12:35:40 15            So had Ms. Garibotti made a chart that

12:35:48 16   accurately reflected the actions that my client

12:35:51 17   engaged in, rather than the actions of several random

12:35:54 18   entities, such as Citadel and NKnight, it would appear

12:35:59 19   as in Tab E of your binder, or we're pulling it up

12:36:05 20   here.

12:36:09 21            Yeah.  So this would be a hypothetical

12:36:12 22   chart of Ms. Maria Garibotti, had she have summarized

12:36:14 23   the actions of my client and not the actions of

12:36:17 24   unknown third parties.

12:36:19 25            And so if -- you can flip back now to

12:36:23  1    page -- to Tab A.  And you see, right.  Look at --

12:36:32  2    there is -- we'll scroll.  There is just nothing but

12:36:35  3    green out in front of us.  It looks like he engaged in

12:36:41  4    150 transactions.  But if you look at this other one,

12:36:44  5    he only engaged in a handful.

12:36:46  6            Now, I'm about to show you why this is

12:36:48  7    important and why all of her exhibits need to be

12:36:50  8    excluded.  Because if we now flip to the next page in

12:36:56  9    chapter -- I'm sorry -- in Tab E, after the revised

12:37:03 10    ones, I have gotten rid of the color coding and I have

12:37:08 11    summarized what had my client actually did.

12:37:10 12            So he placed one, two, three, four, five,

12:37:14 13    six, seven, eight buy orders; not 150 buy orders

12:37:18 14    during this time.  And she is right, he did then place

12:37:22 15    sell orders after that time.

12:37:25 16            By including endless rows of green

12:37:29 17    fabricated orders that my client didn't enter, but

12:37:33 18    rather represent fills, what she does, if we flip to

12:37:38 19    two pages after this, is it gives the false impression

12:37:42 20    to the jury that he did something other than what he

12:37:45 21    actually did.

12:37:46 22            Remember, they keep telling you he sold

12:37:48 23    and he didn't believe in the stock because he sold.

12:37:51 24    But look at what he actually does.  If we go to this

12:37:55 25    one.  Right after those four sell orders, or five sell

12:37:59   1   orders that occur starting at 10:36 a.m. and going to

12:38:03   2   10:49, he turns around at 2:22 p.m. and he enters a

12:38:08   3   series of huge buy orders.

12:38:11   4            This is a guy who believes in this stock.

12:38:14   5   100,000 shares of DATS at a limit price of 10.88.

12:38:18   6   100,000 shares of DATS at a limit price of 10.49.

12:38:22   7   20,000 at a limit price of 11.26.  20,000 at a limit

12:38:26   8   price of 11.29.  100,000 at a limit price of 11.25.

12:38:33   9            I need my calculator, or Ms. Garibotti to

12:38:35  10   help me, but I think we're talking about 5 or

12:38:38  11   $6 million worth of shares.

12:38:41  12            But if we go back to what they did under

12:38:46  13   Tab A, they've made it look -- this is huge green

12:38:50  14   representing fills.  And then getting to this one

12:38:54  15   tweet with these red lines under it.  But it is not an

12:38:57  16   accurate picture.

12:38:59  17            Your Honor, these exhibits need to be

12:39:01  18   excluded wholesale for two independent reasons.  The

12:39:08  19   first I mentioned was because Ms. Garibotti was hired

12:39:13  20   solely for calculating profits.

12:39:15  21            And TD Ameritrade has already done it and

12:39:17  22   they've done a better job with zero deviation and

12:39:20  23   they're on our exhibit list.  We'll put those in and

12:39:22  24   we'll even go so far as to stipulate to the profits he

12:39:26  25   made.

12:39:26  1           Number two, the charts that they had her

12:39:28  2  make are not summaries of any of these defendants'

12:39:31  3  conduct.  They're summaries of fills made by

12:39:35  4  independent, unknown third parties.  And, therefore,

12:39:38  5  don't reflect the actus reus of our clients.

12:39:43  6           If you will entertain me, I will quickly

12:39:45  7  show you one more example, which relates to

12:39:48  8  Mr. Hrvatin.  And I really think you will see the

12:39:50  9  degree to which these exhibits are misleading.

12:39:54 10           If we flip to Tab F, where we'll show you

12:39:57 11  on this screen.  I just -- we'll scroll through this.

12:39:59 12  Just look at this conduct.  It purports to be the

12:40:02 13  conduct of Mr. Hrvatin over a very short period of

12:40:05 14  time, like maybe a day or something like that.  Just

12:40:08 15  look at this that they did.

12:40:19 16           They were going to go before the jury and

12:40:20 17  say that Mr. Hrvatin took these actions.

12:40:23 18           Now, if we go to Tab H, I went through and

12:40:27 19  I pulled Mr. Hrvatin's trade records.  I followed

12:40:32 20  Ms. Garibotti's color scheme, which I don't, frankly,

12:40:34 21  like, but I followed it anyhow.

12:40:37 22           Now look at what he actually did during

12:40:39 23  that exact same period.

12:40:41 24           THE COURT:  What tab are you under?

12:40:42 25  Because it's not H.

12:40:45  1              MR. FORD:  Oh, sorry.  G.

12:40:52  2              That's what actually happened.  And we'll

12:40:53  3      go back to show you again that endless stream of red,

12:40:57  4      green, and yellow.  I mean, look at this.  It goes on

12:40:58  5      for longer than a country mile.

12:41:01  6              Now let's go -- we'll go back to H and see

12:41:04  7      what Mr. Hrvatin actually did.  This is what he

12:41:06  8      actually did.

12:41:08  9              And Ms. Bloom, can we just go back to the

12:41:14 10      prior one quickly.

12:41:17 11              What this has allowed the government to do

12:41:19 12      and to present is they can make it seem like these

12:41:24 13      individuals tweeted and then sold and sold and sold

12:41:28 14      and sold, right.  There was pump and dump, they called

12:41:32 15      it.

12:41:32 16              Now we'll go back to Exhibit G in this

12:41:35 17      binder.  And look at what he actually did.  The entire

12:41:39 18      time this is going on, for roughly a 24-hour period,

12:41:45 19      he is entering orders of 100,000 and then selling

12:41:47 20      orders of 100,000.  Flipping it back and forth, back

12:41:51 21      and forth.

12:41:52 22              But what's illustrative now, Your Honor,

12:41:56 23      in this new exhibit that I have created to show how

12:41:58 24      misleading theirs is, Mr. Hrvatin buys and then

12:42:03 25      tweets.  Tweets and then buys.  Tweets and then sells.

12:42:06  1    Tweets and does nothing.

12:42:09  2            This chart in and itself reflects that

12:42:11  3    there was no pattern or rhythm to the way that he was

12:42:13  4    tweeting or buying and selling.  In fact, it looks a

12:42:19  5    lot more like I understand what these individuals to

12:42:21  6    do.

12:42:21  7            On the one hand, they're day trading,

12:42:23  8    they're doing their jobs, they're making money.  On

12:42:25  9    the other hand, they love the attention and the

12:42:27 10    celebrity of being influencers.

12:42:29 11            So they're tweeting about it so that they

12:42:31 12    can be guys who say, hey, I just made all this money

12:42:34 13    on this stock and look at this car, right.  And, hey,

12:42:38 14    you know, maybe I can teach you some of the rules of

12:42:40 15    the road and tricks of the trade.

12:42:41 16            But these are fundamentally different.

12:42:45 17    And what Ms. Garibotti is purporting to put before

12:42:50 18    this Court and before the jury, it cannot come in.  It

12:42:54 19    needs to be excluded wholesale.  It represents fills

12:42:59 20    and not buys or sells of these defendants and,

12:43:02 21    therefore, does not summarize their conduct.

12:43:05 22            And respectfully, Your Honor, I'm

12:43:06 23    requesting at a minimum that all charts that mention

12:43:12 24    Mr. Constantinescu be excluded.  But what should

12:43:18 25    happen, and the only fair result is that all of these

12:43:22 1    charts with regard to the 19 counts are excluded

12:43:26 2    against all of these defendants.

12:43:33 3              THE COURT:  All right.

12:43:34 4              MR. FORD:  And one final piece.

12:43:37 5              Mr. Rosen -- there is other independent

12:43:43 6    reasons why these are misleading under 403, but I am

12:43:46 7    primarily making -- and he will address those.  I am

12:43:48 8    primarily making a challenge under 1006 and 401

12:43:54 9    relevancy that she never needed to be hired.  We don't

12:43:57 10   need her to testify about profits.  I can save two

12:44:00 11   weeks on the trial by just -- if we all just put our

12:44:03 12   tax records in and, you know, stipulate to that, which

12:44:06 13   I'm certainly willing to do.

12:44:07 14             And then, number two, this doesn't

12:44:09 15   summarize the defendants' conduct, Your Honor.  The

12:44:12 16   actus reus is the buying and selling of stock.  They

12:44:14 17   can't put in a chart summarizing the conduct of

12:44:18 18   Citadel and NKnight and TD Ameritrade and purport that

12:44:22 19   it summarizes our clients' actions.  It's too

12:44:25 20   misleading for the jury.

12:44:30 21             THE COURT:  Mr. Rosen, you want to add on?

12:44:32 22             MR. ROSEN:  Yes, thank you.

12:44:43 23             We filed a motion at 532 that primarily

12:44:46 24   addresses a couple different issues.  But the first

12:44:47 25   really is these charts contain completely inadmissible

12:44:52  1    and unreliable hearsay.  The charts focus on two --

12:44:58  2    focus on the fact that the DOJ has been trying to find

12:45:06  3    some witness to testify that these statements are

12:45:10  4    false and misleading.  They can't do that.  They

12:45:10  5    haven't found anyone.

12:45:12  6         So what they have done is they've created

12:45:13  7    these charts with Dr. Garibotti that simply say they

12:45:21  8    color these -- all these rows yellow and simply say

12:45:23  9    those are false and misleading because the DOJ alleges

12:45:26 10    that they are false and misleading.

12:45:28 11         It's important to note these are not

12:45:30 12    demonstrative charts.  These are supposed to be

12:45:32 13    substantive evidence.

12:45:34 14         The first criteria is -- of a substantive

12:45:36 15    evidence chart under 1006 is that the chart is based

12:45:41 16    on competent evidence already before the jury.  The

12:45:43 17    DOJ's allegations by definition are not competent

12:45:48 18    evidence.  They are, at best, an argument for closing

12:45:54 19    in a demonstrative and should nowhere be before the

12:45:59 20    jury.

12:45:59 21         There's actually a jury instruction

12:46:02 22    under -- in 1.05 that specifically says that the

12:46:05 23    government's allegations are not evidence.

12:46:07 24         This is critical, highly problematic for

12:46:10 25    the jury, you know, for a couple reasons.  One, these

143

12:46:14  1    charts, which, you know, are attached to our motion --

12:46:18  2    and I have other examples here -- I don't know how

12:46:22  3    much we need to go through, but the jury is going to

12:46:25  4    rely on this color coding back in the jury room to

12:46:27  5    make decisions and there's no way we can undue that

12:46:30  6    once it's done.

12:46:31  7              There is no jury instruction that can say

12:46:34  8    once a chart has been admitted into evidence certain

12:46:37  9    portions of that chart are no longer admissible.  So

12:46:39 10    we can't have a jury instruction that will correct for

12:46:42 11    that.

12:46:43 12              It violates the defendants' Sixth

12:46:48 13    Amendment right to confront the witnesses against

12:46:49 14    them.  *Crawford* makes this abundantly clear.  These

12:46:54 15    are testimonial hearsay charts.  Allegations of

12:46:57 16    falsity that they're using for the truth of the

12:46:59 17    matter.  It's obviously reversible error to allow a

12:47:02 18    witness to testify to bring into evidence opinions of

12:47:08 19    the DOJ without any ability to cross-examine those --

12:47:12 20    that witness.

12:47:13 21              We have no ability to call the DOJ.  We

12:47:15 22    have no idea whose allegations those directly are.

12:47:19 23    But we do know they're not Dr. Garibotti's.  She

12:47:21 24    disclaims them.  The government has said that they're

12:47:24 25    not hers.

12:47:25  1          So we're faced with this conundrum of

12:47:27  2     there is going to be falsity allegations and we have

12:47:30  3     no one to cross-examine.  And that's a massive

12:47:34  4     problem, obviously, that every rule of hearsay is

12:47:38  5     designed to exclude.

12:47:39  6          The government's response to our brief is

12:47:43  7     nonsensical and, frankly, contradictory.  They claim

12:47:47  8     that Garibotti is not providing opinions, she's just

12:47:50  9     providing facts.  But then they say, well, the DOJ

12:47:53 10     allegations are certainly opinions and those are going

12:47:56 11     to be in the charts.

12:47:57 12          So you can't have it both ways.  They're

12:47:59 13     either her opinions in the chart; they're either

12:48:01 14     admissible evidence, which they're not; but you can't

12:48:03 15     say she's only applying -- she's only supplying facts

12:48:07 16     when she clearly isn't.

12:48:09 17          The government claims that the color

12:48:11 18     coding will help reduce the jury's confusion about

12:48:14 19     what statements are at issue.  And I think the

12:48:16 20     government misses the point on that.

12:48:18 21          In order to be on a chart, in order to be

12:48:20 22     competent evidence, you have to -- it has to be

12:48:23 23     competent evidence, so in order to even be admissible

12:48:25 24     in the first place.  You can't bring in DOJ

12:48:28 25     allegations onto a 1006 chart.

12:48:32 1          The jury will simply be confused.  They'll

12:48:33 2  view the highlighted allegations as accurate.  And

12:48:37 3  it's obviously extremely prejudicial to us.  It

12:48:41 4  violates at least three rules of evidence:  602, 702,

12:48:45 5  804, and the Sixth Amendment.

12:48:47 6          The government claims that these charts

12:48:50 7  containing DOJ allegations are not unusual.  The DOJ

12:48:56 8  provides not a single example of any other court in

12:49:00 9  America that has ever had a Rule 1006 chart that

12:49:04 10  contains DOJ allegations not prepared by the witness

12:49:08 11  who is testifying at trial.

12:49:11 12          In our binder that we presented earlier,

12:49:14 13  Your Honor, we dug up from what appears to be

12:49:18 14  Mrs. Garibotti's only trial that she's testified in as

12:49:20 15  a summary witness and we looked at those charts that

12:49:22 16  were admitted by the judge.  It's in the back of your

12:49:27 17  binder that we presented earlier.  It's from *Vorley*,

12:49:30 18  it's a Northern District of Illinois case.

12:49:40 19          THE COURT:  I only have ten binders.

12:49:40 20          MR. ROSEN:  Okay.  So yeah.  It's a --

12:49:54 21          THE COURT:  I can't find it.  Summarize

12:49:54 22  it.

12:49:55 23          MR. ROSEN:  I'll summarize it.

12:49:56 24          They're trading charts of orders placed by

12:49:59 25  real traders, professionals who do this for a living,

12:50:01 1   for banks and things like that.  I reviewed the 100

12:50:05 2   pages of exhibits, not a single one contains any

12:50:09 3   so-called government allegations.

12:50:11 4           And those were obviously -- those were

12:50:12 5   fiercely contested exhibits anyway.  They sort of

12:50:17 6   barely squeaked in, but not a single one contains what

12:50:20 7   the government is trying to do here.

12:50:21 8           They've relied on two Fifth Circuit cases,

12:50:23 9   not one of which is applicable at all.  One is about a

12:50:28 10  records analyst who spread bank sheets and said which

12:50:31 11  expenses were personal, which were for business.

12:50:34 12  Another one is about meals at a healthcare center,

12:50:37 13  extrapolations from the evidence critically.

12:50:42 14          The very -- the prime difference beyond

12:50:43 15  obviously the subject matters, those witnesses were

12:50:46 16  available for cross-examination.  Sixth Amendment

12:50:50 17  requires that.  Here, they are not.

12:50:53 18          The error cannot be harmless is the final

12:50:55 19  point that I want to make.  54 exhibits.  These are

12:51:01 20  the prime exhibits targeting defendants.  For some

12:51:03 21  stocks, these are the only exhibits.  This is what the

12:51:07 22  government's relying upon to prove their case.

12:51:10 23          The Fifth Circuit has routinely -- and I

12:51:13 24  cite multiple cases in our brief -- flipped verdicts

12:51:17 25  when summary charts are based on incompetent evidence,

12:51:19  1    which is what the government is doing now.

12:51:21  2            I can't -- there's not a lot we can

12:51:23  3    guarantee, but I do believe that if these charts come

12:51:27  4    in with their allegations, we will be doing this trial

12:51:30  5    again, which is what none of us want.

12:51:32  6            We've already discussed the profit issue.

12:51:35  7    I don't want to beat that.  I know it's getting late.

12:51:37  8    I don't want to beat that.  I'm happy to answer any

12:51:40  9    questions about that.

12:51:42  10            And, finally, this one final point from --

12:51:47  11    about Mrs. Garibotti's charts.  They establish

12:51:49  12    conspiracy where none existed; meaning, that they

12:51:52  13    layered defendant upon defendant trading records and

12:51:55  14    tweets and some messages against each other to make it

12:51:58  15    look like they're all trading in sync.

12:52:05  16            A, that's not what the chart shows, but,

12:52:08  17    more importantly, there is trading from one person,

12:52:10  18    who has never communicated, for example, with my

12:52:11  19    client.  There is trading that contradicts each other.

12:52:15  20    There is trading that -- for people who are -- you

12:52:17  21    know, have no messages between them.  It's done to --

12:52:22  22    it's argumentative.  It's meant to prove a point.

12:52:24  23    It's meant to show the jury that these people are

12:52:26  24    acting in synch, when that's for the evidence to prove

12:52:29  25    and the government simply does not do that.  Using a

12:52:31  1    summary chart like that is impermissible.

12:52:37  2              THE COURT:  Mr. Armstrong, you want to

12:52:38  3    respond?

12:52:39  4              MR. ARMSTRONG:  Your Honor, I would defer

12:52:41  5    to you.  That was a long presentation.  I don't really

12:52:42  6    think I heard a terribly compelling argument.  I'm

12:52:45  7    happy to answer any questions or I can just give you

12:52:49  8    an example --

12:52:49  9              THE COURT:  Well, I'm primarily concerned,

12:52:50 10    although I understand Mr. Ford's argument, and the

12:52:56 11    most persuasive thing he said to me was it would

12:52:59 12    shorten the trial.

12:53:02 13              But I'm primarily concerned about what

12:53:04 14    Mr. Rosen brought up, which are these comments in the

12:53:07 15    middle of the summary chart.

12:53:09 16              MR. ARMSTRONG:  I'm not even sure what

12:53:10 17    he's talking about.  So just to show you, for example,

12:53:12 18    Your Honor.

12:53:13 19              Ms. Kim, if we can please pull up

12:53:16 20    Government Exhibit 3B.  And Ms. Kim, if you could

12:53:35 21    please go to page 3 of 3 -- actually, page 1.

12:53:44 22              This is the chart that was put together

12:53:45 23    for Count 3.  It shows the cover page with the time

12:53:49 24    period, so four days, September 1, 2020, to September

12:53:56 25    14, 2020.  It shows who was trading during this

12:54:00  1    window, number of shares bought, number of shares

12:54:04  2    sold, and the profit.

12:54:05  3              Just to kind of set the table, as I

12:54:08  4    mentioned before, here is the window of time.  And

12:54:10  5    here is the activity captured during this window of

12:54:12  6    time.

12:54:13  7              Page 2, please, Ms. Kim.  And, Ms. Kim, if

12:54:22  8    you could please go down to page -- starting at the

12:54:24  9    top, lines 1 through 50, please.

12:54:26 10              So the color coding is not nefarious.

12:54:32 11    It's just the nature of this case.

12:54:33 12              And so what happens is first in the green,

12:54:36 13    lines 1 through 9, Mr. Deel gets in his shares for the

12:54:40 14    stock SXTC, and you know that because green in her

12:54:46 15    chart is buys.  And then, because there is so many

12:54:54 16    things going on at once, we interlaid text messages;

12:54:57 17    in this case, Discord messages.

12:55:00 18              So here there are Discord messages

12:55:03 19    between, on line 10, Mr. Deel and Mr. Hennessey --

12:55:08 20    between Mr. Deel and Mr. Hennessey, where Mr. Deel

12:55:11 21    tells Mr. Hennessey about his plans and what he plans

12:55:15 22    to do with SXTC.

12:55:18 23              And then on line 13 Mr. Deel also Discord

12:55:22 24    messages Mr. Rybarczyk and he tells him what he plans

12:55:25 25    to essentially tweet on the next couple of days of

12:55:30  1    trading.

12:55:31  2                   And so then if you go down, Ms. Kim,

12:55:39  3    please.  If you go to page 3, please.  Go down,

12:55:46  4    please, a little more.  Stop.  A little more, Ms. Kim,

12:55:55  5    please.  I apologize, I don't have a hard copy up here

12:55:57  6    with me.

12:55:57  7                   So top of page 4, please, Ms. Kim.

12:56:02  8                   So they're going back and forth about what

12:56:03  9    the tweets should actually say.  And Mr. Rybarczyk

12:56:06  10   gives Mr. Deel a free lesson.  Just to make sure it's

12:56:09  11   more appealing and if you're adding 100,000 to

12:56:12  12   200,000, they'll likely be enticed to add with size.

12:56:15  13                  So he's talking about how you can make

12:56:17  14   your tweet more appealing to the followers so they'll

12:56:20  15   actually buy this stock after you post.

12:56:24  16                  Take that down, please, Ms. Kim.

12:56:25  17                  And you can see what happens, lines 65

12:56:30  18   through 74, is that Mr. Deel takes Mr. Rybarczyk's

12:56:36  19   advice and he posts, both on line 65 and line 71.  He

12:56:42  20   posts the message that he talks about with

12:56:44  21   Mr. Rybarczyk about how to entice people to buy.  And

12:56:47  22   those are in yellow because those are what we allege

12:56:50  23   to be false.  Those two statements right there.  Okay?

12:56:56  24                  THE COURT:  Is this thing that looks like

12:57:00  25   pink actually supposed to be yellow?

12:57:02  1                MR. ARMSTRONG:  I'm sorry, Your Honor?

12:57:05  2                THE COURT:  Where I'm looking at the

12:57:06  3    chart -- I don't know if you can see it.  On mine, the

12:57:08  4    top one is -- looks like line 65 to Gary Deel.  And

12:57:14  5    then it says SXTC added 100K.

12:57:14  6                MR. ARMSTRONG:  Yes.

12:57:19  7                THE COURT:  Okay.  That's a tweet; right?

12:57:21  8                MR. ARMSTRONG:  Correct.  You see that

12:57:23  9    in --

12:57:23 10                THE COURT:  Twitter.  Okay.

12:57:25 11                MR. ARMSTRONG:  Yeah.  So he double taps

12:57:25 12    it, so he both posted it on Twitter, as you see --

12:57:28 13                THE COURT:  Okay.  And then you follow it

12:57:30 14    in a time sequence down to 9:32 and we have a Discord

12:57:37 15    post also by Mr. Deel.

12:57:39 16                MR. ARMSTRONG:  Correct.  So --

12:57:41 17                THE COURT:  This is a -- I assume a

12:57:47 18    quote from the Discord post.

12:57:47 19                MR. ARMSTRONG:  Yes, Your Honor.  That is

12:57:48 20    the content of his both Twitter post and Discord post.

12:57:54 21                So that kind of sets the table and that

12:57:59 22    explains the colors as to the various moving parts.

12:58:01 23                THE COURT:  Well, except this doesn't show

12:58:03 24    me anything that's yellow that Mr. Rosen was talking

12:58:06 25    about.

12:58:06  1          MR. ARMSTRONG:  Line 65 and line 71, those

12:58:09  2   are supposed yellow charts that have drawn the ire of

12:58:13  3   the defendants.

12:58:14  4          THE COURT:  Well, it's -- I thought that

12:58:15  5   y'all were just highlighting that for me.  So those --

12:58:16  6   where it says Gary Deel Discord post, see now it's not

12:58:19  7   yellow.

12:58:21  8          MR. ARMSTRONG:  Sorry, Ms. Kim and I are

12:58:22  9   kind of working in tandem.  Line 65 and line 71 -- if

12:58:29 10   you could not, please, highlight anything, Ms. Kim.

12:58:29 11          MR. FORD:  It's showing up a pinkish hue

12:58:33 12   because of this monitor, but those two pinkish lines

12:58:35 13   you're seeing, that's what we're talking about.

12:58:36 14          MR. ARMSTRONG:  Lines 65 and 71.

12:58:38 15          MR. FORD:  And if they blow up the screen

12:58:39 16   a little bit more, you'll see there's a column on the

12:58:40 17   right that says the word "false."  And then they put

12:58:42 18   the number 1 --

12:58:44 19          THE COURT:  Okay.  That's what I want to

12:58:45 20   see.

12:58:47 21          MR. ARMSTRONG:  Where is that, Mr. Ford?

12:58:53 22   It's not in the chart.  Please show us where that is

12:58:58 23   on the chart.

12:58:58 24          MR. FORD:  What is the function of

12:59:00 25   highlighting -- Your Honor, our position is they're

153

12:59:06  1    highlighting them --

12:59:06  2              THE COURT:  My position, Mr. Ford, is I

12:59:08  3    don't see anything yellow.  Show me the yellow.

12:59:13  4              MS. EPLEY:  Your Honor, if I may, I think

12:59:15  5    yours is a computer screen issue.  I have a hard copy

12:59:18  6    I'd be happy to show the Court.  So that you can see

12:59:20  7    it's --

12:59:21  8              THE COURT:  Show me the hard copy.

12:59:24  9              MR. ARMSTRONG:  Your Honor, at the end of

12:59:25 10    the day, we're talking about shades of yellow.  But

12:59:29 11    the operative -- please, please, I'm speaking, please,

12:59:33 12    please, please.

12:59:33 13              (Parties speaking simultaneously.)

12:59:34 14              MR. FORD:  If you look at Tab A of your

12:59:36 15    binder, if you look at Tab A, the first page, you'll

12:59:37 16    see it's like three lines down, there is an example of

12:59:42 17    the yellow highlighting.

12:59:46 18              If you look in Tab A, it's just a

12:59:48 19    different example.  It says DATS.  It's line 3 --

12:59:55 20              MR. ARMSTRONG:  We're not talking about

12:59:56 21    DATS.

12:59:57 22              MR. FORD:  -- 29.  It says

12:59:57 23    (indiscernible) --

12:59:57 24              THE COURT:  Show me one in person.

13:00:05 25              MS. EPLEY:  Can I give you a random

154

| | |
|---|---|
| 13:00:07 | 1 | example?
| 13:00:07 | 2 | THE COURT:  And hopefully it's readable.
| 13:00:10 | 3 | MS. EPLEY:  It's tiny.  I apologize.
| 13:00:12 | 4 | THE COURT:  Okay.  And this thing that's
| 13:00:13 | 5 | light brown, is that really yellow?
| 13:00:15 | 6 | MS. EPLEY:  Yes.
| 13:00:17 | 7 | THE COURT:  Okay.  But here's what I'm not
| 13:00:22 | 8 | understanding, Mr. Rosen.  So help me here.  What I
| 13:00:31 | 9 | hear -- and maybe I'm not hearing correctly, but what
| 13:00:33 | 10 | I hear Mr. Armstrong saying is these are just quotes
| 13:00:37 | 11 | from tweets.
| 13:00:40 | 12 | MR. ROSEN:  There is a little bit of a
| 13:00:43 | 13 | sleight of hand Mr. Armstrong --
| 13:00:44 | 14 | MR. ARMSTRONG:  There is no --
| 13:00:44 | 15 | (Parties speaking simultaneously.)
| 13:00:46 | 16 | MR. ROSEN:  There is.
| 13:00:46 | 17 | What he doesn't say is that the tweets are
| 13:00:48 | 18 | colored two different colors.  One, tweets are white.
| 13:00:52 | 19 | Other tweets are yellow.  The white tweets are those
| 13:00:57 | 20 | alleged to be true by the DOJ.  It says that.
| 13:01:01 | 21 | THE COURT:  Where does it say that?
| 13:01:02 | 22 | MR. ROSEN:  It says that -- so it's in
| 13:01:04 | 23 | small print.  But, remember, these are going back to
| 13:01:07 | 24 | the jury.  Which ones --
| 13:01:10 | 25 | MS. EPLEY:  I believe it's page 6 in

13:01:13  1    the --

13:01:14  2              MR. ROSEN:  Okay.  There is notes at the

13:01:17  3    bottom of their compilation chart.

13:01:21  4              MS. EPLEY:  At the bottom of page 6, Your

13:01:21  5    Honor.

13:01:25  6              MR. ROSEN:  Yeah.

13:01:25  7              THE COURT:  Okay.  I have page 41 of 70.

13:01:28  8              MR. ROSEN:  Is there a -- there are -- the

13:01:32  9    examples are all the same, is their notes at the

13:01:35 10    bottom of that --

13:01:39 11              THE COURT:  No.  The problem is no one can

13:01:44 12    show me an example of what you're complaining about.

13:01:46 13              MS. EPLEY:  I have a theory, and I don't

13:01:47 14    want to besmirch Mr. Armstrong, so this is really

13:01:50 15    question, but for clarity.

13:01:53 16              The first Garibotti charts we were

13:01:54 17    provided, provided a column that not only indicated

13:01:57 18    the statement was false, but rows would be highlighted

13:02:00 19    in yellow.  So there's two different visual

13:02:03 20    distinctions in the graph itself.

13:02:04 21              Underneath the charts in Footnotes 2 and

13:02:07 22    3, the government injected phrasing related to false

13:02:09 23    statements.  It's objectively hearsay, and, frankly, a

13:02:12 24    conduit for the government opinion through a summary

13:02:15 25    witness.

13:02:15  1            Later they remove the column indicating

13:02:17  2    false.  And I am guessing by his indignation he has

13:02:22  3    since removed from phrasing at the bottom.

13:02:24  4            Is that accurate?

13:02:25  5            MR. ROSEN:  No.  The phrasing is still on.

13:02:26  6    Let me just --

13:02:29  7            MR. ARMSTRONG:  They're talking about

13:02:29  8    Whac-A-Mole.  This is ridiculous.

13:02:29  9            (Parties speaking simultaneously.)

13:02:29 10            MR. ROSEN:  Your Honor --

13:02:31 11            THE COURT:  Well, the problem -- one of

13:02:32 12    the problems is, I can't -- this is such tiny print.

13:02:35 13            MR. ROSEN:  They are -- but it's critical

13:02:38 14    and it's important.

13:02:38 15            There are four notes at the bottom of the

13:02:41 16    page there.  I can read them into the record.  Two,

13:02:44 17    the second -- the number 2:  There are a total of 11

13:02:48 18    allegedly false Twitter or Discord posts by Eddie

13:02:52 19    Constantinescu.

13:02:53 20            There are additional 43 Twitter or Discord

13:02:56 21    posts, text messages, or direct messages that

13:02:59 22    reference the ticker identified by the DOJ.

13:03:03 23            So the first part is, they're saying

13:03:05 24    allegedly false, even though she has nothing to do

13:03:08 25    with saying they're allegedly false.

157

13:03:12  1              Note 3.  This is a critical note.  Green
13:03:16  2    highlighted rows indicate buy.  I don't have a problem
13:03:19  3    with that.

13:03:20  4              Red highlight rows indicate sell.  I don't
13:03:23  5    have a problem with that.

13:03:24  6              White highlighted rows -- this is what was
13:03:28  7    left out of the presentation -- indicate tweet or
13:03:31  8    Discord messages from the trader that are not flagged
13:03:35  9    as allegedly false.

13:03:38 10              Yellow highlighted rows indicate allegedly
13:03:41 11    false tweet and Discord messages from the defendant
13:03:46 12    during the episode.

13:03:49 13              Blue highlighted rows indicate text
13:03:52 14    messages and direct messages identified by the DOJ.

13:03:57 15              That's what we're complaining about, the
13:03:59 16    color coding, the white versus -- if they wanted to
13:04:01 17    color the tweets white, we wouldn't be here.

13:04:04 18              But they're differentiating, they're
13:04:06 19    including DOJ allegations Mrs. Garibotti knows nothing
13:04:09 20    about and color coding their chart.  That's entirely
13:04:12 21    hearsay and it's extremely impermissible and
13:04:15 22    prejudicial.

13:04:18 23              It's also on the very first page of the
13:04:20 24    exhibit.  There's more notes.  When they purportedly
13:04:29 25    type up the number of Twitter posts and the number of

158

13:04:32  1    Discord notes, they put a little note, a caveat.  They
13:04:35  2    say:  Number of Twitter posts and Discord posts
13:04:36  3    represents the number of public Twitter posts and
13:04:39  4    Discord messages respectively by a trader during the
13:04:43  5    episode that either have been alleged to be false by
13:04:47  6    the DOJ or refer to the ticker at issue.
13:04:50  7              That's also hearsay.  That's
13:04:52  8    impermissible.  It serves no purpose on a Rule 1006
13:04:55  9    chart.  And I'm a little surprised that when, going
13:04:58 10    through, they didn't highlight the difference between
13:04:59 11    the yellow and the white, because they know that's --
13:05:02 12    they know that's the part of our brief that we cared
13:05:05 13    about and yet they glossed over it in presenting
13:05:09 14    something that -- and not acknowledging that.  That's
13:05:12 15    why we're here.  That's why we had to come back and
13:05:15 16    explain it.  And it would be -- you know, and that's
13:05:17 17    what our problem is.
13:05:19 18              MR. ARMSTRONG:  Your Honor, I let these
13:05:21 19    guys drone on for infinite amount of time.  And you
13:05:23 20    can see on the screen, what Mr. Rosen is talking about
13:05:26 21    is the white tweet that we were going to get to before
13:05:29 22    I had 17 trillion people interrupt me.
13:05:32 23              So if we could have some fundamental
13:05:34 24    decorum, I think it would be helpful for everyone in
13:05:38 25    this case.

13:05:39  1                    MS. EPLEY:  For purposes of the record,

13:05:41  2    having been a federal prosecutor, I'm a little

13:05:43  3    indignant by the idea --

13:05:45  4                    THE COURT:  Don't, don't, don't, don't,

13:05:47  5    don't.

13:05:50  6                    MS. EPLEY:  Thank you.

13:05:51  7                    THE COURT:  Okay.  Let me just make it

13:05:52  8    simple.

13:06:00  9                    I will allow these summary charts.  And

13:06:03 10    the problem raised by Mr. Ford I think is a matter of

13:06:09 11    cross-examination.

13:06:11 12                    MR. ARMSTRONG:  Thank you, Judge.

13:06:12 13                    THE COURT:  But I'm not -- wait, wait.

13:06:13 14                    I'm not allowing them with any comments or

13:06:17 15    color coding that indicate something that DOJ thinks

13:06:21 16    is true or false or, you know, that, you know, it has

13:06:29 17    extra information like we counted 1,000 of these.  And

13:06:35 18    I'm using one because the one I can read here says

13:06:38 19    these are three of 55 or something.

13:06:41 20                    Now, obviously if the witness knows that

13:06:42 21    she can testify to that.  She can say, I counted them

13:06:45 22    and these are what they are.  But informational

13:06:49 23    footnotes, is what I'll refer to these as, or color

13:06:53 24    coding are out.

13:06:55 25                    MS. EPLEY:  Thank you.  May I have that

160

13:06:57  1    sheet back?

13:06:59  2              THE COURT:  You can have both of them.

13:06:59  3              MR. FORD:  Your Honor, while we're at it,

13:07:01  4    there's a couple other things.

13:07:03  5              You'll see at the top it lists -- it went

13:07:06  6    away, but it will say something like episode 272, even

13:07:09  7    though we're only talking about 19 stock ticker at

13:07:13  8    issue time period.

13:07:14  9              So to put episode 272 suggests that

13:07:18  10   something is happening that they're no longer

13:07:20  11   alleging, that there's hundreds of these.  So we would

13:07:22  12   like that removed.

13:07:24  13             They also failed to include Francis Sabo's

13:07:28  14   Twitter handle, which suggests that Francis Sabo

13:07:31  15   doesn't have a Twitter handle.  It's just left blank.

13:07:34  16   And then they put a dash under where Francis Sabo,

13:07:37  17   their cooperating witness, tweeted about it.  And we

13:07:40  18   think they should be required to include his tweets,

13:07:42  19   rather than a dash as that's misleading.

13:07:50  20             I would like some clarity as to, you know,

13:07:53  21   the cross-examination issue.  In the sense that

13:08:00  22   cross-examining -- I'm not understanding how or why I

13:08:05  23   could cross the government on attributing actions to

13:08:08  24   my client that he didn't take.  The third parties --

13:08:15  25             THE COURT:  Wait, wait, wait.  He took

13:08:17  1   them.  And I'm going off what you just gave me a

13:08:25  2   primer on.  I mean, he ordered the sells.  He ordered

13:08:30  3   the buys.  And it just took time for them to be

13:08:33  4   executed by the third-party company that does that

13:08:38  5   kind of thing.

13:08:39  6          And I think you can cross-examine the

13:08:44  7   witness and say, well, you understand that just

13:08:47  8   because he puts an order in, it's not filled right

13:08:50  9   away.  And if she doesn't understand, she's going to

13:08:52 10   say, no, I don't know that.

13:08:56 11          And you've already made your point that

13:08:58 12   she doesn't know what she's talking about.

13:09:01 13          MR. FORD:  Your Honor, if I could go back

13:09:02 14   to two points.  One is they originally told us that

13:09:04 15   she was being called a summary witness to summarize

13:09:07 16   profits, but we already have the evidence in the

13:09:10 17   record that summarizes the profit.  So she's not

13:09:12 18   necessary.

13:09:12 19          But with regards to this buying and

13:09:14 20   selling and whether it's a cross-examination issue,

13:09:18 21   these charts are not admissible under 1006.  They're

13:09:21 22   not summaries of my client's conducts.  They're

13:09:25 23   summaries of the actions of an independent third

13:09:29 24   party, not even TD Ameritrade but a third-party

13:09:31 25   removed.

13:09:32  1        What she's summarizing is the way that

13:09:34  2  these were filled, which I will grant is the correct

13:09:36  3  way to summarize this for purposes of calculating

13:09:39  4  profits.

13:09:39  5        But it does not -- it is not a summary of

13:09:43  6  the data --

13:09:43  7        THE COURT:  Well, and I think that is

13:09:44  8  something you can bring out in cross.

13:09:48  9        MR. FORD:  Understood.

13:09:49 10        THE COURT:  I mean, because otherwise -- I

13:09:50 11  mean, you've conceded the numbers are almost exactly

13:09:53 12  alike.  Now, admittedly, perhaps TD Ameritrade

13:09:59 13  might -- numbers may be more accurate, may be less

13:10:03 14  accurate.  I think the government is entitled to put

13:10:05 15  on the evidence based on the way it's summarized.

13:10:13 16        What I'm not allowing is any kind of

13:10:15 17  comment or extraneous material.  I'm all right with

13:10:20 18  color coding, you know, a certain color for buys, a

13:10:24 19  certain color for sells and a certain color for tweets

13:10:29 20  or -- what's the other thing we've got going on?

13:10:33 21        MR. ARMSTRONG:  Discord posts.

13:10:34 22        THE COURT:  Discord.  I'm all right with

13:10:34 23  that.

13:10:36 24        But I'm not color coding, we actually

13:10:40 25  believe this one is true and this one isn't true and

13:10:44 1    any comments in footnotes or anywhere else that show

13:10:48 2    up.  I'm not allowing those into evidence.

13:10:54 3                    MR. FORD:  Thank you, Your Honor.

13:10:55 4                    THE COURT:  Mr. Reyes, do you have

13:10:56 5    something to add?

13:10:57 6                    MR. REYES:  Yes, just briefly.

13:11:00 7                    With regards to these charts, the other

13:11:03 8    additional issue is that they are absolutely

13:11:06 9    incomplete in terms of purporting to represent

13:11:09 10   everything the defendant said during this relevant

13:11:12 11   time.  They exclude many statements --

13:11:14 12                   THE COURT:  Wait, wait, wait.  Did the

13:11:16 13   charts say that?  That this is everything every

13:11:19 14   defendant said?

13:11:20 15                   MR. REYES:  It does not say --

13:11:22 16                   THE COURT:  If we did that, we wouldn't

13:11:23 17   have a summary.  We'd have --

13:11:25 18                   MR. REYES:  And my only point in saying

13:11:27 19   that, Your Honor, is that if these charts are going to

13:11:29 20   come in like this, we would like to reserve the right

13:11:34 21   to amend our exhibit list quickly to make exhibits out

13:11:41 22   of the evidence that's not purported here.

13:11:43 23                   This is --

13:11:45 24                   THE COURT:  Well, I mean, I always assumed

13:11:46 25   that was going to be your cross-examination.

13:11:49  1          MR. REYES:  Absolutely.

13:11:50  2          THE COURT:  Here's your summary, you left

13:11:52  3   out this and you left out this and you left out this.

13:11:54  4   I mean, I just assumed that was par for the course.

13:11:58  5          MR. REYES:  100 percent.  If we amend the

13:12:03  6   exhibit list, you know, the next few days, and I

13:12:04  7   anticipate the government might object, I just wanted

13:12:06  8   to preview that --

13:12:08  9          THE COURT:  Well, I'm going to allow y'all

13:12:10 10   to cross the summary expert, the timeline expert,

13:12:13 11   whoever -- however you want to characterize him or

13:12:16 12   her, with, you know, you left out this, you left out

13:12:20 13   that.  I mean, I'm assuming -- I mean, I've always

13:12:23 14   assumed that was coming.

13:12:25 15          MR. REYES:  Thank you, Your Honor.

13:12:25 16          THE COURT:  All right.

13:12:25 17          MS. CORDOVA:  Your Honor, before we move

13:12:33 18   on, on the first page it says:  Episode 332,

13:12:37 19   Episode 397.

13:12:38 20          Did Your Honor make a ruling on that,

13:12:40 21   whether that could come in?  We think it's highly

13:12:42 22   prejudicial and irrelevant.

13:12:43 23          THE COURT:  Well, what do the episodes,

13:12:44 24   Mr. Armstrong, what are they supposed to represent?

13:12:46 25   Like all the trades in a certain stock?

13:12:51  1          MR. ARMSTRONG:  No.  So the episode tally

13:12:55  2     was originally the 394 --

13:12:58  3          THE COURT:  Well, let's either number

13:13:00  4     them -- let me nip this in the bud.  And it's going to

13:13:05  5     actually be good.

13:13:07  6          I just tried a three-week trade secret

13:13:12  7     case where, on the last day of trial, we figure out

13:13:19  8     that the plaintiff's numbering system and the

13:13:23  9     defendant's numbering system was different.  And so

13:13:30 10     when they were talked about trade secret number 1, the

13:13:33 11     plaintiff was talking about one secret and the defense

13:13:36 12     was talking about another.  Let me tell you, that made

13:13:39 13     the charge fun.

13:13:42 14          So I would do something, you know,

13:13:48 15     simplistic but also neutral, that ties it either to

13:13:52 16     the stock or to the count.  So if it's a stock related

13:14:01 17     to ONX [sic] or whatever stock, you know, just put --

13:14:07 18     instead of episode 20, just put the stock's name.  And

13:14:14 19     I think that's -- and then the jury can follow that.

13:14:15 20          And given this experience, I'll tell you

13:14:18 21     I'm not going to formally tell them, but I will

13:14:23 22     probably informally tell them as part of preliminary

13:14:26 23     instructions that they may want to take notes that

13:14:29 24     way.

13:14:32 25          Because when the jury got all said and

13:14:33  1    done at the end of this trade secret -- I mean, they

13:14:36  2    were flipping notes.  Because, you know, they took

13:14:39  3    notes on trade secret 1, it turned out to be trade

13:14:43  4    secret 4.  You know, it was just a mess.

13:14:48  5              So my strong suggestion is that you --

13:14:51  6    let's label things on both sides with regard to the

13:14:56  7    stock in question.  Because the stock is tied to the

13:15:00  8    count, except for the -- obviously the conspiracy

13:15:04  9    count.  And that'll make it a lot easier and it will

13:15:11 10    solve the other problem.

13:15:16 11              MR. LIOLOS:  Your Honor, just on that

13:15:17 12    point, so you're aware, we have organized our exhibit

13:15:19 13    list by that.  So something that pertains to Count 2

13:15:24 14    is in a stack of GX 2A, B, C, D, E; 3A, B, C, D, E.

13:15:29 15              THE COURT:  See, and I think that is fine.

13:15:30 16    And that's neutral.  The reference to the stock and an

13:15:33 17    A, B, C, I don't think anybody can complain about

13:15:37 18    that.

13:15:45 19              Let's take a lunch break.  Let's be back

13:15:50 20    at 2:00.

13:15:52 21                   (Court in recess.)

14:14:39 22              THE COURT:  All right.  Be seated.

14:14:49 23              Okay.  I do not know with respect to Judge

14:15:00 24    Hoyt's courtroom, whose courtroom we're going to be

14:15:03 25    using, if it has a lack of heat or not.  But this

14:15:20  1   courtroom has traditionally been an icebox.

14:15:22  2         All right.  I went over -- we've talked

14:15:25  3   about Maria Garibotti, but in that same motion it

14:15:34  4   addressed Peter Melley.

14:15:40  5         And, Mr. Ford, this is your motion.  If

14:15:44  6   you want to -- is there something about Mr. Melley

14:15:46  7   that we need to address or is it the same issue?

14:15:51  8         MR. FORD:  The same issues as raised in

14:15:53  9   Mr. Rybarczyk's motion.  So Mr. Rosen is going to

14:15:57  10  handle that.

14:15:59  11        THE COURT:  Okay.  Way to throw him under

14:16:03  12  the bus.

14:16:08  13        MR. ROSEN:  Our objection, Your Honor, to

14:16:11  14  Mr. Melley is very narrow.  We don't think he's ever

14:16:16  15  testified as an expert in this type of thing.  He is a

14:16:19  16  fact witness from FINRA.  He typically testifies in

14:16:22  17  many trials around the country as to certain terms,

14:16:26  18  like stock or shares or exchange.

14:16:29  19        And we object narrowly to his

14:16:33  20  definition -- some of the definitions that he has

14:16:35  21  chosen to use, particularly related to pump and dumps.

14:16:38  22  We believe that's a legal conclusion that someone has

14:16:41  23  committed a crime and we don't believe it's proper

14:16:48  24  testimony for an expert, and certainly not test -- not

14:16:49  25  proper for Mr. Melley, who we have not discovered

168

14:16:52  1    anything that relates to how he could properly define

14:16:55  2    a pump and dump.

14:16:56  3              We went through his trial transcripts from

14:16:59  4    previous testimony.  I didn't see any -- I reviewed

14:17:03  5    them, like you did, in terms of searching, a control F

14:17:08  6    for pump or dump and I haven't found anything.

14:17:10  7              But, more importantly, we also think that

14:17:14  8    under 702, Mr. Melley's opinions as to what a pump and

14:17:19  9    dump is are unreliable and likely to prejudice the

14:17:22 10    jury.

14:17:23 11              For example, the SEC defines pump and

14:17:27 12    dumps one way.  They talk about false and misleading

14:17:29 13    statements about a company, which results in frenzied

14:17:34 14    buying, followed by a price that plummets when the

14:17:36 15    hyping of stock stops.

14:17:37 16              FINRA also talks about this pump, followed

14:17:40 17    by false and misleading statements about a company,

14:17:43 18    followed by a subsequent dump of shares.

14:17:46 19              Mr. Melley sort of ignores those two

14:17:51 20    agencies, says that a pump and dump is a stock

14:17:53 21    manipulation scheme that attempts to boost the price

14:17:56 22    of a stock or security through false, misleading, or

14:17:59 23    greatly exaggerated statements; in other words, it's a

14:18:03 24    pump and dump with no dump.

14:18:04 25              And so that's, you know, one thing to show

14:18:08 1    that this is not reliable testimony.  Again, we have

14:18:11 2    no beef with him testifying as to what a share is and

14:18:14 3    certain simple things, but legal conclusions like pump

14:18:19 4    and dump we believe are off limits, because they're

14:18:21 5    way too suggestive and subject to too much -- you

14:18:27 6    know, not enough rigor.  Not enough -- under the

14:18:30 7    *Daubert* analysis, not enough tested expertise as to

14:18:34 8    what it actually is.

14:18:36 9         So I'll leave it at that.  Unless you have

14:18:39 10   any other questions, that's our objection to

14:18:42 11   Mr. Melley.

14:18:42 12        MR. FORD:  Your Honor, one issue to raise.

14:18:45 13        We addressed Ms. Garibotti and Mr. Melley

14:18:48 14   in the same motion because of the causation issue.

14:18:51 15   They have tucked in, after their, you know, pages of

14:18:54 16   definitions he's going to give, a little line where

14:18:57 17   they say he's going to testify that on days where, you

14:19:02 18   know, these defendants bought or sold a stock, he

14:19:04 19   noticed that the volume changed or that the price

14:19:07 20   changed.

14:19:08 21        So, again, they plan to have him take the

14:19:11 22   stand and give a correlation, which we are concerned

14:19:13 23   will be confused with causation.  So I understand that

14:19:17 24   the causation motion is under advisement, but it's all

14:19:21 25   part of the same pieces as concerns Melley.

14:19:26  1                    THE COURT:  Who from the government wants
14:19:27  2    to respond?
14:19:28  3                    MR. LIOLOS:  I will, Your Honor.
14:19:30  4              Just to touch on that last point first,
14:19:32  5    Mr. Melley is not going to testify about the
14:19:35  6    defendants' trading conduct specifically.  So I think
14:19:37  7    that should eliminate Mr. Ford's concern.
14:19:37  8                    THE COURT:  All right.
14:19:42  9                    MR. LIOLOS:  As to his qualifications to
14:19:44 10    testify and define pump and dump, the list of cases
14:19:49 11    that is attached to his disclosure, I don't know how
14:19:54 12    hard Mr. Rosen looked at it, but the *Gaito* case is the
14:19:58 13    accountant for the infamous wolf of Wall Street,
14:20:03 14    Jordan Belfort.  You can't get more pump and dumpy
14:20:07 15    than that.
14:20:07 16              Mr. Melley testified in that trial.
14:20:09 17    Explained to the jury what a pump and dump is and the
14:20:11 18    things surrounding it.
14:20:12 19              There are a number of other cases there in
14:20:13 20    which he's done it, EDNY cases, Central District of
14:20:17 21    California, case from 2019.  He's testified in over 40
14:20:21 22    cases.  And he estimates that about half of them have
14:20:24 23    some variation of this.
14:20:26 24              To the extent that there is a disagreement
14:20:28 25    in terms of how his understanding of the term, gained

14:20:33 1   from 30 years, give or take, investigating these types

14:20:39 2   of things in the market, testifying about them, to the

14:20:39 3   extent that there is a disagreement between that

14:20:41 4   definition and what the SEC has offered, that goes to

14:20:46 5   the weight and they're free to cross him on it --

14:20:50 6   they're free to cross him on his understanding of the

14:20:51 7   term and how it's used in the industry, built up over

14:20:55 8   his many decades of experience.  It doesn't go to the

14:20:57 9   admissibility of his testimony.

14:20:59 10          And to the point about it being a legal

14:21:01 11  conclusion, he's not even going to be talking about

14:21:02 12  their conduct.  So it's not the legal conclusion under

14:21:07 13  704.

14:21:08 14          THE COURT:  Okay.  All right.  I'm going

14:21:11 15  to allow his testimony as narrow as it was just

14:21:15 16  described.

14:21:17 17          But I will remind everybody that we're not

14:21:21 18  asking the jury -- the jury will be asked zero

14:21:23 19  questions about a pump and dump.  So keep that in

14:21:29 20  mind, you know, before we expend too much time and

14:21:32 21  effort on that issue.

14:21:37 22          All right.  Okay.  Let's go to

14:22:06 23  Document 541, which is Hennessey's individual motion

14:22:10 24  in limine.

14:22:23 25          A new face.

172

14:22:27  1                MR. MURTHA:  Yes, Your Honor.  Mr. Murtha

14:22:28  2  on behalf of Mr. Hennessey.

14:22:29  3                I'm happy to take them in any order you

14:22:32  4  want, but I can start with Number 1 if you would like.

14:22:32  5                THE COURT:  Go ahead.

14:22:34  6                MR. MURTHA:  Your Honor, I know you've

14:22:35  7  previously said that you recognize that there's not a

14:22:37  8  fiduciary duty or some regulatory duty here.

14:22:40  9                We would ask also that the government not

14:22:43 10  be permitted to assert that the defendants had any

14:22:45 11  duty to alert their followers of any of their sales or

14:22:49 12  their decisions to sell.

14:22:53 13                There is no duty that requires them to

14:22:54 14  alert their followers that they were choosing to sell

14:22:57 15  stocks.  And any arguments to the contrary would be

14:22:59 16  prejudicial and misleading.

14:23:01 17                Relatedly, we would ask that -- and we

14:23:04 18  included this in our proposed jury instructions, that

14:23:06 19  if there's going to be arguments about any duty, the

14:23:10 20  jury should be instructed that they're only -- the

14:23:13 21  defendants are only required to disclose information

14:23:15 22  if they speak on a particular subject.

14:23:18 23                So it's not enough for the government to

14:23:19 24  come up here and say -- or tell the jury that because

14:23:21 25  they talked about stocks, they have to tell their

14:23:24  1    followers everything at all possible regarding stocks.

14:23:28  2          The law, specifically under *SEC versus*

14:23:30  3    *Mapp*, an Eastern District of Texas case, states that a

14:23:33  4    duty to speak the full truth is related to a

14:23:36  5    particular subject.  So the defendant has to actually

14:23:39  6    speak about a particular subject before he can be --

14:23:44  7    determined to be under a duty to provide further

14:23:46  8    information on that subject.

14:23:47  9          In the case of selling a stock, the

14:23:49 10    defendant would have to say something about, I intend

14:23:51 11    to sell a stock at some time and then potentially --

14:23:55 12    we're not conceding that they would be under a duty,

14:23:58 13    but that's what *Mapp* would say.  There could

14:24:01 14    potentially down the line be a duty.

14:24:03 15          So the government should not be allowed to

14:24:05 16    argue anything to the contrary.

14:24:06 17          THE COURT:  Mr. Armstrong, do you have any

14:24:07 18    problem with that?  I mean, it seems pretty

14:24:10 19    straightforward.

14:24:10 20          MR. ARMSTRONG:  I was listening to it.

14:24:16 21    The only thing that we would potentially have a

14:24:18 22    problem with is the line about no duty to talk about

14:24:23 23    sales.  That just goes hand in hand with the false

14:24:28 24    statements that we're alleging.

14:24:29 25          THE COURT:  Well, and I -- the way I

14:24:35  1    interpreted what Mr. Murtha just said was that, you

14:24:40  2    know, you don't have a duty until you speak on a

14:24:41  3    topic.  And once you speak on it, then you have a duty

14:24:44  4    to tell the truth.

14:24:49  5               MR. ARMSTRONG:  No issue with that.

14:24:50  6               THE COURT:  And so with that exception,

14:24:51  7    I'm granting the motion as far as arguing that

14:24:54  8    Mr. Hennessey, or any of the other defendants, are

14:25:00  9    fiduciaries or have some kind of legal, due to the SEC

14:25:06 10    or some other law or regulation, duty to disclose.

14:25:09 11               MR. ARMSTRONG:  We're not going to argue

14:25:11 12    that.

14:25:12 13               THE COURT:  Yeah.  All right.

14:25:13 14               Mr. Murtha, you want to talk about the

14:25:16 15    next one, presenting evidence or argument that's

14:25:18 16    contrary to the SEC's definition of "long."

14:25:29 17               Is that really an issue here?

14:25:29 18               MR. MURTHA:  So the government intends to

14:25:31 19    present a contrary definition to long.  So the SEC

14:25:33 20    defines "long," and the government is going to --

14:25:36 21               THE COURT:  Tell me how the SEC defines

14:25:38 22    "long."

14:25:39 23               MR. MURTHA:  So the SEC defines "long" as

14:25:42 24    having a position in a security; meaning, that you own

14:25:44 25    the security, according to the SEC's own website.

14:25:46  1          The government is going to call Mr. Melley
14:25:49  2   and he is going to testify, contrary to that
14:25:51  3   definition, that:  The most common meaning of the term
14:25:55  4   "long" generally involves a measure of time and refers
14:25:58  5   to the length of time an investment is held.
14:26:03  6          This is a critical issue here because by
14:26:06  7   creating a different definition, the government is
14:26:09  8   going to attack some of Mr. Hennessey's tweets and
14:26:12  9   state that he committed some fraud or lied to his
14:26:15 10   followers because he used -- he was not telling the
14:26:18 11   followers that he was intending to sell down the line.
14:26:22 12          The SEC's definition does not have a
14:26:24 13   temporal requirement.  Mr. Melley's definition does.
14:26:31 14          So a good example of this would be from
14:26:31 15   the superseding indictment, the government alleges
14:26:33 16   that Mr. Hennessey tweeted:  I am long surf -- that's
14:26:35 17   Surface Oncology -- at around 9:51.
14:26:40 18          He then states that Mr. Hennessey began
14:26:41 19   selling shares at 10:04.  So 13 minutes later.  There
14:26:45 20   is nothing wrong with that conduct.  There is nothing
14:26:50 21   illegal about that conduct.
14:26:51 22          But the government is going to have --
14:26:51 23          THE COURT:  Tell me how you interpret your
14:26:53 24   own client's use of the word "long" there.
14:26:56 25          MR. MURTHA:  So Mr. Hennessey is stating I

14:26:59  1    own shares of Surf.  I am long Surf.  I own shares.

14:27:02  2              So when he tweets that at 9:51 and he does

14:27:05  3    in fact own shares, there is nothing fraudulent.

14:27:08  4    There is no lie there.  He, in fact, owns shares.

14:27:14  5              Now, the government is going to have

14:27:15  6    Mr. Melley state that there is some temporal

14:27:18  7    requirement.  They don't state what that temporal

14:27:21  8    requirement is.  The fact that Mr. Hennessey owned a

14:27:23  9    share for even a millisecond, though, when he tweeted

14:27:24  10   that, means that he was in fact long, according to the

14:27:28  11   SEC's own definition.

14:27:29  12             And it should be noted that the SEC is the

14:27:34  13   regulatory body that gets to decide what that term

14:27:36  14   means.  Congress gave the SEC the authority to

14:27:40  15   regulate the stock market.

14:27:42  16             Mr. Melley is going to create -- or come

14:27:42  17   up and testify about this temporal requirement

14:27:46  18   definition, but he hasn't disclosed where he got this

14:27:49  19   definition from.  It's his own opinion that's in

14:27:52  20   direct contradiction to the SEC.

14:27:53  21             So we would argue and ask the Court that

14:27:56  22   Mr. Melley not be allowed to change the definition

14:27:59  23   that the SEC has.  If there's any definition of long

14:28:02  24   that's provided to the jury, it should only be the one

14:28:04  25   that the SEC has published.

14:28:12  1              MR. LIOLOS:  Two points on this.  The

14:28:13  2      first is Mr. Murtha just stood here and said four or

14:28:15  3      five times that there's no temporal aspect to the

14:28:19  4      SEC's definition.  That's wrong.  It's quoted in their

14:28:21  5      own brief on page 4.

14:28:23  6              The second sentence says:  Investors

14:28:25  7      maintain long security positions in the expectation

14:28:29  8      that the stock will rise in value in the future.

14:28:33  9              It's right in the SEC's definition.  It's

14:28:35 10      right in their own brief.

14:28:36 11              To the extent Mr. Melley uses different

14:28:41 12      language than that, it's on the basis of his 30-plus

14:28:44 13      years of experience investigating these things in the

14:28:46 14      market.  They can cross him on how it's different, if

14:28:51 15      it is at all --

14:28:51 16              THE COURT:  What is his definition?

14:28:54 17              MR. LIOLOS:  The most common meaning of

14:28:56 18      the term "long" generally involves a measure of time

14:28:57 19      and refers to the length of time an investment is

14:28:59 20      held, along with another -- several other sentences of

14:29:02 21      context that say, an investor goes long when the

14:29:05 22      investor believes the stock's price will rise in the

14:29:08 23      future, which is right in the SEC's definition, and

14:29:10 24      the investor intends to hold the stock to realize that

14:29:13 25      expected future price appreciation.

178

14:29:17  1          He's elaborating on the concept within the

14:29:19  2   SEC's definition.  It's not that different.

14:29:21  3          THE COURT:  I'm going to deny this one.

14:29:24  4   You can cross him on, that, counsel.

14:29:30  5          All right.  The next one is testimony that

14:29:34  6   the defendants profited -- and I think we've already

14:29:39  7   covered that.

14:29:40  8          Basically, I'm allowing testimony that

14:29:44  9   they profited on the stocks that are in the

14:29:47 10   indictment.  I mean, we've all gone through that.

14:29:52 11   We've gone through the TD Ameritrade records and

14:29:57 12   whatever.  So that I think is coming in.

14:30:01 13          Then we get to the ones I -- really the

14:30:06 14   one I was waiting for, "pump and dump" and "victim."

14:30:10 15          MR. MURTHA:  Yes, Your Honor.  So we would

14:30:11 16   argue that pump and dump and victim, the government

14:30:13 17   should be precluded from using these inflammatory and

14:30:17 18   inapplicable phrases, as multiple people have already

14:30:20 19   talked about.

14:30:20 20          The government has conceded that it does

14:30:22 21   not have to prove that the defendants caused any

14:30:25 22   inflation.  So the term "pump and dump" is just simply

14:30:29 23   irrelevant here.  That part has already been discussed

14:30:33 24   enough.

14:30:33 25          What I'd like to focus on is that multiple

14:30:37  1   Courts have ruled and held that pejorative terms,

14:30:39  2   similar to pump and dump, should not be presented to

14:30:42  3   the jury.

14:30:43  4            A pump and dump suggests that something

14:30:45  5   nefarious, illegitimate and unlawful occurred without

14:30:49  6   the government doing any of the work to meet its

14:30:51  7   burden to prove beyond a reasonable doubt that a pump

14:30:55  8   and dump or some unlawful activity occurred.

14:30:57  9            Courts have precluded the government or

14:30:59 10   plaintiffs from saying terms like "shell company" or

14:31:03 11   "hate crime," or most relevant for us, "Ponzi scheme"

14:31:06 12   or "Enron," for the very reason that it's prejudicial,

14:31:10 13   misleading.  It's not requiring the government or the

14:31:12 14   plaintiff to carry their burden.  It's simply

14:31:15 15   something to try to prove the point without actually

14:31:20 16   putting forth any evidence.

14:31:21 17            The government tries to argue that

14:31:23 18   essentially defendants opened the door to these terms

14:31:26 19   by using terms "pump and dump" themselves.  But

14:31:30 20   it's -- the government is stretching the point here.

14:31:30 21   As I think Mr. Ford referenced earlier, the phrase

14:31:39 22   "pump" simply means -- it's like cheerleading.  So for

14:31:43 23   me, a Dallas Cowboys fan, I'm pumped up when they

14:31:46 24   play, although they usually let me down.  It's the

14:31:49 25   same thing when they're tweeting about pumps.

14:31:51  1          It doesn't mean that they're admitting to
14:31:52  2   any illegal scheme or using the term "pump and dump"
14:31:56  3   in some legal sense.  Pump is pretty much synonymous
14:32:00  4   with cheerleading or cheering on a stock.

14:32:03  5          So the fact that they use it in their own
14:32:05  6   tweets does not mean that they have admitted to
14:32:07  7   anything unlawful or that the government should be
14:32:09  8   allowed to use that phrase.  In fact, the government
14:32:13  9   shouldn't because of its decision to concede
14:32:16 10   causation.

14:32:16 11          Similarly, the term "victim" should not be
14:32:18 12   used.  The government is obviously free to call
14:32:22 13   alleged victims and have them testify.  But it should
14:32:26 14   not introduce them as victims.  It should not claim
14:32:28 15   that they are victims.

14:32:31 16          Victim automatically denotes that someone
14:32:35 17   has been harmed by a crime.  A crime has not been
14:32:38 18   proven here.  The government has the burden to prove
14:32:41 19   that and they should not be allowed to label somebody
14:32:43 20   a victim, tell the jury in opening statements that
14:32:45 21   they're going to bring victims in front of the jury or
14:32:47 22   anything like that.  They need to meet their burden
14:32:50 23   and use the evidence to do it.

14:32:53 24          THE COURT:  Okay.  All right.  I'm
14:32:54 25   granting your motion as to the word "victim," but

14:32:57 1    denying it as to "pump and dump."

14:33:03 2                MR. MURTHA:  Thank you, Your Honor.

14:33:07 3                Ms. Cordova is going to take on the

14:33:09 4    remainder of these arguments.

14:33:19 5                THE COURT:  All right.

14:33:19 6                MS. CORDOVA:  A tough act to follow, but

14:33:19 7    I'll do my best.

14:33:19 8                THE COURT:  We're to the stocks outside of

14:33:19 9    the top 54.

14:33:19 10               MS. CORDOVA:  So, Your Honor, the

14:33:21 11   government charged 19 counts, substantive stock fraud

14:33:24 12   counts.  The government is attempting -- initially

14:33:31 13   attempted to expand the indictment substantially to

14:33:34 14   397.  And then it says, no, we'll do 54 episodes.

14:33:38 15               But our position is that even those 54

14:33:41 16   episodes are outside the terms of the indictment.

14:33:43 17   Outside of what the grand jury indicted.

14:33:46 18               And as we articulated in our first motion

14:33:49 19   to dismiss Counts 8, 9, and 11, the false statements

14:33:53 20   that constitute a securities fraud charge are

14:33:56 21   essential key facts to a securities fraud charge.

14:34:04 22               And so those key facts have to be found by

14:34:06 23   a grand jury.  They cannot be constructively amended

14:34:08 24   by the government to expand an indictment and include

14:34:11 25   more than the 19 counts alleged in the indictment.

14:34:11  1   And that is what the government is trying to do.

14:34:20  2           So our position is that nothing should

14:34:21  3   come in beyond the 19 charged counts.  And to the

14:34:25  4   extent Your Honor allows that, it certainly should not

14:34:28  5   go beyond the 54, because that would be unfair

14:34:30  6   surprise and unduly prejudicial.

14:34:33  7           THE COURT:  All right.  Mr. Armstrong or

14:34:36  8   who from the government wants to...

14:34:38  9           MR. ARMSTRONG:  I mean, Judge, I think

14:34:39 10   we're actually in agreement, that we're not going

14:34:42 11   beyond 54.

14:34:43 12           In fact, I'll be terribly surprised if we

14:34:46 13   get into all 54 at trial.  We're going to be as

14:34:49 14   efficient and direct as possible.  And so we just need

14:34:54 15   to have the latitude going on the front end as to that

14:35:00 16   corpus of 54.

14:35:00 17           MR. FLEITES:  May I be heard, Your Honor?

14:35:00 18           THE COURT:  Yes.

14:35:00 19           MR. FLEITES:  Carlos Fleites on behalf of

14:35:03 20   Mr. Hrvatin.

14:35:04 21           This issue is particularly important with

14:35:06 22   regards to my client as he's only charged in two of

14:35:10 23   the 19 counts.  But of the 54, I believe 20 involve

14:35:15 24   him.

14:35:16 25           So by that rationale, very little of what

14:35:20 1    the jury -- I'm sorry -- what the grand jury charged

14:35:23 2    is part of what's going on.  But to allow all those

14:35:27 3    other counts would be a lot of information that wasn't

14:35:29 4    charged and it hurts him specifically.

14:35:34 5             MR. WILLIAMS:  Your Honor, this particular

14:35:36 6    part of their motion implications -- this part of

14:35:44 7    Mitchell Hennessey's motion implicates at least three

14:35:45 8    other pleadings that have been filed, both by myself,

14:35:47 9    Mr. Constantinescu, and then another by Mr. Hennessey.

14:35:50 10            If you'd like to address the extraneous

14:35:52 11   episode question at this time, I'm ready to do that.

14:35:57 12            THE COURT:  Well, quite frankly, I was

14:36:00 13   going to put it off till tomorrow, but let's do it

14:36:03 14   now.

14:36:03 15            MR. WILLIAMS:  Okay.  So as Your Honor has

14:36:06 16   heard, initially the government started with 397

14:36:09 17   episodes.

14:36:10 18            At some point, they pared it down, using

14:36:13 19   their parlance, to 19.  Because there are only 19

14:36:16 20   stocks charged in the indictment.  We've objected to

14:36:20 21   anything beyond those 19, the additional 35 under 403

14:36:23 22   and 611.

14:36:24 23            Now, this is going to lengthen this trial

14:36:29 24   substantially and unnecessarily and improperly.  And

14:36:34 25   the reason why, it's important to think about it in

14:36:36  1  terms of the original 19 is 19 is a lot.  This.

14:36:40  2            Is not an indictment that charges

14:36:41  3  securities fraud with respect to one stock.  And then

14:36:45  4  they say, oh, it's just a one-off and then the

14:36:47  5  government would come back and say, no, it's not, let

14:36:49  6  us show you some others.

14:36:51  7            They've charged 19 substantive counts,

14:36:54  8  most of which impact many defendants beyond just those

14:36:57  9  charged.

14:36:58  10           For example, my client's charged in six

14:37:02  11  substantive counts, but he's implicated, if you look

14:37:04  12  at page 1 of Dr. Garibotti's summary charts, in 17 of

14:37:10  13  the 19.

14:37:17  14           Now, that Government Exhibit 2A through

14:37:17  15  whatever, through 55, that's 145 government exhibits,

14:37:20  16  so seven on average each.

14:37:22  17           My client -- I can't speak to everyone

14:37:24  18  else's -- but for the substantive counts, we have more

14:37:26  19  than 200 exhibits dealing with those same 19 episodes.

14:37:33  20           Once we move beyond that and we start

14:37:35  21  talking about 35, the additional 35 and the 19, then

14:37:39  22  that's Government's Exhibit 21 through 55, for a total

14:37:42  23  of 101 additional exhibits.  And, remember, many of

14:37:45  24  these are dozens of pages.

14:37:47  25           For example, the Garibotti summary charts.

14:37:51   1   There is one of those for every single of the 54

14:37:54   2   episodes.  Dozens of pages.  Some of these episodes go

14:37:58   3   100 days.  Some are one day.  But most of them are

14:38:01   4   weeks at a time, months at a time.  And that's an

14:38:05   5   average of three each for the extraneous.

14:38:07   6           Now, they don't use the same exhibit

14:38:09   7   protocol with respect to the extraneous.  So, for

14:38:12   8   example, there's a volume price chart that's usually

14:38:16   9   the first exhibit, then there's the Garibotti chart,

14:38:18  10   then there's a post and volume chart.  And then

14:38:21  11   there's some individual tweets and Discord messages

14:38:24  12   when you look at the first 19 exhibits of the episodes

14:38:27  13   of the government's exhibits.

14:38:29  14           As they trickle into the next 35, there

14:38:32  15   are some variation of those -- of that combination.

14:38:35  16   There's very rarely all of each.  In many cases, as my

14:38:38  17   colleague pointed out, there is really just only the

14:38:41  18   Garibotti chart.

14:38:42  19           Each of these episodes involves different

14:38:47  20   combinations of defendants.  Different time periods.

14:38:49  21   Obviously different tickers.  And so they're not

14:38:51  22   intertwined.  They're different stocks, different time

14:38:54  23   periods, different combinations of defendants.  So

14:38:57  24   they're extraneous acts.

14:38:59  25           But they're unnecessary and they're

14:39:01  1    cumulative.  Remember, this isn't something that we

14:39:04  2    could say is a one-off, it's one stop.  The government

14:39:06  3    has addressed -- excuse me -- charged 19 episodes in

14:39:10  4    the indictment.

14:39:10  5         If they can't prove it with 19, why should

14:39:13  6    we give them an additional 35?  The jury is either

14:39:16  7    going to get it at the end of 19 or they're not.

14:39:19  8         And so this is where 403 comes into play,

14:39:22  9    because it's time wasting and it's cumulative and it

14:39:24 10    will confuse them as to the 19 charged.

14:39:27 11         And Your Honor has the discretion and the

14:39:30 12    authority, under Rule 611, to limit evidence and to

14:39:35 13    control the presentation of the evidence to avoid

14:39:38 14    exactly those problems.

14:39:41 15         And I know others would like to speak on

14:39:44 16    this in particular but, Judge, this goes towards what

14:39:49 17    you said was the most persuasive thing you heard

14:39:52 18    earlier.  How do we shorten this trial?

14:39:55 19         We're talking about 19 mini-trials of 19

14:39:58 20    stocks with an overarching conspiracy.  That's

14:40:01 21    complicated enough.  That's hundreds and hundreds of

14:40:02 22    exhibits just from the government and my client alone.

14:40:06 23         That's hundreds, probably thousands of

14:40:08 24    pages, once you actually look at those charts.  Where

14:40:11 25    people are going to be cross-examining Dr. Garibotti

187

14:40:15  1    or others about different things that we heard about,
14:40:17  2    whether it's a -- you put an order in and then it's
14:40:20  3    filled across, you know, dozen of sellers.  So you're
14:40:26  4    going to have lawyers cross-examining, as is their
14:40:28  5    right to confront and cross-examine Dr. Garibotti and
14:40:31  6    others, over these dozens of page exhibits, across a
14:40:34  7    dozen and a half stocks.  That's going to be our
14:40:37  8    summer.  We add 35 to that, we're here for Christmas.
14:40:42  9              THE COURT:  No, it's not.
14:40:44 10              MR. WILLIAMS:  Your Honor, I hope you're
14:40:45 11    right.  But I really want to emphasize that when you
14:40:50 12    look at the volume of exhibits that you have before
14:40:52 13    you that have been prefiled by these defendants, look
14:40:55 14    at the volume that address just the substantive
14:40:59 15    counts.  The government's.  It's not just Exhibit 1 to
14:41:02 16    55.  It's 1 and then the letters of the alphabet.  2,
14:41:05 17    the letters of the alphabet; 3.
14:41:08 18              And to rebut that, each defendant -- each
14:41:12 19    count as unique to them or their alleged involvement
14:41:15 20    in it or it shows up on Garibotti's chart, has to deal
14:41:18 21    with that.  That's a mini-trial on each of these
14:41:20 22    tickers.  19 is plenty.
14:41:21 23              Thank you.
14:41:30 24              MR. FORD:  Just -- I do this only because
14:41:32 25    I think it will be helpful.  The 19 substantive

14:41:37  1    charges are violations of 1348.  The conspiracy charge

14:41:40  2    is a violation of -- alleged violation of 1349.

14:41:44  3              If you just read that, it says right in

14:41:47  4    the indictment that the foundation of the conspiracy

14:41:50  5    are those 19 charges.  That's it.  It's limited to

14:41:54  6    that.  That's what the grand jury indicted on.  There

14:41:58  7    is no reason to discuss any stocks beyond that.

14:42:01  8              The reason this is relevant under 18

14:42:07  9    U.S.C. 371, which we all frequently operate under,

14:42:10 10    it's a generalized conspiracy statute.  It permits the

14:42:13 11    government to bring charges of conspiracy based on

14:42:15 12    wrongful or unlawful conduct.

14:42:19 13              The plain text of 1349 only permits a

14:42:21 14    conspiracy when the object was a violation of 1348.

14:42:27 15    Therefore, in order to have brought it, they need to

14:42:29 16    have alleged and subsequently proven at least an

14:42:34 17    attempt or some agreement to violate that specific

14:42:38 18    statute, which is to commit securities fraud with

14:42:40 19    regard to a registered stock.

14:42:42 20              This isn't an 18 U.S.C. 13 -- 371 case.

14:42:46 21    It's an 18 U.S.C. 1349 case.  They cannot back-door

14:42:51 22    this evidence in this particular context under this

14:42:54 23    statute.

14:42:59 24              THE COURT:  Anybody else from the defense

14:43:01 25    want to weigh in before I ask Mr. Armstrong to...

189

14:43:08  1              What say the government?  Why do I need

14:43:10  2    54?

14:43:10  3              MR. ARMSTRONG:  Judge, like I said kind of

14:43:11  4    at the jump, we do not intend to walk through 54.  We

14:43:17  5    have to have the flexibility to make these calls as we

14:43:20  6    see them as evidence comes in.

14:43:23  7              THE COURT:  Why are they relevant?  The

14:43:26  8    unindicted ones.

14:43:28  9              MR. ARMSTRONG:  Each one that we intend to

14:43:29 10    offer does work for us.  I can give Your Honor comfort

14:43:32 11    with that.  I think that Mr. Ford's point was a good

14:43:34 12    one.  You know, they are charged in a conspiracy.  And

14:43:37 13    so they have to be partners in a crime with each

14:43:40 14    other.

14:43:40 15              And so some of these extrinsic or other

14:43:43 16    episodes that we intend to offer at trial show them

14:43:47 17    doing just that.  So, for example, we have examples

14:43:50 18    where Mr. Hennessey is coordinating with

14:43:53 19    Mr. Constantinescu.  They're not charged in a

14:43:55 20    substantive count with that kind of behavior, but it

14:43:57 21    does provide explicit meat to the bones that proves up

14:44:02 22    the conspiracy for why they are in fact charged

14:44:04 23    together.

14:44:05 24              So there are lots of examples like that

14:44:07 25    where they're going to argue, oh, well, you didn't see

14:44:09  1    any evidence that these two were actually doing this

14:44:11  2    together, but those other episodes prove that point

14:44:14  3    exactly.

14:44:15  4             And so, number one, they prove the

14:44:17  5    combinations.  They prove that they were doing it

14:44:19  6    together.  And they also prove that this was not a

14:44:23  7    mistake.  It was not an accident.  It proves their

14:44:27  8    fraudulent intend, which if Your Honor gets past the

14:44:29  9    point that they're not extrinsic, it certainly is

14:44:31 10    admissible under 404(b).

14:44:36 11             THE COURT:  All right.  I'm denying the

14:44:44 12    motion in limine on this point.  But in doing so, let

14:44:53 13    me add one point.  And maybe it's a point I've beat

14:44:55 14    into the ground, so I shouldn't be doing it, but I am

14:44:58 15    going to do it anyway, is that no juror is going to

14:45:03 16    sit through all this and listen to all this.  I mean,

14:45:08 17    you can have 20,000 pages of exhibits.  And if you

14:45:11 18    think a juror is going to sit down and read all 20,000

14:45:14 19    pages, it ain't going to happen.

14:45:16 20             And so I urge all of you to really think

14:45:23 21    about a succinct way you're going to present your case

14:45:27 22    that's, you know, does what you need to do, but keeps

14:45:31 23    the jury interested, keeps them following the

14:45:35 24    evidence.

14:45:35 25             I mentioned that trade secret case the

14:45:42  1    other day or this morning.  And I gave them the same

14:45:47  2    lecture I'm giving you guys.  I thought they put in

14:45:49  3    way too many exhibits.  I mean, we had like 1,000

14:45:52  4    exhibits.

14:45:53  5            And I know sometimes you just feel like,

14:45:55  6    okay, I've got my summary chart, but I need to have

14:46:01  7    all the underlying stuff in to evidence so the summary

14:46:04  8    chart's good.  Fine.  We'll do that.

14:46:08  9            But trying to use that and trying to have

14:46:11 10    the jury follow that is crazy because they're not

14:46:14 11    going to be able to do that.

14:46:16 12            And, I mean, I have toyed with several

14:46:25 13    aspects of this.  One of which was probably obvious

14:46:29 14    from where I opened this morning is that I've been

14:46:32 15    looking seriously at the charge and how the charge is

14:46:35 16    going to read.

14:46:36 17            And then the other thing is, I've looking

14:46:39 18    at this issue, thinking of the time involved in this

14:46:45 19    and what constraints I can put on the time without

14:46:48 20    impinging either side.

14:46:50 21            And I'm not convinced yet that I cannot

14:46:54 22    give each side -- all sides -- certain time

14:46:59 23    limitations.  And I may very well do that.

14:47:04 24            And so while I'm not granting the motion,

14:47:13 25    because I do think there is going to be relevance to

14:47:15  1    some of that testimony, or at least could be relevant,

14:47:23  2    don't be surprised if before we start trial that I,

14:47:25  3    you know, impose on everybody some kind of trial

14:47:28  4    limit -- time limitations.

14:47:36  5            Yes, it's 19 stocks.  Maybe 35 more.  But

14:47:42  6    even if you buy the government's case, it's one

14:47:48  7    scheme.  I mean, it's the same scheme over and over

14:47:52  8    again.

14:47:55  9            I mean, so, you know, it's only going to

14:47:57 10    take one time to educate the jury from the

14:47:59 11    government's standpoint.  And it's really only going

14:48:03 12    to take one or two times, from the defense standpoint

14:48:05 13    to, you know, try to destroy the government's

14:48:15 14    education of the jury and reeducate them.  And after

14:48:17 15    that, it's going to be the same thing over and over

14:48:19 16    again.

14:48:19 17            So I'm putting that in as a caution.  That

14:48:25 18    even though I know you've been telling me that it's

14:48:28 19    going to last a long time since we first met, but I'm

14:48:35 20    also telling you that I haven't bought into that yet.

14:48:38 21            And especially when I have to look 160

14:48:43 22    jurors in the face and tell them how long we think

14:48:45 23    this trial is going to last.  You know, we might not

14:48:48 24    be able to empanel a jury anyway.

14:48:59 25            All right.  The next one, counsel, is

14:49:00  1  false statements that aren't on the list provided by

14:49:02  2  the government.

14:49:06  3      MS. CORDOVA:  Your Honor, this is similar

14:49:08  4  to the last motion in the sense that these false

14:49:10  5  statements are obviously critical to the charges.  And

14:49:12  6  so, therefore, each one of these defendants oftentimes

14:49:16  7  would have tweeted maybe 100 times about a stock.

14:49:21  8      And so, as Your Honor required the

14:49:23  9  government, in, I believe it was June of 2023, to

14:49:26 10  provide these false statements, we would request that

14:49:29 11  the government be limited to those alleging that those

14:49:32 12  are arguing that those were the false statements and

14:49:34 13  not be allowed to change its argument and pick other

14:49:38 14  statements and say, oh, no, these are the false

14:49:39 15  statements.

14:49:40 16      That's what we're trying to avoid here, is

14:49:42 17  they've identified the false statements, those are the

14:49:44 18  false statements, those are the key elements of the

14:49:47 19  charge of securities fraud.

14:49:49 20      And, therefore, the government should be

14:49:50 21  limited to arguing at trial that those statements that

14:49:53 22  have already been disclosed are false.

14:49:56 23      MR. ARMSTRONG:  Your Honor, this is

14:49:58 24  fantastically ironic.  They have moved to exclude us

14:50:02 25  from focusing the jury's attention on those specific

14:50:05 1  false statements that, in Ms. Cordova's own words, are

14:50:09 2  the foundation of the charge and foundation to

14:50:11 3  elements.

14:50:11 4          And so now, because we have taken out the

14:50:13 5  key or the legend that proves out which statements

14:50:17 6  we're going to actually be alleging to be false, the

14:50:21 7  jury, in Ms. Cordova's own words, is now left to

14:50:22 8  wander in the abyss as to which of the 100 are

14:50:26 9  actually at issue, which is why we color coded it in

14:50:29 10 first point and why we would re-urge that point

14:50:32 11 before, Your Honor.

14:50:32 12          THE COURT:  Well, no.  I'm not changing my

14:50:35 13 mind.

14:50:35 14          MR. ARMSTRONG:  Okay.

14:50:38 15          THE COURT:  But, yes, I am granting the

14:50:40 16 motion in limine on that point.

14:50:42 17          Now, having said that, if you have the

14:50:45 18 right witness, who knows what they're talking about, I

14:50:50 19 mean, you can get up there and say which of these

14:50:52 20 statements is false?  Well, this one is true but this

14:50:56 21 one isn't.  I mean, you clearly do that with an

14:50:58 22 appropriate witness.

14:51:00 23          MR. ARMSTRONG:  Okay.  Thank you, Judge.

14:51:00 24          THE COURT:  I'm not permitting the

14:51:01 25 government from pointing out which statements they

14:51:04  1   think are not true.

14:51:06  2              MR. ARMSTRONG:  Had to try again.

14:51:20  3              THE COURT:  Okay.  The next one has to do

14:51:21  4   with undisclosed co-conspirators.

14:51:25  5              MS. CORDOVA:  Correct, Your Honor.

14:51:26  6         The government has repeatedly refused our

14:51:28  7   request to identify any alleged co-conspirators in

14:51:31  8   this case.  And, therefore, we would request that they

14:51:34  9   not be allowed to present any alleged co-conspirator

14:51:38  10  or unidentified unalleged co-conspirators that they

14:51:45  11  then, for purposes of trial, allege to be a

14:51:47  12  co-conspirator for purposes of introducing a

14:51:50  13  statement.

14:51:51  14         But we would just request that, before

14:51:53  15  they're allowed to argue in front of a jury, present

14:51:56  16  any evidence in front of a jury, about an alleged or

14:51:59  17  newly alleged co-conspirator, that -- that a James

14:52:05  18  hearing held before that is allowed.

14:52:07  19             THE COURT:  Okay.  I'm granting that.

14:52:11  20         The next one is about Government

14:52:13  21  Exhibit 1, which we've already talked about it.

14:52:16  22         And then we get to audio recordings of

14:52:21  23  conversations that Mr. Hennessey was not a part of and

14:52:25  24  were not made in furtherance of the alleged

14:52:28  25  conspiracy.

14:52:28  1          MS. CORDOVA:  Your Honor, this is a hefty

14:52:30  2    part of our motion.  And I don't know if you want to

14:52:32  3    handle it now or when we go through the exhibits.  I

14:52:35  4    think this is something that has already been

14:52:38  5    addressed somewhat in the hearing today.  But I'm

14:52:42  6    happy to address the arguments now or --

14:52:44  7          THE COURT:  I think both 9 and 10, the

14:52:47  8    last two, this one and the authenticity issue, we'll

14:52:50  9    take up exhibit by exhibit.

14:52:50  10          MS. CORDOVA:  Yes, Your Honor.

14:52:59  11          THE COURT:  Okay.  Let me flip over to

14:53:01  12    Mr. -- this is Document 542, Mr. Constantinescu's

14:53:07  13    motion.

14:53:10  14          Mr. Ford, do you want to -- we haven't

14:53:25  15    done this one, have we?  542?

14:53:25  16          MR. FORD:  Your Honor, we believe it would

14:53:29  17    be more efficient to address these arguments as we go

14:53:31  18    through exhibit by exhibit.

14:53:33  19          THE COURT:  The exhibits?  Yeah, a lot of

14:53:34  20    these, when I took a look at them, I thought this

14:53:38  21    isn't a motion in limine, this is an objection to an

14:53:39  22    exhibit.  Okay.

14:53:47  23          MR. FORD:  The goal was to expedite trial

14:53:48  24    so we weren't having sidebars.

14:54:00  25          THE COURT:  No, and I agree with that

14:54:01  1    part.

14:54:14  2                  Mr. Fleites, this is Mr. Hrvatin's motion

14:54:17  3    in limine.  This is, counsel, 544.  And it's actually

14:54:23  4    much shorter.  Now the two exhibits you object to,

14:54:28  5    we'll take those up when we go through exhibits.  But

14:54:34  6    then we have two categories, the first one being

14:54:37  7    extraneous crimes.

14:54:41  8                  MR. FLEITES:  Judge, if I may.  Could I

14:54:45  9    ask for just a moment?  I need to pull it up.  I have

14:54:47 10    the wrong one.

14:54:57 11                  MR. ARMSTRONG:  I'm sorry, Your Honor,

14:55:01 12    what number was it?

14:55:03 13                  THE COURT:  It's 544.  After that, I'm

14:55:04 14    going to take up Mr. Cooperman's, which is 546, so...

14:55:09 15                  MR. ARMSTRONG:  Thank you.

14:55:13 16                  MR. FLEITES:  Yes, Judge.

14:55:27 17                  This pertains to Government's 233 and 234.

14:55:31 18    I think those might be better handled as well when we

14:55:35 19    go through the exhibits, Your Honor.

14:55:37 20                  THE COURT:  Okay.  But tell me, what

14:55:38 21    extraneous crimes are we worried about Mr. Hrvatin

14:55:48 22    having committed?

14:55:49 23                  MR. FLEITES:  Well, Judge, a lot of these

14:55:50 24    conversations take place between the two

14:55:57 25    individuals -- there's many individuals, Judge.  And

14:56:01  1  they reference different stocks, stocks that weren't

14:56:04  2  traded.  And as such, they should be excluded.

14:56:07  3          But I think, Judge, I can probably shed

14:56:10  4  some light on it a little bit better when we go

14:56:12  5  through the exhibits.

14:56:13  6          THE COURT:  Okay.  But, I mean, we're

14:56:15  7  not -- the government is not going to trot out like a

14:56:18  8  bank robbery conviction or something that has --

14:56:21  9          MR. FLEITES:  I would hope not, Judge, no,

14:56:21 10  that's not what I'm referring to.

14:56:23 11          THE COURT:  That's what I mean.  When I

14:56:24 12  read this, that what I'm thinking.

14:56:26 13          MR. FLEITES:  No, Judge.  That's not where

14:56:27 14  we're going with it.

14:56:31 15          THE COURT:  Okay.  All right.  And what

14:56:31 16  about the Twitter messages between Mr. Constantinescu

14:56:34 17  and Mr. Hrvatin a year prior to everything?

14:56:34 18          MR. FLEITES:  Yes, Judge.  I think a part

14:56:34 19  of that is it's outside the scope.

14:56:42 20          THE COURT:  Are those the same exhibits?

14:56:43 21          MR. FLEITES:  Yes, but it's outside scope

14:56:44 22  is the gist of it, but I can get into it

14:56:47 23  further when --

14:56:47 24          THE COURT:  All right.  Let's do it with

14:56:49 25  the exhibits, then.

14:56:56  1             All right.  Let me go to Mr. Cooperman's,

14:57:02  2  which is 546.

14:57:07  3             MS. EPLEY:  Yes, Your Honor.  I think the

14:57:08  4  first one has already been addressed, in regards to

14:57:11  5  motion in limine already addressed by the Court today.

14:57:14  6             And 2 and 3, as I understand it, are not

14:57:17  7  being objected to by the prosecution.

14:57:23  8             THE COURT:  All right.  2 and 3 being the

14:57:24  9  divorce and immigration status?

14:57:26 10             MR. ARMSTRONG:  Yes.  Thank you.

14:57:28 11             THE COURT:  Okay.  They're granted.

14:57:29 12             MS. EPLEY:  Thank you.

14:57:30 13             THE COURT:  Let me backtrack.  Because my

14:57:36 14  ace law clerk tells me I skipped one.

14:57:38 15             543 is another joint motion from the

14:57:43 16  defendants.  The second joint motion.

14:57:49 17             MR. WILLIAMS:  Your Honor, Mr. Williams

14:57:49 18  for Mr. Rybarczyk.

14:57:57 19             A number of these matters, I believe, have

14:57:58 20  already been covered, so I think we can work through

14:58:00 21  it pretty quickly.

14:58:02 22             The first category of undisclosed

14:58:04 23  statements really relates to any undisclosed

14:58:06 24  statements by any defendant, whether post-arrest,

14:58:09 25  which is A; B, any other statements that haven't been

14:58:13  1   disclosed in discovery.

14:58:15  2            The goal here is just to eliminate the

14:58:17  3   possibility of surprise.  And then, again, alluding to

14:58:23  4   what others may have -- on D, hearsay statements, that

14:58:26  5   what others may have told the defendants or what have

14:58:29  6   you, I think we can pass that.  I'll strike D for

14:58:34  7   right now.  I think that's going to come up on an

14:58:36  8   exhibit-by-exhibit basis.  It's like --

14:58:42  9            THE COURT:  So let's stop with 1.  1A

14:58:42 10   through C --

14:58:47 11            MR. WILLIAMS:  A and B are no surprise.

14:58:48 12            C, I think we can deal with on an

14:58:50 13   exhibit-by-exhibit basis, because it deals with

14:58:52 14   authenticity.  The same as D.

14:58:54 15            But A and B are just no oral or other

14:58:56 16   statements by defendant that haven't previously been

14:58:59 17   produced in discovery.

14:59:00 18            THE COURT:  All right.  I'm granting that.

14:59:02 19            MR. WILLIAMS:  Category 2 is on extraneous

14:59:05 20   offenses or other bad acts.  I believe Tommy

14:59:07 21   Cooperman's counsel addressed what I think is covered

14:59:10 22   by A and B.  Some other arrest, some other crime, no

14:59:14 23   bank robbery, no allegations of whatever that is,

14:59:16 24   other than that's what in the indictment.

14:59:16 25            C, we've covered previously today, so we

14:59:23  1    can pass that.

14:59:29  2            D, I think again is, you know, covered by

14:59:30  3    Cooperman.

14:59:30  4            And then E we have not touched on.  And

14:59:33  5    that is the -- that the defendants have been sued by

14:59:35  6    the SEC civilly.  We don't think that's relevant to

14:59:38  7    this trial.

14:59:40  8            THE COURT:  Okay.  I'm granting that.

14:59:45  9            MR. WILLIAMS:  Okay.  If you're ready to

14:59:46 10    move on to Category 3, I can -- the simplest way to

14:59:47 11    describe that is that the government has designated

14:59:54 12    two experts, which you've heard a lot about today,

14:59:56 13    Dr. Garibotti and Mr. Peter Melley.

14:59:58 14            What we're concerned about and what this

15:00:00 15    portion of the motion attempts to address is concerns

15:00:03 16    about back-door expert testimony from lay individuals

15:00:07 17    about, for example, you know, Special Agent Hale, who

15:00:11 18    was intimately involved in the investigation of this

15:00:13 19    case and may be a witness for the government attempts

15:00:17 20    to testify as an undesignated expert about securities

15:00:20 21    fraud investigations based on his training and

15:00:22 22    experience, what the defendants knew or should have

15:00:27 23    known or ought to have known, or characteristics of

15:00:29 24    how day traders or markets act, operate, or behave.

15:00:32 25            If that's properly the subject of an

15:00:34  1   expert designation, as we've seen with the FINRA

15:00:36  2   employee Mr. Melley, we don't think that that an agent

15:00:40  3   or a layperson should be able to testify about how day

15:00:44  4   traders or markets, operate or behave.

15:00:47  5          They can testify how they behaved as a day

15:00:49  6   trader, because that's just what they did.  But not as

15:00:52  7   generally what -- how day traders behave or how the

15:00:56  8   markets operate.

15:01:00  9          Again, and then the speculation --

15:01:01 10   speculative of what defendants knew or should have

15:01:03 11   known would be just be speculative in addition to

15:01:05 12   being improper.

15:01:05 13          THE COURT:  Okay.  I'm granting that in

15:01:07 14   general for, number one, undisclosed experts.

15:01:11 15          MR. WILLIAMS:  Okay.

15:01:12 16          THE COURT:  And, secondly, for disclosed

15:01:15 17   experts, I'm granting it as to things outside their

15:01:21 18   report and disclosed expertise.  Obviously that goes

15:01:25 19   both ways.

15:01:26 20          MR. WILLIAMS:  One area that I believe I

15:01:28 21   should bring highlight is subject 3(d) on page 3.  And

15:01:32 22   this is about social media.

15:01:33 23          This is a social media case.  And

15:01:36 24   causation has been talked about.  But this issue

15:01:40 25   specifically is an area of particular concern because

15:01:44  1    Your Honor and the jury are going to hear evidence of

15:01:46  2    the number of social media followers each defendant

15:01:48  3    has.

15:01:50  4              There is no expert testimony, there is

15:01:52  5    going to be no evidence of the impact that any tweet

15:01:56  6    had -- in other words, just because someone has

15:01:59  7    300,000 Twitter followers doesn't mean they all saw a

15:02:02  8    particular post.  It doesn't even mean they're all

15:02:04  9    real people or that they liked it or that they took

15:02:06  10   action on it or that the action they took on it was

15:02:08  11   stock trading or that, if they did trade, that they

15:02:12  12   traded in accordance with the defendants' supposed

15:02:17  13   recommendations -- in accordance with the defendants'

15:02:18  14   alleged recommendations.

15:02:19  15             In other words, you can't say who was

15:02:21  16   watching it, what they thought about it and what they

15:02:23  17   did about it.  Let alone -- and so that 300,000

15:02:29  18   followers could ultimately mean zero did what any of

15:02:33  19   these people supposedly recommended.  It could be

15:02:36  20   five, it could be 50,000.

15:02:38  21             But there's no evidence and there's no

15:02:40  22   expert testimony of the actual impact.  And instead

15:02:44  23   what we're going to have is this implied theory that

15:02:47  24   because they have a lot of social media followers

15:02:51  25   therefore, some subset, some large subset took action

15:02:54  1   based on it.

15:02:55  2              We will hear individuals, I anticipate, as

15:02:59  3   government witnesses who may I saw it and I followed

15:03:02  4   it.  And we've had discussions about that.  Your Honor

15:03:04  5   may choose to admit that.  But speculation about what

15:03:07  6   the other 299,999 did is inappropriate.

15:03:14  7              And that would probably be the subject of

15:03:15  8   expert testimony and we don't have that designated or

15:03:18  9   the backup data.

15:03:19 10              THE COURT:  Okay.  To the extent that I've

15:03:21 11   already ruled, I'm including that in my ruling.

15:03:24 12              MR. WILLIAMS:  Thank you.

15:03:28 13              I'm going to pass on F.

15:03:34 14              Finally on 5, on improper requests and

15:03:39 15   comments, these are just general trial things without

15:03:41 16   reference to specific pieces of evidence; is that, you

15:03:46 17   know, a defendant -- and this could work both ways,

15:03:48 18   Your Honor, that we be requested in the presence of

15:03:50 19   the jury to stipulate to the existence or nonexistence

15:03:52 20   of something.  That's a discussion to be had outside

15:03:55 21   of the jury's presence.

15:03:57 22              And sometimes that's helpful and we've

15:03:59 23   engaged in those discussions, but they shouldn't

15:04:01 24   happen in front of the jury.

15:04:02 25              THE COURT:  No, I agree with that.  And

15:04:03  1    I'm granting 5 on all the subparts.  But obviously

15:04:07  2    what's good for the goose is good for the gander.

15:04:10  3                MR. WILLIAMS:  Absolutely.

15:04:11  4                THE COURT:  You know, you guys can't do

15:04:12  5    that to the government either.

15:04:14  6                MR. WILLIAMS:  My hypocrisy doesn't go

15:04:17  7    that far.

15:04:18  8                Hypothetical questions, Your Honor, this

15:04:19  9    gets into the, well, what would you expect they do.

15:04:23  10   We do you think is appropriate.

15:04:24  11               We don't think hypotheticals from

15:04:24  12   witnesses are appropriate.  They're speculative and

15:04:28  13   they're not admissible.  And so we'd rather just cut

15:04:28  14   down on that.

15:04:33  15               THE COURT:  Well, I'll grant that as to

15:04:35  16   fact witnesses.

15:04:36  17               MR. WILLIAMS:  Finally, on 7 -- and to

15:04:38  18   make this clear, we don't want hearsay from the event

15:04:44  19   that someone testifies and says, well, Tommy Cooperman

15:04:47  20   and Edward Constantinescu, you know, they're drinking

15:04:49  21   buddies or they're buddies or whatever that is.

15:04:51  22               Now, there may be exhibits, such as

15:04:53  23   Government Exhibit 1, where there may be some

15:04:55  24   photographic or other evidence of that, the existence

15:04:57  25   of communications between two or more co-defendants.

15:05:00  1        But speculative hearsay from a fact

15:05:03  2  witness or what have you is inappropriate unless they

15:05:07  3  have personal knowledge of the existence or the extent

15:05:10  4  of a relationship between two or more defendants or

15:05:12  5  unindicted co-conspirators, et cetera.

15:05:14  6        THE COURT:  I'll grant that.

15:05:16  7        MR. WILLIAMS:  Thank you.

15:05:17  8        That's all I have for this motion, Your

15:05:17  9  Honor.

15:05:18 10        MS. EPLEY:  Is it worth telling Your Honor

15:05:30 11  they're not really drinking buddies, so that doesn't

15:05:30 12  stick in your head?

15:05:30 13        THE COURT:  I don't hold that against

15:05:32 14  people.

15:05:41 15        MR. ARMSTRONG:  Your Honor, just some

15:05:41 16  points of clarification, because you were going pretty

15:05:41 17  fast.  I want to make sure that we understand what's

15:05:44 18  actually going on.

15:05:46 19        So on page 3, the undesignated expert

15:05:49 20  testimony.  You know, we don't anticipate having Agent

15:05:53 21  Hail, you know, talk generally about his experience in

15:05:57 22  the markets or anything like that, so we're on all

15:06:00 23  fours with Your Honor on that.

15:06:01 24        But he is -- I think it is fair game for

15:06:03 25  him to be able to interpret terms and explain terms to

15:06:06  1  the jury based upon his personal experience in this

15:06:09  2  case.  So I just want to make sure that we're on the

15:06:11  3  same page with Your Honor about that.

15:06:12  4          THE COURT:  Well, if it's something

15:06:14  5  he's -- did or did to investigate the case, I think he

15:06:16  6  can do that.

15:06:17  7          MR. ARMSTRONG:  I just want to make sure.

15:06:19  8          THE COURT:  But if it's some kind of

15:06:20  9  technical term that actually get into an expert realm

15:06:24 10  and he's not designated as an expert, he can't do

15:06:27 11  that.

15:06:28 12          MR. ARMSTRONG:  Okay.  On D, testimony of

15:06:30 13  the impact of social media posts.  Kind of in the same

15:06:34 14  vein.  We do plan to elicit testimony from the

15:06:38 15  co-conspirators, the defendants' partners in crime.

15:06:41 16          And they're going to give lay opinion

15:06:42 17  testimony that's rationally based on their own

15:06:44 18  perceptions as to what they perceived to be happening

15:06:48 19  in realtime.

15:06:49 20          So, for example, when they perceive the

15:06:51 21  tweet to be coming out, they themselves believed that

15:06:54 22  it had this impact and they could see it.  And they,

15:06:56 23  in fact, traded for that reason around it.  So we're

15:07:03 24  not going to coach that as expert.  I'm not going to

15:07:03 25  be offering it as expert.

15:07:04  1          I just want to make sure we're on the same

15:07:05  2   page about how we plan to offer some parts of this

15:07:07  3   kind of testimony.

15:07:08  4          THE COURT:  Well, I think they can testify

15:07:09  5   as to how they perceived it.

15:07:09  6          MR. ARMSTRONG:  Exactly.

15:07:14  7          THE COURT:  And if they were involved in,

15:07:16  8   you know, the social media tweets or whatever, they

15:07:24  9   can say here's why I did it.

15:07:25 10          But I think Mr. Williams' point was, you

15:07:27 11   know, they can't get up and say, well, you know,

15:07:28 12   10,000 people saw this because they don't know that.

15:07:31 13   There's no way they could know that.  I mean, unless

15:07:34 14   they have some proof that I don't think they have.

15:07:37 15          MR. ARMSTRONG:  No.  We're not going to

15:07:38 16   get into that degree of specificity.

15:07:41 17          THE COURT:  But, I mean, they can testify

15:07:45 18   as to their role and what they knew from personal

15:07:48 19   knowledge.  But I'm not going to let them speculate

15:07:50 20   beyond that.

15:07:52 21          MR. ARMSTRONG:  Understood.

15:07:53 22          Hypothetical questions.  Hypothetical

15:07:56 23   questions, number 6 on page 4.  I think it is fair

15:07:59 24   game to offer hypothetical questions to the victim

15:08:03 25   witnesses.

15:08:03  1          So, for example, would it have been

15:08:05  2   important for you to know that defendant insert

15:08:08  3   whoever was selling at the same time he was --

15:08:11  4          THE COURT:  I'm not exactly sure that's

15:08:13  5   hypothetical.  But, I mean, that I think you can ask.

15:08:16  6          MR. ARMSTRONG:  Okay.  And then number 7,

15:08:21  7   just to make sure we're on the same page.  It was

15:08:23  8   unclear as to the scope.  I think we're going to have,

15:08:26  9   again, co-conspirators testify that all the defendants

15:08:29 10   generally were friends.  And so they can talk about

15:08:31 11   that through the lens of their own personal

15:08:34 12   observations.

15:08:34 13          THE COURT:  Through their own personal

15:08:37 14   knowledge they can talk about it, but don't -- you

15:08:40 15   know, Bob told me that Harry and Joe used to drink

15:08:43 16   together is out.

15:08:44 17          MR. ARMSTRONG:  Agreed.  Thank you, Judge.

15:09:00 18          THE COURT:  I think that gets me to 547,

15:09:02 19   which is Mr. Matlock's individual motion in limine.

15:09:16 20          MR. REYES:  Your Honor, I believe it was

15:09:19 21   545.  I don't know if we -- we're going to defer that

15:09:21 22   to the exhibits anyway, 545, but it was about --

15:09:22 23          THE COURT:  Hold on.  Let me see.  I'm

15:09:42 24   going via my notebook.  And 545 is in a different

15:09:45 25   notebook.

15:09:46  1              MR. REYES:  No problem, Your Honor.  We

15:09:47  2    were -- that's about Exhibit 7 of the government's

15:09:50  3    proposed exhibits.  And so we were going to defer that

15:09:52  4    anyway.

15:09:53  5              THE COURT:  Okay.

15:09:54  6              MR. REYES:  547 is about irrelevant

15:09:59  7    statements.  We consider irrelevant statements made by

15:10:03  8    Mr. Matlock.  Best way I'd like to describe this, Your

15:10:10  9    Honor, is starting with the superseding indictment.

15:10:12 10    In the superseding indictment, the -- I think on the

15:10:14 11    first page, the government lays out a scheme.  And the

15:10:16 12    scheme is that the defendants allegedly bought, they

15:10:19 13    then allegedly said pumping statements -- or said

15:10:23 14    something.  And then sold.

15:10:26 15              The statements I'm referring to in this

15:10:28 16    motion in limine were not made at any time by

15:10:32 17    Mr. Matlock between the time he bought and sold his

15:10:37 18    position, the vast majority of his position.

15:10:39 19              And so we consider the statements, after

15:10:43 20    he had already sold his position, to be outside the

15:10:47 21    scheme, outside the superseding indictment and the

15:10:49 22    scope of it.  Not only did he have no position, but

15:10:54 23    neither did any of the co-defendants or alleged

15:10:56 24    co-conspirators.

15:11:00 25              So, ultimately, the statements made after

15:11:02 1   he sold, in our opinion, are not relevant.  They're

15:11:05 2   not in furtherance of a crime.  And he can have no

15:11:10 3   intent to deprive, as *Ciminelli* requires deprived

15:11:22 4   property -- can have no intent to deprive property or

15:11:25 5   gain any benefit from making these statements if he's

15:11:27 6   not longer in the stock.

15:11:29 7           One way to put it, Your Honor, is you

15:11:30 8   can't rob the bank if you've already left the bank.

15:11:33 9   And so we consider these -- we'd ask that these

15:11:36 10  statements outside the scope be excluded.

15:11:42 11          THE COURT:  I'm looking at the first page

15:11:43 12  of 547.  Is that one of them?

15:11:49 13          MR. REYES:  Yes, sir.  That is one of

15:11:50 14  them.  So that statement occurs after -- and this is

15:11:54 15  according to the government's own evidence, even in

15:11:58 16  the Garibotti report, after the defendant has sold all

15:12:02 17  but -- to be clear, and for the record he does have

15:12:04 18  six shares left, which he then sold.

15:12:09 19          But, again, Your Honor outside the scope.

15:12:10 20  He cannot in any way gain any benefit from allegedly

15:12:16 21  moving the market here, nor could any of the

15:12:18 22  co-conspirators.

15:12:19 23          At that time, no one had any stock.

15:12:22 24  Whether or not or what's said in this statement, even

15:12:25 25  though he is admonishing folks and he is telling

15:12:28  1   people to trade their own plan, but has no relevance

15:12:32  2   as to any kind of probative value as to the

15:12:34  3   furtherance of a conspiracy.

15:12:37  4             For those reasons, we move to exclude

15:12:39  5   these statements, Your Honor.

15:12:42  6             THE COURT:  Mr. Armstrong?

15:12:44  7             MR. ARMSTRONG:  Your Honor, this one is

15:12:45  8   kind of funny.  I've got to chuckle.

15:12:47  9             Ms. Kim, can you please pull up

15:12:50 10   Government's Exhibit 4B at page 38.  Ms. Kim, if you

15:13:08 11   could, please, blow up line 404 through 412, please.

15:13:17 12             And so, Your Honor, line 409 is the

15:13:18 13   operative false statement that Mr. Reyes is talking

15:13:22 14   about.

15:13:22 15             And Mr. Matlock is saying:  CBAT, if you

15:13:28 16   want my plan, I will hold and down to the $8 area --

15:13:33 17   literally in the midst of selling out his entire

15:13:36 18   position.

15:13:36 19             He says:  I'm willing to take that risk.

15:13:38 20   Again, a false statement, because he's not willing to

15:13:41 21   take that risk.

15:13:42 22             I have $2.1 million in it now.  Again,

15:13:44 23   false statement because he's not in it.  He doesn't

15:13:47 24   have $2.1 million in it.

15:13:51 25             And I want 12 to 15.  Again, he's

213

15:13:54  1    basically sold out.

15:13:54  2              And so this is literally five or six false

15:13:58  3    statements just in one Twitter post.  And it shows the

15:14:02  4    cover up and it shows the scheme in action.

15:14:03  5              THE COURT:  I think it's timing that

15:14:05  6    counsel is complaining about.

15:14:07  7              MR. REYES:  That's right, Your Honor.

15:14:09  8              MR. ARMSTRONG:  Yes, Your Honor.  It's

15:14:10  9    part of the cover up.

15:14:13 10              What do you need?

15:14:16 11              THE COURT:  I was looking for my

15:14:18 12    indictment, my copy of the indictment.  It's wandered

15:14:25 13    away.  There we go.

15:14:26 14              Go ahead.

15:14:26 15              MR. ARMSTRONG:  Yes.  So the timing,

15:14:29 16    actually, is absolutely critical.  Because it's part

15:14:30 17    of the cover up.  He's giving all of his followers

15:14:32 18    confidence that he's still in the play.  And that the

15:14:35 19    play still has legs, when he obviously does not

15:14:38 20    believe that himself.

15:14:39 21              And so it's part of the cover up to

15:14:41 22    suggest to followers, hey, I'm in this with you guys,

15:14:44 23    you know, we're all in this together, we're a family

15:14:47 24    trading together, when the facts just belie any

15:14:50 25    suggestion that that is actually true.

15:14:52  1          MR. REYES:  Your Honor, to what end?  I
15:14:54  2  mean, this goes back to the second part of the
15:14:56  3  analysis that we were talking about earlier this
15:14:58  4  morning.  He can gain nothing from this.  There is no
15:15:02  5  deprivation to be gained from this.  He has zero
15:15:06  6  interest at that point or benefit for making the stock
15:15:10  7  go up.

15:15:10  8          Whether he was accurate or not -- and, by
15:15:12  9  the way, he had within the hours paid $2 million into
15:15:15 10  this stock.  And that's also shown on Garibotti's own
15:15:19 11  reports.

15:15:21 12          It's irrelevant.  It's after he's out.  I
15:15:24 13  mean, what if he made the statement ten minutes later
15:15:26 14  or an hour later?  He's out of the stock.  He can't
15:15:29 15  gain anything from it.

15:15:32 16          THE COURT:  Well, doesn't he -- I mean,
15:15:34 17  doesn't he still sell some stock after he makes the
15:15:37 18  statement?

15:15:37 19          MR. FORD:  No, Your Honor.  This was why I
15:15:39 20  spent so much time with the Court on this
15:15:41 21  presentation.  This is not a cross issue.
15:15:43 22  Mr. Matlock, who made millions of dollars as a
15:15:47 23  successful stock trader, did not trade one or two
15:15:50 24  shares.  He entered a large order, which was then
15:15:52 25  filled.  By breaking up the fill, it allows the

15:15:55  1    government to insert this statement as if it's

15:15:58  2    occurring when he's taking actions on either side of

15:16:01  3    the statement, when he is most certainly not doing

15:16:03  4    that and I --

15:16:03  5            THE COURT:  Well, what about the alleged

15:16:07  6    falsehood of the statement that I will hold?  He's not

15:16:12  7    holding, he's selling.  He's sold out, according to

15:16:15  8    you.

15:16:15  9            MR. FORD:  I don't know what he's done

15:16:17 10    because I have to look at his actual trade records

15:16:19 11    that show when this action occurred as to where it was

15:16:23 12    filled.  But If you look -- if they blow up right

15:16:25 13    underneath, Mr. Matlock buys immediately afterwards.

15:16:30 14            MR. REYES:  And, Your Honor, I mean, he

15:16:30 15    actually bought back $250,000.  The idea that --

15:16:35 16    within the next day.

15:16:37 17            The idea that, again, what he says at one

15:16:42 18    moment -- it's surrounding by these sell blocks

15:16:46 19    created by the government is not exactly reflective of

15:16:49 20    when he actually sold.

15:16:50 21            To Mr. Ford's point, he was out of the

15:16:53 22    stock.  I mean, it got filled -- by the way, it was

15:16:56 23    six shares that was left.  But it got filled and he

15:17:00 24    was out.

15:17:01 25            But, again, he has zero, zero -- there is

15:17:05  1    absolutely no intent to deprive anyone by making these

15:17:08  2    statements.  And they're outside of the time of the

15:17:10  3    stock that he was in it.

15:17:12  4                 In terms of the confidence of the

15:17:13  5    statements, it's right there.  He bought it back again

15:17:17  6    the next day.

15:17:17  7                 And, you know, whether he changes his mind

15:17:20  8    on what he was saying or whether he was not totally

15:17:22  9    accurate, still, absolutely outside the scope of the

15:17:26 10    scheme.  This is what would be called a dump, then a

15:17:31 11    pump, which I didn't find any cases -- this is the old

15:17:36 12    dump and pump.

15:17:37 13                 And I don't know that I've ever seen any

15:17:40 14    case go forward on those kinds of facts.

15:17:45 15                 MR. ARMSTRONG:  Your Honor, we're going to

15:17:46 16    have testimony from partners in crime who are going to

15:17:48 17    talk about the importance of these kinds of tweets and

15:17:51 18    how they gave investors and other followers confidence

15:17:55 19    in the plays and projecting the air of we're all in it

15:17:59 20    together.

15:18:00 21                 There's no requirement that every single

15:18:01 22    statement have to deprive someone of their money.  But

15:18:04 23    this is obviously part of the scheme that we charged.

15:18:07 24    We even alleged cover-up statements like this in the

15:18:11 25    indictment.

15:18:11  1              THE COURT:  Okay.  I'm denying the motion

15:18:12  2  in limine on this.

15:18:14  3              MR. REYES:  Thank you, Your Honor.

15:18:24  4              THE COURT:  I think we have one more of

15:18:25  5  your client's.  And this is more of a general one.

15:18:30  6              MR. REYES:  Your Honor, I'd like to

15:18:31  7  introduce the Court to my colleague, Alex Brown, who

15:18:34  8  also represents Mr. Matlock.  He's going to cover this

15:18:39  9  next one.

15:18:41 10              MR. BROWN:  Good afternoon, Your Honor.

15:18:55 11              This motion in limine is, as you

15:18:57 12  mentioned, sort of a general motion in limine, that

15:19:00 13  covers -- and do you have it?

15:19:03 14              THE COURT:  I have it right in front of

15:19:05 15  me.

15:19:06 16              MR. BROWN:  Okay, great.

15:19:07 17              It covers, you know, the usual prior

15:19:10 18  criminal history, prior civil suit that I believe was

15:19:13 19  actioned in this court.

15:19:14 20              And then we also have two in here,

15:19:18 21  testimony exclusively through witnesses.  And

15:19:21 22  Government's Exhibits Number 4 there, requesting

15:19:26 23  counsel be prohibited from commenting on government

15:19:29 24  exhibits that haven't been previously supplied.

15:19:32 25              Now, that's a little bit less relevant in

15:19:34  1   a case like this, where we're going through all of

15:19:37  2   these exhibits beforehand.  But that's really just an

15:19:44  3   opening statement, making sure that we have what's

15:19:46  4   going to be shown during their opening statement, if

15:19:48  5   anything.  And then restricting counsel -- back to

15:19:54  6   Number 2, from alluding to facts or exhibits which

15:19:57  7   could only come through sworn testimony without those

15:20:02  8   people testifying beforehand.

15:20:05  9           So I don't think much of this is at issue.

15:20:07  10  Some of it's already been covered today.

15:20:11  11          THE COURT:  Does the government object --

15:20:13  12  this is Document 548 -- to any of these?

15:20:16  13          MR. ARMSTRONG:  I don't believe so, Your

15:20:17  14  Honor.

15:20:17  15          THE COURT:  All right.  I'm granting all

15:20:20  16  four of them.

15:20:21  17          MR. BROWN:  Thank you, Your Honor.

15:20:31  18          MR. ARMSTRONG:  Your Honor, the only

15:20:32  19  caveat to that, I'm not really sure what Number 2 even

15:20:34  20  means.

15:20:35  21          THE COURT:  Well, I was looking at that as

15:20:36  22  well.

15:20:40  23          Mr. Brown?

15:20:40  24          MR. BROWN:  Yes, Your Honor.

15:20:43  25          THE COURT:  Restricting counsel from

15:20:44  1  alluding to facts or figures or exhibits which could

15:20:47  2  only come from fact finders' attention to the sworn

15:20:52  3  testimony.

15:20:54  4          MR. BROWN:  Just restricting counsel from

15:20:55  5  talking about exhibits that haven't been previously

15:20:58  6  admitted or shown to the jury.

15:20:59  7          THE COURT:  All right.  That I'll grant.

15:21:01  8  Okay.  But I think which could only come through sworn

15:21:05  9  testimony is exactly what he's supposed to be talking

15:21:07 10  about.

15:21:12 11          Mr. Reyes, was there something else?

15:21:14 12          MR. REYES:  If we were moving to 549, I

15:21:18 13  was just going to advise that we can take that up with

15:21:19 14  the exhibits as well.

15:21:22 15          THE COURT:  549?

15:21:23 16          MR. REYES:  549.

15:21:23 17          THE COURT:  All right.

15:21:23 18          MR. REYES:  It's about Exhibit 70 of the

15:21:25 19  government's.  And we can do that then.

15:21:29 20          THE COURT:  So let me go back, though.

15:21:30 21  I'm still -- I don't think we've --

15:21:37 22          MR. REYES:  I was just going on the

15:21:37 23  presumption.  The last one was 548.

15:21:41 24          THE COURT:  Yeah, but unfortunately -- I'm

15:21:41 25  trying to reach back and pick some up.

15:21:45   1                   MR. REYES:  Yes, Your Honor.

15:23:42   2                   THE COURT:  Let me shift gears and go to

15:23:44   3    551, which is the government's motion to exclude

15:23:48   4    expert testimony.  Because I think the rest of the

15:23:56   5    defendants that have outstanding ones that we haven't

15:23:59   6    ruled on are very exhibit specific.

15:24:10   7                   MR. LIOLOS:  Thank you, Judge.

15:24:12   8                   We can walk through the specific

15:24:18   9    disclosures line by line if you want to.  But there is

15:24:22  10    some sort of broad brush points, arguments that repeat

15:24:28  11    throughout that we think are not appropriate

15:24:31  12    testimony, particularly in light of several of the

15:24:35  13    general motions in limine that we filed and a lot of

15:24:38  14    the topics that we've discussed today.

15:24:40  15                   One example would be a bunch of expert

15:24:44  16    testimony about irrelevant securities regulations that

15:24:48  17    apply to other types of investors or brokers or things

15:24:53  18    that aren't at issue in this case that permeates a lot

15:24:57  19    of the expert disclosures.  I don't think it's

15:24:59  20    relevant to anything.  I don't know why they'd be

15:25:00  21    testifying about it.

15:25:01  22                   Another topic are testifying that

15:25:06  23    something is an opinion that the defendants hold.

15:25:11  24    They don't have a basis to testify to what the

15:25:14  25    defendants' opinions are.  That's back-dooring in

15:25:17  1   their state of mind.  That's hearsay.  The only way

15:25:19  2   they can know if it's their opinion is talking to the

15:25:21  3   defendant.  So it's trying to have an end-run around

15:25:24  4   the defendant testifying and putting it in the guise

15:25:28  5   of expert testimony.

15:25:29  6            For them to testify that something is a

15:25:31  7   defendant's opinion is an impermissible conclusion

15:25:34  8   that has no foundation that's the province of a proper

15:25:42  9   expert.

15:25:43  10           Another topic that's brought up throughout

15:25:45  11  their disclosures are defining something like day

15:25:46  12  trading, then looking at the defendants' activity and

15:25:52  13  saying what the defendants did was day trading.

15:25:54  14  That's trying to back-door in impermissible legal

15:25:58  15  conclusions under 704.

15:26:00  16           THE COURT:  Explain that to me.

15:26:01  17           MR. LIOLOS:  So saying day trading is

15:26:03  18  perfectly legal, it goes like this, up, down, and the

15:26:06  19  other day.  Look at the defendant trading up, down,

15:26:07  20  and the other way here.

15:26:08  21           What they're doing is day trading.

15:26:10  22  They're just subbing in "legal" for "day trading."

15:26:14  23  It's 704 conclusion, saying the defendants' activity

15:26:17  24  here is legal, because it's what I've defined as day

15:26:20  25  trading.

15:26:26  1                    THE COURT:  Well, day trading is legal.

15:26:26  2                    MR. LIOLOS:  Isn't -- sorry, isn't legal?

15:26:26  3                    THE COURT:  Pardon me?

15:26:26  4                    MR. LIOLOS:  I misheard, Your Honor.  Did

15:26:26  5  you say --

15:26:29  6                    THE COURT:  The government's position is

15:26:31  7  day trading is not legal?

15:26:32  8                    MR. LIOLOS:  No, that's not our position

15:26:34  9  at all.  We.

15:26:35  10                    Can look through the specific examples.  I

15:26:39  11  mean, they purport to define day trading as a legal

15:26:44  12  activity, say it's X, Y, and Z.

15:26:45  13                    And say the defendants are doing X, Y, and

15:26:47  14  Z.  It matches up perfectly with something I've said

15:26:49  15  is legal.  It's legal, right.  It's a 704 ultimate

15:26:56  16  issue opinion that shouldn't come in under an expert

15:26:58  17  in a criminal case.

15:27:04  18                    We can look at specific examples of this.

15:27:07  19  I'm just trying to lay out the ground rules here.

15:27:10  20                    There is another pervasive topic

15:27:12  21  throughout these that we've touched on earlier, which

15:27:13  22  is the type of victim blaming that the defense has

15:27:19  23  been keen to inject in this case throughout, such as,

15:27:21  24  oh, someone should have sold here.  They would have

15:27:24  25  made money.  Someone should have done this.  They

15:27:27  1    should have managed their trading better.

15:27:30  2              It's the type of stuff that is squarely

15:27:32  3    not relevant under the pattern instruction on

15:27:35  4    materiality in terms of the victim's negligence not

15:27:38  5    being a defense.  That's persuasive throughout these

15:27:42  6    expert reports as well.

15:27:44  7              And there's also a pervasive effort

15:27:47  8    through these report to admit a bunch of hearsay in

15:27:50  9    terms of the general consensus of the market was, or

15:27:54 10    people were saying this, that, and the other thing and

15:27:57 11    it was proof of the underlying events.  That sort of

15:28:02 12    testimony is not appropriate.

15:28:05 13              If it's helpful to the Court, we can walk

15:28:07 14    through one by one.

15:28:08 15              THE COURT:  I think it would be helpful.

15:28:11 16    Because --

15:28:13 17              MR. LIOLOS:  Certainly.  So we can start

15:28:14 18    with Aaron Hughes.

15:28:14 19              THE COURT:  Okay.

15:28:14 20              MR. LIOLOS:  Which I think was

15:28:21 21    Exhibit 1 -- I don't know if you have our filing in

15:28:22 22    front of you.

15:28:22 23              THE COURT:  I have it right in front of

15:28:22 24    me.

15:28:24 25              MR. LIOLOS:  First of all, Mr. Hughes, it

15:28:28  1    said in the disclosure that his curriculum vitae was

15:28:30  2    attached to the report.  It wasn't.  I don't know who

15:28:33  3    Mr. Hughes is.  We don't have any information about

15:28:35  4    his background, other than what's in the face of the

15:28:37  5    report.  We don't have his CV.

15:28:40  6              It says that he's been engaged --

15:28:43  7              THE COURT:  Could we get them a copy of

15:28:47  8    the CV right away?

15:28:47  9              MR. LEWIS:  We shall, Your Honor.  That's

15:28:47 10    an oversight.  I apologize.

15:28:54 11              Chip Lewis for Mr. Cooperman.

15:28:54 12              MR. FERTITTA:  Zachary Fertitta for

15:28:54 13    Mr. Deel.

15:29:04 14              I will get him a copy of the CV.  It is

15:29:05 15    attached to Filing 504.  It was filed on 9/6/23.

15:29:05 16              THE COURT:  All right.

15:29:11 17              MR. LEWIS:  Your Honor, I promise we'll

15:29:12 18    get it to him.

15:29:12 19              THE COURT:  All right.

15:29:14 20              MR. LEWIS:  But I'll get you a copy.

15:29:17 21              MR. LIOLOS:  Okay.  It wasn't attached to

15:29:18 22    the report that you sent me.

15:29:18 23              It also says that he had been engaged in

15:29:21 24    many cases litigated before various Courts as a

15:29:24 25    consulting expert, as well as a testifying expert.

15:29:26  1    The report itself discloses none of those cases.

15:29:29  2                    Does the filing have that list?

15:29:31  3                    MR. FERTITTA:  It does provided a number

15:29:33  4    of cases.  And I apologize and I'll get it to you.

15:29:35  5                    MR. LIOLOS:  Appreciate it.

15:29:36  6                    It states that he's qualified in, quote,

15:29:39  7    the field of data forensics.  I don't know exactly

15:29:45  8    what that is, I haven't looked at his CV, obviously,

15:29:47  9    but then he goes on to purport to testify to a number

15:29:54 10    of stockmarket terms, trading activity.  I don't

15:30:00 11    understand how the field of data forensics qualifies

15:30:02 12    someone as a stock market trader.  The report itself

15:30:09 13    doesn't link those two up.  I don't think there's a

15:30:11 14    sufficient basis in what I've seen disclosed.  Maybe

15:30:13 15    there's something --

15:30:13 16                    THE COURT:  Well, I mean, there's no way I

15:30:14 17    can rule on that just based on what you're telling me

15:30:18 18    or what I'm reading.

15:30:19 19                    MR. LIOLOS:  I would agree with you.  The

15:30:21 20    point of it --

15:30:22 21                    THE COURT:  Let's assume for motion in

15:30:26 22    limines that we're working on today that he's

15:30:28 23    qualified to opine on what he purports to opine to.

15:30:32 24                    MR. LIOLOS:  Okay.  So, again, there's --

15:30:39 25    if he's qualified to do that, I mean, there's a number

15:30:42  1    of definitions that he would take up in terms of swing

15:30:45  2    trading and the type of stuff that Mr. Melley is

15:30:48  3    talking about.  I mean, you know, I question whether

15:30:52  4    he's as qualified as Mr. Melley, but we'll put that

15:30:54  5    aside for today.

15:30:55  6                References to, you know, others' activity

15:31:00  7    on the internet or the stockmarket.  This goes back to

15:31:03  8    what we were talking about earlier in terms of other

15:31:05  9    good or bad conduct.  There's a lot of points in his

15:31:09 10    disclosure that talk about, you know, based on recent

15:31:12 11    news regarding a TRCH merger.  There was plenty of

15:31:17 12    speculation that TRCH would rise.  I mean, that talks

15:31:19 13    about hearsay.

15:31:20 14                He's quoting from news articles saying the

15:31:23 15    general consensus was, and then offering quotes from

15:31:26 16    news articles.  I mean, there's no foundation that any

15:31:30 17    of this stuff is tethered to what we're talking about

15:31:33 18    here.

15:31:39 19                And I think this line that Your Honor was

15:31:39 20    drawing earlier is really helpful.  And this is sort

15:31:40 21    of where it comes to the rub.  To the extent that a

15:31:42 22    defendant was talking about in the post, hey, oil is

15:31:46 23    going up, this is great, buy the stock.  He can

15:31:49 24    testify about the circumstances surrounding that.

15:31:53 25                But to have experts sit up there day after

15:31:55  1    day and just talk about what was floating around on

15:31:58  2    the internet, untethered from any of the defendants

15:32:00  3    and their state of mind, is sort of a bridge too far

15:32:03  4    and I think is 403 all day long the further we get

15:32:08  5    down this road.

15:32:16  6            You know, the third topic in here is

15:32:16  7    testimony about -- as to what defendants' opinions,

15:32:24  8    their knowledge or their mental states were.  So one

15:32:28  9    of the opinions --

15:32:28 10            THE COURT:  I'm granting that.

15:32:28 11            MR. LIOLOS:  Okay.

15:32:35 12            THE COURT:  What their mental states were,

15:32:38 13    unless he's got more psychiatric background than I

15:32:41 14    think he does, I'm not going to let him opine on their

15:32:44 15    mental state or on whether something is an opinion or

15:32:47 16    not.

15:32:48 17            MR. LIOLOS:  And, yes.  Thank you, Your

15:32:50 18    Honor.  This is connected to the news point, right.

15:32:53 19            One of the disclosures is, Mr. Matlock is

15:32:56 20    stating his opinion based on the fact that Westwater

15:33:01 21    Resources is a complementary company that mines and

15:33:02 22    purifies graphite materials and whatnot.

15:33:06 23            You know, first of all, the opinion --

15:33:06 24    according to Your Honor's ruling right now shouldn't

15:33:09 25    come in, but to the extent that a defendant hasn't

15:33:12 1    even talked about the news at issue, that's even

15:33:15 2    further afield, so there are examples existing out

15:33:15 3    here, which I think also should be precluded --

15:33:27 4              THE COURT:  Let me back up on something.

15:33:29 5              MR. LIOLOS:  Yes, sir.

15:33:30 6              THE COURT:  I mean, there are instances

15:33:31 7    that I've seen in the record where something is

15:33:35 8    clearly an opinion.  And, I mean, there's no disputing

15:33:42 9    if he's, in my opinion X.  That's going to be clearly

15:33:48 10   opinion.

15:33:49 11             Now, an expert can't say, well, I think

15:33:53 12   that's an opinion.  We don't need an expert to say

15:33:56 13   that.  It says it's in my opinion.  But they can rely

15:34:02 14   on that as being an opinion.

15:34:08 15             So, now, if they say, you know, the wall

15:34:14 16   is brown, well, that's getting more in the gray area

15:34:16 17   of whether that's an opinion or a declarative

15:34:18 18   statement.

15:34:19 19             MR. LIOLOS:  And I think the concern here

15:34:21 20   is that the testimony related to, oh, that's

15:34:30 21   Mr. Matlock's opinion, they're purporting to have the

15:34:32 22   expert come in and say, well, his opinion is clearly

15:34:34 23   based on all of this other market activity that's

15:34:36 24   going on in the background.  And that's an

15:34:40 25   impermissible link that has no foundation.

15:34:42   1          So to the extent that those examples don't

15:34:44   2   have any foundation, I don't know that --

15:34:44   3          THE COURT:  The problem, I guess is what

15:34:45   4   I'm pointing out to you, that -- I mean, we're looking

15:34:50   5   at this in the context of a motion in limine.  And

15:34:51   6   what I'm going to have to look at it is in the context

15:34:53   7   of whatever question is being asked.

15:34:58   8          So unless --  until I know what the --

15:35:01   9   what it pertains to, I can't really rule on it as a

15:35:04  10   motion in limine.

15:35:07  11          MR. LIOLOS:  Understood.  It's difficult

15:35:09  12   lines to draw in the abstract.

15:35:11  13          I think the key points are -- I think Your

15:35:13  14   Honor's tracking though.  It just has to be tethered

15:35:16  15   in some way to the defendant.  And there has to be a

15:35:18  16   foundational basis for the expert to testify to that

15:35:23  17   as it's relevant to what we're talking about here.

15:35:27  18          Again, 4 is back to the victim blaming

15:35:30  19   point.

15:35:36  20          5 goes to follower counts over time and

15:35:39  21   the causation issue; whether there's, you know, 5,000

15:35:41  22   or 125,000.  And they want to opine that, you know,

15:35:46  23   whether a tweet is directed at 5,000 people, it

15:35:51  24   couldn't have influenced the marketplace in the

15:35:55  25   abstract.  We're going to hear from people who did

15:36:01  1  read and respond to the tweets.

15:36:03  2          THE COURT:  Well, I think this is the flip

15:36:05  3  side of one we've already granted, and that is

15:36:06  4  Mr. Williams's motion that, you know, no one, at least

15:36:11  5  that we've heard of so far, is equipped to opine

15:36:15  6  whether a certain tweet affected one person or 100,000

15:36:19  7  people.

15:36:21  8          MR. LIOLOS:  I would agree with you.

15:36:23  9          THE COURT:  I mean, it affects both sides

15:36:24 10  both ways.  You can't say -- you know, the government

15:36:26 11  can't say that, well, you have 500,000 followers, so

15:36:30 12  500,000 people were misled.  On the flip side, you

15:36:36 13  can't say, well, no one reads this, so no one was

15:36:39 14  misled.  I mean, it's -- you know, it's almost a good

15:36:42 15  for the goose, good for the gander rule.

15:36:44 16          MR. LIOLOS:  Absolutely, Judge.  Thank

15:36:44 17  you.

15:36:46 18          And I do think -- I mean, we assumed at

15:36:50 19  the outset of this discussion that, you know, he was

15:36:51 20  qualified to provide all of this information.  But

15:36:54 21  being certified in the field of data forensics, that's

15:36:57 22  a long leap between these sorts of arguments that

15:37:00 23  we're talking about.

15:37:07 24          And he wants to present also a lot of

15:37:09 25  cumulative fact testimony that is in Ms. Garibotti's

231

15:37:14  1  charts, which I understand there's not a huge dispute

15:37:17  2  over the math of it.  So to the extent that he's going

15:37:21  3  to, you know, talk about charts or fact testimony that

15:37:26  4  really isn't in dispute because it's shown on the

15:37:29  5  charts, I would -- that's 403, but we can address that

15:37:31  6  as it comes in.

15:37:33  7        Does Your Honor have anything else on

15:37:35  8  Mr. Hughes or should we turn to Mr. Marks?

15:37:40  9            THE COURT:  Let's go to Mr. Marks.

15:37:42  10           MR. LIOLOS:  Okay.  So, again, point 1

15:37:43  11  here is the first point we were talking about and

15:37:47  12  disclosure requirements, rules governing market

15:37:51  13  participants in general; you know, what's going on in

15:37:53  14  the regulated securities industry, brokers, all that

15:37:56  15  sort of stuff.

15:37:57  16       I mean, it just doesn't have any relevance

15:38:00  17  to the defendants in this case.  I don't know why

15:38:02  18  we're talking about it, other than to trot out all

15:38:06  19  these rules in front of the jury and say, hey, my guys

15:38:09  20  doesn't violate any of these things that don't apply

15:38:11  21  them, so they couldn't have done what they're charged

15:38:14  22  with.  I mean, there's just -- it has no relevance and

15:38:15  23  there's no reason to waste anybody's time with that.

15:38:18  24       Point 2 is the day trading topics that we

15:38:23  25  were talking about.  So they want to back-door in an

15:38:29  1    ultimate issue and say that, essentially, Mr. Matlock

15:38:31  2    was day trading and slip in "day trading" instead of

15:38:35  3    "legal."

15:38:36  4              THE COURT:  See I'm missing the point on

15:38:38  5    that.  I mean, I'm missing why you're upset about it

15:38:43  6    and I'm missing why the defendants want it.

15:38:46  7              MR. LIOLOS:  Because they want to lay

15:38:47  8    out -- they want to basically describe Mr. Matlock's

15:38:50  9    trading as day trading and say, oh, look this is what

15:38:55 10    I just described, it's legal.  It's an ultimate issue

15:38:57 11    conclusion that's coming in.

15:39:02 12              THE COURT:  Well, day trading itself is

15:39:04 13    legal.  And what these individuals were doing I think

15:39:10 14    everybody concedes was day trading, wasn't it?  I

15:39:13 15    mean, is there any argument about that?

15:39:16 16              MR. LIOLOS:  But a witness shouldn't talk

15:39:18 17    about what is or is not legal.  I mean, that's your

15:39:20 18    job --

15:39:20 19              THE COURT:  Well, I agree with that.  But

15:39:23 20    he can say, you know, is there any regulation or any

15:39:28 21    securities thing that says you can't be a day trader.

15:39:34 22    No.  I mean, that's kind of borderline, but --

15:39:37 23              MR. LIOLOS:  But to then compare and say,

15:39:40 24    oh, this is day trading, this is --

15:39:40 25              THE COURT:  But I don't think he can

233

15:39:42  1  say -- I'm not going to let him or anybody else say --

15:39:45  2  look at a transaction and say, this transaction was

15:39:47  3  legal, this one wasn't legal.

15:39:49  4            MR. LIOLOS:  So I think they just want to

15:39:50  5  use --

15:39:51  6            THE COURT:  That's what the jury is going

15:39:53  7  to decide.

15:39:54  8            MR. LIOLOS:  I'm tracking with you.  I

15:39:55  9  think basically the thrust of this is, instead of

15:39:57 10  using the word "legal," he's just going to say day

15:40:00 11  trading and I've already defined that as legal, so

15:40:00 12  when I call it day trading, I'm just calling it legal.

15:40:06 13  Legal, legal.  And it's a 704 --

15:40:06 14            THE COURT:  But you're going to get up on

15:40:08 15  cross-examination and say, is it legal to lie to these

15:40:10 16  people.

15:40:10 17            MR. LIOLOS:  Again, I just think that the

15:40:12 18  witness -- the expert shouldn't be coming in and

15:40:14 19  talking about what is or's not legal.

15:40:20 20            THE COURT:  Well, I'm not going to let him

15:40:22 21  opine on the law, even though he's a law professor.

15:40:22 22            MR. LIOLOS:  Okay.  Thank you, Judge.

15:40:28 23            THE COURT:  You open that door, we'll

15:40:29 24  never get that door shut.  But he certainly -- I mean,

15:40:38 25  and I don't want to say this pejoratively.  But I

234

15:40:43  1   can't see why we're wasting time -- I can see why you

15:40:47  2   don't want him to say, I've looked at everything

15:40:51  3   Mr. Matlock did and everything Mr. Matlock did was

15:40:53  4   legal.  Okay.  And I'm not going to let him do that.

15:40:58  5            You know, but why are we worried about

15:41:03  6   whether day trading is legal or not?  Because it is

15:41:06  7   legal.

15:41:07  8            MR. LIOLOS:  Because if he's defining it

15:41:09  9   as legal and then saying everything I've seen

15:41:11 10   Mr. Matlock doing is day trading, that's a back-door

15:41:15 11   704 --

15:41:16 12            THE COURT:  You guys -- and I know what

15:41:19 13   you're trying to say and I agree with you.  Okay.  But

15:41:22 14   in the long scheme of things, you guys aren't actually

15:41:26 15   complaining about the trades.  You're complaining

15:41:30 16   about what they told the public about the trades.

15:41:33 17            MR. LIOLOS:  Indeed.  And by giving it the

15:41:36 18   imprimatur of it being day trading, that's inserting a

15:41:39 19   comment on the fraudulent intent.

15:41:42 20            THE COURT:  But your own witness is going

15:41:44 21   to admit it's day trading, isn't she?  I mean, how

15:41:50 22   could -- she did all these charts with trades like

15:41:52 23   five second apart.

15:41:53 24            MR. LIOLOS:  I think that the issue here

15:41:54 25   is the concept of day trading being legal or illegal

235

15:41:58  1  is a way to back-door in the legal conclusion, right.

15:42:00  2  I don't know that she's even going to talk about the

15:42:02  3  concept of day trading.  I'm not sure.

15:42:08  4          THE COURT:  Well, I mean, the whole

15:42:08  5  point is -- now, I might agree with you on a relevance

15:42:11  6  argument that -- unless somebody claims day trading is

15:42:15  7  illegal, it's not relevant because it is legal.  You

15:42:19  8  know, there shouldn't be a fight about it.

15:42:26  9          But I guess -- and I understand your

15:42:26 10  point.  And I agree with your point about not

15:42:28 11  testifying that a certain act that the defendants

15:42:32 12  accused of was a legal act or it was illegal.  I'm not

15:42:37 13  going to let him testify to that.

15:42:38 14          But I guess -- I have to hear the

15:42:42 15  question, I guess, about -- that you're worried about

15:42:45 16  before I can say whether I grant an objection to it or

15:42:48 17  not.  Because, I mean, he certainly -- if -- let me

15:42:58 18  back into it maybe.

15:43:00 19          If the defendants in this case had done

15:43:06 20  everything they did and profited just like they did,

15:43:11 21  or didn't do, depending on how well they did it, but

15:43:17 22  hadn't said a word on the internet, they wouldn't have

15:43:19 23  been prosecuted.

15:43:21 24          I mean, am I missing something?

15:43:23 25          MR. LIOLOS:  Nope.  You hit the nail on

15:43:25  1    the head.

15:43:27  2              THE COURT:  Okay.  Well, so the actual

15:43:28  3    trading part of it was totally legal.  Even on your

15:43:32  4    side of the fence.

15:43:35  5              MR. LIOLOS:  It's hard to divorce the

15:43:37  6    trading from the statements, but I hear what Your

15:43:39  7    Honor is saying.

15:43:40  8              THE COURT:  Yeah.  Now it's what they said

15:43:42  9    about the trades, either before or after, that

15:43:47 10    concerns y'all that they misled all these people.

15:43:50 11              MR. LIOLOS:  And I hear what you're

15:43:51 12    saying, is we can cross him on it.  But I'm just

15:43:53 13    concerned about the imprimatur of saying they're

15:43:56 14    just --

15:43:57 15              THE COURT:  Well, I'm granting your motion

15:43:59 16    to the extent that I'm not going to allow anybody to

15:44:01 17    say, was one of these acts legal or illegal?  But

15:44:13 18    that's as close as I can get until I hear a question.

15:44:16 19              MR. LIOLOS:  Understood, Judge.  Thank

15:44:16 20    you.

15:44:18 21              Are we on number 3?  That's the victim

15:44:21 22    blaming point again.  You know, they want to go

15:44:26 23    through all these points where Mr. Matlock said trade

15:44:29 24    your own plan.  And maybe people didn't, you know,

15:44:32 25    execute as well as they should have.

15:44:34 1          I mean, it's, again, trying to disclaim
15:44:35 2   away liability for the fraud.  It's not legally
15:44:38 3   relevant because the victim's negligence or stupidity
15:44:42 4   doesn't explain away the fraud.  That's right in the
15:44:46 5   Fifth Circuit --
15:44:47 6          THE COURT:  Well, it might be relevant,
15:44:48 7   though, of the defendants' intent to commit fraud.  I
15:44:52 8   mean, so I'm not granting that again until I hear the
15:44:55 9   question and what it's addressed to, because it may be
15:44:58 10  relevant on some other issue.  That has nothing to do
15:45:02 11  with what the victims did or didn't do.  It's what the
15:45:05 12  victims -- the alleged victims were told.
15:45:09 13         MR. LIOLOS:  Fair enough.  And we would
15:45:10 14  preserve hearsay objections and all sorts of things
15:45:13 15  for those.
15:45:13 16         THE COURT:  Well, absolutely.  I'm not
15:45:14 17  ruling on that.
15:45:18 18         MR. LIOLOS:  Fair enough.
15:45:19 19         So, again, number 4 here is traditional
15:45:21 20  market manipulation versus the actions in question in
15:45:24 21  this matter is how they defined it.  I mean, that's
15:45:28 22  the novelty of the charges that we were discussing
15:45:29 23  earlier.  It's a way to back-door in the concept that,
15:45:34 24  you know, this is a novel set of charges and all sorts
15:45:37 25  of things of that matter, in terms of legally

15:45:42 1  irrelevant stuff to the jury's question, which is:

15:45:45 2  Whether the defendants did or didn't do what they've

15:45:48 3  been charged with.

15:45:51 4          You know, that's not helpful to them in

15:45:51 5  determining --

15:45:52 6          THE COURT:  Well, I'm not granting that.

15:45:57 7  Obviously, he's not going to testify until after your

15:45:59 8  expert testifies.  And, you know, if your expert

15:46:06 9  testifies that -- well, this is a unique pump and dump

15:46:08 10 scheme, I think their expert ought to be able to say,

15:46:13 11 yeah, it's unique.  It's never happened before.

15:46:18 12         MR. LIOLOS:  Understood.

15:46:23 13         So number 5 goes to, you know, publicly

15:46:25 14 available trade news and its affect on stocks.  This

15:46:29 15 is, again, just an effort to talk about all the

15:46:33 16 free-floating stuff that was going on on the internet,

15:46:36 17 without any foundation or connection to the

15:46:38 18 defendants' conduct or victim or the things that are

15:46:41 19 at issue here in terms of their intent.

15:46:48 20         To the extent that something was just

15:46:49 21 floating around on the internet and no -- there's no

15:46:50 22 evidence that anyone saw, it just has no relevance to

15:46:53 23 what we're talking about.

15:46:54 24         THE COURT:  Okay.  And we'll have to take

15:46:55 25 that on a question-by-question basis, because some of

15:46:58  1    it was tethered to tweets.  I mean, some of it -- the

15:47:07  2    tweets talk about stuff that's happening out in the

15:47:09  3    public.

15:47:10  4                MR. LIOLOS:  And I think that is a fair

15:47:11  5    line to draw on the issue.

15:47:14  6                THE COURT:  But I'm not allowing him to,

15:47:17  7    you know, make up that everything got traded this way

15:47:21  8    because Hamas invaded Israel or something.

15:47:30  9                MR. LIOLOS:  Thank you, Judge.

15:47:31 10                6 deals with the FINRA records.  I don't

15:47:32 11    know if Your Honor wants to table that until we talk

15:47:36 12    about them.  But he wants to talk about FINRA's

15:47:39 13    investigation --

15:47:40 14                THE COURT:  Let's table that.

15:47:42 15                MR. LIOLOS:  Number 7 is testimony about

15:47:43 16    the COVID market of 2020 and 2021.  Again, you know,

15:47:48 17    this is far afield.  I don't know what it's tethered

15:47:52 18    to.  It's general market commentary, observation about

15:47:58 19    the influx of volume into the markets during this time

15:48:00 20    and the remarkable rise in markets overall.

15:48:04 21                You know, this is not a historical door of

15:48:07 22    how COVID impacted the stock markets.  We've defined

15:48:10 23    this to 54 tickers and time periods.  You know, I

15:48:16 24    think it's confusing to go far afield.

15:48:21 25                THE COURT:  Well, let me say this on that:

15:48:24  1   I mean, you guys are going to present -- by "you guys"

15:48:28  2   I mean, the government -- is going to present a --

15:48:31  3   some background in your part of the case.

15:48:37  4           As a general background into this, the

15:48:43  5   fact that a lot of people are at home living on their

15:48:47  6   computers because of COVID and doing the kind of

15:48:52  7   trading that was being done.  I mean, while it may not

15:48:59  8   be relevant to the charges, I mean, the jury has to

15:49:02  9   have some context.

15:49:07 10           I mean, I don't know -- I mean, you guys

15:49:09 11   have been living with this.  I've just been looking at

15:49:12 12   evidence here in the last couple of weeks.  And I'm

15:49:16 13   amazed of how many people are doing this so frequently

15:49:21 14   like this, and they're talking to each other while

15:49:23 15   they're doing it.

15:49:25 16           And so I think both sides need to consider

15:49:30 17   there has to be a little context to explain this to

15:49:33 18   the jury, because if we don't have a day trader on the

15:49:42 19   jury -- and I'm probably guessing we're not -- they're

15:49:43 20   not going to know how this works.

15:49:46 21           And it's -- I don't know who will

15:49:49 22   ultimately benefit, but I think both sides are going

15:49:51 23   to need to have some context here, because the

15:49:53 24   government, you're going to try to say to the jury

15:49:55 25   that's why these texts and -- are so important.

241

15:50:02 1    Because these people live and die on what they see on

15:50:04 2    their computer and phones.  They weren't texts.

15:50:09 3    Tweets, whatever they are.

15:50:10 4              And the defense is going to say this is a

15:50:15 5    culture.  You don't realize that these people live

15:50:17 6    online on their computers.

15:50:21 7              And so I don't want it to get far afield,

15:50:25 8    believe me.  I'm going to rein it in some.  But

15:50:28 9    there's got to be some background here or the jury's

15:50:32 10   not going to understood it.

15:50:32 11             MR. LIOLOS:  Understood and agreed, Judge.

15:50:33 12   I think the concern here -- there has to be some sort

15:50:35 13   of context.  The concern here is just getting far

15:50:37 14   afield down, oh, there's a bunch of meme stocks, you

15:50:40 15   know, my client was trading GME, Game Stop, all those

15:50:46 16   other things that aren't in the 54 and sort of a way

15:50:48 17   to back-door in all of that other good conduct,

15:50:50 18   quote/unquote.  So that's sort of the line we're

15:50:53 19   trying to draw here.

15:50:54 20             THE COURT:  That gets us to Mr. Auslander.

15:50:58 21             MR. LIOLOS:  Again, I mean, it's the same

15:51:01 22   steam, different day, right.  Talking about how the

15:51:04 23   defendants weren't registered, licensed, you know, not

15:51:08 24   covered by all these other FINRA and SEC regulations

15:51:13 25   that rule practices, strategies, indices standards for

15:51:17 1    institutional investors -- I mean, I don't know why

15:51:19 2    we're talking about institutional investors.

15:51:22 3            Commodities trading, I mean, I don't think

15:51:24 4    there's any allegations of commodities trading.  You

15:51:30 5    know, it's not improper or illegal for retail traders

15:51:34 6    to use social media to publicize or tout stocks.

15:51:35 7    They're talking about the legally and illegality of

15:51:38 8    all sorts of behavior.

15:51:41 9            You know, take your pick here.

15:51:43 10           THE COURT:  Again, this is going to have

15:51:44 11   to be judged on how the question is phrased.  And,

15:51:57 12   quite frankly, by this point in time, what the

15:52:01 13   government's witnesses have already testified to.

15:52:12 14           MR. LIOLOS:  Yeah, I think that's fair,

15:52:12 15   Judge.

15:52:12 16           I would say I don't know why an

15:52:14 17   institutional investor discussion would take place in

15:52:16 18   this case, because nobody's alleged to be an

15:52:18 19   intuitional investor.  But fair enough to defer to the

15:52:21 20   questioning.

15:52:25 21           And then Mr. Evans here, I think it was

15:52:29 22   just a woefully deficient disclosure.  It's been a

15:52:32 23   while since I've looking at this, but there's all this

15:52:36 24   proffered testimony about his examination and analysis

15:52:38 25   of various stock price movements, high frequency

15:52:47 1    trading data, Twitter and Discord communications

15:52:49 2    associated with multiple stocks listed in the

15:52:51 3    superseding indictment, including the substantive

15:52:53 4    counts.  But it doesn't offer what those opinions are,

15:52:57 5    what the reasons and bases therefore are.  I think

15:53:00 6    it's just deficient disclosure.

15:53:02 7            And I think I heard Your Honor earlier

15:53:04 8    saying that to the extent that something hasn't been

15:53:07 9    disclosed, it's not going to be testified about.  And

15:53:09 10   what's good for the goose is good for the gander.

15:53:14 11           THE COURT:  And I agree with that still.

15:53:18 12           MR. LIOLOS:  So to the extent -- I mean,

15:53:19 13   obviously we can address this as the testimony arises,

15:53:21 14   but to the extent it hasn't been disclosed, you know,

15:53:27 15   I don't think it should be --

15:53:29 16           THE COURT:  All right.  And to that extent

15:53:31 17   with regard to Mr. Evans, I'll grant the motion in

15:53:34 18   limine to the extent that anything he purports to

15:53:36 19   testify has not been disclosed.

15:53:42 20           MR. LIOLOS:  Thank you, Judge.

15:53:42 21           MR. ROSEN:  Judge, can I address two quick

15:53:46 22   points with regards to their last points about the

15:53:49 23   experts?

15:53:49 24           THE COURT:  Yes.

15:53:50 25           MR. ROSEN:  They are our experts.

15:53:56  1          Day trading.  Which it's all that they
15:54:00  2   want precluded, because their own expert is trying to
15:54:03  3   define it in their disclosures.
15:54:05  4          But the point is this:  My client was a
15:54:09  5   day trader.  What the government is saying is that
15:54:11  6   simply tweeting positive stuff about a stock means you
15:54:14  7   shouldn't have sold.  The whole ethos of day trading
15:54:19  8   is that as the stock goes up, you slowly scale out of
15:54:22  9   your position to lock in profits.
15:54:24 10          It's not inconsistent with having a
15:54:26 11   positive view of a stock.  In fact, it's completely
15:54:30 12   consistent, while also selling off parts of your
15:54:31 13   position.  We're going to have a witness come and
15:54:34 14   testify that as the stock goes up, he would sell off
15:54:37 15   about 75 percent of his position and keep 25 percent
15:54:40 16   of it in case the stock really shot up as part of sort
15:54:44 17   of a going-to-the-moon-type scenario.  That's
15:54:46 18   completely consistent with day trading.
15:54:49 19          And, more importantly, it goes to my
15:54:51 20   client's intent to cheat and intent to defraud.
15:54:53 21   That's exactly why we need it.  We're not arguing
15:54:55 22   whether it's legal or illegal.  It doesn't matter.
15:54:58 23   What matters is his state of mind, my client's, in
15:55:01 24   selling.  And that's why we need it.
15:55:04 25          The second thing is that, you know,

15:55:09  1    they're arguing that certain regulations are not

15:55:12  2    important or simply not applicable here.  That's

15:55:15  3    wrong.

15:55:16  4             The government has created what is --

15:55:18  5    appears to be a new crime:  Simply people getting

15:55:21  6    together, talking about stocks and trading the same

15:55:25  7    stocks.  They're all buying together.  And the

15:55:27  8    government -- that's part of their scheme that they've

15:55:29  9    charged.  And they've even deemed it front-loading.

15:55:34 10             The only point we're making is that that's

15:55:35 11    not illegal.  That's not a scheme.  If you -- the SEC

15:55:40 12    has very carefully defined regulations.  If you own

15:55:43 13    more than 5 percent, you have to disclose.  You're

15:55:47 14    insider or director, you have to disclose.

15:55:48 15             There is nothing preventing them from

15:55:51 16    getting together, trading ideas, and purchasing the

15:55:55 17    same stocks, as long as they don't go above the

15:55:57 18    disclosure rules.  That's all we want to show to

15:56:00 19    combat the government's narrative that this

15:56:02 20    front-loading is somehow nefarious.

15:56:06 21             I mean, they've created this term

15:56:07 22    "front-loading," as if purchasing a stock before

15:56:09 23    publicly commenting it and disclosing your position is

15:56:12 24    wrong or illegal.  It's certainly not.

15:56:19 25             Finally, they've -- I don't know --

15:56:20  1    understand the basis for their objections to

15:56:22  2    Mr. Evans.  Mr. Evans has created hundreds of pages of

15:56:25  3    charts regarding the stock price movements of the

15:56:27  4    stocks at issue.  We've disclosed tick data, we've

15:56:30  5    disclosed trading data.

15:56:31  6            He's test -- his opinions -- first of all,

15:56:34  7    most of it's not opinion.  It's simply here is what

15:56:37  8    happened in the minutes after a tweet, or the minutes

15:56:39  9    before a tweet.

15:56:40  10           This is why -- you know, he's not going to

15:56:44  11   say, this is why a sale occurred.  He's going to say,

15:56:46  12   okay, there was a tweet here or there was a price

15:56:49  13   movement here.

15:56:50  14           The government and the defense have very

15:56:52  15   different views of this case.  The government views

15:56:53  16   this as static.  You know, a tweet, ten minutes later

15:56:57  17   a sale, aha, there must have been something nefarious.

15:57:01  18           What they don't understand is second by

15:57:02  19   second, minute by minute, the stock can radically

15:57:05  20   change.  We just heard about that earlier today.  GTT

15:57:09  21   exploded.  It went up 30 percent in 15 minutes.

15:57:13  22   Nothing to do with our guys.

15:57:14  23           Obviously people are going to take profits

15:57:16  24   off the table and sell.  It doesn't mean what they

15:57:18  25   said before was a lie or not.  It simply provides

15:57:22  1    context for what's going on.

15:57:23  2            The government wants us to be -- have no

15:57:25  3    context.  They want the jury to hear about this static

15:57:27  4    timeline where stocks don't move up and down, they

15:57:30  5    simply stay level throughout the day until there's a

15:57:33  6    tweet.  And that's flat-out false and it's wrong.  And

15:57:35  7    it goes to -- directly, again, to intent and to

15:57:39  8    materiality.

15:57:41  9            MR. ARMSTRONG:  Your Honor, I mean, I

15:57:44  10   think Mr. Rosen has the trifecta for things that are

15:57:46  11   being said that are going to be flatly contradicted by

15:57:48  12   the record.

15:57:49  13           If we can pull up Government's

15:57:51  14   Exhibit 115, please.

15:58:27  15           Anyway, the point of the Government's

15:58:28  16   Exhibit 115 is that Mr. Rosen is claiming that we have

15:58:30  17   created this term "front-load."  It's in the

15:58:33  18   government exhibit in a conversation with Mr. Matlock.

15:58:36  19   So I don't know where he's getting that from.

15:58:38  20           But the whole thrust of what he's trying

15:58:41  21   to say is that he wants to argue the novelty of this

15:58:44  22   case, which I think Your Honor has already excluded.

15:58:47  23           Now, just because SEC has not published a

15:58:49  24   rule about this, this is a novel case, that the jury

15:58:51  25   should not be able to convict on because who can

15:58:53  1    figure it out.  I think Your Honor gets why that's

15:58:55  2    improper.

15:58:57  3              THE COURT:  Okay.  All right.  Are there

15:59:04  4    any other motions in limine -- I think I've covered

15:59:07  5    them all that aren't tied to a particular exhibit.

15:59:28  6              Let's talk about the FINRA documents.  And

15:59:29  7    it's -- the government has a motion in limine to keep

15:59:30  8    the FINRA documents out just as a general category.

15:59:38  9              Who wants to address that, Mr. Liolos?

15:59:40 10              MR. LIOLOS:  Thank you, Judge.

15:59:46 11              This dovetails with the last point in that

15:59:50 12    the investigations, the conclusions, what have you of

15:59:56 13    civil regulators -- I mean, FINRA is not even a part

15:59:59 14    of the federal government, right.  It's a private

16:00:01 15    entity that's funded by its members and it's a

16:00:04 16    self-regulatory entity, like the Bar Association.

16:00:07 17              What they're looking at under different

16:00:13 18    standards, under civil laws, and under different

16:00:17 19    jurisdictions, just doesn't have anything to do with

16:00:20 20    the legal questions that the jury is going to be asked

16:00:23 21    to decide about whether the defendants did or didn't

16:00:25 22    do something.

16:00:32 23              And the best evidence of that is the

16:00:33 24    defendants' own actions, the defendants' own social

16:00:35 25    media activity, and all the facts that will bring to

16:00:38  1    bear on this case; bringing in the conclusions baked

16:00:40  2    into documents, not even a live witness, of what they

16:00:44  3    did or didn't conclude, looking at, frankly, who knows

16:00:47  4    what in terms of the scope of their investigation,

16:00:49  5    looked at different facts potentially, the Sonar

16:00:54  6    records themselves, there's no indication on the face

16:00:57  7    of them at all that they looked at the defendants'

16:00:58  8    social media activity, that they looked at the

16:01:00  9    defendants' trading.  Who knows exactly what they

16:01:03  10   looked at until you talk to every single person who

16:01:05  11   did the investigation.

16:01:06  12           It just doesn't have any relevance to the

16:01:09  13   points that the jury is going to be asked to decide

16:01:11  14   here.  They were looking at different things under

16:01:13  15   different standards.  And there is no point in getting

16:01:16  16   into mini-trial after mini-trial about what FINRA did

16:01:20  17   or didn't do in each one of these investigations.

16:01:26  18           MR. FORD:  Your Honor, if I may?

16:01:27  19           Let me just start by saying we don't plan

16:01:31  20   to and we don't think any of these documents should be

16:01:33  21   introduced into evidence or seen by the jury.

16:01:36  22           The reason I sought them was because the

16:01:39  23   government had made the claim in their indictment that

16:01:42  24   that my client was artificially inflating stock

16:01:45  25   prices.

16:01:46  1              And I continue to believe that in the

16:01:48  2    possession of the SEC and FINRA, which is a

16:01:52  3    quasi-regulatory agency under the auspices of the SEC,

16:01:55  4    that there are documents in their possession showing

16:01:57  5    that there were other actors in the market who were

16:02:01  6    engaged in that conduct, actual pump and dumps.

16:02:05  7              I feel highly confident, based on some of

16:02:08  8    the recent SEC complaints, both administrative and in

16:02:13  9    Federal Court, that they have those documents.  That's

16:02:15 10    what I was seeking.

16:02:16 11              The government failed to turn it over.  It

16:02:18 12    goes to the causation element.  To the extent we get a

16:02:21 13    ruling that they're not permitted to say that any of

16:02:25 14    these individuals caused the price or volume to move,

16:02:28 15    then I would have to concede that they did not -- I

16:02:31 16    mean, they didn't need to turn them over.

16:02:34 17              There's still a question as to whether

16:02:36 18    it's a *Brady* violation.  But as far as admissibility,

16:02:38 19    we were the ones who sought them.  We never had

16:02:41 20    intended to introduce this into evidence, FINRA's

16:02:45 21    conclusion or the SEC's.  And, frankly, we don't think

16:02:48 22    they should ever be shown to the jury.

16:02:50 23              MR. LIOLOS:  They're on their exhibit

16:02:52 24    list.  So forgive me if we were mistaken.

16:02:54 25              THE COURT:  I didn't hear you.

251

16:02:55  1                 MR. LIOLOS:  The SEC report and a number

16:02:59  2      of the Sonar docs, I think are on their exhibit list,

16:02:59  3      so --

16:03:01  4                 MR. FORD:  Not on ours.

16:03:01  5                 MR. LIOLOS:  The SEC report is.

16:03:03  6                 MR. FORD:  We will not be seeking to

16:03:05  7      introduce the SEC report, Your Honor.

16:03:07  8                 THE COURT:  All right.  You want to add to

16:03:07  9      this?

16:03:08  10                 MR. ROSEN:  Sure.

16:03:12  11                 Some of the FINRA documents, particularly

16:03:15  12      with the Sonar system, are on our exhibit list.  We

16:03:19  13      haven't yet decided exactly whether -- if we're going

16:03:23  14      to seek admission of all of them or some of them.

16:03:25  15      We've done that out of an abundance of caution.

16:03:27  16                 Point being very simply:  This is a

16:03:29  17      securities fraud case.  They're alleging a series of

16:03:31  18      pump and dumps.  They have a computer -- FINRA has a

16:03:34  19      computer system that detects whether there's market

16:03:37  20      manipulation, unusual volume, unusual demand, or

16:03:41  21      social media promotions.  And they determined in many

16:03:46  22      of these that there hadn't been.

16:03:48  23                 And so I think that's very critical

16:03:50  24      evidence.  And I can't -- you know, I guess the only

16:03:55  25      issue is whether they're business records or not.

16:03:57 1   We're not going to belabor the point.  And we had a

16:04:00 2   deposition where the -- where he -- you know, the

16:04:01 3   witness met the elements of business record.  That's

16:04:05 4   it.  We're not going to be -- we're not going to say

16:04:08 5   nothing occurred.  We're saying this particular

16:04:10 6   computer system did not defect what the government

16:04:13 7   claims was at issue.  That's all.

16:04:17 8         MR. LIOLOS:  Your Honor, that's not what's

16:04:18 9   in the report.  It's not simply that the computer did

16:04:20 10  or didn't defect what's at issue.  The reports

16:04:23 11  encompass the investigation and the conclusions of the

16:04:27 12  FINRA investigator who looked at whatever was going on

16:04:31 13  when the report dinged, right.

16:04:33 14        And we walked through at the last hearing

16:04:36 15  the other records that they want to keep out, when

16:04:39 16  Your Honor said if any of the FINRA stuff is coming

16:04:42 17  in, it's coming in together.

16:04:43 18        The two reports where they actually looked

16:04:44 19  at the defendants' conduct and actually looked at

16:04:47 20  their social media activity, they concluded that

16:04:50 21  something has gone on here, I need to refer to the SEC

16:04:52 22  because it's beyond our jurisdictional limit.

16:04:54 23        So point 1, we don't think any of this is

16:04:57 24  relevant because it's civil standards.  Civil

16:05:00 25  investigation.

253

16:05:00  1              But point 2, if any of it comes in, it's

16:05:04  2    all species of the same genus, it should all come in.

16:05:10  3              MR. ROSEN:  The lengthy investigative

16:05:11  4    reports prepared a year and a half or two years after

16:05:13  5    the events in question are, by definition, not

16:05:17  6    business records.  They're prepared rarely, not

16:05:20  7    frequently.  You know, once every month, once every

16:05:24  8    two months.  They're surmising what happened based on

16:05:28  9    very little information.  And they're completely

16:05:31 10    unreliable, and -- but, more importantly, they're

16:05:34 11    just not --

16:05:34 12              THE COURT:  So their FINRA reports are

16:05:37 13    unreliable, but yours aren't.

16:05:40 14              MR. ROSEN:  Because they're completely

16:05:41 15    different.  They're completely different.

16:05:42 16              The first are very quick snapshots of

16:05:44 17    trading activity in the market, where they're, okay,

16:05:47 18    this happened yesterday.  Here is our quick review of

16:05:49 19    it and we didn't see any evidence of market

16:05:51 20    manipulation or anything like that.

16:05:53 21              THE COURT:  Well, why wouldn't the FINRA

16:05:56 22    records a year later, when they actually went and

16:05:57 23    studied it, be more reliable?

16:05:59 24              MR. ROSEN:  They're completely unreliable.

16:06:01 25    What we actually walked -- we walked the witness

16:06:03  1   through various conclusions that FINRA made, and they

16:06:07  2   were linking together counterparties that had nothing

16:06:09  3   to do with each other.

16:06:10  4          They were saying -- you know, they were

16:06:12  5   saying that our guys had something to do with the

16:06:15  6   management of a particular stock.

16:06:16  7          You know, I -- you know, if you're going

16:06:19  8   to allow, you know, all records in, we'll withdraw

16:06:22  9   ours.  But I do think ours are relevant.  It's an

16:06:26 10   apples-and-oranges comparison.  I'm happy to show you.

16:06:29 11          But just because one set of records is a

16:06:31 12   business record does not mean lengthy investigative

16:06:34 13   reports, prepared without proper -- you know, looking

16:06:37 14   at -- at, you know, social media activity and

16:06:41 15   connections are valid.  It's just a different thing.

16:06:43 16          THE COURT:  Well, I have to say that I

16:06:45 17   think Mr. Ford's point is probably well taken.  That

16:06:48 18   if the government is not claiming that manipulated the

16:06:52 19   price, that they're then irrelevant.

16:07:00 20          MR. ROSEN:  Okay.

16:07:01 21          THE COURT:  And if the government -- and

16:07:01 22   that's more or less what I heard Mr. Armstrong say

16:07:05 23   this morning, that they're not going to try to claim

16:07:08 24   that the -- they pumped up the price.  That there were

16:07:13 25   other factors in it, but they were just going to hang

255

16:07:19  1    their hats on the fact that they allegedly lied about

16:07:26  2    not selling when they were selling, things of that

16:07:30  3    nature.

16:07:32  4              MR. ROSEN:  Could I offer a compromise?

16:07:36  5              THE COURT:  Sure.

16:07:37  6              MR. ROSEN:  Could we hold them in reserve?

16:07:38  7    They have a FINRA witness testifying.  Could we hold

16:07:41  8    them in reserve.  If we need them on cross, we'll

16:07:44  9    raise it for you --

16:07:45  10              THE COURT:  Well, outside the presence of

16:07:47  11    the jury.

16:07:47  12              MR. ROSEN:  Outside presence of the jury.

16:07:48  13              THE COURT:  It will simplify tomorrow if

16:07:51  14    we just -- we'll put FINRA on hold.

16:07:51  15              MR. ROSEN:  Fine.

16:07:53  16              THE COURT:  All right.

16:07:53  17              MR. LIOLOS:  Your Honor, could I just

16:07:54  18    correct one thing real quick?

16:07:54  19              THE COURT:  Yeah.

16:07:55  20              MR. LIOLOS:  Mr. Rosen has a deposition

16:07:57  21    transcript in which we walked through under oath the

16:07:59  22    business record questions.  And they applied to both

16:08:02  23    documents.  The only difference between the two sets

16:08:04  24    is that FINRA spent more time doing the full

16:08:07  25    investigation and looked at more stuff.

16:08:10  1            THE COURT:  Yeah.  I'll have to say

16:08:14  2  just -- not as an advisory opinion, but just as a

16:08:17  3  matter of construction that, you know, it's going to

16:08:21  4  be hard for me to admit part of the FINRA documents

16:08:24  5  but not all of them.

16:08:27  6            All right.  Here's where -- I'm going to

16:08:30  7  break for today.  Tomorrow we're going to start

16:08:36  8  actually admitting documents.  There is one -- no pun

16:08:44  9  intended -- intrinsic problem with that.  And that's

16:08:48  10  intrinsic versus extrinsic.  And what's part of a

16:08:52  11  conspiracy.

16:08:53  12            So that's going to be -- necessarily be

16:08:54  13  part of what we're talking about tomorrow.  But I want

16:08:56  14  to get as far in -- I'd like to admit -- I mean, if we

16:08:59  15  could get done with every parties' documents, that's

16:09:03  16  my goal, but clients don't have to be here.  If

16:09:08  17  they -- you know, obviously they're free to be here if

16:09:10  18  they want to.

16:09:13  19            If you're not involved in the documents,

16:09:16  20  lawyers don't have to be here.  But I need the lawyers

16:09:20  21  that know the most about the documents and whoever is

16:09:24  22  here needs to have the authority to speak for their

16:09:27  23  party.

16:09:31  24            I can promise you it will be a long, but

16:09:35  25  boring day.  See you tomorrow.  Let's say 9:30.  I've

257

16:09:41  1  got some criminal stuff I'm doing in the morning.  So

16:09:45  2  let's start about 9:30.

16:09:49  3          MR. FLEITES:  Does Your Honor perceive

16:09:52  4  wrapping up the pretrial tomorrow?

16:09:55  5          THE COURT:  I think that would be wishful

16:09:57  6  thinking on my part.

          7

          8                (Court in recess.)

          9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1                           **CERTIFICATE**

2    _____

3

4

5

6         I hereby certify that pursuant to Title

7    28, Section 753 United States Code, the foregoing is a

8    true and correct transcript of the stenographically

9    reported proceedings in the above matter.

10

11

12              Certified on March 20, 2024.

13

14              /s/ Nichole Forrest_____
15              Nichole Forrest, RDR, CRR, CRC

16

17

18

19

20

21

22

23

24

25

## $

**$1,305** [2] - 128:5, 128:14
**$1,591** [1] - 125:12
**$10** [1] - 131:2
**$100** [4] - 18:3, 19:6, 127:21, 135:2
**$110** [1] - 27:2
**$13,619,769** [1] - 128:3
**$13,621,074** [1] - 128:5
**$200,000** [2] - 27:15
**$250,000** [1] - 215:15
**$296** [1] - 124:21
**$296,241** [1] - 127:20
**$296,341** [3] - 123:16, 124:21, 127:20
**$297,833.04** [1] - 125:10
**$3** [1] - 85:20
**$500** [1] - 135:10
**$544,000** [1] - 122:9
**$705** [4] - 122:7, 123:6, 123:14, 124:20
**$750,000** [1] - 96:5
**$9.50** [1] - 131:4
**$9.77** [1] - 131:8

## '

**'22** [1] - 51:18
**'nother** [1] - 133:20

## /

**/s** [1] - 258:14

## 1

**1** [31] - 1:10, 41:3, 41:11, 41:17, 44:9, 44:12, 47:7, 48:11, 51:16, 51:24, 82:20, 82:22, 134:25, 135:1, 148:21, 148:24, 149:9, 149:13, 152:18, 165:10, 166:3, 172:4, 184:12, 187:15, 187:16, 195:21, 200:9, 205:23, 223:21, 231:10, 252:23
**1,000** [2] - 159:17, 191:3
**1.05** [1] - 142:22
**10** [5] - 8:2, 122:14, 131:5, 149:19, 196:7
**10,000** [1] - 208:12
**10.49** [1] - 137:6
**10.88** [1] - 137:5
**100** [7] - 86:25, 133:15, 146:1, 164:5, 185:3, 193:7, 194:8
**100,000** [7] - 137:5, 137:6, 137:8, 139:19, 139:20, 150:11, 230:6

**1006** [9] - 41:11, 50:22, 129:6, 141:8, 142:15, 144:25, 145:9, 158:8, 161:21
**100K** [1] - 151:5
**101** [1] - 184:23
**1099** [1] - 125:20
**1099s** [1] - 124:24
**10:04** [1] - 175:19
**10:36** [1] - 137:1
**10:49** [1] - 137:2
**11** [2] - 156:17, 181:19
**11.25** [1] - 137:8
**11.26** [1] - 137:7
**11.29** [1] - 137:8
**111** [1] - 95:14
**114** [1] - 117:13
**115** [2] - 247:14, 247:16
**11:37** [1] - 122:16
**12** [5] - 20:24, 51:15, 53:20, 86:2, 212:25
**125,000** [1] - 229:22
**13** [5] - 86:11, 93:1, 149:23, 175:19, 188:20
**1348** [5] - 23:13, 134:14, 188:1, 188:14
**1349** [3] - 188:2, 188:13, 188:21
**14** [4] - 46:19, 122:14, 148:25
**145** [1] - 184:15
**15** [4] - 89:9, 107:7, 212:25, 246:21
**150** [3] - 5:2, 136:4, 136:13
**16** [5] - 25:21, 46:19, 89:15, 107:7, 123:2
**160** [2] - 5:4, 192:21
**17** [2] - 158:22, 184:12
**175** [1] - 5:3
**18** [4] - 126:20, 188:8, 188:20, 188:21
**180** [4] - 22:18, 22:19, 22:20, 22:21
**181** [1] - 95:3
**19** [29] - 1:13, 46:17, 126:19, 141:1, 160:7, 181:11, 181:25, 182:3, 182:23, 183:19, 183:21, 184:1, 184:7, 184:13, 184:19, 184:21, 185:12, 186:3, 186:5, 186:7, 186:10, 186:19, 187:22, 187:25, 188:5, 192:5
**1980** [1] - 54:9
**19th** [1] - 121:21
**1:20** [1] - 95:18
**1:24** [1] - 95:18
**1:28** [1] - 95:18
**1:30** [1] - 95:18
**1A** [1] - 200:9
**1st** [1] - 4:9

## 2

**2** [19] - 22:17, 27:2, 58:13, 77:23, 93:22, 95:15, 149:7, 155:21, 156:17, 166:13, 187:16, 199:6, 199:8, 200:19, 214:9, 218:6, 218:19, 231:24, 253:1
**2,000** [1] - 123:16
**2.1** [2] - 212:22, 212:24
**20** [5] - 19:7, 165:18, 182:23, 258:12
**20,000** [4] - 137:7, 190:17, 190:18
**200** [1] - 184:19
**200,000** [1] - 150:12
**2018** [1] - 77:6
**2019** [1] - 170:21
**2020** [7] - 123:2, 124:12, 125:7, 148:24, 148:25, 239:16
**2021** [3] - 46:16, 122:15, 239:16
**2022** [2] - 46:9, 46:22
**2023** [1] - 193:9
**2024** [2] - 1:13, 258:12
**21** [1] - 184:22
**21(b** [1] - 110:5
**233** [1] - 197:17
**234** [1] - 197:17
**24** [1] - 26:17
**24-hour** [1] - 139:18
**25** [1] - 244:15
**26** [3] - 123:2, 124:12
**272** [4] - 123:1, 124:11, 160:6, 160:9
**27th** [2] - 3:15, 51:18
**28** [1] - 258:7
**28th** [1] - 3:20
**29** [1] - 153:22
**297** [2] - 125:15, 126:5
**299,999** [1] - 204:6
**2:00** [1] - 166:20
**2:22** [1] - 137:2
**2A** [2] - 166:14, 184:14
**2B** [1] - 95:1

## 3

**3** [17] - 122:16, 122:18, 126:16, 148:21, 148:23, 150:3, 153:19, 155:22, 157:1, 187:17, 199:6, 199:8, 201:10, 202:21, 206:19, 236:21
**3(d** [1] - 202:21
**30** [6] - 5:11, 5:12, 117:14, 126:12, 171:1, 246:21
**30-plus** [1] - 177:12
**300,000** [2] - 203:7, 203:17
**300ths** [1] - 127:22

**302** [1] - 109:14
**302s** [1] - 31:16
**31** [1] - 95:2
**332** [1] - 164:18
**35** [7] - 183:21, 184:21, 185:14, 186:6, 187:8, 192:5
**371** [2] - 188:9, 188:20
**38** [1] - 212:10
**394** [1] - 165:2
**397** [3] - 164:19, 181:14, 183:16
**3A** [1] - 166:14
**3B** [1] - 148:20
**3M** [1] - 97:8

## 4

**4** [10] - 57:19, 122:14, 126:16, 150:7, 166:4, 177:5, 208:23, 217:22, 229:18, 237:19
**40** [1] - 170:21
**401** [2] - 41:11, 141:8
**403** [8] - 41:11, 44:5, 104:11, 141:6, 183:21, 186:8, 227:4, 231:5
**404** [1] - 212:11
**404(b)** [1] - 190:10
**405** [2] - 67:23, 67:24
**409** [1] - 212:12
**41** [1] - 155:7
**412** [1] - 212:11
**43** [2] - 21:12, 156:20
**45** [1] - 26:15
**4:22-cr-612** [1] - 1:4
**4:30** [1] - 5:17
**4B** [1] - 212:10

## 5

**5** [8] - 72:24, 126:17, 137:10, 204:14, 205:1, 229:20, 238:13, 245:13
**5,000** [2] - 229:21, 229:23
**50** [3] - 77:24, 85:20, 149:9
**50,000** [7] - 130:18, 131:8, 131:16, 133:12, 134:4, 135:9, 203:20
**500** [8] - 134:21, 134:22, 134:25, 135:1, 135:3, 135:4, 135:5, 135:6
**500,000** [2] - 230:11, 230:12
**504** [1] - 224:15
**53** [1] - 27:11
**532** [1] - 141:23
**535** [1] - 41:1
**536** [2] - 54:18, 55:2
**538** [1] - 65:2
**539** [1] - 112:21
**54** [14] - 146:19, 181:9, 181:14,

181:15, 182:5, 182:11, 182:13, 182:16, 182:23, 185:1, 189:2, 189:4, 239:23, 241:16
**540** [1] - 121:2
**541** [1] - 171:23
**542** [2] - 196:12, 196:15
**543** [1] - 199:15
**544** [2] - 197:3, 197:13
**545** [3] - 209:21, 209:22, 209:24
**546** [2] - 197:14, 199:2
**547** [3] - 209:18, 210:6, 211:12
**548** [2] - 218:12, 219:23
**549** [3] - 219:12, 219:15, 219:16
**55** [5] - 112:1, 159:19, 184:15, 184:22, 187:16
**551** [1] - 220:3
**5:00** [1] - 51:12
**5:30** [1] - 6:3

## 6

**6** [7] - 75:21, 126:17, 137:11, 154:25, 154:4, 208:23, 239:10
**60** [1] - 58:13
**602** [1] - 145:4
**611** [2] - 183:22, 186:12
**65** [7] - 110:12, 150:17, 150:19, 151:4, 152:1, 152:9, 152:14
**6:00** [1] - 6:3

## 7

**7** [6] - 21:13, 75:23, 205:17, 209:6, 210:2, 239:15
**7(h** [1] - 57:5
**7(i** [1] - 59:2
**7(j** [1] - 60:1
**7(m** [1] - 61:10
**7(n** [2] - 61:10, 61:15
**7(o** [1] - 61:10
**7(r** [1] - 62:16
**70** [2] - 155:7, 219:18
**702** [2] - 145:4, 168:8
**704** [6] - 171:13, 221:15, 221:23, 222:15, 233:13, 234:11
**71** [5] - 133:14, 150:19, 152:1, 152:9, 152:14
**74** [1] - 150:18
**7468** [1] - 130:18
**75** [1] - 244:15
**753** [1] - 258:7
**7:30** [2] - 6:11, 6:12

## 8

**8** [4] - 45:12, 46:16, 181:19, 212:16
**8-K** [1] - 95:11

**8-Ks** [1] - 91:14
**801(d)(2)(e** [1] - 32:22
**801(d)(2)(e)** [1] - 32:7
**804** [1] - 145:5
**8:00** [2] - 6:11, 6:12

## 9

**9** [3] - 149:13, 181:19, 196:7
**9.77** [3] - 131:10, 131:17, 133:13
**9/6/23** [1] - 224:15
**90** [1] - 131:23
**99.999** [1] - 51:23
**9:00** [3] - 5:17, 6:3, 51:12
**9:17:57** [1] - 133:15
**9:19** [1] - 134:3
**9:19:25** [1] - 133:14
**9:30** [3] - 4:10, 256:25, 257:2
**9:32** [1] - 151:14
**9:51** [2] - 175:17, 176:2

## A

**a** [772] - 3:7, 3:14, 3:16, 3:18, 4:20, 5:2, 5:6, 5:8, 5:9, 5:11, 5:13, 6:4, 6:17, 6:20, 7:2, 7:5, 7:18, 7:21, 8:4, 8:6, 9:2, 9:18, 10:5, 10:8, 10:11, 10:22, 10:23, 11:6, 11:15, 11:18, 11:24, 11:25, 12:6, 12:25, 13:3, 13:4, 13:7, 13:10, 13:12, 13:13, 13:17, 13:19, 13:21, 14:11, 14:15, 17:18, 18:3, 19:5, 19:8, 20:22, 21:13, 21:25, 22:19, 23:22, 24:3, 24:8, 24:21, 24:23, 25:2, 25:19, 27:1, 27:2, 27:4, 27:5, 27:12, 27:13, 27:21, 28:8, 28:19, 28:22, 28:23, 28:24, 29:6, 29:20, 29:21, 30:1, 30:2, 30:8, 30:11, 30:14, 30:16, 31:5, 31:7, 32:4, 32:7, 32:21, 33:14, 33:23, 34:10, 34:15, 34:19, 34:25, 35:11, 35:16, 37:3, 37:10, 37:15, 37:22, 38:2, 38:9, 38:21, 39:21, 40:11, 40:18, 41:12, 41:17, 42:2, 42:18, 42:20, 43:1, 43:14, 43:15, 43:23, 44:12, 45:20, 45:21, 45:24, 46:4, 46:5, 46:6, 46:20, 47:4, 47:10, 47:20, 47:25, 48:8, 48:10, 48:25, 49:21, 50:3, 50:13, 50:20, 50:21, 50:23, 51:17, 51:25, 53:6, 53:12, 53:16, 53:20, 53:21, 54:5, 54:22, 55:3, 55:9, 55:13, 56:7, 56:11, 56:13, 56:23, 57:2, 57:5, 57:16, 57:18, 57:21, 57:25, 58:5, 58:14, 58:15, 58:18,

58:19, 58:25, 59:14, 59:16,
59:20, 60:3, 60:4, 60:10, 60:11,
60:14, 60:16, 60:22, 60:23,
60:24, 61:2, 61:24, 62:1, 62:3,
62:5, 62:21, 63:1, 64:11, 64:24,
65:13, 65:15, 65:16, 65:19,
65:21, 66:16, 67:11, 68:5,
68:21, 69:13, 69:19, 70:1,
70:12, 70:18, 70:21, 70:23,
71:7, 71:9, 71:10, 71:11, 71:17,
71:18, 71:21, 71:22, 72:1, 72:2,
72:16, 72:17, 72:20, 72:23,
72:25, 73:19, 73:20, 73:25,
74:3, 74:4, 74:7, 74:22, 76:3,
76:19, 77:3, 77:11, 77:12,
77:17, 77:20, 77:22, 77:23,
78:4, 78:6, 78:8, 78:9, 78:10,
78:14, 78:15, 78:18, 78:22,
79:4, 79:7, 79:13, 79:15, 79:19,
79:21, 80:11, 80:15, 81:10,
81:16, 81:18, 82:3, 83:2, 83:4,
83:7, 85:4, 85:15, 85:21, 86:9,
86:10, 86:14, 87:10, 87:12,
87:19, 87:21, 87:22, 88:4,
88:12, 89:2, 89:19, 90:5, 90:6,
90:21, 91:12, 91:13, 91:15,
91:19, 91:25, 92:14, 92:15,
93:8, 94:4, 94:6, 94:9, 94:11,
94:13, 96:13, 96:16, 96:22,
97:3, 97:20, 97:24, 101:7,
101:10, 101:11, 101:12,
101:21, 101:23, 102:24, 103:4,
103:15, 104:1, 104:10, 104:18,
105:8, 105:16, 106:10, 106:14,
106:21, 107:14, 107:21,
107:25, 108:4, 108:8, 110:22,
111:8, 111:13, 111:23, 112:12,
112:19, 113:17, 113:19,
113:21, 113:24, 114:2, 114:12,
114:13, 114:14, 114:24,
114:25, 115:10, 115:13,
116:13, 116:17, 117:22, 118:6,
118:12, 118:17, 118:19,
118:20, 118:21, 119:1, 119:7,
119:12, 119:18, 120:1, 120:13,
121:4, 121:12, 122:4, 122:10,
122:11, 122:17, 123:4, 123:5,
123:13, 123:15, 124:7, 124:23,
125:1, 125:18, 125:20, 126:12,
127:21, 127:22, 128:5, 128:6,
129:8, 130:1, 130:3, 130:12,
130:21, 130:23, 130:24, 131:7,
131:16, 132:1, 132:6, 132:11,
132:16, 132:19, 133:8, 133:11,
133:20, 133:21, 133:22, 134:9,
134:18, 135:6, 135:8, 135:13,
135:15, 135:21, 136:5, 137:2,
137:4, 137:5, 137:6, 137:7,
137:8, 137:22, 138:13, 138:14,
139:5, 139:18, 140:4, 140:23,
141:8, 141:17, 141:23, 141:24,

142:14, 142:19, 142:21,
142:25, 143:8, 143:10, 143:17,
144:3, 144:21, 144:25, 145:8,
145:9, 145:15, 145:18, 145:20,
145:25, 146:2, 146:6, 146:9,
146:12, 147:2, 147:22, 147:25,
148:5, 148:6, 150:4, 150:5,
150:10, 151:7, 151:14, 151:17,
152:11, 152:16, 153:5, 153:18,
153:25, 154:12, 155:8, 155:13,
155:17, 155:23, 155:24,
156:17, 157:1, 157:2, 157:5,
158:1, 158:4, 158:8, 158:9,
159:2, 159:10, 160:4, 160:15,
160:16, 160:19, 161:1, 161:15,
161:20, 161:24, 162:5, 162:18,
162:19, 163:17, 164:20,
164:25, 165:6, 165:16, 166:4,
166:9, 166:14, 166:19, 166:25,
167:15, 167:22, 167:23, 168:2,
168:5, 168:8, 168:13, 168:14,
168:17, 168:18, 168:20,
168:22, 168:23, 169:2, 169:16,
169:18, 169:22, 170:17,
170:19, 170:24, 171:3, 171:10,
171:19, 171:25, 172:7, 172:22,
173:3, 173:4, 173:6, 173:7,
173:9, 173:11, 173:12, 173:14,
173:21, 174:2, 174:3, 174:19,
174:24, 175:4, 175:6, 175:7,
175:12, 175:14, 176:8, 176:9,
177:18, 179:4, 179:7, 179:23,
180:4, 180:17, 180:20, 181:6,
181:20, 181:21, 181:23, 183:3,
184:1, 184:4, 184:22, 185:4,
185:8, 185:10, 186:2, 187:2,
187:6, 187:7, 187:21, 188:2,
188:10, 188:13, 188:14,
188:19, 189:11, 189:12,
189:13, 189:19, 190:6, 190:13,
190:18, 190:21, 192:17,
192:19, 192:24, 193:7, 195:11,
195:12, 195:15, 195:16,
195:17, 195:23, 196:1, 196:19,
196:20, 196:21, 197:9, 197:23,
198:4, 198:7, 198:17, 198:18,
199:19, 201:12, 201:19, 202:3,
202:5, 202:23, 203:7, 203:24,
204:17, 204:20, 206:1, 206:4,
209:24, 210:11, 211:2, 212:3,
212:20, 213:23, 214:21,
214:22, 214:24, 216:10, 217:5,
217:12, 217:25, 218:1, 220:13,
220:15, 220:18, 220:24, 221:6,
221:8, 222:11, 222:15, 222:17,
223:5, 223:7, 223:8, 224:7,
224:14, 224:20, 224:24,
224:25, 225:3, 225:9, 225:12,
225:13, 225:25, 226:9, 226:11,
226:21, 227:3, 227:21, 227:25,
228:17, 229:5, 229:9, 229:15,

229:23, 230:6, 230:14, 230:22,
230:24, 231:1, 232:16, 232:21,
233:2, 233:13, 233:21, 234:10,
234:18, 235:1, 235:5, 235:8,
235:11, 235:12, 235:22,
236:18, 237:23, 237:24, 238:9,
238:25, 239:4, 239:21, 240:2,
240:4, 240:5, 240:17, 240:18,
241:4, 241:14, 241:16, 242:22,
244:4, 244:6, 244:10, 244:11,
244:13, 244:17, 245:5, 245:11,
245:22, 246:8, 246:9, 246:11,
246:12, 246:16, 246:17,
246:25, 247:5, 247:18, 247:23,
247:24, 248:5, 248:7, 248:8,
248:13, 248:14, 248:15, 249:2,
250:2, 250:12, 250:17, 250:18,
251:1, 251:16, 251:17, 251:18,
252:1, 253:4, 253:22, 254:6,
254:11, 254:15, 255:4, 255:7,
255:20, 256:2, 256:10, 256:24,
258:7
**A** [21] - 1:18, 1:19, 1:21, 56:23,
83:18, 112:8, 121:16, 122:11,
130:19, 136:1, 137:13, 147:16,
153:14, 153:15, 153:18, 156:8,
166:17, 199:25, 200:11,
200:15, 200:22
**a.m** [3] - 122:14, 122:16, 137:1
**Aaron** [1] - 223:18
**abandoned** [4] - 90:4, 90:15,
106:6, 107:6
**ability** [4] - 42:10, 108:9,
143:19, 143:21
**able** [16] - 25:18, 49:3, 53:2,
88:13, 94:17, 95:25, 96:14,
106:3, 107:11, 123:17, 191:11,
192:24, 202:3, 206:25, 238:10,
247:25
**about** [288] - 4:21, 5:4, 8:25,
9:5, 15:10, 18:1, 20:13, 22:12,
26:12, 26:15, 27:1, 27:7, 28:18,
30:1, 31:12, 33:16, 35:19,
37:20, 37:25, 40:14, 43:24,
44:21, 46:19, 49:2, 49:5, 50:6,
54:18, 54:20, 56:10, 58:19,
59:3, 59:12, 59:20, 59:21,
60:17, 60:23, 60:24, 61:2,
61:11, 61:13, 61:19, 61:21,
62:12, 62:24, 63:6, 63:9, 63:10,
63:13, 63:15, 64:1, 67:2, 68:16,
69:14, 69:17, 70:14, 72:12,
75:20, 76:4, 78:21, 79:1, 79:16,
80:20, 81:25, 82:13, 83:14,
84:9, 85:7, 86:3, 86:11, 86:12,
86:16, 87:14, 88:3, 88:12,
88:17, 88:20, 89:1, 89:13,
89:18, 90:16, 91:7, 91:11,
91:23, 92:15, 93:2, 93:9, 93:20,
94:8, 95:20, 97:14, 99:12,

99:22, 100:12, 100:14, 100:20, 101:12, 102:15, 102:20, 103:25, 105:3, 105:4, 105:6, 105:10, 105:15, 105:24, 106:9, 106:21, 108:7, 110:3, 112:2, 112:23, 113:1, 113:6, 113:22, 114:12, 116:7, 117:16, 117:23, 117:24, 123:10, 124:23, 125:1, 129:3, 129:17, 134:20, 136:6, 137:10, 140:11, 141:10, 144:18, 146:9, 146:12, 147:9, 147:11, 148:13, 148:17, 149:21, 150:8, 150:13, 150:20, 150:21, 151:25, 152:13, 153:10, 153:20, 155:12, 156:7, 157:15, 157:20, 158:13, 158:20, 160:7, 160:17, 161:12, 165:10, 165:11, 165:12, 166:17, 167:3, 167:6, 168:12, 168:13, 168:16, 168:17, 170:5, 170:22, 171:2, 171:10, 171:11, 171:19, 172:19, 172:25, 173:6, 173:10, 173:22, 174:14, 175:21, 176:17, 178:19, 179:25, 183:25, 184:21, 186:19, 187:1, 190:21, 193:7, 194:18, 195:16, 195:20, 195:21, 197:21, 198:16, 201:12, 201:14, 201:16, 201:17, 201:20, 202:3, 202:22, 202:24, 203:16, 203:17, 204:4, 204:5, 206:21, 207:3, 208:2, 209:10, 209:14, 209:22, 210:2, 210:6, 212:14, 213:6, 214:3, 215:5, 216:17, 219:5, 219:10, 219:18, 220:16, 220:21, 224:3, 226:3, 226:8, 226:10, 226:13, 226:17, 226:22, 226:24, 227:1, 227:7, 228:1, 229:17, 230:23, 231:3, 231:11, 231:18, 231:25, 232:5, 232:15, 232:17, 233:19, 234:5, 234:15, 234:16, 235:2, 235:8, 235:10, 235:15, 236:9, 236:13, 238:15, 238:23, 239:2, 239:12, 239:15, 239:18, 241:22, 242:2, 242:7, 242:24, 243:9, 243:22, 244:6, 244:15, 245:6, 246:20, 247:3, 247:24, 248:6, 248:21, 249:16, 255:1, 256:13, 256:21, 257:2
**above** [2] - 245:17, 258:9
**absence** [1] - 109:13
**absolute** [1] - 128:11
**absolutely** [12] - 35:2, 114:10, 115:6, 119:25, 163:8, 164:1, 205:3, 213:16, 216:1, 216:9, 230:16, 237:16
**abstract** [2] - 229:12, 229:25
**abundance** [1] - 251:15
**abundantly** [1] - 143:14

**abyss** [1] - 194:8
**access** [1] - 109:13
**accident** [1] - 190:7
**accidental** [1] - 49:8
**accordance** [2] - 203:12, 203:13
**according** [7] - 10:21, 102:20, 174:25, 176:10, 211:15, 215:7, 227:24
**account** [3] - 47:18, 109:14, 113:24
**accountant** [1] - 170:13
**accurate** [11] - 43:21, 128:12, 128:17, 129:9, 137:16, 145:2, 156:4, 162:13, 162:14, 214:8, 216:9
**accurately** [1] - 135:16
**accused** [1] - 235:12
**ace** [1] - 199:14
**acknowledge** [2] - 59:5, 131:13
**acknowledged** [1] - 133:9
**acknowledging** [1] - 158:14
**acoustics** [1] - 21:23
**across** [2] - 187:3, 187:6
**Act** [1] - 38:10
**act** [7] - 131:15, 134:15, 134:17, 181:6, 201:24, 235:11, 235:12
**acting** [1] - 147:24
**action** [8] - 24:5, 24:10, 131:11, 203:10, 203:25, 213:4, 215:11
**actioned** [1] - 217:19
**actions** [22] - 10:23, 13:19, 24:5, 28:20, 96:12, 97:2, 100:16, 122:14, 122:19, 133:5, 134:13, 135:16, 135:17, 135:23, 138:17, 141:19, 160:23, 161:23, 215:2, 237:20, 248:24
**activities** [1] - 95:24
**activity** [16] - 49:10, 101:14, 108:15, 149:5, 179:8, 221:12, 221:23, 222:12, 225:10, 226:6, 228:23, 248:25, 249:8, 252:20, 253:17, 254:14
**actor** [1] - 98:2
**actors** [1] - 250:5
**acts** [7] - 36:2, 63:15, 68:1, 135:4, 185:24, 200:20, 236:17
**actual** [10] - 12:20, 40:3, 75:20, 90:9, 96:8, 116:23, 203:22, 215:10, 236:2, 250:6
**actually** [61] - 4:13, 5:3, 10:22, 13:4, 17:16, 25:13, 26:14, 27:18, 31:21, 37:6, 37:19, 40:5, 40:9, 52:5, 52:9, 54:13, 70:15, 74:24, 78:20, 95:13, 95:24, 97:2, 101:18, 110:10, 114:8, 136:11, 136:21, 136:24, 138:22, 139:2, 139:7, 139:8, 139:17, 142:21, 148:21, 150:9,

150:15, 150:25, 162:24, 165:5, 169:8, 173:5, 179:15, 182:10, 186:24, 190:1, 194:6, 194:9, 197:3, 206:18, 207:9, 213:16, 213:25, 215:15, 215:20, 234:14, 252:18, 252:19, 253:22, 253:25, 256:8
**actus** [3] - 134:16, 138:5, 141:16
**add** [16] - 10:1, 23:22, 33:5, 34:6, 34:14, 51:8, 74:2, 117:8, 118:1, 141:21, 150:12, 163:5, 187:8, 190:13, 251:8
**added** [2] - 127:3, 151:5
**addiction** [1] - 25:18
**adding** [2] - 30:1, 150:11
**addition** [5] - 36:10, 51:17, 73:5, 113:7, 202:11
**additional** [6] - 156:20, 163:8, 183:21, 184:21, 184:23, 186:6
**address** [19] - 37:21, 38:6, 44:9, 49:13, 65:8, 84:13, 87:25, 115:2, 141:7, 167:7, 183:10, 187:14, 196:6, 196:17, 201:15, 231:5, 243:13, 243:21, 248:9
**addressed** [9] - 112:10, 167:4, 169:13, 186:3, 196:5, 199:4, 199:5, 200:21, 237:9
**addresses** [1] - 141:24
**addressing** [1] - 41:2
**administration** [1] - 17:20
**administrative** [1] - 250:8
**admissibility** [3] - 81:15, 171:9, 250:18
**admissible** [6] - 70:24, 76:10, 143:9, 144:14, 144:23, 161:21, 190:10, 205:13
**admission** [2] - 30:16, 251:14
**admit** [5] - 204:5, 223:8, 234:21, 256:4, 256:14
**admitted** [5] - 90:4, 143:8, 145:16, 180:6, 219:6
**admittedly** [2] - 20:16, 162:12
**admitting** [4] - 9:24, 80:3, 180:1, 256:8
**admonishing** [1] - 211:25
**adopt** [1] - 51:2
**advance** [2] - 7:16, 50:19
**advice** [3] - 72:7, 80:19, 150:19
**advise** [1] - 219:13
**advisement** [1] - 169:24
**advisors** [1] - 74:22
**advisory** [1] - 256:2
**affect** [2] - 97:7, 238:14
**affected** [4] - 95:24, 96:13, 98:2, 230:6
**affecting** [1] - 101:6
**affects** [2] - 108:21, 230:9
**affidavits** [4] - 38:17, 39:14, 40:6, 40:7

**affirmed** [1] - 40:9
**afield** [6] - 105:22, 228:2, 239:17, 239:24, 241:7, 241:14
**after** [43] - 4:1, 4:6, 6:8, 6:10, 18:18, 19:4, 19:10, 21:17, 27:6, 28:19, 29:7, 29:11, 54:12, 57:22, 58:6, 62:24, 67:13, 69:15, 69:16, 69:17, 71:18, 100:21, 103:5, 136:9, 136:15, 136:19, 136:25, 150:15, 169:15, 192:14, 197:13, 210:19, 210:25, 211:14, 211:16, 214:12, 214:17, 226:25, 236:9, 238:7, 246:8, 249:16, 253:4
**afternoon** [2] - 3:19, 217:10
**afterwards** [1] - 215:13
**again** [61] - 8:4, 8:16, 16:1, 18:8, 18:15, 20:3, 36:15, 42:25, 43:2, 51:12, 59:24, 60:17, 61:18, 63:1, 70:18, 74:3, 75:3, 85:15, 93:15, 100:25, 114:17, 117:7, 123:6, 123:7, 124:6, 124:19, 127:12, 133:21, 134:6, 139:3, 147:5, 169:1, 169:21, 192:8, 192:16, 195:2, 200:3, 201:2, 202:9, 209:9, 211:19, 212:20, 212:22, 212:25, 215:17, 215:25, 216:5, 225:24, 229:18, 231:10, 233:17, 236:22, 237:1, 237:8, 237:19, 238:15, 239:16, 241:21, 242:10, 247:7
**against** [13] - 42:1, 55:18, 90:24, 93:22, 105:13, 126:15, 127:13, 132:13, 132:18, 141:2, 143:13, 147:14, 206:13
**agencies** [1] - 168:20
**agency** [2] - 49:20, 250:3
**Agent** [2] - 201:17, 206:20
**agent** [5] - 38:19, 39:12, 40:8, 40:9, 202:2
**agents** [4] - 38:22, 77:12, 77:13, 77:16
**agents'** [1] - 38:17
**aggressive** [1] - 49:20
**ago** [3] - 31:17, 39:21, 86:14
**agree** [19] - 23:14, 29:18, 31:24, 50:21, 68:20, 89:13, 96:21, 99:20, 115:25, 196:25, 204:25, 225:19, 230:8, 232:19, 234:13, 235:5, 235:10, 243:11
**agreed** [5] - 83:22, 104:23, 105:8, 209:17, 241:11
**agreement** [3] - 86:25, 182:10, 188:17
**ah** [1] - 105:25
**aha** [1] - 246:17
**ahead** [5] - 115:1, 121:19, 124:5, 172:5, 213:14

**aimed** [1] - 65:4
**ain't** [1] - 190:19
**air** [1] - 216:19
**Airlines** [2] - 80:14, 115:9
**al** [1] - 1:7
**alcohol** [1] - 25:18
**alert** [3] - 119:20, 172:11, 172:14
**alerting** [1] - 62:24
**Alex** [1] - 217:7
**Alexander** [1] - 1:19
**alibi** [3] - 108:23, 109:7, 109:15
**Alice** [1] - 21:4
**alike** [1] - 162:12
**alive** [1] - 54:17
**all** [192] - 3:6, 4:19, 6:14, 6:19, 7:18, 8:13, 8:15, 10:5, 11:4, 11:11, 13:25, 22:10, 28:25, 29:1, 31:1, 32:15, 32:16, 33:2, 34:24, 35:3, 37:14, 37:19, 40:25, 41:12, 42:14, 42:15, 44:17, 45:3, 47:24, 48:1, 48:6, 53:11, 54:6, 54:18, 56:17, 62:10, 62:13, 62:20, 63:14, 65:21, 67:6, 70:3, 70:17, 71:23, 74:18, 75:18, 77:25, 80:25, 81:13, 82:18, 84:1, 86:11, 86:21, 87:11, 88:10, 88:25, 89:22, 89:23, 91:14, 93:1, 94:12, 96:19, 97:9, 98:15, 101:5, 101:24, 105:1, 105:13, 107:17, 107:22, 107:25, 108:17, 108:25, 109:17, 109:24, 110:2, 111:17, 111:19, 112:11, 121:19, 122:22, 125:6, 125:7, 125:14, 125:22, 126:1, 126:9, 131:4, 133:16, 134:1, 134:25, 136:7, 140:12, 140:23, 140:25, 141:2, 141:3, 141:11, 142:8, 146:9, 147:15, 155:9, 162:17, 162:22, 164:16, 164:25, 165:25, 166:22, 167:2, 169:24, 170:8, 171:14, 171:22, 173:1, 174:13, 177:15, 178:5, 178:10, 180:24, 181:5, 182:7, 182:13, 183:2, 185:16, 188:9, 190:11, 190:16, 190:18, 190:20, 191:7, 191:22, 192:25, 198:15, 198:24, 199:1, 199:8, 200:18, 203:7, 203:8, 205:1, 206:8, 206:22, 209:9, 211:16, 213:17, 213:23, 216:19, 218:1, 218:15, 219:7, 219:17, 222:9, 223:25, 224:16, 224:19, 227:4, 227:23, 228:23, 230:20, 231:14, 231:18, 234:22, 236:10, 236:23, 237:14, 237:24, 238:15, 241:15, 241:17, 241:24, 242:8, 242:23, 243:16, 244:1, 245:7, 245:18,

246:6, 248:3, 248:5, 248:25, 249:7, 251:8, 251:14, 252:7, 253:2, 254:8, 255:16, 256:5, 256:6
**allegation** [3] - 29:11, 88:18, 90:6
**allegations** [18] - 14:7, 31:21, 101:18, 142:17, 142:23, 143:15, 143:22, 144:2, 144:10, 144:25, 145:2, 145:7, 145:10, 146:3, 147:4, 157:19, 200:23, 242:4
**allege** [11] - 10:11, 11:16, 12:12, 13:9, 15:7, 26:18, 28:14, 29:19, 93:10, 150:22, 195:11
**alleged** [49] - 10:25, 11:7, 12:11, 15:2, 19:15, 20:2, 20:5, 20:12, 22:5, 22:10, 26:16, 26:25, 27:25, 28:2, 31:5, 31:7, 36:17, 45:23, 56:14, 60:3, 60:11, 61:22, 63:2, 64:8, 64:10, 66:6, 83:6, 83:12, 93:12, 118:10, 154:20, 158:5, 180:13, 181:25, 187:19, 188:2, 188:16, 195:7, 195:9, 195:16, 195:17, 195:24, 203:14, 210:23, 215:5, 216:24, 237:12, 242:18
**allegedly** [13] - 57:6, 57:9, 57:14, 58:18, 156:18, 156:24, 156:25, 157:9, 157:10, 210:12, 210:13, 211:20, 255:1
**alleges** [3] - 14:8, 142:9, 175:15
**alleging** [7] - 24:2, 35:5, 160:11, 173:24, 193:11, 194:6, 251:17
**allow** [15] - 9:11, 88:22, 104:2, 105:23, 105:25, 106:14, 107:20, 111:11, 143:17, 159:9, 164:9, 171:15, 183:2, 236:16, 254:8
**allowed** [13] - 88:2, 90:16, 96:12, 128:25, 139:11, 173:15, 176:22, 180:8, 180:19, 193:13, 195:9, 195:15, 195:18
**allowing** [5] - 159:14, 162:16, 163:2, 178:8, 239:6
**allows** [4] - 91:18, 114:18, 182:4, 214:25
**alluding** [3] - 200:3, 218:6, 219:1
**almost** [4] - 92:5, 105:17, 162:11, 230:14
**alone** [5] - 33:17, 90:12, 114:2, 186:22, 203:17
**along** [5] - 42:3, 110:9, 118:25, 120:16, 177:20
**alphabet** [2] - 187:16, 187:17
**already** [29] - 35:18, 36:10, 57:2, 62:12, 76:2, 112:10, 125:18, 137:21, 142:16, 147:6,

161:11, 161:16, 178:6, 178:18,
178:23, 193:22, 195:21, 196:4,
199:4, 199:5, 199:20, 204:11,
210:20, 211:8, 218:10, 230:3,
233:11, 242:13, 247:22
**also** [50] - 5:20, 9:1, 11:8,
19:23, 33:19, 39:8, 42:13, 44:4,
44:11, 47:20, 51:18, 53:9,
54:18, 54:23, 58:11, 60:1, 60:3,
61:25, 68:25, 75:10, 75:13,
79:11, 80:19, 81:5, 96:15,
97:13, 100:23, 111:5, 122:4,
125:12, 134:4, 149:23, 151:15,
157:23, 158:7, 160:13, 165:15,
168:7, 168:16, 172:9, 190:6,
192:20, 214:10, 217:8, 217:20,
223:7, 224:23, 228:3, 230:24,
244:12
**although** [4] - 57:7, 134:6,
148:10, 179:24
**always** [3] - 12:25, 163:24,
164:13
**Alzamend** [2] - 126:23, 126:24
**ALZAMEND** [1] - 126:24
**am** [15] - 5:21, 6:1, 7:3, 61:15,
68:8, 79:14, 128:7, 141:6,
141:7, 156:2, 175:16, 176:1,
190:14, 194:15, 235:24
**amazed** [1] - 240:13
**amazement** [1] - 54:16
**Amazon** [1] - 24:14
**amend** [2] - 163:21, 164:5
**amended** [1] - 181:23
**Amendment** [10] - 66:3, 66:4,
66:8, 66:10, 112:12, 112:14,
112:18, 143:13, 145:5, 146:16
**AMERICA** [1] - 1:4
**America** [1] - 145:9
**America's** [1] - 53:22
**American** [2] - 80:14, 115:8
**Ameritrade** [18] - 125:5, 125:9,
125:11, 125:19, 127:20,
128:10, 128:14, 131:18,
131:19, 132:9, 133:3, 133:6,
133:8, 137:21, 141:18, 161:24,
162:12, 178:11
**amongst** [2] - 7:21, 119:20
**amorphous** [4] - 12:8, 57:13,
61:23, 116:22
**amount** [6] - 19:9, 71:10, 99:6,
128:20, 135:9, 158:19
**amounts** [4] - 116:8, 116:14,
116:17, 116:23
**an** [125] - 6:13, 9:15, 11:8, 15:2,
17:16, 17:22, 17:23, 20:18,
24:4, 26:12, 31:3, 34:20, 38:13,
39:5, 42:2, 46:20, 49:8, 49:19,
53:12, 57:13, 69:12, 73:21,
75:1, 76:11, 77:2, 77:10, 83:22,
87:22, 90:6, 91:17, 91:22, 93:6,

93:13, 94:15, 94:22, 97:17,
99:5, 99:7, 101:23, 101:25,
109:15, 113:23, 116:9, 118:2,
118:18, 120:15, 121:20, 122:7,
122:24, 123:5, 124:20, 125:4,
126:11, 130:6, 131:16, 131:20,
132:14, 133:7, 134:14, 134:15,
134:20, 137:15, 142:18, 148:8,
153:16, 155:12, 161:8, 161:23,
166:16, 167:1, 167:15, 167:24,
173:3, 174:17, 175:5, 177:19,
177:21, 181:24, 184:2, 185:4,
186:6, 186:20, 187:2, 188:16,
188:20, 188:21, 190:7, 194:21,
195:16, 196:21, 200:7, 200:12,
201:20, 201:25, 202:2, 202:25,
207:9, 207:10, 214:14, 218:2,
220:23, 221:3, 221:7, 222:16,
224:10, 227:15, 228:8, 228:11,
228:12, 228:14, 228:17,
228:24, 231:25, 232:10,
235:16, 238:15, 242:16,
242:18, 251:15, 254:9, 256:2
**analog** [1] - 121:5
**analogies** [1] - 33:14
**analogy** [2] - 34:20, 134:20
**analysis** [4] - 117:17, 169:7,
214:3, 242:24
**analyst** [1] - 146:10
**anchor** [1] - 71:12
**and** [1257] - 3:12, 3:17, 3:18,
3:21, 3:25, 4:1, 4:6, 4:9, 4:15,
4:16, 4:18, 5:3, 5:4, 5:6, 5:13,
5:14, 5:18, 5:21, 5:23, 6:3,
6:10, 6:18, 6:19, 6:20, 7:4, 7:7,
7:11, 7:16, 7:23, 7:25, 8:2, 8:3,
8:9, 8:14, 8:17, 8:22, 9:2, 9:3,
9:7, 9:16, 9:24, 9:25, 10:15,
10:18, 10:21, 10:24, 11:2, 11:5,
11:9, 11:11, 11:14, 11:15,
11:16, 11:19, 12:4, 12:12,
12:21, 13:5, 13:9, 13:17, 13:20,
13:21, 13:22, 14:13, 14:22,
14:23, 14:24, 15:7, 15:11,
15:12, 15:13, 15:18, 15:23,
16:1, 16:8, 16:15, 16:17, 16:18,
16:23, 16:24, 17:1, 17:3, 17:10,
17:11, 17:12, 17:15, 17:16,
17:18, 17:20, 17:21, 17:23,
17:25, 18:7, 18:10, 18:11,
18:12, 18:14, 18:17, 18:18,
19:6, 19:10, 19:11, 19:16, 20:1,
20:2, 20:4, 20:6, 20:8, 20:21,
21:1, 21:3, 21:4, 21:6, 21:11,
21:12, 21:14, 21:15, 21:17,
22:20, 22:21, 23:6, 23:9, 23:14,
23:22, 24:6, 24:9, 24:15, 24:18,
25:18, 26:6, 26:7, 27:6, 27:11,
27:18, 27:19, 28:6, 28:7, 28:10,
28:21, 28:23, 29:1, 29:2, 29:9,

29:14, 29:20, 29:24, 30:7,
30:11, 30:12, 30:18, 30:23,
31:3, 31:6, 31:7, 31:9, 31:11,
31:16, 31:18, 31:20, 32:8,
32:18, 32:23, 32:25, 33:9,
33:12, 33:16, 33:17, 34:1,
34:15, 34:16, 34:22, 34:24,
35:8, 35:20, 36:3, 36:5, 36:15,
36:18, 36:23, 37:22, 38:12,
38:17, 38:20, 38:21, 38:22,
38:24, 39:1, 39:4, 39:8, 39:14,
39:16, 39:23, 39:25, 40:3, 40:4,
40:6, 40:9, 40:20, 41:4, 41:11,
41:13, 41:16, 41:23, 42:1, 42:5,
42:6, 42:10, 42:18, 42:19,
42:23, 42:25, 43:4, 43:6, 43:7,
43:8, 43:11, 43:13, 43:16,
43:17, 43:20, 43:24, 44:1, 44:3,
44:4, 44:6, 44:18, 45:2, 45:3,
45:4, 45:13, 45:16, 45:18,
45:20, 46:21, 46:23, 46:24,
47:11, 47:12, 47:14, 47:15,
47:20, 47:22, 47:24, 47:25,
48:7, 48:14, 48:23, 49:1, 49:4,
49:7, 49:9, 49:19, 49:20, 50:4,
50:6, 50:19, 50:23, 51:12,
51:16, 51:19, 51:24, 52:3, 52:4,
52:7, 52:12, 52:14, 53:1, 53:4,
53:8, 53:12, 53:15, 53:21, 54:5,
54:23, 55:20, 56:3, 56:7, 56:13,
56:15, 56:19, 56:21, 57:1, 57:6,
57:15, 57:22, 57:25, 58:6,
58:15, 59:1, 59:5, 59:11, 59:14,
59:15, 59:25, 60:1, 60:9, 60:15,
60:25, 61:4, 61:7, 61:8, 61:10,
61:12, 61:14, 61:22, 62:2,
62:10, 62:13, 62:18, 62:21,
62:23, 63:13, 63:14, 63:18,
63:21, 64:4, 64:21, 65:4, 65:6,
65:15, 66:7, 66:23, 67:1, 67:12,
67:15, 67:17, 67:19, 67:23,
68:3, 68:11, 68:19, 69:3, 69:6,
69:7, 69:9, 69:12, 69:13, 69:14,
69:19, 69:20, 69:21, 69:23,
70:1, 70:6, 70:8, 70:12, 70:16,
70:17, 71:2, 71:5, 71:11, 71:17,
71:20, 71:21, 71:25, 72:1, 72:2,
72:10, 72:12, 72:16, 72:22,
73:2, 73:3, 73:10, 73:16, 73:18,
74:12, 74:16, 74:25, 75:4, 75:5,
75:6, 75:8, 75:15, 75:16, 75:19,
76:10, 76:12, 76:25, 77:7,
77:10, 77:23, 78:16, 78:24,
78:25, 79:6, 79:7, 79:11, 79:25,
80:13, 80:19, 81:1, 81:3, 81:9,
81:17, 82:7, 82:8, 82:13, 82:19,
82:21, 83:4, 83:6, 83:10, 83:19,
83:24, 84:5, 84:14, 85:1, 85:2,
85:9, 85:13, 86:3, 86:12, 86:14,
86:17, 87:6, 87:7, 87:14, 87:23,
88:4, 88:12, 88:14, 88:17, 89:1,

89:12, 89:23, 90:1, 90:10,
90:17, 90:24, 91:4, 91:15, 92:2,
92:3, 92:7, 92:8, 92:10, 92:17,
92:18, 92:19, 93:1, 93:12,
93:13, 93:15, 93:17, 93:23,
94:11, 94:14, 94:19, 94:22,
95:2, 95:6, 95:8, 95:12, 95:14,
95:20, 95:21, 96:3, 96:12,
96:21, 96:23, 97:8, 97:11,
97:18, 98:5, 99:1, 99:4, 99:10,
99:21, 99:22, 100:5, 100:10,
100:12, 100:20, 100:22,
100:25, 101:4, 101:5, 102:6,
102:8, 102:9, 102:24, 103:1,
103:5, 103:12, 103:15, 103:18,
103:23, 104:3, 104:4, 104:5,
104:8, 104:25, 105:20, 106:6,
106:12, 106:15, 106:20,
106:22, 107:1, 107:2, 107:24,
108:3, 108:5, 108:6, 108:8,
108:9, 109:8, 109:14, 110:6,
110:22, 110:23, 111:7, 111:20,
112:5, 112:7, 112:8, 112:11,
112:13, 112:22, 112:25, 113:8,
113:16, 113:18, 113:19,
113:20, 114:4, 114:7, 114:12,
114:18, 114:19, 114:20, 115:7,
115:8, 115:9, 115:14, 115:21,
116:5, 116:10, 116:16, 116:19,
116:22, 116:25, 117:2, 117:9,
117:13, 117:15, 117:25,
118:10, 118:15, 118:17,
118:22, 119:12, 119:14,
119:15, 119:16, 119:19,
119:21, 119:25, 120:2, 120:3,
120:10, 120:15, 120:18,
120:22, 121:6, 121:10, 121:24,
122:4, 122:7, 122:12, 122:14,
122:15, 122:16, 122:17,
122:21, 123:2, 123:4, 123:6,
123:10, 123:11, 123:12,
123:13, 123:14, 124:10,
124:12, 124:14, 124:15,
124:16, 124:17, 124:19,
124:25, 125:5, 125:9, 125:15,
125:17, 125:22, 125:23, 126:5,
126:17, 126:23, 126:24, 127:1,
127:7, 127:10, 127:13, 127:15,
127:17, 127:18, 127:20,
127:21, 128:3, 128:9, 128:11,
128:14, 128:25, 129:4, 129:12,
129:14, 130:7, 130:9, 130:10,
131:7, 131:12, 132:6, 132:8,
132:10, 132:14, 133:6, 133:15,
133:16, 133:22, 134:9, 134:18,
135:2, 135:4, 135:5, 135:11,
135:18, 135:23, 135:25, 136:1,
136:7, 136:10, 136:14, 136:23,
137:1, 137:2, 137:14, 137:21,
137:22, 137:23, 138:4, 138:8,
138:16, 138:18, 139:2, 139:4,

139:6, 139:9, 139:12, 139:13,
139:14, 139:17, 139:19,
139:20, 139:21, 139:24,
139:25, 140:1, 140:2, 140:4,
140:9, 140:13, 140:15, 140:17,
140:18, 140:20, 140:22,
140:25, 141:4, 141:7, 141:8,
141:12, 141:14, 141:16,
141:18, 142:1, 142:4, 142:8,
142:9, 142:10, 142:19, 143:2,
143:5, 144:2, 144:3, 144:7,
144:10, 144:19, 145:2, 145:5,
145:15, 146:1, 146:4, 146:10,
146:23, 147:10, 147:13,
147:14, 147:25, 148:10,
148:20, 149:2, 149:4, 149:7,
149:12, 149:14, 149:15,
149:19, 149:20, 149:21,
149:23, 149:24, 150:2, 150:8,
150:9, 150:11, 150:17, 150:19,
150:21, 151:4, 151:13, 151:14,
151:20, 151:21, 152:1, 152:8,
152:9, 152:14, 152:15, 152:17,
154:2, 154:4, 154:9, 155:13,
155:21, 155:23, 156:2, 156:14,
157:11, 157:14, 157:20,
157:21, 157:25, 158:2, 158:3,
158:9, 158:11, 158:13, 158:14,
158:15, 158:16, 158:19, 159:9,
159:17, 159:22, 160:16,
160:17, 161:1, 161:3, 161:6,
161:7, 161:9, 161:11, 161:19,
161:20, 162:7, 162:19, 162:25,
163:18, 164:3, 164:6, 164:22,
165:4, 165:8, 165:11, 165:18,
165:19, 165:20, 165:25, 166:9,
166:15, 166:16, 167:5, 167:19,
167:21, 167:23, 167:24, 168:2,
168:6, 168:8, 168:9, 168:11,
168:12, 168:17, 168:20,
168:24, 168:25, 169:2, 169:4,
169:5, 169:13, 169:22, 170:10,
170:14, 170:17, 170:22, 171:4,
171:5, 171:7, 171:10, 171:19,
171:20, 172:15, 172:16,
172:17, 172:24, 173:11,
173:25, 174:3, 174:6, 174:20,
175:2, 175:4, 175:8, 176:2,
176:12, 176:17, 176:21, 177:2,
177:19, 177:23, 178:6, 178:11,
178:14, 178:16, 178:17,
178:22, 179:1, 179:2, 179:4,
179:5, 179:8, 179:19, 180:2,
180:13, 180:19, 180:23, 181:1,
181:14, 181:18, 181:19,
181:22, 181:24, 182:1, 182:3,
182:6, 182:14, 183:4, 183:9,
183:22, 183:24, 184:3, 184:4,
184:5, 184:20, 184:21, 184:23,
185:4, 185:10, 185:11, 185:21,
185:25, 186:8, 186:9, 186:11,

186:12, 186:15, 186:21,
186:22, 187:2, 187:5, 187:7,
187:16, 187:18, 188:16,
189:12, 189:15, 190:4, 190:6,
190:13, 190:16, 190:17,
190:18, 190:20, 191:1, 191:5,
191:9, 191:12, 191:15, 191:17,
191:19, 191:21, 191:23,
191:24, 192:7, 192:11, 192:14,
192:15, 192:21, 192:22, 193:5,
193:8, 193:12, 193:13, 193:14,
193:20, 194:2, 194:4, 194:10,
194:19, 195:8, 195:22, 195:23,
196:2, 196:7, 196:8, 196:25,
197:3, 197:17, 197:25, 198:2,
198:15, 198:17, 199:6, 199:8,
199:9, 200:3, 200:11, 200:15,
200:22, 201:4, 201:13, 201:14,
201:19, 201:21, 202:9, 202:16,
202:18, 202:21, 202:23, 203:1,
203:16, 203:17, 203:21,
203:22, 204:3, 204:4, 204:7,
204:8, 204:14, 204:17, 204:22,
204:25, 205:12, 205:13,
205:17, 205:19, 205:20,
206:25, 207:10, 207:16,
207:22, 208:7, 208:11, 208:18,
209:6, 209:10, 209:15, 209:24,
210:3, 210:11, 210:14, 210:17,
210:19, 210:21, 211:2, 211:9,
211:14, 211:17, 211:25,
212:12, 212:15, 212:16,
212:25, 213:2, 213:3, 213:4,
213:18, 213:21, 214:8, 214:10,
215:4, 215:14, 215:23, 216:2,
216:7, 216:12, 216:13, 216:17,
216:18, 216:19, 217:5, 217:13,
217:20, 217:21, 218:5, 219:19,
219:25, 220:2, 220:13, 221:4,
221:12, 221:18, 221:20,
222:12, 222:13, 223:7, 223:10,
225:4, 226:2, 226:15, 226:19,
226:20, 227:1, 227:3, 227:4,
227:17, 227:21, 227:22, 228:8,
228:19, 228:22, 228:24, 229:5,
229:15, 229:20, 229:22, 230:1,
230:3, 230:18, 230:24, 231:11,
231:19, 231:22, 232:1, 232:2,
232:6, 232:9, 232:13, 232:23,
233:2, 233:11, 233:13, 233:15,
233:18, 233:25, 234:3, 234:4,
234:9, 234:12, 234:13, 234:17,
235:9, 235:10, 235:20, 236:11,
236:24, 237:9, 237:13, 237:14,
237:24, 238:8, 238:9, 238:14,
238:21, 238:24, 239:4, 239:16,
239:20, 239:23, 240:6, 240:12,
240:14, 240:16, 240:19,
240:21, 240:25, 241:1, 241:2,
241:4, 241:7, 241:11, 241:16,
241:24, 242:7, 242:11, 242:21,

242:24, 243:1, 243:5, 243:7,
243:9, 243:11, 243:16, 244:13,
244:15, 244:19, 244:20,
244:24, 245:6, 245:7, 245:9,
245:16, 245:23, 246:14,
246:24, 247:4, 247:6, 247:7,
248:6, 248:15, 248:18, 248:23,
248:25, 249:15, 249:20, 250:1,
250:2, 250:6, 250:8, 250:21,
251:1, 251:18, 251:21, 251:23,
251:24, 252:1, 252:11, 252:14,
252:19, 253:4, 253:9, 253:10,
253:19, 253:22, 254:1, 254:10,
254:14, 254:21, 255:22,
255:25, 256:9, 256:10, 256:21,
258:8
**And** [1] - 165:9
**ANDREW** [1] - 1:3
**angle** [1] - 78:19
**animal** [1] - 96:22
**announced** [1] - 97:23
**announcements** [1] - 105:15
**announces** [1] - 101:21
**another** [17] - 24:18, 32:17,
37:6, 44:1, 66:1, 68:23, 78:19,
109:12, 134:3, 146:12, 165:12,
177:20, 183:9, 199:15, 220:22,
221:10, 222:20
**answer** [3] - 3:17, 147:8, 148:7
**anticipate** [4] - 102:4, 164:7,
204:2, 206:20
**any** [129] - 6:8, 8:12, 10:20,
10:22, 14:21, 19:1, 19:14,
21:24, 23:17, 24:16, 29:10,
35:2, 38:5, 38:11, 39:4, 40:21,
41:13, 41:15, 41:24, 42:12,
42:17, 44:20, 46:13, 55:20,
55:24, 56:1, 56:4, 56:16, 56:18,
56:22, 57:12, 58:10, 58:22,
60:19, 61:6, 62:8, 63:3, 63:18,
64:10, 66:14, 71:9, 77:16,
87:16, 87:19, 92:5, 92:11, 97:1,
104:11, 104:22, 107:18,
108:23, 114:1, 114:15, 115:25,
116:11, 116:18, 116:23, 118:7,
119:10, 120:23, 130:13,
131:19, 134:24, 138:2, 143:19,
145:8, 146:2, 147:8, 148:7,
159:14, 162:16, 163:1, 168:4,
169:10, 172:3, 172:10, 172:11,
172:15, 172:19, 173:17, 174:8,
176:23, 178:21, 179:6, 179:16,
180:2, 188:7, 190:1, 195:7,
195:9, 195:16, 199:23, 199:24,
199:25, 203:5, 203:18, 210:16,
210:23, 211:5, 211:20, 211:21,
211:23, 212:2, 213:24, 216:11,
216:13, 218:12, 224:3, 226:16,
227:2, 229:2, 231:16, 231:20,
232:15, 232:20, 238:17, 242:4,

248:4, 249:12, 249:20, 250:13,
252:16, 252:23, 253:1, 253:19
**anybody** [12] - 19:2, 21:19,
22:11, 33:3, 36:6, 44:8, 103:6,
131:9, 166:17, 188:24, 233:1,
236:16
**anybody's** [1] - 231:23
**anyhow** [1] - 138:21
**anyone** [11] - 15:3, 33:17,
33:22, 33:24, 38:6, 46:1, 59:22,
110:23, 142:5, 216:1, 238:22
**anything** [40] - 10:1, 25:23,
26:7, 33:5, 33:22, 34:12, 44:20,
44:21, 44:22, 45:7, 52:10,
52:16, 58:17, 58:20, 59:19,
60:24, 61:1, 61:20, 87:20,
92:11, 94:8, 97:14, 123:23,
151:24, 152:10, 153:3, 168:1,
168:6, 173:16, 180:7, 180:22,
183:21, 206:22, 214:15, 218:5,
220:20, 231:7, 243:18, 248:19,
253:20
**anyway** [7] - 114:9, 146:5,
190:15, 192:24, 209:22, 210:4,
247:15
**anywhere** [4] - 42:17, 45:10,
112:5, 163:1
**apart** [2] - 99:5, 234:23
**apologize** [10] - 33:13, 60:2,
89:8, 120:25, 124:4, 129:19,
150:5, 154:3, 224:10, 225:4
**apparent** [2] - 39:9, 89:20
**apparently** [1] - 88:11
**appeal** [1] - 42:5
**appealing** [2] - 150:11, 150:14
**appeals** [2] - 43:1, 43:9
**appear** [3] - 35:9, 90:4, 135:18
**APPEARANCES** [1] - 1:15
**appeared** [1] - 36:18
**appears** [2] - 145:13, 245:5
**apples** [1] - 254:10
**apples-and-oranges** [1] -
254:10
**applicable** [2] - 146:9, 245:2
**application** [2] - 65:16, 66:4
**applied** [5] - 23:7, 23:10, 65:15,
83:24, 255:22
**applies** [4] - 6:14, 23:13, 36:16,
40:6
**apply** [4] - 7:7, 7:9, 220:17,
231:20
**applying** [1] - 144:15
**appreciate** [2] - 81:1, 225:5
**appreciation** [1] - 177:25
**approach** [3] - 73:24, 86:7,
112:14
**appropriate** [5] - 194:22,
205:10, 205:12, 220:11, 223:12
**approximately** [2] - 27:15,
57:19

**April** [1] - 4:9
**are** [263] - 3:17, 5:1, 8:21, 9:21,
12:17, 14:17, 22:10, 24:5, 24:6,
24:13, 25:14, 26:2, 26:10,
26:25, 31:10, 31:14, 35:4,
35:10, 35:22, 36:8, 36:13, 37:3,
38:5, 38:14, 39:6, 40:13, 41:18,
41:20, 41:23, 42:8, 42:16,
42:19, 43:17, 43:21, 44:3,
45:22, 46:9, 46:23, 47:11, 48:1,
50:22, 52:2, 52:12, 52:15,
52:25, 54:14, 54:17, 55:9, 56:9,
56:20, 58:24, 59:14, 60:2,
60:15, 61:1, 61:11, 62:14, 63:7,
64:24, 65:14, 65:16, 65:23,
67:8, 67:12, 67:14, 67:15, 68:8,
69:21, 69:23, 70:25, 71:3,
71:25, 72:12, 76:1, 76:5, 76:7,
76:10, 79:10, 81:11, 82:21,
83:12, 84:8, 84:9, 86:15, 86:23,
87:5, 87:7, 87:16, 87:20, 89:22,
89:24, 91:1, 91:4, 93:10, 93:14,
94:18, 100:6, 101:4, 102:4,
103:25, 105:14, 109:11,
109:20, 110:6, 110:8, 110:10,
112:8, 114:4, 116:15, 116:17,
117:10, 118:5, 118:22, 118:24,
119:1, 119:17, 119:25, 120:1,
120:18, 123:17, 126:6, 127:1,
128:16, 129:4, 129:19, 132:5,
132:23, 138:2, 138:9, 138:24,
140:16, 141:1, 141:6, 142:3,
142:9, 142:10, 142:11, 142:12,
142:17, 142:18, 142:23, 143:1,
143:9, 143:15, 143:22, 144:10,
144:19, 145:7, 146:17, 146:19,
146:21, 146:25, 147:20,
147:23, 148:14, 149:18,
150:22, 152:2, 152:8, 154:10,
154:17, 154:18, 154:19,
154:23, 155:8, 155:9, 156:13,
156:15, 156:17, 156:20, 157:8,
159:19, 159:22, 159:24,
161:21, 162:11, 163:8, 163:19,
164:24, 168:9, 169:4, 169:22,
170:19, 172:21, 174:8, 178:9,
180:15, 181:16, 181:20,
183:19, 184:24, 185:3, 185:15,
186:25, 188:1, 188:5, 189:7,
189:12, 189:22, 189:24, 193:5,
193:12, 193:14, 193:17,
193:18, 193:22, 194:1, 194:8,
195:1, 197:21, 198:20, 199:6,
200:11, 200:15, 203:1, 204:15,
205:12, 211:1, 216:16, 220:6,
220:11, 220:22, 220:25,
221:11, 222:13, 228:2, 228:6,
229:13, 234:5, 236:21, 238:18,
240:1, 240:5, 240:13, 240:22,
240:25, 241:3, 243:4, 243:5,
243:25, 245:1, 246:23, 247:10,

247:11, 248:3, 250:4, 251:2, 251:12, 253:5, 253:12, 253:16, 254:9, 254:15

**area** [4] - 202:20, 202:25, 212:16, 228:16

**aren't** [19] - 13:18, 21:24, 29:4, 29:5, 31:18, 42:5, 42:20, 52:14, 70:22, 74:13, 74:22, 110:21, 193:1, 220:18, 234:14, 241:16, 248:5, 253:13

**arguably** [1] - 97:5

**argue** [14] - 9:12, 11:10, 24:10, 51:21, 109:4, 112:14, 173:16, 174:11, 176:21, 178:16, 179:17, 189:25, 195:15, 247:21

**argues** [1] - 12:25

**arguing** [10] - 12:16, 12:17, 25:24, 90:14, 110:14, 174:7, 193:12, 193:21, 244:21, 245:1

**argument** [28] - 10:7, 65:4, 66:2, 82:13, 86:3, 86:12, 87:5, 87:9, 87:11, 87:14, 87:20, 89:1, 89:13, 93:2, 100:4, 104:17, 106:5, 110:2, 110:6, 110:12, 112:10, 142:18, 148:6, 148:10, 174:15, 193:13, 232:15, 235:6

**argumentative** [1] - 147:22

**arguments** [13] - 65:25, 84:14, 90:2, 90:19, 110:17, 111:21, 172:15, 172:19, 181:4, 196:6, 196:17, 220:10, 230:22

**arises** [1] - 243:13

**ARMSTRONG** [102] - 6:24, 9:13, 9:22, 10:2, 14:3, 30:20, 32:2, 32:4, 32:12, 32:20, 34:3, 34:13, 37:1, 39:20, 40:15, 40:17, 51:21, 54:25, 66:18, 67:4, 67:10, 69:5, 71:7, 71:15, 73:7, 73:23, 76:3, 76:16, 76:20, 81:8, 82:11, 87:1, 89:8, 90:20, 92:24, 93:8, 94:23, 96:20, 97:25, 98:17, 108:6, 109:3, 110:11, 111:2, 111:13, 111:25, 112:4, 117:5, 118:12, 119:11, 120:4, 120:7, 120:25, 121:3, 148:4, 148:16, 151:1, 151:6, 151:8, 151:11, 151:16, 151:19, 152:1, 152:8, 152:14, 152:21, 153:9, 153:20, 154:14, 156:7, 158:18, 159:12, 162:21, 165:1, 173:20, 174:5, 174:11, 182:9, 189:3, 189:9, 193:23, 194:14, 194:23, 195:2, 197:11, 197:15, 199:10, 206:15, 207:7, 207:12, 208:6, 208:15, 208:21, 209:6, 209:17, 212:7, 213:8, 213:15, 216:15, 218:13, 218:18, 247:9

**Armstrong** [24] - 1:16, 6:22, 14:1, 23:21, 31:23, 39:18, 51:20, 72:9, 72:15, 96:17,

108:19, 110:4, 114:24, 117:3, 148:2, 154:10, 154:13, 155:14, 164:24, 173:17, 182:7, 188:25, 212:6, 254:22

**around** [9] - 59:20, 119:16, 137:2, 167:17, 175:17, 207:23, 221:3, 227:1, 238:21

**arrest** [2] - 199:24, 200:22

**arrested** [1] - 49:16

**arrive** [1] - 125:15

**articles** [3] - 36:20, 226:14, 226:16

**articulated** [1] - 181:18

**artifical** [2] - 69:12, 116:19

**artificially** [9] - 90:1, 90:7, 90:16, 107:2, 113:12, 113:14, 113:19, 114:16, 249:24

**as** [247] - 3:9, 5:18, 5:21, 7:15, 10:22, 11:4, 11:18, 12:24, 13:7, 13:19, 13:21, 13:23, 14:6, 14:15, 18:18, 20:7, 21:9, 21:17, 22:4, 23:3, 23:15, 26:23, 29:23, 30:8, 31:19, 32:6, 32:7, 32:23, 33:6, 33:24, 35:3, 35:10, 35:11, 35:23, 37:8, 38:18, 38:21, 39:9, 39:10, 39:11, 40:7, 41:21, 42:18, 42:25, 44:25, 45:5, 46:20, 47:7, 47:25, 48:8, 49:15, 50:21, 51:19, 52:20, 55:23, 57:25, 59:10, 62:8, 63:20, 64:25, 65:17, 67:10, 67:21, 68:8, 68:18, 69:6, 70:23, 72:16, 73:20, 74:11, 76:6, 79:13, 80:24, 83:24, 86:9, 87:10, 87:12, 87:22, 88:4, 88:17, 89:5, 90:4, 90:12, 93:12, 94:22, 96:16, 97:11, 99:7, 100:22, 107:17, 107:18, 110:19, 111:23, 113:5, 113:24, 115:11, 116:12, 117:1, 117:17, 117:19, 119:17, 120:13, 120:16, 122:8, 124:23, 125:16, 125:19, 126:2, 126:22, 128:1, 128:2, 128:16, 129:17, 129:18, 131:5, 131:6, 131:21, 132:12, 134:9, 134:18, 135:18, 135:19, 137:24, 145:2, 145:14, 149:3, 151:12, 151:22, 157:9, 159:23, 160:19, 160:20, 165:22, 167:8, 167:15, 167:17, 168:8, 169:2, 169:7, 169:25, 170:9, 171:15, 174:7, 174:23, 178:18, 179:21, 180:14, 180:25, 181:1, 181:18, 182:13, 182:14, 182:15, 182:22, 183:15, 185:14, 185:16, 186:10, 187:4, 187:19, 189:5, 189:6, 192:17, 193:8, 194:8, 196:17, 197:18, 198:2, 199:6, 200:14, 201:20, 202:1, 202:5, 202:6, 202:17, 204:2, 205:15,

205:22, 207:10, 207:18, 207:24, 207:25, 208:5, 208:18, 209:8, 211:3, 212:2, 214:22, 215:1, 215:11, 217:11, 218:21, 219:14, 221:24, 222:11, 222:23, 223:6, 224:24, 224:25, 225:12, 226:4, 227:7, 228:14, 229:9, 229:17, 231:6, 232:9, 233:11, 234:9, 236:18, 236:25, 240:4, 243:13, 244:8, 244:14, 244:16, 245:17, 245:22, 246:16, 248:8, 250:17, 250:18, 256:2, 256:14

**aside** [2] - 35:20, 226:5

**ask** [14] - 4:22, 23:16, 105:18, 109:3, 126:4, 135:5, 135:6, 172:9, 172:17, 176:21, 188:25, 197:9, 209:5, 211:9

**asked** [6] - 135:8, 135:10, 171:18, 229:7, 248:20, 249:13

**asking** [3] - 73:9, 81:21, 171:18

**aspect** [2] - 52:20, 177:3

**aspects** [1] - 191:13

**assemble** [1] - 4:11

**assert** [1] - 172:10

**asserted** [3] - 55:20, 74:24, 74:25

**assertion** [1] - 25:15

**assessment** [1] - 33:21

**associated** [1] - 243:2

**Association** [1] - 248:16

**assume** [4] - 73:16, 86:15, 151:17, 225:21

**assumed** [4] - 163:24, 164:4, 164:14, 230:18

**assuming** [4] - 68:17, 88:23, 105:5, 164:13

**assure** [2] - 92:4, 93:24

**asterisk** [1] - 112:19

**At** [1] - 155:4

**at** [238] - 4:10, 5:24, 5:25, 6:9, 6:17, 10:3, 11:22, 13:20, 14:6, 14:7, 14:16, 16:3, 16:5, 18:2, 19:16, 20:24, 21:2, 21:3, 21:9, 21:11, 22:10, 22:12, 22:25, 27:5, 28:13, 29:20, 30:9, 30:18, 31:21, 33:16, 34:1, 34:7, 34:23, 35:3, 35:16, 36:9, 39:5, 40:22, 41:16, 41:20, 43:3, 43:5, 45:4, 45:24, 46:4, 46:21, 48:11, 48:23, 51:12, 54:22, 56:17, 57:4, 57:17, 58:19, 59:9, 61:14, 65:2, 65:4, 67:14, 67:15, 67:17, 69:7, 69:11, 70:21, 72:11, 74:12, 76:5, 76:25, 77:1, 77:20, 77:23, 80:15, 80:25, 84:9, 85:20, 85:23, 87:3, 87:4, 91:5, 91:19, 92:5, 92:21, 93:14, 95:2, 95:12, 95:18, 96:2, 96:9, 96:10, 99:4, 100:18, 102:5, 108:10,

108:14, 109:1, 109:16, 110:4,
110:5, 116:24, 121:9, 122:1,
122:22, 123:9, 124:6, 125:15,
126:5, 128:21, 129:15, 130:2,
130:14, 130:24, 131:11,
131:16, 132:3, 132:17, 133:9,
133:14, 133:15, 133:24, 134:3,
136:1, 136:4, 136:24, 137:1,
137:2, 137:5, 137:6, 137:7,
137:8, 138:12, 138:15, 138:22,
139:4, 139:17, 140:13, 140:23,
141:23, 142:18, 144:19, 145:4,
145:11, 145:15, 146:9, 146:12,
149:8, 149:16, 151:2, 153:9,
153:14, 153:15, 155:2, 155:9,
156:3, 156:15, 158:6, 160:3,
160:5, 160:7, 166:1, 166:20,
169:9, 170:12, 173:1, 173:11,
175:17, 175:19, 176:2, 177:15,
182:13, 183:7, 183:11, 183:18,
184:12, 185:4, 185:12, 186:7,
186:24, 187:12, 187:14,
188:16, 189:4, 189:16, 191:15,
191:18, 192:1, 193:21, 194:9,
196:20, 209:3, 210:16, 211:11,
211:23, 212:10, 214:6, 215:10,
215:17, 218:9, 218:21, 220:18,
221:12, 221:19, 222:9, 222:18,
225:8, 228:1, 229:5, 229:6,
229:23, 230:4, 230:18, 233:2,
234:2, 238:19, 240:5, 240:11,
242:23, 246:4, 248:17, 249:3,
249:5, 249:7, 249:8, 249:10,
249:14, 252:7, 252:10, 252:12,
252:14, 252:19, 254:14, 255:25
**at-issue** [2] - 122:1
**Atlas** [3] - 21:1, 57:1, 74:9
**ATM** [6] - 134:20, 135:2, 135:4,
135:5, 135:10
**ATM's** [1] - 134:22
**attached** [5] - 143:1, 170:11,
224:2, 224:15, 224:21
**attaches** [2] - 83:19, 100:18
**attack** [3] - 69:20, 108:8, 175:8
**attempt** [2] - 58:21, 188:17
**attempted** [2] - 94:4, 181:13
**attempting** [3] - 55:17, 75:24,
181:12
**attempts** [5] - 69:2, 75:21,
168:21, 201:15, 201:19
**attention** [3] - 140:9, 193:25,
219:2
**attorneys** [1] - 4:9
**attributing** [1] - 160:23
**attuned** [1] - 30:22
**audio** [1] - 195:22
**August** [2] - 123:2, 124:12
**Auslander** [1] - 241:20
**auspices** [1] - 250:3
**authenticity** [3] - 75:1, 196:8,

200:14
**authority** [5] - 49:22, 49:23,
176:14, 186:12, 256:22
**automatically** [1] - 180:16
**available** [3] - 22:25, 146:16,
238:14
**average** [2] - 184:16, 185:5
**avoid** [2] - 186:13, 193:16
**aware** [7] - 50:3, 66:19, 67:1,
100:10, 102:14, 104:14, 166:12
**away** [14] - 10:17, 13:16, 29:10,
31:13, 84:20, 85:22, 117:20,
118:2, 160:6, 161:9, 213:13,
224:8, 237:2, 237:4
**AZLN** [1] - 127:7

# B

**B** [20] - 1:21, 56:23, 83:19,
112:1, 112:8, 123:18, 123:19,
123:20, 123:22, 123:24, 124:4,
126:5, 130:5, 166:14, 166:17,
199:25, 200:11, 200:15, 200:22
**back** [59] - 3:11, 3:12, 4:7, 13:3,
22:4, 23:22, 25:11, 28:21, 36:3,
38:24, 40:20, 62:3, 64:13,
75:20, 85:5, 99:3, 101:16,
104:2, 106:23, 112:22, 114:18,
116:16, 135:12, 135:25,
137:12, 139:3, 139:6, 139:9,
139:16, 139:20, 143:4, 145:16,
150:8, 154:23, 158:15, 160:1,
161:13, 166:19, 184:5, 188:21,
201:16, 214:2, 215:15, 216:5,
218:5, 219:20, 219:25, 220:25,
221:14, 226:7, 228:4, 229:18,
231:25, 234:10, 235:1, 235:18,
237:23, 241:17
**back-door** [10] - 106:23,
114:18, 188:21, 201:16,
221:14, 231:25, 234:10, 235:1,
237:23, 241:17
**back-dooring** [1] - 220:25
**backed** [1] - 120:1
**background** [7] - 68:18, 224:4,
227:13, 228:24, 240:3, 240:4,
241:9
**backs** [1] - 14:20
**backtrack** [1] - 199:13
**backup** [1] - 204:9
**bad** [3] - 72:7, 200:20, 226:9
**bag** [1] - 66:22
**baked** [2] - 114:17, 249:1
**ball** [1] - 57:2
**bank** [6] - 134:23, 146:10,
198:8, 200:23, 211:8
**banks** [1] - 146:1
**banner** [1] - 46:21
**Bar** [1] - 248:16

**bar** [1] - 45:24
**barely** [2] - 27:5, 146:6
**barred** [1] - 107:9
**barrel** [1] - 18:4
**based** [23] - 11:6, 38:20, 62:8,
76:19, 106:6, 108:9, 108:14,
127:8, 128:10, 142:15, 146:25,
162:15, 188:11, 201:21, 204:1,
207:1, 207:17, 225:17, 226:10,
227:20, 228:23, 250:7, 253:8
**bases** [1] - 243:5
**basically** [9] - 16:14, 37:23,
44:9, 91:20, 130:25, 178:8,
213:1, 232:8, 233:9
**basis** [15] - 31:19, 42:2, 44:5,
46:11, 46:14, 63:16, 117:2,
177:12, 200:8, 200:13, 220:24,
225:14, 229:16, 238:25, 246:1
**bat** [1] - 91:2
**BBI** [1] - 127:6
**BC** [1] - 132:3
**be** [283] - 3:6, 3:18, 4:8, 4:13,
4:15, 5:5, 6:8, 6:17, 6:25, 7:3,
8:18, 9:17, 9:18, 9:20, 9:23,
11:14, 11:19, 12:1, 12:2, 12:3,
12:5, 12:18, 14:12, 23:5, 24:9,
24:13, 29:20, 29:21, 29:24,
34:9, 35:8, 35:11, 35:25, 36:9,
36:16, 37:5, 38:18, 38:25,
39:12, 39:17, 40:1, 42:6, 44:4,
45:23, 47:22, 48:8, 49:16,
49:24, 50:8, 51:11, 51:19,
52:21, 52:23, 52:24, 52:25,
55:22, 56:16, 56:25, 58:25,
59:19, 60:4, 60:11, 62:6, 63:18,
64:6, 64:7, 65:15, 66:9, 66:19,
67:15, 69:2, 70:4, 70:5, 71:6,
73:8, 73:19, 75:7, 78:6, 79:24,
81:5, 83:3, 83:24, 86:24, 87:18,
87:22, 88:2, 88:13, 89:22,
89:24, 90:16, 92:15, 92:18,
92:19, 94:23, 95:7, 95:25,
96:11, 96:14, 100:4, 101:14,
101:23, 103:2, 103:8, 105:16,
106:3, 106:4, 107:8, 107:11,
109:15, 110:20, 111:7, 112:13,
114:23, 117:6, 117:19, 117:22,
119:25, 120:3, 120:6, 121:5,
123:3, 125:1, 128:15, 129:9,
130:3, 130:23, 130:24, 134:7,
135:9, 135:21, 136:7, 137:17,
138:12, 140:12, 140:19,
140:24, 141:9, 142:12, 142:19,
144:2, 144:11, 144:21, 144:22,
144:23, 145:1, 145:13, 146:18,
147:4, 150:12, 150:23, 150:25,
153:6, 154:20, 155:18, 157:17,
158:5, 158:16, 158:24, 160:18,
161:3, 162:13, 163:25, 165:5,
166:3, 166:19, 166:22, 166:24,

169:23, 171:11, 171:18, 172:10, 172:15, 172:19, 172:20, 173:6, 173:7, 173:12, 173:14, 173:15, 175:14, 176:12, 176:22, 176:24, 178:17, 179:2, 180:7, 180:11, 180:19, 181:22, 181:23, 182:5, 182:12, 182:13, 182:17, 183:3, 186:25, 187:7, 187:25, 189:13, 190:14, 191:11, 191:25, 192:1, 192:2, 192:15, 192:24, 193:11, 193:13, 193:20, 194:6, 195:9, 195:11, 196:17, 197:18, 198:2, 201:19, 202:3, 202:11, 203:5, 203:19, 203:20, 204:7, 204:18, 204:20, 205:22, 205:23, 206:25, 207:18, 207:21, 207:25, 210:20, 211:10, 211:17, 214:5, 216:10, 217:23, 218:4, 219:9, 220:15, 220:20, 223:15, 228:3, 228:9, 229:14, 229:15, 232:21, 233:18, 235:8, 237:6, 237:9, 238:10, 240:8, 240:17, 241:9, 241:12, 242:11, 242:18, 243:9, 243:15, 245:5, 247:2, 247:11, 247:25, 248:20, 249:13, 249:20, 250:22, 251:6, 252:4, 253:23, 256:4, 256:12, 256:16, 256:17, 256:20, 256:24, 257:5

**beach** [1] - 50:17

**bear** [1] - 249:1

**beat** [4] - 107:24, 147:7, 147:8, 190:13

**because** [151] - 4:11, 5:14, 7:24, 10:11, 11:24, 17:23, 21:23, 23:25, 25:22, 25:23, 26:6, 27:24, 28:13, 28:16, 28:18, 28:25, 29:7, 29:13, 30:6, 30:13, 32:12, 35:7, 37:8, 38:2, 40:3, 40:8, 41:24, 42:6, 42:13, 43:21, 46:11, 48:21, 50:10, 52:9, 52:13, 52:16, 52:22, 57:16, 59:10, 59:20, 61:5, 61:24, 63:24, 64:9, 64:16, 64:24, 68:21, 69:4, 70:9, 70:19, 70:21, 71:1, 73:14, 73:17, 74:18, 76:11, 76:16, 82:14, 82:18, 83:12, 92:9, 96:24, 100:4, 100:18, 100:24, 101:13, 101:17, 102:6, 102:20, 102:23, 103:2, 104:21, 107:12, 109:25, 111:6, 117:22, 119:5, 119:14, 119:15, 119:19, 120:14, 121:13, 128:10, 128:25, 136:8, 136:23, 137:19, 138:25, 142:9, 149:14, 149:15, 150:22, 152:12, 158:11, 159:18, 161:8, 162:10, 165:25, 166:2, 166:7, 169:4, 169:14, 172:24, 175:6, 175:10, 180:9, 182:5, 183:19,

186:9, 187:24, 191:10, 191:25, 194:4, 199:13, 200:13, 202:6, 202:25, 203:6, 203:24, 206:16, 208:12, 212:20, 212:23, 213:16, 215:10, 220:4, 221:24, 223:16, 231:4, 232:7, 234:6, 234:8, 235:7, 235:17, 237:3, 237:9, 238:25, 239:8, 240:6, 240:18, 240:23, 241:1, 242:18, 244:2, 247:23, 247:25, 249:22, 252:22, 252:24, 253:14, 254:11

**become** [5] - 36:11, 39:8, 49:19, 72:25, 89:20

**becomes** [2] - 90:5, 106:14

**beef** [1] - 169:2

**been** [61] - 8:18, 11:3, 11:5, 11:7, 11:18, 13:5, 22:16, 23:7, 23:12, 24:14, 25:24, 26:5, 31:17, 36:17, 40:18, 59:21, 83:11, 87:6, 94:17, 106:6, 109:7, 128:22, 133:2, 134:1, 142:2, 143:8, 158:5, 159:2, 167:1, 178:23, 180:17, 183:8, 187:13, 191:14, 192:18, 193:22, 196:4, 199:4, 199:20, 199:25, 200:16, 201:5, 202:24, 209:1, 217:24, 218:10, 219:5, 222:23, 224:6, 224:23, 235:23, 238:3, 240:11, 242:22, 243:8, 243:14, 243:19, 246:17, 251:22

**before** [52] - 11:20, 20:17, 20:21, 37:19, 40:11, 40:22, 46:3, 46:10, 74:9, 82:8, 93:23, 99:9, 106:13, 106:14, 115:9, 118:6, 119:4, 119:8, 119:10, 119:11, 119:20, 119:24, 121:15, 126:4, 128:18, 129:1, 131:22, 134:19, 138:16, 140:17, 140:18, 142:16, 142:19, 149:4, 158:21, 164:17, 171:20, 173:6, 187:12, 188:25, 192:2, 194:11, 195:14, 195:18, 224:24, 235:16, 236:9, 238:11, 245:22, 246:9, 246:25

**beforehand** [2] - 218:2, 218:8

**began** [1] - 175:18

**begins** [2] - 133:10, 134:9

**behalf** [8] - 25:20, 38:8, 44:10, 47:6, 51:1, 125:20, 172:2, 182:19

**behave** [3] - 201:24, 202:4, 202:7

**behaved** [1] - 202:5

**behavior** [3] - 69:15, 189:20, 242:8

**behind** [3] - 69:22, 124:2, 124:4

**behinds** [1] - 70:6

**being** [36] - 11:13, 22:6, 23:4, 26:12, 30:23, 31:10, 36:10, 38:1, 46:10, 70:25, 77:12, 83:6,

88:4, 88:6, 89:24, 103:19, 110:9, 125:21, 129:10, 131:24, 140:10, 161:15, 171:10, 197:6, 199:7, 199:8, 202:12, 223:5, 228:14, 229:7, 230:21, 234:18, 234:25, 240:7, 247:11, 251:16

**belabor** [1] - 252:1

**Belfort** [1] - 170:14

**belie** [1] - 213:24

**belief** [1] - 50:3

**believe** [32] - 17:6, 23:25, 24:4, 24:12, 47:17, 56:16, 58:10, 65:18, 74:12, 79:8, 89:9, 114:14, 121:5, 136:23, 147:3, 154:25, 162:25, 167:22, 167:23, 169:4, 182:23, 193:9, 196:16, 199:19, 200:20, 202:20, 209:20, 213:20, 217:18, 218:13, 241:8, 250:1

**believed** [6] - 18:10, 18:11, 27:8, 50:11, 100:25, 207:21

**believes** [4] - 25:23, 26:7, 137:4, 177:22

**belongs** [1] - 24:11

**below** [1] - 131:12

**bench** [2] - 86:7, 112:15

**benefit** [6] - 15:20, 15:24, 211:5, 211:20, 214:6, 240:22

**besmirch** [1] - 155:14

**best** [7] - 32:14, 36:9, 36:12, 142:18, 181:7, 210:8, 248:23

**bet** [3] - 28:3, 28:4, 94:1

**better** [6] - 21:24, 102:23, 137:22, 197:18, 198:4, 223:1

**between** [19] - 5:2, 28:23, 30:15, 56:1, 56:14, 123:1, 124:11, 147:21, 149:19, 149:20, 158:10, 171:3, 197:24, 198:16, 205:25, 206:4, 210:17, 230:22, 255:23

**beyond** [14] - 29:9, 41:23, 61:5, 146:14, 179:7, 182:3, 182:5, 182:11, 183:21, 184:8, 184:20, 188:7, 208:20, 252:22

**big** [6] - 91:12, 112:19, 120:17, 122:18, 122:20, 124:23

**bigger** [1] - 21:24

**billion** [1] - 27:3

**bills** [3] - 134:25, 135:1, 135:2

**binder** [1] - 55:3, 55:12, 64:18, 121:4, 133:19, 135:12, 135:19, 139:17, 145:12, 145:17, 153:15

**binders** [1] - 145:19

**Biotech** [1] - 126:18

**bird** [1] - 41:22

**bit** [8] - 13:12, 51:25, 60:10, 74:4, 152:16, 154:12, 198:4, 217:25

**blame** [4] - 69:2, 90:23, 90:25, 91:7

**blames** [1] - 97:19
**blaming** [7] - 70:8, 70:24, 72:6, 74:5, 222:22, 229:18, 236:22
**blank** [2] - 48:24, 160:15
**bless** [1] - 123:6
**blockade** [5] - 101:21, 102:1, 102:3, 102:11, 102:15
**blocks** [1] - 215:18
**Bloom** [1] - 1:18
**bloom** [1] - 139:9
**blow** [4] - 95:3, 152:15, 212:11, 215:12
**blue** [1] - 157:13
**board** [1] - 98:25
**Bob** [1] - 209:15
**body** [1] - 176:13
**bona** [2] - 22:10, 99:4
**bones** [2] - 69:14, 189:21
**boogieman** [1] - 98:3
**bookends** [1] - 118:23
**bookoo** [3] - 62:22, 63:10, 63:11
**boost** [1] - 168:21
**borderline** [1] - 232:22
**boring** [1] - 256:25
**both** [25] - 7:8, 11:3, 11:16, 38:17, 44:1, 53:9, 55:23, 106:2, 120:15, 144:12, 150:19, 151:12, 151:20, 160:2, 166:6, 183:8, 196:7, 202:19, 204:17, 230:9, 230:10, 240:16, 240:22, 250:8, 255:22
**bothered** [1] - 90:11
**bothers** [1] - 103:25
**bottom** [15] - 48:11, 57:10, 57:14, 58:4, 58:15, 59:10, 61:14, 95:3, 123:21, 124:12, 155:3, 155:4, 155:10, 156:3, 156:15
**bought** [23] - 19:14, 71:1, 73:16, 94:14, 97:8, 103:15, 104:4, 106:16, 106:19, 106:20, 116:20, 118:6, 118:21, 123:12, 124:17, 127:2, 149:1, 169:18, 192:20, 210:12, 210:17, 215:15, 216:5
**Boy** [1] - 68:21
**Brady** [2] - 124:23, 250:18
**breadth** [1] - 86:11
**break** [3] - 107:25, 166:19, 256:7
**breaking** [1] - 214:25
**bribes** [1] - 22:6
**Brickell** [1] - 126:17
**bridge** [3] - 12:9, 30:16, 227:3
**Bridgegate** [1] - 11:13
**brief** [9] - 19:19, 39:1, 58:15, 59:5, 144:6, 146:24, 158:12, 177:5, 177:10
**briefing** [1] - 13:13

**briefly** [4] - 21:21, 56:3, 118:5, 163:6
**briefs** [1] - 11:23
**bring** [12] - 55:5, 66:2, 79:20, 86:6, 86:22, 143:18, 144:24, 162:8, 180:21, 188:11, 202:21, 248:25
**bringing** [1] - 249:1
**brings** [2] - 28:21, 99:3
**broad** [1] - 220:10
**broker** [2] - 128:4, 131:18
**broker-dealer** [1] - 131:18
**broker/dealer** [1] - 23:1
**brokers** [3] - 110:9, 220:17, 231:14
**brought** [5] - 30:6, 113:1, 148:14, 188:15, 221:10
**BROWN** [5] - 217:10, 217:16, 218:17, 218:24, 219:4
**brown** [2] - 154:5, 228:16
**Brown** [3] - 1:19, 217:7, 218:23
**brush** [1] - 220:10
**bucks** [3] - 122:20, 134:21, 134:22
**bud** [1] - 165:4
**buddies** [3] - 205:21, 206:11
**build** [2] - 35:22, 80:16
**built** [1] - 171:7
**bunch** [4] - 83:4, 220:15, 223:8, 241:14
**burden** [4] - 179:7, 179:14, 180:18, 180:22
**burdensome** [2] - 7:1, 7:5
**burping** [1] - 33:14
**bus** [1] - 167:12
**business** [8] - 68:18, 68:19, 146:11, 251:25, 252:3, 253:6, 254:12, 255:22
**but** [325] - 4:23, 5:14, 6:2, 7:14, 7:15, 8:8, 9:3, 9:9, 10:3, 10:10, 11:13, 12:2, 12:22, 13:13, 15:1, 15:4, 15:9, 15:21, 16:6, 16:12, 16:16, 18:23, 20:12, 20:18, 22:5, 23:10, 24:22, 26:21, 28:3, 28:7, 28:17, 29:19, 29:21, 30:11, 31:20, 33:5, 33:13, 33:19, 34:10, 34:20, 36:2, 37:8, 37:23, 40:2, 40:19, 41:10, 44:23, 45:22, 46:25, 47:19, 48:15, 50:9, 52:8, 53:9, 53:17, 55:15, 56:8, 56:17, 56:23, 57:4, 57:9, 58:3, 58:12, 59:8, 60:3, 60:12, 60:21, 61:25, 62:8, 63:22, 64:2, 64:10, 65:12, 66:12, 66:14, 68:10, 70:24, 71:10, 72:15, 73:15, 73:21, 74:14, 75:10, 75:13, 76:24, 78:3, 78:12, 78:24, 79:11, 79:14, 81:2, 81:22, 82:2, 83:17, 84:23, 85:3, 85:11, 85:18, 86:7,

87:20, 88:1, 89:21, 90:5, 90:17, 94:12, 96:4, 96:7, 96:10, 97:17, 97:25, 99:8, 99:19, 100:6, 101:11, 102:3, 102:17, 102:25, 103:5, 103:7, 103:8, 103:11, 103:20, 104:18, 104:24, 105:23, 105:25, 107:5, 107:19, 108:19, 108:21, 109:15, 109:18, 110:2, 110:20, 110:24, 113:5, 113:15, 114:3, 114:7, 114:10, 115:15, 115:22, 116:1, 116:20, 117:9, 117:21, 118:1, 118:18, 118:24, 119:3, 120:8, 121:11, 123:20, 125:2, 127:2, 127:14, 128:3, 128:13, 129:3, 130:4, 131:4, 131:21, 131:24, 132:25, 134:19, 136:2, 136:4, 136:17, 136:24, 137:10, 137:12, 137:15, 138:21, 139:22, 140:16, 140:24, 141:6, 141:24, 143:3, 143:23, 144:9, 144:14, 146:6, 147:3, 147:16, 148:13, 152:12, 153:10, 154:7, 154:9, 154:23, 155:15, 155:18, 156:13, 157:18, 159:13, 159:22, 160:6, 161:16, 161:19, 161:24, 162:5, 162:24, 165:15, 165:21, 166:25, 167:3, 168:7, 169:3, 169:24, 170:12, 171:17, 172:4, 173:13, 175:22, 176:18, 179:19, 180:13, 180:25, 181:6, 181:15, 182:23, 183:2, 183:13, 184:11, 184:18, 185:3, 185:25, 186:16, 187:11, 189:20, 190:2, 190:12, 190:14, 190:22, 191:6, 191:9, 192:5, 192:19, 194:15, 194:20, 195:14, 196:5, 197:5, 197:20, 198:3, 198:6, 198:21, 198:22, 200:15, 202:6, 202:24, 203:21, 204:5, 204:23, 205:1, 206:1, 206:24, 207:8, 208:10, 208:17, 208:19, 209:5, 209:14, 209:22, 210:22, 211:17, 211:19, 212:1, 215:12, 215:23, 215:25, 216:22, 218:2, 219:8, 219:24, 220:9, 224:20, 225:9, 226:4, 226:25, 227:25, 228:13, 230:20, 231:5, 232:16, 232:19, 232:22, 232:23, 232:25, 233:14, 233:24, 233:25, 234:5, 234:13, 234:20, 235:9, 235:14, 235:21, 236:6, 236:12, 236:17, 239:6, 239:12, 240:22, 241:8, 242:19, 242:23, 243:4, 243:14, 244:4, 247:20, 250:18, 253:1, 253:10, 253:13, 254:9, 254:11, 254:25, 256:2, 256:5, 256:13, 256:16, 256:20, 256:24
**buy** [45] - 15:13, 15:16, 17:17, 18:23, 19:10, 30:17, 34:10, 35:6, 42:10, 44:20, 69:11,

70:11, 71:21, 72:1, 74:11,
77:17, 78:5, 82:2, 82:7, 91:19,
96:19, 97:13, 100:10, 102:5,
103:4, 103:13, 105:18, 105:19,
119:9, 119:11, 119:19, 130:15,
130:23, 131:1, 131:2, 131:16,
136:13, 137:3, 150:15, 150:21,
157:2, 192:6, 226:23
**buy/sell** [1] - 34:25
**buyback** [1] - 91:13
**buying** [17] - 22:24, 34:23, 53:5,
59:14, 70:21, 92:10, 99:4,
101:23, 119:14, 119:15, 120:9,
130:12, 140:4, 141:16, 161:19,
168:14, 245:7
**buys** [11] - 22:21, 28:24, 34:6,
105:20, 139:24, 139:25,
140:20, 149:15, 161:3, 162:18,
215:13
**By** [1] - 2:1
**by** [126] - 2:6, 2:6, 3:7, 4:10,
6:14, 8:22, 9:6, 12:19, 15:11,
15:12, 15:14, 16:24, 22:21,
23:22, 31:7, 34:23, 35:4, 36:11,
36:17, 37:3, 37:10, 38:4, 39:15,
41:14, 42:18, 43:7, 43:16, 51:2,
54:4, 55:18, 55:19, 56:18, 57:8,
59:11, 62:2, 63:22, 72:15, 75:6,
77:12, 82:7, 83:21, 85:20, 90:7,
97:18, 98:9, 105:17, 110:14,
111:9, 112:1, 113:4, 113:13,
116:18, 117:23, 120:1, 122:5,
125:18, 125:19, 128:21, 130:6,
136:16, 138:3, 141:11, 142:17,
145:10, 145:16, 145:24,
151:15, 154:20, 156:2, 156:18,
156:22, 157:14, 158:4, 158:5,
159:3, 159:10, 161:4, 166:13,
168:14, 168:17, 168:18, 175:6,
179:19, 180:17, 181:22,
181:24, 182:25, 183:8, 183:9,
187:13, 193:1, 196:9, 196:18,
199:5, 199:7, 199:24, 200:8,
200:13, 200:16, 200:22, 201:2,
201:5, 210:7, 210:16, 214:8,
214:25, 215:18, 215:19,
215:22, 216:1, 220:9, 223:14,
234:17, 238:25, 240:1, 241:24,
242:12, 246:18, 246:19,
247:11, 248:15, 249:19,
249:21, 253:5

## C

**C** [12] - 112:8, 122:23, 122:24,
123:19, 123:20, 124:2, 166:14,
166:17, 200:10, 200:12, 200:25
**cage** [1] - 50:16
**cake** [1] - 103:22
**calculate** [2] - 121:25, 122:6

**calculated** [8] - 123:15, 124:19,
124:20, 127:8, 127:19, 127:20,
128:3, 128:5
**calculating** [2] - 137:20, 162:3
**calculation** [2] - 118:9, 128:10
**calculations** [2] - 127:16,
127:17
**calculator** [2] - 126:13, 137:9
**calendar** [1] - 3:8
**California** [1] - 170:21
**call** [15] - 5:1, 8:12, 8:13, 28:23,
32:13, 34:6, 89:2, 89:19, 90:12,
92:22, 116:9, 143:21, 175:1,
180:12, 233:12
**called** [11] - 35:11, 89:24, 91:8,
91:18, 113:24, 131:25, 133:10,
139:14, 146:3, 161:15, 216:10
**calling** [3] - 8:17, 49:25, 233:12
**calls** [1] - 189:5
**Camber** [1] - 126:16
**came** [3] - 20:16, 97:8, 104:4
**camera** [3] - 38:13, 39:6, 47:21
**can** [147] - 3:19, 5:3, 5:17, 5:19,
5:25, 6:6, 14:19, 15:6, 20:21,
24:12, 28:3, 28:5, 29:6, 29:19,
29:24, 32:15, 32:16, 32:25,
34:3, 40:3, 45:12, 57:7, 63:21,
64:18, 64:22, 65:15, 67:24,
68:11, 68:16, 69:24, 73:11,
79:5, 79:21, 83:24, 91:14, 92:4,
93:4, 93:7, 93:23, 99:20,
108:18, 112:14, 112:17, 113:3,
113:9, 115:4, 115:22, 120:16,
121:6, 123:7, 124:6, 129:18,
130:4, 130:22, 131:20, 132:10,
132:11, 132:12, 133:7, 133:8,
133:16, 133:19, 135:12,
135:25, 139:9, 139:12, 140:12,
140:14, 141:10, 143:5, 143:7,
147:2, 148:7, 148:19, 150:13,
150:17, 151:3, 153:6, 153:25,
155:11, 156:16, 158:20,
159:18, 159:21, 160:2, 161:6,
162:8, 165:19, 166:17, 172:4,
173:6, 177:14, 178:4, 189:10,
190:17, 191:19, 194:19, 198:3,
198:22, 199:20, 200:6, 200:12,
201:1, 201:10, 202:5, 207:6,
208:4, 208:9, 208:17, 209:5,
209:10, 209:14, 211:2, 211:4,
212:9, 214:4, 219:13, 219:19,
220:8, 221:2, 222:10, 222:18,
223:13, 223:17, 225:17,
226:23, 228:13, 231:5, 232:20,
232:25, 234:1, 235:16, 236:12,
236:18, 243:13, 243:21,
246:19, 247:13, 247:25, 256:24
**can't** [46] - 3:13, 3:14, 27:23,
28:11, 30:3, 37:22, 43:14, 45:6,
46:16, 75:14, 79:20, 84:22,

85:11, 85:12, 85:14, 85:18,
93:7, 104:18, 116:21, 141:17,
142:4, 143:10, 144:12, 144:14,
144:24, 145:21, 147:2, 156:12,
170:14, 184:17, 186:5, 203:15,
205:4, 207:10, 208:11, 211:8,
214:14, 228:11, 229:9, 230:10,
230:11, 230:13, 232:21, 234:1,
251:24
**candles** [1] - 59:14
**cannot** [12] - 27:19, 35:25,
49:22, 60:5, 68:1, 90:25,
140:18, 146:18, 181:23,
188:21, 191:21, 211:20
**cap** [1] - 27:2
**capable** [2] - 19:21, 77:19
**caption** [2] - 47:15, 47:22
**captured** [2] - 46:22, 149:5
**captures** [1] - 46:23
**car** [3] - 17:16, 27:5, 140:13
**card** [1] - 134:21
**care** [4] - 17:25, 18:1, 99:24,
100:3
**cared** [1] - 158:12
**carefully** [1] - 245:12
**carlos** [1] - 182:19
**Carlos** [2] - 1:22, 47:6
**Carnival** [2] - 80:14, 115:9
**carry** [1] - 179:14
**cars** [3] - 42:4, 44:17, 44:20
**cart** [1] - 99:9
**Carter** [1] - 1:17
**CASE** [1] - 3:23
**case** [91] - 8:20, 10:12, 11:2,
11:14, 12:12, 20:18, 24:1, 24:9,
30:8, 31:8, 31:13, 38:14, 38:20,
39:9, 39:23, 40:8, 42:12, 42:25,
43:12, 43:13, 50:19, 50:20,
51:9, 52:11, 55:18, 55:23,
57:16, 58:8, 59:24, 62:6, 64:7,
65:15, 65:23, 66:5, 67:12, 68:3,
74:3, 74:15, 76:12, 77:2, 88:5,
91:1, 93:17, 95:19, 98:12,
98:13, 101:18, 104:22, 112:12,
117:23, 121:11, 130:17, 131:7,
132:4, 135:10, 145:18, 146:22,
149:11, 149:17, 158:25, 165:7,
170:12, 170:21, 173:3, 173:9,
188:20, 188:21, 190:21,
190:25, 192:6, 195:8, 201:19,
202:23, 207:2, 207:5, 216:14,
218:1, 220:18, 222:17, 222:23,
231:17, 235:19, 240:3, 242:18,
244:16, 246:15, 247:22,
247:24, 249:1, 251:17
**cases** [18] - 5:24, 23:8, 30:15,
38:21, 39:1, 84:21, 94:17,
146:8, 146:24, 170:10, 170:19,
170:20, 170:22, 185:16,
216:11, 224:24, 225:1, 225:4

**cash** [2] - 134:24
**cat** [1] - 66:21
**catalyst** [1] - 26:17
**catch** [2] - 52:15
**categorically** [3] - 38:11, 39:3, 40:11
**categories** [1] - 197:6
**category** [3] - 199:22, 200:19, 248:8
**Category** [1] - 201:10
**caught** [1] - 24:20
**causal** [1] - 117:17
**causally** [1] - 28:19
**causation** [28] - 90:1, 90:15, 93:10, 99:12, 99:14, 99:22, 101:12, 106:5, 106:11, 106:13, 106:22, 107:1, 113:13, 113:21, 114:18, 114:19, 116:12, 117:11, 117:15, 117:16, 117:23, 169:14, 169:23, 169:24, 180:10, 202:24, 229:21, 250:12
**cause** [2] - 42:1, 93:11
**caused** [4] - 10:20, 99:12, 178:21, 250:14
**causes** [2] - 113:19, 113:20
**caution** [2] - 192:17, 251:15
**caveat** [3] - 68:10, 158:1, 218:19
**CBAT** [1] - 212:15
**CEI** [1] - 127:6
**celebrity** [1] - 140:10
**center** [1] - 146:12
**Central** [1] - 170:20
**CEO** [1] - 94:6
**certain** [17] - 4:23, 19:23, 65:1, 110:9, 116:8, 116:9, 143:8, 162:18, 162:19, 164:25, 167:17, 169:3, 191:22, 230:6, 235:11, 245:1
**certainly** [20] - 12:15, 27:9, 29:18, 41:23, 56:4, 56:22, 61:21, 115:20, 128:8, 135:6, 141:13, 144:10, 167:24, 182:4, 190:9, 215:3, 223:17, 233:24, 235:17, 245:24
**CERTIFICATE** [1] - 258:1
**CERTIFIED** [1] - 1:11
**certified** [1] - 230:21
**Certified** [2] - 2:1, 258:12
**certify** [1] - 258:6
**cetera** [2] - 42:5, 206:5
**chains** [1] - 56:14
**challenge** [1] - 141:8
**challenging** [2] - 55:4, 128:7
**chance** [2] - 77:16, 94:13
**change** [6] - 34:19, 40:3, 57:17, 176:22, 193:13, 246:20
**changed** [2] - 169:19, 169:20
**changes** [1] - 216:7

**changing** [2] - 58:1, 194:12
**chapter** [1] - 136:9
**character** [4] - 67:24, 68:25, 108:14, 108:22
**characteristics** [1] - 201:23
**characterize** [1] - 164:11
**charge** [11] - 4:4, 13:3, 13:4, 165:13, 181:20, 181:21, 188:1, 191:15, 193:19, 194:2
**charged** [38] - 13:10, 21:12, 31:8, 31:4, 37:6, 45:1, 61:13, 62:3, 67:21, 68:2, 68:8, 69:6, 87:6, 91:1, 122:7, 122:8, 127:3, 127:14, 128:1, 128:2, 181:11, 182:3, 182:22, 183:1, 183:4, 183:20, 184:7, 184:9, 184:10, 186:3, 186:10, 189:12, 189:19, 189:22, 216:23, 231:21, 238:3, 245:9
**charges** [17] - 87:15, 88:3, 93:16, 105:13, 126:1, 126:15, 126:20, 127:13, 130:20, 184:2, 188:1, 188:5, 188:11, 193:5, 237:22, 237:24, 240:8
**chart** [41] - 41:13, 42:18, 42:20, 43:14, 57:10, 57:14, 58:4, 58:14, 58:15, 96:5, 126:11, 135:13, 135:15, 135:22, 140:2, 141:17, 142:15, 143:8, 143:9, 144:13, 144:21, 144:25, 145:9, 147:16, 148:1, 148:15, 148:22, 149:15, 151:3, 152:22, 152:23, 155:3, 157:20, 158:9, 185:8, 185:9, 185:10, 185:18, 187:20, 191:6
**chart's** [1] - 191:8
**charts** [40] - 95:5, 116:6, 116:7, 118:15, 118:16, 120:13, 120:18, 138:1, 140:23, 141:1, 141:25, 142:1, 142:7, 142:12, 143:1, 143:15, 144:11, 145:6, 145:15, 145:24, 146:25, 147:3, 147:11, 152:2, 155:16, 155:21, 159:9, 161:21, 163:7, 163:13, 163:19, 184:12, 184:25, 186:24, 231:1, 231:3, 231:5, 234:22, 246:3
**chasing** [1] - 105:19
**chat** [2] - 24:21, 37:9
**chats** [1] - 43:23
**chatter** [2] - 32:24, 33:9
**chattering** [1] - 58:24
**cheat** [1] - 244:20
**cheering** [1] - 180:4
**cheerleading** [2] - 179:22, 180:4
**Chip** [1] - 1:22
**chip** [1] - 224:11
**choose** [1] - 204:5
**choosing** [1] - 172:14

**chosen** [1] - 167:21
**Christmas** [1] - 187:8
**chronological** [1] - 55:5
**chuckle** [1] - 212:8
**Ciminelli** [11] - 10:11, 13:22, 18:18, 22:4, 22:5, 23:3, 26:22, 31:9, 36:3, 99:3, 211:3
**Circuit** [10] - 23:10, 23:12, 68:4, 70:12, 77:2, 77:6, 106:13, 146:8, 146:23, 237:5
**circuit** [2] - 23:11, 103:20
**circumstances** [4] - 77:8, 77:15, 77:16, 226:24
**Citadel** [12] - 132:5, 132:8, 132:10, 132:14, 132:20, 132:21, 132:24, 133:3, 133:10, 133:11, 135:18, 141:18
**Citadel's** [1] - 133:5
**cite** [2] - 68:3, 146:24
**cited** [3] - 39:1, 42:25, 43:13
**civil** [5] - 217:18, 248:13, 248:18, 252:24
**civilly** [1] - 201:6
**claim** [6] - 95:23, 126:21, 144:7, 180:14, 249:23, 254:23
**claiming** [7] - 26:16, 70:18, 75:1, 110:25, 111:1, 247:16, 254:18
**claims** [6] - 68:7, 96:25, 144:17, 145:6, 235:6, 252:7
**clarification** [1] - 206:16
**clarify** [3] - 25:12, 80:8, 81:1
**clarity** [3] - 79:23, 155:15, 160:20
**class** [3] - 42:5, 43:1
**classic** [2] - 26:22, 70:8
**classical** [1] - 64:25
**clear** [14] - 12:4, 13:5, 13:23, 23:12, 33:9, 35:9, 56:25, 61:8, 77:2, 103:8, 110:20, 143:14, 205:18, 211:17
**clearest** [1] - 30:24
**clearly** [6] - 31:9, 144:16, 194:21, 228:8, 228:9, 228:22
**clerk** [1] - 199:14
**clerk's** [2] - 3:22, 3:23
**client** [64] - 24:24, 26:16, 27:5, 27:9, 28:16, 28:18, 49:14, 50:2, 50:17, 55:15, 55:18, 56:2, 56:23, 56:25, 57:9, 57:11, 57:12, 58:9, 58:18, 60:8, 60:18, 61:4, 61:8, 61:11, 61:12, 61:18, 62:9, 62:24, 63:5, 63:17, 80:10, 80:22, 93:23, 103:12, 115:7, 118:5, 122:19, 123:4, 125:21, 125:25, 126:15, 127:1, 127:13, 128:1, 130:13, 131:15, 132:15, 132:16, 132:18, 133:3, 134:13, 134:14, 135:16, 135:23, 136:11, 136:17, 147:19,

160:24, 182:22, 184:17,
186:22, 241:15, 244:4, 249:24
**client's** [18] - 8:5, 10:14, 36:20,
80:8, 96:12, 109:12, 109:21,
122:13, 125:6, 126:2, 129:3,
132:9, 161:22, 175:24, 184:10,
217:5, 244:20, 244:23
**clients** [9] - 4:16, 10:18, 10:19,
29:15, 42:7, 99:12, 132:13,
138:5, 256:16
**clients'** [1] - 141:19
**close** [4] - 29:16, 122:9, 123:4,
236:18
**closer** [2] - 17:19, 101:13
**closing** [2] - 30:16, 142:18
**clothes** [1] - 42:4
**co** [41] - 24:21, 31:8, 32:8,
32:17, 32:22, 35:10, 37:4,
37:11, 41:9, 44:7, 45:23, 51:2,
53:9, 55:25, 56:14, 56:15, 58:3,
58:11, 58:12, 60:4, 61:5, 64:8,
64:10, 64:11, 93:14, 119:6,
119:16, 120:2, 195:4, 195:7,
195:9, 195:10, 195:12, 195:17,
205:25, 206:5, 207:15, 209:9,
210:23, 210:24, 211:22
**co-conspirator** [13] - 31:8,
32:8, 37:4, 37:11, 55:25, 58:3,
58:11, 60:4, 61:5, 64:11, 195:9,
195:12, 195:17
**co-conspirators** [19] - 32:22,
45:23, 53:9, 56:14, 58:12, 64:8,
64:10, 93:14, 119:6, 119:16,
120:2, 195:4, 195:7, 195:10,
206:5, 207:15, 209:9, 210:24,
211:22
**co-counsel** [1] - 51:2
**co-defendants** [4] - 24:21,
35:10, 205:25, 210:23
**co-defendants'** [3] - 32:17,
41:9, 44:7
**coach** [1] - 207:24
**Code** [1] - 258:7
**coded** [1] - 194:9
**coding** [10] - 136:10, 143:4,
144:18, 149:10, 157:16,
157:20, 159:15, 159:24,
162:18, 162:24
**coin** [1] - 34:25
**cold** [1] - 82:9
**colleague** [4] - 9:12, 129:16,
185:17, 217:7
**colleagues** [1] - 122:3
**college** [1] - 30:16
**color** [17] - 136:10, 138:20,
142:8, 143:4, 144:17, 149:10,
157:16, 157:17, 157:20,
159:15, 159:23, 162:18,
162:19, 162:24, 194:9
**colored** [1] - 154:18

**colorful** [1] - 60:12
**colors** [2] - 151:22, 154:18
**column** [12] - 127:5, 127:10,
127:17, 130:5, 130:9, 130:11,
130:16, 131:8, 132:3, 152:16,
155:17, 156:1
**columns** [1] - 127:15
**combat** [1] - 245:19
**combination** [2] - 15:6, 185:15
**combinations** [3] - 185:20,
185:23, 190:5
**come** [45] - 3:17, 8:8, 15:6,
15:21, 31:25, 60:5, 62:1, 62:20,
64:13, 73:15, 75:12, 75:19,
83:17, 85:4, 90:13, 102:8,
104:2, 106:13, 106:15, 108:4,
109:16, 112:22, 116:25, 118:2,
119:4, 119:12, 120:11, 140:18,
147:3, 158:15, 163:20, 164:21,
172:24, 176:16, 182:3, 184:5,
200:7, 218:7, 219:2, 219:8,
222:16, 227:25, 228:22,
244:13, 253:2
**comes** [21] - 13:6, 32:2, 32:4,
32:6, 40:11, 60:22, 66:12, 68:5,
73:22, 74:3, 75:2, 105:10,
109:17, 112:4, 116:5, 128:18,
186:8, 189:6, 226:21, 231:6,
253:1
**comfort** [1] - 189:10
**coming** [10] - 5:1, 36:8, 83:5,
164:14, 178:12, 207:21,
232:11, 233:18, 252:16, 252:17
**comment** [3] - 25:19, 162:17,
234:19
**commentary** [2] - 33:20, 239:18
**commenting** [3] - 21:16,
217:23, 245:23
**comments** [5] - 38:24, 148:14,
159:14, 163:1, 204:15
**Commission** [1] - 49:19
**commit** [6] - 67:21, 68:2, 68:6,
84:22, 188:18, 237:7
**committed** [6] - 11:19, 45:1,
50:14, 167:23, 175:9, 197:22
**committing** [1] - 67:19
**commodities** [2] - 242:3, 242:4
**common** [3] - 114:11, 175:3,
177:17
**commonsense** [1] - 43:6
**communicated** [1] - 147:18
**communication** [1] - 43:25
**communications** [2] - 205:25,
243:1
**community** [1] - 49:18
**companies** [6] - 22:8, 29:5,
36:12, 88:17, 89:23, 127:1
**company** [18] - 17:22, 17:23,
18:11, 91:21, 91:23, 94:7, 97:8,
97:14, 97:21, 97:23, 101:23,

102:6, 126:14, 161:4, 168:13,
168:17, 179:10, 227:21
**compare** [1] - 232:23
**comparison** [1] - 254:10
**compel** [1] - 38:10
**compelled** [1] - 49:13
**compelling** [1] - 148:6
**competent** [4] - 142:16, 142:17,
144:22, 144:23
**compilation** [2] - 41:17, 155:3
**complain** [2] - 69:20, 166:17
**complaining** [5] - 155:12,
157:15, 213:6, 234:15
**complaint** [1] - 24:4
**complaints** [1] - 250:8
**complementary** [1] - 227:21
**complete** [2] - 127:4, 127:25
**completely** [9] - 59:1, 116:15,
141:25, 244:11, 244:18, 253:9,
253:14, 253:15, 253:24
**complicated** [1] - 186:21
**compromise** [2] - 107:14, 255:4
**computer** [14] - 2:6, 82:9,
108:24, 109:1, 121:18, 125:18,
128:4, 133:25, 153:5, 241:2,
251:18, 251:19, 252:6, 252:9
**computers** [3] - 121:6, 240:6,
241:6
**concede** [3] - 16:3, 180:9,
250:15
**conceded** [2] - 162:11, 178:20
**concedes** [1] - 232:14
**conceding** [3] - 16:2, 30:9,
173:12
**conceive** [1] - 100:11
**conceived** [1] - 59:19
**concept** [7] - 68:21, 82:24,
83:17, 178:1, 234:25, 235:3,
237:23
**concepts** [1] - 83:5
**concern** [5] - 170:7, 202:25,
228:19, 241:12, 241:13
**concerned** [6] - 113:22, 148:9,
148:13, 169:22, 201:14, 236:13
**concerning** [1] - 30:7
**concerns** [4] - 114:22, 169:25,
201:15, 236:10
**concert** [1] - 54:12
**concession** [1] - 117:23
**concessions** [1] - 112:25
**conclude** [1] - 249:3
**concluded** [2] - 125:10, 252:20
**conclusion** [9] - 72:15, 167:22,
171:11, 171:12, 221:7, 221:23,
232:11, 235:1, 250:21
**conclusions** [6] - 169:3,
221:15, 248:12, 249:1, 252:11,
254:1
**conclusory** [1] - 29:9
**concoct** [2] - 58:2, 58:21

**concocted** [1] - 16:24
**conditioned** [1] - 8:16
**conduct** [28] - 36:2, 38:12, 39:5, 67:7, 67:22, 83:7, 88:21, 93:13, 96:8, 102:14, 113:16, 113:18, 138:3, 138:12, 138:13, 140:21, 141:15, 141:17, 170:6, 171:12, 175:20, 175:21, 188:12, 226:9, 238:18, 241:17, 250:6, 252:19
**conduct/misconduct** [2] - 86:12, 93:2
**conducting** [1] - 83:11
**conducts** [1] - 161:22
**conduit** [1] - 155:24
**CONFERENCE** [1] - 1:10
**confession** [1] - 63:4
**confidence** [3] - 213:18, 216:4, 216:18
**confident** [1] - 250:7
**confirming** [1] - 111:9
**conflating** [1] - 106:12
**confront** [2] - 143:13, 187:5
**confuse** [2] - 45:3, 186:10
**confused** [2] - 145:1, 169:23
**confusing** [1] - 239:24
**confusion** [2] - 4:15, 144:18
**Congress** [2] - 131:22, 176:14
**congressional** [1] - 49:21
**connect** [1] - 28:19
**connected** [1] - 227:18
**connection** [2] - 134:15, 238:17
**connections** [1] - 254:15
**consensus** [2] - 223:9, 226:15
**consequences** [1] - 65:24
**consider** [6] - 4:23, 54:11, 210:7, 210:19, 211:9, 240:16
**considering** [3] - 5:22, 6:1, 111:14
**consistent** [2] - 244:12, 244:18
**conspiracies** [1] - 56:19
**conspiracy** [33] - 11:25, 12:16, 32:9, 33:8, 33:18, 33:23, 34:10, 34:17, 35:3, 37:7, 43:15, 51:18, 56:1, 56:4, 56:17, 56:22, 57:1, 58:25, 62:1, 63:3, 147:12, 166:8, 186:20, 188:1, 188:4, 188:10, 188:11, 188:14, 189:12, 189:22, 195:25, 212:3, 256:11
**conspirator** [14] - 31:8, 32:8, 37:4, 37:11, 55:25, 58:3, 58:11, 60:4, 60:11, 61:5, 64:11, 195:9, 195:12, 195:17
**conspirators** [20] - 32:22, 45:23, 53:9, 56:14, 56:15, 58:12, 64:8, 64:10, 93:14, 119:6, 119:16, 120:2, 195:4, 195:7, 195:10, 206:5, 207:15, 209:9, 210:24, 211:22
**conspired** [1] - 60:25

**constant** [1] - 54:16
**Constantinescu** [18] - 9:15, 22:15, 47:12, 48:4, 50:2, 53:20, 53:22, 85:12, 95:8, 97:1, 105:14, 124:15, 140:24, 156:19, 183:9, 189:19, 198:16, 205:20
**CONSTANTINESCU** [1] - 1:7
**constantinescu's** [1] - 120:21
**Constantinescu's** [4] - 47:17, 123:8, 133:25, 196:12
**constantly** [1] - 63:8
**constitute** [2] - 39:10, 181:20
**constitutes** [2] - 65:6, 66:13
**constraints** [1] - 191:19
**construction** [2] - 22:8, 256:3
**constructively** [1] - 181:23
**consulting** [1] - 224:25
**consumer** [1] - 42:11
**contact** [1] - 48:3
**contain** [1] - 141:25
**contained** [1] - 54:20
**containing** [1] - 145:7
**contains** [4] - 47:8, 145:10, 146:2, 146:6
**contemporaneous** [1] - 74:6
**contends** [2] - 43:20, 129:13
**content** [3] - 51:23, 84:21, 151:20
**contentious** [1] - 111:20
**contested** [3] - 42:12, 52:4, 146:5
**contesting** [1] - 67:15
**context** [23] - 34:16, 64:3, 68:6, 73:14, 74:2, 75:3, 75:17, 77:1, 77:25, 79:9, 85:16, 90:13, 112:8, 177:21, 188:22, 229:5, 229:6, 240:9, 240:17, 240:23, 241:13, 247:1, 247:3
**contexts** [2] - 23:8, 43:8
**contingency** [1] - 129:22
**continue** [3] - 6:5, 134:18, 250:1
**continued** [1] - 29:14
**continues** [2] - 24:20, 122:16
**continuing** [3] - 34:21, 34:22, 133:16
**contract** [1] - 133:4
**contradicted** [1] - 247:11
**contradiction** [1] - 176:20
**contradictory** [1] - 144:7
**contradicts** [1] - 147:19
**contrary** [6] - 101:8, 172:15, 173:16, 174:16, 174:19, 175:2
**control** [13] - 10:9, 10:23, 12:9, 23:6, 28:25, 47:25, 88:9, 121:17, 133:5, 133:6, 168:5, 186:13
**controlling** [2] - 29:17, 47:23
**conundrum** [1] - 144:1

**conversation** [3] - 25:2, 36:4, 247:18
**conversations** [2] - 62:14, 195:23, 197:24
**convict** [2] - 52:21, 247:25
**conviction** [2] - 65:24, 198:8
**convince** [1] - 66:15
**convinced** [1] - 191:21
**cooperating** [3] - 89:5, 107:18, 160:17
**Cooperman** [21] - 25:7, 32:14, 33:6, 33:20, 35:14, 37:9, 45:16, 49:15, 50:16, 51:1, 57:7, 57:10, 59:12, 60:2, 60:13, 62:18, 63:5, 119:17, 201:3, 205:19, 224:11
**Cooperman's** [7] - 25:13, 65:19, 72:13, 72:19, 197:14, 199:1, 200:21
**coordinated** [1] - 101:2
**coordinating** [4] - 18:15, 69:22, 69:23, 189:18
**copy** [8] - 4:2, 150:5, 153:5, 153:8, 213:12, 224:7, 224:14, 224:20
**CORDOVA** [17] - 38:7, 38:16, 44:10, 45:11, 45:15, 46:2, 46:18, 53:19, 54:2, 118:4, 164:17, 181:6, 181:10, 193:3, 195:5, 196:1, 196:10
**Cordova** [3] - 1:23, 38:8, 181:3
**Cordova's** [2] - 194:1, 194:7
**core** [4] - 10:11, 11:2, 11:15, 58:8
**corner** [1] - 123:21
**corollary** [1] - 34:20
**corporate** [3] - 88:7, 88:8, 98:3
**corpus** [1] - 182:16
**correct** [11] - 12:2, 57:8, 103:1, 128:12, 143:10, 151:8, 151:16, 162:2, 195:5, 255:18, 258:8
**corrected** [1] - 24:13
**correctly** [2] - 99:21, 154:9
**correlation** [4] - 106:12, 106:22, 114:18, 169:22
**corresponding** [2] - 110:7, 127:10
**cost** [1] - 91:19
**could** [52] - 16:10, 19:20, 19:23, 20:10, 26:9, 29:20, 39:16, 59:19, 64:6, 64:7, 73:19, 78:1, 94:23, 95:1, 95:2, 96:15, 101:1, 106:8, 117:19, 119:21, 125:20, 134:7, 148:20, 149:8, 152:10, 158:23, 160:23, 161:13, 164:21, 168:1, 173:13, 186:2, 192:1, 197:8, 203:18, 203:19, 203:20, 204:17, 207:22, 208:13, 211:21, 212:11, 218:7, 219:1, 219:8, 224:7, 234:22, 255:4, 255:6, 255:7, 255:17,

256:15

**couldn't** [4] - 83:1, 83:11, 229:24, 231:21

**counsel** [11] - 38:4, 51:2, 178:4, 192:25, 197:3, 200:21, 213:6, 217:23, 218:5, 218:25, 219:4

**count** [7] - 22:18, 93:22, 165:16, 166:8, 166:9, 187:19, 189:20

**Count** [5] - 21:13, 22:17, 93:22, 148:23, 166:13

**counted** [2] - 159:17, 159:21

**counterparties** [1] - 254:2

**country** [3] - 125:20, 139:5, 167:17

**Counts** [1] - 181:19

**counts** [14] - 127:11, 141:1, 181:11, 181:12, 181:25, 182:3, 182:23, 183:3, 184:7, 184:11, 184:18, 187:15, 229:20, 243:4

**couple** [11] - 5:6, 28:19, 48:10, 62:11, 94:11, 119:1, 141:24, 142:25, 149:25, 160:4, 240:12

**course** [18] - 34:13, 37:11, 39:25, 40:1, 40:7, 40:19, 51:14, 57:20, 69:22, 69:25, 74:14, 86:5, 89:21, 106:18, 113:17, 116:13, 123:13, 164:4

**COURT** [359] - 1:1, 1:11, 3:6, 3:25, 7:2, 9:19, 9:23, 10:3, 11:21, 12:21, 13:25, 14:21, 16:2, 16:11, 17:3, 17:9, 17:14, 18:17, 18:22, 18:25, 19:5, 19:13, 19:17, 19:25, 20:5, 20:20, 21:19, 21:22, 23:16, 23:21, 25:2, 25:5, 26:1, 27:21, 28:3, 28:15, 30:5, 31:23, 32:3, 32:10, 32:18, 33:2, 34:8, 35:18, 37:15, 37:19, 38:15, 39:18, 40:13, 40:16, 40:21, 40:25, 44:8, 45:9, 45:13, 46:1, 46:15, 47:3, 48:19, 51:4, 51:7, 51:11, 51:20, 53:11, 53:25, 54:7, 54:13, 54:16, 55:2, 55:7, 55:11, 57:11, 60:6, 63:24, 64:13, 64:16, 64:20, 65:11, 66:11, 67:1, 67:6, 68:9, 70:22, 71:14, 73:9, 73:13, 75:18, 76:14, 76:17, 78:3, 78:8, 79:3, 79:18, 80:1, 80:3, 81:7, 81:13, 82:12, 83:20, 84:1, 84:10, 85:6, 85:11, 85:24, 86:2, 87:11, 88:6, 88:22, 89:11, 91:6, 91:10, 92:13, 92:18, 93:4, 93:19, 94:1, 95:21, 96:16, 96:21, 98:6, 98:19, 98:25, 99:16, 99:23, 100:3, 101:4, 101:16, 102:17, 102:19, 103:18, 103:24, 104:15, 104:21, 104:24, 105:5, 105:11, 105:22, 107:10, 107:17, 108:2,

108:17, 109:6, 109:17, 109:24, 110:18, 111:11, 111:17, 112:3, 112:6, 112:11, 112:19, 114:6, 114:21, 115:5, 115:15, 115:19, 116:3, 117:3, 119:9, 120:3, 120:5, 120:12, 121:2, 121:13, 121:17, 123:19, 123:23, 124:2, 124:13, 126:4, 126:9, 129:25, 138:24, 141:3, 141:21, 145:19, 145:21, 148:2, 148:9, 150:24, 151:2, 151:7, 151:10, 151:13, 151:17, 151:23, 152:4, 152:19, 153:2, 153:8, 153:24, 154:2, 154:4, 154:7, 154:21, 155:7, 155:11, 156:11, 159:4, 159:7, 159:13, 160:2, 160:25, 162:7, 162:10, 162:22, 163:4, 163:12, 163:16, 163:24, 164:2, 164:9, 164:16, 164:23, 165:3, 166:15, 166:22, 167:11, 170:1, 170:8, 171:14, 172:5, 173:17, 173:25, 174:6, 174:13, 174:21, 175:23, 177:16, 178:3, 180:24, 181:5, 181:8, 182:7, 182:18, 183:12, 187:9, 188:24, 189:7, 190:11, 194:12, 194:15, 194:24, 195:3, 195:19, 196:7, 196:11, 196:19, 196:25, 197:13, 197:20, 198:6, 198:11, 198:15, 198:20, 198:24, 199:8, 199:11, 199:13, 200:9, 200:18, 201:8, 202:13, 202:16, 204:10, 204:25, 205:4, 205:15, 206:6, 206:13, 207:4, 207:8, 208:4, 208:7, 208:17, 209:4, 209:13, 209:18, 209:23, 210:5, 211:11, 212:6, 213:5, 213:11, 214:16, 215:5, 217:1, 217:4, 217:14, 218:11, 218:15, 218:21, 218:25, 219:7, 219:15, 219:17, 219:20, 219:24, 220:2, 221:16, 222:1, 222:3, 222:6, 223:15, 223:19, 223:23, 224:7, 224:16, 224:19, 225:16, 225:21, 227:10, 227:12, 228:4, 228:6, 229:3, 230:2, 230:9, 231:9, 232:4, 232:12, 232:19, 232:25, 233:6, 233:14, 233:20, 233:23, 234:12, 234:20, 235:4, 236:2, 236:8, 236:15, 237:6, 237:16, 238:6, 238:24, 239:6, 239:14, 239:25, 241:20, 242:10, 243:11, 243:16, 243:24, 248:3, 250:25, 251:8, 253:12, 253:21, 254:16, 254:21, 255:5, 255:10, 255:13, 255:16, 255:19, 256:1, 257:5

**Court** [38] - 2:2, 12:13, 13:23, 19:19, 23:6, 33:13, 38:6, 38:12, 39:5, 40:24, 65:3, 66:19, 75:23, 75:24, 77:10, 82:12, 84:2, 84:13, 86:2, 87:13, 88:25, 89:4,

93:1, 108:1, 110:5, 110:13, 111:20, 129:1, 140:18, 153:6, 166:21, 176:21, 199:5, 214:20, 217:7, 223:13, 250:9, 257:8

**court** [7] - 3:3, 5:22, 6:20, 55:19, 76:2, 145:8, 217:19

**Court's** [4] - 6:18, 13:5, 34:19, 77:4

**courtroom** [8] - 4:11, 4:12, 5:3, 21:23, 41:24, 166:24, 167:1

**Courts** [3] - 179:1, 179:9, 224:24

**cover** [10] - 121:22, 122:24, 124:7, 148:23, 213:4, 213:9, 213:17, 213:21, 216:24, 217:8

**cover-up** [1] - 216:24

**covered** [9] - 110:14, 178:7, 199:20, 200:21, 200:25, 201:2, 218:10, 241:24, 248:4

**covers** [3] - 110:12, 217:13, 217:17

**COVID** [3] - 239:16, 239:22, 240:6

**Cowboys** [1] - 179:23

**craters** [3] - 29:7, 69:18, 72:3

**Crawford** [1] - 143:14

**crazed** [3] - 77:11, 78:15, 78:16

**crazy** [1] - 191:10

**CRC** [2] - 2:1, 258:15

**create** [2] - 43:15, 176:16

**created** [8] - 39:16, 139:23, 142:6, 215:19, 245:4, 245:21, 246:2, 247:17

**creating** [1] - 175:7

**credibility** [4] - 20:25, 39:11, 39:17, 108:16

**Credit** [1] - 132:15

**crime** [21] - 10:11, 11:6, 11:18, 13:3, 13:4, 13:10, 28:7, 45:1, 50:13, 66:7, 120:2, 167:23, 179:11, 180:17, 189:13, 200:22, 207:15, 211:2, 216:16, 245:5

**crimes** [3] - 68:2, 197:7, 197:21

**criminal** [6] - 49:23, 58:25, 60:17, 217:18, 222:17, 257:1

**criteria** [1] - 142:14

**critical** [15] - 30:14, 34:16, 49:12, 53:6, 59:4, 61:4, 102:13, 135:11, 142:24, 156:13, 157:1, 175:6, 193:5, 213:16, 251:23

**critically** [1] - 146:13

**cross** [36] - 7:18, 7:21, 88:3, 88:13, 88:23, 89:5, 95:25, 101:11, 107:11, 107:18, 107:21, 111:5, 111:14, 143:19, 144:3, 146:16, 159:11, 160:21, 160:22, 160:23, 161:6, 161:20, 162:8, 163:25, 164:10, 171:5, 171:6, 177:14, 178:4, 186:25,

187:4, 187:5, 214:21, 233:15, 236:12, 255:8
**cross-examination** [11] - 7:18, 88:23, 101:11, 107:18, 111:5, 146:16, 159:11, 160:21, 161:20, 163:25, 233:15
**cross-examine** [9] - 7:21, 88:13, 95:25, 107:11, 107:21, 143:19, 144:3, 161:6, 187:5
**cross-examining** [4] - 89:5, 160:22, 186:25, 187:4
**CRR** [2] - 2:1, 258:15
**Cruise** [2] - 80:14, 115:9
**crux** [1] - 118:14
**culpable** [3] - 98:4, 98:9, 98:11
**culture** [1] - 241:5
**cumulative** [5] - 43:21, 44:3, 186:1, 186:9, 230:25
**curriculum** [1] - 224:1
**cut** [1] - 205:13
**cuts** [1] - 120:15
**CV** [4] - 224:5, 224:8, 224:14, 225:8

# D

**D** [14] - 112:8, 126:3, 126:9, 127:10, 129:24, 130:19, 166:14, 200:4, 200:6, 200:14, 201:2, 207:12
**D-A-T-S** [1] - 130:19
**Daily** [1] - 36:19
**Dallas** [1] - 179:23
**Dan** [4] - 33:11, 33:21, 35:14, 36:14
**dark** [4] - 131:25, 132:2, 133:8, 134:6
**dash** [2] - 160:16, 160:19
**data** [12] - 125:17, 129:3, 129:12, 130:2, 162:6, 204:9, 225:7, 225:11, 230:21, 243:1, 246:4, 246:5
**DatChat** [1] - 126:17
**date** [3] - 20:17, 54:8, 130:10
**dated** [1] - 121:21
**dates** [1] - 127:7
**DATS** [8] - 122:15, 127:6, 130:19, 131:9, 137:5, 137:6, 153:19, 153:21
**Daubert** [1] - 169:7
**DAVIS** [1] - 112:17
**Davis** [1] - 1:21
**DAY** [1] - 1:10
**day** [67] - 22:20, 31:2, 33:12, 47:12, 48:2, 60:16, 61:24, 63:8, 72:20, 72:23, 103:9, 106:16, 106:18, 119:1, 123:5, 138:14, 140:7, 153:10, 165:7, 185:3, 191:1, 201:24, 202:3, 202:5,

202:7, 215:16, 216:6, 221:11, 221:13, 221:17, 221:19, 221:21, 221:22, 221:24, 222:1, 222:7, 222:11, 226:25, 227:1, 227:4, 231:24, 232:2, 232:9, 232:12, 232:14, 232:21, 232:24, 233:10, 233:12, 234:6, 234:10, 234:18, 234:21, 234:25, 235:3, 235:6, 240:18, 241:22, 244:1, 244:5, 244:7, 244:18, 247:5, 256:25
**days** [12] - 7:6, 7:7, 7:11, 7:13, 28:19, 48:15, 57:20, 148:24, 149:25, 164:6, 169:17, 185:3
**deal** [4] - 27:3, 109:18, 187:20, 200:12
**dealer** [1] - 131:18
**dealers** [1] - 128:4
**dealing** [2] - 121:8, 184:19
**deals** [2] - 200:13, 239:10
**dealt** [1] - 62:4
**decades** [1] - 171:8
**deceive** [4] - 16:17, 18:20, 80:25, 115:12
**December** [3] - 46:9, 46:22, 122:8
**decide** [9] - 7:22, 42:11, 43:6, 66:6, 106:2, 176:13, 233:7, 248:21, 249:13
**decided** [1] - 251:13
**decision** [5] - 76:19, 77:19, 89:2, 89:19, 180:9
**decision-maker** [1] - 77:19
**decisions** [5] - 86:4, 86:7, 86:8, 143:5, 172:12
**declarative** [2] - 74:19, 228:17
**decorum** [1] - 158:24
**Deel** [13] - 9:15, 45:16, 149:13, 149:19, 149:20, 149:23, 150:10, 150:18, 151:4, 151:15, 152:6, 224:13
**deemed** [1] - 245:9
**deep** [5] - 75:10, 75:13, 75:14, 78:23, 78:24
**defect** [3] - 22:3, 252:6, 252:10
**defective** [2] - 20:22, 23:15
**defects** [1] - 26:10
**defendant** [28] - 6:14, 8:14, 37:6, 42:17, 77:24, 95:20, 104:2, 114:22, 147:13, 157:11, 163:10, 163:14, 173:5, 173:10, 187:18, 199:24, 200:16, 203:2, 204:17, 209:2, 211:16, 221:3, 221:4, 221:19, 226:22, 227:25, 229:15
**defendant's** [5] - 13:7, 51:22, 112:22, 165:9, 221:7
**defendants** [122] - 7:22, 8:8, 9:20, 9:21, 9:25, 12:20, 14:8, 15:9, 15:14, 15:20, 15:25,

16:24, 19:1, 19:8, 20:7, 20:9, 20:10, 20:24, 21:5, 24:16, 24:21, 24:22, 25:17, 26:5, 26:13, 27:19, 28:12, 29:10, 29:12, 35:10, 42:1, 42:14, 42:22, 43:3, 43:16, 43:25, 44:13, 45:22, 45:23, 53:1, 55:14, 65:17, 65:22, 66:6, 67:13, 68:11, 69:5, 69:16, 70:1, 71:2, 71:4, 71:8, 74:8, 74:16, 75:6, 79:14, 84:14, 87:8, 89:4, 93:11, 96:2, 97:1, 97:20, 98:5, 99:22, 100:6, 101:7, 101:22, 105:25, 107:20, 109:1, 110:6, 110:13, 110:21, 111:10, 111:21, 113:2, 113:6, 114:8, 118:6, 118:21, 121:17, 140:20, 141:2, 146:20, 152:3, 169:18, 172:10, 172:21, 174:8, 178:6, 178:21, 179:18, 184:8, 185:20, 185:23, 187:13, 193:6, 199:16, 200:5, 201:5, 201:22, 202:10, 205:25, 206:4, 209:9, 210:12, 210:23, 220:5, 220:23, 221:13, 222:13, 227:2, 231:17, 232:6, 235:11, 235:19, 238:2, 241:23, 248:21
**Defendants** [2] - 1:8, 1:18
**defendants'** [39] - 4:20, 5:12, 10:23, 13:19, 14:13, 14:24, 15:22, 32:17, 41:9, 41:18, 44:7, 69:3, 88:20, 95:23, 100:15, 100:16, 101:14, 102:14, 104:12, 114:23, 115:17, 138:2, 141:15, 143:12, 170:6, 203:12, 203:13, 207:15, 220:25, 221:12, 221:23, 227:7, 237:7, 238:18, 248:24, 249:7, 249:9, 252:19
**defended** [1] - 52:4
**defense** [19] - 8:6, 8:11, 8:18, 21:9, 23:17, 38:4, 89:25, 96:8, 105:1, 109:15, 112:12, 115:14, 165:11, 188:24, 192:12, 222:22, 223:5, 241:4, 246:14
**defense's** [1] - 7:11
**defenses** [2] - 108:23, 109:7
**defer** [4] - 148:4, 209:21, 210:3, 242:19
**deficient** [2] - 242:22, 243:6
**define** [4] - 168:1, 170:10, 222:11, 244:3
**defined** [6] - 118:17, 221:24, 233:11, 237:21, 239:22, 245:12
**defines** [2] - 168:11, 174:20, 174:21, 174:23
**defining** [2] - 221:11, 234:8
**definitely** [4] - 39:23, 40:19, 75:6, 76:3
**definition** [23] - 34:23, 76:18,

113:13, 142:17, 167:20, 171:4, 174:16, 174:19, 175:3, 175:7, 175:12, 175:13, 176:11, 176:18, 176:19, 176:22, 176:23, 177:4, 177:9, 177:16, 177:23, 178:2, 253:5
**definitions** [3] - 167:20, 169:16, 226:1
**defraud** [4] - 30:23, 31:1, 111:16, 244:20
**degree** [3] - 28:22, 138:9, 208:16
**delay** [1] - 129:19
**demand** [1] - 251:20
**demanding** [1] - 77:11
**demonstrate** [1] - 56:15
**demonstrative** [4] - 50:23, 50:24, 142:12, 142:19
**demonstratively** [1] - 52:11
**denial** [1] - 37:16
**denotes** [1] - 180:16
**deny** [2] - 56:16, 178:3
**denying** [3] - 181:1, 190:11, 217:1
**depart** [1] - 15:19
**depend** [1] - 102:2
**depending** [3] - 6:3, 6:4, 235:21
**depict** [1] - 47:19
**deposition** [2] - 252:2, 255:20
**deprivation** [1] - 214:5
**deprive** [10] - 15:2, 16:18, 16:25, 17:9, 23:23, 82:1, 211:3, 211:4, 216:1, 216:22
**deprived** [5] - 10:13, 10:16, 10:18, 31:10, 211:3
**depriving** [2] - 20:13, 26:22
**derive** [1] - 115:25
**derived** [1] - 116:12
**describe** [4] - 77:10, 201:11, 210:8, 232:8
**described** [2] - 171:16, 232:10
**describes** [1] - 114:13
**describing** [2] - 21:17, 42:18
**designated** [3] - 201:11, 204:8, 207:10
**designation** [1] - 202:1
**designed** [4] - 14:17, 41:24, 43:2, 144:5
**despite** [1] - 58:20
**destination** [1] - 132:4
**destroy** [1] - 192:13
**detects** [1] - 251:19
**determine** [1] - 43:11
**determined** [2] - 173:7, 251:21
**determining** [1] - 238:5
**developed** [1] - 39:9
**deviation** [9] - 127:18, 127:21, 128:5, 128:6, 128:9, 128:13, 137:22

**Diablo** [1] - 49:3
**DiabloRicky** [3] - 48:13, 49:4, 49:11
**did** [83] - 12:12, 19:23, 25:14, 25:23, 26:3, 26:7, 26:8, 28:6, 44:22, 50:4, 66:6, 70:1, 71:4, 82:10, 82:21, 85:13, 89:11, 89:17, 92:20, 92:21, 95:20, 96:1, 97:22, 100:4, 100:7, 103:3, 103:5, 106:18, 108:22, 123:4, 125:16, 125:22, 126:10, 126:11, 126:14, 127:14, 130:13, 136:11, 136:14, 136:20, 136:21, 137:12, 138:15, 138:22, 139:7, 139:8, 139:17, 163:12, 163:16, 164:20, 168:5, 202:6, 203:11, 203:12, 203:18, 204:6, 207:5, 208:9, 210:22, 210:23, 214:23, 221:13, 222:4, 229:25, 234:3, 234:22, 235:20, 235:21, 237:11, 238:2, 248:21, 249:3, 249:11, 249:16, 250:15, 252:6, 252:9
**didn't** [51] - 9:19, 19:1, 25:7, 27:9, 27:13, 28:4, 28:11, 28:13, 28:15, 28:18, 29:13, 29:15, 30:13, 38:1, 44:19, 44:20, 49:1, 67:20, 67:21, 68:2, 68:6, 70:20, 78:25, 80:15, 92:22, 94:5, 97:7, 103:6, 105:1, 105:12, 114:7, 135:5, 135:6, 136:17, 136:23, 158:10, 160:24, 168:4, 189:25, 216:11, 235:21, 236:24, 237:11, 238:2, 248:21, 249:3, 249:17, 250:16, 250:25, 252:10, 253:19
**die** [1] - 241:1
**difference** [6] - 28:22, 30:14, 125:11, 146:14, 158:10, 255:23
**different** [51] - 22:8, 24:8, 24:23, 35:19, 51:8, 56:13, 57:2, 59:25, 65:22, 74:7, 79:22, 92:22, 93:18, 96:16, 96:22, 102:18, 110:8, 126:19, 126:20, 133:17, 135:5, 135:7, 140:16, 141:24, 153:19, 154:18, 155:19, 165:9, 175:7, 177:11, 177:14, 178:2, 185:19, 185:20, 185:21, 185:22, 185:23, 187:1, 198:1, 209:24, 241:22, 246:15, 248:17, 248:18, 249:5, 249:14, 249:15, 253:15, 254:15
**differentiating** [1] - 157:18
**differently** [2] - 92:13, 102:22
**difficult** [2] - 85:16, 229:11
**ding** [1] - 133:24
**dinged** [1] - 252:13
**dire** [1] - 4:21
**direct** [6] - 51:10, 88:24,

156:21, 157:14, 176:20, 182:14
**directed** [1] - 229:23
**directing** [1] - 14:16
**directly** [5] - 37:6, 39:16, 68:4, 143:22, 247:7
**director** [1] - 245:14
**dis** [1] - 81:18
**disagree** [1] - 26:1
**disagreement** [3] - 93:9, 170:24, 171:3
**disagrees** [3] - 25:15, 33:21, 35:15
**disclaim** [5] - 75:25, 78:20, 78:22, 85:22, 237:1
**disclaimer** [3] - 79:11, 79:14, 80:10
**disclaimers** [6] - 76:1, 76:5, 76:10, 78:20, 79:8
**disclaiming** [1] - 84:20
**disclaims** [1] - 143:24
**disclose** [6] - 61:23, 111:22, 172:21, 174:10, 245:13, 245:14
**disclosed** [12] - 74:9, 176:18, 193:22, 200:1, 202:16, 202:18, 225:14, 243:9, 243:14, 243:19, 246:4, 246:5
**discloses** [1] - 225:1
**disclosing** [1] - 245:23
**disclosure** [7] - 170:11, 224:1, 226:10, 231:12, 242:22, 243:6, 245:18
**disclosures** [5] - 220:9, 220:19, 221:11, 227:19, 244:3
**Discord** [23] - 21:2, 21:5, 24:21, 43:23, 123:11, 149:17, 149:18, 149:23, 151:14, 151:18, 151:20, 152:6, 156:18, 156:20, 157:8, 157:11, 158:1, 158:2, 158:4, 162:21, 162:22, 185:11, 243:1
**discovered** [1] - 167:25
**discovery** [4] - 89:10, 89:13, 200:1, 200:17
**discretion** [1] - 186:11
**discretionary** [2] - 10:13, 10:24
**discretions** [1] - 86:4
**discuss** [5] - 48:23, 107:3, 115:4, 115:22, 188:7
**discussed** [5] - 3:9, 109:7, 147:6, 178:23, 220:14
**discussing** [4] - 30:15, 56:21, 100:23, 237:22
**discussion** [4] - 43:24, 204:20, 230:19, 242:17
**discussions** [2] - 204:4, 204:23
**disguise** [1] - 88:9
**disk** [4] - 3:18, 3:19, 4:1, 4:2
**dismiss** [7] - 9:6, 10:8, 12:25, 14:6, 16:7, 112:9, 181:19
**dismissed** [3] - 11:19, 12:13,

24:10
**dispel** [1] - 77:16
**displays** [2] - 42:4, 43:9
**dispute** [4] - 26:20, 42:10, 231:1, 231:4
**disputing** [1] - 228:8
**distinction** [5] - 96:24, 98:7, 101:9, 101:13, 102:13
**distinctions** [1] - 155:20
**distort** [1] - 83:5
**District** [5] - 2:2, 2:2, 145:18, 170:20, 173:3
**DISTRICT** [2] - 1:1, 1:2
**divorce** [2] - 199:9, 236:5
**divorced** [2] - 77:24, 85:16
**do** [157] - 3:21, 5:11, 5:18, 6:9, 9:3, 9:8, 15:7, 16:20, 19:13, 20:1, 20:3, 27:20, 27:23, 30:3, 31:4, 32:19, 32:21, 33:22, 34:20, 35:2, 36:9, 37:8, 38:9, 48:9, 49:13, 51:7, 51:13, 54:6, 54:11, 55:4, 56:6, 59:6, 61:10, 62:20, 64:1, 64:17, 65:6, 67:20, 68:19, 70:17, 73:11, 74:5, 74:6, 74:10, 74:20, 80:11, 81:20, 84:12, 88:1, 88:24, 91:14, 91:15, 92:11, 93:6, 94:4, 95:7, 95:9, 95:10, 95:11, 95:12, 98:19, 99:6, 99:25, 101:2, 102:8, 103:13, 105:1, 107:3, 107:8, 107:10, 107:22, 108:5, 108:12, 108:23, 114:24, 116:21, 117:15, 118:18, 120:21, 120:23, 124:13, 125:14, 126:12, 127:9, 128:8, 129:21, 130:4, 132:10, 132:23, 133:4, 134:19, 135:5, 135:6, 139:11, 140:6, 141:13, 142:4, 143:23, 145:25, 146:7, 147:3, 147:25, 149:22, 156:24, 163:4, 164:23, 165:14, 166:23, 173:17, 180:23, 181:7, 181:14, 182:1, 183:11, 183:13, 186:18, 187:24, 189:1, 189:4, 190:15, 190:22, 191:8, 191:11, 191:23, 191:25, 194:21, 195:3, 196:14, 198:24, 205:4, 205:9, 205:10, 207:6, 207:10, 207:14, 213:10, 217:13, 219:19, 225:25, 230:18, 234:4, 235:21, 237:10, 237:11, 238:2, 246:22, 248:19, 248:22, 249:17, 254:3, 254:5, 254:9
**docket** [2] - 41:2, 55:2
**docs** [1] - 251:2
**Document** [5] - 65:2, 112:21, 171:23, 196:12, 218:12
**document** [3] - 40:10, 128:12
**documents** [19] - 9:24, 39:15, 75:20, 86:21, 101:3, 129:4,

248:6, 248:8, 249:2, 249:20, 250:4, 250:9, 251:11, 255:23, 256:4, 256:8, 256:15, 256:19, 256:21
**does** [51] - 19:25, 25:20, 31:25, 32:1, 33:25, 41:14, 42:11, 44:14, 44:18, 48:9, 50:18, 70:9, 92:10, 95:16, 102:25, 103:21, 108:15, 111:10, 114:24, 124:2, 128:8, 128:10, 132:8, 132:24, 134:5, 136:18, 136:24, 140:1, 140:21, 147:25, 154:21, 161:4, 162:5, 163:15, 175:12, 175:13, 176:2, 178:20, 180:6, 189:10, 189:21, 190:22, 211:17, 213:19, 218:11, 225:2, 225:3, 227:14, 231:7, 254:12, 257:3
**doesn't** [48] - 10:10, 26:18, 27:12, 32:20, 43:15, 47:19, 48:25, 50:10, 56:23, 58:23, 60:25, 66:8, 68:22, 77:1, 78:16, 79:1, 85:22, 95:9, 95:10, 95:11, 102:25, 104:7, 104:21, 132:25, 141:14, 151:23, 154:17, 160:15, 161:9, 161:12, 171:8, 180:1, 203:7, 203:8, 205:6, 206:11, 212:23, 214:16, 214:17, 225:13, 231:16, 231:20, 237:4, 243:4, 244:22, 246:24, 248:19, 249:12
**dog** [1] - 50:16
**Dogg** [1] - 54:5
**doing** [64] - 3:7, 4:13, 17:20, 17:23, 19:21, 25:8, 27:9, 32:15, 32:25, 33:1, 34:15, 34:21, 36:8, 49:25, 52:5, 52:6, 52:9, 52:16, 52:24, 59:22, 61:1, 61:8, 61:19, 61:20, 62:9, 64:17, 64:23, 68:13, 68:14, 71:22, 80:18, 80:20, 81:5, 94:21, 95:8, 95:13, 95:16, 98:21, 98:22, 100:8, 101:1, 103:12, 104:25, 107:1, 140:8, 147:1, 147:4, 179:6, 189:17, 190:1, 190:5, 190:12, 190:14, 215:3, 221:21, 222:13, 232:13, 234:10, 240:6, 240:13, 240:15, 255:24, 257:1
**DOJ** [15] - 142:2, 142:9, 143:19, 143:21, 144:9, 144:24, 145:7, 145:10, 154:20, 156:22, 157:14, 157:19, 158:6, 159:15
**DOJ's** [1] - 142:17
**dollar** [1] - 26:17
**dollars** [3] - 80:13, 115:8, 214:22
**don't** [176] - 4:22, 7:24, 8:2, 9:14, 9:19, 9:25, 10:21, 11:5, 11:17, 11:23, 11:24, 11:25, 13:9, 14:11, 16:14, 16:17, 16:21, 17:4, 17:24, 17:25, 18:2,

20:17, 23:21, 23:25, 24:12, 29:8, 29:19, 30:7, 30:12, 33:4, 33:5, 34:18, 35:24, 40:18, 40:20, 41:4, 41:23, 44:25, 46:13, 48:19, 49:23, 50:19, 51:7, 55:11, 55:23, 56:1, 58:15, 59:18, 60:18, 64:9, 71:2, 72:25, 73:14, 75:10, 75:14, 76:17, 78:5, 78:20, 78:23, 79:5, 80:23, 81:20, 84:8, 86:22, 90:3, 97:14, 98:7, 98:12, 98:13, 99:23, 99:24, 100:5, 101:17, 102:19, 105:11, 105:19, 105:20, 107:10, 107:12, 109:15, 109:25, 110:22, 111:8, 113:3, 113:25, 116:11, 121:21, 123:23, 125:24, 138:5, 138:20, 141:9, 143:2, 147:7, 147:8, 148:5, 150:5, 151:3, 153:3, 155:13, 157:2, 157:4, 159:4, 159:5, 161:10, 166:17, 167:14, 167:23, 170:11, 174:2, 176:7, 185:6, 192:2, 196:2, 201:6, 202:2, 204:8, 205:11, 205:18, 206:13, 206:20, 208:12, 208:14, 209:14, 209:21, 215:9, 216:13, 218:9, 218:13, 219:21, 220:19, 220:20, 220:24, 223:21, 224:2, 224:3, 224:5, 225:7, 225:10, 225:13, 228:12, 229:1, 229:2, 231:17, 231:20, 232:25, 233:25, 234:2, 235:2, 239:10, 239:17, 240:10, 240:18, 240:21, 241:5, 241:7, 242:1, 242:3, 242:16, 243:15, 245:17, 245:25, 246:18, 247:4, 247:19, 249:19, 249:20, 250:21, 252:23, 256:16, 256:20
**done** [28] - 4:6, 6:6, 29:12, 29:24, 44:23, 61:4, 67:13, 116:10, 116:20, 117:17, 125:18, 129:14, 137:21, 137:22, 142:6, 143:6, 147:21, 166:1, 170:20, 196:15, 215:9, 222:25, 231:21, 235:19, 240:7, 251:15, 256:15
**door** [18] - 106:23, 107:12, 113:5, 114:18, 117:20, 117:22, 179:18, 188:21, 201:16, 221:14, 231:25, 233:23, 233:24, 234:10, 235:1, 237:23, 239:21, 241:17
**dooring** [1] - 220:25
**double** [1] - 151:11
**doubt** [1] - 179:7
**dovetails** [1] - 248:11
**down** [37] - 6:21, 28:11, 62:20, 71:13, 84:23, 84:25, 85:4, 90:10, 93:6, 94:18, 98:21, 104:8, 104:11, 113:20, 116:5,

118:19, 119:18, 123:25, 133:16, 149:8, 150:2, 150:3, 150:16, 151:14, 153:16, 173:14, 175:11, 179:24, 183:18, 190:18, 205:14, 212:16, 221:18, 221:19, 227:5, 241:14, 247:4

**downloading** [1] - 4:5
**dozen** [2] - 187:3, 187:7
**dozens** [4] - 48:22, 184:24, 185:2, 187:6
**Dr** [7] - 120:22, 142:7, 143:23, 184:12, 186:25, 187:5, 201:13
**drafts** [10] - 38:10, 38:12, 38:13, 38:15, 38:23, 38:25, 39:4, 39:6, 39:9, 40:19
**draw** [5] - 34:20, 105:9, 229:12, 239:5, 241:19
**drawing** [4] - 98:7, 98:8, 104:12, 226:20
**drawn** [1] - 152:2
**drink** [1] - 209:15
**drinking** [2] - 205:20, 206:11
**driven** [1] - 22:3
**drives** [1] - 36:3
**driving** [2] - 17:21, 49:25
**drone** [1] - 158:19
**drops** [1] - 69:18
**drug** [5] - 25:18, 36:15, 108:4, 108:14, 108:20
**drug-induced** [1] - 36:15
**drugs** [2] - 108:5, 108:10
**drunken** [1] - 36:15
**dry** [1] - 40:5
**due** [2] - 116:19, 174:9
**dug** [1] - 145:13
**dump** [47] - 13:17, 15:12, 15:23, 21:6, 28:23, 29:9, 59:15, 59:25, 67:13, 69:14, 87:23, 88:4, 88:12, 90:1, 92:2, 100:22, 102:24, 107:2, 113:16, 113:18, 114:4, 114:7, 114:13, 139:14, 168:2, 168:6, 168:9, 168:18, 168:20, 168:24, 169:4, 170:10, 170:17, 171:19, 178:14, 178:16, 178:22, 179:2, 179:4, 179:8, 179:19, 180:2, 181:1, 216:10, 216:12, 238:9
**dump-type** [1] - 90:1
**dumped** [3] - 69:7, 69:8, 114:20
**dumpers** [1] - 69:21
**dumping** [3] - 20:10, 90:17, 95:17
**dumps** [5] - 92:7, 167:21, 168:12, 250:6, 251:18
**dumpy** [1] - 170:14
**duplicate** [1] - 117:9
**during** [33] - 11:20, 32:8, 37:11, 46:23, 49:5, 57:1, 60:16, 66:12, 66:21, 66:25, 89:20, 106:25,

108:18, 109:12, 116:8, 118:20, 122:1, 124:17, 125:6, 125:7, 125:8, 128:23, 131:22, 134:12, 136:14, 138:22, 148:25, 149:5, 157:12, 158:4, 163:10, 218:4, 239:19
**duties** [2] - 110:7, 110:8
**duty** [17] - 110:22, 111:2, 111:22, 112:4, 172:8, 172:11, 172:13, 172:19, 173:4, 173:7, 173:12, 173:14, 173:22, 174:2, 174:3, 174:10

# E

**E** [9] - 106:9, 126:25, 127:15, 135:19, 136:9, 166:14, 201:4
**each** [20] - 27:20, 56:6, 130:7, 147:14, 147:19, 184:16, 185:5, 185:16, 185:19, 187:18, 187:21, 189:9, 189:13, 191:22, 193:6, 203:2, 240:14, 249:17, 254:3
**earlier** [14] - 91:7, 117:20, 118:18, 145:12, 145:17, 179:21, 186:18, 214:3, 222:21, 226:8, 226:20, 237:23, 243:7, 246:20
**earned** [1] - 116:23
**Earth** [1] - 69:18
**easier** [3] - 55:6, 121:10, 166:9
**easily** [1] - 129:14
**Eastern** [1] - 173:3
**eat** [1] - 103:23
**echoed** [1] - 88:5
**economic** [3] - 10:13, 10:16, 10:24
**economically** [1] - 26:23
**Eddie** [1] - 156:18
**EDNY** [1] - 170:20
**educate** [1] - 192:10
**education** [1] - 192:14
**EDWARD** [1] - 1:7
**Edward** [2] - 124:15, 205:20
**effect** [3] - 10:20, 93:13, 93:15
**effective** [1] - 121:6
**effectively** [2] - 10:17, 55:15
**effects** [1] - 74:16
**efficient** [2] - 182:14, 196:17
**effort** [4] - 66:2, 171:21, 223:7, 238:15
**efforts** [1] - 14:16
**eight** [3] - 95:16, 95:17, 136:13
**either** [18] - 6:9, 11:20, 12:19, 23:16, 47:19, 49:8, 66:5, 74:17, 144:13, 158:5, 165:3, 165:15, 186:6, 191:20, 205:5, 215:2, 236:9
**elaborating** [1] - 178:1

**electric** [1] - 17:16
**element** [4] - 76:12, 81:6, 134:14, 250:12
**elements** [5] - 66:7, 93:17, 193:18, 194:3, 252:3
**elicit** [4] - 60:24, 63:4, 108:15, 207:14
**eliminate** [2] - 170:7, 200:2
**else** [17] - 21:19, 22:7, 33:3, 33:18, 34:5, 44:8, 45:8, 46:1, 98:3, 109:4, 112:5, 134:23, 163:1, 188:24, 219:11, 231:7, 233:1
**else's** [1] - 184:18
**Emily** [1] - 1:18
**emotions** [1] - 43:9
**empanel** [1] - 192:24
**emphasize** [1] - 187:11
**employee** [1] - 202:2
**employer** [1] - 111:10
**empty** [1] - 134:22
**encompass** [1] - 252:11
**encouraging** [1] - 98:16
**end** [13] - 30:12, 46:4, 75:10, 75:13, 75:14, 78:23, 78:24, 153:9, 166:1, 182:15, 186:7, 214:1, 221:3
**end-run** [1] - 221:3
**endless** [3] - 124:9, 136:16, 139:3
**ends** [1] - 130:18
**Energy** [2] - 126:16, 126:22
**enflame** [1] - 41:25
**enforce** [1] - 65:6
**engage** [3] - 36:1, 91:24, 113:18
**engaged** [9] - 134:15, 135:3, 135:17, 136:3, 136:5, 204:23, 224:6, 224:23, 250:6
**enjoy** [1] - 53:2
**enough** [13] - 13:1, 13:20, 72:9, 72:24, 169:6, 169:7, 172:23, 178:24, 186:21, 237:13, 237:18, 242:19
**enrich** [1] - 15:8
**enriching** [1] - 15:14
**Enron** [1] - 179:12
**enter** [2] - 134:21, 136:17
**Entered** [1] - 131:12
**entered** [3] - 22:12, 22:23, 214:24
**entering** [3] - 131:16, 134:17, 139:19
**enters** [1] - 137:2
**entertain** [1] - 138:6
**entice** [3] - 14:18, 15:13, 150:21
**enticed** [1] - 150:12
**enticing** [1] - 15:16
**entire** [3] - 72:19, 139:17, 212:17

**entirely** [3] - 62:7, 93:18, 157:20
**entities** [1] - 135:18
**entitled** [3] - 7:17, 109:22, 162:14
**entity** [2] - 248:15, 248:16
**enumerate** [1] - 118:25
**eons** [1] - 31:17
**Episode** [4] - 123:1, 124:11, 164:18, 164:19
**episode** [8] - 116:9, 157:12, 158:5, 160:6, 160:9, 165:1, 165:18, 183:11
**episodes** [15] - 67:11, 119:1, 122:2, 164:23, 181:14, 181:16, 183:17, 184:19, 185:2, 185:12, 185:19, 186:3, 189:16, 190:2
**Epley** [1] - 1:23
**EPLEY** [24] - 25:9, 25:11, 33:4, 34:18, 37:17, 51:1, 51:6, 51:9, 51:14, 72:8, 73:12, 153:4, 153:25, 154:3, 154:6, 154:25, 155:4, 155:13, 159:1, 159:6, 159:25, 199:3, 199:12, 206:10
**equation** [2] - 15:9, 18:19
**equipped** [1] - 230:5
**Eric** [1] - 1:20
**Erin** [1] - 1:23
**error** [2] - 143:17, 146:18
**errors** [1] - 39:14
**especially** [4] - 8:9, 39:23, 50:15, 192:21
**Esq** [16] - 1:16, 1:16, 1:17, 1:18, 1:18, 1:19, 1:19, 1:20, 1:20, 1:21, 1:21, 1:22, 1:22, 1:23, 1:23, 1:24
**essence** [1] - 103:3
**essential** [1] - 181:21
**essentially** [6] - 23:2, 52:13, 82:24, 149:25, 179:18, 232:1
**establish** [3] - 58:10, 79:25, 147:11
**estimates** [1] - 170:22
**et** [3] - 1:7, 42:4, 206:5
**eternity** [1] - 123:5
**ethos** [1] - 244:7
**evaluate** [1] - 43:11
**Evans** [8] - 77:2, 77:5, 78:7, 78:13, 242:21, 243:17, 246:2
**even** [48] - 24:22, 26:21, 29:15, 36:24, 43:20, 44:19, 56:17, 58:3, 61:5, 70:20, 77:15, 82:9, 84:25, 90:11, 98:1, 102:3, 108:20, 109:25, 114:1, 117:23, 119:12, 120:5, 137:24, 144:23, 148:16, 156:24, 160:6, 161:24, 171:11, 176:9, 181:15, 192:6, 192:18, 203:8, 211:15, 211:24, 216:24, 218:19, 228:1, 233:21, 235:2, 236:3, 245:9, 248:13,

249:2
**event** [1] - 205:18
**events** [3] - 80:18, 223:11, 253:5
**ever** [13] - 19:14, 36:6, 44:19, 71:4, 74:9, 91:4, 93:11, 115:9, 118:7, 145:9, 167:14, 216:13, 250:22
**every** [14] - 11:12, 14:23, 15:5, 22:23, 31:2, 81:20, 144:4, 163:13, 185:1, 216:21, 249:10, 253:7, 256:15
**everybody** [12] - 18:4, 45:8, 60:21, 86:21, 93:24, 94:2, 102:5, 106:21, 113:9, 171:17, 192:3, 232:14
**everybody's** [1] - 124:24
**everyone** [5] - 28:24, 29:6, 72:22, 158:24, 184:17
**everything** [13] - 12:16, 13:16, 48:7, 95:7, 163:10, 163:13, 173:1, 198:17, 234:2, 234:3, 234:9, 235:20, 239:7
**everywhere** [1] - 81:9
**evidence** [87] - 5:17, 29:23, 30:24, 31:25, 42:6, 43:6, 43:11, 43:19, 56:18, 61:3, 65:4, 67:7, 67:18, 68:25, 73:8, 73:10, 73:14, 74:7, 80:12, 81:21, 82:6, 82:10, 82:13, 84:2, 84:13, 86:3, 86:12, 87:14, 89:1, 89:12, 89:18, 91:5, 93:1, 93:5, 96:25, 100:24, 101:5, 101:6, 101:8, 106:3, 110:2, 110:6, 111:20, 117:2, 121:9, 142:13, 142:15, 142:16, 142:18, 142:23, 143:8, 143:18, 144:14, 144:22, 144:23, 145:4, 146:13, 146:25, 147:24, 161:16, 162:15, 163:2, 163:22, 174:15, 179:16, 180:23, 186:12, 186:13, 188:22, 189:6, 190:1, 190:24, 191:7, 195:16, 203:1, 203:5, 203:21, 204:16, 205:24, 211:15, 238:22, 240:12, 248:23, 249:21, 250:20, 251:24, 253:19
**evident** [1] - 59:16
**evidentiary** [1] - 36:5
**exact** [6] - 26:14, 31:19, 70:13, 94:18, 119:13, 138:23
**exactly** [17] - 23:9, 25:10, 67:8, 96:20, 98:17, 119:11, 162:11, 186:14, 190:3, 208:6, 209:4, 215:19, 219:9, 225:7, 244:21, 249:9, 251:13
**exaggerated** [1] - 168:23
**examination** [12] - 7:18, 88:23, 101:11, 107:18, 111:5, 146:16, 159:11, 160:21, 161:20,

163:25, 233:15, 242:24
**examine** [9] - 7:21, 88:13, 95:25, 107:11, 107:21, 143:19, 144:3, 161:6, 187:5
**examining** [4] - 89:5, 160:22, 186:25, 187:4
**example** [40] - 18:7, 18:10, 21:11, 21:13, 22:17, 26:11, 26:12, 42:16, 57:5, 65:18, 77:11, 77:22, 77:23, 78:13, 80:21, 83:23, 87:2, 90:6, 101:16, 118:18, 122:24, 138:7, 145:8, 147:18, 148:8, 148:17, 153:16, 153:19, 154:1, 155:12, 168:11, 175:14, 184:10, 184:25, 185:8, 189:17, 201:17, 207:20, 209:1, 220:15
**examples** [16] - 15:25, 17:7, 18:14, 43:22, 43:25, 72:11, 81:10, 143:2, 155:9, 189:17, 189:24, 222:10, 222:18, 228:2, 229:1
**exceeded** [1] - 41:14
**Excel** [5] - 121:8, 126:11, 129:11, 129:14, 130:1
**except** [3] - 65:5, 151:23, 166:8
**exception** [3] - 55:24, 61:5, 174:6
**excerpt** [4] - 121:20, 122:12, 125:5
**Exchange** [2] - 49:19, 131:21
**exchange** [5] - 61:9, 131:20, 132:12, 133:7, 167:18
**exchanges** [1] - 131:24
**excised** [2] - 62:6, 67:11
**exclude** [8] - 54:19, 86:21, 117:1, 144:5, 163:11, 193:24, 212:4, 220:3
**excluded** [11] - 44:4, 50:24, 51:19, 136:8, 137:18, 140:19, 140:24, 141:1, 198:2, 211:10, 247:22
**excluding** [1] - 68:18
**exclusively** [1] - 217:21
**exculpatory** [1] - 74:7
**excuse** [2] - 75:11, 186:3
**excused** [2] - 3:11
**execute** [1] - 236:25
**executed** [2] - 22:20, 161:4
**exhibit** [35] - 34:5, 46:4, 46:20, 46:21, 65:19, 70:17, 83:21, 86:16, 86:19, 106:7, 113:23, 137:23, 139:23, 157:24, 163:21, 164:6, 166:12, 185:6, 185:9, 196:9, 196:18, 196:22, 200:8, 200:13, 220:6, 247:18, 248:5, 250:23, 251:2, 251:12
**Exhibit** [26] - 41:3, 41:11, 41:16, 44:12, 47:7, 51:16, 51:24, 82:20, 82:22, 95:1, 123:18,

123:22, 123:24, 139:16, 148:20, 184:14, 184:22, 187:15, 195:21, 205:23, 210:2, 212:10, 219:18, 223:21, 247:14, 247:16

**exhibit-by-exhibit** [2] - 200:8, 200:13

**Exhibits** [1] - 217:22

**exhibits** [52] - 42:8, 50:15, 54:21, 55:4, 55:16, 63:25, 64:1, 64:17, 65:1, 65:17, 72:14, 84:5, 89:23, 103:11, 120:19, 136:7, 137:17, 138:9, 146:2, 146:5, 146:19, 146:20, 146:21, 163:21, 184:15, 184:19, 184:23, 185:12, 185:13, 186:22, 187:6, 187:12, 190:17, 191:3, 191:4, 196:3, 196:19, 197:4, 197:5, 197:19, 198:5, 198:20, 198:25, 205:22, 209:22, 210:3, 217:24, 218:2, 218:6, 219:1, 219:5, 219:14

**exist** [2] - 43:15, 56:23

**existed** [1] - 147:12

**existence** [4] - 56:1, 204:19, 205:24, 206:3

**existing** [1] - 228:2

**exited** [1] - 118:22

**exits** [1] - 80:23

**expand** [2] - 181:13, 181:24

**expect** [4] - 19:22, 68:11, 103:8, 205:9

**expectation** [1] - 177:7

**expected** [1] - 177:25

**expecting** [1] - 87:16

**expedite** [2] - 129:22, 196:23

**expend** [1] - 171:20

**expense** [3] - 21:2, 21:3, 21:9

**expenses** [1] - 146:11

**experience** [7] - 38:21, 165:20, 171:8, 177:13, 201:22, 206:21, 207:1

**expert** [48] - 38:16, 38:18, 38:22, 39:11, 39:23, 39:24, 76:22, 87:22, 92:18, 92:19, 92:20, 106:8, 106:11, 121:21, 128:7, 164:10, 167:15, 167:24, 201:16, 201:20, 202:1, 203:4, 203:22, 204:8, 206:19, 207:9, 207:10, 207:24, 207:25, 220:4, 220:15, 220:19, 221:5, 221:9, 222:16, 223:6, 224:25, 228:11, 228:12, 228:22, 229:16, 233:18, 238:8, 238:10, 244:2

**expert's** [1] - 76:23

**expertise** [2] - 169:7, 202:18

**experts** [6] - 201:12, 202:14, 202:17, 226:25, 243:23, 243:25

**explain** [11] - 21:8, 27:18, 34:16, 96:7, 102:21, 131:13,

158:16, 206:25, 221:16, 237:4, 240:17

**explained** [2] - 77:6, 170:17

**explaining** [1] - 39:1

**explains** [3] - 34:13, 121:24, 151:22

**explicit** [1] - 189:21

**explicitly** [2] - 61:11, 62:17

**exploded** [1] - 246:21

**express** [1] - 70:10

**extended** [1] - 109:13

**extent** [34] - 11:9, 53:11, 56:17, 58:17, 60:18, 62:5, 66:23, 74:21, 75:2, 86:23, 88:1, 89:25, 95:22, 97:17, 97:19, 106:1, 170:24, 171:3, 177:11, 182:4, 204:10, 206:3, 226:21, 227:25, 229:1, 231:2, 236:16, 238:20, 243:8, 243:12, 243:14, 243:16, 243:18, 250:12

**extra** [2] - 5:6, 159:17

**extraneous** [8] - 162:17, 183:10, 185:5, 185:7, 185:24, 197:7, 197:21, 200:19

**extraordinarily** [1] - 62:15

**extraordinary** [2] - 22:16, 128:19

**extrapolations** [1] - 146:13

**extremely** [5] - 41:18, 45:5, 62:4, 145:3, 157:21

**extrinsic** [3] - 189:15, 190:9, 256:10

**EzFill** [2] - 126:23, 126:25

**EZFL** [1] - 127:7

---

# F

---

**F** [5] - 127:15, 135:13, 138:10, 168:5, 204:13

**fabricated** [1] - 136:17

**face** [6] - 33:10, 69:18, 171:25, 192:22, 224:4, 249:6

**faced** [1] - 144:1

**facing** [2] - 67:12, 107:21

**fact** [52] - 8:16, 9:20, 13:3, 13:17, 16:21, 16:24, 19:23, 24:19, 25:17, 42:12, 49:2, 49:20, 50:9, 50:20, 52:6, 58:3, 58:23, 58:24, 74:23, 74:25, 78:6, 79:4, 79:15, 82:19, 89:21, 90:8, 92:6, 97:8, 104:3, 115:6, 133:6, 140:4, 142:2, 167:16, 176:3, 176:4, 176:8, 176:10, 180:5, 180:8, 182:12, 189:22, 205:16, 206:1, 207:23, 219:2, 227:20, 230:25, 231:3, 240:5, 244:11, 255:1

**factors** [4] - 94:17, 96:1, 106:1, 254:25

**facts** [17] - 13:13, 22:4, 23:2, 24:1, 71:3, 79:6, 144:9, 144:15, 181:21, 181:22, 213:24, 216:14, 218:6, 219:1, 248:25, 249:5

**factual** [1] - 66:5

**failed** [5] - 11:16, 61:23, 106:7, 160:13, 250:11

**fails** [1] - 59:4

**failure** [1] - 12:23

**fair** [12] - 92:20, 92:21, 107:14, 108:10, 140:25, 206:24, 208:23, 237:13, 237:18, 239:4, 242:14, 242:19

**fall** [1] - 55:24

**falls** [1] - 99:5

**false** [61] - 15:18, 16:8, 17:11, 19:11, 21:14, 21:15, 26:18, 29:1, 35:3, 67:15, 69:8, 69:9, 70:9, 72:18, 77:13, 85:1, 88:16, 91:23, 95:7, 118:7, 118:25, 119:4, 119:25, 120:10, 136:19, 142:4, 142:9, 142:10, 150:23, 152:17, 155:18, 155:22, 156:2, 156:18, 156:24, 156:25, 157:9, 157:11, 158:5, 159:16, 168:12, 168:17, 168:22, 173:23, 181:19, 193:1, 193:4, 193:10, 193:12, 193:14, 193:17, 193:18, 193:22, 194:1, 194:6, 194:20, 212:13, 212:20, 212:23, 213:2, 247:6

**falsehood** [1] - 215:6

**falsely** [2] - 26:16, 70:11

**falsities** [1] - 26:25

**falsity** [6] - 26:19, 70:15, 78:20, 85:22, 143:16, 144:2

**family** [3] - 4:16, 65:21, 213:23

**fan** [1] - 179:23

**fancy** [1] - 44:20

**fantastically** [1] - 193:24

**far** [18] - 29:22, 35:21, 52:20, 87:10, 104:11, 105:22, 123:15, 137:24, 174:7, 205:7, 227:3, 230:5, 239:17, 239:24, 241:7, 241:13, 250:18, 256:14

**farfetched** [2] - 52:1, 101:17

**farting** [1] - 33:13

**fast** [2] - 42:4, 206:17

**faster** [1] - 64:23

**fault** [2] - 70:19, 71:6

**faulty** [1] - 12:24

**favors** [1] - 128:13

**Federal** [1] - 250:9

**federal** [3] - 77:12, 159:2, 248:14

**feel** [4] - 49:12, 113:3, 191:5, 250:7

**feeling** [1] - 114:25

**fell** [1] - 99:10

**Female** [1] - 64:6
**female** [3] - 60:3, 64:10, 64:11
**females** [1] - 86:17
**fence** [1] - 236:4
**FERTITTA** [2] - 224:12, 225:3
**Fertitta** [2] - 1:21, 224:12
**few** [7] - 48:15, 49:18, 55:9,
85:4, 94:11, 118:13, 164:6
**fiancée** [1] - 65:20
**fide** [2] - 22:10, 99:4
**fiduciaries** [2] - 111:1, 174:9
**fiduciary** [2] - 110:22, 172:8
**field** [3] - 225:7, 225:11, 230:21
**fields** [1] - 122:23
**fiercely** [1] - 146:5
**Fifth** [7] - 23:12, 68:4, 70:12,
77:1, 77:6, 106:13, 146:8,
146:23, 237:5
**fight** [1] - 235:8
**fighting** [2] - 26:5, 102:20
**figure** [5] - 3:13, 82:4, 126:5,
165:7, 248:1
**figured** [1] - 126:12
**figures** [1] - 219:1
**file** [2] - 5:25, 125:20
**filed** [11] - 9:6, 11:5, 33:6,
57:18, 57:22, 122:4, 141:23,
183:8, 220:13, 224:15
**filing** [2] - 223:21, 225:2
**Filing** [1] - 224:15
**filings** [2] - 91:15, 107:7
**FILL** [1] - 126:25
**fill** [1] - 214:25
**filled** [9] - 133:23, 134:1, 161:8,
162:2, 187:3, 214:25, 215:12,
215:22, 215:23
**filling** [2] - 133:10, 134:9
**fills** [6] - 133:21, 133:22,
136:18, 137:14, 138:3, 140:19
**filter** [2] - 121:10, 130:4
**filtered** [1] - 130:1
**final** [5] - 39:22, 40:4, 141:4,
146:18, 147:10
**finally** [7] - 44:16, 50:18, 98:25,
147:10, 204:14, 205:17, 245:25
**financial** [6] - 21:7, 29:25,
49:17, 74:22, 132:6, 134:5
**find** [15] - 10:5, 25:18, 28:4,
28:5, 45:6, 47:4, 87:8, 116:16,
132:11, 133:12, 133:14,
133:15, 142:2, 145:21, 216:11
**finders'** [1] - 219:2
**fine** [7] - 7:3, 8:15, 9:9, 116:20,
166:15, 191:8, 255:15
**finger** [4] - 41:22, 44:16, 47:21,
53:16
**finishes** [1] - 128:21
**FINRA** [26] - 75:19, 84:5, 87:21,
111:6, 111:15, 167:16, 168:16,

202:1, 239:10, 241:24, 248:6,
248:8, 248:13, 249:16, 250:2,
251:11, 251:18, 252:12,
252:16, 253:12, 253:21, 254:1,
255:7, 255:14, 255:24, 256:4
**FINRA's** [2] - 239:12, 250:20
**firm** [3] - 91:17, 132:7, 134:5
**First** [7] - 66:3, 66:4, 66:8,
66:10, 112:12, 112:14, 112:18
**first** [50] - 7:18, 8:1, 22:18,
25:24, 30:6, 41:12, 47:14, 57:5,
65:2, 65:19, 74:18, 80:25,
81:13, 90:22, 93:22, 101:24,
112:25, 117:13, 122:21,
123:22, 129:6, 129:9, 130:5,
137:19, 141:24, 142:14,
144:24, 149:12, 153:15,
155:16, 156:23, 157:23,
164:18, 170:4, 177:2, 181:18,
185:9, 185:12, 192:19, 194:10,
197:6, 199:4, 199:22, 210:11,
211:11, 223:25, 227:23,
231:11, 246:6, 253:16
**fits** [1] - 37:13
**five** [12] - 105:13, 122:23,
126:15, 127:12, 134:11, 135:2,
136:12, 136:25, 177:3, 203:20,
213:2, 234:23
**flagged** [1] - 157:8
**flashed** [1] - 66:21
**flashing** [1] - 53:16
**flat** [1] - 247:6
**flat-out** [1] - 247:6
**flatly** [1] - 247:11
**Fleites** [4] - 1:22, 47:6, 182:19,
197:2
**FLEITES** [11] - 47:5, 182:17,
182:19, 197:8, 197:16, 197:23,
198:9, 198:13, 198:18, 198:21,
257:3
**flesh** [1] - 13:12
**fleshed** [1] - 11:3
**flexibility** [1] - 189:5
**flip** [16] - 122:11, 122:15,
122:21, 122:23, 124:1, 126:3,
133:18, 133:20, 133:21,
135:25, 136:8, 136:18, 138:10,
196:11, 230:2, 230:12
**flippant** [2] - 25:20, 103:20
**flipped** [1] - 146:24
**flipping** [3] - 47:20, 139:20,
166:2
**float** [1] - 28:25
**floating** [3] - 227:1, 238:16,
238:21
**focus** [10] - 16:23, 83:3, 83:5,
83:9, 83:18, 100:15, 104:13,
142:1, 142:2, 178:25
**focused** [1] - 37:2
**focuses** [1] - 77:6

**focusing** [1] - 193:25
**folks** [1] - 211:25
**follow** [7] - 30:13, 72:4, 123:17,
151:13, 165:19, 181:6, 191:10
**followed** [6] - 138:19, 138:21,
168:14, 168:16, 168:18, 204:3
**follower** [1] - 229:20
**followers** [30] - 21:3, 21:4,
21:10, 52:18, 53:3, 53:4, 53:5,
69:10, 69:11, 69:19, 70:3,
80:15, 82:18, 84:14, 96:19,
114:1, 150:14, 172:11, 172:14,
173:1, 175:10, 175:11, 203:2,
203:7, 203:18, 203:24, 213:17,
213:22, 216:18, 230:11
**following** [5] - 3:3, 53:4, 72:6,
115:10, 190:23
**follows** [1] - 72:22
**football** [1] - 122:23
**Footnotes** [1] - 155:21
**footnotes** [2] - 159:23, 163:1
**for** [241] - 3:25, 5:6, 6:9, 7:3,
7:6, 7:10, 7:13, 7:14, 9:17,
11:11, 11:25, 13:8, 13:17, 14:1,
14:5, 14:19, 15:4, 16:6, 18:2,
21:6, 22:5, 22:17, 25:12, 25:21,
26:21, 27:15, 27:20, 28:10,
28:18, 31:20, 34:24, 35:24,
36:12, 36:21, 36:22, 38:9,
38:22, 39:23, 40:6, 40:15,
42:15, 43:18, 45:6, 45:7, 46:7,
47:3, 47:22, 48:19, 51:19,
55:14, 55:17, 57:4, 58:21, 60:7,
62:20, 63:17, 65:8, 65:18,
68:25, 69:3, 69:10, 70:6, 71:9,
71:15, 71:21, 72:1, 72:2, 72:6,
72:20, 72:23, 73:25, 74:1,
74:22, 74:23, 74:24, 75:5,
75:21, 75:25, 77:22, 78:6, 79:4,
79:15, 79:23, 80:8, 80:21, 81:6,
82:8, 84:24, 87:19, 90:6, 90:10,
90:23, 92:7, 97:20, 105:16,
112:7, 112:8, 113:8, 113:9,
113:15, 113:22, 114:11, 117:2,
118:10, 120:9, 120:10, 121:4,
122:6, 122:7, 122:20, 123:4,
123:6, 123:14, 124:20, 125:25,
126:10, 126:22, 127:2, 127:8,
127:15, 127:24, 127:25, 129:8,
129:15, 129:19, 129:22,
130:18, 131:3, 131:8, 131:10,
132:22, 132:25, 133:13, 134:3,
134:24, 135:8, 135:10, 137:18,
137:20, 139:5, 139:18, 141:20,
142:18, 142:24, 142:25,
143:10, 143:16, 145:25, 146:1,
146:11, 146:16, 146:20,
147:18, 147:20, 147:24,
148:17, 148:23, 149:13, 152:5,
155:15, 155:24, 158:19,

158:24, 159:1, 161:3, 162:3,
162:18, 162:19, 164:4, 166:8,
167:24, 167:25, 168:6, 168:11,
170:13, 172:23, 176:9, 178:14,
179:11, 179:12, 179:22,
184:10, 184:18, 184:22,
184:25, 185:1, 185:5, 185:7,
187:8, 189:10, 189:17, 189:22,
195:11, 195:12, 197:9, 199:18,
200:6, 201:17, 201:19, 202:14,
202:16, 205:2, 206:8, 206:24,
207:20, 207:23, 209:1, 209:2,
211:17, 212:4, 213:11, 214:6,
221:6, 221:22, 224:11, 224:12,
225:21, 226:5, 229:16, 230:15,
237:2, 237:15, 241:25, 242:5,
243:10, 246:1, 247:1, 247:10,
255:9, 256:4, 256:7, 256:22
**For** [2] - 1:16, 1:18
**forces** [1] - 59:23
**FORD** [73] - 21:21, 22:2, 23:20,
23:25, 25:4, 25:6, 25:10, 25:16,
26:4, 35:8, 35:20, 48:10, 48:21,
54:4, 80:7, 84:7, 86:20, 88:16,
89:15, 91:9, 91:14, 92:17,
93:21, 94:3, 96:3, 98:23, 99:2,
99:19, 100:9, 103:7, 103:22,
105:13, 106:4, 107:14, 109:10,
109:23, 113:7, 114:10, 115:3,
115:6, 115:18, 115:20, 121:4,
121:15, 121:20, 123:20,
123:25, 124:4, 124:14, 126:8,
126:10, 130:1, 139:1, 141:4,
152:11, 152:15, 152:24,
153:14, 153:22, 160:3, 161:13,
162:9, 163:3, 167:8, 169:12,
187:24, 196:16, 196:23,
214:19, 215:9, 249:18, 251:4,
251:6
**Ford** [15] - 1:18, 95:22, 96:23,
102:8, 109:3, 112:25, 115:1,
120:23, 121:19, 152:21, 153:2,
159:10, 167:5, 179:21, 196:14
**Ford's** [5] - 148:10, 170:7,
189:11, 215:21, 254:17
**foregoing** [1] - 258:7
**foremost** [1] - 47:14
**forensics** [3] - 225:7, 225:11,
230:21
**forewarned** [2] - 8:18, 8:19
**forewarning** [1] - 54:15
**forgive** [1] - 250:24
**form** [4] - 4:5, 86:5, 94:7,
127:16
**formally** [1] - 165:21
**forms** [2] - 57:19, 95:11
**Forrest** [3] - 2:1, 258:14, 258:15
**forth** [4] - 139:20, 139:21,
150:8, 179:16
**forward** [3] - 33:23, 52:3,

216:14
**fought** [1] - 25:21
**found** [3] - 142:5, 168:6, 181:22
**foundation** [15] - 36:22, 79:24,
90:24, 101:15, 105:4, 120:1,
120:9, 188:4, 194:2, 221:8,
226:16, 228:25, 229:2, 238:17
**foundational** [1] - 229:16
**four** [9] - 57:20, 82:8, 112:8,
136:12, 136:25, 148:24,
156:15, 177:2, 218:16
**fours** [1] - 206:23
**fourth** [1] - 133:23
**frame** [4] - 46:8, 46:11, 46:14,
46:24
**Francis** [6] - 48:11, 48:23,
64:11, 160:13, 160:14, 160:16
**frankly** [9] - 6:17, 9:10, 138:20,
144:7, 155:23, 183:12, 242:12,
249:3, 250:21
**fraud** [32] - 14:11, 23:13, 58:22,
66:7, 66:8, 67:19, 67:21, 68:5,
68:7, 69:3, 70:13, 75:25, 78:22,
83:24, 84:21, 84:22, 114:13,
116:13, 116:14, 116:18, 175:9,
181:11, 181:20, 181:21, 184:3,
188:18, 193:19, 201:21, 237:2,
237:4, 237:7, 251:17
**fraudulent** [13] - 16:25, 18:8,
30:19, 68:8, 82:14, 83:8,
100:16, 100:19, 100:24,
104:13, 176:3, 190:8, 234:19
**fraudulently** [1] - 71:25
**free** [9] - 66:9, 91:20, 94:5,
150:10, 171:5, 171:6, 180:12,
238:16, 256:17
**free-floating** [1] - 238:16
**frenzied** [1] - 168:13
**frequency** [1] - 242:25
**frequently** [3] - 188:9, 240:13,
253:7
**Friday** [2] - 6:2
**Fridays** [1] - 5:22
**friends** [1] - 209:10
**from** [136] - 3:16, 3:21, 3:22,
3:23, 4:22, 5:2, 5:9, 7:20,
11:15, 12:6, 12:7, 12:11, 12:20,
13:7, 13:16, 14:14, 18:7, 19:2,
19:16, 20:13, 26:13, 27:19,
28:7, 28:12, 29:10, 31:13,
32:14, 32:16, 32:25, 33:6,
34:17, 35:12, 35:21, 37:22,
38:6, 39:20, 40:8, 41:17, 42:7,
46:9, 46:11, 46:22, 48:2, 53:9,
53:20, 54:5, 58:13, 59:25,
60:15, 62:6, 63:4, 64:4, 67:17,
68:4, 84:23, 85:16, 87:21, 89:4,
99:12, 99:13, 103:1, 110:13,
111:6, 112:4, 112:5, 112:9,
114:1, 114:23, 115:25, 116:12,

117:2, 117:12, 119:5, 119:13,
120:1, 121:20, 122:14, 125:5,
125:15, 131:18, 133:3, 145:13,
145:17, 146:13, 147:10,
147:17, 151:18, 154:11, 156:3,
157:8, 157:11, 167:16, 168:3,
170:1, 170:21, 171:1, 175:14,
176:19, 178:17, 179:10, 182:8,
186:22, 188:24, 191:14,
192:10, 192:12, 193:25,
194:25, 199:15, 201:16,
205:11, 205:18, 206:1, 207:14,
208:18, 211:5, 214:4, 214:4,
214:5, 214:15, 216:16, 217:23,
218:6, 218:25, 219:2, 219:4,
226:14, 226:15, 227:2, 229:25,
236:6, 245:15, 247:19
**front** [18] - 69:9, 119:8, 119:9,
119:23, 136:3, 180:21, 182:15,
195:15, 195:16, 204:24,
217:14, 223:22, 223:23,
231:19, 245:9, 245:20, 245:22,
247:17
**front-load** [2] - 119:8, 247:17
**front-loaded** [1] - 119:23
**front-loading** [4] - 119:9, 245:9,
245:20, 245:22
**fruits** [1] - 53:2
**full** [6] - 35:12, 95:15, 130:2,
134:10, 173:4, 255:24
**fun** [1] - 165:13
**function** [1] - 152:24
**fund** [4] - 57:21, 132:6
**fundamental** [3] - 93:9, 106:25,
158:23
**fundamentally** [2] - 106:5,
140:16
**funded** [1] - 248:15
**funds** [1] - 25:20
**funny** [2] - 125:2, 212:8
**further** [5] - 117:25, 173:7,
198:23, 227:4, 228:2
**furtherance** [16] - 32:8, 32:11,
32:21, 33:8, 34:9, 34:11, 37:12,
56:4, 56:22, 58:20, 58:25,
59:19, 63:3, 195:24, 211:2,
212:3
**fuss** [1] - 124:23
**future** [3] - 177:8, 177:23,
177:25

## G

**G** [5] - 127:17, 130:9, 131:8,
139:1, 139:16
**gain** [5] - 21:7, 211:5, 211:20,
214:4, 214:15
**gained** [2] - 170:25, 214:5
**gains** [4] - 60:16, 63:8, 84:24,

116:18
**Gaito** [1] - 170:12
**game** [7] - 19:5, 57:3, 92:20, 92:22, 108:10, 206:24, 208:24
**Game** [1] - 241:15
**gander** [3] - 205:2, 230:15, 243:10
**Garibotti** [31] - 95:6, 107:3, 116:7, 118:15, 118:17, 120:22, 125:16, 125:18, 127:8, 127:19, 128:3, 128:15, 135:13, 135:15, 135:22, 137:9, 137:19, 140:17, 142:7, 144:8, 155:16, 157:19, 167:3, 169:13, 184:25, 185:9, 185:18, 186:25, 187:5, 201:13, 211:16
**Garibotti's** [10] - 126:1, 127:16, 138:20, 143:23, 145:14, 147:11, 184:12, 187:20, 214:10, 230:25
**Gary** [4] - 62:21, 131:22, 151:4, 152:6
**gas** [2] - 17:20, 17:21
**gave** [8] - 72:11, 87:2, 94:6, 121:22, 161:1, 176:14, 191:1, 216:18
**gears** [3] - 9:1, 64:21, 220:2
**general** [23] - 8:21, 37:15, 50:21, 65:5, 65:14, 70:23, 78:22, 85:3, 108:20, 113:8, 120:13, 202:14, 204:15, 217:5, 217:12, 220:13, 223:9, 226:15, 231:13, 239:18, 240:4, 248:8
**generalized** [2] - 94:16, 188:10
**generally** [13] - 5:9, 55:25, 68:10, 68:15, 70:24, 108:6, 108:13, 118:21, 175:4, 177:18, 202:7, 206:21, 209:10
**generous** [1] - 76:23
**Gensler** [1] - 131:22
**gentlemen** [1] - 102:9
**gentlemen's** [1] - 35:22
**genus** [1] - 253:2
**get** [59] - 4:3, 4:18, 4:24, 6:6, 14:14, 14:19, 14:24, 19:7, 23:24, 30:12, 50:5, 52:8, 52:9, 62:21, 64:2, 65:12, 67:9, 81:16, 84:10, 85:2, 91:5, 96:4, 96:8, 97:6, 103:10, 104:17, 111:18, 114:6, 114:19, 118:19, 120:13, 128:11, 129:8, 129:18, 158:21, 170:14, 178:13, 182:13, 186:7, 194:19, 195:22, 198:22, 207:9, 208:11, 208:16, 224:7, 224:14, 224:18, 224:20, 225:4, 227:4, 233:14, 233:24, 236:18, 241:7, 250:12, 256:14, 256:15
**gets** [16] - 62:21, 66:20, 79:7, 79:14, 82:9, 88:2, 90:18, 133:23, 134:4, 149:13, 176:13,

190:8, 205:9, 209:18, 241:20, 248:1
**getting** [16] - 7:25, 60:14, 60:16, 63:6, 63:20, 87:3, 87:4, 124:23, 137:14, 147:7, 228:16, 241:13, 245:5, 245:16, 247:19, 249:15
**Giglio** [1] - 39:10
**girlfriend** [1] - 66:16
**gist** [8] - 87:2, 87:4, 87:9, 92:24, 98:1, 98:2, 110:12, 198:22
**give** [22] - 4:7, 5:13, 7:10, 7:12, 8:13, 8:15, 37:15, 38:24, 45:12, 77:3, 80:19, 120:23, 121:11, 148:7, 153:25, 169:16, 169:22, 171:1, 186:6, 189:10, 191:22, 207:16
**given** [7] - 9:2, 17:4, 31:6, 75:6, 127:17, 130:7, 165:20
**gives** [3] - 132:10, 136:19, 150:10
**giving** [8] - 4:21, 7:16, 41:21, 45:16, 78:11, 191:2, 213:17, 234:17
**glossed** [2] - 30:24, 158:13
**GM** [1] - 17:15
**GM's** [1] - 17:15
**GME** [1] - 241:15
**go** [110] - 4:19, 5:8, 7:4, 8:1, 8:14, 9:3, 13:2, 17:15, 17:18, 22:4, 23:22, 28:10, 28:11, 28:17, 29:14, 35:5, 35:6, 36:3, 36:13, 39:11, 39:16, 40:19, 44:25, 45:2, 55:6, 56:6, 63:21, 64:21, 66:9, 69:11, 72:9, 76:14, 81:23, 83:21, 83:24, 92:6, 92:14, 93:20, 94:10, 95:1, 97:9, 98:10, 98:15, 101:16, 102:1, 102:7, 102:10, 102:11, 104:1, 104:6, 104:8, 104:11, 104:16, 104:21, 105:22, 105:24, 106:20, 108:15, 110:8, 112:21, 113:19, 113:20, 115:1, 116:16, 120:16, 121:19, 125:4, 126:9, 129:24, 133:16, 134:20, 136:24, 137:12, 137:24, 138:16, 138:18, 139:3, 139:6, 139:9, 139:16, 143:3, 148:21, 149:8, 150:2, 150:3, 161:13, 171:8, 171:22, 172:5, 182:5, 185:2, 196:3, 196:17, 197:5, 197:19, 198:4, 199:1, 205:6, 213:13, 213:14, 214:7, 216:14, 219:20, 220:2, 231:9, 236:22, 239:24, 245:17
**goal** [3] - 196:23, 200:2, 256:16
**goes** [37] - 18:3, 62:22, 74:14, 77:10, 79:17, 80:21, 80:24, 82:24, 83:16, 85:9, 90:24, 93:16, 102:23, 104:24, 104:25, 115:14, 122:16, 131:1, 133:15,

134:23, 139:4, 171:4, 173:23, 177:21, 186:16, 202:18, 214:2, 221:18, 225:9, 226:7, 229:20, 238:13, 244:8, 244:14, 244:19, 247:7, 250:12
**Going** [1] - 46:5
**going** [295] - 3:17, 4:11, 4:13, 5:1, 5:18, 6:3, 7:12, 7:19, 7:23, 8:17, 8:23, 9:3, 9:4, 9:11, 9:16, 9:23, 10:19, 13:18, 14:1, 16:16, 18:13, 21:25, 26:1, 27:16, 27:17, 29:20, 30:10, 30:11, 31:14, 31:18, 34:15, 34:19, 35:16, 37:21, 47:22, 48:22, 50:12, 51:10, 51:11, 52:8, 52:9, 52:10, 52:15, 52:21, 52:23, 52:24, 52:25, 53:8, 55:14, 57:8, 59:8, 59:15, 61:16, 63:10, 64:3, 66:11, 66:15, 67:4, 67:15, 68:9, 68:24, 69:6, 70:16, 70:22, 70:25, 71:16, 73:3, 73:8, 73:13, 73:15, 75:19, 76:21, 77:24, 79:10, 81:5, 81:15, 81:17, 81:18, 81:19, 83:20, 84:4, 84:16, 84:17, 84:22, 85:7, 85:18, 85:19, 85:24, 86:4, 86:6, 87:17, 88:24, 89:21, 89:24, 90:3, 90:10, 90:22, 91:4, 92:14, 92:15, 93:6, 93:10, 93:12, 93:14, 93:17, 93:23, 95:23, 96:4, 96:11, 97:19, 98:20, 99:1, 99:16, 100:4, 100:6, 101:4, 101:22, 102:1, 102:4, 103:9, 103:25, 104:2, 104:15, 105:23, 105:24, 106:2, 106:10, 107:8, 107:11, 107:20, 109:4, 109:11, 109:18, 109:25, 110:19, 110:20, 113:6, 114:6, 118:1, 119:5, 119:6, 120:12, 120:18, 121:11, 129:11, 129:18, 130:3, 131:23, 134:8, 134:18, 137:1, 138:16, 139:18, 143:3, 144:2, 144:10, 149:16, 150:8, 154:23, 158:9, 158:21, 161:1, 161:9, 162:20, 163:19, 163:25, 164:9, 165:4, 165:21, 166:24, 167:9, 169:16, 169:17, 170:5, 171:11, 171:14, 172:19, 174:11, 174:20, 175:1, 175:2, 175:8, 175:22, 176:5, 176:16, 178:3, 180:21, 181:3, 182:10, 182:13, 182:15, 183:2, 183:13, 183:23, 186:7, 186:25, 187:4, 187:7, 189:25, 190:15, 190:18, 190:19, 190:21, 191:11, 191:16, 191:25, 192:9, 192:11, 192:15, 192:19, 192:23, 194:6, 197:14, 198:7, 198:14, 200:7, 203:1, 203:5, 203:23, 204:13, 206:16, 206:18, 207:16, 207:24, 208:15, 208:19, 209:8,

209:21, 209:24, 210:3, 216:15,
216:16, 217:8, 218:1, 218:4,
219:13, 219:22, 226:23,
227:14, 228:9, 228:24, 229:6,
229:25, 231:2, 231:13, 233:1,
233:6, 233:10, 233:14, 233:20,
234:4, 234:20, 235:2, 235:13,
236:16, 238:7, 238:16, 240:1,
240:2, 240:20, 240:22, 240:24,
241:4, 241:8, 241:10, 242:10,
243:9, 244:13, 244:17, 246:10,
246:11, 246:23, 247:1, 247:11,
248:20, 249:13, 251:13, 252:1,
252:4, 252:12, 254:7, 254:23,
254:25, 256:3, 256:6, 256:7,
256:12
**going-to-the-moon-type** [1] -
244:17
**gone** [5] - 113:15, 135:4,
178:10, 178:11, 252:21
**good** [30] - 8:7, 10:6, 11:12,
14:4, 17:18, 36:9, 38:7, 41:21,
47:5, 53:24, 67:7, 81:10, 82:3,
82:9, 103:4, 103:15, 114:12,
165:5, 175:14, 189:11, 191:8,
205:2, 217:10, 226:9, 230:14,
230:15, 241:17, 243:10
**good-looking** [1] - 53:24
**goods** [1] - 42:11
**goose** [3] - 205:2, 230:15,
243:10
**gored** [1] - 7:25
**got** [29] - 5:8, 16:15, 28:1,
29:12, 37:21, 44:17, 50:17,
50:18, 51:8, 62:19, 79:18, 82:4,
82:6, 98:25, 124:4, 133:11,
134:24, 134:25, 162:20,
165:25, 176:18, 191:6, 212:8,
215:22, 215:23, 227:13, 239:7,
241:9, 257:1
**gotten** [4] - 3:10, 13:14, 38:2,
136:10
**governing** [1] - 231:12
**Government** [11] - 41:10,
41:16, 44:12, 47:7, 95:1,
109:14, 123:21, 148:20,
184:14, 195:20, 205:23
**government** [133] - 4:23, 4:24,
5:13, 6:15, 7:9, 7:12, 8:16,
8:19, 10:17, 11:10, 11:21,
12:25, 14:2, 24:2, 24:19, 34:5,
35:4, 36:23, 38:11, 39:3, 42:8,
43:20, 43:22, 46:20, 47:3,
48:13, 57:7, 58:2, 59:4, 61:22,
64:4, 65:3, 65:9, 71:1, 73:3,
75:21, 90:11, 95:23, 96:25,
97:19, 105:23, 109:21, 113:5,
114:25, 116:6, 118:9, 122:5,
122:8, 127:9, 128:14, 128:19,
129:13, 139:11, 143:24,

144:17, 144:20, 145:6, 146:3,
146:7, 147:1, 147:25, 155:22,
155:24, 160:23, 162:14, 164:7,
170:1, 172:9, 172:23, 173:15,
174:18, 174:20, 175:1, 175:7,
175:15, 175:22, 176:5, 178:16,
178:20, 179:6, 179:9, 179:13,
179:17, 179:20, 180:7, 180:8,
180:12, 180:18, 181:11,
181:12, 181:24, 182:1, 182:8,
183:16, 184:5, 184:15, 186:2,
186:22, 188:11, 189:1, 193:2,
193:9, 193:11, 193:20, 194:25,
195:6, 198:7, 201:11, 201:19,
204:3, 205:5, 210:11, 215:1,
215:19, 217:23, 218:11,
230:10, 240:2, 240:24, 244:5,
245:4, 245:8, 246:14, 246:15,
247:2, 247:18, 248:7, 248:14,
249:23, 250:11, 252:6, 254:18,
254:21
**government's** [32] - 6:23, 9:10,
10:12, 13:14, 16:13, 54:20,
55:17, 55:22, 58:8, 58:21,
64:22, 82:17, 86:15, 102:21,
103:10, 109:11, 110:25,
142:23, 144:6, 146:22, 185:13,
187:15, 192:6, 192:11, 192:13,
210:2, 211:15, 219:19, 220:3,
222:6, 242:13, 245:19
**Government's** [13] - 41:2, 44:9,
51:24, 82:19, 82:22, 123:18,
123:24, 184:22, 197:17,
212:10, 217:22, 247:13, 247:15
**Govil** [1] - 23:11
**grace** [1] - 5:25
**grand** [5] - 29:23, 181:17,
181:23, 183:1, 188:6
**grant** [25] - 23:17, 65:5, 66:11,
68:9, 68:24, 73:13, 75:22,
82:21, 84:3, 86:4, 86:18, 86:24,
87:12, 87:17, 89:17, 112:13,
113:3, 162:2, 205:15, 206:6,
219:7, 235:16, 243:17
**granted** [5] - 40:16, 83:15,
97:15, 199:11, 230:3
**granting** [28] - 53:13, 73:20,
79:3, 80:4, 86:8, 89:3, 89:14,
97:16, 107:17, 108:17, 109:6,
110:3, 120:14, 174:7, 180:25,
191:24, 194:15, 195:19,
200:18, 201:8, 202:13, 202:17,
205:1, 218:15, 227:10, 236:15,
237:8, 238:6
**graph** [1] - 155:20
**graphite** [1] - 227:22
**gray** [1] - 228:16
**great** [5] - 35:23, 78:25, 101:23,
217:16, 226:23
**greatly** [1] - 168:23

**green** [12] - 59:13, 72:25,
122:22, 124:8, 124:9, 136:3,
136:16, 137:13, 139:4, 149:12,
149:14, 157:1
**Greenlaw** [7] - 18:19, 20:14,
20:17, 20:18, 20:21, 23:11,
30:13
**ground** [2] - 190:14, 222:19
**grounds** [1] - 50:25
**group** [4] - 24:23, 44:24, 45:21,
45:25
**groups** [1] - 56:20
**GTT** [20] - 21:11, 25:14, 26:11,
26:12, 26:16, 26:20, 27:1,
34:21, 56:11, 57:10, 57:14,
57:15, 58:4, 58:13, 61:12,
61:14, 61:21, 62:13, 62:14,
246:20
**guarantee** [1] - 147:3
**guard** [1] - 77:12
**guardrail** [1] - 87:10
**guardrails** [1] - 83:4
**guess** [10] - 13:2, 27:8, 53:12,
69:3, 104:18, 229:3, 235:9,
235:14, 235:15, 251:24
**guessing** [2] - 156:2, 240:19
**guideline** [2] - 89:6, 107:23
**guidelines** [4] - 66:25, 89:6,
107:19, 108:3
**guilty** [2] - 62:2, 87:8
**guise** [2] - 10:9, 221:4
**guy** [4] - 27:4, 60:10, 60:15,
137:4
**guy's** [1] - 102:10
**guys** [50] - 5:23, 7:25, 13:16,
25:21, 26:3, 45:1, 45:3, 52:14,
53:24, 61:7, 69:21, 69:23,
69:24, 70:3, 70:4, 70:5, 70:19,
70:25, 71:3, 71:23, 72:4, 72:5,
75:9, 75:12, 82:17, 85:21,
94:10, 94:12, 99:24, 101:4,
101:6, 102:4, 103:25, 110:25,
140:12, 158:19, 191:2, 205:4,
213:22, 231:19, 234:12,
234:14, 240:1, 240:10, 246:22,
254:5
**GX** [1] - 166:14

# H

**H** [4] - 130:11, 138:18, 138:25,
139:6
**ha** [2] - 52:8
**habits** [1] - 10:15
**had** [52] - 13:13, 15:4, 15:15,
16:25, 47:18, 47:25, 58:13,
61:18, 74:17, 79:11, 82:18,
83:2, 92:11, 93:5, 93:13, 99:11,
103:14, 103:16, 105:14, 108:3,

109:13, 111:21, 115:9, 122:8, 125:11, 125:18, 135:13, 135:15, 135:22, 136:11, 138:1, 145:9, 158:15, 158:22, 172:10, 191:3, 195:2, 203:6, 204:4, 204:20, 207:22, 210:20, 211:23, 214:9, 224:23, 235:19, 249:23, 250:19, 252:1, 254:2, 254:5

**hadn't** [2] - 235:22, 251:22

**Hail** [1] - 206:21

**Hale** [1] - 201:17

**half** [10] - 15:9, 15:10, 18:19, 18:22, 24:13, 123:5, 123:13, 170:22, 187:7, 253:4

**Hamas** [1] - 239:8

**hand** [12] - 45:15, 55:11, 82:5, 82:6, 82:24, 123:21, 140:7, 140:9, 154:13, 173:23

**handful** [2] - 94:11, 136:5

**handle** [11] - 48:12, 48:13, 48:16, 48:20, 48:24, 48:25, 49:11, 160:14, 160:15, 167:10, 196:3

**handled** [1] - 197:18

**handles** [1] - 76:6

**HANEN** [1] - 1:3

**hang** [1] - 254:25

**hanging** [1] - 42:21

**happen** [8] - 24:2, 71:17, 94:13, 119:7, 127:14, 140:25, 190:19, 204:24

**happened** [11] - 3:8, 30:3, 63:2, 71:8, 92:8, 134:12, 139:2, 238:11, 246:8, 253:8, 253:18

**happening** [6] - 23:3, 133:21, 133:22, 160:10, 207:18, 239:2

**happens** [7] - 23:19, 37:8, 69:13, 126:22, 134:1, 149:12, 150:17

**happy** [8] - 56:8, 117:6, 147:8, 148:7, 153:6, 172:3, 196:6, 254:10

**hard** [8] - 5:18, 59:6, 150:5, 153:5, 153:8, 170:12, 236:5, 256:4

**harmed** [1] - 180:17

**harmful** [1] - 36:2

**harmless** [1] - 146:18

**Harry** [1] - 209:15

**has** [134] - 3:8, 6:13, 8:11, 8:18, 10:17, 11:6, 11:14, 11:18, 11:22, 12:3, 12:5, 12:16, 13:22, 13:23, 17:7, 19:10, 23:7, 23:10, 23:12, 31:19, 32:22, 33:7, 35:2, 37:5, 38:11, 39:3, 39:9, 40:1, 49:13, 49:15, 49:19, 50:13, 56:2, 58:25, 59:21, 61:22, 62:1, 62:3, 66:4, 66:5, 70:12, 72:10, 78:9, 82:20, 95:7, 95:12, 98:19,

101:14, 106:6, 107:3, 108:21, 112:10, 114:17, 116:6, 118:9, 118:17, 120:21, 131:19, 131:22, 132:14, 132:20, 133:2, 133:4, 133:5, 133:6, 133:11, 134:1, 134:23, 137:21, 139:11, 142:2, 143:8, 143:24, 144:22, 145:9, 146:23, 147:18, 156:2, 156:24, 159:16, 166:25, 167:1, 167:20, 167:22, 171:4, 173:5, 176:23, 176:25, 178:20, 178:23, 180:17, 180:18, 183:15, 186:3, 186:11, 187:20, 195:3, 195:6, 196:4, 198:8, 199:4, 201:11, 202:24, 203:3, 203:6, 211:16, 212:1, 213:19, 214:5, 215:25, 221:8, 222:22, 228:25, 229:14, 229:15, 231:22, 237:10, 238:22, 240:8, 240:17, 241:12, 243:19, 245:4, 245:12, 246:2, 247:10, 247:22, 247:23, 248:7, 251:18, 252:21, 255:20

**hasn't** [4] - 176:18, 227:25, 243:8, 243:14

**hate** [1] - 179:11

**hats** [1] - 255:1

**have** [355] - 3:11, 3:25, 4:1, 4:7, 4:16, 4:20, 4:22, 5:6, 5:23, 5:25, 6:16, 6:19, 7:10, 7:12, 7:20, 10:21, 10:24, 11:5, 11:16, 11:17, 11:23, 11:25, 12:1, 12:10, 12:18, 13:4, 13:20, 14:20, 15:21, 16:4, 16:14, 16:17, 16:20, 16:21, 17:4, 17:12, 18:23, 19:8, 19:9, 20:6, 20:14, 20:15, 20:22, 21:25, 22:7, 22:8, 22:16, 25:21, 25:24, 26:1, 26:5, 26:6, 27:17, 28:7, 28:14, 28:19, 29:10, 29:17, 29:24, 30:2, 30:3, 30:8, 31:17, 32:20, 33:4, 33:5, 34:4, 35:18, 36:17, 36:18, 36:20, 37:8, 38:9, 38:12, 39:13, 40:19, 41:7, 41:14, 41:23, 42:3, 43:10, 45:18, 47:10, 48:16, 48:25, 49:14, 49:20, 49:23, 50:24, 53:4, 53:8, 54:7, 55:3, 55:7, 57:2, 58:1, 58:9, 60:25, 61:4, 61:7, 61:25, 63:11, 64:2, 64:10, 65:17, 65:22, 66:15, 67:15, 70:14, 72:5, 75:15, 78:10, 80:15, 81:16, 81:17, 81:18, 81:19, 83:1, 83:11, 83:20, 84:17, 85:7, 86:6, 86:17, 89:9, 90:4, 90:9, 91:17, 92:15, 93:8, 93:15, 94:7, 95:9, 95:10, 95:11, 97:3, 97:20, 99:8, 101:7, 103:22, 105:1, 105:18, 106:10, 106:24, 108:5, 108:10, 108:23, 113:15, 113:23, 114:15,

114:24, 114:25, 116:10, 116:11, 116:22, 117:14, 117:16, 117:17, 117:25, 118:20, 119:3, 119:5, 119:13, 119:18, 121:4, 121:12, 121:22, 123:23, 124:3, 124:8, 125:2, 125:14, 125:25, 127:3, 127:6, 127:15, 128:19, 128:22, 132:8, 132:13, 132:16, 132:24, 133:12, 133:20, 133:22, 135:3, 135:22, 136:10, 139:23, 142:6, 143:2, 143:10, 143:21, 143:22, 144:2, 144:12, 144:22, 145:19, 147:21, 150:5, 151:14, 152:2, 153:5, 155:7, 155:13, 157:2, 157:5, 158:5, 158:23, 159:25, 160:2, 160:15, 161:16, 163:4, 163:17, 166:12, 167:25, 169:1, 169:9, 169:15, 169:21, 170:22, 172:25, 173:10, 173:17, 173:21, 174:2, 174:3, 174:9, 175:12, 175:22, 176:5, 178:18, 178:21, 179:1, 179:9, 180:6, 180:13, 181:22, 182:15, 183:8, 184:18, 187:4, 187:12, 187:13, 188:15, 188:16, 189:5, 189:13, 189:17, 190:17, 191:6, 191:9, 191:12, 192:21, 193:7, 193:22, 193:24, 194:4, 194:17, 196:15, 197:6, 197:9, 199:19, 200:4, 200:5, 201:4, 201:5, 201:22, 201:23, 202:10, 203:23, 203:24, 204:8, 206:2, 206:3, 206:8, 208:14, 209:1, 209:8, 210:22, 211:2, 211:4, 211:17, 212:22, 212:24, 215:10, 216:16, 216:22, 217:4, 217:13, 217:14, 217:20, 218:3, 220:5, 220:24, 221:3, 222:24, 222:25, 223:1, 223:21, 223:23, 224:3, 224:5, 225:2, 226:25, 228:21, 229:2, 229:6, 229:24, 230:11, 231:7, 231:16, 231:21, 235:14, 235:22, 236:25, 238:24, 240:9, 240:11, 240:18, 240:23, 242:10, 242:13, 244:7, 244:13, 245:13, 245:14, 246:14, 246:17, 247:2, 247:16, 248:12, 248:19, 249:12, 250:9, 250:15, 251:18, 254:16, 255:7, 256:1, 256:16, 256:20, 256:22

**haven't** [17] - 73:10, 81:21, 87:6, 109:7, 116:20, 135:4, 142:5, 168:6, 192:20, 196:14, 199:25, 200:16, 217:24, 219:5, 220:5, 225:8, 251:13

**having** [16] - 5:22, 9:8, 64:5, 65:7, 68:20, 69:10, 82:16, 97:12, 110:24, 159:2, 174:24, 194:17, 196:24, 197:22, 206:20, 244:10

**Hawaiian** [1] - 41:21
**Hayward** [1] - 1:17
**he** [219] - 5:20, 7:2, 25:7, 25:10, 25:15, 26:12, 26:20, 26:23, 27:5, 27:8, 27:9, 33:12, 33:13, 33:14, 33:21, 33:24, 35:5, 35:15, 37:23, 40:9, 44:19, 44:20, 44:22, 45:13, 47:25, 48:2, 48:24, 49:1, 49:10, 50:3, 50:4, 50:10, 50:11, 53:23, 54:5, 57:13, 58:5, 58:11, 58:12, 58:19, 60:9, 60:12, 61:19, 61:20, 61:21, 62:5, 62:18, 62:22, 62:23, 63:18, 72:9, 72:10, 72:11, 72:21, 73:4, 77:13, 80:11, 80:15, 80:16, 80:19, 80:24, 81:4, 81:11, 81:22, 82:8, 82:10, 85:14, 88:1, 88:11, 88:23, 95:16, 95:17, 95:20, 95:25, 96:18, 96:19, 96:24, 102:5, 103:14, 103:15, 104:7, 105:15, 105:16, 108:22, 109:4, 115:9, 115:10, 115:11, 123:11, 123:12, 123:16, 124:21, 125:10, 125:11, 125:12, 126:7, 128:2, 128:14, 133:4, 133:5, 133:6, 134:3, 134:13, 136:3, 136:5, 136:12, 136:14, 136:20, 136:22, 136:23, 136:24, 137:2, 137:24, 138:22, 139:7, 139:17, 139:19, 140:3, 141:7, 148:11, 149:21, 149:24, 150:19, 150:20, 151:11, 151:12, 154:17, 156:2, 160:24, 160:25, 161:2, 161:8, 167:15, 167:16, 167:20, 168:1, 169:18, 170:22, 173:6, 175:2, 175:9, 175:10, 175:11, 175:18, 176:2, 176:4, 176:9, 176:10, 176:18, 206:24, 207:5, 207:10, 209:3, 210:17, 210:20, 210:22, 211:1, 211:2, 211:17, 211:18, 211:20, 211:25, 212:19, 212:23, 213:19, 214:4, 214:5, 214:8, 214:9, 214:13, 214:14, 214:16, 214:17, 214:24, 215:3, 215:14, 215:17, 215:20, 215:21, 215:23, 215:25, 216:3, 216:5, 216:7, 216:8, 224:23, 225:9, 225:23, 226:1, 226:23, 227:14, 230:19, 230:24, 232:20, 232:25, 233:24, 235:17, 239:12, 243:18, 244:14, 247:21, 252:2
**he's** [81] - 26:22, 26:24, 28:16, 33:14, 33:16, 33:17, 33:22, 33:23, 33:24, 34:5, 34:7, 35:6, 35:9, 45:9, 45:11, 45:12, 45:15, 58:6, 59:16, 59:20, 61:15, 61:24, 63:17, 77:14, 78:16, 80:18, 80:20, 82:1, 88:24,

95:12, 95:13, 95:14, 111:6, 127:13, 148:17, 150:13, 167:14, 169:16, 169:17, 170:20, 170:21, 171:11, 178:1, 182:22, 184:11, 207:5, 207:10, 211:5, 212:20, 212:23, 212:25, 213:17, 213:18, 214:12, 214:14, 215:2, 215:6, 215:7, 215:9, 217:8, 219:9, 224:6, 225:6, 225:22, 225:25, 226:4, 226:14, 227:13, 228:9, 231:2, 233:10, 233:21, 234:8, 238:7, 246:6, 246:10, 246:11, 247:19, 247:20
**head** [9] - 33:7, 40:17, 40:20, 45:18, 78:14, 107:24, 108:20, 206:12, 236:1
**headings** [1] - 49:14
**healthcare** [2] - 68:5, 146:12
**hear** [22] - 3:13, 3:14, 16:3, 19:16, 35:12, 68:11, 75:5, 79:8, 89:12, 118:11, 154:9, 154:10, 203:1, 204:2, 229:25, 235:14, 236:6, 236:11, 236:18, 237:8, 247:3, 250:25
**heard** [20] - 6:8, 36:17, 43:23, 65:7, 73:10, 87:18, 91:3, 94:24, 108:7, 114:23, 148:6, 182:17, 183:16, 186:17, 187:1, 201:12, 230:5, 243:7, 246:20, 254:22
**hearing** [8] - 25:24, 98:1, 99:21, 106:25, 154:9, 195:18, 196:5, 252:14
**hearings** [1] - 96:6
**hearsay** [26] - 32:6, 54:19, 55:22, 55:24, 74:17, 74:23, 75:22, 75:24, 79:17, 79:25, 81:11, 81:14, 81:15, 142:1, 143:15, 144:4, 155:23, 157:21, 158:7, 200:4, 205:18, 206:1, 221:1, 223:8, 226:13, 237:14
**heart** [1] - 74:15
**heat** [1] - 166:25
**hedge** [3] - 25:19, 57:21, 132:6
**hefty** [1] - 196:1
**held** [8] - 3:3, 28:9, 53:1, 175:5, 177:20, 179:1, 195:18
**help** [9] - 32:20, 42:11, 55:6, 69:3, 72:9, 113:8, 137:10, 144:18, 154:8
**helpful** [11] - 100:11, 101:10, 101:13, 105:9, 158:24, 187:25, 204:22, 223:13, 223:15, 226:20, 238:4
**helps** [1] - 32:19
**Hennessey** [19] - 38:8, 44:11, 44:19, 45:5, 45:7, 45:16, 53:21, 149:19, 149:20, 149:21, 172:2, 174:8, 175:16, 175:18, 175:25, 176:8, 183:9, 189:18, 195:23

**Hennessey's** [4] - 46:6, 171:23, 175:8, 183:7
**her** [11] - 60:5, 122:6, 125:21, 127:9, 135:14, 136:7, 138:1, 141:10, 144:13, 149:14, 164:12
**here** [111] - 4:10, 4:18, 6:11, 9:17, 9:20, 9:21, 10:13, 11:9, 12:15, 19:6, 20:6, 23:4, 26:10, 27:11, 29:8, 30:14, 32:24, 45:10, 49:17, 50:9, 51:11, 53:13, 54:23, 55:8, 56:19, 58:1, 59:4, 62:8, 63:15, 63:24, 79:1, 83:2, 83:6, 83:17, 87:3, 87:4, 88:14, 92:8, 98:4, 98:12, 98:13, 100:2, 100:15, 106:14, 108:22, 110:10, 116:21, 116:24, 123:25, 129:19, 133:1, 135:20, 143:2, 146:7, 146:17, 149:4, 149:5, 149:18, 150:5, 154:8, 157:17, 158:15, 159:18, 163:22, 172:8, 172:24, 174:17, 175:6, 177:2, 178:23, 179:20, 180:18, 187:8, 193:16, 200:2, 211:21, 217:20, 221:20, 221:24, 222:19, 222:24, 226:18, 227:6, 228:3, 228:19, 229:17, 231:11, 234:24, 237:19, 238:19, 240:12, 240:23, 241:9, 241:12, 241:13, 241:19, 242:9, 242:21, 245:2, 246:7, 246:12, 246:13, 249:14, 252:21, 253:18, 256:16, 256:17, 256:20, 256:22
**here's** [12] - 16:11, 32:25, 86:10, 91:16, 93:21, 94:13, 118:15, 132:8, 154:7, 164:2, 208:9, 256:6
**hereby** [1] - 258:6
**hers** [1] - 143:25
**hesitating** [1] - 110:18
**hey** [21] - 67:20, 68:6, 70:18, 71:22, 75:9, 77:24, 79:10, 81:4, 81:24, 82:25, 83:10, 97:21, 102:9, 106:15, 131:9, 134:24, 140:12, 140:13, 213:22, 226:22, 231:19
**high** [2] - 70:21, 242:25
**highlight** [4] - 152:10, 157:4, 158:10, 202:21
**highlighted** [9] - 123:7, 123:18, 124:15, 145:2, 155:18, 157:2, 157:6, 157:10, 157:13
**highlighting** [6] - 124:7, 124:9, 152:5, 152:25, 153:1, 153:17
**highly** [4] - 80:12, 142:24, 164:21, 250:7
**him** [41] - 27:1, 27:5, 42:17, 44:24, 45:8, 47:10, 47:11, 48:4, 54:20, 58:18, 60:15, 60:25, 62:4, 72:22, 73:4, 80:12, 88:2,

88:13, 111:9, 149:24, 164:11,
167:11, 169:2, 169:21, 171:5,
171:6, 177:14, 178:4, 182:24,
183:4, 206:25, 224:14, 224:18,
227:14, 233:1, 233:20, 234:2,
234:4, 235:13, 236:12, 239:6
**himself** [4] - 33:17, 72:21,
213:20
**hired** [6] - 121:24, 121:25,
122:5, 125:22, 137:19, 141:9
**his** [83] - 26:20, 26:24, 32:18,
34:1, 36:15, 36:21, 40:10,
45:18, 47:17, 48:13, 48:16,
48:24, 49:3, 49:4, 50:5, 50:6,
58:9, 58:12, 61:23, 62:2, 65:20,
66:16, 80:16, 80:21, 80:22,
80:24, 81:19, 81:23, 95:17,
96:8, 96:13, 96:19, 96:24,
108:21, 109:13, 111:9, 115:10,
115:14, 123:4, 123:9, 125:5,
125:25, 134:2, 149:13, 149:21,
151:20, 156:2, 160:18, 167:19,
168:3, 170:9, 170:11, 170:25,
171:6, 171:8, 171:9, 171:15,
175:9, 176:19, 177:12, 177:16,
201:21, 206:21, 207:1, 210:17,
210:18, 210:20, 212:17,
213:17, 215:10, 216:7, 224:1,
224:4, 224:5, 225:8, 226:9,
227:20, 228:22, 242:24,
244:15, 244:23, 246:6
**historical** [1] - 239:21
**history** [1] - 217:18
**hit** [4] - 33:7, 85:2, 108:19,
235:25
**hits** [2] - 78:14, 85:20
**hold** [17] - 20:8, 71:16, 71:21,
72:1, 72:17, 72:20, 85:19,
123:4, 177:24, 206:13, 209:23,
212:16, 215:6, 220:23, 255:6,
255:7, 255:14
**holding** [6] - 28:16, 35:6, 73:17,
82:7, 95:15, 215:7
**Holdings** [2] - 126:23, 126:25
**holds** [1] - 50:3
**holes** [1] - 81:9
**home** [2] - 17:19, 240:5
**honestly** [1] - 111:3
**Honor** [200] - 6:24, 9:12, 9:14,
10:6, 10:7, 13:2, 13:11, 14:3,
14:4, 20:23, 21:21, 22:2, 23:15,
24:3, 25:9, 30:20, 30:22, 34:3,
35:8, 35:20, 37:1, 37:17, 38:7,
39:20, 40:18, 41:6, 41:7, 44:10,
45:11, 46:2, 46:18, 47:5, 47:7,
51:2, 51:10, 51:14, 52:23,
53:19, 54:4, 54:10, 54:25, 62:7,
67:10, 71:8, 72:8, 73:7, 73:24,
74:3, 74:6, 74:14, 74:18, 75:3,
75:8, 75:16, 76:20, 80:7, 81:8,

84:7, 86:20, 87:1, 87:10, 87:18,
87:25, 89:8, 90:20, 92:4, 92:24,
92:25, 93:22, 94:23, 95:4,
95:19, 97:25, 98:23, 100:13,
101:10, 102:12, 103:7, 106:4,
108:6, 109:10, 111:4, 111:13,
111:25, 112:7, 112:10, 113:7,
115:21, 115:22, 117:6, 117:12,
117:15, 117:21, 118:1, 118:4,
120:25, 124:22, 126:10,
130:25, 134:16, 137:17,
139:22, 140:22, 141:15,
145:13, 148:4, 148:18, 151:1,
151:19, 152:25, 153:4, 153:9,
155:5, 156:10, 158:18, 160:3,
161:13, 163:3, 163:19, 164:15,
164:17, 164:20, 166:11,
167:13, 169:12, 170:3, 172:1,
172:6, 178:15, 181:2, 181:10,
182:4, 182:17, 183:5, 183:15,
186:11, 187:10, 189:10, 190:8,
193:3, 193:8, 193:23, 194:11,
195:5, 196:1, 196:10, 196:16,
197:11, 197:19, 199:3, 199:17,
203:1, 204:4, 204:18, 205:8,
206:9, 206:10, 206:15, 206:23,
207:3, 209:20, 210:1, 210:9,
211:7, 211:19, 212:5, 212:7,
212:12, 213:7, 213:8, 214:1,
214:19, 215:14, 216:15, 217:3,
217:6, 217:10, 218:14, 218:17,
218:18, 218:24, 220:1, 222:4,
224:9, 224:17, 226:19, 227:18,
231:7, 236:7, 239:11, 243:7,
247:9, 247:22, 248:1, 249:18,
251:7, 252:8, 252:16, 255:17,
257:3
**Honor's** [5] - 71:20, 81:2, 90:25,
227:24, 229:14
**HONORABLE** [1] - 1:3
**hook** [1] - 24:19
**hope** [5] - 84:23, 84:24, 85:21,
187:10, 198:9
**hoped** [1] - 84:14
**hopeful** [1] - 18:12
**hopefully** [1] - 154:2
**hopes** [2] - 6:5, 85:3
**horse** [1] - 99:9
**hour** [3] - 122:7, 124:20, 214:14
**hours** [2] - 33:11, 214:9
**housekeeping** [1] - 9:13
**Houston** [1] - 1:12
**how** [64] - 6:3, 16:23, 17:7,
19:13, 19:25, 27:18, 32:10,
32:15, 32:16, 32:25, 34:16,
53:2, 59:18, 65:6, 70:14, 77:6,
79:5, 81:4, 82:20, 91:4, 93:17,
102:1, 102:2, 104:18, 108:7,
118:16, 123:11, 123:12,
126:12, 128:8, 129:3, 133:13,

139:23, 143:2, 150:13, 150:21,
160:22, 168:1, 170:11, 170:25,
171:7, 174:21, 175:23, 177:14,
186:18, 191:15, 192:22,
201:24, 202:3, 202:5, 202:7,
208:2, 208:5, 216:18, 225:11,
234:21, 235:21, 237:21,
239:22, 240:13, 240:20,
241:22, 242:11
**however** [5] - 49:24, 59:10,
61:11, 103:9, 164:11
**Hoyt's** [3] - 4:12, 21:23, 166:24
**hrvatin** [4] - 47:6, 47:8, 47:18,
47:20
**Hrvatin** [11] - 47:9, 47:25, 48:5,
138:8, 138:13, 138:17, 139:7,
139:24, 182:20, 197:21, 198:17
**Hrvatin's** [2] - 138:19, 197:2
**hue** [1] - 152:11
**huge** [6] - 57:23, 59:13, 105:14,
137:3, 137:13, 231:1
**hugely** [1] - 114:5
**Hughes** [4] - 223:18, 223:25,
224:3, 231:8
**hundreds** [6] - 36:19, 160:11,
186:21, 186:23, 246:2
**hung** [3] - 42:14, 48:1, 48:6
**hurdle** [1] - 31:9
**hurts** [2] - 104:19, 183:4
**hypertechnicality** [1] - 31:4
**hyping** [1] - 168:15
**hypocrisy** [1] - 205:6
**hypothetical** [6] - 135:21,
205:8, 208:22, 208:24, 209:5
**hypothetically** [2] - 17:14,
31:24
**hypotheticals** [1] - 205:11

## I

**i** [11] - 101:24, 105:8, 113:25,
129:19, 145:21, 198:18,
206:13, 224:10, 226:12,
226:16, 237:21
**I** [836] - 3:11, 3:12, 3:13, 4:4,
4:9, 4:10, 4:17, 4:20, 4:22, 5:5,
5:8, 5:11, 5:12, 5:17, 5:21,
5:25, 6:1, 6:2, 6:9, 6:16, 6:19,
6:25, 7:3, 7:4, 7:7, 7:9, 7:14,
7:15, 7:19, 7:21, 7:24, 8:2, 8:4,
8:8, 8:12, 8:13, 8:23, 8:25, 9:1,
9:2, 9:3, 9:5, 9:14, 9:15, 9:19,
9:25, 10:3, 11:23, 12:21, 12:22,
13:2, 13:11, 13:20, 13:22,
14:22, 14:23, 15:3, 15:25, 16:3,
16:6, 16:19, 17:6, 17:14, 17:15,
17:19, 17:21, 17:24, 17:25,
18:1, 18:2, 18:6, 18:18, 19:7,
19:18, 19:22, 20:2, 20:6, 20:17,

20:19, 21:21, 21:22, 22:2,
23:17, 23:23, 24:18, 25:11,
26:2, 26:9, 26:10, 27:6, 27:8,
28:3, 28:4, 29:18, 30:6, 30:7,
30:11, 30:21, 30:22, 31:24,
33:4, 33:5, 33:7, 33:12, 34:3,
34:18, 34:20, 35:18, 37:22,
38:1, 40:16, 40:17, 40:20,
40:22, 40:25, 41:4, 41:7, 41:23,
44:7, 45:12, 45:23, 46:16,
47:17, 48:4, 49:12, 50:8, 50:15,
51:10, 51:15, 53:11, 53:19,
53:23, 54:6, 54:12, 54:14, 54:16,
54:23, 55:7, 56:7, 57:6, 58:15,
59:10, 59:18, 60:1, 60:2, 60:13,
60:18, 61:15, 62:18, 63:10,
63:21, 63:25, 64:2, 64:3, 64:6,
64:9, 64:12, 64:18, 64:22,
64:24, 65:3, 65:5, 65:6, 65:12,
65:18, 65:20, 66:12, 66:14,
66:18, 67:1, 67:20, 67:21, 68:6,
68:7, 68:11, 68:15, 68:20, 69:3,
69:4, 70:20, 70:22, 70:23, 71:2,
71:4, 71:5, 72:3, 72:8, 73:5,
73:9, 73:10, 73:11, 73:14,
73:15, 73:21, 73:24, 74:2, 74:3,
74:12, 75:3, 75:16, 75:22, 76:1,
76:9, 76:12, 78:5, 78:12, 78:13,
78:25, 79:4, 79:5, 79:9, 79:14,
79:19, 79:23, 80:7, 80:8, 80:11,
80:22, 80:23, 81:1, 81:8, 81:20,
81:21, 81:24, 82:1, 82:2, 82:16,
82:21, 82:25, 83:10, 83:12,
83:20, 83:21, 83:22, 84:2, 84:7,
84:12, 84:16, 84:17, 84:22,
84:23, 84:24, 85:15, 85:21,
86:4, 86:15, 86:16, 86:18,
86:21, 87:1, 87:11, 87:18, 89:8,
89:9, 89:11, 89:13, 89:15, 90:3,
90:20, 91:10, 91:14, 92:4, 92:6,
92:13, 92:14, 92:19, 93:4, 93:8,
93:23, 93:24, 94:19, 94:23,
94:24, 95:21, 96:3, 96:10,
96:13, 96:16, 96:17, 96:21,
96:23, 97:4, 97:5, 97:11, 97:15,
97:16, 97:17, 97:18, 98:7,
98:12, 98:13, 98:17, 98:23,
98:25, 99:2, 99:6, 99:8, 99:23,
100:3, 100:5, 100:12, 101:9,
101:14, 101:17, 101:25, 102:4,
102:12, 102:19, 102:22, 103:2,
103:8, 103:18, 103:19, 103:20,
103:24, 104:4, 104:10, 104:18,
105:18, 105:19, 106:1, 107:25,
108:2, 108:7, 108:19, 108:24,
108:25, 109:10, 109:15,
109:21, 109:25, 110:11,
110:18, 110:19, 110:20,
110:24, 111:4, 111:19, 111:23,
111:25, 112:17, 113:3, 113:7,
113:25, 114:7, 115:24, 116:1,

117:21, 117:25, 118:1, 118:4,
118:14, 120:5, 120:14, 120:25,
121:14, 121:21, 121:22, 122:9,
123:3, 123:23, 124:4, 124:13,
124:19, 124:22, 125:25,
126:10, 126:11, 126:12,
126:14, 127:3, 127:5, 127:15,
127:22, 128:7, 129:17, 130:16,
132:15, 134:6, 134:19, 136:10,
137:9, 137:10, 137:19, 138:6,
138:8, 138:11, 138:18, 138:19,
138:20, 138:21, 139:4, 139:23,
140:5, 140:12, 140:14, 141:6,
141:7, 141:10, 143:2, 144:19,
145:19, 146:1, 146:19, 146:23,
147:2, 147:3, 147:7, 147:8,
148:4, 148:5, 148:6, 148:7,
148:10, 149:3, 150:5, 151:3,
151:17, 152:4, 152:8, 152:19,
153:2, 153:4, 153:5, 153:25,
154:3, 154:8, 154:10, 154:25,
155:7, 155:13, 156:2, 156:12,
156:16, 157:2, 157:4, 158:18,
158:22, 158:24, 159:9, 159:10,
159:18, 159:21, 159:25,
160:20, 160:22, 161:2, 161:6,
161:10, 161:13, 162:2, 162:7,
162:10, 162:14, 163:24, 164:4,
164:6, 164:7, 164:13, 165:6,
165:14, 165:19, 165:21, 166:1,
166:15, 166:17, 166:23, 167:2,
168:4, 168:6, 169:23, 170:3,
170:6, 170:11, 171:17, 172:4,
172:6, 173:10, 173:18, 173:20,
173:25, 175:16, 175:25, 176:1,
178:6, 178:10, 178:12, 178:13,
178:14, 179:21, 182:9, 182:17,
182:23, 183:12, 184:17,
186:15, 187:10, 187:11,
187:24, 187:25, 188:25, 189:1,
189:3, 189:10, 189:11, 190:14,
190:16, 190:20, 190:25, 191:1,
191:2, 191:3, 191:5, 191:6,
191:12, 191:14, 191:19,
191:21, 191:23, 191:25, 192:2,
192:7, 192:9, 192:18, 192:20,
192:21, 193:9, 194:15, 194:18,
194:21, 196:2, 196:3, 196:7,
196:20, 196:25, 197:8, 197:9,
197:18, 198:3, 198:6, 198:9,
198:11, 198:22, 199:3, 199:6,
199:14, 199:19, 199:20, 200:6,
200:7, 200:12, 200:20, 200:21,
201:2, 201:10, 202:20, 204:2,
204:3, 204:25, 206:8, 206:17,
206:24, 207:2, 207:5, 207:7,
208:1, 208:4, 208:9, 208:10,
208:13, 208:14, 208:17,
208:23, 209:5, 209:8, 209:18,
209:20, 209:21, 210:10,
212:16, 212:22, 212:25, 213:5,

213:11, 214:1, 214:12, 214:16,
214:19, 215:4, 215:6, 215:9,
215:10, 215:14, 215:22,
216:11, 216:13, 217:4, 217:14,
217:18, 218:9, 218:13, 218:21,
219:8, 219:12, 219:21, 219:22,
220:4, 220:19, 220:20, 222:4,
222:10, 223:15, 223:20,
223:21, 223:23, 224:2, 224:14,
224:17, 225:4, 225:7, 225:8,
225:10, 225:13, 225:16,
225:19, 225:25, 226:3, 226:19,
227:4, 227:13, 228:3, 228:6,
228:8, 228:11, 228:19, 229:2,
229:3, 229:4, 229:8, 229:9,
229:13, 230:2, 230:8, 230:9,
230:14, 230:18, 231:1, 231:5,
231:16, 231:17, 231:22, 232:5,
232:10, 232:13, 232:14,
232:17, 232:19, 232:22,
232:25, 233:4, 233:8, 233:12,
233:17, 233:24, 233:25, 234:1,
234:12, 234:13, 234:21,
234:24, 235:2, 235:4, 235:5,
235:9, 235:10, 235:14, 235:15,
235:16, 235:17, 235:24, 236:6,
236:11, 236:18, 237:1, 237:7,
237:8, 238:10, 239:1, 239:4,
239:10, 239:17, 239:23, 240:1,
240:2, 240:7, 240:8, 240:10,
240:16, 240:21, 240:22, 241:7,
241:12, 241:21, 242:1, 242:3,
242:14, 242:16, 242:21, 243:5,
243:7, 243:11, 243:12, 243:15,
243:21, 245:21, 245:25, 247:9,
247:19, 247:22, 248:1, 248:4,
248:13, 249:18, 249:22, 250:1,
250:7, 250:10, 250:15, 250:25,
251:2, 251:23, 251:24, 252:21,
254:7, 254:9, 254:16, 254:22,
255:4, 255:17, 256:13, 256:14,
256:20, 256:24, 257:5, 258:6
**I'd** [8] - 40:19, 41:8, 117:6,
153:6, 178:25, 210:8, 217:6,
256:14
**I'll** [36] - 6:15, 6:23, 7:25, 25:11,
37:15, 66:13, 75:8, 88:22, 94:3,
108:22, 110:23, 111:11,
112:13, 112:22, 113:4, 129:21,
131:1, 131:2, 131:4, 131:10,
131:13, 145:23, 159:23,
165:20, 169:9, 181:7, 182:12,
200:6, 205:15, 206:6, 219:7,
224:20, 225:4, 243:17, 256:1
**i'm** [1] - 207:24
**I'm** [226] - 6:5, 7:18, 7:23, 8:15,
8:23, 9:3, 9:9, 9:11, 9:20,
17:22, 17:23, 18:17, 20:21,
23:9, 26:1, 26:4, 30:9, 38:16,
46:18, 52:9, 53:13, 53:17,
53:25, 54:25, 55:14, 56:8, 57:8,

64:3, 65:2, 66:11, 67:1, 68:9,
68:18, 68:24, 71:8, 71:9, 71:11,
71:15, 71:16, 71:22, 73:13,
73:17, 73:20, 73:21, 75:19,
76:17, 76:18, 76:21, 78:11,
78:15, 78:17, 79:3, 79:9, 79:13,
79:19, 79:21, 80:3, 80:4, 81:5,
81:14, 82:7, 82:16, 82:21,
84:16, 84:22, 85:1, 85:18,
85:19, 85:20, 85:24, 86:4, 86:8,
86:10, 87:16, 88:21, 89:2,
89:14, 93:23, 94:1, 98:7, 99:16,
99:21, 100:6, 100:10, 101:5,
103:2, 104:2, 105:5, 105:21,
105:23, 105:24, 107:13,
107:17, 107:20, 107:22,
108:17, 109:6, 109:24, 110:3,
110:4, 110:18, 110:19, 111:17,
113:6, 115:16, 118:18, 120:12,
120:14, 120:18, 121:11,
121:13, 126:5, 129:3, 129:25,
131:6, 134:10, 134:18, 136:6,
136:9, 140:22, 141:13, 147:8,
148:6, 148:9, 148:13, 148:16,
151:1, 151:2, 153:11, 154:7,
154:9, 158:9, 159:2, 159:13,
159:14, 159:18, 160:22, 161:1,
162:16, 162:17, 162:22,
162:24, 163:2, 164:9, 164:13,
165:21, 171:14, 172:3, 174:7,
178:3, 178:8, 179:23, 180:24,
183:1, 183:11, 190:11, 191:2,
191:21, 191:24, 192:17,
192:19, 194:12, 194:24,
195:19, 196:5, 197:11, 197:13,
198:10, 198:12, 200:18, 201:8,
202:13, 202:17, 204:11,
204:13, 205:1, 208:19, 209:4,
209:23, 210:15, 211:11,
212:19, 213:22, 217:1, 218:15,
218:19, 219:21, 219:24,
222:19, 225:18, 227:10,
227:14, 229:4, 229:6, 232:4,
232:5, 232:6, 233:1, 233:8,
233:12, 233:20, 234:4, 235:3,
235:12, 236:12, 236:15,
236:16, 237:8, 237:16, 238:6,
239:6, 240:12, 240:19, 241:8,
254:10, 256:6, 257:1
**I've** [31] - 15:3, 15:4, 37:21,
38:2, 54:13, 94:17, 113:5,
123:7, 127:7, 127:17, 129:23,
164:13, 190:13, 191:6, 191:14,
191:17, 204:10, 212:8, 216:13,
221:24, 222:14, 225:14, 228:7,
233:11, 234:2, 234:9, 240:11,
242:23, 248:4, 256:25
**icebox** [1] - 167:1
**ID** [1] - 130:5
**idea** [11] - 6:25, 17:19, 42:14,
61:7, 61:18, 63:11, 117:10,

143:22, 159:3, 215:15, 215:17
**ideas** [1] - 245:16
**identical** [1] - 23:2
**identified** [7] - 39:13, 44:15,
90:9, 94:7, 156:22, 157:14,
193:17
**identify** [3] - 38:13, 39:6, 195:7
**identifying** [1] - 94:21
**idiots** [5] - 14:9, 27:8, 31:1,
43:24, 62:12
**idle** [2] - 32:23, 33:9
**if** [249] - 3:15, 4:15, 4:23, 5:5,
6:4, 6:10, 6:22, 7:5, 7:17, 8:5,
8:6, 9:7, 9:16, 9:21, 17:14,
18:3, 19:7, 20:23, 21:11, 21:21,
22:4, 26:9, 26:14, 27:16, 30:21,
33:11, 35:23, 36:19, 40:16,
43:20, 48:10, 50:8, 51:7, 51:12,
52:15, 55:6, 57:4, 57:8, 58:3,
58:13, 58:15, 60:18, 63:25,
66:7, 66:8, 66:12, 66:20, 70:19,
70:24, 72:8, 72:23, 72:24, 73:3,
73:16, 73:24, 76:17, 77:23,
78:9, 78:11, 78:12, 79:8, 79:21,
80:7, 81:4, 81:15, 81:18, 81:22,
82:1, 82:6, 82:21, 84:8, 85:9,
86:6, 86:18, 87:18, 90:3, 90:5,
90:17, 91:16, 92:9, 93:4, 93:6,
93:22, 94:23, 95:1, 95:2, 96:11,
96:25, 97:5, 98:23, 99:3, 99:20,
99:21, 100:5, 100:7, 101:5,
101:25, 102:3, 102:8, 102:23,
103:2, 103:25, 104:14, 105:3,
105:4, 105:9, 105:18, 105:19,
105:20, 105:22, 105:23,
106:14, 107:10, 107:12, 108:8,
108:18, 108:21, 109:10,
109:17, 112:13, 113:5, 113:9,
114:5, 115:1, 116:16, 117:5,
117:6, 117:15, 118:4, 120:15,
121:6, 121:15, 122:11, 122:15,
122:21, 124:1, 125:4, 126:3,
129:24, 131:1, 131:3, 132:3,
132:14, 132:16, 132:19,
132:21, 135:25, 136:4, 136:8,
136:18, 136:24, 137:12, 138:6,
138:10, 138:18, 141:11, 147:3,
148:19, 148:20, 149:7, 150:2,
150:3, 150:11, 151:3, 152:9,
152:15, 153:4, 153:14, 153:15,
153:18, 157:16, 158:23,
159:20, 161:9, 161:13, 163:16,
163:19, 164:5, 165:16, 166:25,
167:5, 172:4, 172:19, 172:22,
176:23, 177:14, 182:12,
183:10, 184:11, 188:3, 190:8,
190:17, 192:2, 192:6, 194:17,
196:2, 197:8, 201:9, 201:25,
203:11, 207:4, 207:8, 208:7,
209:21, 211:5, 211:8, 212:10,

212:15, 214:13, 215:1, 215:12,
218:4, 219:12, 220:9, 221:2,
223:13, 223:21, 225:25, 228:9,
228:15, 234:8, 235:17, 235:19,
238:8, 239:11, 240:18, 245:11,
245:12, 245:22, 247:13,
249:18, 250:24, 251:13,
252:16, 253:1, 254:7, 254:18,
254:21, 255:8, 255:13, 256:14,
256:16, 256:17, 256:19
**If** [4] - 29:16, 122:23, 186:5,
215:12
**ignorance** [1] - 110:3
**ignores** [1] - 168:19
**illegal** [18] - 12:1, 17:24, 18:5,
61:1, 63:9, 120:3, 120:6, 120:8,
175:21, 180:2, 234:25, 235:7,
235:12, 236:17, 242:5, 244:22,
245:11, 245:24
**illegality** [1] - 242:7
**illegitimate** [1] - 179:5
**Illinois** [1] - 145:18
**illustrative** [1] - 139:22
**image** [2] - 52:17, 52:18
**images** [1] - 43:16
**imagine** [1] - 122:9
**immediate** [1] - 77:8
**immediately** [3] - 58:1, 92:3,
215:13
**immensely** [1] - 48:17
**immigration** [1] - 199:9
**impact** [5] - 184:8, 203:5,
203:22, 207:13, 207:22
**impacted** [1] - 239:22
**imperative** [1] - 74:18
**impermissible** [7] - 67:23,
148:1, 157:21, 158:8, 221:7,
221:14, 228:25
**impinging** [1] - 191:20
**implicated** [1] - 184:11
**implicates** [1] - 183:7
**implications** [1] - 183:6
**implied** [2] - 20:1, 203:23
**importance** [1] - 216:17
**important** [13] - 9:16, 39:16,
52:12, 52:13, 119:3, 136:7,
142:11, 156:14, 182:21,
183:25, 209:2, 240:25, 245:2
**importantly** [4] - 147:17, 168:7,
244:19, 253:10
**impose** [1] - 192:3
**impress** [1] - 106:21
**impression** [2] - 103:3, 136:19
**imprimatur** [2] - 234:18, 236:13
**improper** [6] - 42:2, 108:15,
202:12, 204:14, 242:5, 248:2
**improperly** [2] - 42:19, 183:24
**impugn** [1] - 108:13
**in** [711] - 3:3, 3:17, 4:4, 4:5,
4:12, 4:17, 5:1, 6:4, 6:5, 6:16,

6:17, 6:23, 7:15, 8:12, 9:10,
9:20, 9:25, 10:7, 11:3, 11:4,
11:12, 11:22, 12:11, 12:23,
12:25, 13:3, 14:7, 14:8, 14:13,
14:18, 14:21, 14:24, 15:1,
15:15, 15:21, 15:22, 15:25,
16:11, 16:21, 17:5, 17:15,
17:17, 17:22, 17:23, 18:8,
18:10, 18:11, 19:15, 19:19,
19:23, 20:3, 20:5, 21:1, 21:12,
21:19, 21:23, 22:3, 22:5, 22:14,
22:16, 22:18, 22:19, 23:3, 23:8,
23:10, 23:11, 23:12, 23:13,
24:5, 24:10, 24:14, 24:15,
24:21, 24:22, 25:1, 25:14,
25:17, 25:22, 26:3, 26:10,
26:25, 27:1, 27:3, 29:8, 29:21,
30:9, 30:15, 30:25, 31:8, 31:12,
31:16, 31:19, 32:2, 32:4, 32:6,
32:8, 32:10, 32:21, 33:3, 33:7,
33:18, 33:20, 33:23, 34:1, 34:9,
34:11, 34:19, 35:1, 35:18,
35:21, 36:2, 36:4, 36:5, 36:10,
36:15, 36:18, 36:19, 37:4, 37:6,
37:9, 37:11, 37:20, 38:13, 39:1,
39:6, 39:14, 39:19, 40:8, 40:10,
40:24, 41:8, 41:9, 41:24, 42:9,
42:12, 42:14, 42:20, 42:22,
42:25, 43:8, 43:11, 43:25, 44:3,
44:7, 44:11, 44:12, 44:19, 45:8,
45:11, 45:18, 46:5, 47:9, 47:18,
48:3, 48:5, 48:14, 48:16, 49:2,
49:20, 49:22, 50:5, 50:16,
50:17, 50:20, 51:3, 51:9, 51:12,
51:17, 51:23, 52:6, 52:14, 53:3,
53:13, 54:9, 54:16, 54:19,
54:20, 54:23, 55:5, 55:23, 56:4,
56:8, 56:11, 56:22, 57:12,
57:16, 57:18, 57:23, 58:9,
58:10, 58:14, 58:20, 58:25,
59:5, 59:6, 59:11, 59:13, 59:15,
59:16, 59:19, 59:23, 60:5, 61:8,
61:13, 61:16, 62:1, 62:11, 63:2,
63:3, 64:22, 64:24, 64:25, 65:5,
65:11, 65:13, 66:3, 67:5, 67:11,
67:13, 67:16, 68:5, 68:24, 69:6,
69:9, 69:13, 69:15, 70:2, 70:18,
71:9, 72:13, 73:1, 73:5, 73:20,
74:3, 74:7, 74:9, 74:10, 75:10,
75:13, 76:2, 76:6, 76:9, 76:12,
77:2, 77:5, 77:6, 77:8, 77:20,
77:22, 78:1, 78:23, 78:24, 79:9,
79:19, 80:4, 80:25, 81:16,
82:19, 82:24, 83:1, 83:5, 83:7,
83:10, 83:11, 83:17, 84:25,
86:5, 86:22, 86:24, 86:25,
87:12, 87:22, 88:2, 89:15,
90:13, 90:18, 91:1, 91:5, 91:24,
91:25, 92:6, 92:10, 92:14,
92:25, 93:16, 93:24, 94:2, 94:7,
94:17, 94:21, 96:2, 96:6, 97:8,

97:9, 98:13, 99:11, 99:17,
100:25, 101:3, 101:5, 101:6,
101:7, 101:10, 101:18, 102:9,
103:3, 104:3, 104:4, 104:18,
105:6, 105:10, 106:14, 106:15,
106:23, 107:7, 108:1, 108:20,
109:2, 109:13, 109:14, 109:19,
111:9, 112:9, 112:12, 113:4,
113:7, 113:18, 114:15, 115:13,
116:9, 116:17, 116:19, 116:22,
117:1, 117:4, 118:5, 118:8,
118:24, 119:17, 119:22, 120:2,
120:21, 121:6, 121:11, 122:15,
122:22, 123:1, 123:5, 123:11,
124:11, 125:6, 125:12, 125:13,
125:17, 126:21, 127:5, 127:11,
129:6, 129:8, 129:9, 129:21,
130:17, 130:18, 130:23, 131:5,
131:7, 131:19, 132:4, 132:5,
133:6, 133:19, 134:15, 134:21,
135:3, 135:10, 135:17, 135:19,
136:3, 136:5, 136:8, 136:9,
136:23, 137:4, 137:23, 139:16,
139:23, 140:2, 140:4, 140:18,
141:12, 141:17, 142:19,
142:22, 143:4, 144:11, 144:13,
144:21, 144:23, 144:24, 145:8,
145:12, 145:14, 145:16, 146:6,
146:24, 147:4, 147:15, 147:24,
148:14, 149:12, 149:13,
149:14, 149:17, 150:22, 151:9,
151:14, 152:9, 152:22, 153:18,
153:24, 154:22, 154:25,
155:19, 155:20, 155:21,
158:13, 158:24, 160:21, 161:8,
161:16, 162:8, 163:1, 163:9,
163:18, 163:20, 164:21,
164:25, 165:4, 166:7, 166:14,
166:21, 167:3, 167:8, 167:15,
167:16, 168:5, 168:13, 168:23,
169:14, 169:15, 170:16,
170:19, 170:21, 170:25, 171:2,
171:7, 171:19, 171:24, 172:3,
172:18, 173:9, 173:23, 174:24,
176:3, 176:4, 176:10, 176:19,
177:4, 177:7, 177:8, 177:9,
177:10, 177:13, 177:22,
177:23, 178:9, 178:12, 180:3,
180:5, 180:8, 180:20, 180:21,
181:18, 181:25, 182:3, 182:10,
182:12, 182:22, 183:20,
183:25, 184:10, 184:12,
185:16, 186:3, 186:16, 187:2,
187:20, 188:3, 188:15, 188:22,
188:25, 189:6, 189:12, 189:13,
189:19, 189:22, 190:12, 191:2,
191:7, 191:18, 192:17, 192:22,
193:4, 193:9, 194:1, 194:7,
194:8, 194:9, 194:16, 195:7,
195:15, 195:16, 195:24, 196:5,
196:21, 197:3, 199:4, 199:5,

200:1, 200:17, 200:24, 201:18,
202:11, 202:13, 203:6, 203:12,
203:13, 203:15, 204:11,
204:18, 204:23, 204:24,
206:12, 206:21, 207:1, 207:13,
207:15, 207:19, 207:23, 208:7,
209:19, 209:24, 210:10,
210:15, 210:16, 211:1, 211:2,
211:6, 211:15, 211:20, 211:24,
212:17, 212:22, 212:23,
212:24, 213:3, 213:4, 213:18,
213:22, 213:23, 216:3, 216:4,
216:16, 216:19, 216:24, 217:2,
217:11, 217:12, 217:14,
217:19, 217:20, 217:25,
220:12, 220:13, 220:18,
220:25, 221:4, 221:14, 221:22,
222:16, 222:17, 222:23, 223:4,
223:8, 223:21, 223:23, 224:1,
224:4, 224:23, 225:6, 225:14,
225:21, 226:1, 226:8, 226:9,
226:22, 227:6, 227:25, 228:7,
228:9, 228:13, 228:16, 228:22,
228:24, 229:5, 229:6, 229:10,
229:12, 229:15, 229:24,
230:21, 230:25, 231:4, 231:6,
231:13, 231:17, 231:19,
231:25, 232:2, 232:11, 233:18,
234:14, 235:1, 235:19, 237:4,
237:20, 237:23, 237:25, 238:4,
238:19, 239:2, 239:20, 240:3,
240:12, 241:8, 241:16, 241:17,
242:12, 242:17, 243:2, 243:17,
244:3, 244:9, 244:11, 244:16,
244:23, 246:8, 246:21, 247:17,
247:18, 248:4, 248:7, 248:11,
249:1, 249:4, 249:15, 249:17,
249:23, 250:1, 250:4, 250:5,
250:6, 250:8, 251:21, 252:9,
252:17, 253:1, 253:2, 253:5,
253:17, 254:8, 254:25, 255:6,
255:8, 255:21, 256:14, 256:19,
257:1, 257:8, 258:9

**in-camera** [2] - 38:13, 39:6
**inaccurate** [3] - 43:17, 96:6,
96:7
**inaccurately** [2] - 42:19, 122:12
**inadmissible** [2] - 75:22,
141:25
**inapplicable** [1] - 178:18
**inappropriate** [3] - 118:10,
204:6, 206:2
**Inc** [2] - 126:23, 126:25
**inches** [1] - 122:18
**incite** [1] - 43:3
**incited** [1] - 43:2
**inclined** [3] - 86:23, 89:17,
91:16
**include** [5] - 7:16, 116:7,
160:13, 160:18, 181:24

**included** [7] - 44:11, 46:10, 75:7, 112:20, 118:8, 125:25, 172:18
**includes** [2] - 53:21, 125:7
**including** [11] - 32:13, 32:15, 37:24, 43:23, 45:21, 53:25, 67:8, 136:16, 157:19, 204:11, 243:3
**incompetent** [1] - 146:25
**incomplete** [1] - 163:9
**inconsistent** [1] - 244:10
**increase** [3] - 34:22, 50:5, 116:19
**increases** [1] - 92:10
**increasing** [1] - 59:13
**indeed** [3] - 21:5, 85:9, 234:17
**independent** [6] - 111:21, 135:3, 137:18, 138:4, 141:5, 161:23
**indeterminate** [1] - 71:10
**indicate** [6] - 157:2, 157:4, 157:7, 157:10, 157:13, 159:15
**indicated** [1] - 155:17
**indicating** [1] - 156:1
**indication** [1] - 249:6
**indices** [1] - 241:25
**indicia** [5] - 55:21, 60:19, 61:6, 88:11, 88:12
**indicted** [3] - 24:20, 181:17, 188:6
**indictment** [67] - 11:3, 11:4, 11:19, 12:13, 12:23, 14:7, 14:8, 14:22, 15:1, 15:17, 16:1, 16:7, 17:5, 17:6, 18:8, 18:14, 19:16, 20:3, 20:6, 20:16, 20:22, 22:4, 22:9, 22:18, 23:15, 24:12, 25:1, 26:21, 29:21, 30:2, 30:25, 31:4, 31:22, 33:19, 35:13, 36:5, 36:18, 37:5, 44:2, 46:9, 46:12, 46:24, 47:2, 56:12, 69:6, 109:20, 127:11, 175:15, 178:10, 181:13, 181:16, 181:24, 181:25, 183:20, 184:2, 186:4, 188:4, 200:24, 210:9, 210:10, 210:21, 213:12, 216:25, 243:3, 249:23
**indictments** [1] - 29:9
**indignant** [1] - 159:3
**indignation** [1] - 156:2
**indiscernible** [1] - 153:23
**individual** [12] - 25:16, 57:13, 86:7, 88:20, 91:22, 106:8, 109:12, 130:7, 132:14, 171:23, 185:11, 209:19
**individuals** [25] - 25:1, 36:16, 41:20, 55:19, 86:13, 86:16, 89:22, 90:7, 91:24, 92:1, 92:9, 93:3, 94:8, 94:18, 94:20, 103:11, 128:23, 139:13, 140:5, 197:25, 201:16, 204:2, 232:13,

250:14
**induce** [9] - 16:8, 17:8, 18:16, 19:12, 20:8, 21:15, 30:17, 70:11, 72:17
**induced** [1] - 36:15
**inducing** [5] - 15:18, 19:4, 33:22, 71:21, 71:25
**indulgence** [1] - 77:4
**industry** [2] - 171:7, 231:14
**inextricably** [1] - 117:10
**infamous** [1] - 170:13
**infinite** [1] - 158:19
**infinitesimal** [1] - 128:9
**inflame** [1] - 45:2
**inflammatory** [3] - 44:24, 99:15, 178:17
**inflated** [6] - 90:1, 90:7, 107:2, 113:12, 113:14, 114:16
**inflating** [1] - 90:17, 249:24
**inflation** [1] - 178:22
**influence** [7] - 19:20, 21:6, 77:18, 78:1, 78:10, 78:11, 101:1
**influenced** [1] - 229:24
**influencer** [2] - 50:6, 80:17
**influencers** [4] - 35:23, 35:25, 36:11, 140:10
**influencing** [1] - 77:19
**influx** [1] - 239:19
**informally** [1] - 165:22
**information** [18] - 10:14, 10:16, 10:24, 18:11, 26:19, 26:23, 71:13, 74:8, 74:10, 75:4, 91:23, 159:17, 172:21, 173:8, 183:3, 224:3, 230:20, 253:9
**informational** [1] - 159:22
**initial** [1] - 3:9
**initially** [2] - 181:12, 183:16
**inject** [1] - 222:23
**injected** [1] - 155:22
**injection** [1] - 114:3
**ink** [1] - 40:5
**inordinate** [1] - 99:6
**insert** [2] - 209:2, 215:1
**inserting** [1] - 234:18
**inside** [1] - 44:1
**insider** [5] - 88:7, 91:12, 97:22, 98:4, 245:14
**insiders** [7] - 88:8, 90:9, 90:23, 91:22, 92:2, 94:6, 95:9
**insofar** [1] - 48:8
**Instagram** [1] - 47:17
**instance** [3] - 11:25, 80:25, 84:25
**instances** [8] - 19:23, 83:1, 83:7, 83:10, 83:12, 83:15, 118:5, 228:6
**instead** [7] - 9:8, 34:14, 108:12, 165:18, 203:22, 232:2, 233:9

**institutional** [3] - 242:1, 242:2, 242:17
**instruct** [1] - 110:23
**instructed** [1] - 172:20
**instruction** [6] - 35:17, 62:6, 142:21, 143:7, 143:10, 223:3
**instructions** [2] - 165:23, 172:18
**insufficient** [3] - 12:8, 12:10, 30:2
**intend** [9] - 18:2, 82:10, 85:13, 92:17, 173:10, 189:4, 189:9, 189:16, 190:8
**intended** [7] - 17:7, 23:23, 26:20, 27:13, 115:11, 250:20, 256:9
**intending** [3] - 30:17, 110:10, 175:11
**intends** [4] - 42:9, 43:22, 174:18, 177:24
**intent** [49] - 14:12, 15:2, 15:8, 16:17, 16:21, 16:25, 18:8, 18:19, 20:1, 20:4, 24:6, 25:20, 30:1, 30:19, 30:23, 31:1, 61:23, 67:25, 70:10, 80:21, 80:24, 81:6, 81:12, 81:23, 81:25, 85:8, 92:11, 100:16, 100:19, 100:24, 104:13, 104:16, 104:25, 105:1, 111:16, 115:10, 117:24, 211:3, 211:4, 216:1, 234:19, 237:7, 238:19, 244:20, 247:7
**intentional** [1] - 49:8
**intentions** [1] - 34:2
**interest** [2] - 31:10, 214:6
**interested** [3] - 9:9, 78:1, 190:23
**interesting** [2] - 57:15, 111:14
**interim** [1] - 129:21
**interject** [1] - 65:23
**interlaid** [1] - 149:16
**internet** [8] - 17:15, 36:11, 50:5, 226:7, 227:2, 235:22, 238:16, 238:21
**interpret** [2] - 175:23, 206:25
**interpreted** [1] - 174:1
**interrupt** [2] - 112:17, 158:22
**intertwined** [2] - 117:10, 185:22
**intimately** [1] - 201:18
**into** [43] - 22:3, 22:12, 22:23, 27:5, 28:24, 29:2, 31:25, 56:20, 63:21, 69:8, 70:10, 75:14, 92:2, 92:10, 92:14, 96:4, 99:10, 114:17, 114:19, 116:20, 118:19, 135:1, 143:8, 143:18, 156:16, 163:2, 182:13, 185:14, 186:8, 190:14, 192:20, 198:22, 205:9, 207:9, 208:16, 214:9, 235:18, 239:19, 240:4, 249:2, 249:16, 249:21, 250:20
**intrinsic** [5] - 76:25, 77:7,

77:21, 256:9, 256:10
**introduce** [9] - 66:24, 75:22, 81:3, 95:5, 111:15, 180:14, 217:7, 250:20, 251:7
**introduced** [1] - 249:21
**introducing** [2] - 84:8, 195:12
**introduction** [1] - 120:24
**intuitional** [1] - 242:19
**invaded** [1] - 239:8
**invented** [2] - 17:16, 97:23
**invest** [2] - 17:15, 17:22
**investigate** [1] - 207:5
**investigating** [2] - 171:1, 177:13
**investigation** [7] - 201:18, 239:13, 249:4, 249:11, 252:11, 252:25, 255:25
**investigations** [4] - 50:1, 201:21, 248:12, 249:17
**investigative** [2] - 253:3, 254:12
**investigator** [1] - 252:12
**investing** [1] - 17:23
**investment** [4] - 91:17, 105:16, 175:5, 177:19
**investor** [5] - 177:21, 177:22, 177:24, 242:17, 242:19
**investors** [6] - 20:8, 177:6, 216:18, 220:17, 242:1, 242:2
**invite** [1] - 44:7
**involve** [1] - 182:23
**involved** [5] - 22:16, 191:18, 201:18, 208:7, 256:19
**involvement** [1] - 187:19
**involves** [4] - 88:7, 175:4, 177:18, 185:19
**ire** [1] - 152:2
**ironic** [1] - 193:24
**ironically** [1] - 67:12
**irrelevant** [15] - 44:3, 68:25, 84:2, 100:18, 101:12, 108:4, 116:15, 164:22, 178:23, 210:6, 210:7, 214:12, 220:16, 238:1, 254:19
**is** [840] - 3:15, 3:16, 4:2, 5:14, 6:10, 6:25, 7:5, 7:24, 8:5, 8:9, 8:16, 8:19, 9:2, 9:15, 10:8, 10:12, 11:6, 11:8, 11:15, 12:8, 12:19, 12:25, 13:11, 14:1, 14:21, 15:2, 15:9, 15:17, 16:23, 17:3, 17:20, 17:24, 18:5, 18:8, 18:10, 18:25, 19:4, 19:21, 20:1, 20:4, 20:14, 20:18, 21:12, 21:16, 22:9, 22:15, 22:17, 23:2, 23:4, 23:9, 23:15, 24:2, 24:3, 24:4, 24:7, 24:10, 24:15, 24:18, 24:19, 25:2, 25:22, 26:6, 26:19, 27:4, 27:11, 28:24, 29:6, 29:10, 30:1, 30:6, 30:16, 30:22, 30:24, 30:25, 31:1, 31:5, 31:6, 31:7,

31:8, 31:11, 31:15, 31:16, 31:20, 32:12, 32:14, 32:24, 33:12, 33:13, 33:14, 33:18, 33:19, 33:20, 34:11, 34:22, 35:3, 35:4, 35:11, 35:14, 35:21, 36:4, 36:5, 36:8, 36:10, 36:22, 37:4, 37:10, 37:20, 38:14, 38:20, 39:16, 39:22, 39:24, 40:2, 40:5, 40:10, 40:11, 41:1, 41:2, 41:11, 41:14, 42:13, 43:2, 43:10, 44:12, 44:14, 44:18, 44:23, 45:6, 45:21, 46:4, 46:5, 46:6, 46:15, 46:16, 47:24, 48:8, 48:13, 48:15, 48:16, 48:20, 49:7, 49:10, 49:18, 49:22, 50:3, 50:4, 50:9, 50:12, 50:23, 51:22, 51:24, 51:25, 52:7, 52:8, 52:10, 52:17, 52:18, 52:21, 52:25, 53:8, 53:12, 53:15, 54:18, 54:22, 56:6, 56:7, 56:11, 56:18, 56:23, 57:5, 57:11, 57:12, 57:13, 57:15, 58:1, 58:3, 58:8, 58:16, 58:17, 59:2, 59:4, 59:8, 59:13, 59:21, 59:22, 59:23, 59:24, 60:1, 60:3, 60:6, 60:7, 60:9, 60:10, 60:14, 60:19, 60:22, 60:24, 61:5, 61:6, 61:8, 61:13, 61:20, 61:24, 62:8, 62:9, 62:13, 62:16, 62:22, 63:1, 63:14, 63:20, 63:25, 64:11, 64:12, 65:3, 65:19, 66:2, 66:6, 66:16, 66:19, 66:21, 67:12, 67:18, 68:4, 68:18, 69:15, 70:2, 70:8, 70:15, 70:24, 71:8, 71:17, 71:22, 72:6, 72:18, 72:20, 72:24, 73:3, 73:4, 73:5, 73:8, 73:14, 74:1, 74:5, 74:6, 74:15, 75:4, 75:6, 75:9, 75:18, 75:21, 75:23, 76:11, 76:21, 76:24, 77:2, 77:17, 77:18, 77:19, 77:23, 77:24, 77:25, 78:4, 78:9, 78:19, 79:19, 81:18, 81:19, 81:22, 82:15, 82:23, 83:4, 83:6, 83:17, 83:22, 84:1, 84:12, 84:20, 85:7, 85:15, 86:11, 87:2, 87:4, 87:13, 87:23, 88:11, 88:19, 88:20, 89:16, 89:24, 90:5, 92:8, 92:25, 94:16, 94:24, 95:4, 95:8, 95:14, 95:19, 95:22, 95:23, 98:1, 98:3, 98:4, 98:10, 98:14, 99:3, 99:9, 99:11, 100:4, 100:13, 100:15, 100:17, 101:5, 101:11, 101:12, 101:13, 101:17, 101:18, 101:25, 102:1, 102:13, 103:1, 103:11, 103:21, 103:25, 104:13, 105:15, 106:2, 106:5, 106:9, 106:24, 107:1, 107:5, 108:12, 108:15, 108:25, 109:4, 109:8, 109:16, 109:21, 110:5, 111:19, 111:23, 112:1, 112:12, 112:18, 112:21,

112:25, 113:12, 113:16, 113:18, 114:11, 114:21, 115:3, 115:4, 115:10, 115:16, 116:10, 116:13, 117:21, 118:1, 118:8, 119:4, 119:7, 120:8, 120:9, 121:2, 121:8, 121:9, 121:20, 122:11, 122:17, 122:19, 122:24, 124:7, 124:25, 125:1, 125:4, 125:11, 125:14, 126:10, 126:14, 127:2, 127:21, 127:24, 128:1, 128:10, 128:20, 128:25, 129:3, 129:4, 129:7, 129:10, 129:13, 129:21, 130:1, 130:3, 130:7, 130:9, 130:19, 130:21, 131:5, 131:17, 131:18, 132:19, 133:4, 133:12, 134:8, 134:10, 134:11, 134:12, 134:14, 134:16, 134:25, 135:8, 135:11, 136:2, 136:6, 136:14, 136:19, 137:4, 137:13, 137:15, 139:7, 139:12, 139:18, 139:19, 139:24, 140:17, 140:25, 141:5, 141:16, 141:25, 142:6, 142:14, 142:15, 142:24, 143:3, 143:7, 144:2, 144:4, 144:6, 144:8, 145:11, 146:7, 146:9, 146:12, 146:18, 146:21, 147:1, 147:5, 147:17, 147:19, 147:20, 148:1, 148:22, 149:4, 149:5, 149:10, 149:12, 149:15, 150:18, 150:24, 151:4, 151:17, 151:19, 152:21, 152:22, 152:24, 152:25, 153:2, 153:5, 153:16, 154:5, 154:10, 154:12, 154:14, 154:16, 154:17, 155:2, 155:8, 155:9, 155:11, 155:14, 156:4, 156:5, 156:8, 156:12, 156:23, 157:1, 157:6, 158:17, 158:20, 158:21, 159:10, 159:16, 159:23, 160:10, 161:14, 162:1, 162:2, 162:5, 162:7, 162:14, 162:16, 162:25, 163:8, 163:13, 163:19, 163:23, 166:5, 166:7, 166:14, 166:15, 167:5, 167:6, 167:7, 167:9, 167:14, 167:15, 168:9, 168:20, 169:1, 169:2, 169:8, 169:24, 170:5, 170:11, 170:12, 170:17, 170:24, 171:3, 171:23, 172:13, 173:4, 173:22, 174:17, 174:20, 175:1, 175:2, 175:5, 175:6, 175:7, 175:20, 175:22, 175:25, 176:3, 176:4, 176:5, 176:6, 176:8, 176:12, 176:16, 177:2, 177:15, 177:16, 177:19, 177:23, 178:5, 178:12, 178:22, 178:25, 179:20, 180:3, 180:12, 181:3, 181:12, 181:15, 182:1, 182:2, 182:21, 183:2, 183:23, 184:1, 184:2, 185:1, 185:17, 186:2, 186:6, 186:8, 187:4, 187:22, 188:2, 188:7,

188:8, 188:18, 189:18, 190:9, 190:15, 190:18, 191:10, 191:14, 191:15, 191:17, 191:25, 192:23, 192:25, 193:3, 193:16, 193:23, 194:7, 194:9, 194:20, 195:18, 195:20, 196:1, 196:4, 196:12, 196:21, 197:2, 197:3, 197:14, 198:7, 198:19, 198:22, 199:2, 199:15, 199:25, 200:2, 200:19, 200:21, 200:23, 201:2, 201:5, 201:11, 201:15, 202:21, 202:22, 202:23, 202:25, 203:4, 203:23, 204:6, 204:16, 205:2, 205:10, 205:21, 206:2, 206:10, 206:24, 208:23, 209:16, 209:19, 209:24, 210:6, 210:9, 210:12, 211:7, 211:12, 211:13, 211:14, 211:25, 212:7, 212:12, 212:13, 212:15, 213:2, 213:6, 213:16, 213:25, 214:4, 214:21, 215:3, 215:19, 215:25, 216:10, 216:11, 216:23, 217:5, 217:11, 218:9, 218:12, 219:9, 220:3, 220:9, 220:23, 221:2, 221:6, 221:7, 221:17, 221:21, 221:24, 222:1, 222:6, 222:7, 222:15, 222:20, 222:22, 223:2, 223:12, 224:3, 224:14, 225:8, 226:2, 226:17, 226:20, 226:22, 226:23, 227:3, 227:4, 227:6, 227:15, 227:18, 227:19, 227:21, 228:7, 228:16, 228:20, 228:22, 229:3, 229:6, 229:7, 229:18, 229:23, 230:2, 230:3, 230:5, 230:25, 231:11, 231:24, 232:9, 232:12, 232:15, 232:17, 232:20, 232:24, 233:6, 233:9, 233:15, 233:19, 234:6, 234:10, 234:20, 234:25, 235:1, 235:5, 235:6, 235:7, 236:7, 236:12, 237:19, 237:21, 237:24, 238:1, 238:9, 238:15, 239:4, 239:15, 239:17, 239:21, 240:2, 241:4, 241:13, 242:10, 242:11, 243:10, 244:2, 244:4, 244:5, 244:8, 244:23, 244:25, 245:4, 245:10, 245:15, 245:20, 245:23, 246:7, 246:10, 246:11, 246:18, 247:16, 247:21, 247:24, 248:13, 248:20, 248:23, 249:13, 249:15, 250:2, 251:5, 251:16, 251:25, 252:16, 252:23, 253:18, 254:11, 254:17, 254:18, 255:24, 256:8, 256:21, 258:7

**isn't** [17] - 60:19, 76:18, 83:6, 85:6, 94:15, 117:22, 128:2, 144:16, 162:25, 186:1, 188:20, 194:21, 196:21, 222:2, 231:4, 234:21

**Israel** [1] - 239:8

**issue** [70] - 11:9, 22:3, 22:9, 23:4, 29:20, 29:21, 29:25, 35:21, 47:10, 54:23, 67:14, 78:6, 79:4, 79:7, 79:15, 85:23, 93:7, 93:10, 93:25, 94:15, 97:18, 99:8, 106:22, 108:11, 113:10, 114:21, 115:3, 116:4, 117:16, 118:1, 121:9, 122:1, 130:14, 144:19, 147:6, 153:5, 158:6, 160:8, 160:21, 161:20, 163:8, 167:7, 169:12, 169:14, 171:21, 174:5, 174:17, 175:6, 182:21, 191:18, 194:9, 196:8, 202:24, 214:21, 218:9, 220:18, 222:16, 228:1, 229:21, 232:1, 232:10, 234:24, 237:10, 238:19, 239:5, 246:4, 251:25, 252:7, 252:10

**issued** [1] - 94:5

**issues** [7] - 47:13, 56:9, 91:21, 106:25, 116:24, 141:24, 167:8

**it** [649] - 3:12, 3:21, 4:1, 4:5, 4:7, 6:17, 6:20, 6:25, 7:4, 7:14, 7:15, 9:9, 9:10, 10:10, 11:14, 12:1, 12:14, 12:24, 15:4, 15:5, 16:19, 16:21, 16:23, 17:23, 18:5, 18:13, 18:15, 19:20, 19:23, 20:18, 20:24, 21:16, 21:17, 22:25, 23:2, 23:7, 23:10, 23:12, 24:10, 24:11, 24:15, 24:23, 25:6, 26:14, 26:15, 26:16, 26:18, 27:1, 27:11, 27:12, 27:13, 27:14, 28:10, 28:13, 28:16, 28:18, 29:1, 29:17, 29:21, 29:22, 30:12, 31:16, 32:1, 32:2, 32:4, 32:6, 32:20, 33:6, 34:9, 35:2, 35:11, 35:21, 36:16, 36:17, 36:18, 37:5, 37:8, 37:10, 37:11, 37:12, 37:13, 37:18, 38:14, 38:20, 39:21, 40:3, 41:13, 42:13, 42:19, 43:9, 43:11, 44:14, 44:18, 45:4, 47:8, 47:19, 47:21, 47:23, 47:25, 48:6, 48:8, 48:11, 48:14, 49:10, 49:14, 50:3, 50:10, 50:13, 50:22, 50:24, 52:14, 52:20, 52:23, 54:6, 55:7, 57:6, 57:16, 57:20, 58:22, 58:23, 58:25, 59:6, 59:14, 59:22, 60:19, 60:21, 60:25, 61:15, 62:22, 62:24, 62:25, 63:3, 63:14, 64:6, 64:7, 64:16, 64:23, 65:7, 66:8, 66:14, 68:4, 69:14, 69:18, 70:9, 71:5, 71:9, 71:16, 72:17, 72:20, 73:17, 73:18, 73:22, 74:3, 74:14, 76:14, 76:25, 78:9, 78:12, 78:14, 78:16, 78:17, 79:1, 79:8, 79:18, 79:20, 79:21, 80:3, 80:21, 80:24, 81:6, 81:16, 81:22, 81:23, 82:2, 82:4, 82:7,

82:8, 82:24, 83:24, 84:9, 84:23, 85:9, 85:19, 85:22, 86:6, 86:24, 88:6, 90:4, 90:13, 91:14, 92:3, 92:8, 92:10, 92:18, 92:19, 93:15, 94:3, 94:10, 94:14, 94:22, 95:9, 95:11, 96:4, 96:14, 97:16, 97:21, 98:19, 98:20, 99:1, 99:3, 99:6, 99:20, 100:4, 100:7, 101:3, 102:2, 102:3, 102:6, 102:9, 102:16, 102:25, 103:5, 103:9, 103:10, 103:15, 103:20, 103:21, 103:23, 104:3, 104:12, 104:16, 104:20, 104:21, 104:24, 104:25, 105:3, 105:4, 105:6, 105:7, 105:10, 105:18, 105:19, 105:23, 106:14, 106:20, 106:21, 106:23, 107:6, 107:10, 107:12, 107:13, 107:24, 108:7, 108:15, 108:20, 108:21, 108:22, 108:24, 109:15, 109:17, 109:18, 110:1, 111:4, 112:19, 113:4, 113:6, 113:8, 113:15, 113:16, 113:20, 113:22, 114:14, 114:17, 114:18, 115:2, 115:13, 115:14, 115:16, 115:23, 116:18, 116:21, 117:9, 117:13, 117:16, 117:19, 117:21, 119:15, 119:16, 119:18, 119:19, 120:8, 120:9, 120:15, 121:2, 121:7, 121:24, 121:25, 122:16, 123:1, 123:11, 123:21, 123:25, 124:10, 124:11, 124:15, 124:17, 125:5, 125:6, 126:11, 126:22, 127:24, 128:25, 129:4, 129:9, 129:20, 129:22, 130:16, 131:1, 131:2, 131:3, 131:4, 131:6, 131:10, 131:11, 131:12, 131:17, 131:20, 132:3, 132:4, 132:10, 132:13, 132:18, 132:21, 132:22, 132:25, 133:7, 133:8, 133:13, 134:7, 134:9, 134:25, 135:12, 135:18, 135:19, 136:3, 136:19, 137:13, 137:15, 137:21, 138:12, 138:21, 139:4, 139:12, 139:15, 139:20, 140:4, 140:11, 140:18, 140:19, 141:19, 143:12, 144:12, 144:22, 145:3, 145:21, 145:22, 145:23, 147:14, 148:11, 148:23, 148:25, 151:3, 151:5, 151:12, 151:13, 152:6, 153:19, 153:22, 154:20, 154:21, 154:22, 158:8, 158:13, 158:16, 158:24, 159:7, 159:16, 160:3, 160:5, 160:6, 160:17, 161:3, 162:5, 163:15, 164:18, 165:15, 166:3, 166:4, 166:9, 166:25, 167:3, 167:7, 169:8, 169:9, 170:12, 170:18, 170:20, 171:5,

171:10, 171:15, 173:18,
173:20, 174:3, 176:12, 176:24,
177:15, 178:20, 180:1, 180:5,
180:13, 180:14, 180:23, 181:1,
181:14, 182:4, 183:4, 183:13,
183:18, 183:25, 186:5, 186:7,
186:9, 187:20, 187:25, 188:3,
188:5, 188:10, 188:15, 189:20,
190:5, 190:7, 190:9, 190:14,
190:15, 190:19, 193:9, 194:9,
195:21, 196:3, 196:16, 197:9,
197:12, 198:4, 198:14, 198:22,
198:24, 199:6, 199:21, 200:13,
202:17, 203:8, 203:9, 203:10,
203:16, 203:17, 203:19,
203:20, 204:1, 204:3, 204:4,
206:10, 206:24, 207:22,
207:23, 207:25, 208:5, 208:9,
208:23, 209:1, 209:7, 209:14,
209:20, 209:22, 210:22, 211:7,
212:22, 212:23, 212:24, 213:3,
213:4, 214:15, 214:25, 215:11,
215:22, 215:23, 216:3, 216:5,
216:19, 217:13, 217:14,
217:17, 220:21, 221:4, 221:18,
222:14, 223:11, 223:15,
223:23, 223:25, 224:6, 224:14,
224:15, 224:18, 224:21,
224:23, 225:3, 225:4, 225:5,
225:6, 225:20, 226:21, 228:13,
229:6, 229:9, 229:14, 229:23,
230:9, 231:2, 231:6, 231:16,
231:18, 231:22, 232:5, 232:6,
232:14, 233:12, 233:15, 234:6,
234:8, 234:17, 234:18, 235:7,
235:8, 235:12, 235:16, 235:18,
235:21, 236:3, 236:12, 237:6,
237:9, 237:21, 238:22, 239:1,
240:7, 240:15, 241:7, 241:8,
241:10, 242:21, 243:4, 243:14,
243:15, 244:3, 244:16, 244:19,
244:21, 244:22, 244:24, 245:9,
245:23, 246:21, 246:24,
246:25, 247:7, 248:1, 249:12,
250:11, 252:4, 253:1, 253:2,
253:19, 253:23, 254:25, 255:9,
255:13, 256:24
**lt** [2] - 171:8, 224:2
**it'll** [3] - 7:7, 7:9, 85:4
**it's** [318] - 6:8, 7:11, 10:10,
10:23, 10:25, 11:23, 12:17,
12:21, 12:22, 14:13, 16:7, 17:2,
17:20, 19:5, 19:6, 19:15, 20:2,
20:18, 21:9, 21:12, 21:23,
22:16, 24:7, 29:20, 30:6, 30:7,
30:10, 30:11, 31:4, 32:10,
32:23, 32:24, 33:8, 33:9, 34:15,
34:21, 35:7, 37:3, 39:8, 40:3,
40:4, 40:18, 41:2, 41:12, 41:13,
41:17, 42:9, 42:23, 43:2, 43:21,
44:9, 45:5, 45:24, 47:10, 47:20,

48:24, 49:7, 50:8, 50:23, 51:15,
51:16, 51:17, 52:13, 54:5, 55:2,
56:19, 57:9, 58:18, 58:23,
58:24, 59:16, 59:20, 60:18,
60:20, 60:22, 61:25, 62:4,
62:10, 62:16, 63:15, 65:18,
65:20, 66:7, 66:8, 67:19, 68:11,
68:16, 70:17, 73:6, 73:15, 74:3,
74:8, 74:10, 74:17, 77:8, 78:8,
78:25, 79:4, 79:7, 79:15, 79:17,
79:24, 80:18, 81:15, 81:18,
81:19, 82:17, 83:6, 83:13,
84:20, 85:16, 87:19, 92:19,
94:11, 94:12, 96:5, 96:7, 99:10,
99:17, 100:13, 101:10, 101:17,
101:22, 103:3, 103:4, 104:15,
105:19, 106:13, 106:21,
106:24, 109:9, 109:14, 109:25,
110:20, 113:20, 114:3, 114:14,
115:13, 115:15, 115:24,
117:14, 117:24, 118:18, 119:3,
121:4, 121:9, 122:22, 123:18,
123:20, 123:22, 124:14, 132:1,
132:6, 133:22, 138:25, 141:19,
142:11, 143:6, 143:17, 145:3,
145:16, 145:17, 145:18,
145:20, 147:7, 147:21, 147:22,
147:23, 149:11, 150:10, 152:4,
152:6, 152:11, 152:22, 153:7,
153:16, 153:18, 153:19, 154:2,
154:3, 154:22, 154:25, 155:23,
156:13, 156:14, 157:21,
157:23, 160:15, 161:8, 161:20,
162:15, 164:21, 165:4, 165:16,
167:23, 168:23, 169:24, 171:7,
171:12, 172:23, 176:19, 177:9,
177:12, 177:14, 178:2, 179:12,
179:13, 179:14, 179:20,
179:22, 179:24, 183:25, 184:4,
184:5, 186:2, 186:9, 187:2,
187:9, 187:15, 187:16, 188:5,
188:10, 188:21, 190:13, 192:5,
192:6, 192:7, 192:9, 192:11,
192:15, 192:18, 197:3, 197:13,
198:19, 198:21, 200:8, 207:4,
207:8, 213:5, 213:8, 213:12,
213:16, 213:21, 214:12, 215:1,
215:18, 216:5, 218:10, 219:18,
220:19, 221:2, 221:3, 221:23,
221:24, 222:12, 222:15, 223:2,
223:13, 228:13, 229:11,
229:17, 230:14, 231:4, 232:10,
233:13, 234:21, 235:7, 236:5,
236:8, 237:1, 237:2, 237:9,
237:11, 237:23, 238:11,
239:17, 239:18, 239:24,
240:21, 241:21, 242:5, 242:22,
243:6, 243:9, 244:1, 244:10,
244:11, 244:22, 245:24, 246:7,
247:6, 247:17, 248:7, 248:14,
248:15, 250:18, 252:9, 252:17,

252:22, 252:24, 253:1, 254:9,
254:15, 256:3
**It's** [3] - 61:2, 133:8, 177:4
**items** [1] - 51:17
**iterations** [1] - 40:2
**its** [11] - 55:17, 59:9, 83:19,
86:5, 130:7, 133:9, 179:6,
180:9, 193:13, 238:14, 248:15
**itself** [12] - 17:2, 18:11, 77:7,
77:25, 83:3, 83:18, 132:20,
140:2, 155:20, 225:1, 225:12,
232:12

## J

**jail** [1] - 49:22
**James** [1] - 195:17
**January** [3] - 121:21, 125:12,
125:13
**Japanese** [1] - 104:4
**jealous** [1] - 43:4
**Jencks** [6] - 38:10, 38:14,
38:25, 39:7, 39:25, 40:12
**jets** [2] - 42:15, 42:22
**job** [2] - 137:22, 232:18
**jobs** [1] - 140:8
**Joe** [1] - 209:15
**John** [3] - 1:16, 14:5, 65:10
**joint** [7] - 42:6, 42:9, 112:22,
115:17, 120:17, 199:15, 199:16
**joke** [5] - 25:19, 49:17, 50:6,
59:16, 125:2
**Joker** [1] - 113:24
**jokes** [1] - 35:20
**joking** [4] - 27:7, 50:11, 53:23,
59:20
**Jordan** [1] - 170:14
**JPMorgan** [1] - 132:16
**Judge** [35] - 4:12, 21:23, 73:23,
82:11, 83:25, 84:19, 86:1,
98:17, 100:2, 107:16, 112:17,
118:12, 159:12, 166:23, 182:9,
186:16, 189:3, 194:23, 197:16,
197:23, 197:25, 198:3, 198:9,
198:13, 198:18, 209:17, 220:7,
230:16, 233:22, 236:19, 239:9,
241:11, 242:15, 243:20, 248:10
**JUDGE** [1] - 1:3
**judge** [8] - 26:9, 33:7, 51:21,
55:3, 82:23, 145:16, 197:8,
243:21
**judged** [1] - 242:11
**judgment** [1] - 78:5
**July** [2] - 123:2, 124:12
**jump** [5] - 75:10, 75:12, 75:14,
78:23, 189:4
**June** [2] - 51:18, 193:9
**jurisdictional** [1] - 252:22
**jurisdictions** [1] - 248:19

**juror** [3] - 3:14, 190:15, 190:18
**jurors** [8] - 3:17, 4:12, 4:17, 5:6, 5:23, 42:1, 43:3, 192:22
**jurors'** [1] - 6:18
**jury** [96] - 4:1, 4:6, 4:8, 4:13, 6:9, 6:10, 29:23, 36:17, 42:11, 45:2, 50:10, 50:18, 52:21, 55:21, 63:12, 65:4, 65:6, 65:24, 66:1, 66:5, 66:10, 66:13, 78:6, 79:4, 79:7, 79:15, 89:12, 94:20, 102:9, 106:2, 110:23, 118:11, 129:1, 136:20, 138:16, 140:18, 141:20, 142:16, 142:20, 142:21, 142:25, 143:3, 143:4, 143:7, 143:10, 145:1, 147:23, 154:24, 165:19, 165:25, 168:10, 170:17, 171:18, 172:18, 172:20, 172:24, 176:24, 179:3, 180:20, 180:21, 181:17, 181:23, 183:1, 186:6, 188:6, 190:23, 191:10, 192:10, 192:14, 192:24, 194:7, 195:15, 195:16, 203:1, 204:19, 204:24, 207:1, 219:6, 231:19, 233:6, 240:8, 240:18, 240:19, 240:24, 247:3, 247:24, 248:20, 249:13, 249:21, 250:22, 255:11, 255:12
**jury's** [5] - 144:18, 193:25, 204:21, 238:1, 241:9
**just** [221] - 4:15, 5:22, 6:20, 6:25, 8:13, 8:18, 8:23, 9:13, 12:9, 12:23, 13:2, 17:4, 17:16, 20:1, 23:24, 25:12, 26:9, 28:11, 29:1, 29:11, 29:13, 29:23, 30:20, 31:5, 32:22, 34:6, 34:14, 34:25, 35:8, 37:1, 37:24, 38:21, 43:18, 44:15, 45:2, 45:18, 45:24, 46:2, 46:14, 46:25, 48:10, 51:10, 53:19, 54:15, 58:5, 58:23, 59:18, 60:14, 62:6, 63:25, 64:16, 66:19, 68:21, 69:18, 69:21, 69:23, 74:2, 75:3, 75:16, 78:17, 78:25, 79:9, 79:23, 80:4, 80:11, 81:1, 81:9, 81:11, 81:22, 81:25, 83:4, 83:13, 83:17, 83:23, 85:7, 86:14, 87:5, 89:16, 91:1, 91:2, 91:3, 92:25, 94:11, 95:22, 96:3, 96:10, 97:23, 97:25, 98:1, 98:2, 99:10, 99:17, 103:7, 103:19, 103:20, 104:10, 104:20, 105:11, 106:4, 107:22, 108:13, 111:1, 112:1, 112:7, 112:8, 113:1, 113:8, 117:8, 119:22, 121:9, 121:22, 124:7, 124:9, 130:14, 136:2, 138:11, 138:12, 138:14, 139:9, 140:12, 141:11, 144:8, 148:7, 148:17, 149:3, 149:11, 150:10, 152:5, 153:18, 154:10, 156:6, 159:7, 160:15,

161:1, 161:3, 161:7, 163:6, 164:4, 164:7, 165:6, 165:17, 165:18, 166:4, 166:11, 170:4, 171:15, 173:23, 174:1, 177:2, 178:22, 182:14, 184:4, 184:8, 185:17, 186:22, 187:14, 187:15, 187:24, 188:3, 189:17, 191:5, 195:14, 197:9, 200:2, 200:15, 202:6, 202:11, 203:6, 204:15, 205:13, 206:15, 207:2, 207:7, 208:1, 209:7, 213:3, 213:24, 218:2, 219:4, 219:13, 219:22, 221:22, 222:19, 225:17, 227:1, 229:14, 231:16, 231:22, 232:10, 233:4, 233:10, 233:12, 233:17, 235:20, 236:12, 236:14, 238:15, 238:20, 238:22, 240:11, 241:13, 242:22, 243:6, 246:20, 247:23, 248:8, 248:19, 249:12, 249:19, 253:11, 254:11, 254:15, 254:25, 255:14, 255:17, 256:2
**juxtaposing** [1] - 43:16

---

# K

---

**keen** [1] - 222:23
**keep** [10] - 34:18, 54:7, 81:9, 115:16, 122:21, 136:22, 171:19, 244:15, 248:7, 252:15
**keeps** [2] - 190:22, 190:23
**Kelly** [3] - 11:14, 12:4, 12:9
**kept** [3] - 71:5, 77:12, 82:19
**key** [10] - 27:11, 29:20, 29:21, 131:16, 134:22, 181:21, 181:22, 193:18, 194:5, 229:13
**keyboard** [1] - 82:9
**Kim** [13] - 95:2, 148:19, 148:20, 149:7, 150:2, 150:4, 150:7, 150:16, 152:8, 152:10, 212:9, 212:10
**kind** [32] - 3:7, 5:23, 8:21, 34:20, 66:14, 66:21, 67:18, 69:20, 71:13, 87:9, 91:5, 102:19, 108:19, 109:8, 119:22, 120:23, 149:3, 151:21, 152:9, 161:5, 162:16, 174:9, 189:3, 189:20, 192:3, 207:8, 207:13, 208:3, 212:2, 212:8, 232:22, 240:6
**kinds** [3] - 110:9, 216:14, 216:17
**Klair** [1] - 1:18
**knew** [13] - 22:12, 22:24, 27:5, 70:20, 93:13, 94:8, 105:3, 105:4, 105:6, 105:12, 201:22, 202:10, 208:18
**Knight** [14] - 25:5, 25:6, 27:4, 32:12, 32:16, 33:12, 35:14,

35:15, 37:4, 60:13, 61:14, 61:18, 61:19, 61:20
**Knight's** [2] - 33:21, 36:14
**knock** [1] - 99:21
**know** [250] - 3:8, 3:13, 4:22, 7:6, 7:24, 8:3, 8:5, 8:6, 8:17, 9:23, 10:14, 11:8, 12:15, 12:21, 12:24, 13:23, 14:7, 14:22, 14:23, 15:17, 16:15, 19:6, 19:13, 24:13, 24:18, 25:19, 27:7, 33:4, 33:5, 34:10, 34:14, 40:18, 40:20, 41:4, 41:7, 42:6, 43:8, 43:14, 49:24, 50:5, 52:23, 54:14, 56:3, 56:7, 58:5, 58:15, 58:22, 59:24, 60:12, 60:14, 60:18, 61:16, 63:2, 63:20, 63:21, 63:22, 64:5, 64:6, 66:15, 66:20, 67:2, 68:12, 68:13, 68:15, 68:17, 71:2, 71:3, 71:23, 72:4, 73:14, 73:19, 78:5, 79:10, 81:4, 81:17, 81:20, 81:25, 82:3, 83:1, 83:9, 83:10, 84:8, 85:3, 85:12, 86:23, 90:3, 91:12, 93:9, 94:11, 96:18, 96:21, 97:8, 97:9, 97:14, 99:19, 100:5, 100:20, 101:20, 103:8, 103:12, 103:24, 107:7, 108:25, 109:22, 110:1, 110:22, 113:9, 113:25, 115:24, 121:13, 124:9, 126:14, 129:16, 130:3, 132:24, 140:14, 141:12, 142:25, 143:1, 143:2, 143:23, 147:7, 147:21, 149:14, 151:3, 158:11, 158:12, 158:16, 159:16, 160:20, 161:10, 161:12, 162:18, 164:6, 164:12, 165:14, 165:17, 166:2, 166:4, 166:23, 168:25, 169:6, 169:15, 169:18, 170:11, 171:20, 172:6, 174:2, 186:15, 187:3, 189:12, 190:22, 191:5, 192:3, 192:9, 192:13, 192:18, 192:23, 196:2, 201:2, 201:17, 204:17, 205:4, 205:20, 206:20, 206:21, 208:8, 208:11, 208:12, 208:13, 209:2, 209:15, 209:21, 213:23, 215:9, 216:7, 216:13, 217:17, 220:20, 221:2, 223:21, 224:2, 225:7, 226:3, 226:6, 226:10, 227:6, 227:23, 228:15, 229:2, 229:8, 229:21, 229:22, 230:4, 230:10, 230:14, 230:19, 231:3, 231:13, 231:17, 232:20, 234:5, 234:12, 235:2, 235:8, 236:22, 236:24, 237:24, 238:4, 238:8, 238:13, 239:7, 239:11, 239:16, 239:17, 239:21, 239:23, 240:10, 240:20, 240:21, 241:15, 241:23, 242:1, 242:5, 242:9, 242:16, 243:14, 244:25, 245:25, 246:10, 246:16,

247:19, 251:24, 252:2, 253:7,
254:4, 254:7, 254:8, 254:13,
254:14, 256:3, 256:17, 256:21
**knowing** [3] - 22:6, 47:21,
47:22
**knowledge** [7] - 47:18, 54:8,
134:2, 206:3, 208:19, 209:14,
227:8
**known** [4] - 41:21, 201:23,
202:11
**knows** [9] - 48:14, 52:24, 67:10,
128:8, 157:19, 159:20, 194:18,
249:3, 249:9

---

# L

**L** [2] - 106:9
**label** [2] - 166:6, 180:19
**lack** [6] - 55:20, 67:25, 82:13,
111:15, 111:16, 166:25
**ladies** [1] - 102:9
**laid** [1] - 76:9
**lanes** [1] - 12:10
**language** [6] - 30:23, 30:25,
80:10, 99:14, 107:2, 177:12
**large** [5] - 15:15, 108:14, 129:2,
203:25, 214:24
**largely** [1] - 56:2
**largest** [2] - 132:5, 134:5
**lark** [1] - 34:15
**laser** [1] - 37:2
**last** [20] - 5:21, 9:6, 31:11,
62:17, 75:8, 108:2, 110:11,
112:11, 126:6, 165:7, 170:4,
192:19, 192:23, 193:4, 196:8,
219:23, 240:12, 243:22,
248:11, 252:14
**late** [3] - 54:11, 105:19, 147:7
**later** [20] - 14:25, 48:14, 57:18,
64:1, 85:4, 85:20, 85:21, 87:25,
95:17, 95:18, 96:4, 96:6, 107:4,
116:7, 156:1, 175:19, 214:13,
214:14, 246:16, 253:22
**latitude** [1] - 182:15
**laughing** [2] - 59:12, 59:16
**Laura** [2] - 1:23, 38:8
**lavish** [1] - 43:8
**law** [14] - 9:24, 13:21, 39:22,
42:25, 43:13, 79:13, 83:24,
110:3, 110:20, 173:2, 174:10,
199:14, 233:21
**lawful** [1] - 132:1
**laws** [3] - 110:15, 125:19,
248:18
**lawyer** [5] - 37:22, 77:14, 77:17,
78:15, 78:18
**lawyers** [10] - 4:16, 6:19, 7:20,
8:2, 23:17, 41:9, 44:7, 187:4,
256:20

**lay** [8] - 59:3, 59:5, 65:14,
96:15, 201:16, 207:16, 222:19,
232:7
**layered** [1] - 147:13
**laying** [1] - 83:23
**layperson** [1] - 202:3
**lays** [1] - 210:11
**lead** [4] - 7:22, 7:24, 8:10, 34:24
**leap** [1] - 230:22
**learn** [1] - 103:9
**least** [13] - 5:24, 6:17, 11:22,
16:3, 39:5, 41:20, 67:17, 96:2,
145:4, 183:7, 188:16, 192:1,
230:4
**leave** [6] - 8:8, 9:21, 62:7,
64:18, 126:5, 169:9
**lecture** [1] - 191:2
**left** [14] - 45:15, 47:15, 108:2,
157:7, 160:15, 164:2, 164:3,
164:12, 194:7, 211:8, 211:18,
215:23
**left-hand** [1] - 45:15
**legal** [47] - 54:6, 63:7, 100:18,
104:13, 112:10, 125:2, 167:22,
169:3, 171:10, 171:12, 174:9,
180:3, 221:14, 221:18, 221:22,
221:24, 222:1, 222:2, 222:7,
222:11, 222:15, 232:3, 232:10,
232:13, 232:17, 233:3, 233:10,
233:11, 233:12, 233:13,
233:15, 233:19, 234:4, 234:6,
234:7, 234:9, 234:25, 235:1,
235:7, 235:12, 236:3, 236:17,
244:22, 248:20
**legally** [4] - 100:17, 237:2,
237:25, 242:7
**legend** [1] - 194:5
**legitimate** [1] - 97:11
**legs** [1] - 213:19
**length** [3] - 48:23, 175:5,
177:19
**lengthen** [1] - 183:23
**lengthy** [3] - 122:25, 253:3,
254:12
**lens** [1] - 209:11
**less** [9] - 50:20, 53:16, 59:6,
131:10, 133:13, 134:22,
162:13, 217:25, 254:22
**lesson** [1] - 150:10
**let** [48] - 3:7, 5:8, 5:22, 6:15,
7:25, 23:16, 27:21, 38:3, 51:4,
63:24, 64:13, 64:21, 72:8,
72:25, 78:15, 78:18, 90:12,
101:16, 110:19, 113:6, 114:2,
120:20, 126:4, 156:6, 158:18,
159:7, 165:4, 165:12, 179:24,
184:5, 190:12, 196:11, 199:1,
199:13, 203:17, 208:19,
209:23, 219:20, 220:2, 227:14,
228:4, 233:1, 233:20, 234:4,

235:13, 235:17, 239:25, 249:19
**let's** [23] - 23:17, 31:23, 78:3,
81:13, 84:11, 112:21, 124:6,
129:21, 139:6, 165:3, 166:6,
166:19, 171:22, 183:13,
198:24, 200:9, 225:21, 231:9,
239:14, 248:6, 256:25, 257:2
**letter** [4] - 5:9, 8:22, 37:22,
126:25
**letters** [3] - 38:2, 187:16,
187:17
**letting** [2] - 107:13, 107:23
**level** [3] - 69:12, 70:21, 247:5
**LEWIS** [3] - 224:9, 224:17,
224:20
**Lewis** [2] - 1:22, 224:11
**liability** [4] - 75:25, 83:19,
100:18, 237:2
**licensed** [2] - 111:6, 241:23
**lie** [5] - 59:20, 77:17, 176:4,
233:15, 246:25
**lied** [4] - 98:15, 111:1, 175:9,
255:1
**life** [2] - 5:23, 36:21
**light** [3] - 154:5, 198:4, 220:12
**like** [94] - 3:12, 5:24, 8:18, 12:9,
19:6, 28:8, 28:11, 29:11, 34:9,
41:25, 44:15, 44:16, 44:21,
44:22, 45:7, 53:23, 55:10,
59:13, 60:24, 61:14, 62:20,
66:21, 66:24, 71:19, 72:5,
74:11, 76:6, 76:7, 80:14, 81:10,
87:20, 90:18, 96:14, 99:6,
104:7, 108:10, 113:3, 114:3,
115:8, 116:22, 121:14, 124:19,
126:11, 131:1, 136:3, 138:14,
138:21, 139:12, 140:5, 146:1,
147:15, 148:1, 150:24, 151:4,
153:16, 159:17, 160:6, 160:12,
160:20, 163:20, 164:25,
167:18, 168:5, 169:3, 172:4,
178:25, 179:10, 179:22,
180:22, 183:10, 186:15, 189:3,
189:24, 191:3, 191:5, 198:7,
200:8, 206:22, 210:8, 216:24,
217:6, 218:1, 221:11, 221:18,
234:22, 235:20, 240:14,
248:16, 253:20, 256:14
**liked** [1] - 203:9
**likely** [8] - 6:5, 36:13, 39:10,
46:25, 50:20, 125:23, 150:12,
168:9
**limine** [39] - 9:25, 14:24, 37:20,
44:12, 53:13, 53:14, 54:19,
64:22, 64:25, 65:14, 73:21,
79:20, 80:5, 86:5, 86:9, 86:24,
87:12, 99:11, 111:9, 113:4,
117:1, 120:21, 171:24, 190:12,
194:16, 196:21, 197:3, 199:5,
209:19, 210:16, 217:2, 217:11,

217:12, 220:13, 229:5, 229:10,
243:18, 248:4, 248:7
**limines** [2] - 40:22, 225:22
**limit** [15] - 5:12, 74:5, 74:6,
130:21, 130:25, 131:7, 131:16,
137:5, 137:6, 137:7, 137:8,
186:12, 192:4, 252:22
**limitations** [2] - 191:23, 192:4
**limited** [3] - 188:5, 193:11,
193:21
**limiting** [3] - 19:17, 35:17, 62:5
**limits** [1] - 169:4
**Line** [1] - 80:14
**line** [33] - 48:11, 71:13, 84:25,
95:14, 104:12, 105:9, 111:14,
124:25, 126:16, 126:17,
149:19, 149:23, 150:19, 151:4,
152:1, 152:9, 153:19, 169:16,
173:14, 173:22, 175:11,
212:11, 212:12, 220:9, 226:19,
239:5, 241:18
**Lines** [1] - 115:9
**lines** [11] - 42:3, 95:3, 125:1,
137:15, 149:9, 149:13, 150:17,
152:12, 152:14, 153:16, 229:12
**link** [3] - 62:3, 225:13, 228:25
**linking** [2] - 58:22, 254:2
**Liolos** [6] - 14:3, 14:5, 25:12,
65:10, 76:21, 248:9
**LIOLOS** [101] - 14:4, 15:11,
16:5, 16:20, 17:6, 17:11, 18:6,
18:21, 18:23, 19:3, 19:8, 19:15,
19:20, 20:2, 20:19, 20:23,
30:14, 65:10, 65:12, 76:23,
78:7, 78:13, 79:16, 79:23, 80:2,
80:6, 82:23, 83:22, 84:19, 85:9,
85:15, 86:1, 100:1, 100:11,
101:9, 102:12, 102:18, 104:10,
104:20, 104:23, 105:3, 105:8,
107:16, 112:7, 166:11, 170:3,
170:9, 177:1, 177:17, 220:7,
221:17, 222:2, 222:4, 222:8,
223:17, 223:20, 223:25,
224:21, 225:5, 225:19, 225:24,
227:11, 227:17, 228:5, 228:19,
229:11, 230:8, 230:16, 231:10,
232:7, 232:16, 232:23, 233:4,
233:8, 233:17, 233:22, 234:8,
234:17, 234:24, 235:25, 236:5,
236:11, 236:19, 237:13,
237:18, 238:12, 239:4, 239:9,
239:15, 241:11, 241:21,
242:14, 243:12, 243:20,
248:10, 250:23, 251:1, 251:5,
252:8, 255:17, 255:20
**Liolos's** [1] - 26:11
**list** [18] - 7:3, 9:2, 9:3, 34:5,
48:23, 92:5, 106:7, 127:5,
137:23, 163:21, 164:6, 166:13,
170:10, 193:1, 225:2, 250:24,

251:2, 251:12
**listed** [5] - 33:18, 126:14, 127:7,
127:15, 243:2
**listen** [5] - 6:23, 33:11, 66:14,
108:22, 190:16
**listeners** [1] - 74:17
**listening** [1] - 173:20
**lists** [2] - 70:17, 160:5
**lit** [3] - 131:24, 132:12, 134:7
**literally** [4] - 32:24, 52:2,
212:17, 213:2
**litigated** [1] - 224:24
**littered** [2] - 15:17, 118:25
**little** [20] - 3:7, 5:13, 13:12,
51:25, 60:10, 74:4, 86:10,
150:4, 152:16, 154:12, 158:1,
158:9, 159:2, 169:16, 182:25,
198:4, 217:25, 240:17, 253:9
**live** [4] - 54:16, 241:1, 241:5,
249:2
**lives** [2] - 25:22, 35:23
**living** [3] - 145:25, 240:5,
240:11
**load** [3] - 119:8, 135:1, 247:17
**loaded** [1] - 119:23
**loading** [4] - 119:9, 245:9,
245:20, 245:22
**lock** [1] - 244:9
**Lolio** [1] - 1:16
**long** [38] - 3:17, 5:18, 30:10,
30:11, 39:21, 40:18, 71:10,
71:21, 72:1, 72:9, 72:17, 73:1,
102:1, 102:2, 103:10, 125:1,
148:5, 174:16, 174:19, 174:20,
174:22, 174:23, 175:4, 175:16,
175:24, 176:1, 176:10, 176:23,
177:7, 177:18, 177:21, 192:19,
192:22, 227:4, 230:22, 234:14,
245:17, 256:24
**longer** [6] - 122:22, 131:19,
139:5, 143:9, 160:10, 211:6
**look** [53] - 5:24, 14:7, 20:23,
21:11, 40:20, 40:22, 41:16,
43:4, 48:11, 57:4, 61:16, 77:1,
77:21, 92:20, 92:21, 97:7,
102:5, 124:6, 130:2, 131:1,
131:11, 132:3, 133:13, 133:19,
136:1, 136:4, 136:24, 137:13,
138:12, 138:15, 138:22, 139:4,
139:17, 140:13, 147:15,
153:14, 153:15, 153:18,
184:11, 185:12, 186:24,
187:12, 187:13, 192:21,
196:20, 215:10, 215:12,
221:19, 222:10, 222:18, 229:6,
232:9, 233:2
**looked** [13] - 135:13, 145:15,
170:12, 225:8, 234:2, 249:5,
249:7, 249:8, 249:10, 252:12,
252:18, 252:19, 255:25

**looking** [23] - 14:14, 31:21,
53:24, 65:2, 77:20, 110:4,
110:5, 122:22, 126:5, 151:2,
191:15, 191:17, 211:11,
213:11, 218:21, 221:12, 229:4,
240:11, 242:23, 248:17, 249:3,
249:14, 254:13
**looks** [5] - 76:24, 136:3, 140:4,
150:24, 151:4
**loosely** [1] - 62:23
**lose** [4] - 18:3, 19:7, 28:7, 68:13
**loser** [1] - 72:25
**losing** [2] - 83:9, 105:20
**lost** [15] - 10:22, 13:18, 27:12,
27:18, 28:5, 28:9, 28:12, 28:13,
31:15, 68:13, 70:19, 82:25,
83:12, 83:16, 126:7
**lot** [36] - 8:4, 28:8, 60:14, 60:16,
64:24, 65:13, 65:17, 67:11,
68:5, 69:13, 69:19, 70:1, 71:7,
71:17, 73:19, 81:10, 90:21,
91:15, 118:19, 119:7, 119:12,
130:3, 140:5, 147:2, 166:9,
183:3, 184:1, 196:19, 197:23,
201:12, 203:24, 220:13,
220:18, 226:9, 230:24, 240:5
**lots** [1] - 189:24
**love** [1] - 140:9
**low** [4] - 72:21, 91:19, 123:14,
131:6
**low-percentage** [1] - 72:21
**luck** [1] - 41:21
**Luis** [2] - 1:19, 74:1
**lump** [1] - 45:8
**lunch** [2] - 6:10, 166:19
**luxury** [1] - 42:11
**lying** [2] - 58:9, 58:11
**lyric** [1] - 54:5
**lyrics** [1] - 54:8

## M

**M** [2] - 1:23, 106:9
**M-E-L-L-E-Y** [1] - 106:9
**Machine** [2] - 46:21, 49:3
**mad** [2] - 43:3, 43:4
**made** [56] - 8:23, 13:22, 23:12,
25:19, 28:1, 29:22, 49:5, 51:2,
56:4, 68:14, 74:16, 83:16,
85:21, 91:11, 93:20, 96:23,
97:9, 98:10, 98:14, 102:6,
102:10, 102:11, 104:5, 105:24,
114:22, 115:7, 115:11, 116:8,
118:7, 120:14, 123:16, 124:21,
124:23, 125:10, 125:12,
126:11, 128:14, 128:23,
129:23, 135:13, 135:15,
137:13, 137:25, 138:3, 140:12,
161:11, 165:12, 195:24, 210:7,

210:16, 210:25, 214:13, 214:22, 222:25, 249:23, 254:1
**main** [2] - 22:3, 87:19
**maintain** [1] - 177:7
**major** [5] - 26:17, 57:16, 57:18, 105:14, 115:13
**majority** [1] - 210:18
**make** [52] - 7:4, 17:24, 17:25, 18:1, 18:13, 19:9, 28:4, 32:16, 34:22, 35:24, 37:1, 43:3, 43:4, 50:19, 55:6, 61:8, 72:9, 76:19, 84:15, 89:25, 90:18, 94:13, 94:22, 96:5, 100:5, 100:8, 103:16, 105:17, 113:2, 118:2, 119:21, 138:2, 139:12, 143:5, 146:19, 147:14, 150:10, 150:13, 159:7, 163:21, 164:20, 166:9, 189:5, 205:18, 206:17, 207:2, 207:7, 208:1, 209:7, 239:7
**maker** [1] - 77:19
**makes** [6] - 12:24, 64:16, 77:12, 104:1, 143:14, 214:17
**making** [15] - 25:14, 33:14, 59:16, 61:15, 80:13, 96:17, 109:4, 140:8, 141:7, 141:8, 211:5, 214:6, 216:1, 218:3, 245:10
**Male** [4] - 57:6, 57:11, 64:5, 64:6
**male** [2] - 64:11, 64:12
**males** [1] - 86:17
**man** [4] - 17:21, 77:11, 78:15, 101:22
**managed** [1] - 223:1
**management** [1] - 254:6
**MANAGER** [1] - 3:23
**manifestation** [1] - 66:1
**manipulate** [1] - 121:10
**manipulated** [1] - 254:18
**manipulation** [4] - 168:21, 237:20, 251:20, 253:20
**manipulative** [1] - 129:5
**manner** [1] - 70:18
**manual** [1] - 107:23
**manually** [2] - 121:10, 130:4
**many** [22] - 27:24, 27:25, 29:13, 38:22, 41:25, 80:15, 123:12, 128:22, 129:14, 149:15, 163:11, 167:17, 171:8, 184:8, 184:23, 185:16, 191:3, 197:25, 224:24, 240:13, 251:21
**Mapp** [2] - 173:3, 173:13
**March** [2] - 1:13, 258:12
**marginal** [1] - 72:21
**Maria** [3] - 120:22, 135:22, 167:3
**marker** [1] - 66:18
**market** [33] - 22:11, 22:15, 22:21, 27:2, 29:3, 57:18, 57:24,

59:11, 59:15, 59:23, 69:8, 70:10, 99:4, 100:21, 101:1, 113:2, 130:23, 130:24, 171:2, 176:15, 177:14, 211:21, 223:9, 225:12, 228:23, 231:12, 237:20, 239:16, 239:18, 250:5, 251:19, 253:17, 253:19
**marketplace** [1] - 229:24
**markets** [8] - 94:22, 201:24, 202:4, 202:8, 206:22, 239:19, 239:20, 239:22
**marks** [2] - 231:8, 231:9
**Marrero** [1] - 68:3
**massive** [1] - 28:22, 144:3
**match** [5] - 29:6, 88:10, 88:14, 91:24, 132:18
**matches** [1] - 222:14
**material** [9] - 26:19, 38:25, 39:7, 39:10, 40:13, 78:9, 85:22, 124:23, 162:17
**materiality** [11] - 16:16, 19:18, 19:21, 76:15, 76:18, 76:22, 76:24, 77:20, 81:2, 223:4, 247:8
**materially** [1] - 77:13
**materials** [1] - 227:22
**math** [2] - 128:8, 231:2
**mathematically** [1] - 127:22
**Matlock** [15] - 24:25, 74:1, 210:8, 210:17, 212:15, 214:22, 215:13, 217:8, 227:19, 232:1, 234:3, 234:10, 236:23, 247:18
**Matlock's** [3] - 209:19, 228:21, 232:8
**matter** [19] - 9:14, 13:14, 13:21, 55:20, 74:15, 74:24, 78:16, 79:13, 102:25, 103:21, 131:19, 132:25, 143:17, 159:10, 237:21, 237:25, 244:22, 256:3, 258:9
**matters** [7] - 33:24, 41:8, 78:17, 103:1, 146:15, 199:19, 244:23
**Matthew** [1] - 1:18
**maximize** [2] - 20:10, 20:25
**may** [45] - 8:11, 21:21, 29:15, 30:21, 53:19, 61:4, 73:24, 78:10, 80:7, 81:23, 87:18, 89:15, 92:18, 92:19, 98:23, 102:2, 103:2, 104:16, 109:10, 109:16, 111:4, 111:7, 118:4, 124:22, 153:4, 159:25, 162:13, 165:23, 182:17, 191:23, 197:8, 200:4, 200:5, 201:19, 204:3, 204:5, 205:22, 205:23, 237:9, 240:7, 249:18
**maybe** [16] - 9:7, 13:12, 27:6, 28:15, 85:4, 101:10, 123:14, 138:14, 140:14, 154:9, 190:13, 192:5, 193:7, 225:14, 235:18, 236:24

**me** [96] - 3:7, 4:21, 4:23, 4:24, 5:8, 9:8, 12:22, 23:16, 27:21, 28:21, 30:7, 32:10, 38:3, 44:17, 48:19, 50:17, 50:18, 51:4, 52:8, 52:9, 54:7, 55:11, 57:8, 63:24, 64:5, 64:13, 64:21, 66:15, 69:3, 72:9, 73:9, 75:11, 77:3, 78:15, 78:18, 81:21, 101:16, 102:21, 103:2, 103:25, 105:18, 108:18, 111:18, 120:20, 126:4, 126:11, 131:3, 131:9, 134:24, 137:10, 138:6, 148:11, 150:6, 151:24, 152:5, 153:3, 153:8, 153:24, 154:8, 155:12, 156:6, 158:22, 159:7, 161:1, 165:4, 165:12, 174:21, 175:23, 179:23, 179:24, 186:3, 190:13, 192:18, 196:11, 197:20, 199:1, 199:13, 199:14, 209:15, 209:18, 209:23, 217:15, 219:20, 220:2, 221:16, 222:3, 223:24, 224:22, 225:17, 228:4, 235:17, 239:25, 241:8, 249:19, 250:24, 256:4
**meals** [1] - 146:12
**mean** [149] - 3:12, 4:4, 4:10, 6:20, 7:7, 7:9, 7:19, 8:4, 8:12, 11:23, 15:3, 15:25, 19:18, 23:23, 28:3, 28:4, 34:5, 55:7, 64:3, 64:4, 64:6, 66:14, 68:15, 68:22, 69:4, 70:23, 71:4, 71:5, 73:5, 73:9, 73:15, 76:1, 79:5, 79:9, 79:19, 79:23, 81:8, 81:20, 82:1, 82:17, 83:21, 84:16, 86:4, 86:16, 90:20, 92:14, 96:18, 97:4, 97:5, 97:18, 100:3, 101:14, 101:24, 101:25, 102:22, 103:19, 104:5, 106:1, 108:25, 110:19, 110:24, 111:23, 113:3, 113:8, 113:25, 114:7, 115:24, 116:1, 119:9, 120:5, 127:22, 139:4, 161:2, 162:10, 162:11, 163:24, 164:4, 164:13, 166:1, 173:18, 178:10, 180:1, 180:6, 182:9, 190:16, 191:3, 191:12, 192:7, 192:9, 194:19, 194:21, 198:6, 198:11, 203:7, 203:8, 203:18, 208:13, 208:17, 209:5, 214:2, 214:13, 214:16, 215:14, 215:22, 222:11, 225:16, 225:25, 226:3, 226:12, 226:16, 228:6, 228:8, 229:4, 230:9, 230:14, 230:18, 231:16, 231:22, 232:5, 232:15, 232:17, 232:22, 233:24, 234:21, 235:4, 235:17, 235:24, 237:1, 237:8, 237:21, 239:1, 240:1, 240:2, 240:7, 240:8, 240:10, 241:21, 242:1, 242:3, 243:12, 245:21, 246:24, 247:9, 248:13, 250:16, 254:12, 256:14
**meaning** [6] - 22:20, 57:17,

147:12, 174:24, 175:3, 177:17
**means** [13] - 6:11, 63:11, 71:9,
86:6, 110:1, 113:13, 113:25,
131:14, 176:10, 176:14,
179:22, 218:20, 244:6
**meant** [2] - 147:22, 147:23
**measure** [2] - 175:4, 177:18
**meat** [1] - 189:21
**Meat** [3] - 60:10, 60:14, 60:25
**mechanical** [1] - 2:6
**media** [18] - 20:8, 21:6, 41:18,
51:25, 52:19, 80:17, 202:22,
202:23, 203:2, 203:24, 207:13,
208:8, 242:6, 248:25, 249:8,
251:21, 252:20, 254:14
**meet** [2] - 179:6, 180:22
**Melley** [23] - 87:21, 106:9,
111:5, 120:22, 167:4, 167:6,
167:14, 167:25, 168:19,
169:11, 169:13, 169:25, 170:5,
170:16, 175:1, 176:6, 176:16,
176:22, 177:11, 201:13, 202:2,
226:2, 226:4
**Melley's** [2] - 168:8, 175:13
**member** [1] - 56:23
**members** [4] - 4:16, 21:3, 21:4,
248:15
**meme** [1] - 241:14
**memory** [2] - 3:15, 39:21
**mental** [3] - 227:8, 227:12,
227:15
**mention** [4] - 66:9, 115:19,
115:20, 140:23
**mentioned** [9] - 5:21, 8:5,
112:13, 117:19, 123:11,
137:19, 149:4, 190:25, 217:12
**mere** [1] - 72:20
**merely** [1] - 94:21
**merger** [3] - 91:13, 104:8,
226:11
**mess** [2] - 33:15, 166:4
**message** [4] - 56:14, 61:9,
71:18, 150:20
**messages** [18] - 18:15, 63:21,
86:15, 147:14, 147:21, 149:16,
149:17, 149:18, 149:24,
156:21, 157:8, 157:11, 157:14,
158:4, 185:11, 198:16
**met** [5] - 56:2, 56:3, 66:7,
192:19, 252:3
**Mexico** [2] - 50:17, 109:13
**Miami** [1] - 48:5
**mic** [1] - 47:4
**Michael** [1] - 1:24
**microphone** [2] - 10:5, 21:25
**middle** [10] - 4:17, 6:4, 41:22,
44:16, 45:19, 47:9, 47:21,
53:16, 97:9, 148:15
**midst** [1] - 212:17
**might** [16] - 7:14, 34:9, 55:7,

72:9, 77:16, 89:9, 95:10, 98:6,
105:16, 162:13, 164:7, 192:23,
197:18, 235:5, 237:6
**mile** [1] - 139:5
**million** [14] - 22:19, 22:21, 27:2,
57:19, 117:14, 122:10, 123:15,
137:11, 212:22, 212:24, 214:9
**millions** [5] - 80:13, 115:7,
214:22
**millisecond** [1] - 176:9
**mind** [8] - 6:17, 122:22, 171:20,
194:13, 216:7, 221:1, 227:3,
244:23
**minds** [1] - 35:22
**mine** [1] - 151:3
**mines** [1] - 227:21
**mini** [4] - 186:19, 187:21,
249:16
**mini-trial** [3] - 187:21, 249:16
**mini-trials** [1] - 186:19
**minimum** [2] - 35:16, 140:23
**minions** [1] - 63:13
**minute** [9] - 27:21, 58:6, 71:18,
86:14, 97:4, 117:13, 118:2,
246:19
**minutes** [13] - 5:11, 5:13, 72:20,
95:17, 95:18, 126:12, 134:11,
175:19, 214:13, 246:8, 246:16,
246:21
**mischief** [1] - 29:12
**misheard** [1] - 222:4
**misleading** [29] - 14:17, 15:19,
16:9, 17:11, 19:11, 21:14,
21:15, 29:2, 42:13, 42:23,
43:17, 50:23, 67:16, 85:2,
122:13, 129:4, 138:9, 139:24,
141:6, 141:20, 142:4, 142:9,
142:10, 160:19, 168:12,
168:17, 168:22, 172:16, 179:13
**misled** [3] - 230:12, 230:14,
236:10
**misnomer** [1] - 74:4
**misses** [1] - 144:20
**missing** [5] - 18:7, 232:4,
232:5, 232:6, 235:24
**mistake** [1] - 190:7
**mistaken** [1] - 250:24
**Mitchell** [2] - 38:8, 183:7
**mix** [1] - 75:4
**mock** [2] - 50:6, 52:7
**mocking** [1] - 49:15
**Mole** [1] - 156:8
**moment** [3] - 77:3, 197:9,
215:18
**Monday** [3] - 4:8, 5:20, 54:12
**money** [91] - 10:10, 10:18,
10:22, 11:1, 11:9, 11:11, 11:14,
12:5, 12:7, 12:11, 12:18, 13:6,
13:8, 13:18, 14:10, 14:14,
14:19, 15:3, 15:19, 15:24, 16:9,

16:18, 17:1, 17:8, 17:10, 17:12,
17:24, 17:25, 18:1, 18:3, 18:13,
18:21, 18:25, 19:1, 19:9, 20:13,
21:18, 22:7, 24:7, 24:17, 25:14,
26:13, 27:8, 27:12, 27:14,
27:18, 28:1, 28:4, 28:5, 28:7,
28:9, 28:12, 28:13, 30:17, 31:1,
31:15, 32:16, 34:6, 34:22,
35:24, 36:6, 43:24, 62:13,
68:13, 68:14, 70:19, 82:1,
82:25, 83:10, 83:12, 83:16,
84:15, 84:23, 85:2, 85:8, 85:13,
85:21, 94:3, 94:13, 94:22,
100:5, 100:8, 103:16, 105:21,
114:1, 126:7, 128:20, 140:8,
140:12, 216:22, 222:25
**monitor** [1] - 152:12
**montage** [4] - 44:12, 65:19,
67:3, 67:5
**month** [5] - 30:8, 30:9, 123:4,
123:13, 253:7
**months** [10] - 20:20, 25:21,
28:10, 28:18, 72:23, 82:8, 85:4,
107:7, 185:4, 253:8
**moon** [1] - 244:17
**more** [62] - 5:13, 5:15, 5:25, 7:4,
9:9, 13:12, 25:14, 32:25, 33:9,
34:6, 34:10, 35:6, 39:8, 49:12,
50:20, 53:3, 53:4, 53:5, 55:9,
57:15, 62:16, 64:16, 64:25,
72:24, 87:7, 89:20, 111:19,
114:15, 121:6, 128:14, 128:16,
128:22, 130:3, 138:7, 140:5,
147:17, 150:4, 150:11, 150:14,
152:16, 157:24, 162:13, 168:7,
170:14, 181:25, 184:18, 192:5,
196:17, 205:25, 206:4, 217:4,
217:5, 227:13, 228:16, 244:19,
245:13, 253:10, 253:23,
254:22, 255:24, 255:25
**morning** [10] - 10:6, 14:4, 38:7,
47:5, 51:12, 191:1, 191:14,
214:4, 254:23, 257:1
**most** [20] - 32:16, 34:1, 34:17,
36:13, 44:21, 47:16, 53:22,
54:17, 78:17, 128:12, 148:11,
175:3, 177:17, 179:11, 184:8,
185:3, 186:17, 215:3, 246:7,
256:21
**mostly** [1] - 63:23
**motion** [79] - 9:5, 9:8, 9:12,
10:8, 11:5, 12:25, 14:6, 14:24,
16:6, 16:13, 23:18, 38:9, 40:16,
44:6, 44:11, 53:13, 54:19, 55:8,
64:22, 73:20, 76:9, 79:19, 80:4,
86:5, 86:9, 86:24, 87:12, 89:18,
97:15, 111:9, 112:22, 112:24,
113:4, 115:16, 115:17, 117:1,
117:2, 120:21, 122:4, 141:23,
143:1, 167:3, 167:5, 167:9,

169:14, 169:24, 171:23, 174:7,
180:25, 181:18, 183:6, 183:7,
190:12, 191:24, 193:4, 194:16,
196:2, 196:13, 196:21, 197:2,
199:5, 199:15, 199:16, 201:15,
206:8, 209:19, 210:16, 217:1,
217:11, 217:12, 220:3, 225:21,
229:5, 229:10, 230:4, 236:15,
243:17, 248:7
**motions** [16] - 6:8, 9:2, 9:24,
35:19, 37:20, 37:23, 38:4, 38:5,
40:21, 41:1, 54:24, 64:25,
65:13, 112:9, 220:13, 248:4
**motive** [1] - 83:16
**move** [12] - 40:22, 46:3, 56:21,
64:22, 113:2, 120:20, 164:17,
184:20, 201:10, 212:4, 247:4,
250:14
**moved** [5] - 69:16, 99:11, 99:13,
100:21, 193:24
**movement** [3] - 90:23, 94:21,
246:13
**movements** [2] - 242:25, 246:3
**moving** [5] - 33:23, 87:24,
151:22, 211:21, 219:12
**Mr** [255] - 5:9, 5:10, 5:16, 6:7,
6:13, 6:22, 7:15, 8:13, 9:1, 9:7,
9:12, 9:15, 10:5, 14:1, 14:3,
16:13, 22:15, 23:3, 23:14,
23:21, 24:24, 24:25, 25:5, 25:6,
25:7, 25:12, 26:11, 26:16, 27:4,
31:13, 31:23, 32:12, 32:14,
32:16, 35:15, 37:4, 37:9, 39:18,
41:1, 41:4, 41:5, 42:16, 42:21,
44:11, 44:15, 44:19, 44:25,
45:5, 45:7, 45:16, 46:6, 47:6,
47:8, 47:9, 47:12, 47:17, 47:18,
47:20, 47:25, 48:4, 48:5, 49:9,
49:15, 50:2, 50:16, 50:22, 51:1,
51:20, 53:20, 53:21, 53:22,
54:19, 55:15, 57:7, 57:10, 58:4,
59:9, 59:12, 60:2, 60:8, 62:18,
63:5, 65:19, 72:9, 72:15, 76:21,
85:12, 95:8, 95:22, 96:17,
96:23, 97:1, 102:8, 105:14,
108:19, 109:3, 110:4, 112:25,
114:24, 115:1, 116:3, 117:3,
117:7, 117:8, 117:18, 119:17,
120:21, 120:22, 120:23,
121:19, 122:4, 123:8, 129:17,
133:25, 138:8, 138:13, 138:17,
138:19, 139:7, 139:24, 140:24,
141:5, 141:21, 148:2, 148:10,
148:14, 149:13, 149:19,
149:20, 149:21, 149:23,
149:24, 150:9, 150:10, 150:18,
150:21, 151:15, 151:24,
152:21, 153:2, 154:8, 154:10,
154:13, 155:14, 158:20,
159:10, 163:4, 164:24, 167:5,

167:6, 167:9, 167:14, 167:25,
168:8, 168:19, 169:11, 169:13,
170:5, 170:7, 170:12, 170:16,
172:1, 172:2, 173:17, 174:1,
174:8, 174:14, 175:1, 175:8,
175:13, 175:16, 175:18,
175:25, 176:6, 176:8, 176:16,
176:22, 177:2, 177:11, 179:21,
182:7, 182:20, 183:9, 188:25,
189:11, 189:18, 189:19,
195:23, 196:12, 196:14, 197:2,
197:14, 197:21, 198:16,
198:17, 199:1, 199:17, 199:18,
201:13, 202:2, 208:10, 209:19,
210:8, 210:17, 212:6, 212:13,
212:15, 214:22, 215:13,
215:21, 217:8, 218:23, 219:11,
223:25, 224:3, 224:11, 224:13,
226:2, 226:4, 227:19, 228:21,
230:4, 231:8, 231:9, 232:1,
232:8, 234:3, 234:10, 236:23,
241:20, 242:21, 243:17, 246:2,
247:10, 247:16, 247:18, 248:9,
254:17, 254:22, 255:20
**MR** [390] - 6:24, 9:11, 9:13, 9:22,
10:2, 10:6, 12:2, 13:2, 14:3,
14:4, 15:11, 16:5, 16:20, 17:6,
17:11, 18:6, 18:21, 18:23, 19:3,
19:8, 19:15, 19:20, 20:2, 20:19,
20:23, 21:21, 22:2, 23:20,
23:25, 25:4, 25:6, 25:10, 25:16,
26:4, 26:9, 27:24, 28:6, 28:17,
30:14, 30:20, 32:2, 32:4, 32:12,
32:20, 34:3, 34:13, 35:8, 35:20,
37:1, 38:16, 39:20, 40:15,
40:17, 41:6, 47:5, 48:10, 48:21,
51:21, 54:4, 54:10, 54:15,
54:25, 55:3, 55:9, 55:13, 57:12,
60:7, 64:12, 64:15, 64:18,
65:10, 65:12, 66:18, 67:4,
67:10, 69:5, 71:7, 71:15, 73:7,
73:23, 73:24, 76:3, 76:16,
76:20, 76:23, 78:7, 78:13,
79:16, 79:23, 80:2, 80:6, 80:7,
81:8, 82:11, 82:23, 83:22, 84:7,
84:19, 85:9, 85:15, 86:1, 86:20,
87:1, 87:18, 88:8, 88:16, 89:8,
89:15, 90:20, 91:9, 91:14,
92:17, 92:24, 93:8, 93:21, 94:3,
94:23, 96:3, 96:20, 97:25,
98:17, 98:23, 99:2, 99:19,
100:1, 100:9, 100:11, 101:9,
102:12, 102:18, 103:7, 103:22,
104:10, 104:20, 104:23, 105:3,
105:8, 105:13, 106:4, 107:14,
107:16, 108:6, 109:3, 109:10,
109:23, 110:11, 111:2, 111:4,
111:12, 111:13, 111:25, 112:4,
112:7, 112:17, 113:7, 114:10,
115:3, 115:6, 115:18, 115:20,
116:4, 117:5, 117:7, 118:12,

119:11, 120:4, 120:7, 120:25,
121:3, 121:4, 121:15, 121:20,
123:20, 123:25, 124:4, 124:14,
126:8, 126:10, 130:1, 139:1,
141:4, 141:22, 145:20, 145:23,
148:4, 148:16, 151:1, 151:6,
151:8, 151:11, 151:16, 151:19,
152:1, 152:8, 152:11, 152:14,
152:15, 152:21, 152:24, 153:9,
153:14, 153:20, 153:22,
154:12, 154:14, 154:16,
154:22, 155:2, 155:6, 155:8,
156:5, 156:7, 156:10, 156:13,
158:18, 159:12, 160:3, 161:13,
162:9, 162:21, 163:3, 163:6,
163:15, 163:18, 164:1, 164:5,
164:15, 165:1, 166:11, 167:8,
167:13, 169:12, 170:3, 170:9,
172:1, 172:6, 173:20, 174:5,
174:11, 174:18, 174:23,
175:25, 177:1, 177:17, 178:15,
181:2, 182:9, 182:17, 182:19,
183:5, 183:15, 187:10, 187:24,
189:3, 189:9, 193:23, 194:14,
194:23, 195:2, 196:16, 196:23,
197:8, 197:11, 197:15, 197:16,
197:23, 198:9, 198:13, 198:18,
198:21, 199:10, 199:17,
200:11, 200:19, 201:9, 202:15,
202:20, 204:12, 205:3, 205:6,
205:17, 206:7, 206:15, 207:7,
207:12, 208:6, 208:15, 208:21,
209:6, 209:17, 209:20, 210:1,
210:6, 211:13, 212:7, 213:7,
213:8, 213:15, 214:1, 214:19,
215:9, 215:14, 216:15, 217:3,
217:6, 217:10, 217:16, 218:13,
218:17, 218:18, 218:24, 219:4,
219:12, 219:16, 219:18,
219:22, 220:1, 220:7, 221:17,
222:2, 222:4, 222:8, 223:17,
223:20, 223:25, 224:9, 224:12,
224:17, 224:20, 224:21, 225:3,
225:5, 225:19, 225:24, 227:11,
227:17, 228:5, 228:19, 229:11,
230:8, 230:16, 231:10, 232:7,
232:16, 232:23, 233:4, 233:8,
233:17, 233:22, 234:8, 234:17,
234:24, 235:25, 236:5, 236:11,
236:19, 237:13, 237:18,
238:12, 239:4, 239:9, 239:15,
241:11, 241:21, 242:14,
243:12, 243:20, 243:21,
243:25, 247:9, 248:10, 249:18,
250:23, 251:1, 251:4, 251:5,
251:6, 251:10, 252:8, 253:3,
253:14, 253:24, 254:20, 255:4,
255:6, 255:12, 255:15, 255:17,
255:20, 257:3
**Mrs** [3] - 145:14, 147:11, 157:19
**MS** [40] - 25:9, 25:11, 33:4,

34:18, 37:17, 38:7, 44:10,
45:11, 45:15, 46:2, 46:18, 51:1,
51:6, 51:9, 51:14, 53:19, 54:2,
72:8, 73:12, 118:4, 153:4,
153:25, 154:3, 154:6, 154:25,
155:4, 155:13, 159:1, 159:6,
159:25, 164:17, 181:6, 181:10,
193:3, 195:5, 196:1, 196:10,
199:3, 199:12, 206:10
**Ms** [35] - 95:2, 95:6, 107:3,
118:15, 118:17, 125:16,
125:18, 126:1, 127:8, 127:19,
135:13, 135:15, 135:22, 137:9,
137:19, 138:20, 139:9, 140:17,
148:19, 148:20, 149:7, 150:2,
150:4, 150:7, 150:16, 152:8,
152:10, 169:13, 181:3, 194:1,
194:7, 212:9, 212:10, 230:25
**much** [12] - 4:15, 21:24, 121:5,
123:11, 128:16, 143:3, 169:5,
171:20, 180:3, 197:4, 214:20,
218:9
**multibillion** [1] - 26:17
**multiple** [15] - 3:10, 13:15, 17:7,
56:19, 72:20, 72:23, 73:6,
94:16, 109:11, 130:22, 146:24,
178:18, 178:25, 243:2
**MURTHA** [7] - 172:1, 172:6,
174:18, 174:23, 175:25,
178:15, 181:2
**Murtha** [4] - 1:24, 172:1, 174:1,
174:14
**murtha** [1] - 177:2
**musical** [1] - 54:8
**must** [7] - 11:19, 12:18, 129:7,
129:9, 246:17
**mutual** [1] - 57:21
**my** [117] - 3:15, 6:17, 9:11, 15:4,
16:11, 17:3, 24:24, 26:15, 27:4,
27:9, 28:18, 36:20, 38:20,
39:20, 40:17, 40:20, 49:14,
50:2, 50:17, 54:8, 55:14, 55:18,
56:2, 56:23, 56:25, 57:9, 57:12,
58:9, 58:18, 60:8, 60:17, 61:3,
61:7, 61:11, 61:12, 61:18, 62:8,
62:24, 63:5, 63:17, 70:21, 72:9,
76:7, 78:11, 80:8, 80:10, 80:22,
80:23, 82:2, 93:22, 96:12,
99:17, 101:16, 102:10, 103:12,
105:20, 108:24, 109:12, 115:6,
118:5, 122:3, 122:13, 122:19,
123:3, 124:2, 125:6, 125:21,
125:25, 126:2, 126:15, 127:1,
127:13, 128:1, 129:2, 129:16,
130:13, 131:15, 132:9, 133:3,
134:12, 135:16, 135:23,
136:11, 136:17, 137:9, 147:18,
153:2, 160:24, 161:22, 163:18,
166:5, 181:7, 182:22, 184:10,
184:17, 185:16, 186:22, 191:6,

194:12, 199:13, 204:11, 205:6,
209:24, 212:16, 213:11,
213:12, 217:7, 228:9, 228:13,
231:19, 241:15, 244:4, 244:19,
244:23, 249:24, 256:16, 257:6
**My** [2] - 126:17, 127:6
**myself** [2] - 124:5, 183:8
**MyZell** [1] - 60:15

# N

**nail** [3] - 26:6, 33:7, 235:25
**name** [9] - 8:5, 46:5, 49:9, 60:7,
60:12, 62:17, 123:8, 131:25,
165:18
**names** [2] - 60:2, 89:22
**nanoseconds** [1] - 128:11
**narrative** [3] - 61:3, 63:1,
245:19
**narrow** [3] - 113:9, 167:14,
171:15
**narrowly** [1] - 167:19
**NASDAQ** [2] - 131:21, 132:12
**natural** [3] - 61:16, 78:9, 78:10
**naturally** [1] - 77:18
**nature** [4] - 3:14, 47:14, 149:11,
255:3
**Neal** [1] - 1:21
**near** [3] - 21:25, 29:16, 109:1
**nearly** [1] - 55:20
**necessarily** [6] - 10:1, 11:24,
16:12, 38:1, 120:8, 256:12
**necessary** [1] - 161:18
**need** [37] - 4:24, 7:22, 40:22,
50:10, 50:18, 51:7, 64:3, 80:8,
84:13, 90:8, 107:25, 121:17,
125:24, 129:15, 136:7, 137:9,
137:17, 141:10, 143:3, 167:7,
180:22, 182:14, 188:15, 189:1,
190:22, 191:6, 197:9, 213:10,
228:12, 240:16, 240:23,
244:21, 244:24, 250:16,
252:21, 255:8, 256:20
**needed** [1] - 141:9
**needs** [5] - 38:6, 62:5, 79:24,
140:19, 256:22
**nefarious** [6] - 68:22, 132:1,
149:10, 179:5, 245:20, 246:17
**negate** [1] - 70:9
**negligence** [3] - 70:14, 223:4,
237:3
**negligible** [1] - 127:23
**neither** [2] - 63:11, 210:23
**Neuro** [2] - 126:23, 126:24
**NEURO** [1] - 126:24
**neutral** [2] - 165:15, 166:16
**never** [16] - 35:12, 36:16, 36:17,
44:22, 45:23, 62:4, 73:18, 82:2,
90:11, 103:12, 106:10, 141:9,

147:18, 233:24, 238:11, 250:19
**New** [2] - 22:6, 131:21
**new** [5] - 97:24, 106:8, 139:23,
171:25, 245:5
**newly** [1] - 195:17
**news** [10] - 71:12, 105:14,
119:20, 119:23, 226:11,
226:14, 226:16, 227:18, 228:1,
238:14
**newspaper** [1] - 36:20
**next** [44] - 6:7, 7:3, 7:5, 7:7,
7:10, 7:13, 8:14, 8:25, 23:19,
48:15, 56:21, 62:11, 67:7, 69:2,
75:18, 75:23, 82:8, 84:1, 84:12,
87:13, 91:19, 99:17, 103:9,
109:8, 109:24, 114:21, 120:17,
122:15, 125:4, 127:5, 133:18,
133:20, 136:8, 149:25, 164:6,
174:15, 178:5, 185:14, 192:25,
195:3, 195:20, 215:16, 216:6,
217:9
**nice** [2] - 42:4, 105:16
**Nichole** [3] - 2:1, 258:14,
258:15
**nine** [1] - 128:6
**nine-thousandths** [1] - 128:6
**nip** [1] - 165:4
**NKnight** [4] - 134:4, 134:8,
135:18, 141:18
**no** [121] - 6:16, 6:24, 9:22,
11:18, 17:9, 23:4, 24:1, 25:7,
26:25, 28:17, 31:19, 37:5, 45:4,
45:6, 47:10, 47:18, 47:25,
50:13, 57:12, 60:19, 61:3, 61:7,
61:18, 63:11, 63:24, 63:17,
65:22, 66:4, 66:9, 67:1, 69:14,
73:1, 73:10, 85:14, 95:21, 99:2,
108:10, 108:21, 111:21,
114:15, 116:10, 123:23,
131:19, 133:4, 133:5, 133:6,
140:3, 143:5, 143:7, 143:9,
143:21, 143:22, 144:3, 147:21,
154:14, 155:11, 156:5, 158:8,
160:10, 161:10, 165:1, 168:24,
169:2, 172:13, 173:22, 174:5,
176:4, 177:3, 181:14, 184:5,
187:9, 188:7, 190:15, 193:14,
194:12, 196:25, 198:9, 198:13,
200:11, 200:15, 200:22,
200:23, 203:4, 203:5, 203:21,
204:25, 208:13, 208:15,
210:22, 211:2, 211:4, 211:23,
212:1, 214:4, 214:19, 216:1,
216:21, 221:8, 222:8, 225:16,
226:16, 228:8, 228:25, 230:4,
230:13, 231:22, 231:23,
232:22, 238:21, 238:22, 247:2,
249:6, 249:15, 256:8
**No** [2] - 1:4, 210:1
**nobody** [4] - 25:22, 36:24,

99:22, 113:25
**nobody's** [1] - 242:18
**non** [2] - 32:6, 56:15
**non-co-conspirators** [1] - 56:15
**non-hearsay** [1] - 32:6
**none** [6] - 3:13, 24:22, 94:8, 147:5, 147:12, 225:1
**nonexistence** [1] - 204:19
**nonsense** [1] - 33:24
**nonsensical** [1] - 144:7
**nope** [1] - 235:25
**nor** [1] - 211:21
**Northern** [1] - 145:18
**nose** [1] - 52:14
**not** [441] - 3:11, 4:3, 5:11, 5:15, 5:17, 5:22, 7:14, 7:19, 7:23, 8:5, 9:16, 10:10, 10:19, 10:20, 10:24, 11:23, 12:12, 12:15, 13:9, 15:3, 16:12, 18:1, 18:5, 19:5, 19:6, 19:17, 19:22, 20:5, 23:9, 24:5, 24:6, 24:24, 24:25, 25:7, 25:20, 25:24, 26:6, 26:8, 27:13, 30:9, 31:4, 31:14, 31:15, 31:20, 32:23, 33:17, 33:19, 33:22, 33:23, 35:5, 35:6, 35:9, 35:10, 35:11, 36:1, 36:18, 36:19, 37:9, 40:2, 40:3, 40:4, 40:11, 41:12, 41:13, 42:9, 42:11, 43:21, 45:1, 45:9, 45:22, 46:11, 46:25, 47:21, 47:22, 48:7, 48:9, 49:10, 50:8, 50:10, 50:18, 50:22, 52:5, 52:9, 52:11, 52:16, 52:22, 52:24, 56:2, 56:4, 56:22, 57:1, 57:12, 58:14, 58:15, 58:23, 59:14, 59:18, 59:20, 60:3, 60:9, 60:11, 61:4, 61:10, 61:22, 62:1, 63:17, 64:9, 66:8, 66:11, 67:4, 67:14, 67:15, 68:8, 68:18, 68:22, 70:15, 70:24, 72:23, 73:4, 73:7, 73:13, 73:15, 73:20, 73:21, 74:10, 74:17, 74:19, 74:20, 74:21, 74:23, 74:25, 75:15, 76:10, 76:11, 79:3, 79:6, 79:13, 79:19, 79:24, 80:3, 80:4, 80:24, 81:14, 81:15, 82:15, 83:13, 83:19, 84:9, 87:2, 87:8, 87:19, 88:4, 88:14, 88:25, 89:2, 89:12, 89:19, 89:24, 90:16, 91:1, 91:10, 92:10, 92:14, 93:10, 94:1, 94:2, 94:12, 95:15, 96:1, 96:2, 98:1, 98:5, 98:14, 99:14, 99:25, 100:6, 101:24, 102:3, 103:3, 103:11, 104:15, 107:8, 107:11, 107:13, 107:19, 107:20, 107:22, 108:15, 109:20, 110:6, 110:14, 110:15, 110:19, 110:25, 111:7, 111:10, 112:5, 112:12, 112:13, 112:20,

114:5, 115:3, 115:11, 115:24, 116:13, 117:9, 117:16, 117:17, 120:7, 120:14, 123:3, 124:2, 125:1, 127:2, 127:13, 128:7, 130:13, 131:23, 132:23, 133:23, 134:10, 135:3, 135:23, 136:13, 137:15, 138:2, 138:25, 140:20, 140:21, 142:11, 142:17, 142:23, 143:23, 143:25, 144:8, 144:14, 145:7, 145:8, 145:10, 146:2, 146:6, 146:9, 146:17, 147:2, 147:16, 147:25, 148:16, 149:10, 152:6, 152:10, 152:22, 153:20, 154:7, 154:9, 155:17, 157:8, 158:14, 159:13, 159:14, 160:22, 161:8, 161:17, 161:21, 161:22, 161:24, 162:5, 162:16, 162:24, 163:2, 163:15, 163:22, 165:21, 166:23, 166:25, 167:24, 167:25, 169:1, 169:6, 169:7, 170:5, 171:11, 171:12, 171:17, 172:7, 172:9, 172:23, 173:12, 173:15, 174:11, 175:10, 175:12, 176:22, 178:2, 178:21, 179:2, 179:13, 180:6, 180:11, 180:14, 180:17, 180:19, 182:4, 182:10, 184:2, 184:5, 185:21, 186:7, 187:9, 187:15, 189:4, 189:19, 190:6, 190:7, 190:9, 191:10, 191:21, 191:24, 192:23, 193:13, 194:12, 194:24, 195:1, 195:9, 195:23, 195:24, 198:7, 198:9, 198:10, 198:13, 199:6, 201:4, 202:6, 205:13, 206:11, 207:10, 207:24, 208:15, 208:19, 209:4, 210:16, 210:22, 211:1, 211:2, 211:6, 211:24, 212:20, 212:23, 213:19, 214:8, 214:21, 214:23, 215:3, 215:6, 215:19, 216:8, 218:19, 220:11, 222:7, 222:8, 223:3, 223:4, 223:12, 227:14, 227:16, 231:1, 232:17, 233:1, 233:19, 233:20, 234:4, 234:6, 235:3, 235:7, 235:10, 235:12, 235:17, 236:16, 237:2, 237:8, 237:16, 238:4, 238:6, 238:7, 239:6, 239:21, 240:7, 240:19, 240:20, 241:10, 241:23, 242:5, 243:9, 243:19, 244:10, 244:21, 245:1, 245:2, 245:11, 245:24, 246:7, 246:10, 246:25, 247:23, 247:25, 248:13, 249:2, 250:13, 250:15, 251:4, 251:6, 251:25, 252:1, 252:4, 252:6, 252:8, 252:9, 253:5, 253:6, 253:11, 254:12, 254:18, 254:23, 255:2, 256:2, 256:5, 256:19
**note** [7] - 39:8, 53:19, 54:10, 142:11, 157:1, 158:1

**notebook** [3] - 99:18, 209:24, 209:25
**noted** [1] - 176:12
**notes** [8] - 155:2, 155:9, 156:15, 157:24, 158:1, 165:23, 166:2, 166:3
**nothing** [36] - 20:13, 24:15, 31:12, 33:9, 35:2, 36:4, 36:5, 52:16, 58:20, 59:22, 60:17, 60:24, 62:8, 63:3, 63:9, 70:9, 91:19, 93:5, 98:19, 117:25, 132:1, 133:4, 136:2, 140:1, 156:24, 157:19, 175:20, 176:3, 182:2, 214:4, 237:10, 245:15, 246:22, 252:5, 254:2
**notice** [2] - 71:24, 106:7
**noticed** [2] - 106:10, 169:19
**notion** [8] - 24:16, 36:14, 79:16, 90:22, 106:12, 113:12, 113:17, 114:17
**novel** [2] - 237:24, 247:24
**novelty** [5] - 87:14, 88:3, 88:6, 237:22, 247:21
**now** [84] - 5:20, 6:22, 13:11, 15:7, 16:3, 17:22, 19:25, 20:12, 20:14, 20:16, 21:22, 23:7, 24:13, 25:21, 29:10, 36:20, 39:21, 50:2, 51:21, 67:12, 83:15, 85:1, 98:1, 100:12, 100:20, 102:1, 105:18, 108:3, 110:8, 112:24, 117:14, 122:3, 122:10, 122:21, 124:10, 124:13, 125:10, 126:3, 126:19, 130:2, 130:5, 130:11, 130:13, 130:21, 131:20, 131:25, 133:2, 133:11, 133:18, 134:3, 134:9, 135:25, 136:6, 136:8, 138:18, 138:22, 139:6, 139:16, 139:22, 147:1, 152:6, 159:20, 162:12, 176:5, 183:14, 183:23, 184:14, 185:6, 194:4, 194:7, 194:17, 196:3, 196:6, 197:4, 200:7, 205:22, 212:22, 217:25, 227:24, 228:11, 228:15, 235:5, 236:8, 247:23
**nowhere** [2] - 15:1, 142:19
**nullification** [5] - 65:5, 65:7, 65:25, 66:2, 66:13
**number** [51] - 5:5, 17:25, 32:4, 32:6, 41:2, 42:20, 55:1, 55:2, 55:13, 56:8, 56:13, 75:21, 86:2, 89:15, 91:2, 91:4, 121:1, 123:10, 124:16, 125:15, 130:8, 130:18, 138:1, 141:14, 149:1, 152:18, 156:17, 157:25, 158:3, 165:3, 165:10, 170:19, 190:4, 197:12, 199:19, 202:14, 203:2, 208:23, 209:6, 225:3, 225:9, 225:25, 236:21, 237:19, 238:13, 239:15, 251:1

**Number** [11] - 41:3, 41:11,
41:17, 82:20, 93:1, 121:2,
158:2, 172:4, 217:22, 218:6,
218:19
**numbering** [2] - 165:8, 165:9
**numbers** [5] - 117:9, 117:10,
117:14, 162:11, 162:13
**numerous** [1] - 43:22

## O

**oath** [1] - 255:21
**obfuscation** [1] - 49:9
**object** [15] - 6:19, 12:3, 12:5,
14:9, 46:10, 46:13, 46:25, 47:1,
105:22, 120:16, 164:7, 167:19,
188:14, 197:4, 218:11
**objected** [2] - 183:20, 199:7
**objection** [16] - 6:14, 6:24,
41:10, 53:12, 53:17, 66:14,
73:22, 75:1, 118:14, 120:16,
120:17, 120:18, 167:13,
169:10, 196:21, 235:16
**objections** [5] - 51:2, 63:25,
65:1, 237:14, 246:1
**objectively** [4] - 31:15, 31:16,
72:18, 155:23
**observation** [1] - 239:18
**observations** [1] - 209:12
**obsessive** [1] - 105:17
**obtain** [10] - 12:10, 13:8, 18:25,
19:1, 24:7, 24:17, 26:13, 36:6,
49:3, 92:1
**obtained** [4] - 12:19, 23:5,
27:14
**obtaining** [6] - 10:10, 11:10,
12:4, 12:5, 12:7, 12:9
**obvious** [1] - 191:13
**obviously** [33] - 20:21, 30:5,
31:25, 56:16, 60:11, 61:12,
62:7, 66:12, 68:10, 87:24,
100:3, 102:22, 105:6, 120:15,
143:17, 144:4, 145:3, 146:4,
146:15, 159:20, 166:8, 180:12,
185:21, 193:5, 202:18, 205:1,
213:19, 216:23, 225:8, 238:7,
243:13, 246:23, 256:17
**occasion** [2] - 67:20, 68:22
**occasions** [1] - 13:15
**occur** [1] - 137:1
**occurred** [5] - 179:5, 179:8,
215:11, 246:11, 252:5
**occurring** [2] - 22:14, 215:2
**occurs** [2] - 11:12, 211:14
**October** [3] - 9:6, 20:18, 122:14
**odd** [1] - 61:24
**of** [1055] - 2:2, 3:7, 3:13, 3:14,
3:19, 4:2, 4:4, 4:17, 5:14, 5:16,
5:23, 6:4, 6:17, 6:20, 7:18, 8:4,

8:21, 9:2, 9:4, 9:8, 9:14, 9:16,
10:9, 10:12, 10:13, 10:16,
10:18, 10:22, 11:2, 11:9, 11:12,
11:22, 12:3, 12:5, 12:9, 13:13,
13:19, 13:21, 14:9, 14:12,
14:15, 14:20, 14:23, 15:3, 15:7,
15:8, 15:20, 15:24, 16:6, 16:10,
16:25, 17:7, 17:9, 17:21, 18:3,
18:15, 18:19, 18:21, 19:3, 19:9,
19:14, 19:21, 20:18, 21:2, 21:3,
21:9, 21:18, 22:5, 23:16, 23:17,
24:14, 24:16, 24:20, 24:22,
24:23, 25:16, 25:20, 25:21,
26:2, 26:7, 26:12, 26:20, 26:21,
26:22, 27:8, 27:14, 27:20,
27:24, 27:25, 28:8, 28:22,
29:13, 30:12, 30:15, 30:24,
30:25, 31:1, 31:3, 31:5, 31:9,
31:10, 31:21, 32:5, 32:7, 32:8,
32:23, 33:8, 33:11, 34:10,
34:11, 34:13, 34:14, 34:20,
34:25, 35:4, 35:10, 35:12,
36:19, 36:21, 36:22, 37:3,
37:11, 38:8, 38:10, 38:13,
38:15, 38:16, 38:18, 39:11,
39:17, 39:25, 40:2, 40:7, 40:13,
40:17, 40:19, 40:20, 41:1,
41:12, 41:17, 41:18, 41:25,
42:4, 42:15, 42:17, 42:20,
42:23, 42:24, 43:1, 43:8, 43:9,
43:16, 43:17, 43:24, 43:25,
44:2, 44:6, 44:11, 44:12, 44:13,
44:17, 45:21, 46:4, 46:6, 46:8,
46:9, 46:11, 46:15, 46:24, 47:1,
47:6, 47:9, 47:10, 47:14, 47:20,
47:24, 47:25, 48:8, 48:22, 49:9,
49:14, 49:21, 50:3, 50:4, 50:8,
50:15, 51:1, 51:14, 51:18,
51:23, 52:3, 52:7, 52:20, 52:21,
52:23, 53:2, 53:6, 53:17, 53:21,
53:22, 54:17, 55:3, 55:13,
55:19, 55:20, 55:21, 55:22,
56:1, 56:4, 56:5, 56:6, 56:8,
56:13, 56:18, 56:21, 56:22,
56:24, 56:25, 57:6, 57:8, 57:12,
57:15, 57:16, 57:17, 57:20,
57:21, 57:25, 58:2, 58:8, 58:10,
58:20, 58:22, 58:25, 59:10,
59:12, 59:19, 60:14, 60:16,
60:19, 61:3, 61:6, 61:14, 61:20,
62:1, 62:10, 62:12, 62:13,
62:14, 62:22, 63:1, 63:3, 63:4,
63:18, 63:22, 64:8, 64:24,
65:13, 65:14, 65:16, 65:17,
65:19, 65:20, 65:21, 65:22,
65:24, 66:1, 66:7, 66:9, 66:14,
66:16, 66:19, 66:22, 67:1, 67:2,
67:7, 67:11, 67:14, 67:18,
67:25, 68:5, 69:7, 69:9, 69:10,
69:13, 69:18, 69:19, 69:20,
69:22, 69:24, 70:1, 70:21, 71:1,

71:2, 71:7, 71:10, 71:13, 71:17,
71:21, 72:2, 73:5, 73:16, 73:19,
74:4, 74:14, 74:15, 74:18,
74:23, 75:4, 75:13, 75:14, 76:4,
76:10, 76:12, 76:18, 76:25,
77:7, 77:11, 77:19, 77:20,
77:22, 77:24, 78:20, 78:23,
78:24, 79:6, 79:13, 80:12,
80:13, 80:17, 80:18, 80:19,
80:23, 81:3, 81:10, 81:13, 82:1,
82:14, 82:20, 82:23, 82:25,
83:4, 83:23, 84:19, 84:20, 85:6,
85:23, 86:5, 86:11, 86:12,
86:15, 86:21, 87:2, 87:4, 87:9,
87:14, 87:16, 87:19, 88:3, 88:5,
88:12, 88:21, 89:6, 89:21, 90:6,
90:15, 90:23, 91:2, 91:5, 91:12,
91:15, 92:5, 92:25, 93:2, 93:20,
94:7, 94:8, 94:12, 94:15, 94:16,
94:17, 95:5, 95:24, 96:8, 97:1,
97:2, 97:7, 97:9, 97:18, 97:23,
98:1, 98:2, 98:15, 98:20, 99:1,
99:6, 99:9, 100:10, 100:12,
100:14, 100:17, 100:19, 101:5,
101:6, 101:7, 101:10, 101:11,
101:15, 101:18, 101:19,
101:21, 101:24, 102:6, 102:9,
102:14, 102:19, 102:23,
102:24, 104:5, 104:12, 104:22,
104:24, 105:6, 105:13, 106:12,
106:18, 107:1, 107:18, 108:19,
109:8, 109:11, 109:19, 110:3,
110:9, 110:12, 110:17, 111:5,
111:14, 111:15, 111:16,
111:18, 112:9, 113:13, 113:17,
114:1, 114:3, 114:8, 114:11,
114:13, 114:17, 115:7, 115:14,
116:4, 116:13, 116:18, 117:11,
117:12, 117:16, 118:14,
118:15, 118:19, 118:20,
118:21, 118:24, 119:7, 119:12,
119:23, 120:8, 120:9, 120:23,
121:17, 122:8, 122:10, 122:17,
122:19, 122:24, 122:25,
123:10, 123:13, 123:14,
123:15, 124:5, 124:7, 124:8,
124:16, 124:20, 124:21,
124:22, 124:25, 125:6, 125:7,
125:19, 125:21, 125:22,
125:23, 126:1, 126:14, 127:21,
127:22, 127:24, 128:5, 128:6,
128:20, 128:22, 129:15,
130:13, 130:18, 130:19,
130:22, 131:8, 131:23, 132:4,
132:10, 132:20, 133:10,
133:20, 133:22, 134:1, 134:5,
134:6, 134:16, 134:17, 135:9,
135:10, 135:17, 135:19,
135:22, 135:23, 136:3, 136:7,
136:10, 136:16, 137:3, 137:5,
137:6, 137:7, 137:8, 137:11,

138:2, 138:3, 138:5, 138:13,
139:3, 139:19, 139:20, 140:10,
140:14, 140:15, 140:20,
140:25, 141:2, 141:16, 141:17,
142:14, 143:9, 143:15, 143:16,
143:18, 144:1, 144:4, 145:4,
145:8, 145:16, 145:18, 145:24,
146:2, 146:5, 146:9, 147:5,
148:15, 148:21, 149:1, 149:3,
149:4, 149:5, 149:11, 149:25,
150:7, 151:20, 151:21, 152:2,
152:9, 152:12, 152:24, 153:9,
153:10, 153:14, 153:16,
154:12, 154:13, 155:3, 155:4,
155:7, 155:10, 155:12, 156:11,
156:15, 156:17, 157:7, 157:23,
157:25, 158:2, 158:3, 158:12,
158:19, 159:1, 159:10, 159:17,
159:19, 160:2, 160:11, 161:5,
161:22, 161:23, 162:3, 162:5,
162:16, 163:9, 163:22, 165:7,
165:18, 165:22, 166:1, 166:14,
166:25, 167:15, 167:20, 168:5,
168:15, 168:18, 168:19,
168:22, 169:14, 169:15,
169:25, 170:10, 170:13,
170:19, 170:20, 170:22,
170:23, 170:25, 171:2, 171:6,
171:8, 171:9, 172:2, 172:11,
173:3, 173:9, 174:8, 174:9,
174:16, 175:3, 175:4, 175:5,
175:8, 175:14, 175:24, 176:1,
176:23, 177:12, 177:13,
177:17, 177:18, 177:19,
177:20, 179:6, 180:9, 180:21,
181:4, 181:8, 181:16, 181:17,
182:16, 182:19, 182:22,
182:23, 182:25, 183:2, 183:3,
183:6, 184:1, 184:8, 184:12,
184:23, 184:24, 185:1, 185:2,
185:3, 185:5, 185:12, 185:13,
185:15, 185:16, 185:19,
185:20, 185:23, 186:7, 186:13,
186:19, 186:21, 186:23, 187:3,
187:6, 187:12, 187:16, 187:17,
187:21, 188:1, 188:2, 188:4,
188:11, 188:13, 188:14, 189:3,
189:15, 189:20, 189:24,
190:17, 190:20, 191:13,
191:18, 192:1, 192:3, 192:14,
193:6, 193:9, 193:18, 193:19,
194:2, 194:8, 194:19, 195:11,
195:12, 195:15, 195:16,
195:22, 195:23, 195:24, 196:2,
196:19, 197:23, 198:19,
198:22, 199:19, 199:22, 200:3,
200:23, 201:15, 201:18,
201:23, 201:25, 202:10,
202:25, 203:1, 203:2, 203:5,
203:18, 203:22, 203:24, 204:7,
204:16, 204:18, 204:20,

204:21, 204:24, 205:24,
205:25, 206:3, 206:4, 206:16,
207:8, 207:12, 207:13, 208:2,
208:3, 208:16, 209:11, 210:2,
210:18, 210:22, 210:23, 211:2,
211:12, 211:13, 211:21, 212:2,
212:3, 212:8, 212:17, 213:9,
213:12, 213:17, 213:21, 214:2,
214:14, 214:22, 215:2, 215:6,
215:19, 215:21, 216:2, 216:4,
216:9, 216:14, 216:17, 216:19,
216:22, 216:23, 217:4, 217:5,
217:12, 217:14, 218:1, 218:9,
218:10, 218:12, 218:16,
219:18, 220:4, 220:10, 220:12,
220:13, 220:15, 220:17,
220:19, 221:1, 221:5, 221:8,
222:18, 222:22, 223:2, 223:4,
223:8, 223:9, 223:11, 223:22,
223:23, 223:25, 224:4, 224:7,
224:14, 225:1, 225:4, 225:7,
225:10, 225:11, 225:20, 226:1,
226:2, 226:8, 226:9, 226:11,
226:17, 226:21, 227:2, 227:3,
227:9, 227:19, 227:23, 228:17,
228:23, 229:5, 229:7, 230:3,
230:5, 230:19, 230:20, 230:21,
230:22, 230:24, 231:2, 231:15,
231:19, 231:20, 232:2, 232:22,
233:9, 234:14, 234:18, 234:25,
235:3, 235:12, 236:3, 236:4,
236:13, 236:17, 237:7, 237:14,
237:22, 237:24, 237:25,
238:19, 238:25, 239:1, 239:16,
239:19, 239:21, 240:3, 240:5,
240:6, 240:12, 240:13, 241:13,
241:14, 241:16, 241:17,
241:18, 242:4, 242:7, 242:8,
242:25, 244:7, 244:8, 244:11,
244:12, 244:15, 244:16,
244:17, 244:23, 245:8, 246:2,
246:3, 246:6, 246:7, 246:15,
247:15, 247:20, 247:21,
248:12, 248:14, 248:23, 249:2,
249:4, 249:7, 249:17, 249:20,
250:2, 250:3, 250:7, 250:13,
251:2, 251:11, 251:14, 251:15,
251:17, 251:22, 252:3, 252:11,
252:16, 252:23, 253:1, 253:2,
253:16, 253:18, 253:19, 254:6,
254:11, 255:2, 255:10, 255:12,
256:3, 256:4, 256:5, 256:10,
256:13, 258:8

**OF** [2] - 1:2, 1:4

**off** [21] - 3:7, 6:2, 40:17, 40:20,
56:20, 69:18, 79:14, 81:24,
90:22, 91:2, 91:25, 92:2,
112:24, 161:1, 169:4, 183:13,
184:4, 186:2, 244:12, 244:14,
246:24

**offense** [1] - 76:12

**offenses** [1] - 200:20
**offensive** [4] - 41:19, 43:7,
43:18, 44:14
**offer** [8] - 43:23, 91:13, 189:10,
189:16, 208:2, 208:24, 243:4,
255:4
**offered** [6] - 65:17, 74:22,
74:23, 74:24, 77:9, 171:4
**offering** [3] - 95:6, 207:25,
226:15
**office** [2] - 3:22, 3:24
**OFFICIAL** [1] - 1:11
**often** [4] - 21:2, 33:25, 38:14,
38:20
**oftentimes** [2] - 71:11, 193:6
**oh** [21] - 21:16, 23:22, 45:3,
70:2, 72:3, 78:23, 82:7, 84:23,
85:3, 85:20, 89:11, 123:25,
139:1, 184:4, 189:25, 193:14,
222:24, 228:20, 232:9, 232:24,
241:14
**oil** [13] - 17:20, 17:21, 17:22,
17:23, 18:3, 101:19, 101:21,
101:23, 101:25, 102:5, 102:11,
102:15, 226:22
**okay** [101] - 7:2, 9:21, 9:22,
13:25, 16:2, 17:14, 18:17,
19:25, 30:5, 33:2, 34:8, 40:21,
40:23, 45:13, 46:1, 46:15, 54:2,
55:11, 64:13, 64:15, 67:6, 68:9,
68:24, 78:3, 80:2, 81:7, 84:4,
84:10, 84:12, 85:24, 86:10,
87:16, 93:19, 101:4, 101:20,
101:21, 102:3, 103:18, 104:9,
108:2, 109:6, 109:23, 112:3,
112:16, 114:21, 115:15, 126:9,
133:2, 145:20, 150:23, 151:7,
151:10, 151:13, 152:19, 154:4,
154:7, 155:2, 155:7, 159:7,
166:23, 167:11, 171:14,
171:22, 180:24, 183:15, 191:6,
194:14, 194:23, 195:3, 195:19,
196:11, 196:22, 197:20, 198:6,
198:15, 199:11, 201:8, 201:9,
202:13, 202:15, 204:10,
207:12, 209:6, 210:5, 217:1,
217:16, 219:8, 223:19, 224:21,
225:24, 227:11, 231:10,
233:22, 234:4, 234:13, 236:2,
238:24, 246:12, 248:3, 253:17,
254:20
**old** [2] - 121:14, 216:11
**old-school** [1] - 121:14
**omitting** [3] - 26:19, 88:18,
88:19
**on** [387] - 2:6, 3:15, 3:19, 5:22,
6:3, 6:4, 6:16, 6:23, 6:25, 8:6,
8:13, 8:16, 8:19, 9:18, 10:20,
11:6, 12:4, 12:16, 13:13, 13:15,
13:20, 14:20, 14:25, 16:23,

17:15, 18:13, 21:12, 21:20,
22:15, 23:9, 24:13, 25:20, 26:2,
26:10, 26:15, 28:17, 31:11,
31:24, 32:13, 33:7, 33:9, 34:4,
34:5, 34:15, 35:13, 35:17,
36:11, 36:18, 37:2, 38:8, 38:20,
38:21, 39:19, 40:22, 41:8, 41:9,
42:2, 42:15, 42:24, 44:5, 44:10,
45:12, 45:15, 45:20, 46:3,
46:10, 46:13, 47:6, 47:12,
47:15, 47:19, 49:14, 49:21,
50:4, 50:17, 50:25, 51:1, 51:15,
51:16, 51:25, 52:18, 53:20,
53:23, 54:8, 54:10, 55:18, 57:9,
59:8, 59:15, 60:22, 60:23, 62:8,
62:11, 62:18, 67:20, 68:3, 68:4,
68:7, 68:21, 68:22, 69:16,
70:13, 74:17, 76:6, 76:13,
76:17, 76:20, 77:2, 77:7, 77:10,
78:12, 78:14, 78:19, 80:7,
80:11, 80:22, 81:2, 81:14,
81:19, 82:4, 82:6, 82:19, 83:3,
83:4, 83:5, 83:9, 83:12, 83:18,
84:7, 84:8, 84:9, 84:15, 85:21,
86:7, 86:21, 87:19, 88:2, 88:23,
89:15, 90:14, 92:5, 93:5, 93:24,
94:3, 94:24, 95:14, 96:6, 96:24,
96:25, 97:13, 97:16, 98:25,
99:20, 100:15, 102:2, 103:12,
103:17, 105:21, 106:3, 106:6,
106:15, 107:12, 108:3, 108:9,
108:20, 108:24, 110:12,
110:23, 112:1, 112:19, 114:23,
119:6, 119:13, 119:22, 121:7,
121:22, 122:4, 122:14, 122:21,
122:25, 123:17, 123:19,
123:20, 124:12, 125:20,
126:12, 127:8, 127:17, 127:19,
128:10, 128:23, 129:14,
129:20, 130:16, 131:24,
132:11, 133:19, 133:24,
134:19, 135:12, 137:23,
138:11, 139:4, 139:18, 140:7,
140:8, 140:13, 141:11, 141:21,
142:1, 142:2, 142:16, 143:4,
144:20, 144:21, 146:8, 146:25,
149:16, 149:19, 149:23,
149:25, 150:19, 151:3, 151:12,
152:16, 152:23, 156:5, 157:23,
158:8, 158:19, 158:20, 160:23,
161:2, 162:15, 162:20, 164:18,
164:20, 165:7, 166:3, 166:6,
166:11, 169:17, 170:4, 171:5,
171:6, 171:21, 172:2, 172:22,
173:8, 174:2, 174:3, 177:1,
177:5, 177:12, 177:14, 178:1,
178:4, 178:9, 178:25, 180:4,
181:3, 182:15, 182:19, 183:2,
184:16, 186:15, 187:20,
187:21, 188:6, 188:11, 190:12,
191:19, 192:3, 193:1, 193:25,

194:16, 198:4, 200:4, 200:7,
200:12, 200:19, 201:4, 201:10,
201:21, 202:21, 203:10, 204:1,
204:13, 204:14, 205:1, 205:14,
205:17, 206:18, 206:19,
206:22, 206:23, 207:2, 207:12,
207:17, 208:1, 208:23, 209:7,
209:23, 210:10, 214:10,
214:20, 215:2, 216:8, 216:14,
217:2, 217:23, 219:22, 220:6,
222:21, 223:3, 224:15, 225:9,
225:17, 225:22, 225:23, 226:7,
226:10, 227:1, 227:14, 227:15,
227:20, 228:4, 228:14, 228:23,
228:24, 229:9, 230:12, 231:4,
231:7, 231:13, 232:4, 233:14,
233:21, 234:19, 235:5, 235:21,
235:22, 235:25, 236:3, 236:12,
236:21, 237:10, 237:17,
238:14, 238:16, 238:21,
238:25, 239:5, 239:25, 240:5,
240:18, 241:1, 241:6, 242:11,
247:1, 247:25, 249:1, 249:6,
250:7, 250:23, 251:2, 251:4,
251:12, 252:12, 252:21, 253:8,
255:1, 255:8, 255:14, 257:6,
258:12

**once** [16] - 4:18, 24:9, 27:5,
114:19, 126:12, 131:17, 132:9,
133:9, 143:6, 143:8, 149:16,
174:3, 184:20, 186:24, 253:7
**Oncology** [1] - 175:17
**Onconova** [1] - 126:16
**One** [4] - 57:6, 57:11, 64:5, 64:6
**one** [177] - 4:22, 5:14, 6:14,
7:19, 9:13, 14:22, 17:25, 23:16,
24:16, 24:20, 24:22, 26:6, 27:6,
27:13, 27:20, 28:9, 31:11, 32:6,
37:24, 41:1, 43:15, 44:1, 46:15,
47:9, 47:15, 49:15, 50:4, 53:25,
56:6, 56:9, 57:15, 62:16, 63:22,
65:3, 65:16, 67:2, 68:14, 68:22,
69:2, 73:16, 74:12, 75:15,
75:18, 75:23, 76:13, 76:21,
77:17, 79:6, 82:5, 82:16, 84:1,
84:7, 84:12, 85:6, 85:16, 86:11,
87:13, 91:2, 95:4, 101:11,
101:13, 101:18, 101:21, 105:6,
107:1, 107:3, 108:25, 109:8,
109:24, 111:19, 112:1, 112:11,
112:25, 114:7, 122:25, 124:25,
130:19, 130:22, 130:24,
131:15, 132:10, 134:4, 134:5,
134:8, 136:4, 136:12, 136:25,
137:14, 138:7, 139:10, 140:7,
141:4, 142:25, 144:3, 146:2,
146:6, 146:9, 146:12, 147:10,
147:17, 151:4, 153:24, 154:18,
155:11, 156:11, 159:18,
161:14, 162:25, 165:11,

168:12, 168:25, 169:12,
174:15, 176:24, 178:3, 178:5,
178:14, 184:3, 184:4, 185:1,
185:3, 186:2, 189:9, 189:12,
190:4, 190:13, 191:13, 192:6,
192:10, 192:12, 192:25, 193:6,
194:20, 194:21, 195:3, 195:20,
196:8, 196:15, 197:6, 197:10,
199:4, 199:14, 202:14, 202:20,
211:7, 211:12, 211:13, 211:23,
212:7, 213:3, 214:23, 215:17,
217:4, 217:5, 217:9, 219:23,
220:15, 223:14, 227:8, 227:19,
230:3, 230:4, 230:6, 230:13,
233:3, 236:17, 249:17, 254:11,
255:18, 256:8
**one's** [1] - 54:2
**one-off** [2] - 184:4, 186:2
**one-riot/one-ranger** [1] - 7:19
**ones** [8] - 62:19, 128:2, 136:10,
154:24, 178:13, 189:8, 220:5,
250:19
**online** [1] - 241:6
**only** [52] - 15:3, 19:6, 19:22,
22:25, 24:22, 25:16, 27:4,
33:18, 35:13, 42:17, 48:2, 56:3,
56:5, 66:18, 67:24, 67:25, 79:6,
86:24, 88:5, 100:9, 106:8,
124:2, 136:5, 140:25, 144:15,
145:14, 145:19, 146:21,
155:17, 160:7, 163:18, 172:20,
172:21, 173:21, 176:24,
182:22, 183:19, 185:17,
187:24, 188:13, 192:9, 192:11,
210:22, 218:7, 218:18, 219:2,
219:8, 221:1, 245:10, 251:24,
255:23
**onto** [1] - 144:25
**ONTX** [9] - 22:17, 93:22, 95:14,
123:1, 123:10, 124:11, 125:5,
127:6, 127:19
**ONX** [1] - 165:17
**open** [5] - 3:3, 107:12, 117:20,
121:15, 233:23
**opened** [3] - 117:22, 179:18,
191:14
**opening** [9] - 5:10, 66:20,
66:21, 66:25, 67:5, 118:2,
180:20, 218:3, 218:4
**opens** [1] - 113:5
**operate** [4] - 188:9, 201:24,
202:4, 202:8
**operating** [1] - 103:2
**operative** [2] - 153:11, 212:13
**opine** [6] - 225:23, 227:14,
229:22, 230:5, 233:21
**opinion** [25] - 34:19, 68:1,
78:12, 155:24, 176:19, 207:16,
211:1, 220:23, 221:2, 221:7,
222:16, 227:15, 227:20,

227:23, 228:8, 228:9, 228:10,
228:12, 228:13, 228:14,
228:17, 228:21, 228:22, 246:7,
256:2
**opinions** [11] - 76:7, 143:18,
144:8, 144:10, 144:13, 168:8,
220:25, 227:7, 227:9, 243:4,
246:6
**opportunity** [1] - 94:22
**opposed** [6] - 12:24, 13:7,
29:23, 64:25, 88:17, 97:11
**opposing** [1] - 132:13
**opposite** [2] - 26:14, 103:5
**option** [1] - 132:19
**options** [2] - 132:9, 132:23
**or** [331] - 3:22, 6:10, 6:11, 6:12,
7:5, 7:7, 7:10, 7:13, 9:15,
10:10, 10:25, 11:1, 11:14,
11:20, 12:6, 12:7, 12:11, 12:18,
13:6, 13:8, 15:3, 15:8, 15:24,
16:9, 17:8, 17:19, 18:1, 18:21,
18:25, 19:1, 19:21, 20:10,
20:14, 22:24, 23:17, 24:7,
24:17, 26:13, 30:8, 30:16, 33:6,
34:20, 36:2, 36:7, 36:19, 41:4,
41:22, 42:4, 43:1, 44:20, 44:21,
45:1, 45:24, 47:18, 48:3, 49:8,
50:10, 50:11, 50:12, 50:17,
50:20, 52:15, 54:17, 55:21,
56:2, 57:20, 57:21, 57:22, 58:6,
60:19, 60:24, 61:1, 61:4, 62:4,
62:6, 64:11, 65:7, 66:24, 67:20,
67:25, 70:13, 70:14, 71:12,
71:15, 71:18, 72:4, 72:5, 77:19,
78:8, 80:23, 80:24, 81:19, 82:1,
82:13, 82:25, 83:16, 84:24,
85:8, 85:13, 87:20, 88:9, 89:17,
90:17, 91:12, 91:13, 91:24,
92:19, 93:6, 94:18, 96:2, 96:25,
97:1, 97:12, 97:22, 98:14,
98:20, 99:24, 99:25, 100:6,
102:3, 103:9, 104:7, 105:12,
108:14, 108:20, 108:22,
109:20, 110:2, 110:3, 110:9,
110:15, 110:16, 111:8, 113:12,
114:16, 115:3, 115:11, 116:13,
123:19, 124:25, 126:3, 128:6,
130:12, 130:15, 130:23,
131:10, 131:21, 133:13,
133:19, 133:25, 134:2, 134:15,
135:10, 135:12, 135:19,
136:25, 137:9, 137:10, 138:14,
140:3, 140:4, 140:20, 148:7,
156:18, 156:20, 156:21, 157:7,
158:6, 159:14, 159:16, 159:19,
159:23, 160:22, 162:17,
162:20, 163:1, 164:11, 165:16,
165:17, 166:25, 167:7, 167:18,
168:6, 168:22, 169:18, 169:19,
171:1, 172:8, 172:11, 172:24,

174:8, 174:9, 174:10, 174:15,
175:9, 176:16, 177:2, 179:8,
179:9, 179:10, 179:11, 179:12,
179:13, 180:2, 180:4, 180:7,
180:21, 182:7, 186:7, 187:1,
187:19, 187:20, 188:12,
188:17, 189:15, 191:1, 192:1,
192:12, 194:5, 195:10, 195:16,
196:3, 196:6, 198:8, 200:5,
200:15, 200:20, 201:22,
201:23, 201:24, 202:3, 202:4,
202:7, 202:10, 203:9, 203:10,
203:11, 204:8, 204:19, 205:21,
205:24, 205:25, 206:2, 206:3,
206:4, 206:22, 207:5, 208:8,
210:13, 210:23, 211:4, 211:24,
213:2, 214:6, 214:8, 214:14,
214:23, 216:8, 218:6, 219:1,
219:6, 220:17, 223:9, 225:18,
226:7, 226:9, 227:8, 227:15,
228:17, 229:22, 230:6, 231:3,
231:8, 232:17, 232:20, 233:1,
234:6, 234:25, 235:12, 235:16,
235:21, 236:9, 236:17, 237:3,
237:11, 238:2, 238:17, 238:18,
239:8, 241:9, 242:5, 242:6,
244:22, 245:2, 245:14, 245:24,
246:8, 246:12, 246:25, 248:21,
249:3, 249:17, 249:21, 250:14,
250:21, 251:14, 251:20,
251:25, 252:10, 253:4, 253:20,
254:22
**or's** [1] - 233:19
**oral** [1] - 200:15
**oranges** [1] - 254:10
**Order** [1] - 130:5
**order** [43] - 7:14, 7:15, 7:23,
8:9, 8:12, 9:4, 9:20, 13:3, 50:5,
53:3, 55:5, 58:10, 129:6, 130:6,
130:7, 130:9, 130:10, 130:16,
130:17, 130:21, 130:23,
130:25, 131:7, 131:16, 132:10,
133:2, 133:11, 133:23, 134:1,
134:3, 134:9, 134:17, 135:8,
144:21, 144:23, 161:8, 172:3,
187:2, 188:15, 214:24
**ordered** [3] - 131:17, 161:2
**orders** [15] - 74:20, 130:22,
131:23, 132:13, 134:11,
136:13, 136:15, 136:17,
136:25, 137:1, 137:3, 139:19,
139:20, 145:24
**organized** [1] - 166:12
**original** [2] - 135:14, 184:1
**originally** [2] - 161:14, 165:2
**ostentatious** [2] - 42:3, 44:17
**other** [131] - 5:8, 5:24, 7:16,
15:10, 17:18, 18:22, 20:8, 23:8,
26:25, 27:6, 32:13, 32:22,
35:14, 36:16, 40:21, 42:8,

42:20, 42:21, 42:24, 43:5,
43:19, 43:22, 43:25, 45:22,
46:13, 46:23, 47:11, 51:17,
54:23, 55:19, 59:23, 61:22,
63:16, 67:14, 67:20, 68:1, 68:7,
70:11, 73:6, 75:15, 76:4, 79:6,
82:6, 82:25, 83:1, 83:4, 83:10,
83:13, 84:8, 86:13, 86:16, 87:5,
90:25, 91:15, 91:23, 93:2,
95:10, 96:1, 97:1, 97:21, 97:22,
98:2, 103:16, 105:25, 107:2,
110:14, 110:16, 113:11, 114:1,
118:6, 119:16, 119:17, 125:17,
129:8, 136:4, 136:20, 140:9,
141:5, 143:2, 145:8, 147:14,
147:19, 154:19, 160:4, 162:20,
163:7, 166:10, 168:23, 169:10,
170:19, 174:8, 174:10, 177:20,
183:3, 183:8, 189:14, 189:15,
190:2, 191:1, 191:17, 193:13,
199:25, 200:15, 200:20,
200:22, 200:24, 203:6, 203:15,
204:6, 205:24, 216:18, 220:17,
221:19, 221:20, 223:10, 224:4,
226:8, 228:23, 231:18, 237:10,
240:14, 241:16, 241:17,
241:24, 248:4, 250:5, 252:15,
254:3, 254:25
**others** [8] - 41:7, 44:1, 184:6,
186:15, 187:1, 187:6, 200:4,
200:5
**others'** [1] - 226:6
**otherwise** [5] - 6:15, 41:21,
43:15, 61:22, 162:10
**ought** [3] - 106:2, 201:23,
238:10
**our** [77] - 10:7, 10:14, 10:18,
10:19, 11:2, 13:16, 13:21,
23:11, 25:24, 26:12, 27:19,
28:12, 29:15, 31:12, 36:1, 39:1,
41:10, 42:7, 44:6, 44:11, 48:14,
52:21, 58:14, 59:5, 65:13,
67:17, 74:11, 74:16, 75:9,
75:12, 76:9, 76:13, 76:21, 87:8,
89:25, 95:5, 96:8, 98:5, 99:12,
106:4, 106:24, 110:12, 115:14,
117:2, 117:12, 132:25, 137:23,
138:5, 141:11, 141:19, 143:1,
144:6, 145:12, 146:24, 152:25,
158:12, 158:17, 163:21,
166:12, 167:13, 169:10,
172:18, 181:15, 181:18, 182:2,
187:7, 195:6, 196:2, 211:1,
222:8, 223:21, 243:25, 246:22,
251:12, 252:22, 253:18, 254:5
**ours** [3] - 251:4, 254:9
**out** [97] - 3:9, 9:4, 11:3, 13:12,
18:12, 20:16, 23:4, 24:14,
25:11, 34:15, 38:3, 42:14,
42:21, 48:1, 48:6, 53:1, 53:2,

54:2, 54:9, 55:19, 58:5, 59:5,
60:22, 61:17, 62:21, 63:6,
65:14, 66:22, 70:6, 73:15, 75:5,
76:9, 78:14, 81:14, 82:4, 83:23,
84:23, 86:18, 87:5, 90:8, 91:23,
94:9, 96:4, 98:4, 99:1, 99:21,
101:22, 107:23, 115:16,
116:25, 119:4, 119:12, 120:11,
126:12, 134:21, 134:23, 135:2,
136:3, 157:7, 159:24, 162:8,
163:21, 164:3, 164:12, 165:7,
166:3, 185:17, 194:4, 194:5,
194:25, 198:7, 207:21, 209:16,
210:11, 212:17, 213:1, 214:12,
214:14, 215:7, 215:21, 215:24,
222:19, 228:2, 229:4, 231:18,
232:8, 239:2, 244:8, 247:6,
248:1, 248:8, 251:15, 252:15
**out-of-court** [1] - 55:19
**outage** [1] - 121:12
**outcome** [1] - 83:19
**outlining** [1] - 5:9
**outset** [1] - 230:19
**outside** [23] - 44:1, 46:8, 46:14,
47:1, 49:21, 51:18, 52:4, 91:17,
181:8, 181:16, 181:17, 198:19,
198:21, 202:17, 204:20,
210:20, 210:21, 211:10,
211:19, 216:2, 216:9, 255:10,
255:12
**outstanding** [2] - 37:24, 220:5
**outweighs** [1] - 41:15
**over** [50] - 5:25, 7:3, 8:3, 8:4,
16:1, 18:7, 18:14, 18:15, 20:2,
20:3, 30:24, 40:1, 40:7, 49:18,
57:20, 70:17, 73:2, 89:22,
89:23, 92:6, 93:15, 103:9,
107:7, 107:24, 109:25, 123:12,
133:5, 133:6, 134:11, 138:13,
158:13, 167:2, 170:21, 171:7,
187:6, 192:7, 192:15, 196:11,
229:20, 231:2, 250:11, 250:16
**overall** [1] - 239:20
**overarching** [1] - 186:20
**overly** [1] - 49:20
**overrule** [1] - 85:24
**overruling** [1] - 53:18
**oversight** [1] - 224:10
**overtly** [2] - 60:20, 61:25
**owe** [1] - 110:22
**own** [50] - 8:9, 14:8, 14:14,
15:19, 20:10, 20:25, 21:7,
26:20, 34:1, 51:22, 51:24,
51:25, 52:2, 62:2, 70:5, 70:6,
70:7, 70:19, 72:4, 72:12, 78:5,
100:25, 117:23, 119:22, 130:7,
174:24, 174:25, 175:24, 176:1,
176:3, 176:11, 176:19, 177:5,
177:10, 180:5, 194:1, 194:7,
207:17, 209:11, 209:13,

211:15, 212:1, 214:10, 234:20,
236:24, 244:2, 245:12, 248:24
**owned** [1] - 176:8
**ownership** [1] - 88:9
**owns** [1] - 176:4
**ox** [1] - 7:24

# P

**p.m** [1] - 137:2
**page** [58] - 26:15, 45:12, 46:16,
46:19, 48:11, 51:15, 53:20,
57:5, 62:17, 62:19, 80:22, 95:2,
110:12, 112:1, 121:22, 121:23,
122:11, 122:15, 122:25,
123:22, 124:2, 124:7, 125:4,
126:3, 133:18, 133:20, 133:22,
133:23, 135:13, 136:1, 136:8,
148:21, 148:23, 149:7, 149:8,
150:3, 150:7, 153:15, 154:25,
155:4, 155:7, 156:16, 157:23,
164:18, 177:5, 184:12, 187:6,
202:21, 206:19, 207:3, 208:2,
208:23, 209:7, 210:11, 211:11,
212:10
**pages** [10] - 59:6, 136:19,
146:2, 169:15, 184:24, 185:2,
186:24, 190:17, 190:19, 246:2
**paid** [6] - 22:6, 22:7, 96:5,
122:20, 128:22, 214:9
**paints** [1] - 47:25
**pairing** [1] - 56:20
**pale** [1] - 41:23
**panel** [1] - 4:12
**paper** [2] - 4:3, 121:14
**papers** [5] - 11:5, 24:15, 76:13,
122:17, 124:8
**par** [1] - 164:4
**parade** [1] - 101:11
**paragraph** [6] - 20:24, 21:12,
23:22, 26:15, 27:11, 30:1
**parallel** [3] - 24:3, 24:4, 50:1
**parcel** [1] - 49:7
**pardon** [1] - 222:3
**pared** [1] - 183:18
**parlance** [1] - 183:19
**part** [59] - 9:16, 15:15, 15:24,
16:9, 17:8, 18:6, 19:3, 34:8,
35:10, 49:7, 50:8, 52:3, 52:7,
52:21, 52:23, 53:6, 56:25,
61:20, 62:1, 62:13, 62:14,
63:18, 74:9, 81:14, 97:5,
102:24, 104:22, 104:24, 112:1,
115:13, 120:8, 120:9, 122:17,
156:23, 158:12, 165:22,
169:25, 178:23, 183:2, 183:6,
195:23, 196:2, 197:1, 198:18,
213:9, 213:16, 213:21, 214:2,
216:23, 236:3, 240:3, 244:16,

245:8, 248:13, 256:4, 256:10,
256:13, 257:6
**participants** [2] - 22:22, 231:13
**participating** [1] - 33:20
**particular** [15] - 88:3, 89:2,
89:19, 104:1, 172:22, 173:5,
173:6, 183:5, 186:16, 188:22,
202:25, 203:8, 248:5, 252:5,
254:6
**particularly** [5] - 125:2, 167:21,
182:21, 220:12, 251:11
**Parties** [3] - 153:13, 154:15,
156:9
**parties** [5] - 4:9, 94:18, 135:24,
138:4, 160:24
**parties'** [1] - 256:15
**partly** [1] - 115:16
**partners** [4] - 120:2, 189:13,
207:15, 216:16
**parts** [3] - 151:22, 208:2,
244:12
**party** [6] - 97:12, 135:6, 161:4,
161:24, 256:23
**pass** [4] - 109:25, 200:6, 201:1,
204:13
**passes** [1] - 31:9
**past** [9] - 49:18, 61:2, 63:1,
63:2, 63:15, 107:7, 108:20,
190:8
**patient** [3] - 77:11, 78:16, 78:18
**patient's** [1] - 77:14
**pattern** [3] - 70:12, 140:3, 223:3
**pay** [1] - 91:22
**pejorative** [1] - 179:1
**pejoratively** [1] - 233:25
**pending** [2] - 9:2, 38:9
**Pennies** [1] - 46:5
**people** [102] - 3:11, 5:1, 12:20,
14:18, 14:20, 15:13, 15:15,
16:8, 16:25, 17:8, 17:18, 18:16,
19:12, 19:14, 20:13, 21:15,
21:18, 24:24, 25:14, 26:2,
26:22, 27:25, 28:6, 28:8, 28:25,
30:17, 31:18, 32:13, 32:19,
34:11, 35:5, 35:9, 35:12, 35:24,
45:21, 45:22, 49:22, 52:22,
56:2, 56:20, 58:6, 58:24, 59:14,
61:2, 62:24, 63:7, 64:7, 70:11,
71:1, 71:21, 72:1, 72:17, 73:4,
78:17, 81:24, 82:1, 84:8, 86:22,
87:5, 87:7, 88:7, 88:8, 88:9,
88:16, 91:1, 95:10, 98:16,
100:9, 103:16, 105:17, 115:12,
116:19, 119:13, 119:17,
119:21, 147:20, 147:23,
150:21, 158:22, 178:18,
186:25, 203:9, 203:19, 206:14,
208:12, 212:1, 218:8, 223:10,
229:23, 229:25, 230:7, 230:12,
233:16, 236:10, 236:24, 240:5,

240:13, 241:1, 241:5, 245:5, 246:23
**people's** [1] - 54:24
**perceive** [3] - 108:9, 207:20, 257:3
**perceived** [2] - 207:18, 208:5
**percent** [10] - 51:23, 72:24, 86:25, 127:22, 131:23, 164:5, 244:15, 245:13, 246:21
**percentage** [3] - 72:21, 127:18, 128:6
**perception** [1] - 108:9
**perceptions** [1] - 207:18
**perfect** [1] - 65:16
**perfectly** [2] - 221:18, 222:14
**perhaps** [2] - 97:13, 162:12
**period** [14] - 36:2, 71:10, 71:21, 72:2, 114:2, 118:24, 124:18, 125:8, 131:23, 138:13, 138:23, 139:18, 148:24, 160:8
**periods** [5] - 49:5, 116:9, 185:20, 185:23, 239:23
**permeates** [1] - 220:18
**permit** [1] - 10:3
**permits** [2] - 188:10, 188:13
**permitted** [3] - 89:25, 172:10, 250:13
**permitting** [1] - 194:24
**person** [17] - 7:19, 22:23, 28:9, 28:12, 28:13, 33:6, 33:18, 35:13, 62:3, 97:12, 98:4, 98:10, 107:12, 147:17, 153:24, 230:6, 249:10
**person's** [1] - 28:20
**personal** [6] - 146:11, 206:3, 207:1, 208:18, 209:11, 209:13
**perspective** [3] - 13:14, 67:17, 80:9
**persuade** [1] - 93:24
**persuasive** [3] - 148:11, 186:17, 223:5
**pertain** [2] - 55:13, 109:20
**pertains** [4] - 47:8, 166:13, 197:17, 229:9
**pervasive** [2] - 222:20, 223:7
**Peter** [5] - 87:21, 106:9, 111:5, 167:4, 201:13
**PGIR** [1] - 46:6
**phone** [1] - 133:25
**phones** [1] - 241:2
**photo** [2] - 45:6, 45:25
**photographed** [1] - 45:9
**photographic** [1] - 205:24
**photographs** [5] - 44:2, 44:13, 65:16, 65:20, 65:22
**photos** [3] - 42:20, 44:15, 44:24
**phrase** [5] - 113:16, 114:12, 114:14, 179:21, 180:8
**phrased** [1] - 242:11
**phraseology** [1] - 113:13

**phrases** [1] - 178:18
**phrasing** [3] - 155:22, 156:3, 156:5
**physically** [4] - 42:21, 44:2, 48:3
**pick** [9] - 3:19, 3:21, 8:1, 35:23, 35:24, 92:4, 193:13, 219:25, 242:9
**picking** [1] - 36:12
**picture** [14] - 45:20, 47:10, 47:15, 47:19, 47:20, 48:1, 51:16, 51:17, 53:21, 65:21, 66:16, 119:4, 127:4, 137:16
**pictured** [1] - 45:13
**pictures** [14] - 41:17, 41:25, 42:17, 43:7, 43:8, 47:9, 47:11, 48:2, 49:14, 53:14, 53:15, 66:24, 82:20
**piece** [2] - 90:15, 141:4
**pieces** [2] - 169:25, 204:16
**pin** [1] - 94:17
**pink** [1] - 150:25
**pinkish** [2] - 152:11, 152:12
**pitch** [1] - 13:22
**PJ** [1] - 74:1
**place** [12] - 14:21, 27:3, 41:24, 99:10, 114:15, 129:9, 130:22, 134:11, 136:14, 144:24, 197:24, 242:17
**placed** [7] - 130:6, 130:11, 131:8, 131:24, 135:9, 136:12, 145:24
**places** [4] - 42:15, 42:22, 44:3, 134:3
**placing** [1] - 134:17
**plain** [3] - 14:13, 31:5, 188:13
**plaintiff** [2] - 165:11, 179:14
**Plaintiff** [2] - 1:5, 1:16
**plaintiff's** [1] - 165:8
**plaintiffs** [1] - 179:10
**plan** [17] - 32:23, 66:23, 70:5, 72:4, 72:12, 90:14, 92:6, 108:7, 108:8, 115:13, 169:21, 207:14, 208:2, 212:1, 212:16, 236:24, 249:19
**planned** [1] - 129:22
**planning** [4] - 84:8, 84:9, 88:11, 95:5
**plans** [3] - 149:21, 149:24
**play** [10] - 34:4, 60:22, 60:24, 91:12, 101:23, 103:4, 179:24, 186:8, 213:18, 213:19
**playbook** [1] - 91:16
**player** [2] - 57:18, 132:5
**players** [1] - 34:24
**plays** [3] - 60:15, 60:21, 216:19
**plead** [2] - 12:23, 17:4
**pleading** [3] - 24:3, 26:10, 31:3
**pleadings** [1] - 183:8
**pleads** [1] - 18:14

**please** [26] - 64:20, 95:2, 95:3, 148:19, 148:21, 149:7, 149:8, 149:9, 150:3, 150:4, 150:5, 150:7, 150:16, 152:10, 152:22, 153:11, 153:12, 212:9, 212:11, 247:14
**pled** [4] - 18:7, 19:4, 23:15, 62:2
**plenty** [3] - 26:2, 187:22, 226:11
**plug** [1] - 121:6
**plumbing** [1] - 97:4
**plummeted** [1] - 58:13
**plummets** [1] - 168:14
**podcast** [1] - 46:6
**point** [82] - 11:13, 23:10, 28:21, 30:9, 30:24, 31:11, 31:19, 33:16, 36:3, 49:12, 64:3, 65:13, 68:4, 70:14, 71:20, 72:10, 72:16, 74:12, 76:6, 90:8, 94:24, 96:3, 96:11, 96:17, 99:3, 100:12, 100:21, 101:11, 112:25, 117:12, 119:6, 119:13, 133:9, 133:24, 144:20, 146:19, 147:10, 147:22, 161:11, 163:18, 166:12, 170:4, 171:10, 179:15, 179:20, 183:18, 189:11, 190:2, 190:9, 190:12, 190:13, 194:10, 194:16, 208:10, 214:6, 215:21, 225:20, 227:18, 229:19, 231:10, 231:11, 231:24, 232:4, 235:5, 235:10, 236:22, 242:12, 244:4, 245:10, 247:15, 248:11, 249:15, 251:16, 252:1, 252:23, 253:1, 254:17
**pointed** [2] - 23:3, 185:17
**pointing** [2] - 194:25, 229:4
**points** [16] - 30:21, 78:14, 100:14, 100:20, 100:22, 113:11, 161:14, 177:1, 206:16, 220:10, 226:9, 229:13, 236:23, 243:22, 249:13
**political** [1] - 50:3
**pony** [1] - 106:14
**Ponzi** [5] - 113:24, 114:2, 114:4, 114:16, 179:11
**pool** [8] - 42:23, 75:13, 75:14, 78:23, 78:24, 131:25, 132:2, 133:8
**popping** [1] - 81:9
**portion** [1] - 201:15
**portions** [1] - 143:9
**position** [21] - 11:22, 12:21, 82:17, 106:5, 123:4, 152:25, 153:2, 174:24, 181:15, 182:2, 210:18, 210:20, 210:22, 212:18, 222:6, 222:8, 244:9, 244:13, 244:15, 245:23
**positions** [2] - 118:22, 177:7
**positive** [2] - 244:6, 244:11
**possession** [2] - 250:2, 250:4

**possibility** [1] - 200:3
**possible** [3] - 15:5, 173:1, 182:14
**post** [17] - 19:10, 44:20, 80:23, 82:2, 105:20, 150:15, 151:15, 151:18, 151:20, 152:6, 185:10, 199:24, 203:8, 213:3, 226:22
**post-arrest** [1] - 199:24
**posted** [4] - 47:16, 47:19, 105:15, 151:12
**poster** [1] - 112:18
**posting** [2] - 69:17, 78:4
**posts** [20] - 19:11, 19:14, 21:1, 44:13, 51:24, 74:11, 74:16, 80:22, 123:10, 124:16, 150:19, 150:20, 156:18, 156:21, 157:25, 158:2, 158:3, 162:21, 207:13
**potential** [3] - 89:6, 103:16, 104:11
**potentially** [4] - 173:11, 173:14, 173:21, 249:5
**power** [1] - 121:12
**practices** [1] - 241:25
**pre** [1] - 130:1
**pre-filtered** [1] - 130:1
**precise** [2] - 69:10, 70:13
**preclude** [19] - 65:4, 75:24, 82:12, 84:2, 84:13, 84:18, 86:3, 86:11, 87:10, 87:13, 87:24, 89:1, 89:4, 89:18, 93:1, 110:5, 110:13, 111:20, 115:18
**precluded** [5] - 92:25, 178:17, 179:9, 228:3, 244:2
**precluding** [3] - 82:22, 109:7, 110:2
**predicated** [1] - 72:13
**predominantly** [1] - 72:13
**prefaced** [1] - 96:24
**prefiled** [1] - 187:13
**pregnant** [2] - 65:20, 66:16
**prejudge** [2] - 73:10, 81:21
**prejudice** [7] - 41:14, 42:5, 43:1, 60:20, 61:25, 63:17, 168:9
**prejudicial** [12] - 45:5, 47:24, 51:22, 62:15, 114:5, 114:14, 145:3, 157:22, 164:22, 172:16, 179:12, 182:6
**preliminary** [1] - 165:22
**prep** [1] - 113:8
**prepared** [5] - 24:9, 145:10, 253:4, 253:6, 254:13
**preponderance** [1] - 56:18
**presence** [5] - 9:14, 204:18, 204:21, 255:10, 255:12
**present** [15] - 29:22, 33:19, 35:13, 79:6, 88:14, 94:19, 108:21, 139:12, 174:19, 190:21, 195:9, 195:15, 230:24,

240:1, 240:2
**presentation** [10] - 5:10, 5:16, 48:14, 52:21, 113:9, 121:5, 148:5, 157:7, 186:13, 214:21
**presented** [5] - 52:17, 52:18, 145:12, 145:17, 179:2
**presenting** [4] - 52:25, 87:21, 158:13, 174:15
**presents** [1] - 42:13
**preserve** [1] - 237:14
**president** [2] - 97:23, 104:7
**PRESIDING** [1] - 1:3
**press** [2] - 94:9, 131:15
**presume** [1] - 91:10
**presumption** [1] - 219:23
**pretending** [1] - 49:16
**PRETRIAL** [1] - 1:10
**pretrial** [3] - 89:9, 89:13, 257:4
**pretty** [7] - 77:2, 82:3, 82:9, 173:18, 180:3, 199:21, 206:16
**prevailing** [1] - 130:24
**prevent** [1] - 99:11
**preventing** [1] - 245:15
**preview** [2] - 48:19, 164:8
**previous** [1] - 168:4
**previously** [5] - 172:7, 200:16, 200:25, 217:24, 219:5
**price** [60] - 10:20, 17:21, 18:3, 22:24, 22:25, 34:22, 59:13, 69:11, 71:16, 72:3, 77:22, 90:6, 90:23, 91:25, 92:3, 92:10, 93:20, 95:24, 96:13, 97:2, 97:7, 97:18, 98:2, 98:15, 98:20, 99:5, 101:6, 101:19, 101:25, 102:1, 102:6, 102:23, 104:1, 104:5, 116:19, 119:22, 123:14, 124:20, 131:1, 131:17, 132:17, 132:22, 137:5, 137:6, 137:7, 137:8, 168:14, 168:21, 169:19, 177:22, 177:25, 185:8, 242:25, 246:3, 246:12, 250:14, 254:19, 254:24
**prices** [2] - 22:11, 249:25
**primarily** [10] - 38:4, 41:10, 54:22, 55:18, 56:11, 141:7, 141:8, 141:23, 148:9, 148:13
**prime** [2] - 146:14, 146:20
**primer** [1] - 161:2
**principle** [2] - 113:21, 129:7
**principles** [3] - 65:14, 83:23, 114:19
**print** [2] - 154:23, 156:12
**printed** [1] - 24:14
**printouts** [1] - 129:23
**prior** [6] - 108:14, 139:10, 198:17, 217:17, 217:18
**prison** [1] - 107:21
**private** [2] - 42:15, 248:14
**privity** [1] - 133:5
**probably** [17] - 5:5, 5:11, 5:12,

5:24, 6:2, 8:23, 108:25, 110:23, 122:18, 128:22, 165:22, 186:23, 191:13, 198:3, 204:7, 240:19, 254:17
**probative** [2] - 41:15, 212:2
**problem** [21] - 6:16, 9:22, 16:11, 28:8, 38:2, 62:10, 63:15, 116:10, 144:4, 155:11, 156:11, 157:2, 157:5, 158:17, 159:10, 166:10, 173:18, 173:22, 210:1, 229:3, 256:9
**problematic** [4] - 48:17, 48:20, 62:5, 142:24
**problems** [4] - 42:24, 82:16, 156:12, 186:14
**proceed** [1] - 8:24
**Proceedings** [1] - 2:6
**PROCEEDINGS** [1] - 3:1
**proceedings** [2] - 3:3, 258:9
**process** [3] - 39:15, 40:2, 133:10
**produce** [2] - 38:23, 39:4
**produced** [4] - 2:6, 31:17, 46:20, 200:17
**production** [1] - 38:10
**professionals** [5] - 110:7, 110:16, 110:21, 111:7, 145:25
**professor** [1] - 233:21
**proffer** [1] - 42:9
**proffered** [2] - 30:8, 242:24
**profit** [10] - 32:14, 32:25, 34:17, 117:9, 118:8, 118:9, 121:25, 147:6, 149:2, 161:17
**profitability** [1] - 34:24
**profitable** [1] - 35:7
**profited** [4] - 42:7, 178:6, 178:9, 235:20
**profits** [29] - 20:11, 20:25, 70:3, 70:4, 70:20, 72:5, 72:12, 72:22, 72:24, 114:22, 115:4, 115:19, 115:25, 116:4, 116:11, 117:1, 119:22, 119:24, 120:14, 122:6, 124:21, 127:8, 137:20, 137:24, 141:10, 161:16, 162:4, 244:9, 246:23
**prohibit** [1] - 99:13
**prohibited** [1] - 217:23
**projecting** [1] - 216:19
**promise** [4] - 5:17, 78:9, 224:17, 256:24
**promote** [1] - 55:25
**promotions** [1] - 251:21
**proof** [2] - 208:14, 223:11
**proper** [5] - 41:12, 167:23, 167:25, 221:8, 254:13
**properly** [3] - 106:7, 168:1, 201:25
**property** [34] - 10:10, 10:19, 11:1, 11:9, 11:11, 11:14, 12:6, 12:7, 12:11, 12:19, 13:6, 13:8,

15:3, 15:24, 16:10, 16:18, 17:1, 17:8, 17:10, 18:21, 19:1, 19:2, 20:14, 23:4, 24:7, 24:17, 26:13, 31:9, 36:7, 82:1, 85:8, 85:14, 211:4
**proposed** [3] - 4:21, 172:18, 210:3
**proposition** [3] - 39:2, 50:21, 70:23
**prosecuted** [1] - 235:23
**prosecution** [1] - 199:7
**prosecutor** [2] - 38:21, 159:2
**prosecutorial** [1] - 86:3
**prosecutors** [1] - 38:23
**prosecutors'** [1] - 86:8
**protocol** [1] - 185:7
**prove** [44] - 10:19, 10:20, 10:21, 11:17, 11:24, 11:25, 12:1, 16:4, 16:14, 16:16, 16:17, 16:20, 16:21, 24:5, 24:6, 44:25, 52:10, 55:17, 67:24, 67:25, 68:1, 68:6, 69:7, 79:18, 79:21, 81:12, 81:16, 81:18, 81:20, 85:7, 93:12, 93:17, 146:22, 147:22, 147:24, 178:21, 179:7, 179:15, 180:18, 186:5, 190:2, 190:4, 190:5, 190:6
**proved** [1] - 10:25
**proven** [3] - 56:18, 180:18, 188:16
**proves** [3] - 189:21, 190:7, 194:5
**provide** [6] - 38:11, 75:17, 173:7, 189:21, 193:10, 230:20
**provided** [5] - 155:17, 176:24, 193:1, 225:3
**provides** [2] - 145:8, 246:25
**providing** [2] - 144:8, 144:9
**province** [1] - 221:8
**proving** [1] - 70:15
**psychiatric** [1] - 227:13
**public** [9] - 12:8, 15:12, 60:22, 75:5, 131:24, 132:12, 158:3, 234:16, 239:3
**publicize** [1] - 242:6
**publicly** [2] - 238:13, 245:23
**published** [2] - 176:25, 247:23
**pull** [7] - 53:3, 129:11, 135:12, 148:19, 197:9, 212:9, 247:13
**pulled** [1] - 138:19
**pulling** [1] - 135:19
**pump** [57] - 13:17, 15:11, 15:23, 21:6, 28:23, 29:1, 29:9, 59:14, 59:25, 69:14, 69:21, 87:23, 88:4, 88:12, 90:1, 92:7, 100:22, 102:24, 107:1, 113:16, 113:18, 114:4, 114:7, 114:8, 114:11, 114:12, 139:14, 167:21, 168:2, 168:6, 168:8, 168:11, 168:16, 168:20, 168:24, 169:3, 170:10,

170:14, 170:17, 171:19, 178:14, 178:16, 178:22, 179:2, 179:4, 179:7, 179:19, 179:22, 180:2, 180:3, 181:1, 216:11, 216:12, 238:9, 250:6, 251:18
**pump-and-dump-type** [1] - 69:14
**pumped** [1] - 114:20, 179:23, 254:24
**pumping** [2] - 90:17, 210:13
**pumps** [1] - 179:25
**pun** [1] - 256:8
**punch** [2] - 124:25, 125:1
**punctuation** [1] - 134:19
**punt** [1] - 76:21
**purchase** [3] - 17:13, 20:8, 134:15
**purchased** [2] - 22:11, 132:20
**purchases** [1] - 91:18
**purchasing** [2] - 245:16, 245:22
**purifies** [1] - 227:22
**purport** [4] - 129:2, 141:18, 222:11, 225:9
**purported** [2] - 48:22, 163:22
**purportedly** [2] - 87:22, 157:24
**purporting** [4] - 129:7, 140:17, 163:9, 228:21
**purports** [6] - 122:13, 122:18, 123:9, 138:12, 225:23, 243:18
**purpose** [8] - 15:7, 26:21, 45:4, 67:18, 69:10, 74:23, 125:21, 158:8
**purposes** [7] - 16:6, 31:21, 132:25, 159:1, 162:3, 195:11, 195:12
**pursuant** [1] - 258:6
**put** [42] - 9:18, 31:14, 48:16, 49:1, 52:3, 58:14, 70:10, 75:3, 83:4, 83:18, 94:3, 101:5, 101:6, 101:7, 106:3, 112:19, 115:13, 118:16, 121:6, 129:1, 134:18, 134:21, 137:23, 140:17, 141:11, 141:17, 148:22, 152:17, 158:1, 160:9, 160:16, 162:14, 165:17, 165:18, 183:13, 187:2, 191:2, 191:19, 211:7, 226:4, 255:14
**puts** [4] - 81:4, 91:22, 96:25, 161:8
**putting** [8] - 8:19, 18:12, 82:19, 93:5, 99:9, 179:16, 192:17, 221:4

## Q

**qualifications** [2] - 8:23, 170:9
**qualified** [5] - 225:6, 225:23, 225:25, 226:4, 230:20
**qualifies** [1] - 225:11

**qualities** [3] - 76:25, 77:7, 77:22
**quantity** [1] - 130:17
**quarters** [2] - 122:9, 123:15
**quasi** [1] - 250:3
**quasi-regulatory** [1] - 250:3
**Quentin** [1] - 1:20
**question** [27] - 8:3, 17:3, 19:22, 76:24, 88:2, 93:21, 109:2, 109:19, 111:8, 113:4, 128:18, 155:15, 166:7, 183:11, 226:3, 229:7, 235:15, 236:18, 237:9, 237:20, 238:1, 238:25, 242:11, 250:17, 253:5
**question-by-question** [1] - 238:25
**questioning** [3] - 86:8, 92:15, 242:20
**questionnaire** [2] - 3:10, 3:18
**questionnaires** [2] - 4:3, 4:4
**questions** [12] - 4:24, 66:5, 147:9, 148:7, 169:10, 171:19, 205:8, 208:22, 208:23, 208:24, 248:20, 255:22
**quick** [7] - 46:2, 48:10, 119:21, 243:21, 253:16, 253:18, 255:18
**quickly** [8] - 7:5, 80:7, 98:24, 131:13, 138:6, 139:10, 163:21, 199:21
**quite** [4] - 6:16, 9:9, 183:12, 242:12
**quote** [4] - 14:22, 16:10, 151:18, 225:6
**quote/unquote** [1] - 241:18
**quoted** [2] - 13:1, 177:4
**quotes** [2] - 154:10, 226:15
**quoting** [1] - 226:14

## R

**rabbit** [1] - 81:9
**radically** [1] - 246:19
**rainforest** [1] - 24:14
**raise** [3] - 96:14, 169:12, 255:9
**raised** [4] - 8:22, 54:23, 159:10, 167:8
**raising** [1] - 113:11
**rally** [1] - 27:6
**ran** [1] - 27:5
**random** [3] - 34:15, 135:17, 153:25
**ranger** [1] - 7:19
**rap** [1] - 54:5
**rapidly** [1] - 59:13
**rarely** [2] - 185:16, 253:6
**rate** [1] - 130:24
**rather** [7] - 43:5, 43:10, 131:24, 135:17, 136:18, 160:19, 205:13
**rationale** [1] - 182:25

**rationally** [1] - 207:17
**Raw** [1] - 46:5
**raw** [1] - 129:12
**RDR** [2] - 2:1, 258:15
**re** [1] - 194:10
**re-urge** [1] - 194:10
**reach** [1] - 219:25
**read** [12] - 15:4, 16:19, 18:18, 20:7, 64:5, 156:16, 159:18, 188:3, 190:18, 191:16, 198:12, 230:1
**readable** [1] - 154:2
**reading** [4] - 18:18, 31:5, 115:16, 225:18
**reads** [1] - 230:13
**ready** [2] - 183:11, 201:9
**real** [9] - 28:23, 29:4, 29:5, 45:4, 46:2, 145:25, 203:9, 255:18
**reality** [1] - 48:7
**realize** [2] - 177:24, 241:5
**realized** [1] - 122:1
**reallege** [2] - 27:16, 27:17
**really** [40] - 9:9, 11:2, 13:21, 21:24, 29:16, 42:9, 44:25, 53:12, 56:5, 56:9, 56:15, 63:17, 64:25, 74:5, 97:15, 98:4, 98:21, 99:24, 102:25, 103:21, 104:21, 138:8, 141:25, 148:5, 154:5, 155:14, 174:17, 178:13, 185:17, 187:11, 190:20, 192:11, 199:23, 206:11, 218:2, 218:19, 226:20, 229:9, 231:4, 244:16
**realm** [1] - 207:9
**Realtime** [1] - 2:1
**realtime** [1] - 207:19
**reams** [6] - 67:14, 69:7, 69:8, 69:9
**reason** [24] - 26:5, 30:6, 43:5, 43:10, 50:9, 51:19, 63:17, 69:1, 73:1, 95:6, 100:9, 110:18, 113:23, 119:3, 121:8, 128:25, 135:11, 179:12, 183:25, 188:7, 188:8, 207:23, 231:23, 249:22
**reasonable** [1] - 179:7
**reasons** [9] - 58:21, 67:2, 73:6, 105:15, 137:18, 141:6, 142:25, 212:4, 243:5
**rebut** [2] - 93:7, 187:18
**recent** [2] - 226:10, 250:8
**recess** [3] - 108:1, 166:21, 257:8
**recessed** [2] - 6:9, 6:10
**recognize** [1] - 172:7
**recommend** [1] - 71:4
**recommendations** [2] - 203:13, 203:14
**recommended** [2] - 53:6, 203:19
**recommending** [1] - 105:21

**record** [14] - 9:17, 9:18, 31:20, 36:6, 156:16, 159:1, 161:17, 211:17, 228:7, 247:12, 252:3, 254:12, 255:22
**recorded** [2] - 2:6, 31:16
**recording** [2] - 34:4
**recordings** [1] - 195:22
**records** [21] - 28:1, 116:1, 125:11, 126:2, 128:16, 132:25, 138:19, 141:12, 146:10, 147:13, 178:11, 215:10, 239:10, 249:6, 251:25, 252:15, 253:6, 253:22, 254:8, 254:11
**recoup** [1] - 84:24
**red** [3] - 137:15, 139:3, 157:4
**redo** [1] - 134:9
**reduce** [1] - 144:18
**reduced** [1] - 3:18
**redundant** [1] - 125:22
**reeducate** [1] - 192:14
**refer** [3] - 158:6, 159:23, 252:21
**reference** [5] - 72:16, 156:22, 166:16, 198:1, 204:16
**referenced** [2] - 81:11, 179:21
**references** [4] - 15:18, 52:12, 116:8, 226:6
**referencing** [2] - 25:19, 53:14
**referring** [5] - 14:23, 26:4, 126:20, 198:10, 210:15
**refers** [3] - 113:24, 175:4, 177:19
**reflect** [1] - 138:5
**reflected** [1] - 135:16
**reflecting** [1] - 62:11
**reflective** [1] - 215:19
**reflects** [2] - 130:6, 140:2
**refuse** [1] - 116:21
**refused** [3] - 38:11, 39:3, 195:6
**regard** [4] - 141:1, 166:6, 188:19, 243:17
**regarding** [7] - 13:15, 17:20, 26:11, 61:12, 173:1, 226:11, 246:3
**regards** [11] - 33:8, 33:23, 34:1, 35:1, 48:18, 51:3, 161:19, 163:7, 182:22, 199:4, 243:22
**registered** [2] - 188:19, 241:23
**regulate** [2] - 111:10, 176:15
**regulated** [2] - 110:15, 231:14
**regulates** [1] - 111:6
**regulation** [3] - 50:12, 174:10, 232:20
**regulations** [5] - 110:15, 220:16, 241:24, 245:1, 245:12
**regulator's** [1] - 52:14
**regulators** [1] - 248:13
**regulatory** [4] - 172:8, 176:13, 248:16, 250:3
**rein** [1] - 241:8
**reindicted** [1] - 23:24

**rejected** [2] - 23:7, 55:23
**relate** [1] - 111:5
**related** [7] - 41:8, 56:11, 155:22, 165:16, 167:21, 173:4, 228:20
**relatedly** [1] - 172:17
**relates** [5] - 9:1, 118:15, 138:7, 168:1, 199:23
**relationship** [1] - 206:4
**release** [1] - 94:9
**relevance** [12] - 41:13, 50:13, 65:23, 108:19, 108:21, 191:25, 212:1, 231:16, 231:22, 235:5, 238:22, 249:12
**relevancy** [1] - 141:9
**relevant** [39] - 33:19, 41:13, 42:6, 48:15, 49:5, 66:17, 70:15, 73:5, 73:6, 74:13, 75:6, 76:11, 83:13, 89:24, 92:8, 94:25, 106:1, 109:20, 115:10, 119:25, 126:2, 163:10, 179:11, 188:8, 189:7, 192:1, 201:6, 211:1, 217:25, 220:20, 223:3, 229:17, 235:7, 237:3, 237:6, 237:10, 240:8, 252:24, 254:9
**reliability** [3] - 55:21, 60:20, 61:6
**reliable** [2] - 169:1, 253:23
**reliance** [1] - 76:11
**relied** [1] - 146:8
**rely** [4] - 76:17, 78:12, 143:4, 228:13
**relying** [2] - 55:18, 146:22
**remainder** [2] - 127:24, 181:4
**remarkable** [1] - 239:20
**remarks** [1] - 96:24
**remember** [10] - 20:17, 37:22, 38:1, 62:19, 124:22, 134:13, 136:22, 154:23, 184:23, 186:1
**remind** [2] - 111:18, 171:17
**remiss** [1] - 123:3
**remove** [1] - 156:1
**removed** [3] - 156:3, 160:12, 161:25
**removing** [1] - 107:1
**render** [1] - 42:1
**rendering** [1] - 125:21
**repackaging** [1] - 23:5
**repeat** [1] - 220:10
**repeated** [1] - 66:2
**repeatedly** [4] - 36:23, 80:22, 107:6, 195:6
**reply** [3] - 9:10, 58:14, 59:5
**report** [19] - 4:10, 4:18, 39:24, 57:22, 84:4, 121:21, 202:18, 211:16, 223:8, 224:2, 224:5, 224:22, 225:1, 225:12, 251:1, 251:5, 251:7, 252:9, 252:13
**reported** [1] - 258:9
**Reported** [1] - 2:1

**Reporter** [2] - 2:1, 2:6
**REPORTER'S** [1] - 1:11
**reporting** [2] - 57:19, 128:12
**reports** [14] - 38:17, 38:22, 39:14, 39:24, 75:19, 111:15, 122:25, 214:11, 223:6, 252:10, 252:18, 253:4, 253:12, 254:13
**represent** [4] - 122:13, 136:18, 163:9, 164:24
**representation** [2] - 77:17, 78:8
**representations** [1] - 71:2
**represented** [1] - 81:22
**representing** [3] - 122:3, 129:16, 137:14
**represents** [3] - 140:19, 158:3, 217:8
**reputation** [2] - 36:21, 67:25
**request** [9] - 9:17, 35:16, 39:5, 132:24, 193:10, 195:7, 195:8, 195:14
**requested** [3] - 8:11, 38:12, 204:18
**requesting** [2] - 140:23, 217:22
**requests** [1] - 204:14
**require** [2] - 14:11, 31:4
**required** [9] - 24:5, 24:6, 35:4, 57:22, 82:15, 125:19, 160:18, 172:21, 193:8
**requirement** [8] - 37:5, 37:10, 175:13, 176:7, 176:8, 176:17, 216:21
**requirements** [4] - 31:3, 37:2, 37:13, 231:12
**requires** [3] - 146:17, 172:13, 211:3
**requiring** [1] - 179:13
**reserve** [7] - 90:8, 90:18, 94:19, 96:10, 163:20, 255:6, 255:8
**Resources** [1] - 227:21
**respect** [6] - 42:16, 53:14, 53:15, 166:23, 184:3, 185:7
**respectfully** [1] - 140:22
**respectively** [1] - 158:4
**respond** [6] - 14:1, 98:23, 118:13, 148:3, 170:2, 230:1
**responded** [1] - 122:5
**response** [9] - 15:22, 16:12, 16:13, 16:14, 25:13, 66:4, 70:2, 144:6
**responses** [2] - 3:10, 73:19
**responsibility** [1] - 70:6
**responsible** [4] - 13:17, 90:10, 92:6, 94:18
**rest** [5] - 36:21, 53:17, 73:5, 76:13, 220:4
**restricting** [3] - 218:5, 218:25, 219:4
**result** [6] - 10:22, 11:18, 13:19, 14:15, 57:25, 140:25
**results** [1] - 168:13

**retail** [1] - 242:5
**return** [1] - 4:1
**retweeting** [1] - 63:14
**reus** [3] - 134:16, 138:5, 141:16
**reverse** [2] - 94:4, 131:5
**reversed** [1] - 30:12
**reversible** [1] - 143:17
**review** [4] - 38:13, 38:23, 39:6, 253:18
**reviewed** [3] - 55:16, 146:1, 168:4
**revised** [2] - 121:21, 136:9
**REYES** [22] - 73:24, 117:7, 163:6, 163:15, 163:18, 164:1, 164:5, 164:15, 209:20, 210:1, 210:6, 211:13, 213:7, 214:1, 215:14, 217:3, 217:6, 219:12, 219:16, 219:18, 219:22, 220:1
**Reyes** [6] - 1:19, 74:1, 117:7, 163:4, 212:13, 219:11
**Rhonda** [2] - 3:21, 4:7
**rhythm** [1] - 140:3
**Ricky** [1] - 49:3
**RickyBobby** [2] - 48:12, 49:10
**rid** [1] - 136:10
**ridiculous** [2] - 33:14, 156:8
**right** [142] - 3:7, 3:15, 10:5, 10:9, 10:23, 12:1, 12:22, 13:25, 16:22, 17:3, 17:22, 18:9, 19:10, 20:6, 20:19, 21:17, 22:8, 23:6, 25:11, 28:14, 29:11, 33:2, 37:19, 40:25, 45:20, 51:4, 51:16, 53:11, 54:18, 65:11, 67:6, 67:19, 71:14, 75:18, 78:4, 78:21, 83:16, 84:1, 84:21, 85:1, 85:17, 87:11, 88:25, 90:8, 90:18, 93:10, 93:11, 94:19, 96:10, 97:3, 97:6, 97:20, 100:12, 100:15, 101:7, 102:14, 104:13, 105:3, 105:9, 105:20, 107:17, 107:25, 108:17, 109:17, 109:24, 111:17, 111:19, 112:11, 113:14, 113:17, 117:20, 118:2, 121:15, 121:19, 123:21, 126:9, 131:5, 136:1, 136:14, 136:25, 139:14, 140:13, 141:3, 143:13, 150:23, 151:7, 152:17, 161:8, 162:17, 162:22, 163:20, 164:16, 166:22, 167:2, 170:8, 171:14, 171:22, 174:13, 177:9, 177:10, 177:23, 178:5, 180:24, 181:5, 182:7, 187:5, 187:11, 188:3, 190:11, 192:25, 194:18, 198:15, 198:24, 199:1, 199:8, 200:7, 200:18, 213:7, 215:12, 216:5, 217:14, 218:15, 219:7, 219:17, 222:15, 223:23, 224:8, 224:16, 224:19, 227:18, 227:24, 235:1, 237:4, 241:22,

243:16, 248:3, 248:14, 251:8, 252:13, 255:16, 256:6
**right-hand** [1] - 123:21
**righteous** [1] - 87:7
**rigor** [1] - 169:6
**riot/one** [1] - 7:19
**rip** [1] - 81:24
**rise** [4] - 177:8, 177:22, 226:12, 239:20
**risk** [2] - 212:19, 212:21
**road** [8] - 81:3, 84:24, 85:2, 85:4, 104:11, 118:19, 140:15, 227:5
**rob** [5] - 14:9, 16:10, 25:3, 27:13, 211:8
**robbery** [2] - 198:8, 200:23
**robbing** [10] - 21:17, 27:8, 30:25, 31:24, 32:19, 34:11, 36:24, 43:24, 62:12
**rocket** [1] - 101:24
**role** [2] - 49:21, 208:18
**Rolling** [2] - 54:12, 54:13
**room** [10] - 5:6, 24:21, 24:23, 25:17, 25:22, 26:3, 35:11, 93:24, 94:2, 143:4
**root** [1] - 35:4
**Rosen** [22] - 1:20, 9:12, 10:5, 23:3, 23:14, 31:13, 41:5, 116:3, 117:8, 117:18, 129:17, 141:5, 141:21, 148:14, 151:24, 154:8, 158:20, 167:9, 170:12, 247:10, 247:16, 255:20
**ROSEN** [42] - 10:6, 12:2, 13:2, 26:9, 27:24, 28:6, 28:17, 55:3, 55:9, 55:13, 57:12, 60:7, 64:12, 64:15, 64:18, 87:18, 88:8, 116:4, 141:22, 145:20, 145:23, 154:12, 154:16, 154:22, 155:2, 155:6, 155:8, 156:5, 156:10, 156:13, 167:13, 243:21, 243:25, 251:10, 253:3, 253:14, 253:24, 254:20, 255:4, 255:6, 255:12, 255:15
**Rosen's** [1] - 16:13
**rough** [1] - 60:10
**roughly** [2] - 123:13, 139:18
**route** [2] - 131:20, 132:12
**routed** [7] - 131:12, 131:13, 131:17, 132:4, 132:5, 133:3, 134:4
**routes** [1] - 133:7
**routinely** [2] - 72:22, 146:23
**rows** [8] - 136:16, 142:8, 155:18, 157:2, 157:4, 157:6, 157:10, 157:13
**RSI** [1] - 26:17
**rub** [1] - 226:21
**rubbing** [1] - 52:13
**ruined** [1] - 36:20
**Rule** [4] - 67:23, 145:9, 158:8,

186:12
**rule** [12] - 13:20, 37:3, 50:12, 55:24, 86:18, 120:13, 144:4, 225:17, 229:9, 230:15, 241:25, 247:24
**ruled** [5] - 13:24, 108:3, 179:1, 204:11, 220:6
**rules** [9] - 74:10, 81:3, 106:8, 140:14, 145:4, 222:19, 231:12, 231:19, 245:18
**ruling** [10] - 79:13, 81:2, 81:14, 90:25, 91:2, 164:20, 204:11, 227:24, 237:17, 250:13
**run** [2] - 119:22, 221:3
**run-up** [1] - 119:22
**Russian** [3] - 101:21, 102:11, 102:15
**Rybarczyk** [16] - 9:6, 24:24, 26:16, 42:16, 42:21, 50:22, 55:15, 58:4, 59:9, 60:8, 122:4, 129:17, 149:24, 150:9, 150:21, 199:18
**Rybarczyk's** [4] - 41:1, 54:19, 150:18, 167:9

**S**

**S** [3] - 1:3, 1:20, 130:19
**Sabo** [4] - 48:12, 48:23, 160:14, 160:16
**Sabo's** [2] - 49:9, 160:13
**said** [62] - 3:12, 11:16, 17:4, 25:6, 25:10, 31:13, 35:5, 36:25, 37:23, 38:3, 44:25, 66:3, 68:20, 73:17, 73:18, 78:11, 79:9, 79:11, 88:24, 89:16, 94:13, 95:20, 95:22, 98:21, 99:6, 103:12, 103:14, 104:7, 105:5, 105:9, 107:7, 110:24, 113:5, 117:8, 117:18, 119:18, 124:20, 128:14, 143:24, 146:10, 148:11, 163:10, 163:14, 165:25, 172:7, 174:1, 177:2, 186:17, 189:3, 194:17, 210:13, 211:24, 222:14, 224:1, 235:22, 236:8, 236:23, 246:25, 247:11, 252:16
**sale** [3] - 134:16, 246:11, 246:17
**sales** [9] - 57:23, 80:23, 82:3, 88:18, 88:19, 125:7, 172:11, 173:23
**same** [47] - 7:20, 8:3, 12:15, 18:2, 20:9, 30:18, 34:7, 37:9, 40:6, 47:12, 48:2, 58:5, 58:7, 59:2, 62:20, 68:24, 68:25, 106:15, 106:16, 113:17, 113:22, 125:15, 127:24, 138:23, 155:9, 167:3, 167:7, 167:8, 169:14, 169:25, 179:25,

184:19, 185:6, 191:1, 192:7, 192:15, 198:20, 200:14, 207:3, 207:13, 208:1, 209:3, 209:7, 241:21, 245:6, 245:17, 253:2
**sandwiches** [1] - 44:18
**Sapphire** [1] - 57:1
**Sauce** [3] - 60:10, 60:14, 60:25
**save** [1] - 141:10
**savory** [1] - 53:16
**saw** [8] - 19:14, 93:14, 94:12, 106:19, 203:7, 204:3, 208:12, 238:22
**say** [148] - 4:10, 5:25, 6:15, 13:6, 17:15, 17:21, 23:17, 24:18, 24:20, 25:7, 27:10, 27:12, 27:13, 28:12, 29:6, 31:15, 31:18, 31:23, 33:12, 36:23, 42:9, 44:20, 47:18, 48:4, 52:8, 60:25, 69:20, 70:2, 70:25, 71:8, 71:11, 73:3, 74:4, 74:21, 75:8, 75:9, 75:12, 78:3, 79:5, 79:7, 79:10, 84:22, 85:12, 85:13, 85:14, 85:18, 88:14, 92:20, 96:12, 97:3, 97:6, 97:21, 99:2, 100:7, 102:4, 102:9, 103:4, 103:19, 104:3, 105:25, 106:15, 107:19, 109:19, 110:22, 114:20, 116:1, 116:2, 116:11, 117:13, 117:21, 119:6, 123:25, 130:25, 131:19, 132:15, 134:6, 134:25, 138:17, 140:12, 142:7, 142:8, 143:7, 144:9, 144:15, 150:9, 154:17, 154:21, 158:2, 159:21, 160:6, 161:7, 161:10, 163:13, 163:15, 169:17, 172:24, 173:10, 173:13, 177:21, 184:4, 184:5, 186:2, 189:1, 193:14, 194:19, 203:15, 208:9, 208:11, 222:5, 222:12, 222:13, 228:11, 228:12, 228:15, 228:22, 230:10, 230:11, 230:13, 231:19, 232:1, 232:9, 232:20, 232:23, 233:1, 233:2, 233:10, 233:15, 233:25, 234:2, 234:13, 235:16, 236:17, 238:10, 239:25, 240:24, 241:4, 242:16, 246:11, 247:21, 250:13, 252:4, 254:16, 254:22, 256:1, 256:25
**saying** [74] - 8:3, 13:11, 23:9, 28:16, 32:24, 35:6, 35:9, 50:16, 50:17, 52:14, 57:14, 59:10, 61:15, 71:22, 72:3, 73:21, 74:12, 75:9, 75:11, 75:13, 76:7, 76:17, 76:18, 78:15, 78:23, 79:15, 79:19, 79:20, 79:21, 80:4, 82:2, 82:25, 83:10, 85:11, 92:22, 95:8, 95:12, 95:14, 96:18, 97:13, 98:9, 98:10, 98:14, 101:5, 101:22, 105:18,

114:11, 117:21, 120:7, 122:5, 131:9, 133:25, 154:10, 156:23, 156:25, 163:18, 179:10, 212:15, 216:8, 221:13, 221:17, 221:23, 223:10, 226:14, 234:9, 236:7, 236:12, 236:13, 243:8, 244:5, 249:19, 252:5, 254:4, 254:5
**says** [56] - 20:14, 23:22, 26:14, 26:16, 27:12, 27:14, 33:21, 35:15, 43:13, 47:15, 48:11, 54:5, 57:6, 60:12, 62:18, 64:5, 67:24, 77:24, 78:4, 82:7, 84:17, 112:20, 114:7, 121:25, 123:1, 123:21, 123:24, 124:10, 124:11, 124:17, 130:5, 130:11, 131:11, 131:12, 134:24, 142:22, 151:5, 152:6, 152:17, 153:19, 153:22, 154:20, 154:22, 159:18, 164:18, 168:20, 177:6, 181:14, 188:3, 205:19, 212:19, 215:17, 224:6, 224:23, 228:13, 232:21
**scale** [1] - 244:8
**scalp** [1] - 119:21
**scalpers** [3] - 62:21, 63:6, 63:7
**scenario** [1] - 244:17
**scenes** [1] - 69:22
**scheme** [47] - 12:3, 12:5, 14:9, 14:12, 14:15, 15:8, 16:23, 17:2, 19:3, 20:4, 28:24, 52:3, 53:7, 82:14, 82:15, 83:2, 83:3, 83:8, 83:11, 83:18, 87:23, 100:14, 100:17, 100:19, 113:25, 114:2, 114:4, 114:16, 119:17, 120:8, 138:20, 168:21, 179:11, 180:2, 192:7, 210:11, 210:12, 210:21, 213:4, 216:10, 216:23, 234:14, 238:10, 245:8, 245:11
**schemes** [1] - 69:15
**scheming** [1] - 26:13
**school** [1] - 121:14
**science** [2] - 101:25, 119:18
**scope** [9] - 47:1, 198:19, 198:21, 209:8, 210:22, 211:10, 211:19, 216:9, 249:4
**Scott** [1] - 1:16
**Scout** [1] - 68:21
**screen** [7] - 60:7, 121:7, 133:19, 138:11, 152:15, 153:5, 158:20
**screenshot** [1] - 46:7
**scroll** [2] - 136:2, 138:11
**search** [2] - 15:5, 38:17
**searching** [1] - 168:5
**seated** [2] - 3:6, 166:22
**SEC** [46] - 23:10, 24:3, 24:4, 24:5, 24:10, 44:16, 44:21, 48:18, 49:13, 49:15, 50:6, 50:7, 50:11, 50:16, 50:18, 52:7, 52:8, 52:12, 53:15, 54:1, 91:15, 99:7,

168:11, 171:4, 173:2, 174:9, 174:19, 174:21, 174:23, 176:12, 176:14, 176:20, 176:23, 176:25, 201:6, 241:24, 245:11, 247:23, 250:2, 250:3, 250:8, 251:1, 251:5, 251:7, 252:21
**SEC's** [12] - 47:16, 84:4, 84:6, 174:16, 174:25, 175:12, 176:11, 177:4, 177:9, 177:23, 178:2, 250:21
**second** [14] - 9:5, 10:7, 62:21, 73:25, 87:19, 99:8, 156:17, 177:6, 199:16, 214:2, 234:23, 244:25, 246:18, 246:19
**Second** [1] - 23:10
**secondly** [1] - 202:16
**seconds** [4] - 71:18, 85:20, 122:14, 122:16
**secret** [7] - 165:6, 165:10, 165:11, 166:1, 166:3, 166:4, 190:25
**secretary** [1] - 15:5
**Section** [1] - 258:7
**securities** [22] - 20:9, 21:6, 23:8, 23:13, 110:7, 110:14, 110:16, 110:21, 114:13, 116:13, 116:14, 134:16, 181:20, 181:21, 184:3, 188:18, 193:19, 201:20, 220:16, 231:14, 232:21, 251:17
**Securities** [1] - 49:19
**security** [4] - 168:22, 174:24, 174:25, 177:7
**see** [62] - 9:14, 17:19, 29:8, 46:16, 48:15, 50:10, 50:18, 64:24, 65:3, 75:5, 77:11, 78:15, 78:17, 78:18, 79:5, 80:12, 81:4, 92:13, 96:16, 100:24, 101:3, 102:17, 104:18, 122:25, 123:7, 124:6, 124:10, 124:13, 125:9, 127:19, 130:14, 130:15, 131:12, 133:16, 136:1, 138:8, 139:6, 150:17, 151:3, 151:8, 151:12, 152:6, 152:16, 152:20, 153:3, 153:6, 153:16, 158:20, 160:5, 166:15, 168:4, 189:6, 189:25, 207:22, 209:23, 232:4, 234:1, 241:1, 253:19, 256:25
**seeing** [2] - 21:15, 152:13
**seek** [2] - 50:24, 251:14
**seeking** [8] - 15:11, 15:23, 16:8, 80:25, 86:20, 87:9, 250:10, 251:6
**seeks** [3] - 48:6, 48:8, 80:19
**seem** [1] - 139:12
**seemingly** [1] - 71:5
**seems** [3] - 6:20, 49:24, 173:18
**seen** [10] - 54:13, 65:7, 76:2, 81:21, 202:1, 216:13, 225:14,

228:7, 234:9, 249:21
**selection** [3] - 4:2, 4:8, 4:14
**selection's** [1] - 4:6
**self** [3] - 70:18, 81:11, 248:16
**self-regulatory** [1] - 248:16
**self-serving** [2] - 70:18, 81:11
**sell** [39] - 19:9, 26:20, 28:11, 28:13, 28:15, 29:2, 29:15, 61:24, 69:12, 69:24, 71:5, 71:18, 73:18, 82:4, 82:10, 100:10, 113:20, 130:15, 130:24, 131:3, 131:6, 131:9, 132:17, 132:21, 132:22, 133:13, 136:15, 136:25, 157:4, 172:12, 172:14, 173:11, 175:11, 214:17, 215:18, 244:14, 246:24
**sellers** [1] - 187:3
**selling** [32] - 14:19, 15:14, 19:4, 20:9, 21:17, 22:25, 26:24, 27:7, 30:18, 57:19, 72:2, 85:20, 95:15, 96:19, 99:4, 113:20, 119:15, 130:12, 131:5, 139:19, 140:4, 141:16, 161:20, 173:9, 175:19, 209:3, 212:17, 215:7, 244:12, 244:24, 255:2
**sells** [7] - 22:21, 82:8, 105:20, 139:25, 140:20, 161:2, 162:19
**send** [2] - 133:7, 133:8
**sending** [1] - 119:16
**sense** [4] - 64:17, 160:21, 180:3, 193:4
**sensitive** [1] - 6:8
**sent** [3] - 3:9, 97:2, 224:22
**sentence** [6] - 70:13, 107:22, 110:11, 111:23, 177:6
**sentences** [2] - 21:8, 177:20
**sentencing** [3] - 89:6, 107:23, 108:3
**sentiment** [1] - 36:14
**separate** [2] - 24:21, 46:20
**separately** [1] - 56:7
**September** [3] - 46:16, 148:24
**sequence** [3] - 74:7, 80:18, 151:14
**series** [3] - 86:15, 137:3, 251:17
**serious** [1] - 39:13
**seriously** [2] - 6:1, 191:15
**serve** [1] - 63:16
**serves** [3] - 45:4, 63:3, 158:8
**services** [2] - 132:6, 134:5
**serving** [2] - 70:18, 81:11
**set** [7] - 19:8, 91:25, 116:6, 133:22, 149:3, 237:24, 254:11
**sets** [2] - 151:21, 255:23
**seven** [7] - 5:14, 6:19, 24:16, 25:21, 26:4, 136:13, 184:16
**several** [6] - 20:12, 91:21, 135:17, 177:20, 191:12, 220:12
**shades** [1] - 153:10

**shall** [1] - 224:9
**share** [3] - 10:20, 169:2, 176:9
**Shares** [1] - 124:17
**shares** [48] - 14:19, 15:15, 19:9, 22:11, 26:20, 26:24, 29:1, 57:20, 61:16, 69:16, 69:24, 91:20, 91:21, 94:5, 94:6, 95:17, 120:10, 123:12, 130:18, 131:8, 131:16, 132:11, 132:17, 132:20, 133:12, 133:14, 133:15, 134:4, 135:9, 137:5, 137:6, 137:11, 149:1, 149:13, 167:18, 168:18, 175:19, 176:1, 176:3, 176:4, 211:18, 214:24, 215:23
**sharks** [1] - 79:1
**she** [32] - 28:9, 28:10, 28:11, 121:24, 122:7, 122:8, 122:18, 122:19, 123:9, 123:15, 124:19, 124:20, 125:22, 128:8, 128:21, 129:7, 135:22, 136:14, 136:18, 141:9, 143:23, 144:16, 156:24, 159:21, 161:9, 161:12, 161:15, 234:21, 234:22
**she'll** [2] - 118:20, 128:22
**she's** [9] - 144:8, 144:15, 145:14, 161:9, 161:12, 161:17, 162:1, 235:2
**shed** [1] - 198:3
**sheet** [1] - 160:1
**sheets** [1] - 146:10
**shell** [1] - 179:10
**shield** [1] - 66:8
**shift** [3] - 9:1, 64:21, 220:2
**short** [11] - 3:10, 63:7, 63:8, 72:2, 103:20, 107:25, 119:1, 122:12, 130:13, 130:14, 138:13
**short-circuit** [1] - 103:20
**shorten** [2] - 148:12, 186:18
**shorter** [1] - 197:4
**shorting** [1] - 130:12
**shortly** [1] - 115:22
**shot** [2] - 45:18, 244:16
**should** [85] - 6:8, 13:12, 29:21, 34:14, 34:16, 36:16, 36:17, 36:18, 44:4, 48:4, 51:19, 55:22, 62:6, 65:3, 66:9, 70:4, 70:5, 71:23, 72:4, 72:5, 75:7, 75:23, 75:24, 82:12, 83:3, 83:17, 84:2, 84:13, 86:2, 87:8, 87:13, 88:2, 88:13, 88:25, 89:4, 89:12, 90:14, 90:16, 93:1, 105:18, 107:8, 109:3, 110:5, 110:13, 111:20, 112:13, 114:15, 140:24, 142:19, 150:9, 160:18, 170:7, 172:20, 173:15, 176:12, 176:24, 178:17, 179:2, 180:7, 180:11, 180:13, 180:14, 180:19, 182:2, 182:4, 186:5, 193:20, 198:2, 201:22, 202:3,

202:10, 202:21, 222:24,
222:25, 223:1, 228:3, 231:8,
236:25, 243:15, 247:25,
249:20, 250:22, 253:2
**shouldn't** [12] - 63:18, 113:15,
117:22, 180:9, 190:14, 204:23,
222:16, 227:24, 232:16,
233:18, 235:8, 244:7
**Show** [1] - 36:19
**show** [36] - 29:22, 48:6, 56:1,
66:24, 67:18, 67:19, 68:1,
81:23, 84:21, 94:20, 96:6,
106:14, 108:18, 111:15, 129:3,
136:6, 138:7, 138:10, 139:3,
139:23, 147:23, 148:17,
151:23, 152:22, 153:3, 153:6,
153:8, 153:24, 155:12, 163:1,
168:25, 184:6, 189:16, 215:11,
245:18, 254:10
**showed** [1] - 124:9
**showing** [6] - 17:7, 43:7,
116:18, 134:10, 152:11, 250:4
**shown** [6] - 117:16, 214:10,
218:4, 219:6, 231:4, 250:22
**shows** [13] - 18:15, 36:6, 46:22,
49:14, 104:23, 125:5, 132:3,
147:16, 148:23, 148:25,
187:20, 213:3, 213:4
**shut** [1] - 233:24
**sic** [1] - 165:17
**Side** [1] - 130:11
**side** [13] - 5:11, 7:16, 7:20, 8:6,
45:15, 79:6, 86:22, 191:20,
191:22, 215:2, 230:3, 230:12,
236:4
**sidebars** [1] - 196:24
**sides** [8] - 34:25, 42:23, 106:2,
166:6, 191:22, 230:9, 240:16,
240:22
**sign** [3] - 3:25, 8:7, 41:21
**signals** [1] - 74:11
**signed** [2] - 40:9, 40:10
**significance** [1] - 125:3
**similar** [4] - 63:23, 84:20, 179:2,
193:3
**similarly** [1] - 180:11
**simple** [3] - 14:13, 159:8, 169:3
**simplest** [1] - 201:10
**simplify** [1] - 255:13
**simplistic** [1] - 165:15
**simply** [26] - 12:7, 13:7, 23:5,
26:8, 27:19, 30:1, 36:8, 56:20,
60:22, 92:9, 142:7, 142:8,
145:1, 147:25, 178:22, 179:14,
179:22, 244:6, 245:2, 245:5,
246:7, 246:25, 247:5, 251:16,
252:9
**simultaneously** [3] - 153:13,
154:15, 156:9
**since** [6] - 25:24, 90:14, 128:13,

156:3, 192:19, 242:23
**singing** [1] - 61:13
**single** [11] - 22:23, 27:12,
27:14, 121:22, 135:8, 145:8,
146:2, 146:6, 185:1, 216:21,
249:10
**sir** [2] - 211:13, 228:5
**sit** [4] - 5:3, 190:16, 190:18,
226:25
**site** [1] - 74:10
**sitting** [2] - 24:13, 50:16
**situated** [1] - 4:18
**six** [7] - 20:20, 33:11, 136:13,
184:10, 211:18, 213:2, 215:23
**Sixth** [3] - 143:12, 145:5,
146:16
**Size** [2] - 126:17, 127:6
**size** [2] - 130:16, 150:12
**skip** [1] - 75:19
**skipped** [2] - 89:9, 199:14
**skyrocket** [1] - 59:21
**skyrocketing** [1] - 59:22
**slang** [1] - 114:11
**sleight** [1] - 154:13
**slip** [1] - 232:2
**slots** [1] - 30:16
**slow** [1] - 6:21
**slowly** [1] - 244:8
**smacks** [1] - 91:2
**small** [3] - 56:20, 72:21, 154:23
**snapshots** [1] - 253:16
**Snoop** [1] - 54:5
**so** [328] - 3:8, 3:16, 4:4, 4:17,
6:1, 7:25, 8:21, 9:16, 10:15,
11:2, 11:18, 12:12, 14:19, 16:2,
16:10, 16:20, 16:23, 17:3,
17:14, 18:10, 19:17, 19:21,
20:3, 20:10, 20:21, 21:23,
21:24, 23:25, 24:9, 25:15,
27:16, 28:11, 28:19, 29:18,
31:18, 35:21, 37:13, 38:3, 41:8,
42:10, 43:7, 43:16, 44:6, 45:7,
45:9, 46:9, 46:10, 49:7, 50:4,
50:15, 50:24, 51:18, 52:12,
53:6, 54:14, 57:2, 57:11, 57:23,
58:6, 58:9, 58:17, 59:4, 60:5,
60:9, 62:23, 65:2, 66:23, 67:10,
67:17, 68:20, 69:5, 69:11,
69:13, 69:24, 70:1, 70:16, 71:7,
71:20, 71:25, 73:3, 73:5, 73:20,
75:2, 76:12, 76:20, 77:5, 77:15,
77:20, 78:7, 78:8, 79:23, 80:21,
81:8, 82:18, 83:1, 83:9, 83:17,
84:19, 86:18, 86:23, 88:13,
89:16, 90:3, 90:13, 91:1, 91:8,
95:4, 95:16, 98:24, 99:2, 99:5,
99:14, 100:1, 102:4, 102:24,
104:14, 105:9, 106:21, 109:25,
110:9, 110:22, 111:7, 113:20,
113:22, 114:5, 116:14, 117:19,

118:12, 118:15, 118:22,
119:20, 119:24, 120:15,
120:20, 121:17, 123:5, 123:15,
123:25, 124:6, 125:12, 125:14,
125:20, 126:10, 126:15, 127:3,
127:6, 127:12, 127:15, 127:18,
129:6, 129:22, 129:24, 130:14,
130:17, 130:19, 131:3, 131:5,
131:7, 132:14, 132:23, 133:2,
133:13, 134:8, 134:12, 135:11,
135:15, 135:21, 135:25,
136:12, 137:24, 140:11, 142:6,
143:9, 144:1, 144:12, 144:23,
145:20, 146:3, 148:17, 148:24,
149:10, 149:12, 149:15,
149:18, 150:2, 150:7, 150:8,
150:13, 150:14, 151:11,
151:12, 151:16, 151:21, 152:5,
153:6, 154:8, 154:22, 155:14,
155:19, 156:23, 158:23, 160:9,
160:11, 161:17, 165:1, 165:9,
165:14, 165:16, 166:5, 166:12,
166:13, 167:9, 168:25, 169:9,
169:21, 169:23, 170:6, 171:12,
171:19, 172:23, 173:5, 173:15,
174:6, 174:18, 174:19, 174:23,
175:14, 175:19, 175:25, 176:2,
176:21, 178:12, 178:15,
178:22, 179:22, 180:5, 181:10,
181:22, 182:2, 182:14, 182:25,
183:15, 184:16, 185:7, 185:21,
185:23, 186:8, 187:3, 189:13,
189:15, 189:17, 189:24, 190:4,
190:12, 190:14, 190:20, 191:7,
191:24, 192:9, 192:17, 193:6,
193:8, 194:4, 196:24, 199:20,
200:9, 200:25, 203:17, 205:13,
206:11, 206:19, 206:22, 207:2,
207:20, 207:23, 209:1, 209:10,
210:3, 210:19, 210:25, 211:9,
211:14, 212:12, 213:2, 213:15,
213:21, 214:20, 218:9, 218:13,
219:20, 221:3, 221:17, 223:17,
225:24, 227:8, 228:2, 228:15,
229:1, 229:8, 230:5, 230:11,
230:13, 231:2, 231:10, 231:21,
231:25, 233:4, 233:11, 236:2,
237:8, 237:19, 238:13, 240:13,
240:16, 240:25, 241:7, 241:18,
243:12, 247:19, 250:24, 251:3,
251:23, 252:23, 253:12,
256:12, 257:1
**so-called** [2] - 91:8, 146:3
**so..** [3] - 19:24, 54:6, 197:14
**social** [18] - 20:7, 21:5, 41:18,
51:25, 52:19, 80:17, 202:22,
202:23, 203:2, 203:24, 207:13,
208:8, 242:6, 248:24, 249:8,
251:21, 252:20, 254:14
**sold** [24] - 69:16, 73:4, 118:6,
123:12, 124:17, 136:22,

136:23, 139:13, 139:14, 149:2,
169:18, 210:14, 210:17,
210:20, 211:1, 211:16, 211:18,
213:1, 215:7, 215:20, 222:24,
244:7
**sole** [1] - 93:11
**solely** [3] - 41:25, 55:14, 137:20
**solve** [1] - 166:10
**some** [100] - 3:11, 4:20, 5:23,
11:22, 16:15, 19:16, 30:9,
39:13, 41:18, 43:17, 45:21,
50:11, 57:21, 58:2, 63:4, 66:25,
68:12, 68:13, 71:13, 74:2, 75:3,
76:6, 79:24, 83:1, 92:5, 94:13,
94:15, 94:17, 97:12, 97:21,
97:22, 98:3, 101:14, 105:4,
108:19, 109:19, 110:16, 114:8,
116:19, 119:1, 129:23, 134:24,
140:14, 142:3, 146:20, 147:14,
158:23, 160:20, 167:20,
170:23, 172:8, 173:11, 174:9,
174:10, 175:8, 175:9, 176:6,
179:8, 180:3, 183:18, 184:6,
185:2, 185:3, 185:11, 185:15,
188:17, 189:15, 192:1, 192:3,
198:4, 200:22, 203:25, 205:23,
206:15, 207:8, 208:2, 208:14,
214:17, 218:10, 219:25,
220:10, 229:15, 237:10,
238:25, 239:1, 240:3, 240:9,
240:23, 241:8, 241:9, 241:12,
250:7, 251:11, 251:14, 257:1
**somebody** [20] - 3:12, 7:23,
19:10, 22:7, 24:7, 25:18, 28:4,
28:5, 71:5, 78:11, 81:18, 91:11,
96:5, 98:3, 108:23, 131:3,
133:12, 134:23, 180:19, 235:6
**somebody's** [1] - 66:15
**somehow** [4] - 66:16, 73:4,
96:13, 245:20
**someone** [17] - 34:5, 53:15,
57:14, 62:1, 78:1, 81:19,
108:18, 109:4, 116:17, 167:22,
180:16, 203:6, 205:19, 216:22,
222:24, 222:25, 225:12
**someone's** [1] - 108:13
**something** [59] - 16:3, 26:3,
34:15, 47:1, 51:8, 57:22, 64:5,
66:12, 66:20, 72:5, 76:19,
77:25, 80:8, 85:1, 85:19, 88:19,
93:18, 105:10, 109:16, 114:11,
133:24, 136:20, 138:14,
158:14, 159:15, 159:19, 160:6,
160:10, 162:8, 163:5, 165:14,
166:13, 167:6, 173:10, 179:4,
179:15, 186:1, 196:4, 198:8,
204:20, 207:4, 210:14, 219:11,
220:23, 221:6, 221:11, 222:14,
225:15, 227:15, 228:4, 228:7,
235:24, 238:20, 239:8, 243:8,

246:17, 248:22, 252:21, 254:5
**sometimes** [3] - 119:21, 191:5,
204:22
**somewhat** [1] - 196:5
**somewhere** [3] - 5:2, 45:24,
109:1
**Sonar** [3] - 249:5, 251:2, 251:12
**song** [1] - 54:5
**sonogram** [1] - 65:21
**soon** [1] - 129:18
**sophisticated** [1] - 110:16
**sorry** [11] - 38:16, 54:25,
119:15, 126:23, 136:9, 139:1,
151:1, 152:8, 183:1, 197:11,
222:2
**sort** [43] - 42:23, 44:17, 56:5,
56:6, 56:8, 56:21, 57:8, 59:12,
62:10, 62:13, 62:22, 63:22,
65:14, 80:17, 80:19, 81:3,
83:23, 84:20, 88:4, 94:16, 99:9,
101:15, 104:12, 113:13,
114:11, 124:8, 124:22, 129:15,
134:6, 146:5, 168:19, 217:12,
220:10, 223:11, 226:20, 227:3,
231:15, 241:12, 241:16,
241:18, 244:16
**sortable** [1] - 129:14
**sorts** [5] - 65:21, 230:22,
237:14, 237:24, 242:8
**sotto** [1] - 40:24
**sought** [7] - 20:3, 23:5, 24:17,
83:7, 101:2, 249:22, 250:19
**sounds** [2] - 34:9, 131:25
**Southern** [1] - 2:2
**SOUTHERN** [1] - 1:2
**speak** [13] - 21:25, 55:14,
90:11, 102:24, 111:2, 172:22,
173:4, 173:6, 174:2, 174:3,
184:17, 186:15, 256:22
**speaking** [6] - 30:2, 112:5,
153:11, 153:13, 154:15, 156:9
**speaks** [1] - 40:24
**Special** [1] - 201:17
**species** [1] - 253:2
**specific** [19] - 14:12, 21:13,
68:1, 77:21, 79:2, 82:25, 83:7,
84:21, 84:25, 85:10, 89:5,
114:13, 188:17, 193:25,
204:16, 220:6, 220:8, 222:10,
222:18
**specifically** [11] - 6:15, 9:7,
13:19, 23:13, 28:14, 31:7,
142:22, 170:6, 173:2, 183:4,
202:25
**specificity** [1] - 208:16
**specifics** [1] - 107:19
**speculate** [1] - 208:19
**speculation** [5] - 63:14, 63:15,
202:9, 204:5, 226:12
**speculative** [4] - 202:10,

202:11, 205:12, 206:1
**spend** [1] - 17:12
**spent** [3] - 128:19, 214:20,
255:24
**spike** [1] - 91:25
**spikes** [1] - 62:20
**spits** [1] - 135:2
**split** [1] - 94:4
**spoken** [1] - 62:4
**spot** [1] - 6:25
**spread** [2] - 119:19, 146:10
**spreading** [1] - 119:23
**spreadsheet** [2] - 129:12, 130:2
**spreadsheets** [2] - 121:9, 129:2
**square** [1] - 78:14
**squarely** [3] - 90:24, 93:16,
223:2
**squeaked** [1] - 146:6
**stack** [3] - 122:17, 124:8,
166:14
**stage** [1] - 14:6
**stand** [7] - 6:19, 36:23, 85:13,
93:23, 96:12, 117:13, 169:22
**standard** [1] - 59:25
**standards** [4] - 241:25, 248:18,
249:15, 252:24
**standing** [1] - 8:2
**standpoint** [4] - 103:1, 114:23,
192:11, 192:12
**start** [17] - 3:7, 26:15, 37:20,
40:25, 51:12, 53:4, 56:8, 63:20,
72:11, 95:16, 172:4, 184:20,
192:2, 223:17, 249:19, 256:7,
257:2
**started** [2] - 94:10, 183:16
**starting** [4] - 54:11, 137:1,
149:8, 210:9
**starts** [3] - 21:12, 95:17, 112:24
**state** [9] - 22:5, 88:16, 175:9,
176:6, 176:7, 221:1, 227:3,
227:15, 244:23
**statement** [50] - 31:6, 31:25,
32:7, 32:18, 32:21, 35:17,
36:25, 37:3, 39:22, 39:25, 40:3,
40:4, 40:11, 40:12, 51:22, 58:3,
58:11, 58:18, 71:12, 76:4,
76:25, 77:7, 77:13, 77:21,
77:22, 77:25, 78:4, 79:2, 85:10,
85:23, 95:7, 118:3, 118:7,
155:18, 195:13, 211:14,
211:24, 212:13, 212:20,
212:23, 214:13, 214:18, 215:1,
215:3, 215:6, 216:22, 218:3,
218:4, 228:18
**statements** [82] - 5:10, 7:17,
14:17, 15:12, 15:19, 15:22,
16:9, 17:12, 21:14, 21:16,
28:20, 29:2, 35:3, 36:15, 49:4,
51:25, 52:2, 54:20, 55:19,
55:23, 55:25, 56:10, 60:5, 61:7,

61:12, 61:13, 62:2, 66:20, 67:16, 69:8, 69:9, 70:9, 74:19, 78:21, 78:22, 115:11, 118:25, 120:10, 142:3, 144:19, 150:23, 155:23, 163:11, 168:13, 168:17, 168:23, 173:24, 180:20, 181:19, 193:1, 193:5, 193:10, 193:12, 193:14, 193:15, 193:17, 193:18, 193:21, 194:1, 194:5, 194:20, 194:25, 199:23, 199:24, 199:25, 200:4, 200:16, 210:7, 210:13, 210:15, 210:19, 210:25, 211:5, 211:10, 212:5, 213:3, 216:2, 216:5, 216:24, 236:6

**STATES** [2] - 1:1, 1:4
**States** [7] - 2:2, 14:5, 23:11, 77:5, 89:1, 101:20, 258:7
**states** [6] - 20:24, 173:3, 175:18, 225:6, 227:8, 227:12
**States'** [1] - 89:19
**static** [2] - 246:16, 247:3
**stating** [2] - 175:25, 227:20
**status** [4] - 32:23, 50:6, 80:17, 199:9
**statute** [5] - 13:1, 24:8, 188:10, 188:18, 188:23
**statutes** [1] - 14:11
**stay** [3] - 21:25, 73:1, 247:5
**stays** [1] - 102:2
**steam** [1] - 241:22
**steel** [2] - 104:4, 104:6
**stenographically** [1] - 258:8
**stenography** [1] - 2:6
**step** [1] - 25:11
**stick** [2] - 52:16, 206:12
**still** [15] - 12:3, 12:5, 12:17, 38:2, 54:17, 133:21, 156:5, 213:18, 213:19, 214:17, 216:9, 219:21, 243:11, 250:17
**stipulate** [5] - 115:23, 128:15, 137:24, 141:12, 204:19
**Stock** [1] - 131:21
**stock** [136] - 15:23, 17:17, 18:24, 28:9, 29:7, 34:10, 34:21, 34:23, 35:7, 36:11, 42:7, 49:2, 56:11, 58:14, 58:19, 59:9, 59:12, 59:21, 60:23, 67:8, 68:12, 69:11, 69:17, 70:21, 71:9, 71:12, 77:23, 78:2, 85:19, 90:6, 90:10, 91:12, 91:19, 92:2, 92:5, 93:6, 93:20, 94:10, 95:24, 96:13, 97:3, 97:7, 97:9, 97:18, 98:10, 98:15, 98:20, 99:13, 99:24, 100:10, 101:7, 101:23, 102:6, 102:7, 102:10, 102:11, 102:23, 103:4, 103:13, 103:15, 103:16, 104:1, 104:2, 104:5, 104:8, 104:17, 105:24, 111:22,

113:19, 114:12, 114:20, 118:6, 118:8, 118:22, 125:12, 127:2, 127:5, 127:14, 127:25, 130:12, 132:20, 136:23, 137:4, 140:13, 141:16, 149:14, 150:15, 160:7, 164:25, 165:16, 165:17, 166:7, 166:16, 167:18, 168:15, 168:20, 168:22, 169:18, 173:9, 173:11, 176:15, 177:8, 177:24, 180:4, 181:11, 184:3, 188:19, 193:7, 203:11, 211:6, 211:23, 214:6, 214:10, 214:14, 214:17, 214:23, 215:22, 216:3, 225:12, 226:23, 239:22, 242:25, 244:6, 244:8, 244:11, 244:14, 244:16, 245:22, 246:3, 246:19, 249:24, 254:6

**stock's** [2] - 165:18, 177:22
**stockmarket** [2] - 225:10, 226:7
**stocks** [60] - 14:18, 15:12, 15:13, 15:16, 17:13, 22:15, 27:20, 27:24, 29:11, 30:18, 35:23, 35:24, 36:12, 36:13, 49:6, 53:5, 57:16, 73:1, 80:13, 80:23, 83:13, 84:15, 88:17, 89:23, 90:17, 90:23, 94:16, 105:14, 105:21, 112:20, 115:8, 116:9, 119:8, 126:20, 127:25, 128:23, 130:14, 146:21, 172:15, 172:25, 173:1, 178:9, 181:8, 183:20, 185:22, 186:20, 187:7, 188:7, 192:5, 198:1, 238:14, 241:14, 242:6, 243:2, 245:6, 245:7, 245:17, 246:4, 247:4
**stole** [1] - 108:24
**Stones** [2] - 54:12, 54:14
**stood** [1] - 177:2
**stop** [6] - 27:21, 51:4, 63:24, 150:4, 186:2, 200:9
**Stop** [1] - 241:15
**stopped** [1] - 69:17
**stops** [1] - 168:15
**story** [1] - 79:22
**straightforward** [2] - 10:8, 173:19
**strategies** [1] - 241:25
**strategy** [1] - 72:19
**stream** [1] - 139:3
**streamline** [1] - 99:20
**Street** [1] - 170:13
**stretching** [1] - 179:20
**strike** [1] - 200:6
**strong** [1] - 166:5
**studied** [1] - 253:23
**stuff** [16] - 9:24, 48:18, 49:13, 100:8, 191:7, 223:2, 226:2, 226:17, 231:15, 238:1, 238:16, 239:2, 244:6, 252:16, 255:25, 257:1

**stupidity** [1] - 237:3
**subbing** [1] - 221:22
**subject** [13] - 14:23, 44:6, 57:16, 63:18, 146:15, 169:5, 172:22, 173:5, 173:6, 173:8, 201:25, 202:21, 204:7
**submitted** [1] - 48:21
**subparts** [1] - 205:1
**subsequent** [1] - 168:18
**subsequently** [1] - 188:16
**subset** [3] - 116:18, 203:25
**substantially** [4] - 5:15, 128:1, 181:13, 183:24
**substantive** [16] - 22:18, 126:1, 126:15, 126:20, 127:12, 130:20, 142:13, 142:14, 181:11, 184:7, 184:11, 184:18, 187:14, 187:25, 189:20, 243:3
**substantively** [2] - 127:2, 128:2
**substitute** [1] - 43:18
**substituted** [1] - 116:22
**subsumed** [1] - 112:1
**subtract** [1] - 125:14
**succeed** [1] - 12:16
**succeeded** [1] - 16:22
**success** [8] - 42:10, 53:1, 53:3, 80:16, 82:13, 82:14, 100:13, 100:17
**successful** [6] - 36:10, 71:23, 80:12, 82:19, 82:20, 214:23
**succinct** [1] - 190:21
**such** [8] - 45:6, 131:21, 132:12, 135:18, 156:12, 198:2, 205:22, 222:23
**sued** [1] - 201:5
**sufficient** [1] - 225:14
**suggest** [5] - 25:20, 48:24, 50:13, 92:11, 213:22
**suggested** [4] - 5:16, 5:20, 6:7, 6:13
**suggesting** [3] - 5:11, 110:6, 111:21
**suggestion** [2] - 166:5, 213:25
**suggestions** [1] - 4:21
**suggestive** [1] - 169:5
**suggests** [6] - 7:2, 7:15, 42:19, 160:9, 160:14, 179:4
**Suisse** [1] - 132:15
**suit** [1] - 217:18
**sum** [1] - 19:5
**summaries** [8] - 48:22, 50:22, 126:1, 129:16, 138:2, 138:3, 161:22, 161:23
**summarize** [11] - 9:8, 122:19, 123:9, 129:2, 129:8, 140:21, 141:15, 145:21, 145:23, 161:15, 162:3
**summarized** [4] - 129:10, 135:22, 136:11, 162:15
**summarizes** [2] - 141:19,

161:17

**summarizing** [2] - 141:17, 162:1

**summary** [20] - 41:12, 42:18, 43:14, 48:8, 129:8, 145:15, 146:25, 148:1, 148:15, 155:24, 159:9, 161:15, 162:5, 163:17, 164:2, 164:10, 184:12, 184:25, 191:6, 191:7

**summer** [1] - 187:8

**super** [1] - 94:24

**superfluous** [1] - 125:23

**superseding** [6] - 11:4, 175:15, 210:9, 210:10, 210:21, 243:3

**supplied** [1] - 217:24

**supplying** [1] - 144:15

**support** [2] - 24:1, 24:15

**supporting** [1] - 39:2

**supposed** [7] - 53:3, 142:12, 150:25, 152:2, 164:24, 203:12, 219:9

**supposedly** [2] - 76:5, 203:19

**Supreme** [4] - 12:13, 13:5, 13:23, 23:6

**sure** [23] - 6:9, 29:18, 37:2, 39:20, 69:5, 79:9, 84:16, 100:6, 111:17, 118:18, 148:16, 150:10, 206:17, 207:2, 207:7, 208:1, 209:4, 209:7, 218:3, 218:19, 235:3, 251:10, 255:5

**surely** [1] - 7:6

**surf** [1] - 175:16

**Surf** [2] - 176:1

**Surface** [1] - 175:17

**surmising** [1] - 253:8

**surprise** [3] - 182:6, 200:3, 200:11

**surprised** [4] - 50:8, 158:9, 182:12, 192:2

**surrounded** [1] - 105:17

**surrounding** [4] - 77:1, 170:18, 215:18, 226:24

**sustain** [1] - 73:21

**swing** [1] - 226:1

**swinging** [4] - 71:9, 71:11, 71:15

**sworn** [3] - 218:7, 219:2, 219:8

**SXTC** [3] - 149:14, 149:22, 151:5

**symbol** [1] - 130:19

**sync** [1] - 147:15

**synch** [1] - 147:24

**synonymous** [1] - 180:3

**system** [6] - 89:7, 165:8, 165:9, 251:12, 251:19, 252:6

# T

**T** [2] - 1:20, 130:19

**tab** [1] - 138:24

**Tab** [16] - 121:15, 122:11, 122:23, 122:24, 123:20, 126:3, 129:24, 135:19, 136:1, 136:9, 137:13, 138:10, 138:18, 153:14, 153:15, 153:18

**table** [5] - 149:3, 151:21, 239:11, 239:14, 246:24

**take** [54] - 5:7, 7:24, 9:4, 30:10, 30:11, 37:18, 63:7, 70:3, 70:20, 71:23, 72:12, 72:24, 74:11, 81:13, 84:5, 85:8, 85:12, 85:13, 107:25, 113:4, 120:12, 120:19, 125:23, 131:4, 131:10, 134:11, 134:21, 134:25, 135:1, 150:16, 160:24, 165:23, 166:19, 169:21, 171:1, 172:3, 181:3, 192:10, 192:12, 196:9, 197:5, 197:14, 197:24, 212:19, 212:21, 219:13, 226:1, 238:24, 242:9, 242:17, 246:23

**taken** [9] - 11:22, 46:8, 47:12, 49:21, 51:17, 72:5, 112:9, 194:4, 254:17

**takes** [5] - 44:14, 72:21, 103:10, 132:9, 150:18

**taking** [8] - 6:2, 7:22, 8:9, 70:4, 70:6, 99:17, 108:9, 215:2

**talk** [36] - 8:25, 9:5, 61:11, 63:6, 63:10, 63:13, 68:16, 75:20, 79:1, 86:16, 90:16, 99:1, 103:25, 106:9, 112:23, 113:6, 116:6, 129:17, 168:12, 173:22, 174:14, 206:21, 209:10, 209:14, 216:17, 226:10, 227:1, 231:3, 232:16, 235:2, 238:15, 239:2, 239:11, 239:12, 248:6, 249:10

**talked** [13] - 27:1, 37:25, 62:12, 81:25, 85:7, 112:2, 165:10, 167:2, 172:25, 178:19, 195:21, 202:24, 228:1

**talking** [77] - 9:24, 22:17, 27:7, 33:12, 33:16, 33:17, 33:24, 34:18, 37:20, 40:14, 46:18, 53:12, 56:10, 59:3, 60:13, 60:23, 61:2, 64:1, 76:1, 76:4, 78:21, 83:14, 84:9, 88:20, 91:6, 91:7, 91:10, 91:11, 93:18, 93:19, 99:12, 100:12, 100:14, 101:12, 113:1, 117:15, 132:15, 132:16, 137:10, 148:17, 150:13, 151:24, 152:13, 153:10, 153:20, 156:7, 158:20, 160:7, 161:12, 165:11, 165:12, 171:11, 184:21, 186:19, 194:18, 212:13, 214:3, 219:5, 219:9, 221:2, 226:3, 226:8, 226:17, 226:22, 229:17, 230:23, 231:11, 231:18,

231:25, 233:19, 238:23, 240:14, 241:22, 242:2, 242:7, 245:6, 256:13

**talks** [8] - 26:12, 26:15, 62:23, 99:22, 105:24, 150:20, 168:16, 226:12

**tally** [1] - 165:1

**tandem** [1] - 152:9

**tank** [1] - 92:3

**tanked** [1] - 29:13

**taps** [1] - 151:11

**target** [3] - 71:16, 71:17, 77:23

**targeting** [1] - 146:20

**targets** [1] - 87:7

**task** [1] - 133:11

**tax** [7] - 116:1, 125:19, 126:2, 127:16, 128:12, 141:12

**TD** [18] - 125:5, 125:9, 125:11, 125:19, 127:20, 128:10, 128:14, 131:18, 132:9, 133:3, 133:6, 133:8, 137:21, 141:18, 161:24, 162:12, 178:11

**teach** [1] - 140:14

**Team** [1] - 33:6

**technical** [1] - 207:9

**technology** [1] - 129:18

**tell** [25] - 12:22, 20:21, 21:22, 32:10, 35:5, 51:15, 64:2, 78:25, 80:11, 103:6, 123:3, 130:10, 130:17, 165:12, 165:20, 165:21, 165:22, 172:24, 172:25, 174:4, 174:21, 175:23, 180:20, 192:22, 197:20

**telling** [12] - 32:13, 34:5, 73:4, 85:1, 96:19, 136:22, 175:10, 192:18, 192:20, 206:10, 211:25, 225:17

**tells** [6] - 72:22, 77:13, 124:15, 149:21, 149:24, 199:14

**temporal** [5] - 175:13, 176:6, 176:7, 176:17, 177:3

**ten** [5] - 35:19, 85:20, 145:19, 214:13, 246:16

**tend** [1] - 77:18

**tendency** [2] - 78:9, 78:10

**tenets** [1] - 8:21

**tens** [1] - 115:7

**term** [15] - 63:8, 73:1, 114:8, 114:10, 170:25, 171:7, 175:3, 176:13, 177:18, 178:22, 180:2, 180:11, 207:9, 245:21, 247:17

**terms** [24] - 30:15, 101:10, 112:9, 163:9, 167:17, 168:5, 170:25, 179:1, 179:10, 179:18, 179:19, 181:16, 184:1, 206:25, 216:4, 223:4, 223:9, 225:10, 226:1, 226:8, 237:25, 238:19, 249:4

**terribly** [2] - 148:6, 182:12

**Tesla** [2] - 80:14, 115:8

**test** [3] - 77:6, 167:24, 246:6
**tested** [1] - 169:7
**testified** [8] - 100:7, 131:22, 145:14, 167:15, 170:16, 170:21, 242:13, 243:9
**testifies** [5] - 88:23, 167:16, 205:19, 238:8, 238:9
**testify** [36] - 13:18, 19:22, 31:19, 49:10, 68:17, 88:11, 93:14, 100:6, 109:12, 110:19, 119:14, 141:10, 142:3, 143:18, 159:21, 169:17, 170:5, 170:10, 175:2, 176:17, 180:13, 201:20, 202:3, 202:5, 208:4, 208:17, 209:9, 220:24, 221:6, 225:9, 226:24, 229:16, 235:13, 238:7, 243:19, 244:14
**testifying** [16] - 38:18, 39:12, 39:17, 40:8, 62:2, 87:22, 145:11, 169:2, 171:2, 218:8, 220:21, 220:22, 221:4, 224:25, 235:11, 255:7
**testimonial** [1] - 143:15
**testimony** [39] - 31:12, 53:9, 84:17, 119:5, 119:13, 167:24, 168:4, 169:1, 171:9, 171:15, 178:5, 178:8, 192:1, 201:16, 203:4, 203:22, 204:8, 206:20, 207:12, 207:14, 207:17, 208:3, 216:16, 217:21, 218:7, 219:3, 219:9, 220:4, 220:12, 220:16, 221:5, 223:12, 227:7, 228:20, 230:25, 231:3, 239:15, 242:24, 243:13
**tether** [2] - 102:13, 104:12
**tethered** [4] - 226:17, 229:14, 239:1, 239:17
**TEXAS** [1] - 1:2
**Texas** [3] - 1:12, 2:2, 173:3
**text** [8] - 56:13, 61:8, 63:21, 86:15, 149:16, 156:21, 157:13, 188:13
**texted** [1] - 61:21
**texting** [6] - 57:10, 57:14, 58:4, 58:6, 58:18, 61:19
**texts** [2] - 240:25, 241:2
**than** [32] - 5:8, 5:25, 25:14, 33:9, 35:14, 43:5, 43:10, 53:16, 59:6, 59:23, 61:23, 63:16, 72:24, 92:22, 96:17, 114:15, 122:23, 128:15, 128:22, 135:17, 136:20, 139:5, 160:19, 170:15, 177:12, 181:25, 184:19, 200:24, 224:4, 227:13, 231:18, 245:13
**thank** [40] - 3:6, 10:2, 37:14, 37:17, 54:3, 73:23, 80:6, 82:11, 83:25, 86:1, 107:15, 107:16, 111:12, 118:12, 121:3, 141:22, 159:6, 159:12, 159:25, 163:3,

164:15, 181:2, 187:23, 194:23, 197:15, 199:10, 199:12, 204:12, 206:7, 209:17, 217:3, 218:17, 220:7, 227:17, 230:16, 233:22, 236:19, 239:9, 243:20, 248:10
**that** [1320] - 3:9, 3:14, 3:19, 4:2, 4:22, 5:8, 5:12, 5:18, 5:21, 5:24, 6:6, 6:7, 6:9, 6:10, 6:13, 6:16, 6:23, 6:25, 7:4, 7:7, 7:16, 8:4, 8:11, 8:13, 8:15, 8:16, 8:21, 8:22, 8:23, 8:24, 9:2, 9:3, 9:6, 9:17, 10:1, 10:3, 10:12, 10:15, 10:16, 10:18, 10:19, 10:21, 10:25, 11:5, 11:6, 11:8, 11:9, 11:10, 11:12, 11:16, 11:23, 12:2, 12:4, 12:11, 12:12, 12:17, 12:19, 12:23, 13:3, 13:6, 13:9, 13:15, 13:16, 13:17, 13:18, 13:22, 14:14, 14:18, 14:19, 14:20, 14:22, 14:24, 15:2, 15:7, 15:13, 16:3, 16:7, 16:10, 16:21, 16:24, 17:4, 17:6, 17:16, 17:17, 18:7, 18:12, 18:18, 19:4, 19:9, 19:14, 19:22, 19:25, 20:1, 20:3, 20:9, 20:10, 21:8, 21:13, 21:22, 22:5, 22:6, 22:9, 22:10, 22:11, 22:12, 22:14, 22:15, 23:12, 23:15, 23:22, 24:1, 24:6, 24:12, 24:15, 24:16, 24:19, 24:20, 24:23, 25:5, 25:17, 25:25, 26:2, 26:3, 26:18, 26:19, 26:21, 27:6, 27:10, 27:13, 27:20, 27:23, 28:4, 28:5, 28:12, 28:14, 28:17, 28:21, 28:24, 29:2, 29:7, 29:9, 29:11, 29:12, 29:18, 29:19, 29:22, 29:24, 30:4, 30:10, 30:15, 30:18, 30:22, 30:24, 31:1, 31:6, 31:8, 31:10, 31:13, 31:14, 31:15, 31:16, 31:18, 31:19, 31:20, 31:25, 32:18, 32:19, 32:21, 33:4, 33:5, 33:12, 33:20, 34:8, 34:9, 34:11, 34:13, 34:23, 35:5, 35:9, 35:24, 36:2, 36:6, 36:13, 36:14, 36:20, 36:22, 37:2, 37:5, 37:8, 37:23, 38:5, 38:12, 38:22, 39:1, 39:2, 39:5, 39:9, 40:9, 40:10, 40:21, 41:7, 41:14, 42:7, 42:9, 42:14, 42:19, 42:20, 42:23, 43:2, 43:5, 43:18, 43:22, 44:2, 44:5, 44:21, 44:22, 44:24, 45:7, 46:4, 46:10, 46:14, 46:16, 46:22, 46:24, 47:15, 47:18, 47:24, 48:1, 48:6, 48:9, 49:1, 49:4, 49:11, 49:12, 49:18, 49:24, 50:4, 50:11, 51:9, 51:19, 51:21, 52:3, 52:5, 52:7, 52:17, 52:18, 52:23, 52:24, 52:25, 53:5, 53:6, 53:8, 53:21, 53:25, 54:2, 54:10, 54:17, 55:4,

55:6, 55:9, 56:15, 56:16, 56:17, 56:19, 57:13, 57:17, 57:25, 58:4, 58:5, 58:8, 58:11, 58:19, 58:24, 59:4, 59:8, 59:21, 60:2, 60:12, 60:23, 60:24, 61:8, 61:14, 61:15, 62:7, 62:11, 62:14, 62:17, 62:18, 62:22, 63:9, 63:16, 64:1, 64:3, 64:5, 64:12, 64:23, 65:6, 65:8, 65:14, 65:16, 65:22, 65:23, 66:13, 66:15, 66:19, 66:21, 66:23, 66:24, 66:25, 67:1, 67:12, 67:13, 67:14, 67:18, 67:20, 67:24, 68:2, 68:3, 68:9, 68:12, 68:20, 68:21, 69:15, 69:24, 70:2, 70:8, 70:10, 71:5, 71:12, 71:13, 71:16, 71:17, 71:19, 72:6, 72:24, 72:25, 73:4, 73:11, 73:14, 73:19, 74:8, 74:10, 74:11, 74:13, 74:16, 74:20, 74:21, 74:25, 75:2, 75:4, 75:5, 75:16, 75:17, 75:22, 76:2, 76:4, 76:5, 76:8, 76:9, 76:10, 76:13, 76:19, 76:20, 77:14, 77:17, 77:18, 77:25, 78:3, 78:4, 78:6, 78:10, 78:14, 78:16, 78:17, 78:19, 78:21, 79:3, 79:9, 79:14, 79:16, 79:17, 79:24, 79:25, 80:4, 80:19, 81:4, 81:11, 81:23, 81:24, 82:3, 82:7, 82:10, 82:17, 82:24, 83:6, 83:12, 83:17, 84:3, 84:5, 84:7, 84:11, 84:14, 84:17, 84:18, 84:21, 85:10, 85:22, 85:25, 86:5, 86:9, 86:15, 86:16, 86:18, 87:2, 87:5, 87:6, 87:9, 87:10, 87:11, 87:16, 87:17, 87:19, 87:20, 87:24, 87:25, 88:1, 88:2, 88:6, 88:18, 88:19, 88:23, 89:3, 89:13, 89:14, 89:21, 89:24, 90:6, 90:9, 90:10, 90:13, 90:14, 90:15, 90:17, 90:22, 90:24, 90:25, 91:1, 91:2, 91:5, 91:17, 91:18, 92:4, 92:5, 92:11, 92:13, 92:14, 92:16, 92:25, 93:5, 93:7, 93:11, 93:12, 93:13, 93:16, 94:9, 94:13, 94:20, 95:5, 95:22, 95:23, 95:25, 96:1, 96:4, 96:5, 96:8, 96:12, 96:16, 96:18, 96:21, 96:23, 96:25, 97:2, 97:8, 97:13, 97:14, 97:17, 97:18, 97:20, 97:22, 98:1, 98:3, 98:7, 98:10, 98:16, 99:8, 99:12, 99:17, 99:20, 100:10, 100:12, 100:14, 100:21, 100:22, 100:23, 101:2, 101:5, 101:10, 101:17, 101:22, 102:8, 102:10, 102:13, 103:4, 103:11, 103:14, 103:15, 103:16, 103:18, 104:4, 104:5, 104:7, 104:11, 104:17, 104:23, 105:1, 105:4, 105:10, 105:14,

105:15, 106:5, 106:10, 106:25,
107:20, 107:21, 108:10,
108:11, 108:17, 109:4, 109:6,
109:7, 109:12, 109:16, 109:19,
109:22, 110:4, 110:8, 110:14,
110:20, 110:23, 110:24, 111:8,
111:9, 111:11, 111:14, 111:18,
111:23, 112:10, 112:13,
112:20, 113:5, 113:12, 113:18,
113:25, 114:4, 114:7, 114:23,
115:4, 115:6, 115:25, 116:6,
116:7, 116:9, 116:17, 116:18,
116:20, 116:21, 117:19, 118:1,
118:7, 118:8, 118:9, 118:14,
118:24, 119:7, 119:14, 119:17,
120:3, 120:6, 120:7, 120:21,
120:24, 122:12, 123:3, 123:16,
123:24, 124:6, 124:8, 124:13,
124:17, 125:9, 125:10, 125:14,
125:17, 125:20, 125:24, 127:1,
127:3, 127:8, 127:19, 127:21,
128:7, 128:9, 128:11, 128:15,
128:16, 128:18, 129:2, 129:4,
130:3, 130:6, 130:9, 130:10,
130:17, 130:18, 131:13,
132:13, 132:18, 132:22, 133:2,
133:9, 133:12, 133:14, 133:19,
133:23, 134:5, 134:11, 134:14,
135:13, 135:15, 135:16,
136:15, 136:17, 136:20, 137:1,
138:1, 138:14, 138:15, 138:17,
138:23, 139:3, 139:23, 140:2,
140:3, 140:11, 140:23, 140:25,
141:9, 141:12, 141:18, 141:23,
142:2, 142:3, 142:4, 142:7,
142:10, 142:15, 142:22, 143:5,
143:7, 143:9, 143:10, 143:11,
143:16, 143:20, 143:24, 144:4,
144:8, 144:17, 144:20, 145:6,
145:9, 145:12, 145:14, 145:15,
145:17, 146:1, 146:17, 146:19,
147:3, 147:7, 147:8, 147:9,
147:12, 147:19, 147:20,
147:23, 147:25, 148:1, 148:5,
148:22, 149:14, 150:16,
150:18, 150:20, 150:24, 151:8,
151:19, 151:21, 151:24, 152:2,
152:4, 152:5, 152:17, 152:21,
152:22, 153:6, 154:5, 154:17,
154:20, 154:21, 154:22,
155:10, 155:17, 156:4, 156:21,
157:3, 157:5, 157:8, 158:5,
158:9, 158:12, 158:14, 158:21,
159:15, 159:16, 159:20,
159:21, 159:25, 160:9, 160:10,
160:11, 160:12, 160:14,
160:21, 160:24, 161:4, 161:7,
161:10, 161:11, 161:14,
161:17, 162:1, 162:7, 162:23,
163:1, 163:8, 163:13, 163:16,
163:19, 163:25, 164:4, 164:8,

164:13, 164:14, 164:20,
164:21, 165:8, 165:12, 165:15,
165:19, 165:23, 166:5, 166:11,
166:13, 166:15, 166:18, 167:3,
167:7, 167:10, 167:20, 167:22,
168:1, 168:7, 168:14, 168:20,
168:21, 169:1, 169:9, 169:17,
169:19, 169:23, 170:4, 170:7,
170:11, 170:15, 170:16,
170:22, 170:24, 171:3, 171:4,
171:17, 171:19, 171:21, 172:7,
172:9, 172:10, 172:13, 172:14,
172:17, 172:18, 172:20,
172:24, 173:3, 173:8, 173:12,
173:18, 173:21, 173:23,
173:24, 174:1, 174:5, 174:6,
174:7, 174:12, 174:17, 174:24,
175:2, 175:3, 175:9, 175:11,
175:16, 175:18, 175:20,
175:21, 176:2, 176:6, 176:7,
176:8, 176:10, 176:12, 176:13,
176:21, 176:23, 176:25, 177:3,
177:8, 177:12, 177:21, 177:24,
178:2, 178:4, 178:5, 178:7,
178:8, 178:9, 178:10, 178:12,
178:16, 178:20, 178:21,
178:23, 178:25, 179:1, 179:4,
179:7, 179:12, 179:17, 180:1,
180:5, 180:6, 180:7, 180:8,
180:15, 180:16, 180:19,
180:20, 180:22, 181:15,
181:20, 182:1, 182:2, 182:4,
182:5, 182:10, 182:15, 182:25,
183:3, 183:8, 183:11, 184:2,
184:14, 184:20, 185:15, 186:1,
187:1, 187:8, 187:11, 187:12,
187:13, 187:14, 187:18,
187:21, 188:3, 188:4, 188:6,
188:7, 188:17, 189:9, 189:11,
189:16, 189:17, 189:20,
189:21, 189:24, 190:1, 190:2,
190:5, 190:6, 190:9, 190:15,
190:25, 191:8, 191:9, 191:10,
191:11, 191:14, 191:21,
191:23, 192:1, 192:2, 192:15,
192:17, 192:18, 192:20, 193:1,
193:4, 193:10, 193:11, 193:12,
193:21, 194:1, 194:5, 194:10,
194:16, 194:17, 194:21, 195:8,
195:10, 195:14, 195:17,
195:18, 195:19, 195:23, 196:4,
196:25, 197:13, 198:1, 198:8,
198:12, 198:19, 199:25, 200:4,
200:6, 200:16, 200:18, 200:23,
201:1, 201:5, 201:8, 201:11,
202:2, 202:13, 202:18, 202:20,
203:5, 203:9, 203:10, 203:11,
203:17, 203:23, 204:4, 204:5,
204:7, 204:8, 204:10, 204:11,
204:16, 204:18, 204:25, 205:5,
205:7, 205:14, 205:15, 205:19,

205:21, 205:24, 206:6, 206:11,
206:13, 206:17, 206:22,
206:23, 207:2, 207:3, 207:6,
207:9, 207:11, 207:21, 207:23,
207:24, 208:12, 208:13,
208:14, 208:16, 208:20, 209:2,
209:5, 209:9, 209:11, 209:15,
209:18, 209:21, 210:3, 210:12,
211:9, 211:12, 211:13, 211:14,
211:23, 212:13, 212:19,
212:21, 213:5, 213:18, 213:20,
213:25, 214:3, 214:6, 215:4,
215:6, 215:11, 215:15, 215:17,
215:23, 216:3, 216:13, 216:21,
216:23, 217:12, 217:18,
217:24, 218:3, 218:19, 218:21,
219:5, 219:7, 219:13, 219:19,
220:5, 220:10, 220:11, 220:13,
220:14, 220:16, 220:18,
220:22, 220:23, 221:6, 221:8,
221:16, 222:16, 222:21,
222:22, 223:2, 223:10, 223:11,
224:1, 224:6, 224:22, 224:23,
225:2, 225:6, 225:8, 225:17,
225:22, 225:25, 226:1, 226:2,
226:4, 226:10, 226:12, 226:16,
226:19, 226:21, 226:24,
227:10, 227:20, 227:21,
227:25, 228:7, 228:13, 228:14,
228:20, 228:25, 229:1, 229:2,
229:4, 229:16, 229:22, 230:3,
230:4, 230:5, 230:11, 230:19,
230:22, 230:25, 231:2, 231:3,
231:5, 231:14, 231:20, 231:23,
231:24, 232:1, 232:5, 232:15,
232:19, 232:21, 233:11,
233:17, 233:23, 233:24, 234:4,
234:24, 235:2, 235:6, 235:11,
235:13, 235:15, 236:9, 236:10,
236:16, 237:8, 237:10, 237:17,
237:22, 237:23, 237:25, 238:6,
238:9, 238:16, 238:18, 238:20,
238:22, 238:25, 239:4, 239:7,
239:11, 239:14, 239:25, 240:5,
240:7, 241:5, 241:16, 241:17,
241:20, 241:25, 243:8, 243:11,
243:16, 243:18, 244:1, 244:5,
244:8, 244:14, 244:25, 245:1,
245:8, 245:10, 245:19, 246:20,
247:10, 247:11, 247:16,
247:19, 247:21, 247:24, 248:5,
248:9, 248:11, 248:20, 248:23,
248:25, 249:7, 249:8, 249:13,
249:23, 249:24, 250:1, 250:4,
250:5, 250:6, 250:9, 250:13,
250:15, 251:15, 251:19,
251:22, 252:9, 252:15, 252:20,
253:20, 254:1, 254:2, 254:5,
254:16, 254:17, 254:18,
254:19, 254:23, 254:24, 255:1,
255:2, 255:24, 256:3, 256:9,

256:21, 257:5, 258:6
**that'll** [1] - 166:9
**That's** [1] - 186:21
**that's** [237] - 4:11, 5:4, 8:6, 10:9,
10:25, 11:2, 11:3, 11:11, 11:15,
13:1, 13:9, 13:21, 14:15, 14:23,
16:3, 16:19, 18:5, 18:6, 18:7,
18:17, 18:19, 18:22, 19:4,
19:18, 20:12, 22:20, 24:14,
25:7, 25:10, 25:16, 26:22, 27:2,
27:3, 27:9, 28:8, 28:22, 29:24,
30:19, 34:19, 34:25, 36:1, 37:9,
39:23, 39:25, 40:8, 43:20, 44:6,
47:1, 48:7, 48:12, 52:22, 54:4,
54:22, 54:23, 57:7, 58:14,
58:15, 59:1, 59:14, 59:15,
59:18, 61:4, 62:10, 62:18,
63:14, 67:2, 67:23, 70:16,
70:19, 73:7, 76:3, 79:21, 80:17,
81:10, 82:3, 82:9, 87:8, 88:5,
90:3, 90:20, 92:21, 92:22, 93:6,
94:1, 95:19, 96:22, 97:4, 97:11,
97:15, 97:16, 97:17, 98:12,
98:13, 99:19, 100:8, 100:9,
100:21, 101:24, 102:17,
102:18, 102:24, 103:24, 105:8,
106:1, 106:19, 107:14, 107:19,
108:10, 111:13, 111:17,
116:20, 116:25, 117:2, 117:25,
118:10, 119:24, 122:5, 122:18,
130:11, 130:16, 130:19,
135:14, 139:2, 144:3, 147:16,
147:24, 151:7, 151:24, 152:13,
152:19, 154:4, 157:15, 157:20,
158:7, 158:11, 158:12, 158:14,
158:15, 158:16, 160:19,
163:22, 165:19, 166:16,
167:22, 168:25, 169:10,
173:13, 174:15, 175:16,
176:19, 176:24, 177:4, 184:15,
184:22, 185:4, 185:8, 186:20,
186:23, 187:7, 187:21, 188:5,
188:6, 190:22, 193:16, 198:10,
198:11, 198:13, 200:7, 200:24,
201:6, 201:25, 202:6, 204:20,
204:22, 206:8, 207:17, 209:4,
210:2, 213:7, 214:10, 217:25,
218:2, 220:25, 221:1, 221:8,
221:10, 221:14, 222:8, 223:5,
224:9, 228:1, 228:9, 228:12,
228:16, 228:17, 228:20,
228:23, 228:24, 230:21, 231:5,
232:11, 232:17, 232:22, 233:6,
234:10, 234:18, 236:18,
236:21, 237:4, 237:21, 238:4,
239:2, 240:25, 241:18, 242:14,
244:17, 244:21, 244:24, 245:2,
245:8, 245:10, 245:11, 245:18,
247:6, 248:1, 248:15, 250:9,
251:23, 252:3, 252:7, 252:8,
254:22, 256:9, 256:12, 256:15

**THE** [359] - 1:3, 3:6, 3:23, 3:25,
7:2, 9:19, 9:23, 10:3, 11:21,
12:21, 13:25, 14:21, 16:2,
16:11, 17:3, 17:9, 17:14, 18:17,
18:22, 18:25, 19:5, 19:13,
19:17, 19:25, 20:5, 20:20,
21:19, 21:22, 23:16, 23:21,
25:2, 25:5, 26:1, 27:21, 28:3,
28:15, 30:5, 31:23, 32:3, 32:10,
32:18, 33:2, 34:8, 35:18, 37:15,
37:19, 38:15, 39:18, 40:13,
40:16, 40:21, 40:25, 44:8, 45:9,
45:13, 46:1, 46:15, 47:3, 48:19,
51:4, 51:7, 51:11, 51:20, 53:11,
53:25, 54:7, 54:13, 54:16, 55:2,
55:7, 55:11, 57:11, 60:6, 63:24,
64:13, 64:16, 64:20, 65:11,
66:11, 67:1, 67:6, 68:9, 70:22,
71:14, 73:9, 73:13, 75:18,
76:14, 76:17, 78:3, 78:8, 79:3,
79:18, 80:1, 80:3, 81:7, 81:13,
82:12, 83:20, 84:1, 84:10, 85:6,
85:11, 85:24, 86:2, 87:11, 88:6,
88:22, 89:11, 91:6, 91:10,
92:13, 92:18, 93:4, 93:19, 94:1,
95:21, 96:16, 96:21, 98:6,
98:19, 98:25, 99:16, 99:23,
100:3, 101:4, 101:16, 102:17,
102:19, 103:18, 103:24,
104:15, 104:21, 104:24, 105:5,
105:11, 105:22, 107:10,
107:17, 108:2, 108:17, 109:6,
109:17, 109:24, 110:18,
111:11, 111:17, 112:3, 112:6,
112:11, 112:19, 114:6, 114:21,
115:5, 115:15, 115:19, 116:3,
117:3, 119:9, 120:3, 120:5,
120:12, 121:2, 121:13, 121:17,
123:19, 123:23, 124:2, 124:13,
126:4, 126:9, 129:25, 138:24,
141:3, 141:21, 145:19, 145:21,
148:2, 148:9, 150:24, 151:2,
151:7, 151:10, 151:13, 151:17,
151:23, 152:4, 152:19, 153:2,
153:8, 153:24, 154:2, 154:4,
154:7, 154:21, 155:7, 155:11,
156:11, 159:4, 159:7, 159:13,
160:2, 160:25, 162:7, 162:10,
162:22, 163:4, 163:12, 163:16,
163:24, 164:2, 164:9, 164:16,
164:23, 165:3, 166:15, 166:22,
167:11, 170:1, 170:8, 171:14,
172:5, 173:17, 173:25, 174:6,
174:13, 174:21, 175:23,
177:16, 178:3, 180:24, 181:5,
181:8, 182:7, 182:18, 183:12,
187:9, 188:24, 189:7, 190:11,
194:12, 194:15, 194:24, 195:3,
195:19, 196:7, 196:11, 196:19,
196:25, 197:13, 197:20, 198:6,
198:11, 198:15, 198:20,

198:24, 199:8, 199:11, 199:13,
200:9, 200:18, 201:8, 202:13,
202:16, 204:10, 204:25, 205:4,
205:15, 206:6, 206:13, 207:4,
207:8, 208:4, 208:7, 208:17,
209:4, 209:13, 209:18, 209:23,
210:5, 211:11, 212:6, 213:5,
213:11, 214:16, 215:5, 217:1,
217:4, 217:14, 218:11, 218:15,
218:21, 218:25, 219:7, 219:15,
219:17, 219:20, 219:24, 220:2,
221:16, 222:1, 222:3, 222:6,
223:15, 223:19, 223:23, 224:7,
224:16, 224:19, 225:16,
225:21, 227:10, 227:12, 228:4,
228:6, 229:3, 230:2, 230:9,
231:9, 232:4, 232:12, 232:19,
232:25, 233:6, 233:14, 233:20,
233:23, 234:12, 234:20, 235:4,
236:2, 236:8, 236:15, 237:6,
237:16, 238:6, 238:24, 239:6,
239:14, 239:25, 241:20,
242:10, 243:11, 243:16,
243:24, 248:3, 250:25, 251:8,
253:12, 253:21, 254:16,
254:21, 255:5, 255:10, 255:13,
255:16, 255:19, 256:1, 257:5
**The** [8] - 3:3, 20:24, 40:24, 77:4,
84:13, 88:25, 110:13, 111:20
**the** [2345] - 1:16, 1:18, 3:15,
3:16, 3:17, 3:19, 3:22, 3:23,
4:1, 4:2, 4:9, 4:12, 4:13, 4:17,
4:22, 5:1, 5:3, 5:4, 5:12, 5:13,
5:23, 5:25, 6:1, 6:4, 6:5, 6:9,
6:10, 6:15, 6:18, 6:23, 7:3, 7:5,
7:6, 7:9, 7:10, 7:11, 7:12, 7:13,
7:14, 7:16, 7:20, 7:21, 7:22,
7:24, 7:25, 8:3, 8:6, 8:8, 8:10,
8:11, 8:14, 8:16, 8:18, 8:19,
8:25, 9:5, 9:10, 9:12, 9:14,
9:17, 9:18, 9:20, 9:21, 9:25,
10:7, 10:9, 10:11, 10:12, 10:17,
10:23, 11:2, 11:3, 11:4, 11:9,
11:10, 11:13, 11:15, 11:19,
11:21, 11:22, 12:3, 12:4, 12:5,
12:8, 12:9, 12:11, 12:12, 12:13,
12:17, 12:20, 12:23, 12:24,
13:1, 13:3, 13:5, 13:6, 13:7,
13:13, 13:14, 13:17, 13:19,
13:23, 14:2, 14:5, 14:6, 14:7,
14:8, 14:9, 14:11, 14:12, 14:13,
14:16, 14:17, 14:18, 14:19,
14:20, 14:21, 14:23, 15:1, 15:7,
15:8, 15:9, 15:10, 15:13, 15:15,
15:16, 15:17, 15:20, 15:21,
15:22, 15:23, 15:24, 15:25,
16:6, 16:7, 16:12, 16:13, 16:19,
16:20, 16:23, 16:24, 16:25,
17:2, 17:5, 17:6, 17:13, 17:15,
17:19, 17:21, 18:2, 18:3, 18:6,
18:8, 18:10, 18:11, 18:14,

18:19, 18:22, 18:23, 19:1, 19:3,
19:8, 19:13, 19:15, 19:19,
19:21, 20:1, 20:3, 20:4, 20:5,
20:6, 20:7, 20:9, 20:17, 21:1,
21:2, 21:3, 21:4, 21:5, 21:9,
21:11, 21:14, 21:15, 21:22,
22:3, 22:4, 22:5, 22:7, 22:9,
22:11, 22:12, 22:14, 22:15,
22:17, 22:18, 22:24, 22:25,
23:4, 23:5, 23:6, 23:7, 23:10,
23:12, 23:17, 23:23, 24:1, 24:9,
24:10, 24:14, 24:16, 24:19,
24:20, 24:22, 24:25, 25:1, 25:3,
25:14, 25:15, 25:16, 25:17,
25:21, 26:4, 26:5, 26:6, 26:10,
26:14, 26:19, 26:21, 27:1, 27:4,
27:11, 28:7, 28:8, 28:9, 28:13,
28:20, 28:21, 28:25, 29:1, 29:2,
29:7, 29:9, 29:10, 29:11, 29:16,
29:21, 29:23, 29:24, 30:5,
30:12, 30:15, 30:18, 30:22,
30:24, 30:25, 31:3, 31:9, 31:10,
31:16, 31:19, 31:21, 31:24,
32:8, 32:13, 32:14, 32:16,
32:23, 33:6, 33:7, 33:8, 33:9,
33:11, 33:13, 33:18, 33:19,
34:4, 34:6, 34:7, 34:10, 34:17,
34:19, 34:22, 34:23, 34:25,
35:3, 35:4, 35:13, 35:21, 36:3,
36:4, 36:9, 36:11, 36:12, 36:14,
36:17, 36:18, 36:19, 36:21,
36:22, 36:25, 37:2, 37:3, 37:4,
37:6, 37:9, 37:10, 37:24, 38:4,
38:5, 38:10, 38:12, 38:14,
38:18, 38:20, 38:23, 39:3, 39:5,
39:11, 39:15, 39:16, 39:17,
39:21, 39:22, 39:23, 39:24,
40:2, 40:4, 40:6, 40:7, 40:8,
40:9, 40:16, 40:17, 40:20, 41:2,
41:9, 41:14, 41:21, 41:22,
41:23, 41:25, 42:1, 42:8, 42:11,
42:12, 42:14, 42:16, 42:20,
42:21, 42:24, 42:25, 43:3, 43:5,
43:6, 43:11, 43:13, 43:16,
43:20, 43:22, 43:24, 43:25,
44:1, 44:13, 44:15, 44:16,
44:21, 45:1, 45:2, 45:15, 45:17,
45:19, 45:20, 45:22, 46:4, 46:5,
46:8, 46:9, 46:11, 46:14, 46:19,
46:21, 46:23, 46:24, 47:1, 47:3,
47:9, 47:11, 47:12, 47:14,
47:15, 47:20, 47:21, 47:22,
48:1, 48:2, 48:7, 48:13, 48:14,
48:18, 48:20, 49:2, 49:11,
49:12, 49:13, 49:14, 49:15,
49:17, 49:18, 50:4, 50:6, 50:7,
50:9, 50:16, 50:17, 50:18,
50:19, 51:2, 51:12, 51:16,
51:17, 51:18, 51:23, 52:3, 52:4,
52:7, 52:8, 52:11, 52:14, 52:17,
52:18, 52:20, 53:1, 53:2, 53:5,

53:6, 53:11, 53:13, 53:14,
53:15, 53:17, 54:1, 54:4, 54:11,
54:12, 54:13, 55:3, 55:12,
55:14, 55:16, 55:17, 55:19,
55:20, 55:21, 55:22, 55:23,
55:24, 56:1, 56:5, 56:9, 56:12,
56:17, 56:18, 57:1, 57:4, 57:5,
57:7, 57:8, 57:9, 57:15, 57:17,
57:18, 57:20, 57:22, 57:23,
58:1, 58:3, 58:8, 58:14, 58:17,
58:21, 58:23, 58:24, 59:2, 59:3,
59:4, 59:9, 59:10, 59:11, 59:12,
59:15, 59:17, 59:23, 59:25,
60:2, 60:7, 60:9, 60:16, 60:18,
60:21, 61:5, 61:14, 61:22, 62:5,
62:10, 62:12, 62:17, 62:20,
62:21, 62:22, 63:2, 63:8, 63:11,
63:15, 63:21, 64:4, 64:7, 64:8,
64:18, 64:21, 65:2, 65:3, 65:8,
65:13, 65:17, 65:22, 66:2, 66:3,
66:5, 66:6, 66:7, 66:9, 66:10,
66:18, 66:19, 66:21, 66:22,
66:23, 67:2, 67:4, 67:7, 67:11,
67:13, 67:17, 67:21, 67:25,
68:2, 68:3, 68:4, 68:5, 68:7,
68:10, 68:20, 68:24, 68:25,
69:2, 69:5, 69:6, 69:8, 69:10,
69:11, 69:15, 69:17, 69:18,
69:22, 70:1, 70:8, 70:9, 70:10,
70:12, 70:14, 70:15, 70:23,
70:24, 70:25, 71:1, 71:2, 71:3,
71:8, 71:13, 72:2, 72:6, 72:11,
72:15, 73:3, 73:5, 73:8, 73:14,
73:16, 74:5, 74:8, 74:9, 74:10,
74:14, 74:15, 74:16, 74:21,
74:23, 74:24, 75:2, 75:4, 75:5,
75:6, 75:8, 75:10, 75:13, 75:14,
75:15, 75:18, 75:20, 75:21,
75:23, 75:24, 76:1, 76:4, 76:6,
76:12, 76:18, 76:24, 76:25,
77:1, 77:5, 77:6, 77:7, 77:8,
77:10, 77:13, 77:14, 77:15,
77:16, 77:17, 77:18, 77:19,
77:20, 77:21, 77:22, 78:2, 78:6,
78:7, 78:13, 78:14, 78:15,
78:18, 78:20, 78:23, 78:24,
79:1, 79:4, 79:6, 79:7, 79:9,
79:14, 79:15, 79:16, 79:17,
80:4, 80:10, 80:17, 80:25, 81:3,
81:6, 81:14, 82:6, 82:7, 82:8,
82:12, 82:13, 82:14, 82:15,
82:17, 82:23, 82:24, 83:3, 83:5,
83:7, 83:9, 83:11, 83:17, 83:18,
83:23, 83:24, 84:1, 84:2, 84:4,
84:5, 84:6, 84:12, 84:15, 84:19,
84:20, 84:21, 84:23, 84:24,
84:25, 85:2, 85:4, 85:6, 85:12,
85:16, 85:21, 85:22, 85:23,
86:2, 86:7, 86:8, 86:11, 86:12,
86:23, 86:24, 87:2, 87:4, 87:8,
87:9, 87:13, 87:14, 87:19, 88:1,

88:3, 88:5, 88:10, 88:17, 88:18,
88:20, 89:4, 89:5, 89:6, 89:12,
89:18, 89:20, 89:21, 89:25,
90:6, 90:8, 90:10, 90:11, 90:15,
90:18, 90:22, 91:2, 91:7, 91:16,
91:21, 91:23, 92:1, 92:2, 92:24,
93:1, 93:2, 93:6, 93:9, 93:11,
93:15, 93:16, 93:17, 93:20,
93:21, 93:22, 94:7, 94:10,
94:12, 94:19, 94:20, 94:21,
94:24, 95:3, 95:6, 95:12, 95:20,
95:22, 95:23, 95:24, 96:1, 96:2,
96:9, 96:10, 96:17, 96:25, 97:1,
97:2, 97:4, 97:6, 97:7, 97:8,
97:9, 97:17, 97:18, 97:19,
97:20, 97:22, 97:23, 98:1, 98:2,
98:4, 98:7, 98:10, 98:12, 98:13,
98:15, 98:19, 98:20, 99:3, 99:4,
99:8, 99:9, 99:10, 99:13, 99:22,
99:24, 100:5, 100:9, 100:11,
100:12, 100:13, 100:14,
100:15, 100:16, 100:17,
100:18, 100:19, 100:20,
100:21, 100:22, 100:23,
100:24, 101:1, 101:6, 101:7,
101:9, 101:13, 101:18, 101:20,
101:21, 101:25, 102:1, 102:2,
102:6, 102:7, 102:9, 102:10,
102:11, 102:12, 102:13,
102:14, 102:15, 102:20,
102:23, 102:24, 103:2, 103:5,
103:9, 103:10, 103:15, 103:22,
104:1, 104:2, 104:3, 104:4,
104:5, 104:7, 104:8, 104:12,
104:13, 104:17, 104:24, 105:1,
105:13, 105:15, 105:21,
105:23, 105:24, 105:25, 106:1,
106:2, 106:8, 106:12, 106:13,
106:15, 106:16, 106:19, 107:2,
107:7, 107:11, 107:12, 107:19,
107:23, 107:24, 108:3, 108:18,
108:20, 109:1, 109:2, 109:8,
109:11, 109:14, 109:19,
109:20, 109:21, 109:24, 110:3,
110:5, 110:11, 110:12, 110:18,
110:20, 110:21, 110:23,
110:25, 111:5, 111:15, 112:4,
112:9, 112:11, 112:12, 112:14,
112:15, 112:17, 112:21,
112:25, 113:1, 113:2, 113:3,
113:5, 113:6, 113:16, 113:17,
113:20, 113:22, 114:3, 114:7,
114:8, 114:10, 114:12, 114:17,
114:21, 114:22, 114:23,
114:24, 115:3, 115:6, 115:16,
115:19, 115:25, 116:1, 116:4,
116:5, 116:7, 116:10, 116:17,
116:23, 116:25, 117:2, 117:12,
117:17, 117:20, 117:22, 118:2,
118:9, 118:10, 118:14, 118:15,
118:16, 118:19, 118:21,

118:25, 119:3, 119:4, 119:8,
119:12, 119:17, 119:20,
119:22, 119:23, 119:24,
119:25, 120:8, 120:9, 120:10,
120:12, 120:13, 120:14,
120:17, 120:18, 120:19, 121:6,
121:7, 121:8, 121:9, 121:18,
121:20, 121:22, 121:25, 122:1,
122:4, 122:8, 122:15, 122:19,
122:20, 122:21, 122:24, 123:9,
123:10, 123:12, 123:14,
123:17, 123:20, 123:22, 124:7,
124:12, 124:16, 124:20,
124:25, 125:4, 125:6, 125:7,
125:8, 125:10, 125:11, 125:15,
125:17, 125:19, 125:21,
125:22, 126:5, 126:6, 126:14,
127:2, 127:3, 127:5, 127:7,
127:8, 127:9, 127:10, 127:11,
127:14, 127:16, 127:17,
127:18, 127:24, 127:25, 128:2,
128:3, 128:8, 128:10, 128:11,
128:13, 128:18, 128:19,
128:21, 128:25, 129:1, 129:6,
129:9, 129:11, 129:12, 129:13,
129:15, 129:18, 129:19,
129:21, 130:2, 130:5, 130:9,
130:10, 130:17, 130:18,
130:19, 130:21, 130:24, 131:4,
131:15, 131:19, 131:21,
131:25, 132:3, 132:5, 132:11,
132:17, 132:23, 133:2, 133:10,
133:11, 133:18, 133:20,
133:23, 134:5, 134:8, 134:10,
134:14, 134:15, 134:16,
134:17, 134:22, 134:23, 135:1,
135:2, 135:4, 135:5, 135:10,
135:11, 135:16, 135:17,
135:23, 136:8, 136:9, 136:10,
136:19, 136:20, 136:23,
137:18, 137:24, 138:1, 138:5,
138:8, 138:12, 138:16, 139:9,
139:11, 139:17, 140:3, 140:7,
140:9, 140:14, 140:15, 140:18,
140:25, 141:1, 141:11, 141:15,
141:16, 141:17, 141:20,
141:24, 142:1, 142:2, 142:9,
142:14, 142:15, 142:16,
142:19, 142:22, 142:25, 143:3,
143:4, 143:12, 143:13, 143:16,
143:19, 143:21, 143:24, 144:6,
144:9, 144:11, 144:13, 144:17,
144:18, 144:19, 144:20,
144:24, 145:1, 145:2, 145:5,
145:6, 145:7, 145:10, 145:16,
146:1, 146:7, 146:13, 146:14,
146:15, 146:18, 146:20,
146:21, 146:23, 147:1, 147:6,
147:16, 147:23, 147:24,
147:25, 148:10, 148:12,
148:14, 148:15, 148:22,

148:23, 149:2, 149:3, 149:4,
149:5, 149:8, 149:10, 149:11,
149:12, 149:13, 149:25, 150:9,
150:14, 150:20, 151:2, 151:3,
151:18, 151:20, 151:21,
151:22, 152:2, 152:3, 152:15,
152:16, 152:17, 152:18,
152:22, 152:23, 152:24, 153:3,
153:6, 153:8, 153:9, 153:10,
153:11, 153:15, 153:17,
154:17, 154:19, 154:20,
154:24, 155:1, 155:2, 155:4,
155:8, 155:9, 155:11, 155:16,
155:18, 155:20, 155:21,
155:22, 155:24, 156:1, 156:3,
156:5, 156:11, 156:12, 156:15,
156:16, 156:17, 156:22,
156:23, 157:7, 157:8, 157:11,
157:12, 157:14, 157:15,
157:16, 157:17, 157:23,
157:25, 158:3, 158:4, 158:6,
158:10, 158:11, 158:12,
158:20, 158:21, 159:1, 159:3,
159:10, 159:18, 159:20, 160:5,
160:21, 160:23, 160:24, 161:2,
161:3, 161:4, 161:6, 161:16,
161:17, 161:23, 162:1, 162:2,
162:6, 162:11, 162:14, 162:15,
162:20, 163:7, 163:10, 163:12,
163:20, 163:22, 164:4, 164:5,
164:6, 164:7, 164:10, 164:18,
164:23, 164:25, 165:1, 165:2,
165:4, 165:7, 165:8, 165:10,
165:11, 165:13, 165:16,
165:18, 165:19, 165:25, 166:1,
166:6, 166:7, 166:8, 166:10,
166:16, 167:7, 167:8, 167:12,
167:17, 167:20, 168:9, 168:11,
168:14, 168:21, 169:6, 169:14,
169:19, 169:21, 169:24,
169:25, 170:1, 170:5, 170:10,
170:12, 170:13, 170:17,
170:24, 170:25, 171:2, 171:4,
171:5, 171:6, 171:7, 171:8,
171:10, 171:12, 171:18, 172:9,
172:10, 172:15, 172:19,
172:20, 172:23, 172:24, 173:2,
173:4, 173:5, 173:9, 173:14,
173:15, 173:16, 173:21,
173:22, 173:23, 173:25, 174:4,
174:7, 174:8, 174:9, 174:14,
174:16, 174:18, 174:19,
174:20, 174:21, 174:23,
174:25, 175:1, 175:3, 175:5,
175:7, 175:10, 175:11, 175:12,
175:15, 175:22, 175:24, 176:5,
176:8, 176:10, 176:12, 176:14,
176:15, 176:20, 176:21,
176:22, 176:23, 176:24,
176:25, 177:1, 177:3, 177:6,
177:7, 177:8, 177:9, 177:11,

177:12, 177:13, 177:17,
177:18, 177:19, 177:21,
177:22, 177:23, 177:24, 178:1,
178:5, 178:6, 178:9, 178:11,
178:13, 178:16, 178:20,
178:21, 178:22, 179:3, 179:6,
179:9, 179:12, 179:13, 179:15,
179:17, 179:18, 179:20,
179:21, 179:24, 180:2, 180:5,
180:7, 180:8, 180:11, 180:12,
180:18, 180:20, 180:21,
180:23, 180:25, 181:3, 181:8,
181:9, 181:10, 181:12, 181:13,
181:16, 181:17, 181:19,
181:24, 181:25, 182:1, 182:3,
182:5, 182:8, 182:15, 182:23,
183:1, 183:10, 183:16, 183:20,
183:21, 183:25, 184:1, 184:4,
184:13, 184:18, 184:21,
184:25, 185:1, 185:5, 185:6,
185:7, 185:9, 185:12, 185:13,
185:14, 185:17, 186:2, 186:4,
186:6, 186:7, 186:10, 186:11,
186:13, 186:17, 186:22,
187:12, 187:14, 187:15,
187:16, 187:17, 187:25, 188:1,
188:4, 188:6, 188:8, 188:10,
188:13, 188:14, 188:24, 189:1,
189:4, 189:5, 189:7, 189:21,
189:22, 190:4, 190:8, 190:11,
190:14, 190:23, 190:25, 191:1,
191:7, 191:10, 191:15, 191:17,
191:18, 191:19, 191:24, 192:6,
192:7, 192:10, 192:12, 192:13,
192:14, 192:15, 192:22,
192:25, 193:1, 193:2, 193:4,
193:5, 193:8, 193:11, 193:12,
193:14, 193:17, 193:18,
193:20, 193:25, 194:2, 194:4,
194:5, 194:6, 194:8, 194:15,
194:17, 194:24, 195:3, 195:6,
195:20, 195:24, 196:3, 196:5,
196:6, 196:7, 196:8, 196:19,
196:23, 197:4, 197:6, 197:10,
197:19, 197:24, 198:5, 198:7,
198:16, 198:19, 198:20,
198:22, 198:25, 199:3, 199:5,
199:7, 199:8, 199:15, 199:16,
199:22, 200:2, 200:5, 200:14,
200:24, 201:5, 201:6, 201:10,
201:11, 201:15, 201:18,
201:19, 201:22, 201:25, 202:1,
202:7, 202:9, 203:1, 203:2,
203:5, 203:10, 203:12, 203:13,
203:22, 204:6, 204:7, 204:9,
204:10, 204:18, 204:19,
204:21, 204:24, 205:1, 205:2,
205:5, 205:9, 205:18, 205:24,
206:3, 206:19, 206:22, 207:1,
207:2, 207:5, 207:13, 207:14,
207:15, 207:20, 208:1, 208:8,

208:24, 209:3, 209:7, 209:8,
209:9, 209:11, 209:22, 210:2,
210:9, 210:10, 210:11, 210:12,
210:15, 210:17, 210:18,
210:19, 210:20, 210:21,
210:23, 210:25, 211:6, 211:8,
211:10, 211:11, 211:15,
211:16, 211:17, 211:19,
211:21, 212:2, 212:12, 212:16,
212:17, 213:3, 213:4, 213:9,
213:12, 213:15, 213:17,
213:18, 213:21, 213:24, 214:2,
214:6, 214:9, 214:13, 214:14,
214:17, 214:20, 214:25, 215:3,
215:5, 215:6, 215:15, 215:16,
215:17, 215:19, 215:21,
215:22, 216:2, 216:4, 216:6,
216:9, 216:11, 216:17, 216:19,
216:23, 216:24, 217:1, 217:7,
217:17, 218:11, 218:18, 219:2,
219:6, 219:14, 219:18, 219:22,
219:23, 220:3, 220:4, 220:8,
220:12, 220:14, 220:19,
220:23, 220:24, 221:1, 221:2,
221:4, 221:8, 221:12, 221:13,
221:18, 221:19, 221:20,
221:23, 222:6, 222:10, 222:13,
222:19, 222:22, 223:2, 223:3,
223:4, 223:9, 223:10, 223:11,
223:13, 224:1, 224:2, 224:4,
224:8, 224:14, 224:22, 225:1,
225:2, 225:7, 225:11, 225:12,
225:19, 226:2, 226:7, 226:14,
226:21, 226:22, 226:23,
226:24, 227:2, 227:4, 227:6,
227:9, 227:18, 227:19, 227:20,
227:23, 227:25, 228:1, 228:7,
228:15, 228:16, 228:19,
228:20, 228:21, 228:24, 229:1,
229:3, 229:5, 229:6, 229:8,
229:12, 229:13, 229:15,
229:16, 229:18, 229:21,
229:24, 230:1, 230:2, 230:10,
230:12, 230:15, 230:19,
230:21, 231:2, 231:4, 231:11,
231:14, 231:17, 231:19,
231:24, 232:4, 232:6, 233:6,
233:9, 233:10, 233:17, 233:18,
233:21, 234:14, 234:15,
234:16, 234:17, 234:19,
234:24, 234:25, 235:1, 235:2,
235:4, 235:11, 235:14, 235:19,
235:22, 235:25, 236:1, 236:2,
236:4, 236:5, 236:6, 236:9,
236:13, 236:16, 236:21, 237:2,
237:3, 237:4, 237:7, 237:8,
237:11, 237:12, 237:20,
237:22, 237:23, 238:1, 238:2,
238:15, 238:16, 238:17,
238:18, 238:20, 238:21, 239:1,
239:2, 239:5, 239:10, 239:16,

239:19, 239:20, 239:22, 240:2,
240:3, 240:4, 240:6, 240:8,
240:12, 240:18, 240:23,
240:24, 241:4, 241:9, 241:12,
241:13, 241:16, 241:18,
241:21, 241:22, 242:7, 242:11,
242:12, 242:19, 243:2, 243:3,
243:5, 243:8, 243:10, 243:12,
243:13, 243:14, 243:17,
243:18, 243:22, 244:4, 244:5,
244:7, 244:8, 244:14, 244:16,
244:17, 244:25, 245:4, 245:6,
245:7, 245:10, 245:11, 245:16,
245:17, 245:19, 246:1, 246:3,
246:8, 246:14, 246:15, 246:19,
246:24, 247:2, 247:3, 247:5,
247:10, 247:12, 247:15,
247:17, 247:20, 247:21,
247:24, 248:6, 248:7, 248:8,
248:11, 248:12, 248:14,
248:16, 248:20, 248:21,
248:23, 248:24, 248:25, 249:1,
249:4, 249:5, 249:6, 249:7,
249:8, 249:11, 249:12, 249:13,
249:21, 249:22, 249:23, 250:1,
250:2, 250:3, 250:5, 250:8,
250:11, 250:12, 250:14,
250:19, 250:21, 250:22, 251:1,
251:2, 251:5, 251:7, 251:11,
251:12, 251:24, 252:1, 252:2,
252:3, 252:6, 252:9, 252:10,
252:11, 252:13, 252:14,
252:15, 252:16, 252:18,
252:19, 252:21, 253:2, 253:3,
253:5, 253:16, 253:17, 253:21,
253:25, 254:5, 254:18, 254:21,
254:24, 255:1, 255:10, 255:11,
255:12, 255:21, 255:23,
255:24, 256:4, 256:19, 256:20,
256:21, 256:22, 257:1, 257:4,
258:7, 258:8, 258:9
**their** [171] - 7:10, 7:12, 8:9,
8:19, 11:22, 12:16, 14:8, 14:10,
14:14, 14:15, 15:12, 15:18,
15:19, 15:24, 16:8, 16:9, 16:25,
17:8, 17:10, 17:12, 19:10,
19:11, 20:10, 20:24, 20:25,
21:1, 21:2, 21:4, 21:5, 21:6,
21:9, 21:10, 21:18, 22:3, 22:9,
23:1, 25:22, 27:8, 28:1, 29:12,
30:17, 31:1, 35:22, 39:22, 42:7,
42:10, 43:5, 43:6, 43:9, 43:10,
43:24, 49:21, 51:24, 52:2,
52:17, 53:1, 53:2, 56:21, 62:12,
66:3, 68:16, 68:18, 68:19, 69:9,
69:10, 69:16, 69:19, 70:17,
71:6, 72:6, 84:14, 85:8, 86:21,
88:9, 88:18, 88:19, 89:22,
91:22, 92:2, 92:5, 92:18, 92:20,
93:13, 94:6, 97:2, 99:5, 100:25,
104:15, 104:16, 104:25, 105:6,

106:6, 109:1, 111:2, 111:22,
112:24, 113:15, 117:23,
118:22, 119:16, 119:22, 128:4,
128:23, 132:25, 140:8, 140:21,
146:22, 147:4, 155:3, 155:9,
157:20, 160:17, 169:15,
171:12, 172:11, 172:12,
172:14, 172:25, 177:4, 177:10,
179:14, 180:5, 180:22, 183:6,
183:19, 187:4, 187:19, 190:7,
202:17, 207:17, 208:18,
209:11, 209:13, 212:1, 216:22,
218:4, 221:1, 221:2, 221:11,
223:1, 227:3, 227:8, 227:12,
227:14, 238:10, 238:19, 240:5,
241:2, 241:6, 243:22, 244:2,
244:3, 245:8, 246:1, 249:4,
249:23, 250:4, 250:23, 251:2,
252:20, 253:12, 255:1, 256:22
**theirs** [1] - 139:24
**them** [125] - 4:24, 5:5, 5:7, 5:14,
7:17, 9:4, 10:21, 15:18, 16:10,
16:16, 17:9, 19:11, 19:14,
19:21, 20:13, 26:7, 29:13,
32:19, 32:21, 38:23, 42:1, 43:4,
43:7, 43:8, 44:2, 45:3, 46:13,
46:15, 47:13, 49:15, 50:19,
51:23, 53:4, 54:17, 56:8, 64:17,
67:16, 69:20, 79:8, 80:25, 83:9,
90:11, 90:12, 92:5, 94:12,
98:25, 99:1, 99:11, 99:13,
99:21, 101:6, 105:23, 106:15,
107:1, 107:21, 107:24, 110:19,
111:1, 114:18, 115:21, 118:19,
119:10, 119:11, 120:9, 120:19,
121:10, 127:3, 128:25, 135:1,
143:14, 143:24, 147:21, 153:1,
156:16, 159:14, 159:21, 160:2,
161:1, 161:3, 165:4, 165:21,
165:22, 168:5, 170:22, 171:2,
172:3, 172:13, 180:13, 180:14,
185:3, 186:6, 186:10, 187:19,
189:6, 189:16, 190:23, 191:1,
192:14, 192:22, 196:20,
208:19, 211:12, 211:14,
218:16, 221:6, 224:7, 231:21,
238:4, 239:12, 245:15, 248:5,
249:7, 249:22, 250:16, 250:19,
251:14, 255:6, 255:8, 256:5
**themselves** [11] - 11:11, 13:9,
15:14, 15:21, 27:15, 88:17,
119:20, 120:18, 179:19,
207:21, 249:6
**then** [129] - 4:6, 4:8, 4:18, 4:19,
8:14, 9:22, 13:9, 21:11, 27:11,
34:23, 38:23, 41:11, 41:13,
43:21, 45:18, 45:20, 48:24,
49:1, 51:12, 51:15, 55:12,
56:13, 58:5, 62:21, 62:22,
62:23, 63:13, 65:15, 69:12,
69:24, 70:2, 72:2, 78:6, 79:7,

79:21, 80:16, 80:19, 83:24,
89:23, 91:21, 91:22, 92:2, 97:3,
97:6, 103:5, 105:15, 106:20,
107:11, 108:22, 109:8, 109:18,
109:21, 112:22, 113:19,
118:22, 119:19, 120:10,
120:20, 122:15, 123:11,
124:14, 124:15, 124:16,
124:19, 126:24, 127:7, 127:10,
127:17, 128:18, 131:7, 131:11,
132:21, 133:15, 136:14,
137:14, 139:13, 139:19,
139:24, 139:25, 141:14, 144:9,
149:15, 149:23, 150:2, 151:5,
151:13, 152:17, 160:16,
165:19, 173:11, 174:3, 175:18,
178:13, 181:14, 183:9, 184:3,
184:4, 184:21, 185:9, 185:10,
187:2, 187:16, 191:17, 195:11,
195:22, 197:6, 198:25, 200:3,
201:4, 202:9, 209:6, 210:13,
210:14, 211:18, 214:24,
216:10, 217:20, 218:5, 219:19,
221:12, 225:9, 226:15, 232:23,
234:9, 242:21, 250:15, 254:19
**theories** [1] - 32:5
**theory** [12] - 10:9, 10:12, 23:6,
32:3, 36:1, 65:11, 99:5, 102:21,
102:22, 120:6, 155:13, 203:23
**Therapeutics** [1] - 126:16
**there** [165] - 4:17, 4:19, 5:14,
9:18, 11:6, 11:8, 14:21, 15:2,
16:14, 18:12, 21:16, 22:1, 23:4,
24:3, 24:15, 24:18, 24:24,
24:25, 25:1, 25:7, 25:22, 26:2,
26:6, 26:25, 27:22, 31:11, 36:4,
36:5, 36:24, 37:23, 38:5, 40:18,
41:20, 42:6, 42:8, 42:19, 43:21,
44:19, 45:6, 45:11, 45:14, 46:4,
46:5, 46:6, 46:23, 51:5, 53:23,
54:22, 55:9, 56:7, 56:17, 57:18,
57:23, 59:8, 60:3, 60:23, 61:6,
62:16, 62:23, 63:20, 66:9, 67:9,
69:4, 73:19, 75:5, 79:24, 87:5,
90:5, 94:9, 94:16, 96:1, 98:4,
101:14, 102:13, 105:25, 110:8,
111:7, 111:18, 118:5, 118:24,
129:25, 130:3, 132:19, 133:4,
136:2, 139:14, 140:3, 141:5,
143:7, 144:2, 147:17, 147:19,
147:20, 149:15, 149:18,
150:23, 153:16, 154:12,
154:14, 154:16, 155:2, 155:8,
156:15, 156:16, 156:20, 167:6,
170:19, 170:24, 171:3, 172:13,
173:13, 175:19, 175:20,
175:24, 176:3, 176:4, 176:6,
183:19, 185:1, 185:14, 185:17,
188:6, 189:24, 191:25, 194:19,
203:4, 205:22, 205:23, 213:13,
214:4, 215:25, 216:5, 217:22,

219:11, 220:9, 226:11, 226:25,
228:2, 228:6, 229:15, 232:15,
232:20, 235:8, 240:17, 241:12,
245:15, 246:12, 246:17, 248:3,
249:15, 250:4, 250:5, 251:22,
254:24, 256:8
**There** [2] - 156:17, 222:20
**there'll** [1] - 4:15
**there's** [78] - 8:4, 11:24, 15:1,
15:25, 19:6, 20:13, 24:1, 28:9,
28:22, 37:5, 45:20, 47:12,
53:20, 56:9, 56:16, 58:20, 60:3,
60:17, 60:19, 63:9, 65:21, 73:1,
73:10, 79:1, 89:21, 101:25,
104:10, 105:4, 113:11, 120:15,
126:19, 127:12, 128:9, 132:1,
142:21, 143:5, 147:2, 152:16,
155:19, 157:24, 160:4, 160:11,
172:7, 172:19, 176:23, 177:3,
185:8, 185:9, 185:10, 185:11,
185:16, 197:25, 203:21,
208:13, 216:21, 223:7, 225:13,
225:15, 225:16, 225:24,
225:25, 226:9, 226:16, 228:8,
229:21, 231:1, 231:22, 231:23,
238:21, 241:9, 241:14, 242:4,
242:23, 247:5, 249:6, 250:17,
251:19
**therefore** [16] - 39:4, 39:15,
67:21, 68:7, 72:16, 87:6, 87:7,
116:14, 138:4, 140:21, 188:15,
193:6, 193:20, 195:8, 203:25,
243:5
**thereof** [1] - 82:14
**these** [180] - 19:14, 24:16,
25:17, 27:20, 27:24, 27:25,
28:8, 29:11, 32:19, 35:21,
36:16, 38:1, 39:9, 39:14, 41:25,
42:15, 43:16, 44:2, 44:24, 45:1,
45:3, 48:1, 49:5, 50:22, 52:2,
52:12, 52:22, 55:13, 56:2,
57:13, 57:17, 58:24, 61:6, 61:7,
62:11, 62:14, 62:19, 64:14,
64:24, 68:7, 69:14, 69:15, 71:1,
73:1, 74:13, 76:7, 76:10, 78:19,
78:21, 79:8, 81:3, 81:24, 82:17,
82:18, 88:3, 89:23, 90:7, 92:7,
92:9, 94:8, 94:15, 94:17, 94:20,
96:6, 98:15, 103:11, 104:3,
109:5, 110:17, 111:10, 112:8,
114:3, 115:11, 116:6, 117:9,
122:25, 128:22, 129:4, 129:15,
130:13, 133:16, 134:25,
137:15, 137:17, 138:2, 138:9,
138:17, 139:12, 140:5, 140:16,
140:20, 140:25, 141:2, 141:6,
141:25, 142:3, 142:7, 142:8,
142:11, 142:12, 142:25,
143:14, 145:6, 146:19, 146:21,
147:3, 147:23, 148:14, 154:10,

154:23, 158:18, 159:9, 159:17,
159:19, 159:22, 159:23,
160:11, 161:21, 162:2, 163:7,
163:19, 169:18, 171:1, 177:13,
178:17, 179:18, 181:4, 184:24,
185:2, 185:19, 187:6, 187:13,
187:21, 189:5, 189:15, 190:1,
193:4, 193:6, 193:10, 193:14,
194:19, 196:17, 196:20,
197:23, 199:19, 203:19,
204:15, 211:5, 211:9, 212:5,
215:18, 216:1, 216:17, 218:2,
218:12, 222:21, 223:5, 223:8,
230:22, 231:19, 231:20,
232:13, 233:15, 234:22,
236:10, 236:17, 236:23,
240:25, 241:1, 241:5, 241:24,
249:17, 249:20, 250:14, 251:22
**they** [463] - 3:21, 4:18, 5:6, 6:14,
8:11, 10:14, 10:15, 10:21,
10:24, 11:10, 11:15, 11:16,
11:17, 11:23, 11:24, 12:12,
12:18, 13:1, 13:18, 14:19,
14:20, 15:15, 16:7, 16:10,
16:24, 17:7, 17:12, 18:23, 19:9,
20:3, 22:6, 22:7, 22:12, 22:24,
23:23, 24:5, 24:6, 24:20, 25:3,
25:17, 25:23, 26:7, 26:8, 27:13,
27:14, 27:16, 27:17, 27:18,
27:19, 27:23, 28:1, 28:3, 28:5,
28:6, 28:7, 28:13, 28:14, 28:15,
28:25, 29:1, 29:2, 29:12, 29:13,
29:16, 29:17, 29:19, 29:20,
30:3, 31:15, 35:4, 35:10, 35:11,
35:22, 35:23, 35:24, 36:1, 36:8,
36:9, 36:23, 36:24, 39:11,
43:10, 45:2, 45:6, 45:7, 48:1,
48:3, 48:6, 48:16, 48:21, 48:23,
49:1, 49:20, 49:22, 49:23,
50:19, 52:3, 52:4, 52:5, 52:13,
52:17, 52:18, 52:23, 53:1, 53:2,
53:5, 54:14, 55:24, 55:25,
57:22, 61:3, 61:8, 61:11, 62:19,
62:20, 63:6, 63:10, 63:13, 66:3,
66:23, 67:2, 67:18, 68:15,
68:16, 68:17, 68:19, 69:8,
69:16, 69:17, 69:20, 69:22,
69:25, 70:2, 70:10, 71:4, 71:11,
71:12, 71:18, 71:20, 71:25,
72:16, 73:17, 73:18, 74:16,
74:25, 75:10, 75:14, 79:8,
79:11, 79:20, 79:21, 81:16,
82:18, 82:20, 83:6, 83:16,
85:11, 85:13, 86:22, 86:23,
87:20, 90:4, 90:14, 90:15,
90:25, 91:4, 91:22, 92:11,
92:22, 93:4, 93:5, 93:7, 93:12,
94:4, 94:5, 94:6, 94:14, 96:5,
97:3, 97:6, 97:23, 98:6, 98:14,
98:15, 98:16, 98:21, 100:4,
100:7, 100:25, 101:1, 101:2,

102:14, 102:15, 103:3, 103:5,
104:17, 105:1, 105:3, 105:4,
105:5, 105:6, 105:9, 105:11,
106:7, 106:10, 106:15, 106:16,
106:18, 106:19, 106:20,
106:21, 107:5, 107:6, 107:8,
107:10, 107:12, 108:7, 108:8,
110:22, 110:25, 111:1, 113:14,
113:23, 114:19, 114:20, 116:9,
116:10, 116:11, 116:16,
116:20, 116:21, 116:22,
117:13, 117:16, 117:17,
117:20, 118:2, 119:14, 119:18,
119:19, 119:21, 125:20,
128:11, 131:20, 132:5, 132:8,
132:10, 132:11, 132:12,
132:16, 132:17, 132:21, 133:7,
133:11, 133:14, 133:15,
134:24, 135:1, 136:22, 137:12,
138:1, 138:15, 138:16, 139:12,
139:14, 140:9, 140:11, 141:16,
142:4, 142:6, 142:7, 142:10,
142:18, 144:7, 144:9, 146:5,
146:17, 147:11, 147:12,
152:15, 152:17, 156:1, 156:13,
157:16, 157:24, 158:1, 158:10,
158:11, 158:12, 158:13,
159:22, 160:13, 160:16,
160:18, 161:14, 163:8, 163:11,
164:24, 165:10, 165:23, 166:1,
166:2, 168:12, 169:15, 169:17,
169:21, 172:14, 172:22,
172:25, 173:12, 176:7, 177:14,
178:9, 179:23, 179:24, 180:5,
180:6, 180:15, 180:19, 180:22,
181:23, 183:18, 184:4, 185:6,
185:14, 186:5, 188:15, 188:21,
189:7, 189:12, 189:13, 189:22,
190:4, 190:5, 190:6, 191:2,
193:24, 194:25, 195:8, 195:10,
198:1, 198:2, 202:5, 202:6,
203:7, 203:9, 203:10, 203:11,
203:16, 203:24, 204:23, 205:9,
206:2, 207:18, 207:20, 207:21,
207:22, 208:4, 208:5, 208:7,
208:8, 208:11, 208:12, 208:13,
208:14, 208:17, 208:18,
209:10, 209:14, 210:12,
215:12, 216:18, 220:24, 221:2,
222:11, 222:24, 222:25,
228:13, 228:15, 229:22,
231:21, 231:25, 232:7, 232:8,
233:4, 234:16, 235:20, 235:21,
235:22, 236:8, 236:10, 236:22,
236:25, 237:21, 241:1, 241:2,
241:3, 243:25, 244:1, 245:17,
246:18, 246:24, 247:3, 247:4,
249:2, 249:7, 249:8, 249:9,
249:14, 250:9, 250:15, 250:16,
250:22, 251:18, 251:21,
252:15, 252:18, 252:20,

253:22, 254:1, 254:4, 254:24,
254:25, 255:1, 255:2, 255:7,
255:22, 256:17, 256:18
**they'd** [2] - 58:9, 220:20
**they'll** [5] - 10:20, 19:22, 145:1,
150:12, 150:14
**they're** [174] - 4:11, 7:11, 7:17,
8:17, 9:16, 10:19, 14:14, 14:16,
14:18, 14:20, 15:23, 19:4,
19:11, 21:14, 23:5, 29:5, 30:15,
30:16, 30:18, 38:4, 41:24,
43:18, 44:3, 44:4, 45:24, 46:11,
46:14, 49:16, 49:25, 50:12,
52:5, 52:8, 52:22, 54:17, 55:5,
56:3, 56:10, 59:3, 60:13, 60:23,
61:13, 63:4, 63:22, 70:16,
70:18, 72:1, 72:3, 74:4, 74:5,
74:12, 74:18, 74:19, 74:20,
74:23, 74:24, 74:25, 75:9,
75:12, 76:11, 78:24, 81:15,
81:17, 84:16, 88:18, 88:19,
89:25, 90:22, 92:9, 93:3, 93:5,
93:18, 93:19, 96:11, 99:4,
100:23, 102:13, 103:22,
104:14, 104:25, 106:18,
106:22, 107:8, 108:12, 108:13,
110:14, 110:15, 111:7, 111:14,
116:5, 116:12, 119:6, 119:14,
119:15, 137:23, 138:3, 140:7,
140:8, 140:11, 143:16, 143:23,
143:24, 144:12, 144:13,
144:14, 145:24, 147:15, 150:8,
152:25, 156:7, 156:23, 156:25,
157:18, 160:10, 161:21,
161:22, 169:4, 171:5, 171:6,
172:20, 179:25, 180:1, 180:21,
185:21, 185:22, 185:24,
185:25, 186:7, 189:19, 189:25,
190:9, 191:10, 194:18, 195:15,
199:11, 203:8, 205:12, 205:13,
205:20, 205:21, 206:11,
207:16, 211:1, 216:2, 221:21,
221:22, 228:21, 231:21,
236:13, 240:14, 240:15,
240:19, 242:7, 245:1, 245:7,
248:17, 250:13, 250:23,
251:17, 251:25, 253:6, 253:8,
253:9, 253:10, 253:14, 253:15,
253:17, 253:24, 254:19,
254:23, 256:17
**they've** [18] - 13:15, 29:22,
44:23, 79:18, 90:14, 107:6,
137:13, 137:22, 142:6, 146:8,
184:7, 193:17, 238:2, 245:8,
245:9, 245:21, 245:25
**thing** [31] - 8:25, 27:4, 40:6,
42:23, 44:17, 58:5, 58:7, 58:17,
59:2, 62:20, 75:8, 99:7, 103:13,
108:25, 148:11, 150:24, 154:4,
161:5, 162:20, 167:15, 168:25,

173:21, 179:25, 186:17,
191:17, 192:15, 223:10,
232:21, 244:25, 254:15, 255:18
**things** [45] - 3:14, 6:21, 7:4,
48:10, 50:4, 55:6, 56:11, 57:25,
61:14, 62:11, 63:10, 66:6, 68:7,
74:11, 76:7, 85:6, 88:16, 98:24,
99:10, 99:20, 118:13, 132:11,
135:5, 135:7, 146:1, 149:16,
160:4, 166:6, 169:3, 170:18,
171:2, 177:13, 187:1, 202:17,
204:15, 220:17, 231:20,
234:14, 237:14, 237:25,
238:18, 241:16, 247:10,
249:14, 255:2
**think** [215] - 6:25, 7:4, 7:21, 9:1,
9:15, 9:25, 11:6, 11:8, 12:22,
13:20, 13:22, 16:6, 17:24, 18:6,
20:2, 20:17, 20:19, 22:2, 23:21,
24:2, 26:2, 26:3, 26:10, 27:6,
29:19, 30:22, 32:1, 33:7, 35:18,
38:5, 41:23, 45:3, 45:5, 45:24,
50:15, 53:23, 54:11, 54:23,
57:6, 60:1, 60:13, 61:3, 62:18,
64:9, 64:12, 64:22, 65:12,
65:20, 66:13, 66:18, 68:11,
68:15, 74:3, 76:9, 76:12, 78:13,
79:4, 83:20, 83:22, 84:12,
85:15, 86:21, 87:1, 88:1, 92:19,
93:4, 93:8, 94:24, 96:23, 97:11,
97:17, 98:7, 98:12, 98:13,
98:14, 98:18, 99:23, 100:5,
100:13, 101:9, 101:17, 102:12,
103:4, 104:10, 104:18, 105:8,
107:8, 108:7, 108:19, 109:21,
110:11, 110:19, 110:20,
110:24, 111:4, 111:19, 111:25,
114:4, 117:21, 118:10, 118:14,
120:14, 128:21, 129:17,
134:20, 137:10, 138:8, 144:19,
148:6, 153:4, 158:24, 159:10,
160:18, 161:6, 162:7, 162:14,
164:21, 165:19, 166:15,
166:17, 167:14, 168:7, 170:6,
178:6, 178:12, 179:21, 182:9,
183:25, 187:25, 189:11,
190:18, 190:20, 191:25,
192:22, 195:1, 196:4, 196:7,
197:18, 198:3, 198:18, 199:3,
199:20, 200:6, 200:7, 200:12,
200:21, 201:2, 201:6, 202:2,
205:10, 205:11, 206:24, 207:5,
208:4, 208:10, 208:14, 208:23,
209:5, 209:8, 209:18, 210:10,
213:5, 217:4, 218:9, 219:8,
219:21, 220:4, 220:11, 220:19,
223:15, 223:20, 225:13,
226:19, 227:4, 227:14, 228:3,
228:11, 228:19, 229:13, 230:2,
230:18, 232:13, 232:25, 233:4,
233:9, 233:17, 234:24, 238:10,

239:4, 239:24, 240:16, 240:22, 241:12, 242:3, 242:14, 242:21, 243:5, 243:7, 243:15, 247:10, 247:22, 248:1, 248:4, 249:20, 250:21, 251:2, 251:23, 252:23, 254:9, 254:17, 257:5

**thinking** [3] - 191:18, 198:12, 257:6

**thinks** [1] - 159:15

**third** [13] - 51:16, 97:12, 132:19, 133:21, 135:6, 135:24, 138:4, 160:24, 161:4, 161:23, 161:24, 227:6

**third-party** [2] - 161:4, 161:24

**this** [490] - 4:10, 4:24, 9:15, 10:8, 13:12, 13:21, 20:16, 20:20, 21:20, 23:9, 23:15, 24:4, 24:12, 24:19, 25:2, 25:22, 26:3, 26:21, 27:16, 27:17, 30:6, 31:8, 31:11, 31:12, 33:16, 34:17, 35:10, 35:17, 36:4, 36:5, 36:22, 37:9, 38:3, 39:9, 39:19, 40:8, 41:1, 41:8, 41:9, 41:24, 42:14, 42:18, 43:1, 43:11, 44:11, 44:12, 44:17, 46:20, 46:22, 48:15, 48:16, 50:3, 50:20, 51:3, 51:7, 51:13, 53:12, 55:5, 55:23, 56:6, 57:16, 57:19, 57:23, 58:6, 58:7, 58:17, 59:5, 59:12, 59:19, 59:20, 59:24, 60:1, 60:10, 60:12, 60:15, 61:8, 61:23, 62:6, 62:13, 63:1, 63:14, 63:18, 63:19, 63:25, 65:15, 65:16, 65:23, 66:4, 66:11, 67:11, 67:20, 68:3, 68:10, 68:13, 68:14, 70:13, 70:21, 71:15, 71:22, 72:17, 73:5, 73:13, 73:20, 74:1, 74:2, 74:15, 74:20, 75:2, 76:12, 77:2, 77:24, 78:19, 79:11, 79:19, 80:8, 81:20, 82:7, 82:16, 82:21, 82:23, 83:4, 83:22, 84:19, 84:22, 84:25, 85:15, 85:19, 86:11, 86:18, 86:22, 86:24, 89:16, 89:20, 90:5, 90:15, 91:1, 91:15, 92:23, 93:16, 93:24, 94:2, 94:8, 94:15, 94:24, 95:4, 95:6, 95:19, 96:4, 96:11, 97:9, 97:14, 97:22, 98:2, 99:8, 100:8, 100:13, 101:18, 102:5, 102:20, 103:4, 103:8, 103:13, 104:19, 105:2, 105:16, 106:5, 106:9, 106:24, 106:25, 107:5, 107:8, 107:22, 109:15, 111:19, 111:25, 112:12, 113:10, 113:24, 114:15, 114:20, 115:15, 115:22, 116:5, 116:13, 116:22, 117:10, 117:16, 117:22, 118:1, 118:14, 118:20, 119:6, 119:13, 121:5, 121:11, 121:20, 121:22, 122:4,

122:7, 122:11, 122:17, 122:19, 122:22, 122:24, 123:13, 123:17, 124:7, 124:25, 125:4, 125:12, 125:20, 126:11, 126:12, 126:21, 128:7, 128:19, 128:24, 129:14, 129:22, 130:1, 130:4, 130:6, 130:17, 131:1, 131:5, 131:7, 131:9, 131:18, 131:22, 132:4, 132:6, 132:20, 134:1, 134:4, 134:6, 134:9, 134:10, 134:12, 134:19, 135:9, 135:11, 135:21, 136:4, 136:6, 136:14, 136:19, 136:24, 137:4, 137:13, 137:14, 138:11, 138:12, 138:15, 139:4, 139:7, 139:11, 139:16, 139:18, 139:23, 140:2, 140:12, 140:13, 140:18, 141:14, 142:24, 143:4, 143:14, 144:1, 145:25, 146:21, 147:4, 147:10, 148:22, 148:25, 149:5, 149:11, 149:17, 150:15, 150:24, 151:17, 151:23, 152:12, 154:4, 155:14, 156:8, 156:12, 157:1, 157:6, 158:25, 161:19, 162:3, 162:25, 163:10, 163:13, 163:20, 163:23, 164:3, 164:12, 165:4, 165:20, 166:1, 166:25, 167:5, 167:15, 168:16, 169:1, 170:23, 172:18, 175:6, 175:14, 176:17, 176:18, 177:1, 178:3, 182:21, 183:5, 183:6, 183:11, 183:23, 184:1, 186:1, 186:8, 186:16, 186:18, 187:24, 188:8, 188:20, 188:22, 190:1, 190:6, 190:12, 190:16, 191:1, 191:13, 191:14, 191:18, 192:23, 193:3, 193:23, 194:20, 195:8, 196:1, 196:4, 196:8, 196:12, 196:15, 196:20, 196:21, 197:2, 197:3, 197:17, 198:12, 201:7, 201:14, 201:18, 202:22, 202:23, 202:24, 203:23, 204:17, 205:8, 205:18, 206:8, 207:1, 207:22, 208:2, 208:12, 210:8, 210:15, 211:14, 211:24, 212:7, 213:2, 213:22, 213:23, 214:2, 214:3, 214:4, 214:5, 214:10, 214:19, 214:20, 214:21, 215:1, 215:11, 216:10, 216:11, 216:23, 216:24, 217:2, 217:5, 217:8, 217:11, 217:19, 218:1, 218:9, 218:12, 220:18, 221:18, 222:18, 222:23, 222:25, 223:10, 226:7, 226:17, 226:19, 226:20, 226:23, 227:5, 227:18, 228:23, 229:5, 230:2, 230:13, 230:19, 230:20, 231:17, 232:9, 232:24, 233:2, 233:3, 233:9, 233:25, 235:19, 237:21, 237:24, 238:9, 238:14, 239:7, 239:17, 239:19, 239:21,

239:23, 239:25, 240:4, 240:11, 240:13, 240:14, 240:17, 240:20, 241:4, 242:10, 242:12, 242:18, 242:23, 243:13, 244:4, 245:19, 245:21, 246:10, 246:11, 246:15, 246:16, 247:3, 247:17, 247:21, 247:24, 248:11, 249:1, 250:20, 251:9, 251:16, 252:5, 252:23, 253:18, 254:23

**Thomas** [1] - 1:17

**those** [102] - 3:18, 8:21, 8:22, 12:20, 21:8, 22:12, 22:23, 28:6, 29:4, 29:5, 29:8, 37:13, 38:13, 38:18, 38:25, 39:6, 39:15, 41:22, 42:3, 42:16, 46:7, 46:8, 46:9, 46:10, 46:25, 50:15, 50:25, 54:8, 61:13, 62:3, 63:7, 65:24, 74:22, 75:19, 75:20, 81:10, 83:15, 87:6, 90:19, 116:11, 116:17, 117:14, 118:22, 127:1, 128:16, 129:1, 132:17, 132:23, 136:25, 137:23, 141:7, 142:9, 143:19, 143:22, 144:10, 145:15, 146:4, 146:15, 150:22, 150:23, 152:1, 152:5, 152:12, 154:19, 163:2, 168:19, 181:15, 181:22, 183:2, 183:21, 184:8, 184:19, 185:1, 185:15, 186:14, 186:24, 188:5, 190:2, 193:11, 193:12, 193:17, 193:18, 193:21, 193:25, 197:5, 197:18, 198:20, 204:23, 212:4, 216:14, 218:7, 225:1, 225:13, 229:1, 237:15, 241:15, 243:4, 250:9

**though** [15] - 44:19, 60:9, 70:20, 77:15, 79:20, 84:25, 156:24, 160:7, 176:9, 192:18, 211:25, 219:20, 229:14, 233:21, 237:7

**thought** [8] - 37:24, 72:8, 103:15, 105:16, 152:4, 191:2, 196:20, 203:16

**thousands** [2] - 36:19, 186:23

**thousandths** [1] - 128:6

**three** [28] - 7:6, 7:7, 7:11, 7:13, 7:20, 24:25, 30:9, 37:13, 37:14, 41:20, 47:8, 57:20, 64:8, 64:9, 122:9, 123:15, 126:6, 127:13, 132:9, 132:11, 132:23, 136:12, 145:4, 153:16, 159:19, 165:6, 183:7, 185:5

**three-month** [1] - 30:9

**three-quarters** [2] - 122:9, 123:15

**three-week** [1] - 165:6

**through** [66] - 5:20, 15:18, 15:22, 16:16, 17:11, 21:1, 21:13, 22:25, 30:3, 46:19, 49:2,

55:6, 56:6, 59:22, 63:5, 63:22, 67:25, 86:14, 91:14, 95:3, 95:5, 96:13, 103:10, 107:13, 129:12, 130:4, 138:11, 138:18, 143:3, 149:9, 149:13, 150:18, 155:24, 158:10, 168:3, 168:22, 178:10, 178:11, 184:14, 184:15, 184:22, 189:4, 190:16, 196:3, 196:18, 197:5, 197:19, 198:5, 199:20, 200:10, 209:11, 209:13, 212:11, 217:21, 218:1, 218:7, 219:8, 220:8, 222:10, 223:8, 223:14, 236:23, 252:14, 254:1, 255:21

**throughout** [10] - 16:7, 63:8, 65:15, 88:5, 220:11, 221:10, 222:21, 222:23, 223:5, 247:5

**throw** [2] - 49:22, 167:11

**thrust** [6] - 65:13, 82:23, 84:19, 87:19, 233:9, 247:20

**thumb** [1] - 45:17

**Thursday** [1] - 5:21

**tick** [1] - 246:4

**ticker** [4] - 127:6, 156:22, 158:6, 160:7

**tickers** [4] - 128:1, 185:21, 187:22, 239:23

**tie** [2] - 116:11, 116:17

**tied** [2] - 166:7, 248:5

**ties** [1] - 165:15

**till** [6] - 6:3, 6:11, 6:12, 51:11, 133:23, 183:13

**time** [104] - 5:13, 5:21, 6:8, 6:18, 6:20, 13:21, 18:2, 22:12, 27:6, 28:14, 30:9, 30:11, 30:18, 34:7, 34:23, 39:21, 40:18, 42:14, 46:8, 46:11, 46:14, 46:24, 48:1, 48:2, 48:7, 49:5, 57:17, 58:19, 59:11, 70:17, 71:10, 71:11, 71:22, 72:1, 72:2, 72:17, 76:6, 80:15, 81:20, 86:25, 95:12, 99:6, 100:19, 108:10, 116:8, 116:23, 118:20, 118:21, 118:24, 123:5, 124:17, 125:8, 125:24, 128:21, 128:24, 130:10, 131:23, 134:12, 136:14, 136:15, 138:14, 139:18, 148:23, 149:4, 149:6, 151:14, 158:19, 160:8, 161:3, 163:11, 171:20, 173:11, 175:4, 175:5, 177:18, 177:19, 183:11, 185:4, 185:20, 185:22, 186:9, 191:18, 191:19, 191:22, 192:4, 192:10, 192:19, 209:3, 210:16, 210:17, 211:23, 214:20, 216:2, 229:20, 231:23, 234:1, 239:19, 239:23, 242:12, 255:24

**time-sensitive** [1] - 6:8

**timeline** [3] - 59:3, 164:10, 247:4

**times** [20] - 8:4, 20:12, 68:5, 69:13, 69:19, 70:2, 71:7, 71:17, 72:20, 72:23, 109:2, 119:7, 119:12, 123:11, 129:15, 133:17, 135:4, 177:3, 192:12, 193:7

**timestamp** [1] - 130:9

**timing** [2] - 213:5, 213:15

**tiny** [2] - 154:3, 156:12

**Title** [1] - 258:6

**to** [1656] - 3:17, 3:18, 3:25, 4:1, 4:7, 4:9, 4:11, 4:13, 4:17, 4:22, 4:23, 4:24, 5:1, 5:8, 5:12, 5:17, 5:18, 5:22, 5:24, 6:5, 6:14, 6:19, 6:22, 6:23, 7:10, 7:12, 7:17, 7:20, 7:22, 7:23, 8:1, 8:8, 8:12, 8:14, 8:17, 8:18, 8:23, 8:25, 9:1, 9:3, 9:4, 9:5, 9:8, 9:10, 9:11, 9:12, 9:17, 9:20, 9:23, 10:1, 10:8, 10:9, 10:14, 10:19, 10:21, 10:23, 11:9, 11:10, 11:14, 11:16, 11:17, 11:23, 11:25, 12:1, 12:3, 12:5, 12:10, 12:16, 12:22, 12:23, 12:24, 12:25, 13:3, 13:4, 13:7, 13:8, 13:17, 13:18, 13:20, 14:1, 14:6, 14:9, 14:14, 14:17, 14:18, 14:23, 14:24, 15:2, 15:8, 15:11, 15:12, 15:13, 15:15, 15:16, 15:17, 15:19, 15:20, 15:21, 15:22, 15:23, 15:24, 16:4, 16:7, 16:8, 16:9, 16:13, 16:14, 16:16, 16:17, 16:20, 16:21, 16:25, 17:4, 17:7, 17:8, 17:12, 17:19, 17:24, 18:3, 18:13, 18:15, 18:19, 18:23, 18:25, 19:9, 19:10, 19:12, 19:18, 20:1, 20:3, 20:8, 20:15, 20:25, 21:6, 21:14, 21:19, 21:25, 22:4, 22:7, 22:16, 23:2, 23:5, 23:6, 23:7, 23:13, 23:23, 24:5, 24:6, 24:7, 24:10, 24:17, 24:19, 24:20, 25:12, 25:18, 26:1, 26:4, 26:13, 26:20, 26:23, 27:13, 27:16, 27:17, 28:7, 28:14, 28:19, 28:21, 29:14, 29:16, 29:19, 29:20, 29:22, 29:23, 30:3, 30:7, 30:10, 30:11, 30:12, 30:17, 30:22, 30:23, 31:1, 31:14, 31:15, 31:18, 31:19, 32:14, 32:20, 32:22, 32:23, 33:3, 33:5, 33:8, 33:11, 33:13, 33:17, 33:19, 33:22, 33:23, 34:1, 34:6, 34:16, 34:18, 34:19, 34:20, 34:22, 34:24, 35:1, 35:2, 35:3, 35:8, 35:9, 35:16, 35:22, 36:3, 36:6, 36:9, 36:10, 36:13, 36:16, 36:23, 37:1, 37:5, 37:6, 37:21, 38:6, 38:9, 38:11, 38:13, 38:23, 39:4, 39:6, 39:11, 39:16, 39:18,

40:1, 40:19, 40:22, 40:25, 41:9, 41:10, 41:22, 41:25, 42:1, 42:5, 42:9, 42:10, 42:16, 43:1, 43:2, 43:3, 43:6, 43:9, 43:10, 43:11, 43:14, 43:18, 43:22, 44:7, 44:8, 44:23, 44:25, 45:2, 45:5, 45:7, 45:23, 46:10, 46:13, 46:25, 47:1, 47:7, 47:8, 47:16, 47:22, 47:24, 48:6, 48:8, 48:18, 48:22, 48:24, 49:3, 49:10, 49:13, 49:16, 49:24, 50:5, 50:10, 50:12, 50:13, 50:18, 50:24, 51:3, 51:7, 51:8, 51:10, 51:11, 51:17, 51:21, 51:22, 52:4, 52:7, 52:8, 52:9, 52:10, 52:15, 52:17, 52:21, 52:23, 52:24, 52:25, 53:2, 53:3, 53:8, 53:9, 53:11, 53:14, 53:15, 54:7, 54:8, 54:19, 55:4, 55:5, 55:6, 55:10, 55:13, 55:14, 55:17, 55:21, 55:24, 56:5, 56:6, 56:8, 56:11, 56:16, 56:17, 56:25, 58:2, 58:9, 58:10, 58:11, 58:13, 58:17, 58:21, 58:22, 58:25, 59:4, 59:6, 59:21, 59:22, 60:4, 60:11, 60:18, 61:6, 61:23, 61:25, 62:3, 62:5, 62:7, 62:8, 62:19, 63:4, 63:16, 63:18, 63:25, 64:2, 64:3, 64:7, 64:13, 64:17, 64:21, 64:25, 65:1, 65:8, 65:14, 65:23, 66:2, 66:4, 66:5, 66:9, 66:11, 66:14, 66:15, 66:19, 66:23, 67:4, 67:8, 67:9, 67:13, 67:15, 67:18, 67:19, 67:21, 68:1, 68:6, 68:9, 68:11, 68:18, 68:24, 69:2, 69:7, 70:9, 70:11, 70:15, 70:16, 70:22, 70:25, 71:12, 71:16, 71:20, 71:21, 72:1, 72:17, 72:20, 72:23, 73:1, 73:3, 73:6, 73:8, 73:10, 73:13, 73:15, 73:18, 73:19, 74:2, 74:4, 74:6, 74:11, 74:14, 74:21, 75:2, 75:3, 75:5, 75:9, 75:12, 75:17, 75:19, 75:20, 75:21, 75:24, 76:14, 76:21, 77:10, 77:11, 77:18, 77:21, 77:24, 78:9, 78:10, 78:22, 79:8, 79:10, 79:17, 79:18, 79:24, 80:8, 80:16, 80:19, 80:21, 80:24, 80:25, 81:1, 81:4, 81:5, 81:11, 81:15, 81:16, 81:17, 81:18, 81:19, 81:21, 81:23, 81:24, 81:25, 82:2, 82:4, 82:10, 83:4, 83:5, 83:7, 83:13, 83:16, 83:18, 83:20, 84:4, 84:10, 84:13, 84:16, 84:17, 84:20, 84:22, 85:2, 85:7, 85:8, 85:9, 85:13, 85:18, 85:19, 85:24, 86:4, 86:6, 86:7, 86:20, 86:23, 86:24, 87:9, 87:17, 87:24, 87:25, 88:1, 88:2, 88:11, 88:13, 88:18, 88:24,

89:2, 89:5, 89:17, 89:18, 89:19, 89:22, 89:24, 89:25, 90:3, 90:4, 90:8, 90:11, 90:12, 90:16, 90:18, 90:21, 90:23, 91:5, 91:18, 91:19, 91:21, 92:6, 92:8, 92:11, 92:14, 92:15, 92:17, 92:20, 93:3, 93:5, 93:10, 93:12, 93:14, 93:16, 93:17, 93:23, 94:1, 94:4, 94:5, 94:6, 94:10, 94:13, 94:17, 94:19, 94:20, 94:22, 95:1, 95:5, 95:7, 95:9, 95:10, 95:11, 95:12, 95:22, 95:23, 95:25, 96:4, 96:5, 96:7, 96:8, 96:10, 96:11, 96:12, 96:14, 96:19, 97:3, 97:6, 97:12, 97:17, 97:19, 97:20, 98:15, 98:16, 98:19, 99:1, 99:11, 99:13, 100:4, 100:6, 100:7, 100:11, 100:22, 101:2, 101:5, 101:7, 101:13, 101:14, 101:16, 101:22, 102:1, 102:4, 102:5, 102:8, 102:14, 102:20, 102:21, 102:24, 103:8, 103:9, 103:10, 103:16, 103:20, 103:22, 103:25, 104:2, 104:11, 104:12, 104:15, 104:16, 104:17, 104:22, 104:24, 104:25, 105:1, 105:9, 105:17, 105:18, 105:22, 105:23, 105:24, 105:25, 106:1, 106:2, 106:3, 106:4, 106:7, 106:10, 106:15, 106:20, 106:23, 107:3, 107:5, 107:8, 107:11, 107:17, 107:18, 107:19, 107:20, 107:25, 108:4, 108:7, 108:8, 108:9, 108:12, 108:13, 108:15, 108:22, 109:4, 109:11, 109:13, 109:15, 109:19, 109:20, 109:22, 109:25, 110:19, 110:20, 110:22, 111:1, 111:2, 111:5, 111:8, 111:15, 111:16, 111:22, 112:9, 112:14, 112:21, 113:6, 113:19, 113:20, 113:24, 114:6, 114:18, 114:19, 114:22, 115:1, 115:10, 115:11, 115:12, 115:13, 115:14, 115:16, 115:18, 115:23, 116:5, 116:8, 116:11, 116:12, 116:16, 116:17, 116:18, 116:19, 116:21, 116:23, 117:1, 117:3, 117:5, 117:6, 117:8, 117:14, 118:1, 118:2, 118:11, 118:13, 118:15, 118:18, 119:3, 119:5, 119:6, 119:16, 119:18, 119:20, 120:10, 120:12, 120:13, 120:18, 120:20, 120:21, 120:23, 120:24, 121:10, 121:11, 121:25, 122:6, 122:9, 122:11, 122:13, 122:15, 122:16, 122:18, 122:23, 123:3, 123:4, 123:9, 123:17, 124:1,

125:1, 125:4, 125:14, 125:23, 126:3, 126:9, 126:12, 126:20, 127:9, 127:14, 128:8, 128:15, 129:1, 129:2, 129:3, 129:6, 129:8, 129:11, 129:24, 130:3, 131:1, 131:2, 131:3, 131:5, 131:6, 131:9, 131:15, 131:16, 131:17, 131:20, 131:23, 132:4, 132:5, 132:10, 132:11, 132:17, 132:21, 132:24, 133:3, 133:4, 133:7, 133:8, 133:12, 133:16, 133:18, 133:20, 133:21, 134:4, 134:8, 134:18, 134:19, 134:20, 134:21, 134:23, 135:2, 135:4, 135:5, 135:6, 135:9, 135:12, 135:25, 136:1, 136:6, 136:7, 136:8, 136:18, 136:20, 136:24, 137:1, 137:9, 137:12, 137:14, 137:17, 137:24, 138:7, 138:9, 138:10, 138:12, 138:16, 138:18, 139:3, 139:6, 139:9, 139:11, 139:12, 139:16, 139:23, 140:3, 140:5, 140:17, 140:19, 141:1, 141:9, 141:10, 141:12, 141:13, 141:21, 142:2, 142:3, 142:11, 142:12, 143:1, 143:3, 143:4, 143:13, 143:17, 143:18, 143:19, 143:21, 144:2, 144:3, 144:5, 144:6, 144:11, 144:21, 144:22, 144:23, 145:3, 145:13, 146:7, 146:19, 146:22, 147:7, 147:8, 147:14, 147:21, 147:22, 147:23, 147:24, 148:2, 148:5, 148:7, 148:11, 148:17, 148:21, 148:24, 149:3, 149:8, 149:22, 149:25, 150:3, 150:10, 150:11, 150:12, 150:14, 150:21, 150:23, 150:25, 151:4, 151:14, 151:22, 152:19, 153:6, 154:20, 154:23, 155:14, 155:22, 156:24, 157:16, 158:5, 158:6, 158:15, 158:21, 159:21, 159:23, 160:9, 160:13, 160:18, 160:20, 160:23, 161:3, 161:9, 161:14, 161:15, 161:19, 162:3, 162:14, 163:5, 163:7, 163:9, 163:19, 163:20, 163:21, 163:25, 164:8, 164:9, 164:10, 164:11, 164:24, 165:4, 165:15, 165:16, 165:17, 165:21, 165:23, 166:3, 166:6, 166:7, 166:13, 166:16, 166:23, 166:24, 167:6, 167:7, 167:9, 167:11, 167:13, 167:17, 167:19, 167:21, 168:1, 168:8, 168:9, 168:21, 168:25, 169:2, 169:5, 169:7, 169:10, 169:12, 169:16, 169:17, 169:21, 170:2, 170:4, 170:5, 170:9, 170:11, 170:17, 170:24, 171:2, 171:4, 171:5, 171:6, 171:8, 171:10,

171:11, 171:15, 171:22, 172:3, 172:10, 172:11, 172:12, 172:13, 172:14, 172:15, 172:19, 172:21, 172:23, 172:25, 173:4, 173:5, 173:7, 173:10, 173:11, 173:15, 173:16, 173:20, 173:22, 174:4, 174:9, 174:10, 174:11, 174:14, 174:16, 174:18, 174:19, 174:20, 174:25, 175:1, 175:2, 175:5, 175:8, 175:9, 175:11, 175:22, 176:5, 176:10, 176:13, 176:14, 176:16, 176:20, 176:22, 176:24, 177:3, 177:11, 177:19, 177:24, 178:3, 178:13, 178:21, 178:25, 179:2, 179:6, 179:7, 179:14, 179:15, 179:17, 179:18, 180:1, 180:6, 180:8, 180:9, 180:12, 180:18, 180:19, 180:21, 180:22, 180:23, 180:25, 181:1, 181:3, 181:6, 181:8, 181:13, 181:19, 181:21, 181:22, 181:24, 182:1, 182:3, 182:13, 182:15, 182:22, 183:2, 183:10, 183:11, 183:13, 183:19, 183:20, 183:23, 183:25, 184:3, 184:17, 185:7, 186:7, 186:10, 186:12, 186:13, 186:15, 186:25, 187:4, 187:5, 187:7, 187:8, 187:11, 187:15, 187:18, 187:19, 187:20, 188:5, 188:7, 188:11, 188:15, 188:17, 188:18, 188:19, 188:25, 189:4, 189:5, 189:9, 189:13, 189:16, 189:21, 189:25, 190:15, 190:16, 190:18, 190:19, 190:20, 190:21, 190:22, 191:6, 191:7, 191:9, 191:11, 191:16, 191:25, 192:9, 192:10, 192:12, 192:13, 192:15, 192:19, 192:21, 192:23, 192:24, 193:4, 193:5, 193:9, 193:11, 193:13, 193:16, 193:21, 193:24, 194:2, 194:6, 194:7, 194:8, 195:2, 195:3, 195:7, 195:9, 195:11, 195:15, 195:22, 196:2, 196:6, 196:11, 196:14, 196:17, 196:21, 196:23, 197:4, 197:9, 197:14, 197:17, 198:7, 198:10, 198:17, 199:1, 199:4, 199:7, 199:23, 200:2, 200:3, 200:7, 201:6, 201:9, 201:10, 201:15, 201:20, 201:23, 202:3, 202:11, 202:17, 203:1, 203:5, 203:23, 204:5, 204:10, 204:13, 204:16, 204:19, 204:20, 205:5, 205:15, 205:17, 206:17, 206:25, 207:2, 207:5, 207:7, 207:14, 207:16, 207:18, 207:21, 207:24, 208:1, 208:2, 208:5, 208:15, 208:18, 208:19, 208:24, 209:2, 209:7,

209:8, 209:15, 209:18, 209:21,
209:22, 210:3, 210:8, 210:15,
210:20, 211:3, 211:4, 211:7,
211:15, 211:17, 212:1, 212:2,
212:4, 212:8, 212:16, 212:19,
212:20, 212:25, 213:21,
213:22, 214:1, 214:2, 214:5,
215:1, 215:7, 215:10, 215:11,
215:21, 216:1, 216:15, 216:16,
216:22, 217:6, 217:7, 217:8,
218:4, 218:5, 218:6, 218:12,
218:19, 219:1, 219:2, 219:6,
219:9, 219:12, 219:13, 219:25,
220:2, 220:3, 220:9, 220:17,
220:20, 220:24, 221:2, 221:3,
221:6, 221:14, 221:16, 222:11,
222:19, 222:23, 223:8, 223:13,
224:2, 224:15, 224:18, 224:21,
225:4, 225:9, 225:23, 225:25,
226:6, 226:7, 226:17, 226:21,
226:25, 227:7, 227:14, 227:18,
227:24, 227:25, 228:9, 228:12,
228:20, 228:21, 229:1, 229:4,
229:6, 229:9, 229:12, 229:14,
229:15, 229:16, 229:17,
229:18, 229:20, 229:22,
229:25, 230:1, 230:5, 230:20,
230:24, 231:2, 231:3, 231:8,
231:9, 231:17, 231:18, 231:23,
231:25, 232:7, 232:8, 232:23,
233:1, 233:4, 233:7, 233:10,
233:14, 233:15, 233:20,
233:25, 234:2, 234:4, 234:13,
234:21, 235:1, 235:2, 235:13,
235:14, 235:16, 236:5, 236:16,
236:22, 237:1, 237:7, 237:9,
237:10, 237:23, 238:1, 238:4,
238:7, 238:10, 238:13, 238:15,
238:17, 238:20, 238:22,
238:24, 239:1, 239:5, 239:6,
239:11, 239:12, 239:18,
239:23, 239:24, 240:1, 240:2,
240:8, 240:14, 240:16, 240:17,
240:20, 240:23, 240:24, 241:4,
241:7, 241:8, 241:9, 241:10,
241:12, 241:17, 241:19,
241:20, 242:6, 242:10, 242:11,
242:13, 242:18, 242:19, 243:8,
243:9, 243:12, 243:14, 243:16,
243:17, 243:18, 243:22, 244:2,
244:9, 244:13, 244:17, 244:19,
244:20, 245:5, 245:13, 245:14,
245:18, 246:1, 246:10, 246:11,
246:22, 246:23, 247:2, 247:3,
247:7, 247:11, 247:21, 247:25,
248:5, 248:7, 248:9, 248:19,
248:20, 248:21, 248:25,
249:10, 249:12, 249:13,
249:20, 250:1, 250:11, 250:12,
250:13, 250:14, 250:15,
250:16, 250:17, 250:20,

250:22, 251:6, 251:8, 251:14,
252:1, 252:4, 252:15, 252:21,
254:3, 254:5, 254:8, 254:10,
254:16, 254:23, 254:25,
255:22, 256:1, 256:3, 256:4,
256:6, 256:7, 256:12, 256:14,
256:16, 256:17, 256:18,
256:20, 256:22, 258:6
**to..** [2] - 182:8, 188:25
**today** [16] - 9:20, 37:21, 48:14,
50:9, 108:8, 117:20, 196:5,
199:5, 200:25, 201:12, 218:10,
220:14, 225:22, 226:5, 246:20,
256:7
**together** [18] - 21:8, 44:24,
45:4, 88:10, 118:16, 148:22,
189:23, 190:2, 190:6, 209:16,
213:23, 213:24, 216:20, 245:6,
245:7, 245:16, 252:17, 254:2
**told** [11] - 5:5, 10:15, 19:19,
72:3, 82:2, 127:9, 161:14,
200:5, 209:15, 234:16, 237:12
**Tommy** [7] - 25:13, 33:20,
35:14, 72:13, 72:19, 200:20,
205:19
**tomorrow** [8] - 3:16, 5:2,
183:13, 255:13, 256:7, 256:13,
256:25, 257:4
**ton** [1] - 13:13
**too** [15] - 4:15, 7:1, 7:5, 60:15,
67:3, 103:23, 104:11, 105:19,
113:6, 141:19, 169:5, 171:20,
191:3, 227:3
**took** [15] - 8:12, 59:7, 74:9,
114:1, 126:11, 131:15, 134:13,
138:17, 160:25, 161:3, 166:2,
196:20, 203:9, 203:10, 203:25
**tooth** [1] - 26:5
**top** [19] - 24:25, 29:16, 40:17,
40:20, 42:24, 46:21, 123:9,
123:17, 149:9, 150:7, 151:4,
160:5, 181:9
**topic** [5] - 174:3, 220:22,
221:10, 222:20, 227:6
**topics** [2] - 220:14, 231:24
**Torch** [1] - 127:7
**Torchlight** [1] - 126:22
**total** [8] - 96:2, 116:8, 116:14,
116:23, 127:25, 128:5, 156:17,
184:22
**totally** [4] - 24:23, 64:7, 216:8,
236:3
**touch** [1] - 170:4
**touched** [2] - 201:4, 222:21
**tough** [2] - 133:11, 181:6
**tout** [1] - 242:6
**towards** [1] - 186:16
**toyed** [1] - 191:12
**tracking** [3] - 100:13, 229:14,
233:8

**tracks** [2] - 100:1, 100:23
**trade** [19] - 14:18, 68:14, 72:12,
98:16, 127:14, 138:19, 140:15,
165:6, 165:10, 166:1, 166:3,
190:25, 203:11, 212:1, 214:23,
215:10, 236:23, 238:14
**traded** [7] - 94:10, 125:12,
128:3, 198:2, 203:12, 207:23,
239:7
**trader** [12] - 61:24, 71:23,
80:12, 123:5, 157:8, 158:4,
202:6, 214:23, 225:12, 232:21,
240:18, 244:5
**traders** [10] - 36:11, 56:21,
68:12, 106:19, 122:1, 145:25,
201:24, 202:4, 202:7, 242:5
**Trades** [1] - 113:24
**trades** [14] - 29:5, 29:6, 35:1,
57:17, 67:8, 67:14, 70:7, 82:25,
164:25, 234:15, 234:16,
234:22, 236:9
**trading** [83] - 10:14, 12:8, 13:8,
20:25, 28:1, 42:7, 67:11, 70:5,
72:19, 77:23, 78:1, 80:13,
88:10, 88:14, 88:15, 91:12,
91:24, 115:8, 119:24, 122:1,
122:13, 123:1, 124:11, 125:6,
128:23, 140:7, 145:24, 147:13,
147:15, 147:17, 147:19,
147:20, 148:25, 150:1, 170:6,
203:11, 213:24, 221:12,
221:13, 221:17, 221:19,
221:21, 221:22, 221:25, 222:1,
222:7, 222:11, 223:1, 225:10,
226:2, 231:24, 232:2, 232:9,
232:12, 232:14, 232:24,
233:11, 233:12, 234:6, 234:10,
234:18, 234:21, 234:25, 235:3,
235:6, 236:3, 236:6, 240:7,
241:15, 242:3, 242:4, 243:1,
244:1, 244:7, 244:18, 245:6,
245:16, 246:5, 249:9, 253:17
**Trading** [4] - 21:1, 21:4, 57:1,
57:2
**traditional** [3] - 28:23, 88:4,
237:19
**traditionally** [3] - 88:7, 88:21,
167:1
**training** [1] - 201:21
**trains** [1] - 100:1
**transaction** [3] - 11:12, 233:2
**transactions** [11] - 22:10,
22:13, 22:19, 22:20, 22:24,
111:22, 126:6, 126:7, 134:6,
136:4
**transcends** [1] - 77:8
**TRANSCRIPT** [1] - 1:11
**transcript** [7] - 2:6, 57:4, 57:5,
60:9, 61:15, 255:21, 258:8
**transcripts** [2] - 64:4, 168:3

translated [1] - 62:23
TRCH [2] - 226:11, 226:12
trial [52] - 9:16, 10:4, 11:20, 16:5, 19:16, 29:21, 31:20, 35:10, 45:4, 66:12, 67:15, 69:7, 84:9, 89:21, 90:5, 91:5, 92:6, 93:14, 96:9, 108:18, 109:16, 113:8, 114:15, 116:14, 116:24, 125:23, 128:21, 128:23, 129:15, 141:11, 145:11, 145:14, 147:4, 148:12, 165:7, 168:3, 170:16, 182:13, 183:23, 186:18, 187:21, 189:16, 192:2, 192:3, 192:23, 193:21, 195:11, 196:23, 201:7, 204:15, 249:16
trials [2] - 167:17, 186:19
trickle [1] - 185:14
tricks [1] - 140:15
tried [2] - 44:23, 165:6
tries [2] - 11:10, 179:17
trifecta [1] - 247:10
trillion [1] - 158:22
trot [2] - 198:7, 231:18
trouble [1] - 128:9
true [16] - 27:2, 27:3, 31:16, 58:4, 58:18, 60:18, 94:2, 111:24, 154:20, 159:16, 162:25, 194:20, 195:1, 213:25, 258:8
truth [5] - 55:20, 62:8, 143:16, 173:4, 174:4
truthful [1] - 103:14
truthfully [2] - 61:21, 115:21
try [13] - 29:19, 30:7, 45:7, 68:6, 70:16, 90:23, 116:16, 132:11, 179:15, 192:13, 195:2, 240:24, 254:23
trying [40] - 24:7, 35:22, 36:6, 43:18, 58:2, 62:3, 63:4, 65:23, 67:8, 74:4, 74:6, 75:9, 75:12, 78:22, 81:24, 83:5, 93:3, 103:20, 103:22, 104:17, 106:22, 108:12, 108:13, 111:15, 116:5, 142:2, 146:7, 182:1, 191:9, 193:16, 219:25, 221:3, 221:14, 222:19, 234:13, 237:1, 241:19, 244:2, 247:20
tucked [1] - 169:15
turn [7] - 7:11, 68:16, 114:19, 135:12, 231:8, 250:11, 250:16
turned [4] - 7:3, 40:1, 40:7, 166:3
turns [1] - 137:2
tweet [23] - 28:18, 49:1, 53:20, 70:21, 102:5, 102:10, 119:25, 137:15, 149:25, 150:14, 151:7, 157:7, 157:11, 158:21, 203:5, 207:21, 229:23, 230:6, 246:8, 246:9, 246:12, 246:16, 247:6
tweeted [10] - 58:5, 59:9, 61:21,

106:15, 106:21, 139:13, 160:17, 175:16, 176:9, 193:7
tweeting [9] - 27:1, 58:7, 58:19, 102:15, 109:14, 140:4, 140:11, 179:25, 244:6
tweets [38] - 21:1, 32:17, 49:4, 58:9, 62:24, 69:23, 101:22, 104:3, 105:6, 109:5, 109:19, 109:21, 119:4, 119:12, 139:25, 140:1, 147:14, 150:9, 154:11, 154:17, 154:18, 154:19, 157:17, 160:18, 162:19, 175:8, 176:2, 180:6, 185:11, 208:8, 216:17, 230:1, 239:1, 239:2, 241:3
twitter [1] - 48:12
Twitter [36] - 21:2, 21:4, 48:13, 48:16, 48:20, 48:24, 48:25, 49:9, 49:11, 60:22, 60:23, 76:6, 80:11, 80:22, 96:13, 97:13, 109:13, 113:23, 115:10, 123:10, 124:16, 151:10, 151:12, 151:20, 156:18, 156:20, 157:25, 158:2, 158:3, 160:14, 160:15, 198:16, 203:7, 213:3, 243:1
Two [2] - 53:22, 64:6
two [62] - 7:5, 7:7, 7:10, 7:13, 7:20, 21:8, 30:8, 30:20, 47:11, 47:13, 56:9, 58:6, 61:2, 70:13, 91:4, 98:24, 100:1, 106:25, 111:8, 113:11, 118:23, 119:13, 120:1, 125:23, 130:22, 134:11, 134:13, 136:12, 136:19, 137:18, 138:1, 141:10, 141:14, 142:1, 146:8, 150:23, 152:12, 154:18, 155:19, 156:16, 161:14, 168:19, 177:1, 182:22, 190:1, 192:12, 196:8, 197:4, 197:6, 197:24, 201:12, 205:25, 206:4, 214:23, 217:20, 225:13, 243:21, 252:18, 253:4, 253:8, 255:23
two-month [1] - 30:8
type [23] - 11:12, 43:1, 56:18, 57:21, 58:2, 58:10, 58:22, 60:19, 63:4, 69:14, 76:3, 77:18, 88:7, 90:1, 114:13, 130:21, 131:11, 157:25, 167:15, 222:22, 223:2, 226:2, 244:17
types [6] - 65:24, 76:10, 130:22, 171:1, 220:17
typically [1] - 167:16

## U

U.S [2] - 104:4, 104:5
U.S.C [3] - 188:9, 188:20, 188:21
ultimate [3] - 222:15, 232:1,

232:10
ultimately [6] - 12:13, 37:21, 134:7, 203:18, 210:25, 240:22
Ultra [4] - 60:6, 60:15, 62:17, 62:19
ultra [1] - 60:7
unalleged [1] - 195:10
unaware [1] - 88:21
uncharged [2] - 86:13, 93:3
unclear [1] - 209:8
unconscious [1] - 49:8
undeniable [1] - 80:18
under [65] - 10:9, 10:11, 11:13, 11:14, 12:9, 13:23, 32:3, 32:4, 32:7, 32:21, 37:13, 38:10, 39:22, 41:11, 44:4, 48:24, 55:24, 67:23, 70:13, 77:12, 78:4, 78:7, 79:1, 89:6, 95:15, 103:2, 106:7, 107:19, 120:5, 125:19, 127:10, 134:14, 137:12, 137:15, 138:24, 141:6, 141:8, 142:15, 142:22, 160:16, 161:21, 167:11, 168:8, 169:6, 169:24, 171:12, 173:2, 173:7, 173:12, 183:21, 186:12, 188:8, 188:9, 188:22, 190:10, 221:15, 222:16, 223:3, 248:17, 248:18, 249:14, 250:3, 255:21
underlying [2] - 191:7, 223:11
undermine [1] - 104:16
underneath [2] - 155:21, 215:13
understand [23] - 13:11, 59:18, 70:23, 95:21, 102:19, 103:18, 109:15, 128:16, 129:6, 129:7, 129:10, 140:5, 148:10, 161:7, 161:9, 169:23, 199:6, 206:17, 225:11, 231:1, 235:9, 246:1, 246:18
understanding [6] - 113:17, 134:2, 154:8, 160:22, 170:25, 171:6
understood [8] - 80:6, 162:9, 208:21, 229:11, 236:19, 238:12, 241:10, 241:11
undesignated [2] - 201:20, 206:19
undisclosed [4] - 195:4, 199:22, 199:23, 202:14
undue [2] - 41:14, 143:5
unduly [3] - 51:22, 63:16, 182:6
unequivocally [1] - 35:15
unfair [1] - 182:5
unfairly [1] - 63:16
unfolds [1] - 133:13
unfortunately [3] - 56:7, 59:6, 219:24
unidentified [1] - 195:10
unindicted [2] - 189:8, 206:5
unique [4] - 130:7, 187:19, 238:9, 238:11

**UNITED** [2] - 1:1, 1:4
**United** [8] - 2:2, 14:5, 23:11, 77:5, 89:1, 89:18, 101:20, 258:7
**universe** [1] - 75:4
**unknown** [5] - 86:17, 113:23, 135:24, 138:4
**unlawful** [4] - 179:5, 179:8, 180:7, 188:12
**unless** [13] - 6:7, 6:14, 13:6, 64:10, 81:16, 102:21, 109:18, 169:9, 206:2, 208:13, 227:13, 229:8, 235:6
**unnecessarily** [1] - 183:24
**unnecessary** [2] - 44:4, 185:25
**unpack** [1] - 90:21
**unrelated** [2] - 64:7, 97:12
**unreliable** [5] - 142:1, 168:9, 253:10, 253:13, 253:24
**untethered** [1] - 227:2
**until** [11] - 40:4, 73:17, 85:19, 174:2, 229:8, 236:18, 237:8, 238:7, 239:11, 247:5, 249:10
**unusual** [3] - 145:7, 251:20
**up** [159] - 3:19, 3:21, 4:12, 4:16, 4:18, 4:19, 6:11, 6:19, 8:2, 8:8, 15:6, 17:21, 22:1, 27:25, 28:10, 29:1, 29:14, 30:6, 31:14, 36:8, 36:13, 36:23, 44:16, 45:17, 54:8, 55:5, 59:7, 62:7, 64:18, 66:12, 66:21, 68:5, 69:11, 73:22, 74:3, 75:2, 79:19, 79:20, 80:16, 81:9, 81:16, 81:18, 81:20, 84:5, 86:6, 90:10, 90:13, 93:6, 93:17, 93:20, 94:10, 95:3, 96:12, 97:3, 97:10, 97:19, 98:10, 98:15, 98:20, 99:17, 99:24, 102:1, 102:2, 102:7, 102:10, 102:11, 102:23, 104:1, 104:6, 104:18, 105:24, 106:13, 106:16, 106:17, 106:20, 109:16, 109:18, 113:1, 113:15, 113:19, 114:19, 116:6, 117:13, 118:2, 119:10, 119:22, 120:1, 120:12, 120:19, 121:7, 121:15, 122:9, 125:23, 129:11, 131:1, 131:2, 131:4, 131:17, 133:8, 134:9, 135:12, 135:19, 145:13, 148:14, 148:19, 150:5, 152:11, 152:15, 157:25, 163:2, 171:7, 172:24, 176:17, 179:23, 187:20, 189:21, 194:19, 196:9, 197:5, 197:9, 197:14, 200:7, 208:11, 212:9, 212:11, 213:4, 213:9, 213:17, 213:21, 214:7, 214:25, 215:12, 216:24, 219:13, 219:25, 221:10, 221:18, 221:19, 222:14, 225:13, 226:1, 226:23, 226:25, 228:4, 233:14, 239:7, 244:8,
244:14, 244:16, 246:21, 247:4, 247:13, 254:24, 257:4
**up-to-date** [1] - 54:8
**update** [1] - 32:22
**upon** [5] - 76:19, 108:14, 146:22, 147:13, 207:1
**upset** [1] - 232:5
**upstairs** [1] - 5:3
**urge** [2] - 190:20, 194:10
**urged** [1] - 102:5
**us** [23] - 3:13, 8:13, 8:15, 52:15, 55:4, 87:25, 97:21, 107:5, 117:5, 117:6, 128:18, 136:3, 145:3, 147:5, 152:22, 161:14, 179:11, 184:6, 189:10, 193:24, 241:20, 247:2
**use** [22] - 25:3, 30:17, 43:5, 43:11, 43:14, 55:22, 67:4, 78:5, 108:4, 108:7, 108:14, 108:20, 114:8, 167:21, 175:24, 180:5, 180:8, 180:23, 185:6, 191:9, 233:5, 242:6
**used** [11] - 20:7, 20:24, 21:5, 22:8, 47:22, 72:16, 72:17, 171:7, 175:10, 180:12, 209:15
**usefulness** [1] - 55:21
**uses** [5] - 60:21, 62:17, 62:22, 80:16, 177:11
**using** [19] - 13:8, 15:12, 19:11, 21:14, 44:16, 81:5, 94:22, 99:14, 128:4, 143:16, 147:25, 159:18, 166:25, 178:17, 179:19, 180:2, 183:18, 233:10
**usual** [1] - 217:17
**usually** [3] - 8:6, 179:24, 185:8

## V

**v** [2] - 23:10, 23:11
**vacuum** [1] - 92:14
**vague** [2] - 109:8, 109:25
**vagueness** [1] - 110:3
**valid** [1] - 254:15
**valuable** [1] - 26:23
**value** [5] - 41:15, 127:18, 127:25, 177:8, 212:2
**variant** [1] - 110:17
**variation** [2] - 170:23, 185:15
**various** [12] - 37:23, 38:2, 41:17, 42:22, 44:13, 56:10, 56:14, 112:24, 151:22, 224:24, 242:25, 254:1
**vast** [1] - 210:18
**Vegas** [1] - 42:22
**vein** [1] - 207:14
**veracity** [1] - 79:17
**verdict** [2] - 42:2, 43:6
**verdicts** [1] - 146:24
**versus** [7] - 77:5, 106:22,
127:16, 157:16, 173:2, 237:20, 256:10
**very** [34] - 10:8, 12:4, 13:5, 13:22, 39:5, 39:13, 47:24, 56:3, 57:2, 59:24, 63:8, 74:15, 80:15, 91:19, 111:13, 122:12, 122:25, 138:13, 146:14, 157:23, 167:14, 179:12, 182:25, 185:16, 191:23, 220:6, 245:12, 246:14, 251:16, 251:23, 253:9, 253:16
**via** [1] - 209:24
**victim** [27] - 10:22, 11:15, 11:24, 12:6, 12:11, 13:7, 14:12, 27:12, 27:14, 28:24, 29:7, 31:12, 53:10, 70:8, 70:24, 72:6, 178:14, 178:16, 180:11, 180:16, 180:20, 180:25, 208:24, 222:22, 229:18, 236:21, 238:18
**victim's** [3] - 12:17, 223:4, 237:3
**victim-witness** [1] - 31:12
**victimized** [1] - 12:18
**victims** [24] - 10:12, 10:18, 12:18, 13:18, 14:15, 15:21, 16:15, 26:14, 27:18, 27:25, 31:10, 73:16, 74:5, 74:9, 91:8, 91:11, 180:13, 180:14, 180:15, 180:21, 237:11, 237:12
**victims'** [1] - 70:14
**video** [5] - 54:22, 56:10, 57:9, 59:17, 62:16
**view** [3] - 117:12, 145:2, 244:11
**viewer** [1] - 41:22
**views** [2] - 246:15
**vigorously** [1] - 52:4
**violate** [3] - 111:8, 188:17, 231:20
**violates** [2] - 143:12, 145:4
**violating** [1] - 50:11
**violation** [4] - 188:2, 188:14, 250:18
**violations** [1] - 188:1
**virtually** [2] - 59:2, 59:9
**virtue** [1] - 34:25
**visited** [3] - 48:3, 48:4
**visual** [1] - 155:19
**vitae** [1] - 224:1
**voce** [1] - 40:24
**voices** [1] - 57:9
**voir** [1] - 4:21
**volatility** [2] - 57:23, 59:11
**volume** [15] - 22:14, 40:13, 91:25, 92:10, 106:16, 106:17, 106:19, 169:19, 185:8, 185:10, 187:12, 187:14, 239:19, 250:14, 251:20
**voluminous** [1] - 129:13
**Vorley** [1] - 145:17

**vs** [1] - 1:6

# W

**wait** [13] - 27:21, 47:4, 51:4, 97:3, 159:13, 160:25, 163:12
**waiting** [2] - 120:10, 178:14
**waived** [1] - 107:6
**waiver** [1] - 9:18
**walk** [6] - 30:3, 107:13, 129:12, 189:4, 220:8, 223:13
**walked** [7] - 10:17, 13:15, 29:10, 252:14, 253:25, 255:21
**walking** [1] - 31:13
**walks** [1] - 21:13
**wall** [1] - 228:15
**Wall** [1] - 170:13
**wander** [1] - 194:8
**wandered** [1] - 213:12
**want** [86] - 3:13, 4:5, 4:9, 4:17, 4:23, 6:22, 8:2, 8:25, 9:3, 9:5, 9:8, 12:22, 17:24, 21:19, 30:7, 30:12, 33:3, 34:18, 34:20, 36:9, 39:18, 40:25, 44:8, 55:4, 63:25, 66:19, 67:13, 81:1, 81:4, 84:22, 86:6, 96:10, 111:8, 112:14, 115:1, 116:16, 117:1, 117:3, 117:5, 117:6, 120:23, 132:21, 134:19, 134:20, 141:21, 146:19, 147:5, 147:7, 147:8, 148:2, 152:19, 155:14, 164:11, 165:23, 167:6, 172:4, 174:14, 187:11, 188:25, 196:2, 196:14, 205:18, 206:17, 207:2, 207:7, 208:1, 212:16, 212:25, 220:9, 229:22, 231:25, 232:6, 232:7, 232:8, 233:4, 233:25, 234:2, 236:22, 241:7, 244:2, 245:18, 247:3, 251:8, 252:15, 256:13, 256:18
**wanted** [13] - 10:14, 25:12, 44:21, 47:16, 53:23, 74:2, 75:3, 75:16, 106:20, 117:8, 118:1, 157:16, 164:7
**wants** [17] - 8:1, 65:8, 87:25, 95:25, 102:8, 114:22, 131:3, 131:9, 132:17, 170:1, 182:8, 230:24, 239:11, 239:12, 247:2, 247:21, 248:9
**warfare** [1] - 43:2
**warm** [1] - 78:25
**warning** [1] - 82:3
**warnings** [3] - 80:20, 81:3, 105:17
**warrant** [1] - 38:17
**warrants** [4] - 91:18, 92:1, 94:7, 95:11
**was** [207] - 3:12, 5:10, 9:2, 9:6, 12:4, 12:10, 14:9, 15:8, 15:14,

16:14, 16:24, 19:21, 20:20, 22:14, 22:25, 24:23, 24:24, 24:25, 25:5, 25:7, 25:13, 26:18, 27:9, 28:16, 34:21, 36:24, 36:25, 37:9, 37:11, 37:12, 39:21, 46:22, 47:16, 47:21, 48:2, 49:11, 50:2, 50:6, 50:11, 50:13, 51:10, 52:3, 53:6, 53:23, 56:25, 57:13, 57:16, 57:18, 57:20, 57:23, 58:4, 58:9, 58:11, 58:19, 59:6, 59:8, 59:9, 59:10, 59:15, 61:19, 71:13, 72:16, 74:10, 74:12, 75:5, 80:11, 80:24, 81:23, 88:14, 88:15, 90:7, 92:6, 94:9, 96:18, 96:19, 96:25, 97:13, 97:16, 97:21, 102:11, 103:14, 103:15, 103:19, 103:20, 104:3, 109:4, 109:14, 111:2, 116:19, 117:13, 118:7, 121:24, 121:25, 122:20, 125:18, 130:6, 130:10, 130:18, 131:8, 131:15, 132:4, 132:5, 137:19, 139:14, 140:3, 148:5, 148:11, 148:22, 148:25, 151:24, 155:18, 157:6, 161:15, 163:25, 164:4, 164:14, 165:2, 165:9, 165:11, 165:12, 166:4, 171:15, 173:20, 174:1, 175:10, 175:11, 176:10, 178:14, 183:12, 186:17, 188:14, 189:11, 190:6, 190:7, 191:13, 193:9, 195:23, 196:23, 197:12, 201:18, 203:10, 203:15, 208:10, 209:3, 209:7, 209:20, 209:22, 213:11, 214:8, 214:19, 214:24, 215:11, 215:21, 215:22, 215:23, 215:24, 216:3, 216:8, 217:18, 218:21, 219:11, 219:13, 219:22, 219:23, 221:13, 223:9, 223:11, 223:20, 224:1, 224:15, 226:11, 226:15, 226:19, 226:22, 227:1, 230:13, 230:19, 232:2, 232:14, 233:2, 234:3, 235:12, 236:3, 236:17, 238:16, 238:20, 239:1, 240:7, 241:15, 242:21, 244:4, 246:12, 246:25, 249:22, 249:24, 250:10, 252:7, 252:12
**wash** [4] - 29:5, 88:10, 88:14, 91:24
**wasn't** [13] - 58:12, 61:19, 61:20, 81:24, 97:21, 102:10, 104:3, 108:24, 183:3, 224:2, 224:21, 232:14, 233:3
**waste** [3] - 6:17, 6:20, 231:23
**wasting** [3] - 99:5, 186:9, 234:1
**watched** [2] - 28:10
**watching** [2] - 70:5, 203:16
**water's** [1] - 78:25
**way** [48] - 8:24, 15:13, 16:19,

23:23, 26:6, 32:14, 34:19, 36:9, 54:4, 64:23, 73:11, 81:16, 82:7, 85:21, 99:10, 99:17, 100:11, 104:18, 118:25, 128:11, 131:4, 140:3, 143:5, 162:1, 162:3, 162:15, 165:24, 167:11, 168:12, 169:5, 173:25, 190:21, 191:3, 201:10, 208:13, 210:8, 211:7, 211:20, 214:9, 215:22, 221:1, 221:20, 225:16, 229:15, 235:1, 237:23, 239:7, 241:16
**Wayback** [2] - 46:21, 49:2
**ways** [8] - 7:8, 56:5, 64:24, 120:15, 144:12, 202:19, 204:17, 230:10
**we** [410] - 3:9, 4:16, 5:1, 5:6, 5:18, 6:6, 9:17, 11:5, 11:8, 12:17, 13:12, 13:20, 14:7, 15:6, 16:5, 16:14, 16:16, 16:20, 16:21, 20:14, 20:22, 22:4, 23:14, 23:21, 23:25, 24:2, 24:4, 24:9, 24:12, 24:13, 25:14, 25:24, 26:5, 26:6, 26:20, 28:23, 29:8, 29:19, 29:24, 30:13, 32:15, 32:16, 32:25, 34:3, 34:4, 35:12, 37:8, 37:19, 37:24, 38:9, 38:12, 39:4, 39:8, 39:13, 40:7, 40:13, 40:22, 42:3, 42:6, 44:11, 45:4, 46:3, 46:10, 46:13, 46:24, 46:25, 47:9, 49:3, 50:21, 50:24, 51:2, 51:7, 51:12, 52:25, 55:3, 55:4, 56:16, 57:2, 57:8, 58:1, 58:14, 59:3, 59:5, 59:7, 62:7, 63:20, 64:2, 64:9, 64:22, 66:19, 67:8, 67:12, 67:14, 68:3, 68:12, 68:14, 74:21, 75:20, 76:1, 76:9, 81:2, 81:25, 83:1, 83:24, 84:5, 84:9, 84:10, 84:12, 85:6, 86:14, 86:16, 86:22, 87:16, 88:1, 88:2, 88:13, 90:7, 90:9, 90:13, 90:18, 91:3, 91:6, 91:7, 91:15, 92:17, 93:8, 93:10, 94:7, 96:15, 97:4, 97:7, 97:14, 99:11, 99:13, 99:20, 100:7, 100:8, 100:14, 103:4, 105:22, 106:14, 106:24, 107:8, 108:2, 108:3, 108:5, 108:10, 108:23, 108:25, 110:10, 111:8, 111:18, 112:1, 113:1, 113:9, 114:4, 114:14, 115:3, 115:13, 115:20, 115:21, 115:23, 115:24, 116:25, 117:1, 118:10, 119:7, 120:13, 120:16, 120:19, 121:4, 121:5, 121:6, 121:11, 121:15, 122:5, 122:11, 122:21, 122:23, 123:18, 124:1, 124:9, 125:24, 126:19, 127:6, 128:15, 128:16, 128:21, 129:7, 129:9, 129:18, 129:19, 129:22, 129:24, 130:3, 130:4, 132:23, 132:24, 133:15, 133:16, 133:18, 133:19, 133:20,

133:21, 133:22, 134:25, 135:12, 136:8, 136:18, 136:24, 137:12, 138:10, 138:18, 139:9, 141:9, 141:11, 141:23, 143:3, 143:5, 143:10, 143:21, 143:23, 144:2, 145:12, 145:13, 145:15, 145:17, 147:2, 147:4, 148:19, 149:16, 150:22, 151:14, 155:16, 157:17, 158:12, 158:15, 158:21, 158:23, 159:17, 160:11, 160:17, 161:16, 162:24, 163:16, 163:20, 164:5, 164:17, 164:21, 165:7, 166:12, 167:7, 167:14, 167:19, 167:22, 167:23, 167:25, 168:3, 168:7, 169:1, 169:4, 169:13, 169:22, 171:20, 172:9, 172:17, 173:21, 176:21, 178:13, 178:15, 181:18, 182:12, 182:14, 184:18, 184:20, 186:1, 186:6, 186:18, 187:1, 187:8, 188:9, 189:4, 189:5, 189:9, 189:16, 189:17, 191:3, 192:2, 192:19, 192:22, 192:23, 193:10, 194:4, 194:9, 194:10, 195:8, 195:14, 195:22, 196:3, 196:14, 196:15, 196:16, 196:17, 196:24, 197:5, 197:6, 197:18, 197:21, 198:4, 199:20, 200:6, 200:12, 200:25, 201:4, 201:6, 202:2, 204:2, 204:8, 204:18, 205:10, 205:11, 205:18, 206:17, 206:20, 207:14, 208:2, 209:21, 210:1, 210:3, 210:7, 210:19, 211:9, 212:4, 213:13, 214:3, 216:23, 216:24, 217:4, 217:20, 218:3, 219:12, 219:13, 219:19, 220:5, 220:8, 220:11, 220:13, 222:9, 222:18, 223:13, 223:17, 224:3, 224:5, 224:7, 224:9, 226:8, 227:4, 228:12, 230:18, 231:5, 231:8, 231:11, 231:24, 234:5, 236:12, 236:21, 237:13, 237:22, 239:11, 240:18, 243:13, 244:21, 244:24, 245:18, 246:20, 247:13, 247:16, 249:19, 249:20, 250:12, 250:19, 250:21, 250:24, 251:6, 251:12, 252:1, 252:14, 252:23, 253:19, 253:25, 255:6, 255:7, 255:8, 255:14, 255:21, 256:14
**We** [1] - 62:19
**we'd** [4] - 55:9, 163:17, 205:13, 211:9
**we'll** [42] - 4:19, 5:5, 5:7, 14:24, 19:16, 37:17, 76:13, 80:12, 87:25, 96:6, 96:7, 96:8, 99:6, 99:21, 107:3, 109:18, 112:19, 112:23, 116:6, 118:18, 119:12,

129:12, 134:25, 136:2, 137:23, 137:24, 138:10, 138:11, 139:2, 139:6, 139:16, 181:14, 191:8, 196:8, 197:5, 224:17, 226:4, 233:23, 238:24, 254:8, 255:8, 255:14
**we're** [144] - 4:13, 5:4, 5:18, 6:3, 6:4, 6:11, 7:19, 9:23, 12:15, 16:16, 22:17, 23:20, 25:8, 31:13, 31:14, 32:15, 32:18, 32:24, 33:1, 34:11, 35:16, 37:2, 37:21, 48:22, 50:9, 51:11, 52:10, 52:16, 52:24, 53:8, 53:12, 53:23, 59:1, 64:1, 64:17, 67:4, 68:12, 69:6, 74:21, 76:4, 78:21, 81:5, 83:13, 83:20, 84:4, 84:16, 86:20, 86:25, 87:3, 87:4, 87:9, 87:24, 93:12, 93:17, 95:5, 95:6, 96:4, 96:11, 98:21, 99:5, 99:9, 99:16, 100:12, 102:20, 103:9, 106:25, 113:11, 113:22, 114:5, 114:6, 117:15, 117:21, 119:5, 120:7, 121:8, 122:9, 122:22, 129:11, 132:15, 132:16, 134:13, 135:19, 137:10, 144:1, 152:13, 153:10, 153:20, 157:15, 158:15, 160:3, 160:7, 166:24, 171:17, 173:12, 173:24, 174:11, 181:8, 182:10, 182:13, 186:19, 187:8, 193:16, 194:6, 198:6, 198:14, 201:14, 203:23, 206:22, 207:2, 207:23, 208:1, 208:15, 209:7, 209:8, 209:21, 213:23, 216:15, 216:19, 218:1, 225:22, 226:17, 229:4, 229:17, 229:25, 230:23, 231:18, 234:1, 238:23, 240:19, 241:18, 242:2, 244:13, 244:21, 245:10, 251:13, 252:1, 252:4, 252:5, 256:7, 256:13
**we've** [42] - 3:10, 13:13, 13:14, 16:15, 27:25, 38:3, 39:1, 42:25, 43:13, 43:23, 55:15, 62:11, 67:11, 67:13, 68:13, 69:6, 76:2, 88:4, 93:12, 129:14, 147:6, 162:20, 167:2, 178:6, 178:10, 178:11, 183:20, 195:21, 200:25, 202:1, 204:4, 204:22, 219:21, 220:14, 222:21, 230:3, 230:5, 239:22, 246:4, 251:15
**wealth** [3] - 42:4, 43:9, 52:20
**wealthy** [1] - 52:22
**website** [3] - 46:24, 81:19, 174:25
**Wednesday** [2] - 3:16, 5:2
**week** [9] - 3:16, 4:25, 5:2, 7:3, 7:5, 7:15, 85:21, 165:6
**weeks** [6] - 71:13, 119:2, 125:23, 141:11, 185:4, 240:12
**weigh** [11] - 6:16, 6:22, 21:19,

26:9, 33:3, 39:19, 41:9, 44:7, 89:15, 117:4, 188:25
**weighed** [1] - 41:8
**weight** [1] - 171:5
**welcome** [1] - 41:8
**well** [124] - 3:13, 9:7, 9:19, 11:4, 11:11, 11:21, 13:12, 15:11, 18:6, 18:22, 19:3, 19:13, 19:15, 20:23, 28:15, 30:5, 34:8, 34:21, 38:18, 39:10, 39:11, 40:7, 46:15, 48:21, 49:15, 51:9, 51:19, 54:7, 64:9, 68:8, 70:3, 70:22, 72:3, 73:9, 73:17, 74:22, 76:7, 79:18, 81:13, 84:10, 88:22, 91:6, 92:13, 92:20, 92:24, 93:4, 93:19, 97:6, 98:6, 99:2, 99:16, 99:23, 103:7, 103:19, 103:24, 104:16, 104:20, 105:5, 106:18, 107:10, 109:17, 114:6, 115:1, 124:22, 126:2, 128:2, 129:18, 144:9, 148:9, 151:23, 152:4, 156:11, 161:7, 162:7, 163:24, 164:9, 164:23, 165:3, 173:25, 183:12, 189:25, 191:23, 194:12, 194:20, 197:18, 197:23, 205:9, 205:15, 205:19, 207:4, 208:4, 208:11, 214:16, 215:5, 218:21, 218:22, 219:14, 222:1, 223:6, 224:25, 225:16, 228:11, 228:16, 228:22, 230:2, 230:11, 230:13, 232:12, 232:19, 233:20, 235:4, 235:21, 236:2, 236:15, 236:25, 237:6, 237:16, 238:6, 238:9, 239:25, 253:21, 254:16, 254:17, 255:10
**went** [17] - 27:25, 29:13, 54:8, 86:14, 94:9, 98:20, 98:21, 99:24, 103:12, 106:16, 106:17, 138:18, 160:5, 167:2, 168:3, 246:21, 253:22
**were** [121] - 4:22, 10:13, 10:15, 11:10, 13:16, 15:14, 15:16, 16:8, 16:15, 18:12, 18:13, 20:9, 22:5, 22:6, 22:24, 24:22, 25:17, 27:16, 27:17, 29:16, 36:2, 36:23, 36:24, 37:23, 37:24, 39:15, 40:19, 45:3, 46:8, 49:3, 49:4, 52:5, 52:13, 53:2, 55:4, 57:8, 57:25, 67:2, 69:23, 69:25, 70:20, 71:20, 74:25, 75:9, 75:10, 75:13, 78:12, 82:18, 89:17, 90:9, 91:6, 91:7, 93:11, 94:21, 96:1, 98:16, 98:22, 100:8, 100:14, 101:1, 102:14, 102:15, 103:11, 104:17, 105:25, 106:10, 109:1, 110:25, 113:1, 118:16, 128:4, 131:23, 138:16, 145:16, 146:4, 146:11, 146:15, 152:5, 155:16, 158:21,

162:2, 165:10, 166:2, 172:14,
190:1, 190:5, 193:12, 195:24,
206:16, 208:7, 209:10, 210:2,
210:3, 210:16, 214:3, 219:12,
223:10, 226:8, 227:8, 227:12,
230:12, 231:11, 231:25,
232:13, 237:12, 237:22,
249:14, 250:5, 250:19, 250:24,
254:2, 254:4, 254:24, 254:25,
255:2
**weren't** [8] - 10:15, 25:1, 67:19,
97:4, 196:24, 198:1, 241:2,
241:23
**Westwater** [1] - 227:20
**Whac** [1] - 156:8
**Whac-A-Mole** [1] - 156:8
**what** [329] - 3:8, 4:22, 11:15,
12:24, 15:9, 17:4, 17:18, 17:19,
19:18, 20:14, 23:19, 24:2, 25:8,
25:10, 26:10, 27:9, 28:23, 29:8,
30:3, 30:8, 31:5, 32:3, 32:14,
32:15, 32:24, 32:25, 35:4,
35:21, 36:8, 36:9, 37:2, 37:21,
40:9, 40:11, 40:13, 43:10,
44:14, 44:18, 44:23, 46:16,
47:21, 48:7, 49:7, 49:25, 50:12,
50:22, 52:5, 52:25, 53:8, 55:1,
56:15, 58:1, 58:16, 59:8, 59:15,
61:3, 61:7, 61:18, 61:20, 62:8,
62:19, 63:2, 63:11, 65:6, 67:8,
67:12, 68:17, 68:19, 69:4,
69:13, 70:1, 70:14, 70:16, 71:3,
71:7, 71:17, 71:22, 72:15, 73:8,
74:4, 74:5, 74:12, 76:18, 78:5,
79:16, 80:20, 81:5, 81:22, 83:5,
83:13, 87:3, 87:4, 87:22, 90:24,
92:8, 92:25, 93:20, 94:20, 95:4,
95:7, 95:12, 95:14, 95:16,
95:19, 95:20, 95:21, 95:22,
96:7, 96:24, 97:15, 97:16,
98:14, 99:2, 100:21, 101:1,
102:10, 103:1, 103:3, 103:11,
103:14, 103:24, 104:1, 104:25,
105:11, 105:24, 106:2, 108:5,
108:12, 108:22, 110:1, 110:10,
113:25, 115:18, 116:1, 117:1,
117:8, 117:21, 119:7, 120:4,
121:1, 122:5, 122:19, 125:1,
126:10, 126:14, 127:9, 129:3,
129:7, 129:10, 129:21, 131:13,
132:8, 132:24, 134:10, 134:12,
135:8, 136:11, 136:18, 136:20,
136:24, 137:12, 138:22,
138:24, 139:2, 139:7, 139:11,
139:17, 140:5, 140:17, 140:24,
142:6, 144:19, 145:13, 146:6,
146:21, 147:1, 147:5, 147:16,
148:13, 148:16, 149:12,
149:21, 149:24, 150:8, 150:17,
150:22, 152:13, 152:19,

152:24, 154:7, 154:8, 154:9,
154:17, 155:12, 157:6, 157:15,
158:17, 158:20, 159:22,
159:23, 161:1, 161:12, 162:1,
162:16, 164:23, 164:24, 168:8,
169:2, 169:8, 170:17, 171:4,
173:13, 174:1, 176:7, 176:13,
177:16, 178:25, 181:17, 182:1,
182:25, 183:1, 186:16, 186:6,
189:1, 190:22, 191:19, 193:16,
194:18, 197:12, 197:20,
198:10, 198:11, 198:12,
198:15, 200:4, 200:5, 200:21,
200:24, 201:14, 201:22, 202:6,
202:7, 202:10, 203:16, 203:18,
203:23, 204:5, 205:9, 206:2,
207:18, 208:18, 213:10, 214:1,
214:13, 215:5, 215:9, 215:17,
216:8, 216:10, 218:19, 219:9,
220:24, 221:13, 221:21,
221:24, 225:8, 225:14, 225:17,
225:18, 225:23, 226:8, 226:17,
227:1, 227:7, 227:12, 229:3,
229:6, 229:8, 229:9, 229:17,
231:21, 232:9, 232:13, 232:17,
233:6, 233:19, 234:12, 234:16,
236:6, 236:8, 236:11, 237:9,
237:11, 238:2, 238:23, 239:17,
241:1, 242:12, 243:4, 243:5,
244:5, 244:23, 245:4, 246:7,
246:18, 246:24, 247:20,
248:12, 248:17, 249:2, 249:4,
249:9, 249:16, 250:10, 252:6,
253:8, 253:25, 254:22, 256:13
**what's** [20] - 20:5, 23:3, 30:23,
91:18, 131:25, 133:10, 139:22,
162:20, 183:2, 205:2, 206:17,
211:24, 218:3, 224:4, 231:13,
243:10, 247:1, 252:8, 252:10,
256:10
**whatever** [11] - 4:5, 92:19,
165:17, 178:12, 184:15,
200:23, 205:21, 208:8, 229:7,
241:3, 252:12
**whatnot** [1] - 227:22
**whatsoever** [1] - 39:4
**when** [86] - 7:11, 8:19, 21:25,
26:23, 26:24, 30:2, 35:6, 36:24,
41:16, 42:15, 49:2, 51:23, 59:2,
59:3, 59:8, 64:1, 64:2, 64:17,
68:16, 71:11, 72:1, 72:2, 73:22,
75:20, 77:13, 78:14, 80:15,
80:18, 80:22, 81:2, 82:4, 84:5,
84:10, 85:16, 87:25, 91:6, 94:5,
97:15, 98:21, 108:2, 111:18,
113:1, 115:10, 117:20, 120:13,
120:19, 130:2, 132:15, 133:18,
133:19, 144:16, 146:25,
147:24, 157:24, 158:9, 165:10,
165:25, 168:14, 176:2, 176:9,

177:21, 179:23, 179:25,
185:12, 187:11, 188:14,
192:21, 196:3, 196:20, 197:5,
197:18, 198:4, 198:11, 198:23,
207:20, 213:19, 213:24, 215:2,
215:3, 215:11, 215:20, 233:12,
252:13, 252:15, 253:22, 255:2
**where** [60] - 4:13, 5:4, 18:15,
21:13, 24:11, 25:2, 29:24, 38:3,
43:15, 48:23, 49:16, 53:15,
56:10, 56:20, 59:1, 68:6, 86:22,
90:5, 113:23, 116:25, 122:18,
123:7, 123:18, 124:8, 124:11,
126:7, 127:13, 130:25, 138:10,
147:12, 149:20, 151:2, 152:6,
152:21, 152:22, 154:21,
160:16, 165:7, 169:16, 169:17,
176:18, 186:8, 186:24, 189:18,
189:25, 191:14, 198:13,
205:23, 215:11, 218:1, 226:21,
228:7, 236:23, 247:4, 247:19,
252:2, 252:18, 253:17, 256:6
**whereas** [1] - 114:12
**whether** [44] - 17:25, 18:1,
19:20, 20:22, 42:22, 45:1,
50:10, 50:13, 57:21, 66:6,
80:24, 83:16, 98:14, 98:20,
99:24, 102:2, 113:1, 115:3,
115:11, 116:12, 130:11,
161:20, 164:21, 187:2, 199:24,
211:24, 214:8, 216:7, 216:8,
226:3, 227:15, 228:17, 229:21,
229:23, 230:6, 234:6, 235:16,
238:2, 244:22, 248:21, 250:17,
251:13, 251:19, 251:25
**which** [125] - 3:15, 8:12, 15:9,
15:23, 17:24, 20:14, 21:12,
24:10, 24:19, 30:25, 35:3, 36:3,
36:10, 37:20, 37:22, 38:13,
39:6, 39:15, 41:18, 42:5, 43:10,
43:17, 45:21, 46:5, 47:16,
48:22, 49:22, 50:12, 52:10,
55:20, 56:11, 56:22, 56:23,
57:5, 59:23, 60:18, 61:24, 65:5,
66:3, 69:22, 69:24, 72:6, 72:18,
74:15, 77:8, 83:18, 86:5, 88:19,
88:20, 88:24, 91:25, 99:3,
99:11, 104:13, 104:23, 106:9,
107:3, 108:15, 110:5, 111:6,
111:7, 112:1, 112:21, 113:12,
118:5, 125:7, 129:13, 129:16,
130:19, 130:23, 132:19,
133:24, 138:7, 138:9, 138:20,
141:12, 143:1, 144:14, 146:9,
146:10, 146:11, 147:1, 147:5,
148:14, 154:24, 160:14, 162:2,
168:13, 169:22, 170:20,
171:23, 177:23, 184:8, 188:9,
188:18, 190:8, 191:13, 194:5,
194:8, 194:9, 194:19, 194:25,
195:21, 197:14, 199:2, 199:25,

201:12, 209:19, 211:18,
214:24, 216:11, 218:6, 219:1,
219:8, 220:3, 222:21, 223:20,
228:3, 231:1, 238:1, 244:1,
247:22, 250:2, 255:21
**while** [8] - 96:18, 129:13, 160:3,
191:24, 240:7, 240:14, 242:23,
244:12
**whip** [1] - 107:23
**white** [7] - 154:18, 154:19,
157:6, 157:16, 157:17, 158:11,
158:21
**who** [97] - 8:1, 8:9, 8:17, 9:21,
14:1, 14:15, 17:17, 17:22,
22:11, 22:23, 25:19, 25:21,
25:22, 26:7, 28:9, 28:24, 31:8,
31:14, 33:6, 33:18, 33:19,
33:21, 33:24, 35:9, 35:14,
35:23, 38:23, 39:12, 39:17,
45:22, 47:19, 54:14, 57:18,
60:3, 60:6, 62:1, 62:3, 63:7,
65:8, 72:22, 76:21, 86:22,
86:23, 87:21, 88:8, 88:16, 90:9,
91:1, 91:22, 92:1, 92:6, 93:14,
94:10, 94:12, 94:18, 95:10,
100:20, 106:8, 114:22, 120:1,
128:4, 131:9, 132:4, 132:16,
133:3, 133:6, 134:8, 134:23,
137:4, 140:12, 145:11, 145:25,
146:10, 147:18, 147:20,
148:25, 167:25, 170:1, 182:8,
194:18, 201:17, 203:15, 204:3,
214:22, 216:16, 217:7, 224:2,
229:25, 240:21, 247:25, 248:9,
249:3, 249:9, 249:10, 250:5,
250:19, 252:12
**who's** [3] - 7:22, 45:13, 78:1
**whoever** [3] - 164:11, 209:3,
256:21
**whole** [8] - 36:4, 45:21, 125:21,
133:20, 133:22, 235:4, 244:7,
247:20
**wholesale** [2] - 137:18, 140:19
**wholly** [2] - 12:8, 12:10
**whom** [2] - 45:6, 56:2
**whose** [4] - 7:24, 89:22, 143:22,
166:24
**why** [59] - 12:22, 27:23, 28:22,
34:14, 34:16, 48:15, 48:19,
48:20, 55:11, 59:24, 76:14,
78:6, 84:17, 95:6, 99:25, 100:8,
102:19, 105:16, 106:19,
106:24, 119:3, 119:24, 120:3,
120:4, 120:6, 121:24, 128:9,
128:19, 136:6, 136:7, 141:6,
158:15, 160:22, 183:25, 186:5,
189:1, 189:7, 189:22, 194:9,
194:10, 208:9, 214:19, 220:20,
231:17, 232:5, 232:6, 234:1,
234:5, 240:25, 242:1, 242:16,

244:21, 244:24, 246:10,
246:11, 248:1, 253:21
**widget** [1] - 97:24
**will** [94] - 3:18, 4:3, 4:8, 5:11,
5:12, 5:17, 6:2, 6:9, 6:20, 7:9,
7:14, 7:15, 7:16, 8:8, 16:5,
21:22, 23:22, 24:2, 24:9, 24:15,
24:18, 35:9, 35:11, 35:12,
38:18, 39:10, 39:12, 39:17,
42:6, 49:10, 52:16, 63:11, 64:2,
75:22, 80:11, 87:12, 87:22,
89:20, 91:24, 91:25, 92:2, 92:3,
93:24, 96:3, 97:5, 99:2, 99:20,
113:8, 115:20, 115:21, 115:23,
115:24, 119:14, 119:25, 121:5,
123:25, 125:2, 125:9, 125:15,
129:17, 130:10, 130:16,
132:17, 132:21, 138:6, 138:8,
141:7, 143:10, 144:18, 145:1,
147:4, 159:9, 160:6, 162:2,
165:21, 166:9, 169:23, 170:3,
171:17, 171:18, 177:8, 177:22,
186:10, 187:25, 204:2, 212:16,
215:6, 224:14, 240:21, 248:25,
251:6, 255:13, 256:24
**WILLIAMS** [20] - 9:11, 41:6,
54:10, 54:15, 111:4, 111:12,
183:5, 183:15, 187:10, 199:17,
200:11, 200:19, 201:9, 202:15,
202:20, 204:12, 205:3, 205:6,
205:17, 206:7
**Williams** [14] - 1:20, 5:9, 5:10,
5:16, 6:7, 6:13, 7:15, 8:13, 9:1,
9:7, 41:4, 44:15, 44:25, 199:17
**williams'** [1] - 208:10
**Williams's** [1] - 230:4
**willing** [7] - 94:1, 128:15, 131:6,
133:12, 141:13, 212:19, 212:20
**Willy** [3] - 60:10, 60:14, 60:25
**win** [1] - 68:12
**wind** [1] - 134:8
**window** [7] - 51:19, 118:17,
118:20, 118:21, 149:1, 149:4,
149:5
**winner** [1] - 72:25
**wins** [1] - 18:4
**wire** [1] - 70:13
**wishes** [1] - 85:3
**wishful** [1] - 257:5
**with** [203] - 5:5, 6:16, 7:3, 8:9,
8:15, 8:22, 13:13, 15:5, 15:6,
15:18, 15:19, 15:24, 16:8, 16:9,
17:8, 20:4, 22:3, 22:9, 22:17,
23:14, 24:21, 25:15, 25:18,
26:2, 26:11, 27:2, 28:20, 29:1,
29:12, 29:18, 31:24, 33:21,
35:2, 35:15, 36:9, 36:12, 41:1,
41:20, 42:16, 42:17, 42:21,
43:25, 44:15, 44:24, 45:8,
45:14, 45:16, 47:10, 47:13,

48:18, 49:7, 49:13, 50:21,
53:14, 53:15, 53:25, 61:3,
61:19, 62:4, 64:18, 68:10,
68:20, 69:4, 70:10, 75:16,
82:16, 82:24, 89:13, 90:24,
91:12, 92:9, 93:6, 94:15, 95:7,
95:9, 95:10, 95:11, 95:12,
98:19, 99:8, 100:19, 100:23,
104:1, 107:3, 107:24, 108:11,
109:18, 110:7, 110:9, 111:9,
112:24, 116:25, 117:10,
117:15, 118:18, 120:22, 121:8,
125:11, 128:1, 128:2, 132:1,
133:4, 134:15, 137:15, 137:22,
141:1, 142:7, 144:1, 147:4,
147:18, 148:23, 149:22, 150:6,
150:12, 150:20, 156:25, 157:3,
157:5, 159:14, 161:19, 162:17,
162:22, 163:7, 164:12, 166:6,
166:23, 168:24, 169:2, 169:23,
172:4, 173:18, 173:22, 173:23,
174:5, 174:6, 175:20, 177:20,
180:4, 182:21, 183:16, 184:3,
184:19, 185:7, 186:5, 186:20,
187:21, 188:18, 189:11,
189:13, 189:18, 189:20,
191:12, 194:21, 195:4, 196:25,
198:14, 198:24, 200:9, 200:12,
200:13, 202:1, 203:12, 203:13,
204:25, 206:23, 207:3, 210:9,
213:22, 214:20, 219:13,
222:14, 223:18, 225:19, 230:8,
231:22, 231:23, 232:19, 233:8,
234:13, 234:22, 235:5, 235:10,
237:11, 238:3, 239:10, 240:11,
243:2, 243:11, 243:17, 243:22,
244:10, 244:18, 246:22,
247:18, 248:11, 248:19,
251:12, 254:3, 254:5, 256:9,
256:15
**withdraw** [1] - 254:8
**within** [5] - 49:17, 83:15, 178:1,
214:9, 215:16
**without** [13] - 65:7, 104:11,
116:23, 129:15, 134:1, 143:19,
179:5, 179:15, 191:19, 204:15,
218:7, 238:17, 254:13
**witness** [40] - 6:4, 6:5, 6:6, 7:2,
7:21, 31:12, 39:17, 83:21,
87:21, 89:2, 89:5, 89:19, 92:15,
92:23, 106:6, 142:3, 143:18,
143:20, 145:10, 145:15,
155:25, 159:20, 160:17, 161:7,
161:15, 167:16, 194:18,
194:22, 201:19, 206:2, 232:16,
233:18, 234:20, 244:13, 249:2,
252:3, 252:3, 255:7
**witness's** [5] - 39:21, 39:24,
40:4, 108:4, 108:8
**witnesses** [27] - 7:6, 7:10, 7:12,

8:12, 8:14, 8:15, 19:18, 31:14,
35:11, 53:10, 69:3, 79:10,
90:12, 95:25, 101:12, 107:18,
108:5, 109:11, 120:1, 143:13,
146:15, 204:3, 205:12, 205:16,
208:25, 217:21, 242:13
**woefully** [1] - 242:22
**wolf** [1] - 170:13
**won't** [5] - 10:3, 23:23, 73:21,
103:19, 130:14
**word** [12] - 15:4, 15:5, 25:3,
60:21, 62:22, 152:17, 175:24,
180:25, 233:10, 235:22
**words** [12] - 14:9, 14:14, 44:16,
100:25, 114:3, 125:17, 129:8,
168:23, 194:1, 194:7, 203:6,
203:15
**work** [12] - 5:18, 6:2, 91:15,
94:5, 116:10, 117:17, 125:17,
125:22, 179:6, 189:10, 199:20,
204:17
**worked** [2] - 12:1, 38:3
**working** [6] - 5:5, 38:21, 88:9,
129:20, 152:9, 225:22
**works** [5] - 17:16, 84:23, 102:3,
102:22, 240:20
**world** [1] - 52:5
**worried** [6] - 20:22, 67:2, 86:10,
197:21, 234:5, 235:15
**worst** [1] - 7:25
**worth** [2] - 137:11, 206:10
**would** [118] - 6:17, 6:25, 7:4,
9:17, 12:2, 22:7, 24:1, 27:17,
29:17, 34:24, 36:1, 38:25,
46:10, 46:25, 50:8, 50:24,
51:15, 54:11, 55:6, 65:5, 66:19,
69:2, 69:11, 69:19, 69:20, 70:2,
71:6, 71:8, 71:12, 71:17, 71:18,
73:15, 76:19, 77:18, 78:17,
80:10, 80:11, 84:15, 84:17,
86:18, 86:24, 89:17, 90:8,
90:13, 90:18, 94:19, 96:14,
100:7, 104:8, 119:7, 119:19,
120:3, 120:4, 120:6, 123:3,
127:3, 128:15, 128:19, 130:4,
130:23, 130:24, 132:24,
133:24, 135:18, 135:21, 148:4,
148:11, 155:18, 158:16,
158:24, 160:11, 160:20,
163:20, 165:14, 172:4, 172:9,
172:15, 172:17, 173:10,
173:12, 173:13, 173:21,
175:14, 176:21, 178:15, 182:5,
183:3, 184:5, 186:15, 193:7,
193:10, 194:10, 195:8, 195:14,
196:16, 198:9, 202:11, 204:7,
205:9, 209:1, 216:10, 220:15,
222:24, 223:15, 225:19, 226:1,
226:12, 230:8, 231:5, 237:13,
242:16, 242:17, 244:14,

250:15, 257:5
**wouldn't** [12] - 8:13, 17:17,
17:22, 28:17, 76:14, 78:6,
78:12, 103:8, 157:17, 163:16,
235:22, 253:21
**wrapping** [1] - 257:4
**wrong** [20] - 25:23, 26:3, 26:7,
48:12, 48:16, 48:20, 52:10,
52:17, 57:8, 59:1, 92:12, 103:2,
103:3, 132:1, 175:20, 177:4,
197:10, 245:3, 245:24, 247:6
**wrongdoing** [1] - 115:25
**wrongful** [1] - 188:12
**wrote** [2] - 3:12, 53:22

# X

**X** [6] - 79:11, 92:21, 98:21,
222:12, 222:13, 228:9

# Y

**Y** [6] - 79:11, 92:21, 98:22,
106:9, 222:12, 222:13
**y'all** [5] - 5:14, 30:8, 152:5,
164:9, 236:10
**y'all's** [2] - 6:18, 103:1
**yeah** [26] - 17:18, 20:20, 25:4,
79:3, 79:10, 79:13, 80:1, 92:17,
96:3, 99:19, 100:7, 116:4,
120:17, 124:14, 135:21,
145:20, 151:11, 155:6, 174:13,
196:19, 219:24, 236:8, 238:11,
242:14, 255:19, 256:1
**year** [4] - 125:6, 198:17, 253:4,
253:22
**years** [6] - 38:22, 49:18, 72:23,
171:1, 177:13, 253:4
**yellow** [16] - 139:4, 142:8,
150:22, 150:25, 151:24, 152:2,
152:7, 153:3, 153:10, 153:17,
154:5, 154:19, 155:19, 157:10,
158:11
**yes** [33] - 37:12, 41:6, 44:10,
51:6, 51:14, 64:20, 73:12, 91:9,
112:6, 115:5, 126:8, 141:22,
151:6, 151:19, 154:6, 163:6,
172:1, 178:15, 182:18, 194:15,
196:10, 197:16, 198:18,
198:21, 199:3, 199:10, 211:13,
213:8, 213:15, 220:1, 227:17,
228:5, 243:24
**Yes** [2] - 192:5, 218:24
**yesterday** [1] - 253:18
**yet** [7] - 10:25, 116:22, 133:21,
158:13, 191:21, 192:20, 251:13
**York** [2] - 22:6, 131:21
**you** [598] - 3:6, 3:8, 3:13, 3:19,
3:21, 4:3, 4:5, 4:17, 4:23, 4:24,

5:17, 5:23, 6:22, 7:6, 7:10,
7:22, 7:25, 8:3, 8:4, 8:5, 9:7,
9:23, 10:2, 11:8, 11:21, 11:25,
12:10, 12:15, 12:22, 12:24,
13:3, 13:6, 13:9, 13:23, 14:6,
15:7, 15:17, 16:3, 16:4, 16:15,
17:4, 17:25, 18:2, 18:10, 18:11,
18:12, 19:6, 19:7, 19:13, 19:18,
20:21, 20:23, 21:11, 21:22,
21:25, 23:16, 23:17, 23:23,
24:13, 24:18, 25:19, 26:3, 26:2,
26:14, 27:7, 27:22, 28:11,
28:19, 29:6, 29:18, 30:2, 31:24,
32:1, 33:11, 34:10, 34:14,
34:16, 35:18, 37:14, 37:15,
37:17, 38:5, 39:18, 41:4, 41:16,
43:8, 43:13, 43:14, 45:12,
45:18, 48:11, 48:19, 49:24,
50:5, 51:4, 51:15, 52:14, 52:15,
54:3, 54:11, 55:4, 55:5, 55:11,
56:3, 57:4, 58:5, 58:22, 59:24,
60:12, 60:14, 61:16, 63:2,
63:20, 63:21, 63:22, 63:24,
64:2, 64:4, 64:5, 64:6, 64:19,
65:12, 66:13, 66:15, 66:20,
67:24, 68:1, 68:2, 68:6, 68:12,
68:13, 68:15, 68:17, 68:21,
69:4, 69:21, 69:23, 69:24, 70:3,
70:4, 70:5, 70:15, 70:19, 70:20,
70:22, 70:25, 71:3, 71:23, 72:3,
72:4, 72:11, 73:16, 73:18,
73:23, 76:19, 77:21, 78:4,
78:11, 78:12, 78:25, 79:5, 79:9,
79:10, 80:6, 80:11, 81:4, 81:17,
81:25, 82:2, 82:3, 82:11, 82:21,
83:1, 83:9, 83:10, 83:25, 84:22,
84:24, 85:1, 85:3, 85:12, 85:13,
85:18, 85:21, 86:1, 86:6, 87:2,
87:7, 88:24, 89:9, 89:16, 89:17,
91:12, 91:17, 91:18, 92:4,
92:20, 92:21, 93:9, 93:23,
94:11, 95:2, 96:6, 96:7, 96:18,
96:21, 97:5, 97:7, 97:9, 99:19,
99:23, 99:25, 100:3, 100:20,
101:4, 101:6, 101:20, 102:4,
102:8, 102:21, 103:8, 103:12,
103:25, 104:19, 105:11,
105:18, 106:24, 107:5, 107:7,
107:13, 107:15, 107:16,
107:22, 107:23, 109:3, 110:21,
110:24, 111:12, 112:8, 112:13,
112:14, 113:9, 113:18, 113:19,
114:24, 115:1, 115:22, 115:24,
117:3, 117:5, 117:6, 117:19,
118:12, 119:9, 120:16, 120:23,
121:3, 121:4, 121:11, 121:13,
121:22, 122:15, 123:3, 123:6,
123:7, 123:17, 124:6, 124:8,
124:9, 124:10, 124:16, 125:4,
125:9, 125:14, 125:15, 126:3,
126:4, 127:3, 127:17, 129:3,

129:12, 130:2, 130:3, 130:10,
130:14, 130:17, 130:21,
130:23, 130:25, 131:11, 132:3,
133:18, 134:10, 134:19,
134:20, 134:21, 134:24, 135:2,
135:3, 135:4, 135:6, 135:8,
135:10, 135:11, 135:25, 136:1,
136:4, 136:6, 136:22, 138:6,
138:7, 138:8, 138:10, 138:24,
139:3, 140:14, 141:12, 141:21,
141:22, 142:25, 143:1, 144:12,
144:14, 144:22, 144:24,
147:20, 148:2, 148:5, 148:7,
148:17, 148:20, 149:8, 149:14,
150:2, 150:3, 150:13, 150:15,
150:17, 151:3, 151:8, 151:12,
151:13, 152:10, 153:6, 153:14,
153:15, 153:18, 153:25,
158:16, 158:19, 159:6, 159:12,
159:16, 159:25, 160:2, 160:20,
161:1, 161:6, 161:7, 162:8,
162:18, 163:3, 163:4, 164:2,
164:3, 164:6, 164:11, 164:12,
164:15, 165:12, 165:14,
165:17, 165:20, 166:2, 166:4,
166:5, 167:6, 168:5, 168:25,
169:5, 169:9, 169:15, 169:17,
170:14, 171:20, 172:3, 172:4,
172:7, 173:17, 174:1, 174:2,
174:3, 174:14, 174:24, 175:23,
178:4, 181:2, 184:6, 184:11,
185:12, 186:17, 186:24, 187:2,
187:3, 187:11, 187:12, 187:13,
187:23, 188:3, 189:12, 189:25,
190:17, 190:20, 190:22, 191:2,
191:5, 192:3, 192:6, 192:9,
192:13, 192:20, 192:23,
194:17, 194:19, 194:21,
194:23, 196:2, 196:14, 197:4,
197:15, 199:10, 199:12, 200:6,
201:2, 201:17, 203:15, 204:12,
204:16, 205:4, 205:9, 205:10,
205:20, 206:2, 206:7, 206:16,
206:20, 206:21, 208:8, 208:10,
208:11, 209:2, 209:5, 209:14,
209:17, 211:7, 212:9, 212:10,
212:15, 213:10, 213:22,
213:23, 215:8, 215:12, 216:7,
217:3, 217:11, 217:13, 217:17,
218:17, 220:7, 220:9, 222:5,
223:21, 223:22, 224:20,
224:22, 225:4, 225:19, 226:3,
226:6, 226:10, 227:6, 227:17,
227:23, 228:15, 229:4, 229:21,
229:22, 230:4, 230:8, 230:10,
230:11, 230:12, 230:14,
230:17, 230:19, 231:3, 231:13,
232:20, 232:21, 233:8, 233:22,
233:23, 234:1, 234:5, 234:12,
234:13, 234:14, 235:5, 235:7,
235:25, 236:20, 236:22,

236:24, 237:24, 238:4, 238:8,
238:13, 239:7, 239:9, 239:16,
239:21, 239:23, 240:1, 240:10,
241:5, 241:14, 241:23, 242:4,
242:9, 243:14, 243:20, 244:6,
244:8, 244:25, 245:11, 245:12,
245:13, 245:14, 246:10,
246:16, 248:10, 248:12,
249:10, 250:25, 251:8, 251:24,
252:2, 253:7, 254:4, 254:7,
254:8, 254:10, 254:13, 254:14,
255:9, 256:3, 256:17, 256:24,
256:25

**you'd** [2] - 5:24, 183:10
**you'll** [16] - 3:25, 4:1, 4:7,
48:15, 54:7, 100:24, 101:3,
111:18, 122:25, 124:10,
127:19, 130:14, 131:12,
152:16, 153:15, 160:5
**you're** [61] - 4:4, 8:6, 8:17,
14:22, 16:2, 19:17, 20:19,
21:24, 35:5, 35:6, 65:11, 66:9,
68:21, 68:22, 72:25, 73:9,
73:16, 79:20, 81:21, 85:7,
85:11, 86:6, 86:23, 91:10,
91:11, 91:16, 92:14, 92:15,
96:17, 96:18, 98:6, 98:9, 98:14,
99:1, 105:19, 105:20, 107:11,
107:21, 109:18, 111:1, 130:12,
150:11, 152:13, 155:12,
166:12, 187:3, 187:10, 190:21,
201:9, 225:17, 232:5, 233:14,
234:13, 234:15, 235:15,
236:11, 240:24, 245:13, 254:7,
256:19
**you've** [12] - 15:2, 22:2, 51:8,
82:4, 82:6, 108:7, 161:11,
162:11, 172:6, 192:18, 201:12,
211:8
**Your** [202] - 6:24, 9:12, 9:14,
10:6, 10:7, 13:2, 13:11, 14:3,
14:4, 20:23, 21:21, 22:2, 23:15,
24:3, 25:9, 30:20, 30:22, 34:3,
35:8, 35:20, 37:1, 37:17, 38:7,
39:20, 40:18, 41:6, 41:7, 44:10,
45:11, 46:18, 47:5, 47:7, 51:2,
51:9, 51:14, 52:23, 53:19, 54:4,
54:10, 54:25, 62:7, 67:10, 71:8,
71:20, 72:8, 73:7, 73:24, 74:3,
74:6, 74:14, 74:17, 75:3, 75:8,
75:16, 76:20, 80:7, 81:2, 81:8,
84:7, 86:20, 87:1, 87:10, 87:18,
87:25, 89:8, 90:20, 90:25, 92:4,
92:24, 92:25, 93:21, 94:23,
95:4, 97:25, 98:23, 100:13,
101:9, 102:12, 103:7, 106:4,
108:6, 109:10, 111:4, 111:13,
111:25, 112:7, 112:10, 113:7,
115:21, 115:22, 117:5, 117:12,
117:15, 117:21, 117:25, 118:4,

120:25, 124:22, 126:10,
130:25, 134:16, 137:17,
139:22, 140:22, 141:15,
145:13, 148:4, 148:18, 151:1,
151:19, 152:25, 153:4, 153:9,
155:4, 156:10, 158:18, 160:3,
161:13, 163:3, 163:19, 164:15,
164:20, 166:11, 167:13,
169:12, 170:3, 172:1, 172:6,
178:15, 181:2, 181:10, 182:4,
182:17, 183:5, 183:15, 186:11,
187:10, 189:10, 190:8, 193:3,
193:8, 193:23, 194:11, 195:5,
196:1, 196:10, 196:16, 197:11,
197:19, 199:3, 199:17, 203:1,
204:4, 204:18, 205:8, 206:8,
206:10, 206:15, 206:23, 207:3,
209:20, 210:1, 210:8, 211:7,
211:19, 212:5, 212:7, 212:12,
213:7, 213:8, 214:1, 214:19,
215:14, 216:15, 217:3, 217:6,
217:10, 218:13, 218:17,
218:18, 218:24, 220:1, 222:4,
224:9, 224:17, 226:19, 227:17,
227:24, 229:13, 231:7, 236:6,
239:11, 243:7, 247:9, 247:22,
248:1, 249:18, 251:7, 252:8,
252:16, 255:17, 257:3
**your** [78] - 4:2, 6:25, 7:6, 8:5,
8:14, 8:15, 9:8, 12:21, 16:11,
16:12, 18:10, 19:17, 19:19,
23:18, 26:3, 28:16, 34:6, 46:2,
55:7, 57:11, 67:3, 69:23, 69:24,
70:5, 70:6, 70:7, 70:19, 72:4,
72:12, 78:5, 79:10, 84:24,
86:19, 92:19, 95:19, 97:15,
98:13, 100:4, 102:22, 104:17,
104:22, 109:20, 115:15,
115:16, 120:5, 133:19, 133:25,
134:21, 134:22, 135:12,
135:19, 145:16, 150:14,
153:14, 161:11, 163:25, 164:2,
164:17, 167:5, 175:23, 180:25,
190:21, 206:12, 217:5, 232:17,
234:20, 235:9, 235:10, 236:3,
236:15, 236:24, 238:7, 238:8,
240:3, 242:9, 244:9, 244:12,
245:23
**yours** [3] - 99:17, 153:5, 253:13
**yourself** [1] - 82:4

## Z

**Z** [3] - 79:12, 222:12, 222:14
**Zachary** [2] - 1:21, 224:12
**zero** [8] - 19:5, 52:20, 137:22,
171:18, 203:18, 214:5, 215:25
**zero-sum** [1] - 19:5
**zeros** [2] - 34:6, 34:14