**TRANSCRIPT ORDER FORM (DKT-13)** READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court <u>Southern District of Texas</u>   District Court Docket No. <u>4:22-cr-612</u>

Short Case Title <u>USA v. Constantinescu, et al.,</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Judicial Transcribers of Texas</u>

Date Notice of Appeal Filed in the District Court <u>4/4/2024</u>   Court of Appeals No. <u>24-20143</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ■Transcript is already on file in the Clerk's Office
  **OR**
  **Check all of the following that apply, include date of the proceeding**.
  This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| DECEMBER 13, 2022 | BOND HEARING / ARRAIGNMENT (District Court Docket Entry 82) | Magistrate Judge Christina A. Bryan |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds

☐Other _____

Signature <u>/s/Anna E. Kalluri</u>   Date Transcript Ordered <u>no transcripts ordered</u>
Print Name <u>Anna Kalluri</u>   Phone <u>(713) 567-9463</u>
Counsel for <u>United States of America, Plaintiff - Appellant</u>
Address <u>U.S. Attorney's Office Southern District of Texas, 1000 Louisiana Street, Ste. 2300, Houston, TX 77002</u>
Email of Attorney: <u>anna.kalluri@usdoj.gov</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

      ☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

      This is to certify that the transcript has been completed and filed at the District Court today.

      Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____