**TRANSCRIPT ORDER FORM (DKT-13)** **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court __Southern District of Texas__ District Court Docket No. __4:22-cr-612__

Short Case Title __USA v. Constantinescu, et al.,__

**ONLY ONE COURT REPORTER PER FORM** Court Reporter __Lanie M. Smith__

Date Notice of Appeal Filed in the District Court __4/4/2024__ Court of Appeals No. __24-20143__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ■ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| April 12, 2023 | Motion Proceedings as to Constantinescu (1) and Rybarczyk (3) (District Court Docket Entry 252) | Judge Andrew S. Hanen |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds; ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
☐ Other _____

Signature __/s/Anna E. Kalluri__ Date Transcript Ordered __no transcripts ordered__

Print Name __Anna Kalluri__ Phone __(713) 567-9463__

Counsel for __United States of America, Plaintiff - Appellant__

Address __U.S. Attorney's Office Southern District of Texas, 1000 Louisiana Street, Ste. 2300, Houston, TX 77002__

Email of Attorney: __anna.kalluri@usdoj.gov__

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____