Robert R. Parker, Jr.
OSB # 216437
P.O. Box 2234
Portland, OR 97208
971-386-6017
robert@robertparkerlawoffice.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CONSTANTINESCU, ET AL<br><br>　　　　Defendant | Case No.: 4:22-cr-00612-5<br><br>NOTICE OF APPEARANCE |

　　　　COMES NOW Robert R Parker, Jr., LLB, a licensed attorney in the State of Oregon, pursuant to the grant of pro hac vice status by this Court, and enters his appearance in the above captioned matter on behalf of the Defendant Stefan Hrvatin. All further pleadings, orders and related matters should be addressed to the undersigned at the address, email address and phone number set forth herein below:

P.O. Box 2234
Portland, OR 97208
971-386-6017
971-386-6017
robert@robertparkerlawoffices.com

Dated this 29th day of December 2025.

                          Respectfully submitted,
            Law Office of Robert R. Parker, Jr., LLB, LLC

                        By: /s/ Robert R. Parker, Jr.
                        OSB No.: 216437
                        Attorney for Stefan Hrvatin

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Notice of Appearance on all counsel of record on file with the Court in this matter by electronic mail to the email addresses noted in the files and records of this Court on the 29th day of December 2025.

Respectfully submitted,

**/s/ Robert R. Parker, Jr.**