Robert R. Parker, Jr.
OSB # 216437
P.O. Box 2234
Portland, OR 97208
971-386-6017
robert@robertparkerlawoffice.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 4:22-cr-00612-5 |
| Plaintiff, | |
| vs. | MOTION FOR JOINDER |
| CONSTANTINESCU, ET AL | |
| Defendant | |

**MOTION FOR JOINDER IN DEFENDANT MITCHELL HENNESSEY'S MOTION TO DISMISS FOR VIOLATIONS OF THE SPEEDY TRIAL ACT AND SIXTH AMENDMENT**

Defendant Stefan Hrvatin, by and through his counsel, Robert R. Parker Jr., respectfully

moves this Court for leave to join in the Motion to Dismiss for Violations of the Speedy Trial

Act and Sixth Amendment filed by Defendant Mitchell Hennessey. In support, Defendant Stefan

Hrvatin states as follows:

1. On 06/28/2026, Defendant Hennessey filed a Motion to Dismiss for Violations of the

   Speedy Trial Act and Sixth Amendment.

2. The legal and factual grounds asserted in that motion apply equally to Defendant Hrvatin.

3. Joinder is appropriate where co-

   defendants are similarly situated and the relief sought is not unique to the original

movant. See United States v. Edwards, 526 F.3d 747, 756 (11th Cir. 2008); United States v. Stalnaker, 571 F.3d 428, 435 (5th Cir. 2009).

4.  No party will be prejudiced by this joinder.

WHEREFORE, Defendant Hrvatin respectfully requests that the Court grant this Motion for Joinder and consider the arguments and relief sought in Defendant Hennessey's motion as to Defendant Hrvatin.

Dated 18th day of June 2026

Respectfully submitted,
Law Office of Robert R. Parker, Jr., LLC

By: /s/ **Robert R. Parker, Jr.**
Robert R. Parker, Jr.
OSB No.: 216437
Attorney for Stefan Hrvatin

Robert R. Parker, Jr.
OSB # 216437
P.O. Box 2234
Portland, OR 97208
971-386-6017
robert@robertparkerlawoffice.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CONSTANTINESCU, ET AL<br><br>Defendant | Case No.: 4:22-cr-00612-5<br><br><br>MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JOINDER |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JOINDER**

## I.        INTRODUCTION

Defendant Stefan Hrvatin seeks to join the Motion to Dismiss for Violations of the Speedy Trial Act and Sixth Amendment filed by Defendant Mitchell Hennessey. The grounds for dismissal, as set forth in the original motion, are equally applicable to Defendant Hrvatin.

## II. ARGUMENT

### A. Joinder is Proper and Efficient

Federal courts routinely permit similarly situated defendants to join motions filed by co-defendants. See United States v. Edwards, 526 F.3d 747, 756 (11th Cir. 2008)

("A defendant may adopt the motions of a co-defendant if the motions are applicable to him.");

United States v. Stalnaker, 571 F.3d 428, 435 (5th Cir. 2009).

**B. The Speedy Trial Act and Sixth Amendment Arguments Apply Equally**

The original motion alleges violations of the Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Sixth Amendment right to a speedy trial. These statutory and constitutional protections are not unique to any one defendant, and the factual circumstances described in the original motion pertain to all defendants similarly situated, including Mr. Hrvatin.

**C. No Prejudice to the Government or Other Parties**

Allowing joinder will not prejudice the government or other parties, as the issues have already been briefed and are ripe for adjudication.

### III. CONCLUSION

For the foregoing reasons, Defendant Hrvatin respectfully requests that the Court grant this Motion for Joinder and consider the arguments and relief sought in Defendant Hennessey's motion as to Defendant Hrvatin.

Dated 18th day of June 2026

Respectfully submitted,
Law Office of Robert R. Parker, Jr., LLC

By: /s/ **Robert R. Parker, Jr.**
Robert R. Parker, Jr.
OSB No.: 216437
Attorney for Stefan Hrvatin

Robert R. Parker, Jr.
OSB # 216437
P.O. Box 2234
Portland, OR 97208
971-386-6017
robert@robertparkerlawoffice.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 4:22-cr-00612-5 |
| Plaintiff, | |
| vs. | DECLARATION OF COUNSEL |
| CONSTANTINESCU, ET AL | |
| Defendant | |

## DECLARATION OF COUNSEL

I, Robert R. Parker Jr., declares as follows:

1. I am counsel of record for Defendant Stefan Hrvatin in the above-captioned matter.

2. I have reviewed the Motion to Dismiss forviolations of the Speedy Trial Act and Sixth

   Amendment filed by Defendant Mitchell Hennessey.

3. The legal and factual arguments set forth in that motion apply equally to my client,

   Mr. Hrvatin.

4. I submit this declaration in support of Mr. Hrvatin's Motion for Joinder.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 18th day of June 2026, at Portland, Oregon.

**/s/ Robert R. Parker Jr.**
**Robert R. Parker Jr.**

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing Motion for Joinder with Supporting

Memorandum of Law and Declaration of Counsel on all counsel of record in this matter by

electronic means through the filing system of this Court on the 18th day of June 2026.

Respectfully submitted,

**/s/ Robert R. Parker, Jr.**